| | |
|---|---|
| Powell <br> – v – <br> Oldham <br><br> 16-2907 <br><br><br> SAMUEL H. MAYS, JR. | Powell <br> – v – <br> Oldham <br><br> 16-2907 <br><br><br> TU M. PHAM |