IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

**ISSACCA POWELL,**
**individually and as representatives**
**of a class of all similarly situated individuals,**
    Plaintiffs,
vs.                                            CAUSE NO.:   2:16-cv-2907
                                                            **Jury Trial Requested**
**BILL OLDHAM,**                              **Complaint - Class Action**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**
    Defendant.

**MOTION TO PROCEED IN FORMA PAUPERIS**

Comes now, Issacca Powell, by and through his attorney of record, and files this Motion to Proceed In Forma Pauperis, and for cause attaches, as Exhibit A, the Application to Proceed in District Court Without Prepaying Fees or Cost (AO 239), and would state as follows:

1. That he has filed a Class Action civil rights case against the Sheriff of Shelby County as the representative of the Shelby County Government.

2. That he is employed but his income is exceeded by his expenses.

3. That he is married and has seven (7) children which he is financially responsible for.

4. That he does not have the financial resources to pay the filing fee in advance.

5. That the interest of justice favors granting this motion.

6. That suit is not brought in bad faith.

                                      Respectfully submitted,

                                      The
                    CLAIBORNE ✠ FERGUSON
                        Law Firm, P.A.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne101@yahoo.com

s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant