IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ISSACCA POWELL,
individually and as representative
of a class of all similarly situated
individuals,

    Plaintiff,

vs.                                                         No. 16-2907-SHM/tmp

BILL OLDHAM,
Sheriff of Shelby County,
individually and in his official
capacity,

    Defendant.

---

ORDER OF REFERENCE

---

Before the Court is plaintiff's November 22, 2016 motion to proceed *in forma pauperis* (D.E. 7).  The motion is referred to the magistrate judge for a determination.

SO ORDERED this 30th day of November, 2016.

                                           *s/  Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE