# IN THE DISTRICT COURT
# FOR THE UNITED STATES OF AMERICA
# WESTERN DISTRICT OF TENNESSEE

**ISSACCA POWELL,**
**individually and as representatives**
**of a class of all similarly situated individuals,**
    Plaintiffs,
vs.                                              **CAUSE NO.:  2:16-cv-2907**
                                                          **Jury Trial Requested**
**BILL OLDHAM,**                               **Complaint - Class Action**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**
    Defendant.

## NOTICE OF SUMMENS

Comes now, Issacca Powell, by and through his attorney of record, and requests the clerk's office to issue the attached summons in this civil matter.

Per Order of the Court (Document 10), the Defendant has been granted leave to proceed IFP.

        Respectfully submitted,

            The
    CLAIBORNE ❖ FERGUSON
        Law Firm, P.A.
294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400
Claiborne101@yahoo.com


<u>s/ Claiborne H. Ferguson</u>
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant