IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL,  )<br>individually and as representative  )<br>of a class of all similarly situated  )<br>individuals,  )<br>     )<br>          Plaintiff,  )<br>     )     Civil Action No.<br>v.   )     2:16-cv-02907-SHM/tmp<br>     )     Jury Demanded<br>BILL OLDHAM,  )<br>Sheriff of Shelby County,  )<br>individually and in his official capacity,  )<br>     )<br>          Defendant.  ) | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT BILL OLDHAM**

PLEASE TAKE NOTICE that Assistant Shelby County Attorney E. Lee Whitwell hereby appears for and will represent the interests of Defendant Bill Oldham ("Sheriff Oldham") in this civil action. By the appearance of counsel, Sheriff Oldham does not waive any procedural right, substantive right, immunity (qualified or otherwise), or defense he has or may have herein. This Notice is filed for the purpose of notifying the Court and counsel for the Plaintiff of the representation.

Respectfully submitted,

*/s/ E. Lee Whitwell*
E. LEE WHITWELL (#33622)
lee.whitwell@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
*Attorney for Defendant*


Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 19th day of December, 2016, for service on all persons registered in connection with this case, including:

Claiborne Ferguson, Esq.
294 Washington Avenue
Memphis, TN  38103

I further certify that, on the same day, a copy is being served upon the following person by first class United States mail, postage prepaid:

Joshua Spickler, Esq.
902 South Cooper Street
Memphis, TN  38104

*/s/ E. Lee Whitwell*