IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL,<br>individually and as representative<br>of a class of all similarly situated<br>individuals,<br><br>       Plaintiff,<br><br>v.<br><br>BILL OLDHAM,<br>Sheriff of Shelby County,<br>individually and in his official capacity,<br><br>       Defendant. | Civil Action No.<br>2:16-cv-02907-SHM/tmp<br><br>Jury Demanded |

## DEFENDANT SHERIFF BILL OLDHAM'S COMBINED MOTION AND SUPPORTING MEMORANDUM FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Sheriff Bill Oldham ("Sheriff Oldham"), pursuant to FED. R. CIV. P. 6 and 12 and other applicable provisions of law, moves the Court to extend to February 6, 2017, his time to answer or otherwise respond to the Class Action Complaint for Civil Rights Damages ("Complaint") filed by Plaintiff Issacca Powell ("Plaintiff"). In support of his Motion, Sheriff Oldham states as follows:

MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION

1. Plaintiff filed his Complaint on November 17, 2016. [ECF #1]

2. Sheriff Oldham was served with a Summons and a copy of the Complaint on December 15, 2016. [ECF #13]

3.     Pursuant to FED. R. CIV. P. 12(a)(1)(A)(i), Sheriff Oldham presently has through January 5, 2017 to answer or otherwise respond to Plaintiff's Complaint.

4.     "When an act may or must be done within a specified time, the court may, for good cause shown, extend the time … if a request is made, before the original time … expires[.]"  FED. R. CIV. P. 6(b)(1)(A).

5.     In order to allow his attorneys to analyze Plaintiff's claims against him and his available defenses thereto and to respond fully to Plaintiff's Complaint, Sheriff Oldham respectfully moves the Court to extend his time to answer or otherwise respond to the Complaint, to Monday, February 6, 2017.  (The thirtieth day from the present response date falls on Saturday, February 4, 2017.)

6.     This is Sheriff Oldham's first request for an extension of time to answer or otherwise respond to the Complaint.

7.     Undersigned counsel certifies, pursuant to Local Rule 7.2(a)(1)(B), that counsel for Plaintiff have no objection to the requested extension of time.  *See*, Certificate of Consultation by Counsel filed herewith.

8.     A proposed Order granting the Motion will be emailed to the Court.

WHEREFORE, Defendant Sheriff Bill Oldham respectfully requests that the Court extend to February 6, 2017, his time to answer or otherwise respond to the Complaint filed by Plaintiff herein.

                                      Respectfully submitted,

                                      ***/s/ John Marshall Jones***
                                      JOHN MARSHALL JONES (#13289)
                                      johnm.jones@shelbycountytn.gov
                                      SHELBY COUNTY ATTORNEY'S OFFICE
                                      160 North Main Street, Suite 950
                                      Memphis, TN  38103
                                      (901) 222-2100
                                      *Attorney for Defendant*

<u>Certificate of Service</u>

I certify that the foregoing is being filed via the Court's ECF system this 20th day of December, 2016, for service on all persons registered in connection with this case, including:

                Claiborne Ferguson, Esq.
                294 Washington Avenue
                Memphis, TN  38103

I further certify that, on the same day, a copy is being served on the following person by first class United States mail, postage prepaid:

                Joshua Spickler, Esq.
                902 South Cooper Street
                Memphis, TN  38104

                                      ***/s/ John Marshall Jones***