IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL, ) | |
| individually and as representative ) | |
| of a class of all similarly situated ) | |
| individuals, ) | |
|  ) | |
|         Plaintiff, ) | |
|  ) | Civil Action No. |
| v. ) | 2:16-cv-02907-SHM/tmp |
|  ) | Jury Demanded |
| BILL OLDHAM, ) | |
| Sheriff of Shelby County, ) | |
| individually and in his official capacity, ) | |
|  ) | |
|         Defendant. ) | |

**CERTIFICATE OF CONSULTATION BY COUNSEL**

Undersigned counsel for Defendant Sheriff Bill Oldham ("Sheriff Oldham"), pursuant to Local Rule 7.2(a)(1)(B), certifies as follows:

1. On December 19, 2016, I emailed Joshua Spickler and Claiborne Ferguson, attorneys for Plaintiff Issacca Powell. Among other matters, I stated that the County Attorney's Office plans to file on behalf of Sheriff Oldham a motion requesting an extension of time through February 6, 2017 for him to answer or otherwise respond to the Complaint filed herein.

2. On December 20, 2016, Mr. Spickler emailed me and stated that counsel for the Plaintiffs have no objection to the extension of time requested by Sheriff Oldham.

Respectfully submitted,

***/s/ John Marshall Jones***
JOHN MARSHALL JONES (#13289)
johnm.jones@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
*Attorney for Defendant*

2