IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| ISSACCA POWELL,<br>individually and as representative<br>of a class of all similarly situated<br>individuals,<br><br>        Plaintiff,<br><br>v.<br><br>BILL OLDHAM,<br>Sheriff of Shelby County,<br>individually and in his official capacity,<br><br>        Defendant. | Civil No. 2:16-cv-2907-SHM/tmp |

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is the December 20, 2016 unopposed motion of defendant Sheriff Bill Oldham for an extension of time to answer or otherwise respond to the complaint. For good cause shown, the motion is GRANTED. Defendant shall have until February 6, 2017 to file a responsive pleading.

SO ORDERED this 21st day of December, 2016.

                                         *s/ Samuel H. Mays, Jr.*
                                         SAMUEL H. MAYS, JR.
                                         UNITED STATES DISTRICT JUDGE