IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ISSACCA POWELL,
individually and as representative of a class of all
similarly situated individuals,

    Plaintiff,

vs.

BILL OLDHAM
Sheriff of Shelby County,
individually and in his official capacity,

    Defendant.

Civil Action No.
2:16-cv-02907-SHM/tmp
Jury Demanded

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Robert L. Crawford hereby appears for and will represent the interests of Defendant Bill Oldham, Sheriff of Shelby County, in his individual and official capacities. By the appearance of counsel, Sheriff Bill Oldham does not waive any procedural right, substantive right, immunity, or defense he has or may have herein.

Respectfully submitted,

*s/Robert L. Crawford*
Robert L. Crawford (#7216)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Phone: 901.537.1000
Facsimile: 901.537.1010

*ATTORNEY FOR DEFENDANT
BILL OLDHAM*

## CERTIFICATE OF SERVICE

The foregoing document was filed via the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties to this action, on this 26th day of January, 2017.

*s/Robert L. Crawford*
Robert L. Crawford

61583795.1