IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

**ISSSACCA POWELL,**
**individually and as representatives**
**of a class of all similarly situated individuals,**

    **Plaintiffs,**

                                                          **CAUSE NO.:  2:16-cv-2907**
**vs.**                                                    **Jury Trial Requested**

**BILL OLDHAM,**
**Sheriff of Shelby County,**
**individually and in his official capacity,**

    **Defendant.**

**CERTIFICATE OF CONSULTATION BY COUNSEL**

The undersigned counsel for Defendant Sheriff Bill Oldham ("Sheriff Oldham"), pursuant to Local Rule 7.2 (a)(1)(B), certifies as follows:

1.    On January 23, 2017, I spoke with Claiborne Ferguson, attorney for Plaintiff Issacca Powell, by telephone.

2.    I requested a 30 day extension of time from February 6, 2017 to March 8, 2017 to file a responsive pleading in this matter.

3.    Mr. Ferguson stated he did not have a position regarding Sheriff Oldham's Second Motion for Extension of time.

4.    Mr. Claiborne and I briefly discussed the Scheduling Conference set for February 22, 2017.

Respectfully submitted

/s/Odell Horton, Jr.
Odell Horton, Jr. (# 12426)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
(901) 537-1000
ohorton@wyattfirm.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system this 26th day of January, 2017, for service on all persons registered in connection with this case, including:

Claiborne Ferguson, Esq.
294 Washington, Avenue
Memphis, TN 38103

I further certify that, on the same day, a copy is being served upon the following person by first class United States mail, postage prepaid:

Joshua Spickler, Esq.
902 South Cooper Street
Memphis, TN 38104

/s/Odell Horton, Jr.
Odell Horton, Jr.

61586095.1