## IN THE DISTRICT COURT
## FOR THE UNITED STATES OF AMERICA
## WESTERN DISTRICT OF TENNESSEE

**ISSACCA POWELL,**
**Individually and as representatives**
**Of a class of all similarly situated individuals,**

      **Plaintiffs,**　　　　　　　　　**CAUSE NO.: 2:16-cv-2907**
　　　　　　　　　　　　　　　　　　**Jury Trial Requested**
**vs.**　　　　　　　　　　　　　　**Complaint – Class Action**

**BILL OLDHAM,**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**

      **Defendant.**

## NOTICE OF APPEARANCE

COMES NOW **BRICE M. TIMMONS,** and the law firm of Black McLaren Jones Ryland & Griffee, P.C. and gives notice of their appearance as associated counsel for Issacca Powell, Individually and as representatives of a class of all similarly situated individuals, in this cause.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/*Brice M. Timmons*_____
　　　　　　　　　　　　　　　　　　Brice M. Timmons (No. 29582)
　　　　　　　　　　　　　　　　　　Black McLaren Jones Ryland & Griffee PC
　　　　　　　　　　　　　　　　　　530 Oak Court Drive
　　　　　　　　　　　　　　　　　　Suite 360
　　　　　　　　　　　　　　　　　　Memphis, TN  38117
　　　　　　　　　　　　　　　　　　(901) 762-0535 (Office)
　　　　　　　　　　　　　　　　　　(901) 762-0539 ( Fax)
　　　　　　　　　　　　　　　　　　btimmons@blackmclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this ___ day of January, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

**Claiborne Hambrick Ferguson, Esq**.
THE CLAIBORNE FERGUSON LAW FIRM, PA
294 Washington Ave.
Memphis, TN  38103
Claiborne101@yahoo.com
*Associated Counsel to Issacca Powell*


**Kathryn W. Pascover, Esq.**
**Emmett Lee Whitwell, Esq.**
**John Marshall Jones, Esq.**
Shelby County Attorneys Office
160 North Main Street
Suite 950
Memphis, TN  38103
Pascover4438@bellsouth.net
Lee.whitwell@shelbycountytn.gov
Johnm.jones@shelbycountytn.gov
*Attorneys for Bill Oldham*


                                        */s/Brice M. Timmons*