**IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE**

**ISSACCA POWELL,**
**Individually and as representatives**
**Of a class of all similarly situated individuals,**

        **Plaintiffs,**           **CAUSE NO.: 2:16-cv-2907**
                                                     **Jury Trial Requested**
**vs.**                                                       **Complaint – Class Action**

**BILL OLDHAM,**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**

        **Defendant.**

**NOTICE OF APPEARANCE**

      COME NOW **MICHAEL G. MCLAREN, JOHN C. RYLAND, WILLIAM E. COCHRAN, JR., BRICE M. TIMMONS, WARREN P. CAMPBELL,** and the law firm of Black McLaren Jones Ryland & Griffee, P.C. and give notice of their appearance as associated counsel for Issacca Powell Individually and as representatives of a class of all similarly situated individuals, in this cause.

                                                      Respectfully submitted,

                                                      /s/*Michael G. McLaren*_____
                                                      Michael G. McLaren (No. 5100)
                                                      John C. Ryland (No. 16878)
                                                      William E. Cochran, Jr. (No. 21428)
                                                      Brice M. Timmons (No. 29582)
                                                      Warren P. Campbell (No. 30096)
                                                      Black McLaren Jones Ryland & Griffee PC
                                                      530 Oak Court Drive, Suite 360
                                                      Memphis, TN  38117
                                                      (901) 762-0535 (Office)
                                                      (901) 762-0539 ( Fax)

mmclaren@blackmclaw.com
jryland@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com
wcampbell@blackmclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

**Claiborne Hambrick Ferguson, Esq**.
THE CLAIBORNE FERGUSON LAW FIRM, PA
294 Washington Ave.
Memphis, TN  38103
Claiborne101@yahoo.com
*Associated Counsel to Issacca Powell*


**Kathryn W. Pascover, Esq.**
**Emmett Lee Whitwell, Esq.**
**John Marshall Jones, Esq.**
Shelby County Attorneys Office
160 North Main Street
Suite 950
Memphis, TN  38103
Pascover4438@bellsouth.net
Lee.whitwell@shelbycountytn.gov
Johnm.jones@shelbycountytn.gov
*Attorneys for Bill Oldham*


                                                            /s/*Michael G. McLaren*