IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL, individually and as representative of a class of all similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, Sheriff of Shelby County, individually and in his official capacity,<br><br>      Defendant. | Civil Action No.<br>2:16-cv-02907-SHM/tmp<br>Jury Demanded |

## CERTIFICATE OF CONSULTATION

Undersigned counsel for Defendants Shelby County and Bill Oldham, pursuant to Local Rule 7.2(a)(1)(B), certifies as follows:

On February 1, 2017, counsel of record in this case consulted via email with Plaintiff's counsel—Claiborne Ferguson, Michael McLaren, Brice Timmons, and Joshua Stickler—regarding the Motion to Withdraw. On or before February 16, 2017, Plaintiff's counsel advised that they ***did not*** object to the relief sought.

Respectfully submitted,

*/s/ Kathryn W. Pascover*
KATHRYN W. PASCOVER (#10280)
kathryn.pascover@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 21st day of February, 2017, for service on all persons registered in connection with this case, including:

Claiborne Ferguson
294 Washington Avenue
Memphis, TN  38103
claiborne@midsouthcriminaldefense.com

Michael McLaren
Brice Timmons
Black McLaren Jones
Ryland & Griffee, P.C.
530 Oak Court Dr.
Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
btimmons@blackmclaw.com

I further certify that, on the same day, a copy is being served upon the following person by first class United States mail, postage prepaid:

Joshua Stickler
902 South Cooper Street
Memphis, TN  38104

*/s/ Kathryn W. Pascover*