IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL,  ) | |
| individually and as representative  ) | |
| of a class of all similarly situated  ) | |
| individuals,  ) | |
|   ) | |
| Plaintiffs,  ) | |
|   ) | Civil Action No. |
| v.  ) | 2:16-cv-02907-SHM/tmp |
|   ) | Jury Demanded |
| BILL OLDHAM,  ) | |
| Sheriff of Shelby County,  ) | |
| individually and in his official capacity,  ) | |
|   ) | |
| Defendant.  ) | |

**MOTION AND MEMORANDUM IN SUPPORT FOR WITHDRAWAL OF JOHN MARSHALL JONES AS COUNSEL OF RECORD**

Defendants Shelby County and Bill Oldham move the Court to enter an Order allowing Attorney John Marshall Jones to withdraw as counsel of record and, in support of their Motion, state as follows:

**Memorandum of Facts and Law in Support of Motion**

1. Defendants request that John Marshall Jones be permitted to withdraw from this case as counsel of record.

2. The Defendants will continue to be represented by Robert Craddock, Jr., Odell Horton, Jr., and Robert L. Crawford of Wyatt, Tarrant & Combs, LLP, as well as Assistant County Attorney Lee Whitwell.

3. The withdrawal, if granted, will not prejudice the Plaintiff, and will cause no delay in this civil action.

4. Pursuant to Local Rule 7.2(a)(1)(B), counsel for the Shelby County Attorney's Office has consulted with Plaintiff's counsel and Plaintiff's counsel does not object to the relief sought in this Motion. *See* Certificate of Consultation by Counsel.

5. A proposed Order granting the Motion will be emailed to the Court.

WHEREFORE, Defendants Shelby County and Bill Oldham respectfully request that the Court enter an Order allowing John Marshall Jones to withdraw as counsel of record.

Respectfully submitted,

*/s/ John Marshall Jones*
JOHN MARSHALL JONES (#13289)
johnm.jones@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100

<u>Certificate of Service</u>

  I certify that the foregoing is being filed via the Court's ECF system this 21st day of February, 2017, for service on all persons registered in connection with this case, including:

Claiborne Ferguson
294 Washington Avenue
Memphis, TN  38103
claiborne@midsouthcriminaldefense.com

Michael McLaren
Brice Timmons
Black McLaren Jones
Ryland & Griffee, P.C.
530 Oak Court Dr.
Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
btimmons@blackmclaw.com

  I further certify that, on the same day, a copy is being served upon the following person by first class United States mail, postage prepaid:

Joshua Stickler
902 South Cooper Street
Memphis, TN  38104


              */s/ John Marshall Jones*