IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

**ISSACCA POWELL,**

**individually and as representatives of a class of all similarly situated individuals,**

    **Plaintiffs,**

vs.

**BILL OLDHAM,**

**Sheriff of Shelby County, individually and in his official capacity,**

    **Defendant.**

**Cause No. 2:16-cv-2907**

**Jury Trial Requested**

## JOINT RULE 26(f) REPORT

1.    Pursuant to Fed.R. Civ. P. 26 (f) a meeting was held in the offices of Wyatt, Tarrant & combs, LLP on February 9, 2017, along with subsequent email and telephone discussions, attended by Michael McLaren and Brice Timmons, counsel for Plaintiffs; Robert E. Craddock, Jr., Odell Horton, and Robert L. Crawford, counsel for Defendant.

2.    **Pre-Discovery Disclosures.**  The parties will exchange by April 3, 2017 the information required by Fed. R. Civ. P. 27(a)(1).

3.    **Discovery Plan.**  The parties propose to bifurcate discovery.

    A.    Class certification discovery will be limited to matters relating to whether a class shall be certified (the "Class Certification Issues").  The second phase of