IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

---

**ISSACCA POWELL,**
**Individually and as representatives**
**Of a class of all similarly situated individuals,**

      Plaintiffs,                        CAUSE NO.: 2:16-cv-2907
                                                Jury Trial Requested
vs.                                             Complaint – Class Action

**BILL OLDHAM,**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**

      Defendant.

---

## NOTICE OF APPEARANCE

---

COME NOW **WARREN P. CAMPBELL** and the law firm of Black McLaren Jones Ryland & Griffee, P.C. and give notice of their appearance as associated counsel for Issacca Powell Individually and as representatives of a class of all similarly situated individuals, in this cause.

                                              Respectfully submitted,

                                              /s/*Warren P. Campbell* _____
                                              Warren P. Campbell (#30096)
                                              Black McLaren Jones Ryland & Griffee PC
                                              530 Oak Court Drive, Suite 360
                                              Memphis, TN  38117
                                              (901) 762-0535 (Office)
                                              (901) 762-0539 ( Fax)
                                              wcampbell@blackmclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of February, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

**Claiborne Hambrick Ferguson, Esq**.
THE CLAIBORNE FERGUSON LAW FIRM, PA
294 Washington Ave.
Memphis, TN  38103
Claiborne101@yahoo.com
*Associated Counsel to Issacca Powell*


**Kathryn W. Pascover, Esq.**
**Emmett Lee Whitwell, Esq.**
**John Marshall Jones, Esq.**
Shelby County Attorneys Office
160 North Main Street
Suite 950
Memphis, TN  38103
Pascover4438@bellsouth.net
Lee.whitwell@shelbycountytn.gov
Johnm.jones@shelbycountytn.gov
*Attorneys for Bill Oldham*


                                  /s/*Warren P. Campbell*__