## IN THE DISTRICT COURT
## FOR THE UNITED STATES OF AMERICA
## WESTERN DISTRICT OF TENNESSEE

**ISSACCA POWELL,**
**Individually and as representatives**
**Of a class of all similarly situated individuals,**

       **Plaintiffs,**                    **CAUSE NO.: 2:16-cv-2907**
                                               **Jury Trial Requested**
**vs.**                                                **Complaint – Class Action**

**BILL OLDHAM,**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**

       **Defendant.**

## NOTICE OF APPEARANCE

COME NOW **WILLIAM E. COCHRAN, JR.** and the law firm of Black McLaren Jones Ryland & Griffee, P.C. and give notice of their appearance as associated counsel for Issacca Powell Individually and as representatives of a class of all similarly situated individuals, in this cause.

                                                              Respectfully submitted,

                                                              /s/*William E. Cochran, Jr.*_____
                                                              William E. Cochran, Jr. (#21428)
                                                              Black McLaren Jones Ryland & Griffee PC
                                                              530 Oak Court Drive, Suite 360
                                                              Memphis, TN  38117
                                                              (901) 762-0535 (Office)
                                                              (901) 762-0539 ( Fax)
                                                              wcochran@blackmclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of February, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

**Claiborne Hambrick Ferguson, Esq**.
THE CLAIBORNE FERGUSON LAW FIRM, PA
294 Washington Ave.
Memphis, TN  38103
Claiborne101@yahoo.com
*Associated Counsel to Issacca Powell*


**Kathryn W. Pascover, Esq.**
**Emmett Lee Whitwell, Esq.**
**John Marshall Jones, Esq.**
Shelby County Attorneys Office
160 North Main Street
Suite 950
Memphis, TN  38103
Pascover4438@bellsouth.net
Lee.whitwell@shelbycountytn.gov
Johnm.jones@shelbycountytn.gov
*Attorneys for Bill Oldham*


                              /s/*William E. Cochran, Jr.*