IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL,<br>individually and as representative<br>of a class of all similarly situated<br>individuals,<br><br>   Plaintiffs,<br><br>v.<br><br>BILL OLDHAM,<br>Sheriff of Shelby County,<br>individually and in his official capacity,<br><br>   Defendant. | Civil No. 2:16-cv-02907-SHM/tmp |

**ORDER GRANTING MOTION FOR WITHDRAWAL
OF JOHN MARSHALL JONES AS COUNSEL OF RECORD**

Before the Court is defendant's February 21, 2017 unopposed motion to allow John Marshall Jones to withdraw as counsel of record for defendant (D.E. 29). For good cause shown, the motion is GRANTED and attorney John Marshall Jones is withdrawn from further representation of defendant in this case.

SO ORDERED this 21st day of February, 2017.

             *s/ Samuel H. Mays, Jr.*
             SAMUEL H. MAYS, JR.
             UNITED STATES DISTRICT JUDGE