IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ISSACCA POWELL,
individually and as representatives
of a class of all similarly situated
individuals,

    Plaintiffs,

vs.

                                                  Civil No.:  2:16-cv-2907-SHM/tmp

BILL OLDHAM,
Sheriff of Shelby County,
individually and in his official capacity,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on February 22, 2017. Participating on behalf of the plaintiffs were Michael G. McLaren, Brice Moffatt Timmons, Joshua Spickler and Claiborne Hambrick Ferguson. Participating on behalf of the defendant were Robert E. Craddock, Jr., Robert L. Crawford, Odell Horton, Jr., and Emmett Lee Whitwell.

This matter is a possible class action. The parties orally move the court to bifurcate class certification from merits discovery, with class discovery and class certification to occur first. The court agrees that this is appropriate. The following schedule and deadlines relating to class discovery and certification were therefore established:

    1.   Initial disclosures are due April 13, 2017.

    2.   Discovery in regard to Class Certification Issues will conclude by September 15, 2017.

3. Plaintiffs will file motions for class certification by October 1, 2017.

4. Defendant's response to motions for class certification are due November 1, 2017.

5. Plaintiffs' reply is due November 15, 2017, and defendant's sur-replies are due December 1, 2017.

After the Court has ruled on class certification, another scheduling conference will be held to set additional dates for which merits discovery can be conducted.  Absent good cause, the scheduling dates set by this order will not be modified or extended.

So ORDERED this 22nd  day of February, 2017.


_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE