IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

---

**ISSACCA POWELL,**
**Individually and as representatives**
**Of a class of all similarly situated individuals,**

   **Plaintiffs,**        CAUSE NO.: 2:16-cv-2907
                  Jury Trial Requested
vs.                 Complaint – Class Action

**BILL OLDHAM,**
**Sheriff of Shelby County,**
**Individually and in his official capacity.**

   **Defendant.**

---

**NOTICE OF APPEARANCE**

---

  COME NOW **JOHN C. RYLAND** and the law firm of Black McLaren Jones Ryland & Griffee, P.C. and give notice of their appearance as associated counsel for Issacca Powell Individually and as representatives of a class of all similarly situated individuals in this cause.

                Respectfully submitted,

                /s/*John C. Ryland*_____
                John C. Ryland (No. 16878)
                Black McLaren Jones Ryland & Griffee PC
                530 Oak Court Drive, Suite 360
                Memphis, TN  38117
                (901) 762-0535 (Office)
                (901) 762-0539 ( Fax)
                jryland@blackmclaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of February, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

**Claiborne Hambrick Ferguson, Esq**.
THE CLAIBORNE FERGUSON LAW FIRM, PA
294 Washington Ave.
Memphis, TN  38103
Claiborne101@yahoo.com
*Associated Counsel to Issacca Powell*


**Emmett Lee Whitwell, Esq.**
Shelby County Attorney's Office
160 North Main Street
Suite 950
Memphis, TN  38103
Lee.whitwell@shelbycountytn.gov
*Attorneys for Bill Oldham*

**Robert E. Craddock, Jr., Esq.**
**Robert L. Crawford, Esq.**
**Odell Horton, Jr., Esq.**
WYATT, TARRANT & COMBS, LLP
P.O. Box 775000
Memphis, TN  38177
rcraddock@wyattfirm.com
lcrawford@wyattfirm.com
ohorton@wyattfirm.com
*Attorneys for Bill Oldham*


                /s/*John C. Ryland*