# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CORTEZ D. BROWN, DEONTAE TATE,**
and **JEREMY S. MELTON**, on behalf of
themselves and all similarly situated persons,

    Plaintiffs,

v.                                   CASE No.: 2:17-cv-02015-JTF-dkv

**BILL OLDHAM**, in his individual capacity
and in his official capacity as the Sheriff of
Shelby County, Tennessee; **ROBERT
MOORE**, in his individual capacity and in
his official capacity as the Jail Director of
the Shelby County, Tennessee; **CHARLENE
McGHEE**, in her individual capacity and in
her official capacity as the of Assistant Chief
Jail Security of Shelby County, Tennessee;
**DEBRA HAMMONS**, in her individual
capacity and in her official capacity as the
Assistant Chief of Jail Programs of Shelby
County, Tennessee; **SHELBY COUNTY,
TENNESSEE**, a Tennessee municipality;
and **TYLER TECHNOLOGIES, INC.**, a
foreign corporation,

    Defendants.

---

## ORDER TRANSFERRING CASE

Before the Court is the parties' joint request that this case be transferred to the Honorable Samuel H. Mays, Jr. for possible consolidation with another related matter, Case No. 16-2907, *Issacca Powell v. Bill Oldham,* pending before His Honor. For good cause shown, the Clerk is

directed to reassign this case to U.S. District Judge Samuel H. Mays, Jr. in exchange for another case.

**IT IS SO ORDERED** on this 22nd day of February, 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE
