IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>        Defendants. | Civil No. 16-2907-SHM/tmp |

**ORDER GRANTING MOTION FOR EXTENSION TO ANSWER AND ORDER GRANTING MOTION FOR EXTENSION TO SERVE INITIAL DISCLOSURES**

Before the Court is the April 7, 2017 unopposed motion for extension of time to answer or otherwise respond to the amended complaint and for extension of time to serve initial disclosures (D.E. 44). For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that defendants shall have until April 14, 2017 to respond to the amended complaint.

IT IS FURTHER ORDERED that plaintiffs and defendants shall have until April 20, 2017 to serve their initial disclosures.

SO ORDERED this 14th day of April, 2017.

                                               *s/   Samuel H. Mays, Jr.*
                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE