IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>　　　　Defendants. | Civil Action No.<br>2:16-cv-02907-SHM-tmp<br>Jury Demanded |

**UNOPPOSED MOTION FOR WITHDRAWAL OF ROBERT L. CRAWFORD AS COUNSEL FOR DEFENDANTS OLDHAM, MOORE, MCGHEE, HAMMONS, AND SHELBY COUNTY, TN**

1

Defendants Oldham, Moore, McGhee, Hammons, and Shelby County, TN submit this motion to allow Robert L. Crawford to withdraw as counsel for said Defendants in this matter. In support of this Motion, would state as follows:

Robert L. Crawford, previously of the law firm Wyatt, Tarrant & Combs, LLP, is counsel of record for Defendants Oldham, Moore, McGhee, Hammons and Shelby County, TN. Mr. Crawford is no longer with the law firm of Wyatt, Tarrant & Combs, LLP and no longer represents said Defendants. Thus, good cause exists for granting this motion. Because Robert E. Craddock, Jr., and Odell Horton, Jr., of Wyatt, Tarrant & Combs, LLP, and E. Lee Whitwell of Shelby County Attorney's Office remain counsel for said Defendants, no prejudice will result in Mr. Crawford's withdrawal. Plaintiffs' counsel advised counsel for said Defendants that they do not object to Mr. Crawford's withdrawal.

### Certificate of Consultation

The undersigned certifies that, on April 18, 2017, counsel for Defendants Oldham, Moore, McGhee, Hammons and Shelby County, TN consulted with Mike McLaren, counsel for Plaintiffs, by email about the relief sought in this motion and he advised that he does not object to the motion.

Respectfully submitted,

   /s/ Odell Horton, Jr.
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Wyatt Tarrant & Combs LLP
1715 Aaron Brenner Drive
Suite 800
Memphis, TN  38120
(901) 537-1000

2

>rcraddock@wyattfirm.com
>ohorton@wyattfirm.com
>
>*Attorneys for Shelby County, Bill Oldham, Robert Moore, Charlene McGhee and Debra Hammons*

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 18th day of April, 2017, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

Claiborne Ferguson
The Claiborne Ferguson Law Firm P.A.
294 Washington Avenue
Memphis, TN 38103
Claiborne@midsouthcriminaldefense.com

Joseph S.Ozment
The Law Office of Joseph S. Ozment, PLLC
1448 Madison Ave.
Memphis, TN 38104
jozment@oz-law.net

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

   /s/ Odell Horton, Jr._____