IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons,<br><br>　　Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>　　Defendants. | Civil Action No.<br>2:16-cv-02907-SHM-tmp<br>Jury Demanded |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Amber D. Floyd, of Wyatt, Tarrant & Combs, LLP, enters her appearance as counsel of record for Defendants, Shelby County, Bill Oldham, Robert Moore, Charlene McGhee and Debra Hammons.

        Respectfully submitted,

        s/ Amber D. Floyd
        Robert E. Craddock, Jr. (# 5826)
        Odell Horton, Jr. (# 12426)
        Amber D. Floyd (# 29160)
        Wyatt Tarrant & Combs LLP
        1715 Aaron Brenner Drive, Suite 800
        Memphis, TN  38120
        (901) 537-1000
        rcraddock@wyattfirm.com
        ohorton@wyattfirm.com
        afloyd@wyattfirm.com

        *Attorneys for Shelby County, Bill Oldham, Robert Moore, Charlene McGhee and Debra Hammons*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing has been filed via the Court's ECF system this 18th day of April, 2017, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

Claiborne Ferguson
The Claiborne Ferguson Law Firm P.A.
294 Washington Avenue
Memphis, TN  38103
Claiborne@midsouthcriminaldefense.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas  75201
beth.petronio@klgates.com

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN  38103
btrammell@bakerdonelson.com

Joseph S. Ozment
The Law Office of Joseph S. Ozment, PLLC
1448 Madison Ave.
Memphis, TN 38104
jozment@oz-law.net

                s/ Amber D. Floyd

61611223.1