# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S. MELTON,
ISSACCA POWELL, KEITH BURGESS**,
and **TRAVIS BOYD**, on behalf of themselves and
all similarly situated persons,

       Plaintiffs,

v.                                                                                          **Civil No. 16-2907-SHM/tmp**

**BILL OLDHAM**, in his individual capacity and in his
official capacity as the Sheriff of Shelby County, Tennessee;
**ROBERT MOORE**, in his individual capacity and in his
official capacity as the Jail Director of Shelby County, Tennessee;
**CHARLENE MCGHEE**, in her individual capacity and in her
official capacity as the Assistant Chief of Jail Security of
Shelby County, Tennessee; **DEBRA HAMMONS**, in her
individual capacity and in her official capacity as the Assistant
Chief of Jail Programs of Shelby County, Tennessee;
**SHELBY COUNTY, TENNESSEE**, a Tennessee
municipality; and **TYLER TECHNOLOGIES, INC**.,
a foreign corporation,

       Defendants.

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is the April 18, 2017 unopposed motion to allow attorney Robert L. Crawford to withdraw as counsel for defendants (D.E. 49).  For good cause shown, the motion is GRANTED and Robert L. Crawford is withdrawn from further representation of defendants Oldham, Moore, McGhee, Hammons and Shelby County, Tennessee.

SO ORDERED this 18th day of April, 2017.

                                                     *s/   Samuel H. Mays, Jr.*
                                                     SAMUEL H. MAYS, JR.
                                                     UNITED STATES DISTRICT JUDGE