IN THE DISTRICT COURT
FOR THE UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

**SCOTT TURNAGE, ET AL.,**
individually and as representatives
of a class of all similarly situated individuals,

    **Plaintiffs,**

                                                          **CAUSE NO.:  2:16-cv-2907**

vs.                                                                 **Jury Trial Requested**

**BILL OLDHAM, ET AL.,**

    **Defendants.**

### CERTIFICATE OF CONSULTATION BY COUNSEL

The undersigned counsel for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons and Shelby County, Tennessee pursuant to Local Rule 7.2 (a)(1)(B), certifies as follows:

1. On May 16, 2017, I sent an e-mail to Frank Watson and Michael McLaren, Co-Counsel for Plaintiffs.

2. I requested an extension of time from May 18, 2016 to May 26, 2017 for all named defendants to file a responsive pleading in this matter.

3. Mr. Watson e-mailed me on May 16, 2017 stating he consented to Defendants' Motion for Extension of time.

Respectfully submitted

/s/Odell Horton, Jr.
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Amber D. Floyd (# 29160)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
(901) 537-1000
ohorton@wyattfirm.com

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorney for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons and Shelby County, Tennessee*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system this 17th day of May, 2017, for service on all persons registered in connection with this case.

/s/Odell Horton, Jr.
Odell Horton, Jr.

61618909.1