IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>   Defendants. | Civil Action No.<br>2:16-cv-02907-SHM-tmp<br>Jury Demanded |

**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OF DEFENDANTS BILL OLDHAM, ROBERT MOORE, CHARLENE MCGHEE, AND DEBRA HAMMONS AS TO THE SECOND AMENDED CLASS ACTION COMPLAINT**

Defendants Sheriff Bill Oldham, Robert Moore, Charlene McGhee, and Debra Hammons (hereinafter "Individual Defendants"), in their individual capacities, move this Court for a Partial Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).  In support of their Motion, the Individual Defendants rely on their Memorandum in Support attached hereto.

Respectfully submitted,

s/ Amber D. Floyd
Robert E. Craddock, Jr. (# 5826)
Odell Horton (# 12426)
Amber D. Floyd (#29160)
Wyatt Tarrant & Combs LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com

E. Lee Whitwell (# 33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorneys for Shelby County*

Certificate of Service

       I certify that the foregoing is being filed via the Court's ECF system this 25th day of May, 2017, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

Claiborne Ferguson
The Claiborne Ferguson Law Firm P.A.
294 Washington Avenue
Memphis, TN 38103
Claiborne@midsouthcriminaldefense.com

Joseph S. Ozment
The Law Office of Joseph S. Ozment, PLLC
1448 Madison Ave.
Memphis, TN 38104
jozment@oz-law.net

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*


s/ Amber D. Floyd

61621631

3