IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRENCE DRAIN on behalf of themselves and all similarly situated persons, <br><br> PLAINTIFFS, <br><br> v. <br><br> BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, <br><br> DEFENDANTS. | Case No. 2:16-cv-2907-SHM/tmp <br><br> **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, AND TENNESSEE COMMON LAW** <br><br> **JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

**UNOPPOSED MOTION AND SUPPORTING MEMORANDUM FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OF DEFENDANTS BILL OLDHAM, ROBERT MOORE, CHARLENE MCGHEE, AND DEBRA HAMMONS AS TO THE SECOND AMENDED CLASS ACTION COMPLAINT AND DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

COME NOW Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy S. Melton, Issacca Powell, Keith Burgess, Travis Boyd, and Terrence Drain, on behalf themselves and all similarly situated persons (hereinafter "the Plaintiffs"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 6 and 12 hereby move this Court to extend their time to July 6, 2017, to respond to the Motion for Partial Judgment on the Pleadings (ECF No. 56) filed by Defendants Bill Oldham, Robert Moore, Charlene McGhee, and Debra Hammons (hereinafter "the Individual Defendants") as to the Second Amended Class Action Complaint and to July 7, 2017, to respond to Defendant Tyler Technologies, Inc.'s (hereinafter "Tyler") Motion to Dismiss Second Amended Class Action Complaint (ECF No. 58). In support of their Motion, Plaintiffs state as follows:

**MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION**

1. Plaintiffs' deadline to respond to the Individual Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 56) is June 22, 2017.
2. Plaintiffs' deadline to respond to Tyler's Motion to Dismiss (ECF No. 58) is June 23, 2017.
3. This is a complex class action lawsuit filed on behalf of the Plaintiffs.
4. As the aforementioned motions are potentially dispositive, Plaintiffs require additional time to properly and thoroughly research and brief the issues raised by both the Individual Defendants and Tyler.
5. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Plaintiffs consulted with counsel for both the Individual Defendants and Tyler regarding these extensions.
6. Counsel for the Individual Defendants and Tyler do not oppose these Requests for Extensions of Time.
7. This is the Plaintiffs' first request for extensions.
8. A proposed Order granting this Motion will be e-mailed to the Court for its consideration.

Therefore, Plaintiffs respectfully request that the Court extend to July 6, 2017, their time to respond to the Individual Defendants' Motion for Partial Judgment on the Pleadings and July 7, 2017, to respond to Tyler's Motion to Dismiss.

Respectfully submitted,

/s/ *Michael G. McLaren*
Michael G. McLaren (#5100)
William E. Cochran, Jr. (#21428)
Brice M. Timmons (#29582)
BLACK MCLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117
(901) 762-0535 (Office)
(901) 762-0539 ( Fax)
mclaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

*Counsel for Plaintiffs and the putative Class Members*

3

# **CERTIFICATE OF SERVICE**

  I, the undersigned, do hereby certify that on June 22, 2017, the foregoing was served via the Court's ECF filing system to all counsel of record, including:

Robert E. Craddock, Esq.
Odell Horton, Jr., Esq.
Amber D. Floyd, Esq.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Dr., Suite 800
 Memphis, Tennessee 38120
(901) 537-1000
Email: rcraddock@wyattfirm.com
Email: ohorton@wyattfirm.com
Email: afloyd@wyattfirm.com

Emmett Lee Whitwell, Esq.
SHELBY COUNTY ATTORNEY'S
OFFICE
160 N. Main Street, Suite 950
Memphis, TN 38103
(901)222-2100
Email:
lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Bill Oldham,
Robert Moore, Charlene McGhee,
Debra Hammons and Shelby County,
Tennessee*

Bradley E. Trammell, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-2121
Email:
btrammell@bakerdonelson.com

Beth Bivans Petronio, Esq.
K&L GATES, LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
9214) 939-5815
Email: beth.petronio@klgates.com

*Counsel for Defendant Tyler
Technologies, Inc.*

            /s/ Michael G. McLaren