IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRENCE DRAIN, on behalf of themselves and all similarly situated persons,<br><br>      Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>      Defendants. | **Case No. 2:16-cv-2907-SHM/tmp** |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSES**

      Before the Court is the June 22, 2017 unopposed motion of plaintiffs, on behalf themselves and all similarly situated persons (hereinafter "the plaintiffs"), for extensions of time to respond the motion for partial judgment on the pleadings (D.E. 56), filed by defendants Bill Oldham, Robert Moore, Charlene McGhee, and Debra Hammons and the motion to dismiss second amended class action complaint (D.E. 58), filed by defendant Tyler Technologies, Inc.

For good cause shown, the motion is GRANTED.  Plaintiffs shall have until July 6, 2017 to respond to the motion for partial judgment on the pleadings, and until July 7, 2017 to file a response to the motion to dismiss.

SO ORDERED this 22nd day of June, 2017.

            _s/   Samuel H. Mays, Jr._
            SAMUEL H. MAYS, JR.
            UNITED STATES DISTRICT JUDGE