```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

| | |
|---|---|
| ISSACCA POWELL, individually )<br>and as representative of a )<br>class of all similarly )<br>situated individuals; )<br>         )<br>     Plaintiff,     )<br>         )<br>v.                       )<br>         )<br>BILL OLDHAM, Sheriff of Shelby )<br>County, individually and in )<br>his official capacity; )<br>         )<br>     Defendant.     )<br>         )<br>         )<br>CORTEZ D. BROWN, DEONTAE TATE, )<br>and JEREMY S. MELTON on behalf )<br>of themselves and all )<br>similarly situated persons; )<br>         )<br>     Plaintiffs,     )<br>         )<br>v.                       )<br>         )<br>BILL OLDHAM, in his individual )<br>capacity and in his official )<br>capacity as the Sheriff of )<br>Shelby County, Tennessee; )<br>ROBERT MOORE, in his )<br>individual capacity and in his )<br>official capacity as the Jail )<br>Director of the Shelby County, )<br>Tennessee; CHARLENE McGHEE, in )<br>her individual capacity and in )<br>her official capacity as the )<br>Assistant Chief of Jail )<br>Security of Shelby County, )<br>Tennessee; DEBRA HAMMONS, in )<br>her individual capacity and in )<br>her official capacity as the )<br>Assistant Chief of Jail )  | No. 2:16-cv-02907-SHM-tmp<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 2:17-cv-02015-SHM-dkv |

```
Programs of Shelby County,        )
Tennessee; SHELBY COUNTY,         )
TENNESSEE, a Tennessee            )
municipality; and TYLER           )
TECHNOLOGIES, INC., a foreign     )
corporation;                      )
                                  )
     Defendants.                  )
```

# ORDER

Before the Court is Plaintiffs Cortez Brown, Deontae Tate, and Jeremy Melton's January 30, 2017 Rule 23(g)(3) Motion for Appointment of Interim Class Counsel and Interim Liaison Class Counsel (the "Motion for Appointment"). (17-02015: ECF No. 27.) Defendant Tyler Technologies, Inc. ("Tyler") responded on February 13, 2017. (17-02015: ECF No. 29.)

On March 13, 2017, the Court ordered that the case styled <u>Issacca Powell v. Bill Oldham</u>, Case No. 2:16-cv-02907, be consolidated with the case styled <u>Cortez D. Brown, et al. v. Bill Oldham, et al.</u>, Case No. 2:17-cv-02015. (16-02907: ECF No. 42; 17-02015: ECF No. 36.) The Court ordered that the consolidated action shall proceed in this Court under Case No. 2:16-cv-02907 and that the cases shall be consolidated for all purposes. (16-02907: ECF No. 42; 17-02015: ECF No. 36.)

Because the cases have been consolidated under Case No. 2:16-cv-02907, the Motion for Appointment is DENIED as moot.

Case No. 2:17-cv-02015 will be closed and all further filings in this matter should be filed in Case No. 2:16-cv-02907.[1]

So ordered this 10th day of July, 2017.

/s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] After consolidation, Tyler filed two motions to dismiss in Case No. 2:16-cv-02907 and identical motions to dismiss in Case No. 2:17-cv-02015.  (16-02907: ECF Nos. 45, 58; 17-02015: ECF Nos. 37, 39.)  Those motions to dismiss will be adjudicated in Case No. 2:16-cv-02907.  They are terminated in Case No. 2:17-cv-02015.