IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>Defendants. | **Civil Action No. 2:16-cv-02907-SHM-tmp**<br><br>(**Hon. Judge Samuel H. Mays**) |

**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS UPON DEFENDANTS BILL OLDHAM, SHELBY COUNTY AND TYLER TECHNOLOGIES, INC.**

COME NOW Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy S. Melton, Issacca Powell, Keith Burgess, and Travis Boyd, on behalf of themselves and all other similarly situated persons, by and through their designated attorneys, and, pursuant to Local Rule 26.1(a)(2), provide this Notice that on **August 3, 2017** Plaintiffs separately served the following discovery requests:

- Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendant Bill Oldham.

- Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendant Shelby County.

- Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendant Tyler Technologies, Inc.

.

    Respectfully submitted,

    */s/ Frank L. Watson, III*
    Frank L. Watson, III (Tenn. Bar No. 15073)
    William F. Burns (Tenn. Bar No. 17908)
    William E. Routt (Tenn. Bar. No. 28577)
    WATSON BURNS, PLLC
    253 Adams Avenue
    Memphis, TN 38103
    Phone: (901) 529-7996
    Fax: (901) 529-7998
    Email: fwatson@watsonburns.com
    Email: bburns@watsonburns.com
    Email: wroutt@watsonburns.com

    Michael G. McLaren (Tenn. Bar No. 5100)
    William E. Cochran, Jr. (Tenn. Bar No. 21428)
    Brice M. Timmons (Tenn. Bar No. 29582)
    BLACK MCLAREN JONES
    RYLAND & GRIFFEE PC
    530 Oak Court Drive
    Suite 360
    Memphis, Tennessee 38117
    Phone: (901) 762-0535
    Fax: (901) 762-0539
    mmclaren@blackmclaw.com
    wcochran@blackmclaw.com
    btimmons@blackmclaw.com

Joseph S. Ozment (Tenn. Bar No. 15601)
THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC
1448 Madison Ave.
Memphis, Tennessee 38104
Phone: (901) 525-4357
Email: jozment@oz-law.net


Claiborne H. Ferguson, Esq. (Tenn. Bar. No. 20457)
THE CLAIBORNE FERGUSON LAW FIRM, P.A.
294 Washington Ave.
Memphis, TN 38103
(901) 529-6400
Email: claiborne101@yahoo.com


*Counsel for Plaintiffs and the putative Class Members*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that the above and foregoing was filed on January 30, 2017, using the CM/ECF system with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court to the following parties:

Robert E. Craddock, Esq.
Robert L. Crawford, Esq.
Odell Horton, Jr., Esq.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
 Memphis, Tennessee 38120
(901) 537-1000
Email: rcraddock@wyattfirm.com

Emmett Lee Whitwell, Esq.
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 950
Memphis, TN 38103
(901)222-2100
Email: lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Bill Oldham,*
*Robert Moore, Charlene McGhee,*
*Debra Hammons and Shelby County, Tennessee*

Bradley E. Trammell, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103
(901) 577-2121
Email: btrammell@bakerdonelson.com

Beth Bivans Petronio, Esq.
K&L GATES, LLP
1717 Main Street
Suite 2800
Dallas, Texas 75201
9214) 939-5815
Email: beth.petronio@klgates.com

*Counsel for Defendant Tyler Technologies, Inc*

<u>s/ Frank L. Watson, III</u>
Frank L. Watson, III
