IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRANCE DRAIN on behalf of themselves and all similarly situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>   Defendants. | Civil Action No.<br>2:16-cv-02907-SHM-tmp<br>Jury Demanded |

**JOINT MOTION TO EXTEND CLASS CERTIFICATION DEADLINES**

Plaintiffs Scott Turnage, Cortez D. Brown, Deonte Tate, Jeremy S. Melton, Issacca Powell, Keith Burgess, Travis Boyd, and Terrance Drain ("Plaintiffs") and Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Shelby County, Tennessee, and

Tyler Technologies, Inc. ("Defendants") (collectively, the "Parties") submit their Joint Motion to Extend Class Certification Deadlines, stating:

1. The Parties seek to extend the deadlines regarding class certification established in the Scheduling Order [Doc. 37] entered by this Court on February 22, 2017.

2. Rule 6(b) of the Federal Rules of Civil Procedure states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time…." Fed. R. Civ. P. 6(b)(1)(A).

3. Good cause exists for the extension of the class certification deadlines for several reasons. Since the entry of the Scheduling Order in February, the *Brown* matter was transferred to this Court and consolidated into the *Powell* matter. Thereafter the Complaint in the consolidated matters was amended twice. Motions to Dismiss and for Judgment on the Pleadings were filed, and in the face on an amended complaint, were re-submitted, with briefing on these motions just recently completed. Further, the Parties need to take several depositions for class certification discovery purposes. The Parties are presently working to complete written discovery and respectfully request additional time to coordinate and schedule depositions in this matter, which involves many parties and a number of attorneys. Additionally, extending the class certification discovery deadline will not delay this matter as no trial has been set in this case.

4. As such, the Parties respectfully request that the following deadlines be extended as follows:

>Class Certification Discovery Deadline:  **JANUARY 16, 2018**
>
>Motion for Class Certification Deadline:  **FEBRUARY 2, 2018**
>
>Response Brief Deadline:  **MARCH 2, 2018**

Reply Brief Deadline: **MARCH 16, 2018**

Sur-Reply Brief Deadline: **MARCH 30, 2018**

**WHEREAS, PREMISES CONSIDERED**, the Parties respectfully request that the Court extend the deadlines as set forth above.


Respectfully submitted,

| | |
|---|---|
| s/ Michael G. McLauren | s/ Odell Horton, Jr. |
| Black, McLaren, Jones, Ryland & Griffee | Wyatt, Tarrant &Combs, LLP |
| Michael G. McLaren (#5100) | Robert E. Craddock, Jr. (#5826) |
| Brice Timmons (#29582) | Odell Horton, Jr. (#12426) |
| 530 Oak Court Dr., Suite 360 | Amber D. Floyd (#29160) |
| Memphis, TN  38117 | 1715 Aaron Brenner Dr., Suite 800 |
| 901-762-0535 | Memphis, TN  38120 |
| | |
| Frank L. Watson | E. Lee Whitwell (#33622) |
| William F. Burns | Shelby County Attorney's Office |
| Watson Burns, PLLC | 160 North Main St., Suite 950 |
| 253 Adams Avenue | Memphis, TN  38103 |
| Memphis, TN 38104 | 901-222-2100 |
| | *Counsel for Shelby County Defendants* |
| Claiborne Ferguson | |
| The Claiborne Ferguson Law Firm P.A. | |
| 294 Washington Avenue | |
| Memphis, TN  38103 | s/ Bradley E. Trammell |
| | Bradley E. Trammell |
| | Baker, Donelson, Bearman, Caldwell & Berkowitz |
| Joseph S.Ozment | 165 Madison Avenue, Suite 2000 |
| The Law Office of Joseph S. Ozment, PLLC | Memphis, TN  38103 |
| 1448 Madison Ave. | |
| Memphis, TN 38104 | Beth Petronio |
| *Counsel for Plaintiffs* | K&L Gates |
| | 1717 Main Street, Suite 2800 |
| | Dallas, Texas  75201 |
| | *Counsel for Tyler Technologies, Inc.* |


61655876.1

3