IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRANCE DRAIN, on behalf of themselves and all similarly situated persons,<br><br>   Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>   Defendants. | Civil No. 16-2907-SHM/tmp |

**ORDER GRANTING MOTION TO EXTEND CLASS CERTIFICATION DEADLINES**

  Before the Court is the parties' August 4, 2017 joint motion to extend the class certification deadlines (D.E. 68). For good cause shown, the motion is GRANTED.

2

The deadlines in the February 22, 2017 Scheduling Order (D.E. 37) are extended as follows:

| | |
|---|---|
| Class Certification Discovery Deadline: | January 16, 2018 |
| Motion for Class Certification Deadline: | February 2, 2018 |
| Response Brief Deadline: | March 2, 2018 |
| Reply Brief Deadline: | March 16, 2018 |
| Sur-Reply Brief Deadline: | March 30, 2018. |

SO ORDERED this 7th day of August, 2017.

    *s/    Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE