IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 2:16-cv-2907-SHM/tmp |
| v. | ) ) | |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION FOR WITHDRAWAL
OF JOSHUA SPICKLER AS COUNSEL OF RECORD

Before the Court is plaintiffs' September 13, 2017 unopposed motion to allow Joshua Spickler to withdraw as counsel of record for plaintiffs (D.E. 71).  For good cause shown, the

motion is GRANTED and attorney Joshua Spickler is withdrawn from further representation of plaintiffs in this case.

SO ORDERED this 13th day of September, 2017.

                                               *s/ Samuel H. Mays, Jr.*
                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE