AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Scott Turnage, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-cv-02907-SHM-tmp |
| Bill Oldham, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Deontae Tate, Jeremy C. Melton, and Cortez D. Brown                                   .

Date:   09/27/2017                                                  /s William E. Routt
                                                                                  *Attorney's signature*

                                                        Willliam E. Routt (Tenn. Bar No. 028577)
                                                                         *Printed name and bar number*
                                                                            Watson Burns, PLLC
                                                                             253 Adams Avenue
                                                                        Memphis, Tennessee 38103

                                                                                     *Address*

                                                                       wroutt@watsonburns.com
                                                                                *E-mail address*

                                                                              (901) 529-7996
                                                                             *Telephone number*

                                                                              (901) 529-7998
                                                                                *FAX number*