IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, and TRAVIS BOYD on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>Defendants. | **Civil Action No. 2:16-cv-02907-SHM-tmp**<br><br>(**Hon. Judge Samuel H. Mays**) |

**PLAINTIFFS' NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO DEFENDANT SHELBY COUNTY'S FIRST SETS OF INTERROGATORIES AND FIRST SETS OF REQUESTS FOR DOCUMENTS TO DEONTAE TATE AND JEREMY C. MELTON**

COME NOW Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy S. Melton, Issacca Powell, Keith Burgess, and Travis Boyd, on behalf of themselves and all other similarly situated persons, by and through their designated attorneys, and, pursuant to Local Rule

26.1(a)(2), provide this Notice that on **September 27, 2017** Plaintiffs served the following objections and responses to written discovery:

- Plaintiff Deontae Tate's Objections and Responses to Defendant Shelby County's First Set of Interrogatories and First Set of Requests for Documents.

- Plaintiff Jeremy C. Melton's Objections and Responses to Defendant Shelby County's First Set of Interrogatories and First Set of Requests for Documents.

    Respectfully submitted,

    *s/ William E. Routt*
    Frank L. Watson, III (Tenn. Bar No. 15073)
    William F. Burns (Tenn. Bar No. 17908)
    William E. Routt (Tenn. Bar No. 28577)
    WATSON BURNS, PLLC
    253 Adams Avenue
    Memphis, TN 38103
    Phone: (901) 529-7996
    Fax: (901) 529-7998
    Email:  fwatson@watsonburns.com
    Email:  bburns@watsonburns.com
    Email:  wroutt@watsonburns.com


    Michael G. McLaren (Tenn. Bar No. 5100)
    William E. Cochran, Jr. (Tenn. Bar No. 21428)
    Brice M. Timmons (Tenn. Bar No. 29582)
    BLACK MCLAREN JONES
    RYLAND & GRIFFEE PC
    530 Oak Court Drive
    Suite 360
    Memphis, Tennessee 38117
    Phone: (901) 762-0535
    Fax: (901) 762-0539
    mmclaren@blackmclaw.com
    wcochran@blackmclaw.com
    btimmons@blackmclaw.com

    Joseph S. Ozment (Tenn. Bar No. 15601)
    THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC

        1448 Madison Ave.
        Memphis, Tennessee 38104
        Phone: (901) 525-4357
        Email: jozment@oz-law.net


        Claiborne H. Ferguson, Esq. (Tenn. Bar. No. 20457)
        THE CLAIBORNE FERGUSON LAW FIRM, P.A.
        294 Washington Ave.
        Memphis, TN 38103
        (901) 529-6400
        Email: claiborne101@yahoo.com


        *Counsel for Plaintiffs and the putative Class Members*

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that the above and foregoing was filed on September 27, 2017, using the CM/ECF system with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court to the following parties:

| | |
|---|---|
| Robert E. Craddock, Esq.<br>Robert L. Crawford, Esq.<br>Odell Horton, Jr., Esq.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, Tennessee 38120<br>(901) 537-1000<br>Email: rcraddock@wyattfirm.com | Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue<br>Suite 2000<br>Memphis, Tennessee 38103<br>(901) 577-2121<br>Email: btrammell@bakerdonelson.com |
| Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br>(901)222-2100<br>Email: lee.whitwell@shelbycountytn.gov | Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>9214) 939-5815<br>Email: beth.petronio@klgates.com |
| *Counsel for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons and Shelby County, Tennessee* | *Counsel for Defendant Tyler Technologies, Inc.* |

                                                s/ *William E. Routt*
                                                William E. Routt