IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| ISSACCA POWELL, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 2:16-cv-2907-SHM-tmp |
| v. | ) Consolidated with: No. |
| | ) 2:17-cv-2015-SHM-dkv & No. |
| | ) 2:17-cv-2795-SHM-tmp |
| | ) |
| BILL OLDHAM, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER**

Before the Court are four motions.  First, is Defendant Tyler Technologies, Inc.'s ("Tyler") April 13, 2017 motion to dismiss.  (ECF No. 45.)  Second, is Defendants Sheriff Bill Oldham, Robert Moore, Charlene McGhee, and Debra Hammons's ("Shelby County Defendants") April 14, 2017 motion for partial judgment on the pleadings.  (ECF No. 47.)  Third, is Shelby County Defendants' May 25, 2017 motion for partial judgment on the pleadings.  (ECF No. 56.)  Fourth, is Defendant Tyler's May 26, 2017 motion to dismiss.  (ECF No. 58.)

On March 9, 2017, the Court consolidated <u>Powell, et al. v. Oldham, et al.</u>, 2:16-cv-2907-SHM-tmp (W.D. Tenn.) with <u>Ingram, et al. v. Oldham, et al</u>, 2:17-cv-2795-SHM-tmp (W.D. Tenn.).

(ECF No. 89.)  The Court ordered Plaintiffs in both actions to file a consolidated complaint within thirty days of the entry of its Order.  (Id. at 743.)

The forthcoming consolidated complaint will become the new complaint.  The four pending motions, therefore, are DENIED as MOOT without prejudice.

So ordered this 9th day of March, 2018.

                                        */s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE