IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | | |
|---|---|---|
| ISSACCA POWELL, et al, | ) | |
| | ) | |
|     Plaintiffs, | ) | **No. 2:16-cv-2907-SHM-tmp** |
| | ) | Consolidated with: |
| | ) | **No. 2:17-cv-2015-SHM-dkv** |
| **v.** | ) | |
| | ) | |
| BILL OLDHAM, et al, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| MELVIN INGRAM, et al. | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | **No. 2:17-cv-2795-SHM-tmp** |
| **v.** | ) | |
| | ) | |
| ROBERT MOORE, et al, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER GRANTING MOTION FOR AN EXTENSION OF TIME
FOR PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT**

On April 7, 2018, plaintiffs in *Melvin Ingram, et al. v. Robert Moore, et al.,* 2:17-cv-2795-SHM-tmp, ("Ingram case"), filed their motion for an extension of time to file a consolidated complaint in both the Ingram case (ECF 29), and in *Powell et al. v. Bill Olham, et al.*, ("Powell case"), 2:16-cv-2907-SHM-tmp (ECF 91).  For good cause shown, the mtoion is GRANTED.

**IT IS HEREBY ORDERED** that plaintiffs in both the Ingram and Powell case shall have until April 23, 2018 to file their consolidated complaint in case number 2:16-cv-2907.

ENTERED this 9th day of April, 2018

                                          *s/  Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE