# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| Issacca Powell, et al. ) | |
| ) | |
| **PLAINTIFFS** ) | No. 2:16-cv-2907-SHM-tmp |
| ) | Consolidated with: |
| ) | No. 2:17-cv-2015-SHM-dkv |
| v. ) | No. 2:17-cv-2795-SHM-tmp |
| ) | |
| Bill Oldham, et al. ) | |
| ) | |
| **DEFENDANTS** | |

## NOTICE OF APPEARANCE OF COUNSEL, MATTHEW C. GULOTTA, ON BEHALF OF THE INGRAM PLAINTIFFS

On March 9, 2018, this Court filed its *Order of Consolidation*, ECF. No. 89, 2:16-cv-2907, ordering the *Ingram* case, 2:17-cv-2795, and *Powell* case to be consolidated. Pursuant to the Court's *Order of Consolidation*, Attorney Matthew C. Gulotta, counsel for the *Ingram* Plaintiffs, enters his notice of appearance on behalf of his clients, Melvin Ingram, et al.

**Respectfully submitted,**

s/Matt Gulotta
MATTHEW C. GULOTTA, BPR#28194
202 Adams Avenue
Memphis, TN 38103
Main: (901) 213-6648
Fax: (901) 410-5373
matt@gulottalaw.net

*Attorney for Plaintiffs in Ingram, et al.*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the preceding document was forwarded by electronic means via the Court's electronic filing system to all parties of record.

s/Matt Gulotta