## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| Issacca Powell, et al. | ) |
| | ) |
| **PLAINTIFFS** | ) **No. 2:16-cv-2907-SHM-tmp** |
| | ) Consolidated with: |
| | ) **No. 2:17-cv-2015-SHM-dkv** |
| **v.** | ) **No. 2:17-cv-2795-SHM-tmp** |
| | ) |
| Bill Oldham, et al. | ) |
| | ) |
| **DEFENDANTS** | |

## NOTICE OF APPEARANCE OF COUNSEL,
## STEVE WILSON, ON BEHALF OF THE
## *INGRAM* PLAINTIFFS

On March 9, 2018, this Court filed its *Order of Consolidation*, ECF. No. 89, 2:16-cv-2907, ordering the *Ingram* case, 2:17-cv-2795, and *Powell* case to be consolidated. Pursuant to the Court's *Order of Consolidation*, Attorney Steve Wilson, counsel for the *Ingram* Plaintiffs, enters his notice of appearance on behalf of his clients, Melvin Ingram, et al.

Respectfully submitted,

s/Steve Wilson
STEVE WILSON, BPR#28460
5100 Poplar Ave., Ste. 2700,
Memphis, TN 38137
Main: (901) 337-1300
Fax: 901-372-1446
Steve@stevewilsonfirm.com

*Attorney for Plaintiffs in Ingram, et al.*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the preceding document was forwarded by electronic means via the Court's electronic filing system to all parties of record.

s/Steve Wilson