IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BILL OLDHAM, et al., )<br>)<br>Defendants. )<br>)<br>) | No. 2:16-cv-2907-SHM-tmp<br>Consolidated with:<br>No. 2:17-cv-2015-SHM-dkv<br>And<br>No. 2:17-cv-2795-SHM-tmp |

**ORDER**

Before the Court is a renewed motion to appoint interim class counsel filed by Plaintiffs Issacca Powell, Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy Melton, Keith Burgess, and Terrence Drain (collectively, "Powell Plaintiffs") on April 23, 2018.  (ECF No. 93.)[1]

Also before the Court is a motion to adopt proposed consolidated complaint filed by Plaintiffs Melvin Ingram and 29 other individuals, on behalf of themselves and others similarly situated (collectively, "Ingram Plaintiffs") on April 23, 2018. (ECF No. 94.)  In the alternative, Ingram Plaintiffs ask to

---

[1] Powell Plaintiffs styled their motion as a "Notice of Their Request for the Court to Consider and Rule on Their Previously Filed Rule 23(g)(3) Motion For Appointment of Interim Class Counsel in Order that, inter alia, a Consolidate Class Complaint May be Filed[.]"  (ECF No. 93.)  The Court construes that notice as a renewed motion to appoint interim class counsel.

respond to Powell Plaintiffs' renewed motion to appoint interim class counsel within fourteen days.  (Id. at 764.)

Powell Plaintiffs responded on May 7, 2018.  (ECF No. 95.) They oppose adoption of Ingram Plaintiffs' proposed consolidated complaint before the Court appoints class counsel. (Id. at 813.)  Powell Plaintiffs also ask that Ingram Plaintiffs be ordered to respond within seven days to the renewed motion to appoint interim class counsel.  (Id.)

To the extent Ingram Plaintiffs seek to respond to Powell Plaintiffs' renewed motion to appoint interim class counsel, that request is GRANTED.  Ingram Plaintiffs must respond to Powell Plaintiffs' original motion to appoint interim class counsel (ECF No. 80) and their renewed motion (ECF No. 93) within fourteen days of the date of entry of this Order.

So ordered this 7th day of June, 2018.

                                      */s/ Samuel H. Mays, Jr.*
                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE