IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

---

SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRENCE DRAIN on behalf of themselves and all similarly situated persons,

    PLAINTIFFS,

  v.

BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation

    DEFENDANTS.

)))))))))))))))))))))))))))))))))))))

**Case No. 2:16-cv-2907-SHM-tmp**

(Hon. Judge Samuel H. Mays)

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, AND TENNESSEE COMMON LAW**

**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)**

MELVIN INGRAM et al., on behalf of
themselves and all similarly situated
persons,



           PLAINTIFFS,

   v.


BILL OLDHAM, in his individual capacity
and in his official capacity as the Sheriff of
Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity and in
his official capacity as the Jail Director of
the Shelby County, Tennessee;
CHARLENE McGHEE, in her individual
capacity and in her official capacity as the
of Assistant Chief Jail Security of Shelby
County, Tennessee; DEBRA HAMMONS,
in her individual capacity and in her
official capacity as the Assistant Chief of
Jail Programs of Shelby County,
Tennessee; SHELBY COUNTY,
TENNESSEE, a Tennessee municipality;
and TYLER TECHNOLOGIES, INC., a
foreign corporation



           DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:17-cv-02795-SHM-tmp**

(Hon. Judge Samuel H. Mays)




**CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE CIVIL
RIGHTS ACT OF 1871, 42 U.S.C. §
1983, AND TENNESSEE COMMON
LAW**


**JURY TRIAL DEMANDED
PURSUANT TO FED. R. CIV. PRO.
38(a) & (b)**

---

**UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF *POWELL*
PLAINTIFFS FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT
OF PLAINTIFFS' RULE 23(g)(3) MOTION FOR APPOINTMENT OF INTERIM
CLASS COUNSEL AND IN SUPPORT OF PLAINTIFFS' REQUEST FOR THE
COURT TO CONSIDER AND RULE ON THEIR PREVIOUSLY FILED RULE
23(G)(3) MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL IN
ORDER THAT, *INTER ALIA*, A CONSOLIDATED CLASS COMPLAINT MAY
BE FILED**

Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy Melton, Issacca Powell, Keith Burgess and Terrence Drain (hereinafter collectively referred to as "*Powell* Plaintiffs") , without objection or opposition from the *Ingram* Plaintiffs, respectfully request that this Court grant them leave to file a Reply Memorandum in Support of their Rule 23(g)(3) Motion for Appointment of Interim Class Counsel (Dkt. No. 80) (the "Motion") and in Support of their Request for the Court to Consider and Rule on their Previously filed Rule 23(g)(3) Motion for Appointment of Interim Class Counsel in Order that, *inter alia*, a Consolidated Class Complaint May Be Filed (Dkt. No. 93) (the "Renewed Motion") and would state as follows:

1.      On June 21, 2018, the *Ingram* Plaintiffs filed their "Response to Powell Plaintiffs' Renewed Motion to Appoint Interim Class Counsel."

2.      Under Local Rule 7.2(c), a party may file a reply memorandum only with leave of the Court by moving for leave within 7 days of service of the response.

3.      The *Powell* Plaintiffs' request for leave to file a reply is thus proper, in view of other factors supporting the necessity for further briefing, as enumerated in the Proposed Reply Memorandum, attached hereto as **<u>EXHIBIT A</u>**.

4.      On June 27, 2018, counsel for the *Powell* Plaintiffs conferred with counsel for the *Ingram* Plaintiffs, who indicated that the *Ingram* Plaintiffs consent to the instant request for leave to file a Reply Memorandum.

In light of the foregoing, the *Powell* Plaintiffs respectfully request that the Court grant their request for leave to file a Reply Memorandum.

Respectfully submitted,

s/ *Michael G. McLaren*

Michael G. McLaren (#5100)
William E. Cochran, Jr. (#21428)
Brice M. Timmons (#29582)
BLACK MCLAREN JONES RYLAND & GRIFFEE PC

2

530 Oak Court Drive, Suite 360
Memphis, TN  38117
(901) 762-0535 (Office)
(901) 762-0539 ( Fax)


s/ William E. Routt
Frank L. Watson, III (Tenn. Bar No. 15073)
William F. Burns (Tenn. Bar No. 17908)
William E. Routt (Tenn. Bar No. 28577)
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, TN 38103
Phone: (901) 529-7996
Fax: (901) 529-7998
Email:  fwatson@watsonburns.com
Email:  bburns@watsonburns.com

.

*Counsel for Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy Melton, Issacca Powell, Keith Burgess and Terrence Drain on behalf of themselves and the absent Class Members*

## <u>CERTIFICATE OF CONSULTATION</u>

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned counsel for the *Powell* Plaintiffs consulted by electronic mail with Daniel Lofton and Matt Gulotta, counsel for the *Ingram* Plaintiffs, on June 27, 2018.  Messrs. Lofton and Gulotta indicated that the *Ingram* Plaintiffs consent to the *Powell* Plaintiffs' request for leave to file a reply memorandum.

s/William E. Routt_____
William E. Routt

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that the above and foregoing was filed on June 28, 2018, using the CM/ECF system with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court to the following parties and/or served via U.S. Mail postage pre-paid and by email:

| | |
|---|---|
| Robert E. Craddock, Esq.<br>Odell Horton, Jr., Esq.<br>Amber Floyd, Esq.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br> Memphis, Tennessee 38120<br><br>*Counsel for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons and Shelby County, Tennessee* | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, Tennessee 38103<br><br>*Counsel for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons and Shelby County, Tennessee* |
| Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue<br>Suite 2000<br>Memphis, Tennessee 38103<br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br><br>*Counsel for Defendant Tyler Technologies, Inc.* |
| Daniel O. Lofton, Esq.<br>Paul F. Craig, Esq.<br>2400 Poplar Avenue<br>Suite 210<br>Memphis, Tennessee 38112<br>Email: dlofton@craigandloftonlaw.com<br>Email: pfcraig@bellsouth.net<br><br>*Counsel for Plaintiffs Melvin Ingram, et al.* | Steven G. Wilson, Esq.<br>5100 Poplar Avenue<br>Suite 2700<br>Memphis, Tennessee 38137<br>Email: stevewilsonlaw@gmail.com<br><br>*Counsel for Plaintiffs Melvin Ingram, et al.* |
| Matthew C. Gulotta, Esq.<br>202 Adams Avenue<br>Memphis, Tennessee 38103<br>Email: matt@gulottalaw.net<br><br>*Counsel for Plaintiffs Melvin Ingram, et al.* | Patrick Brooks, Esq.<br>2299 Union Avenue<br>Memphis, Tennessee 38104<br>Email:patrick@patrickbrookslaw.com<br><br>*Counsel for Plaintiffs Melvin Ingram, et al.* |

/s/ William E. Routt
William E. Routt