IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSACCA POWELL, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | No. 2:16-cv-2907-SHM-tmp |
| v. ) | Consolidated with: |
| ) | No. 2:17-cv-2015-SHM-dkv |
| BILL OLDHAM, et al., ) | and |
| ) | No. 2:17-cv-2795-SHM-tmp |
|     Defendants. ) | |
| ) | |
| ) | |

**ORDER**

Before the Court is a motion for leave to file reply in support of motions to appoint counsel (the "Motion") filed by Plaintiffs Issacca Powell, Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy Melton, Keith Burgess, and Terrence Drain (collectively, "Powell Plaintiffs") on June 28, 2018. (ECF No. 100.)

The Court granted Powell Plaintiffs' motions to appoint counsel on June 29, 2018. (ECF No. 101.) The Motion is DENIED as MOOT.

So ordered this 29th day of June, 2018.

                                            */s/ Samuel H. Mays, Jr.*
                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE