# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, ) ) ) ) ) ) ) ) ) | **Civil Action No. 2:16-cv-02907-SHM-tmp** |
| Plaintiffs, ) ) ) | (**Hon. Judge Samuel H. Mays**) |
| v. ) ) ) | |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

## DEFENDANTS BILL OLDHAM, ROBERT MOORE, CHARLENE MCGHEE, SHELBY COUNTY, TENNESSEE'S MOTION TO EXTEND TIME TO RESPOND

Defendants Bill Oldham, Robert Moore, Charlene McGhee, Shelby County, Tennessee ("Shelby County Defendants") file its Motion to Extend Time to Respond, stating:

1. On July 30, 2018, above-named plaintiffs filed their Third Amended Class Action Complaint ("Complaint").

2. The deadline to respond to the Complaint is Monday, August 20, 2018.

3. Shelby County Defendants respectfully request an additional 30 days to respond to the Complaint.

4. Rule 6(b) of the Federal Rules of Civil Procedure states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time…." Fed. R. Civ. P. 6(b)(1)(A).

5. Shelby County Defendants submit that good cause exists for its request. Shelby County Defendants seeks additional time to investigate the additional allegations alleged in the Complaint as well as potential third party claims.

6. On August 17, 2018, Counsel for Shelby County Defendants consulted with counsel for the above-named plaintiffs as well as Defendant Tyler Technologies, Inc. ("Tyler") regarding this request for extension of time. Defendant Tyler does not oppose this Motion. Counsel for plaintiffs have stated its objection to this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Shelby County Defendants respectfully request that the Court extend the subject response deadline to Wednesday, September 19, 2018.

Respectfully submitted,

/s/ Odell Horton, Jr.
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Amber D. Floyd (#29160)
Wyatt Tarrant & Combs LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
afloyd@wyattfirm.com

                                            AND

                                            E. Lee Whitwell (# 33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov
*Counsel for Shelby County Defendants*

## CERTIFICATE OF CONSULTATION

On August 17, 2018, the counsel for the parties conferred via e-mail and telephone regarding the matters set forth in this Motion. Defendant Tyler does not oppose this Motion. Plaintiffs oppose this Motion.

                                            /s/ Odell Horton, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 17, 2018, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

| | |
|---|---|
| Michael G. McLaren<br>William E. Cochran, Jr.<br>Brice M. Timmons<br>BLACK MCLAREN JONES RYLAND & GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117 | Joseph S. Ozment (Tenn. Bar No. 15601) THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC<br>1448 Madison Ave.<br>Memphis, Tennessee 38104<br><br>Bradley E. Trammell<br>Baker, Donelson, Bearman, Caldwell & Berkowitz |
| Frank L. Watson, III<br>William F. Burns<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, Tennessee 38104 | 165 Madison Avenue, Suite 2000<br>Memphis, TN  38103<br><br>Beth Petronio<br>K&L Gates<br>1717 Main Street, Suite 2800 |
| Claiborne Ferguson<br>THE CLAIBORNE FERGUSON LAW FIRM P.A.<br>294 Washington Avenue<br>Memphis, Tennessee 3810 | Dallas, Texas  7520<br><br><br>/s/ Odell Horton, Jr. |

3