IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, § § § § § § § § § Plaintiffs, § § v. § § § § BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, § § § § § § § § § § § § § § § § § § § Defendants. § | Case No. 2:16-cv-02907-SHM/tmp<br>Consolidated With<br>Case No.:  2:17-cv-02015-JTF/dkv<br>And Consolidated With<br>Case No. 2:17-cv-02795-SMH/tmp |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT**

Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss the Third Amended Class Action Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs bring negligence claims against Tyler. Plaintiffs' conclusory allegations are not sufficient to state negligence claims against Tyler as a matter of law. In addition, the negligence claim is precluded by the economic loss doctrine. Tyler relies upon a memorandum in support of its Motion to Dismiss submitted contemporaneously herewith.

WHEREFORE, Tyler moves this Court to grant its Motion to Dismiss and for other such relief to which it may be entitled.

Dated: August 20, 2018

Respectfully submitted,

*s/ Bradley E. Trammell*
Bradley E. Trammell (# 13980)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**
165 Madison Ave. Ste. 2000
Memphis, TN 38103
Telephone: 901-526-2000
btrammell@bakerdonelson.com

Beth Bivans Petronio (admitted *pro hac vice*)
Texas Bar No. 00797664
**K&L GATES, LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
beth.petronio@klgates.com

**COUNSEL FOR TYLER TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 20, 2018, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System to:

Frank L. Watson , III
William F. Burns
William E. Routt, III
WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
BLACK McLAREN JONES RYLAND
& GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117

*Counsel for Interim Class*


Robert E. Craddock , Jr.
Odell Horton, Jr.
Amber Floyd
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177-5000

Emmett Lee Whitwell
Shelby County Attorney's Office
160 N. Main Street
Suite 950
Memphis, TN 38103

*Counsel for Defendants Sheriff Bill Oldham, Jail Programmer Debra Hammons, Chief Jailor Robert Moore, Assistant Jailor Charlene McGhee, and Shelby County, Tennessee*

*Counsel for Defendants Sheriff Bill Oldham, Jail Programmer Debra Hammons, Chief Jailor Robert Moore, Assistant Jailor Charlene McGhee, and Shelby County, Tennessee*

    *s/ Bradley E. Trammell*
    Bradley E. Trammell