# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | **Civil Action No. 2:16-cv-02907-SHM-tmp** |
| Plaintiffs, | (Hon. Judge Samuel H. Mays) |
| v. | |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, | |
| Defendants. | |

## PARTIES' JOINT MOTION AND MEMORANDUM REQUESTING APPROVAL OF PROPOSED SCHEDULING ORDER

The Parties file this Joint Motion and Memorandum Requesting Approval of the Proposed Scheduling Order, stating:

1. The Court held a Scheduling Conference in this matter on February 22, 2017. (D.E. 36)

2. During the Scheduling Conference, the Parties orally moved the Court to bifurcate class certification from merits discovery and the Court agreed.

3. On February 23, 2017, the Court entered a Scheduling Order. (D.E. 37)

4. The Court provided dates pursuant to the Parties' oral motion regarding class certification issues.

5. After a series of motions and the filing of the Third Amended Class Action Complaint (D.E. 103), the dates in the Scheduling Order are no longer valid.

6. The Parties propose a new Scheduling Order in this matter. The proposed Scheduling Order is attached hereto as Exhibit A.

7. The times in the proposed Scheduling Order are longer than the times in the prior Scheduling Order. Class Counsel for the plaintiffs are involved in an extended trial and requested additional time in the proposed Scheduling Order. The Defendants do not object to the additional time.

**WHEREFORE, PREMISES CONSIDERED**, the Parties respectfully request that the Court approved the proposed Scheduling Order.

Respectfully submitted,

/s/ Odell Horton, Jr.
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Amber D. Floyd (#29160)
Wyatt Tarrant & Combs LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
afloyd@wyattfirm.com

AND

                                             E. Lee Whitwell (# 33622)
                                             Shelby County Attorney's Office
                                             160 North Main Street, Suite 950
                                             Memphis, TN 38103
                                             (901) 222-2100
                                             lee.whitwell@shelbycountytn.gov
                                             *Counsel for Shelby County Defendants*

## **CERTIFICATE OF CONSULTATION**

On August 29 and 30, 2018, counsel for the parties conferred via e-mail and telephone regarding the Proposed Scheduling Order. The Parties agree to this proposed Scheduling Order.

                                             /s/ Odell Horton, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 6, 2018, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

| | |
|---|---|
| Michael G. McLaren | Joseph S. Ozment (Tenn. Bar No. 15601) THE |
| William E. Cochran, Jr. | LAW OFFICE OF JOSEPH S. OZMENT, PLLC |
| Brice M. Timmons | 1448 Madison Ave. |
| BLACK MCLAREN JONES RYLAND & GRIFFEE PC | Memphis, Tennessee 38104 |
| 530 Oak Court Drive, Suite 360 | Bradley E. Trammell |
| Memphis, TN 38117 | Baker, Donelson, Bearman, Caldwell & Berkowitz |
| Frank L. Watson, III | 165 Madison Avenue, Suite 2000 |
| William F. Burns | Memphis, TN 38103 |
| WATSON BURNS, PLLC | |
| 253 Adams Avenue | Beth Petronio |
| Memphis, Tennessee 38104 | K&L Gates |
| | 1717 Main Street, Suite 2800 |
| Claiborne Ferguson | Dallas, Texas 7520 |
| THE CLAIBORNE FERGUSON LAW FIRM P.A. | |
| 294 Washington Avenue | /s/ Odell Horton, Jr. |
| Memphis, Tennessee 3810 | |