# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, <br><br> Defendants. | Civil No.: 2:16-cv-2907-SHM/tmp |

## JOINT APPROVED SCHEDULING ORDER

Before the Court is the parties' September 6, 2018 joint motion requesting approval of the proposed scheduling order (D.E. 107). For good cause shown, the motion is GRANTED. The parties agree to bifurcate class certification from merits discovery, with

class discovery and class certification to occur first. The Court agrees that this is appropriate. The following schedule and deadlines relating to class discovery and certification are therefore established:

1. Discovery in regard to Class Certification Issues will conclude by May 13, 2019.

2. Plaintiffs will file motions for class certification by June 3, 2019.

3. Defendants' responses to motions for class certification are due July 8, 2019.

4. Plaintiffs' reply is due July 22, 2019, and Defendants' sur-replies are due August 6, 2019.

After the Court has ruled on class certification, another scheduling conference will be held to set additional dates for which merits discovery can be conducted. Absent good cause, the scheduling dates set by this order will not be modified or extended.

SO ORDERED this 7th day of September, 2018.

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE