IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S. MELTON,
ISSACCA POWELL, KEITH BURGESS**,
and **TRAVIS BOYD**, on behalf of themselves and
all similarly situated persons,

      Plaintiffs,

v.

**Civil No. 16-2907-SHM/tmp**

**BILL OLDHAM**, in his individual capacity and in his
official capacity as the Sheriff of Shelby County, Tennessee;
**ROBERT MOORE**, in his individual capacity and in his
official capacity as the Jail Director of Shelby County, Tennessee;
**CHARLENE MCGHEE**, in her individual capacity and in her
official capacity as the Assistant Chief of Jail Security of
Shelby County, Tennessee; **DEBRA HAMMONS**, in her
individual capacity and in her official capacity as the Assistant
Chief of Jail Programs of Shelby County, Tennessee;
**SHELBY COUNTY, TENNESSEE**, a Tennessee
municipality; and **TYLER TECHNOLOGIES, INC.**,
a foreign corporation,

      Defendants.

---

## ORDER OF REFERENCE

---

Before the Court is plaintiffs' October 15, 2018 motion to compel production of documents and information (D.E. 113). The motion is referred to the magistrate judge for a determination.

SO ORDERED this 15th day of October, 2018.

                                        *s/ Samuel H. Mays, Jr.*
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE