IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | § § § § § § § § | |
| Plaintiffs, | § § | Case No. 2:16-cv-02907-SHM/tmp Consolidated With |
| v. | § § § | Case No.: 2:17-cv-02015-JTF/dkv And Consolidated With Case No. 2:17-cv-02795-SMH/tmp |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**MOTION AND SUPPORTING MEMORANDUM FOR EXTENSION OF TIME TO FILE ANSWER TO THIRD AMENDED COMPLAINT BY TYLER TECHNOLOGIES, INC.**

COMES NOW Defendant Tyler Technologies, Inc. ("Tyler") and for its unopposed motion for extension of time to file its Answer to the Third Amended Complaint states as follows:

1. On October 15, 2018, the Court entered its Order granting in part and denying in part the Motion to Dismiss submitted by Tyler.

2. The current deadline for Tyler to Answer the Third Amended Complaint is October 29, 2018.

3. In this class action, Tyler has been sued for its part in the implementation of Shelby County's iCJIS system. In addition to Tyler, a number of other third-party vendors were also involved in the implementation of the iCJIS system, none of which Tyler has access or control over. Because of the complexity of the iCJIS system and the issues raised in this action including the interplay of non-parties, Tyler needs additional time to further investigate and fully formulate its Answer, including affirmative defenses.

4. The parties have agreed that Tyler should have a 30 day extension to November 28, 2018 to file its Answer to the Third Amended Complaint in this matter, subject to the Court's approval of the same. This extension should have no effect on the Scheduling Order entered September 7, 2018; the next deadline provided in that Scheduling Order is May 13, 2019.

5. Counsel for the parties conferred and Plaintiffs consent to this extension.

WHEREFORE, Defendant Tyler Technologies, Inc. respectfully moves this Court for an order extending its time to file an Answer to the Third Amended Complaint to November 28, 2018.

Respectfully submitted,

s/ Bradley E. Trammell
Bradley E. Trammell (# 13980)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
165 Madison Ave.  Ste. 2000
Memphis, TN 38103
Telephone: 901-526-2000
btrammell@bakerdonelson.com


Beth Bivans Petronio (admitted pro hac vice)
Texas Bar No. 00797664
K&L GATES, LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
beth.petronio@klgates.com

**COUNSEL FOR TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF CONSULTATION

Brad Trammell, counsel for Defendant Tyler, consulted with Frank Watson, one of Plaintiffs' counsel, on October 22 and 24, 2018, and Plaintiffs' counsel informed Defendants' counsel that Plaintiffs consent to the requested extension of time.

s/ Bradley E. Trammell
Bradley E. Trammell

3

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that on October 25, 2018, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System and/or email to:

| | |
|---|---|
| Frank L. Watson , III<br>William F. Burns<br>William E. Routt, III<br>WATSON BURNS, LLC<br>253 Adams Ave<br>Memphis, TN 38103 | Robert E. Craddock , Jr.<br>Odell Horton, Jr.<br>Amber Floyd<br>WYATT TARRANT & COMBS<br>P.O. Box 775000<br>Memphis, TN 38177-5000 |
| Michael G. McLaren<br>William E. Cochran, Jr.<br>Brice M. Timmons<br>BLACK McLAREN JONES RYLAND<br>& GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN  38117<br><br>*Counsel for Interim Class* | Emmett Lee Whitwell<br>Shelby County Attorney's Office<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br><br>*Counsel for Defendants Sheriff Bill Oldham, Jail Programmer Debra Hammons, Chief Jailor Robert Moore, Assistant Jailor Charlene McGhee, and Shelby County, Tennessee* |

                            s/ Bradley E. Trammell
                            Bradley E. Trammell