# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>            Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>            Defendants. | **Civil No. 2:16-cv-2907-SHM/tmp** |

## ORDER GRANTING MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT

Before the Court is the October 25, 2018 motion of defendant Tyler Technologies, Inc. for an extension of time to file an answer to the Third Amended Complaint (D.E. 115).   For

good cause shown, the motion is GRANTED.  Defendant Tyler Technologies, Inc. shall have until November 28, 2018 to file a responsive pleading.

SO ORDERED this 25th day of October, 2018.

                 *s/   Samuel H. Mays, Jr.*
                 SAMUEL H. MAYS, JR.
                 UNITED STATES DISTRICT JUDGE