## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | **Civil Action No. 2:16-cv-02907-SHM-tmp** |
| | (Hon. Judge Samuel H. Mays) |
| Plaintiffs, | |
| v. | |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, | |
| Defendants. | |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Byron N. Brown IV of Wyatt, Tarrant & Combs, LLP, enters his appearance as counsel of record for Defendants Shelby County, Bill Oldham, Robert Moore, Charlene McGhee, and Debra Hammons.

Respectfully submitted,

/s/ Byron N. Brown IV
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Byron N. Brown IV  (# 23529)
Meghan M. Cox (# 33028)
Wyatt Tarrant & Combs LLP
6070 Poplar Ave., Suite 300
Memphis, TN  38119
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

*and*

E. Lee Whitwell (# 33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Counsel for Shelby County Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 27, 2018, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

| | |
|---|---|
| Michael G. McLaren | Bradley E. Trammell |
| William E. Cochran, Jr. | Baker, Donelson, Bearman, Caldwell & Berkowitz |
| Brice M. Timmons | 165 Madison Avenue, Suite 2000 |
| BLACK MCLAREN JONES RYLAND & GRIFFEE PC | Memphis, TN  38103 |
| 530 Oak Court Drive, Suite 360 | |
| Memphis, TN 38117 | |
| | |
| Frank L. Watson, III | Beth Petronio |
| William F. Burns | K&L Gates |
| WATSON BURNS, PLLC | 1717 Main Street, Suite 2800 |
| 253 Adams Avenue | Dallas, Texas  7520 |
| Memphis, Tennessee 38104 | |

/s/ Byron N. Brown IV

61799205.1                                     2