IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S. MELTON,
ISSACCA POWELL, KEITH BURGESS**,
and **TRAVIS BOYD**, on behalf of themselves and
all similarly situated persons,

      Plaintiffs,

v.                                                                                      **Civil No. 16-2907-SHM/tmp**

**BILL OLDHAM**, in his individual capacity and in his
official capacity as the Sheriff of Shelby County, Tennessee;
**ROBERT MOORE**, in his individual capacity and in his
official capacity as the Jail Director of Shelby County, Tennessee;
**CHARLENE MCGHEE**, in her individual capacity and in her
official capacity as the Assistant Chief of Jail Security of
Shelby County, Tennessee; **DEBRA HAMMONS**, in her
individual capacity and in her official capacity as the Assistant
Chief of Jail Programs of Shelby County, Tennessee;
**SHELBY COUNTY, TENNESSEE**, a Tennessee
municipality; and **TYLER TECHNOLOGIES, INC.**,
a foreign corporation,

      Defendants.

### ORDER GRANTING MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

Before the Court is plaintiffs' January 17, 2019 unopposed motion for leave to file a fourth amended complaint (D.E. 136).  For good cause shown, the motion is GRANTED.  Plaintiffs may file the fourth amended class action complaint that is attached to the motion.

SO ORDERED this 18th day of January, 2019.

                                    *s/  Samuel H. Mays, Jr.*
                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE