AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN <br><br> *Plaintiff(s)* <br> v. <br> BILL OLDHAM, et al. <br><br> *Defendant(s)* | Civil Action No. 2:16-cv-02907 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Software AG Cloud Americas, Inc.
c/o its Registered Agent for Service of Process:
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Frank L. Watson, III, Esq.
William F. Burns, Esq.
William E. Routt, Esq.
253 Adams Avenue
Memphis, Tennessee 38103
901.529.7996

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

s/Julia Davis
*Signature of Clerk or Deputy Clerk*

Date: 1/22/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-02907

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

--Summons-01/22/2019-974          *6770*

## TENNESSEE
## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

Scott Turnage, et al.   PLAINTIFF

VS.

Bill Oldham, et al.   DEFENDANT

CASE NO: 2:16-cv-02907
CLIENT NO:

## AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

Said service to, **Software AG Cloud Americas, Inc. c/o its Registered Agent for Service of Process Corporation Service Company**, was effected for Frank L. Watson, III, Esq. at **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219** on **01/28/2019 11:55 AM** with a copy of the:

[X] SUMMONS: for a court return date of **01/22/2019 00:00** in the following manner:

[X] Personal Service    x Rene Nordquist -agent
[] Substitute Service   x _____

Begin unable to make personal service, a copy was delivered in the following manner:
[] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name: _____ Age: _____ Relation: _____
[] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[] Served on Secretary of the Commonwealth   x _____
[] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[] Not Found
[] No Service

() Copy mailed to judgment debtor after serving the garnishee
    On date of service unless a different date of mailing is known

**David Gwaltney**
Process Server- Print & Sign
804-421-2773
M.T.G. Process Servers LLC
4907 Fitzhugh Avenue, Suite 201
Richmond, VA 23230

Comments:

Commonwealth of Virginia, County of Henrico
Subscribed and Sworn/Affirmed before me this 29 day of Jan 2019

*6770*