# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No.<br>) 2:16-cv-02907-SHM-tmp<br>) Jury Demanded |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR. in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELD, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD,    in his official capacity as Assistant Chief of Jail Security Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG CLOUD AMERICAS, INC., a foreign corporation; and SIERRA-CEDAR, INC.,  a foreign corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### UNOPPOSED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO RESPOND TO FOURTH AMENDED COMPLAINT

Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, and Shelby County, Tennessee ("Shelby County Defendants" or "Defendants") respectfully move the Court to enter an Order extending the time period for Defendants' response to Plaintiffs' Fourth Amended Class Action Complaint ("Fourth Amended Complaint") to and including February 15, 2019.

In support of this relief, Defendants would respectfully show:

1. As set forth in the Certificate of Consultation below, Plaintiffs do not oppose this extension.

2. The Court is authorized to grant this relief under Rule 6(b) of the Federal Rules of Civil Procedure.

3. Plaintiffs filed their Fourth Amended Complaint on January 18, 2019. This amendment added new defendants, including new officials associated with Shelby County. Undersigned counsel needs additional time to resolve issues related to service of process and to coordinate the preparation of a responsive pleading for all Shelby County Defendants.

WHEREFORE, Shelby County Defendants request that the time in which to respond to the Amended Complaint be extended by a period of two weeks, to and including February 15, 2019.

Respectfully submitted,

/s/ Meghan M. Cox
Robert E. Craddock, Jr. (#5826)
Odell Horton, Jr. (# 12426)
Byron Brown (#23529)
Meghan Cox (#33028)
Wyatt Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis, TN  38119
(901) 537-1000

rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

AND

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Counsel for Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, and Debra Hammons*

**CERTIFICATE OF CONSULTATION**

The undersigned attorney for Shelby County Defendants hereby certifies that on February 1, 2019, Byron Brown consulted with Plaintiffs' counsel via email in accordance with this Court's Local Rule 7, and William Routt advised that Plaintiffs do not oppose the relief sought in this motion.

s/ Meghan M. Cox

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 1, 2019 the foregoing was served on all counsel of record via the Court's ECF Filing System.

                  s/Meghan M. Cox