UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBABARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG CLOUD AMERICAS, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation,<br><br>    Defendants. | No.  2:16-cv-02907-SHM-tmp |

**NOTICE OF APPEARANCE**

R. Brandon Bundren of Bradley Arant Boult Cummings LLP hereby enters his appearance as counsel of record for Defendant Global Tel*Link Corporation.

Respectfully submitted,

s/ R. Brandon Bundren
R. Brandon Bundren, BPR #30985
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN  37203
615.252.4647
bbundren@bradley.com

*Attorney for Global Tel*Link Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 1st day of February, 2019, I electronically filed a true and correct copy of this Notice of Appearance with the U.S. District Court for the Western District of Tennessee using the Court's Electronic Case Filing System, which will send notice of this filing to counsel of record as follows:

*Attorneys for Plaintiffs:*

Brice Moffatt Timmons  (btimmons@blackmclaw.com)
John C. Ryland  (jryland@blackmclaw.com)
Michael G. McLaren  (mmclaren@blackmclaw.com)
Warren Patrick Campbell  (wcampbell@blackmclaw.com)
William E. Cochran, Jr. (wcochran@blackmclaw.com)
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.

Claiborne Hembrick Ferguson (claiborne101@yahoo.com)
THE CLAIBORNE FERGUSON LAW FIRM, P.A.

Frank L. Watson, III (fwatson@watsonburns.com)
William F. Burns (bburns@watsonburns.com)
William E. Routt, III (wroutt@watsonburns.com)
WATSON BURNS, LLC

Joseph S. Ozment (jozment@oz-law.net)
LAW OFFICE OF JOSEPH S. OZMENT, PLLC

Daniel Owen Lofton (dlofton@craigandloftonlaw.com)
LAW OFFICE OF CRAIG & LOFTON, PC

Matthew Charles Gulotta (matt@gulottalaw.net)
THE GULOTTA FIRM

Steven George Wilson (stevewilsonlaw@gmail.com)
THE STEVE WILSON FIRM

***Attorneys for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Shelby County, Tennessee:***

Robert E. Craddock, Jr. (rcraddock@wyattfirm.com)
Amber D. Floyd (afloyd@wyattfirm.com)
Byron Norman Brown (bbrown@wyattfirm.com)
Meghan McMahon Cox (mcox@wyattfirm.com)
Odell Horton, Jr. (ohorton@wyattfirm.com)
WYATT TARRANT & COMBS, LLP

Emmett Lee Whitwell (lee.whitwell@shelbycountytn.gov)
SHELBY COUNTY ATTORNEY'S OFFICE

***Attorneys for Defendant Tyler Technologies, Inc.:***

Beth Bivans Petronio (beth.petronio@klgates.com)
K&L GATES LLP

Bradley E. Trammell (btrammell@bakerdonelson.com)
BAKER DONELSON BEARMAN CALDWELL & BERKOWWITZ

        s/ R. Brandon Bundren
        R. Brandon Bundren