AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| ISSACC POWELL, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:16-CV-02907 |
| SIERRA-CEDAR, INC., ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

SIERRA-CEDAR, INC.

Date:   02/08/2019

s/ Kevin D. Bernstein
*Attorney's signature*

Kevin D. Bernstein, #18543
*Printed name and bar number*

119 S. Main Street, Suite 700
Memphis, TN 38103

*Address*

kdb@spicerfirm.com
*E-mail address*

(901) 522-2314
*Telephone number*

(901) 526-0213
*FAX number*