IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN, on behalf of themselves and all similarly situated persons,<br><br>          Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, FLOYD BONNER, JR., ROBERT MOORE, KIRK FIELDS, CHARLENE MCGHEE, REGINALD HUBBARD, DEBRA HAMMONS, TIFFANY WARD, SHELBY COUNTY, TENNESSEE, TYLER TECHNOLOGIES, INC., GLOBAL TEL*LINK CORPORATION, SOFTWARE AG CLOUD AMERICAS, INC., and SIERRA-CEDAR, INC.,<br><br>          Defendants. | Cv. No. 2:16-cv-2907-SHM/tmp |

### ORDER GRANTING MOTION TO AMEND FOURTH AMENDED CLASS ACTION COMPLAINT TO CORRECT MISNOMER

Before the Court is plaintiffs' February 22, 2019 unopposed motion to amend their fourth amended complaint to correct misnomer (D.E. 167). For good cause shown, the motion is GRANTED.

It is therefore ORDERED that plaintiffs may file the fifth amended class action complaint that is attached to the motion.

ENTERED this 25th day of February, 2019.

                                                            *s/ Samuel H. Mays, Jr.*
                                                            SAMUEL H. MAYS, JR.
                                                            UNITED STATES DISTRICT JUDGE