IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN DEONTAE TATE, JEREMY S. MELTON ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:16-cv-02907-SHM-tmp Jury Demanded |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD, in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR THE WITHDRAWAL OF AMBER D. FLOYD**
_____

Shelby County Defendants[1] hereby move for the withdrawal of Amber D. Floyd as attorney of record in this case in accordance with Local Rule 83.5. Ms. Floyd recently left the law firm Wyatt, Tarrant & Combs to accept a position with the City of Memphis in the City Attorney's Office. Shelby County Defendants will continue to be represented by Robert E. Craddock, Jr., Odell Horton, Jr., Byron N. Brown IV, and Meghan M. Cox of Wyatt, Tarrant & Combs, as well as Assistant County Attorney E. Lee Whitwell. As demonstrated below in the Certificate of Service, there is no opposition to Ms. Floyd's withdrawal, and her withdrawal will not prejudice any party or delay the adjudication of this case.

Respectfully submitted,

/s/ Meghan M. Cox_____
Robert E. Craddock, Jr. (#5826)
Odell Horton, Jr. (# 12426)
Byron N. Brown IV (#23529)
Meghan M. Cox (#33028)
Wyatt Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis, TN  38119
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

AND

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Counsel for Shelby County Defendants*

---

[1] "Shelby County Defendants" include Shelby County, Tennessee, and the following individuals named in their individual and/or official capacities: Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, and Tiffany Ward.

## **CERTIFICATE OF CONSULTATION**

      Pursuant to Local Rule 7.2(a)(1)(B), Meghan M. Cox, counsel for Shelby County Defendants, consulted with counsel for all parties in this action regarding this motion by email dated March 11, 2019. Michael G. McLaren, counsel for Plaintiffs; Bradley E. Trammell, counsel for Tyler Technologies, Inc.; R. Brandon Bundren, counsel for Global TelLink Corporation; Albert G. McLean, counsel for Sierra-Cedar, Inc.; and Douglas F. Halijan, counsel for Software AG USA, Inc. each indicated that they do **not** oppose the relief sought herein.

      /s/ Meghan M. Cox

## CERTIFICATE OF SERVICE

  I certify that the foregoing is being filed via the Court's ECF system this 11th day of March, 2019, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.cox

*Counsel for Defendant Global TelLink Corporation*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

            /s/ Meghan M. Cox

61818605.2

4