IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>      PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR. in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL\*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation,<br><br>      DEFENDANTS. | **Case No. 2:16-cv-2907-SHM/tmp** |

**AMENDED SCHEDULING ORDER**

Before the Court is plaintiffs' Unopposed Motion for Amended Scheduling Order. (ECF No. 184.) Pursuant to Administrative Order No. 2019-15, the non-dispositive motion is referred to the undersigned magistrate judge for determination. For good cause shown, the motion is GRANTED.

This matter is a possible class action. Pursuant to the Court's Order, Plaintiffs filed their Fifth Amended Class Action Complaint on February 26, 2019, adding three new defendants to this action. The parties have agreed to bifurcate class certification from merits discovery, with class discovery and class certification to occur first. The Court agrees that this is appropriate. The parties also agree that this case should be mediated and have agreed to a deadline for the same as stated below. The following schedule and deadlines relating to class discovery and certification are therefore established:

1. The parties have agreed to mediate this case and have agreed that mediation is to be conducted on or before September 6, 2019.

2. Plaintiffs' deadline for disclosing expert information pertaining to class certification pursuant to Fed. R. Civ. P. 26(a) shall be September 13, 2019. Defendants' deadline for disclosing expert information pertaining to class certification pursuant to Fed. R. Civ. P. 26(a) shall be October 14, 2019.

3. All discovery related to Class Certification, including expert-related discovery, shall conclude by November 13, 2019.

4. Plaintiffs shall file motions for class certification by December 4, 2019.

5. Defendants' responses to plaintiffs' motions for class certification shall be filed by January 8, 2020.

      6.       Plaintiff's replies to such responses shall be due January 22, 2020, and any sur-replies filed by defendants shall be due February 5, 2020.

After the Court has ruled on class certification, another scheduling conference will be held to set additional dates for which merits discovery can be conducted. Absent good cause, the scheduling dates set by this Order will not be modified or extended.

      IT IS SO ORDERED.

s/ Tu M. Pham  
HONORABLE TU M. PHAM  
UNITED STATES MAGISTRATE JUDGE

April 10, 2019  
DATE