IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>    PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR. in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation,<br><br>    DEFENDANTS. | **Case No. 2:16-cv-2907-SHM/tmp**<br><br>(**Hon. Judge Samuel H. Mays**)<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, AND TENNESSEE COMMON LAW**<br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

**UPDATE REGARDING ORDER GOVERNING PRODUCTION OF COURT RECORDS AND ELECTRONICALLY STORED INFORMATION**

United States Magistrate Judge Tu M. Pham entered the Order Governing Production of Court Records and Electronically Stored Information ("Order") on March 19, 2019.  (D.E. 180)  The Court entered the Order after the Shelby County Defendants[1] and the Plaintiffs agreed to a timeline for production of court records and electronically stored information.

Pursuant to the Court's Order, the Shelby County Defendants would scan and produce the Criminal Court Jackets no later than Monday, April 15, 2019.  After starting the scanning process, the Shelby County Defendants concluded they need additional time to complete the scanning process and production of Criminal Court Jackets to the Plaintiffs.

The Order states if the Shelby County Defendants need additional time, the parties "shall confer to determine a reasonable extension of time for the production and communicate their agreement to the Court."  (D.E. 180, ¶3)  Counsel for the Shelby County Defendants' consulted with Plaintiffs' counsel on April 10, 2019 regarding an extension of time.  The Shelby County Defendants and Plaintiffs agreed to extend the deadline to Friday, April 26, 2019 for the Shelby County Defendants to complete the scanning and production of the Criminal Court Jackets to the Plaintiffs.

The Shelby County Defendants respectfully requests the Court extend the April 15, 2019 deadline for scanning and production of the Criminal Court Jackets to the Plaintiffs to Friday, April 26, 2019.

---

[1] The "Shelby County Defendants" include Shelby County, Tennessee, and the following individuals named in their individual and/or official capacities: Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, and Tiffany Ward.

        Respectfully submitted,

        <u>/s/ Odell Horton, Jr.</u>
        Robert E. Craddock, Jr. (#5826)
        Odell Horton, Jr. (# 12426)
        Byron N. Brown IV (#23529)
        Meghan M. Cox (#33028)
        Wyatt Tarrant & Combs, LLP
        6070 Poplar Ave., Suite 300
        Memphis, TN  38119
        (901) 537-1000
        rcraddock@wyattfirm.com
        ohorton@wyattfirm.com
        bbrown@wyattfirm.com
        mcox@wyattfirm.com

        AND

        E. Lee Whitwell (#33622)
        Shelby County Attorney's Office
        160 North Main Street, Suite 950
        Memphis, TN  38103
        (901) 222-2100
        lee.whitwell@shelbycountytn.gov

        *Counsel for Shelby County Defendants*

## CERTIFICATE OF CONSULTATION

      Pursuant to Local Rule 7.2(a)(1)(B), the undersigned counsel for the Shelby County Defendants, consulted by telephone and/or e-mail with counsel for the Plaintiffs, Frank Watson and Michael G. McLaren regarding this extension of time on April 10, 2019. They indicated that they consent to the extension of time.

      /s/ Odell Horton, Jr.

## CERTIFICATE OF SERVICE

  I certify that the foregoing is being filed via the Court's ECF system this 12th day of April, 2019, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

        /s/ Odell Horton, Jr.

61826035.1