# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN SECTION OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) ) | |
| **PLAINTIFFS,** | ) ) ) | |
| v. | ) ) | No. 2:16-cv-2907-SHM/tmp |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR. in his official capacity as the Sheriff of        Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign        corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **DEFENDANTS.** | ) | |

2

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE SIXTH AMENDED CLASS ACTION COMPLAINT**

---

Before the Court is plaintiffs' Motion for Leave to File Sixth Amended Class Action Complaint. (ECF No. 190.) Pursuant to Administrative Order No. 2019-15, the non-dispositive motion is referred to the undersigned magistrate judge for determination. The defendants do not oppose the motion. (ECF No. 194.) For good cause shown, the motion is GRANTED. Plaintiffs may file the Sixth Amended Class Action Complaint as attached to their motion.

IT IS SO ORDERED.

s/ Tu M. Pham
HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

April 30, 2019
DATE