IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation.<br><br>DEFENDANTS. | **Case No. 2:16-cv-2907-SHM/tmp**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, AND INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

**RESPONSE TO DEFENDANT GLOBACK TEL*LINK CORPORATION'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED**

TO THE HONORABLE DISTRICT COURT JUDGE:

On March 12, 2019, Defendant Global Tel*Link Corporation ("GTL") filed its "Motion to Dismiss Plaintiffs' Fifth Amended Complaint for Failure to State a Claim on Which Relief Can Be Granted." (ECF No. 178). On May 1, 2019, Plaintiffs filed their "Sixth Amended Complaint" (ECF 198), thereby rendering GTL's motion moot.

Therefore, Plaintiffs respectfully request that this Court enter an order denying GTL's motion to dismiss (ECF No. 178) without prejudice.

        Respectfully submitted,

        /s/ *Brice M. Timmons*
        Brice M. Timmons (#29582)
        William E. Cochran, Jr. (#21428)
        BLACK MCLAREN JONES RYLAND & GRIFFEE PC
        530 Oak Court Drive, Suite 360
        Memphis, TN  38117
        (901) 762-0535 (Office)
        (901) 762-0539 ( Fax)
        btimmons@blackmclaw.com
        wcochran@blackmclaw.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's ECF system on the 1st day of May, 2019.

                                          /s/ *Brice M. Timmons*