IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONATAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; et al.<br><br>Defendants. | Case No. 2:16-cv-2907-SHM/tmp<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, AND INJUNCTIVE RELIEF<br><br>JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael P. Kapellas of the law firm of Bass, Berry & Sims PLC enters his appearance as counsel for Defendant Sierra Systems Group, Inc.

Respectfully submitted this 19th day of June 2019.

/s/ Michael P. Kapellas
Jessalyn H. Zeigler (TN Bar No. 016139)
BASS, BERRY, & SIMS PLC
150 Third Avenue South Suite 2800
Nashville, TN  37201
(615) 742-6200
Email:        jzeigler@bassberry.com

Michael P. Kapellas (BPR #33379)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 1300

                    Memphis, Tennessee 38103-3672
                    Telephone:  (901) 543-5958
                    Email:  mkapellas@bassberry.com

*Attorneys for Defendant Sierra Systems Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| BLACK MCLAREN JONES RYLAND & GRIFFEE PC<br>Michael G. McLaren<br>William E. Chochran, Jr.<br>Brice M. Timmons<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>Email: mmclaren@blackmclaw.com<br>      wcochran@blackmclaw.com<br>      btimmons@blackmclaw.com<br><br>WATSON BURNS, PLLC<br>Frank L. Watson, III<br>William F. Burns<br>William E. Routt<br>253 Adams Avenue<br>Memphis, TN 38104<br>Email: fwatson@watsonburns.com<br>      bburns@watsonburns.com<br>      wroutt@watsonburns.com<br><br>THE CLAIBORNE FERGUSON LAW FIRM P.A.<br>Claiborne Ferguson<br>294 Washington Avenue<br>Memphis, TN 38103<br>Email: claiborne@midsouthcriminaldefense.com | WYATT TARRANT & COMBS<br>Robert E. Craddock, Jr.<br>Odell Horton, Jr.<br>Meghan McMahon Cox<br>Byron Norman Brown<br>6070 Poplar Ave, Suite 300<br>Memphis, TN 38119<br>Email: rcraddock@wyattfirm.com<br>      ohorton@wyattfirm.com<br>      mcox@wyattfirm.com<br>      bbrown@wyattfirm.com<br><br>SHELBY COUNTY ATTORNEY'S OFFICE<br>Emmett Lee Whitwell<br>160 N. Main Street, Suite 950<br>Memphis, TN 38103<br>Email: lee.whitwell@shelbycountytn.gov<br><br>*Attorneys for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| THE LAW OFFICES OF JOSEPH S. OZMENT, PLLC<br>Joseph S. Ozment<br>1448 Madison Avenue<br>Memphis, TN 38104<br>Email: jozement@oz-law.net<br><br>*Attorneys for Plaintiffs and the putative Class Members* | |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>Bradley E. Trammel<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Email: btrammell@bakerdonelson.com<br><br>K&L GATES, LLP<br>Beth Bivans Petronio<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Email: beth.petronio@klgates.com<br><br><br>*Attorneys for Defendant Tyler Technologies, Inc.* | BURCH PORTER & JOHNSON<br>Douglas F. Halijan<br>Williams David Irvine<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>Email: dhalijan@bpjlaw.com<br>         wirvine@bpjlaw.com<br><br>*Attorney for Defendant Software AG Cloud Americas, Inc.* |
| BRADLEY ARANT BOULT CUMMINGS LLP<br>Russell Brandon Bundren<br>James L. Murphy<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Email: bbundren@babc.com<br>         jmurphy@bradley.com<br><br>*Attorneys for Defendant Global TelLink Corporation* | SPICER RUDSTROM PLLC<br>Albert G. McLean<br>Kevin David Bernstein<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>Email: amclean@spicerfirm.com<br>         kdb@spicerfirm.com<br><br>*Attorneys for Sierra-Cedar, Inc.* |

                                                        /s/ Michael P. Kapellas