AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN<br><br>*Plaintiff(s)*<br>v.<br>BILL OLDHAM, et al.<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-02907 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tetrus Corp.
c/o its Registered Agent for Service of Process
Corporation Service Company
251 Little Falls Drive
Willmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Frank L. Watson, III, Esq.
William F. Burns, Esq.
William E. Routt, Esq.
253 Adams Avenue
Memphis, Tennessee 38103
901.529.7996

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____6/19/2019_____                    CLERK _____ Clerk

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-CV-02907-SHM-tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* TETRUS CORP.
was received by me on *(date)* 6/21/19

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (authorized person at the registered agent), who is designated by law to accept service of process on behalf of *(name of organization)* TETRUS CORP. C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808   on *(date)* 6/21/19   AT 4:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/21/19

*Server's signature*

KEVIN S. DUNN     PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS & SEVENTH AMENDED CLASS ACTION COMPLAINT.

SWORN TO ON 6/21/19

[Notary stamp: DENORRIS ANGELO BRITT, NOTARY PUBLIC, STATE OF DELAWARE, My Commission Expires May 1, 2022]