IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; et al.<br><br>Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp<br>Jury Demanded |

**NOTICE OF FILING REGARDING
PLAINTIFFS' PROPOSAL TO REVISE ESI PROTOCOL**

Per the Court's instruction at the Telephonic Status Conference held on June 25, 2019, the Shelby County Defendants[1] hereby file the following documents:

1. A redline comparison of the Plaintiffs' initial ESI search terms referenced in the Court's Order of March 19, 2019, and the revised terms proposed by Plaintiffs on June 19, 2019, attached hereto as Exhibit 1; and

2. Email correspondence between Byron N. Brown IV and William E. Routt (copied to counsel for all parties) regarding the Plaintiffs' proposal to revise their search terms and

---

[1] "Shelby County Defendants" include Shelby County, Tennessee, and the following individuals named in their individual and/or official capacities: Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, and Tiffany Ward.

the ESI review process set forth in the Court's Order of March 19, 2019, attached hereto as Exhibit 2.

                                        Respectfully submitted,

                                        /s/ Meghan M. Cox
Robert E. Craddock, Jr. (#5826)
Odell Horton, Jr. (# 12426)
Byron Brown (#23529)
Meghan Cox (#33028)
Wyatt Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis, TN  38119
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

AND

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Counsel for the Shelby County Defendants*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing is being filed via the Court's ECF system this 25th day of June, 2019, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN  38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas  75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

Jessalyn H. Zeigler
Michael P. Kapellas
Bass, Berry, & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
jzeigler@bassberry.com

Michael P. Kapellas
Bass, Berry, & Sims, PLC
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
mkapellas@bassberry.com

*Counsel for Defendant Sierra Systems Group, Inc.*

/s/ Meghan M. Cox

61851195

3