**Redline Comparison**
**Initial ESI search terms referenced in Court's March 19, 2019 Order vs. revised terms proposed by Plaintiffs on June 19, 2019**

| | | |
|---|---|---|
| 1983 | Cooper | Funny |
| ~~Action~~ | Correct | Future |
| ~~Admin*~~ | ~~"court management"~~ | Global Tel*Link |
| ~~Adopt~~ | Critical | Golive |
| Alameda | Crowd | Gross |
| ~~Amend*~~ | Crucial | *@gtl.net |
| Apolog | Cullison | Guard |
| Appearance | Custody | Hand |
| ~~Approve~~ | Custom | Harass |
| Arraign | Cycle | Hell |
| *Arrest* | Damn | ~~Help~~ |
| ~~Attorney~~ | ~~Data~~ | Holding |
| Authorize* | Days | Hours |
| Aware | Debacle | ~~iCJIS~~ |
| Back-up | Defect* | Implement* |
| Bartel | Delay | Imprison |
| Bed | Demo* | IMS |
| Bond | Depart | Incarcerat* |
| Booking | Depriv* | Identical |
| Breach | Detain* | Imperative |
| Break | Detention | Impossible |
| broken | Determin* | ~~Inactive~~ |
| Brophy | Dim | Indifference |
| Budget | Disaster | ~~Information technolog*~~ |
| Bug | Dismiss | Inhumane |
| Bump* | dispose | ~~Inmate~~ |
| Butler | Docket | ~~Intake~~ |
| Cameron | Dormitory | ~~Integrat*~~ |
| "case management" | Down | ~~Interface~~ |
| Cause | Duplicate | Investigate |
| ~~Cell~~ | Ector | ~~Issue~~ |
| ~~Chair~~ | ~~Error~~ | ~~IT~~ |
| ~~charge~~ | Essential | "jail support specialist" |
| Class | Example | "jail population management" |
| Comfort | Fail* | ~~Jail*~~ |
| Common | Fault | Jefferson |
| Compatible | Fiasco | JMS |
| Compensat* | Fix | ~~Job~~ |
| Complain* | Flaw | Johnsey |
| ~~*complet*~~ | ~~Flow~~ | ~~Joke~~ |
| Complicat* | Flow | JSS |
| ~~Computer~~ | Food | JSSI |
| Concerns | Format | Judge |
| Condition | Frequent* | ~~Jury~~ |
| Constitution | Fuck | Justif* |
| Convict* | Function | |

**EXHIBIT 1**

Redline Comparison:
ESI Search Terms Adopted in March 19 Order vs. Revised Terms Proposed by Plaintiffs on June 19

Kiosk
Languish
Lawsuit
~~Lawyer~~
~~Legacy~~
Liberty
~~Lights~~
Linger
Litigation
Live
~~Locat*~~
~~Long~~
~~Lose~~
Lost
Magnitude
Major
~~Management~~
Manual*
Merced
Mess
~~Miserable~~
~~Mock~~
Money
Negligen*
News
~~Notice~~
Nugent
Odessa
~~Odyssey~~
~~OMS~~
~~Operat*~~
~~Organiz*~~
Overcrowd
Over-detain
Over-populat*
Paramount
Patch
~~Phase~~
Policy
Population
Post
Pre-set
Press
~~Prevent~~
~~Price~~
Prisoner

Priority
Probable
Problem
~~Process~~
~~Program~~
~~*proper*~~
~~Protect~~
~~Provider~~
Puckett
~~rage~~
Re-arrest
Ready
Release
Replac*
~~Report*~~
Resolve
Responsible
Restore
~~Require~~
Rights
"roll out"
~~Schedule~~
~~Seizure~~
Serious
~~Set~~
Shit
~~Short-sight~~
Sierra-cedar
*@sierrasystems.com
Significant
~~simulat*~~
~~sit*~~
Skahan
~~sleep*~~
~~slip~~
~~smooth~~
~~software~~
software-AG
Spence
~~Statement-of-work~~
~~Status~~
~~steering-committee~~
storm
stuck
surprise
~~system*~~

terminate
terrible
~~test~~
Thompson
~~track*~~
~~train*~~
trouble
Tyler
*@tylertech.com
~~Unable~~
Unacceptable
Unbelievable
Unlawful
Urgent
~~Vendor~~
violation
vital
~~wall~~
warning
warrant
~~water~~
~~week~~
~~wars*~~
wrong
Zigler