# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONATAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; et al.<br><br>　　　　Defendants. | Case No. 2:16-cv-2907-SHM/tmp<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, AND INJUNCTIVE RELIEF<br><br>JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONSE TO SEVENTH AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Sierra Systems Group, Inc., ("Sierra Systems") moves the Court to extend to July 12, 2019, its time to answer or otherwise respond to the Seventh Amended Complaint Filed.

In support of this request, Sierra Systems respectfully submits as follows:

1. The Seventh Amended Complaint was filed by Plaintiffs on June 19, 2019.

2. Sierra Systems was served with process on June 19, 2019 so that, pursuant to Fed. R. Civ. P. 12, its deadline to respond is July 8, 2019.

3. Sierra Systems requests a 4-day extension of this deadline due to the intervening holiday and that this brief extension will not prejudice the other parties.

4. Pursuant to the Local Rules of this Court, counsel for Sierra Systems has consulted with Brice Timmons, one of the attorneys for Plaintiffs, and has been advised that Plaintiffs <u>do not</u> oppose the relief requested.

Accordingly, Sierra Systems respectfully requests that its Unopposed Motion for Extension of Time to Respond to Seventh Amended Complaint be granted, and that its deadline for filing an answer or otherwise responding to the Seventh Amended Complaint be extended to July 12, 2019.

A proposed Order granting the Motion will be emailed to the Court.

Respectfully submitted.

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (TN Bar No. 016139)
BASS, BERRY, & SIMS PLC
150 Third Avenue South Suite 2800
Nashville, TN  37201
(615) 742-6200
Email:       jzeigler@bassberry.com

Michael P. Kapellas (BPR #33379)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103-3672
Telephone:    (901) 543-5958
Email:        mkapellas@bassberry.com

*Attorneys for Defendant Sierra Systems Group, Inc.*

## CERTIFICATE OF CONSULTATION

The undersigned counsel for Defendant Sierra Systems Group, Inc. consulted with counsel for Plaintiffs, Brice Timmons, Esq., concerning the relief requested herein. Mr. Timmons advised that Plaintiffs' <u>do not</u> oppose the relief requested in this motion.

*/s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler (TN Bar No. 016139)

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| <u>BLACK MCLAREN JONES RYLAND & GRIFFEE PC</u><br>Michael G. McLaren<br>William E. Chochran, Jr.<br>Brice M. Timmons<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>Email: mmclaren@blackmclaw.com<br>   wcochran@blackmclaw.com<br>   btimmons@blackmclaw.com<br><br><u>WATSON BURNS, PLLC</u><br>Frank L. Watson, III<br>William F. Burns<br>William E. Routt<br>253 Adams Avenue<br>Memphis, TN 38104<br>Email: fwatson@watsonburns.com<br>   bburns@watsonburns.com<br>   wroutt@watsonburns.com<br><br><u>THE CLAIBORNE FERGUSON LAW FIRM P.A.</u><br>Claiborne Ferguson<br>294 Washington Avenue<br>Memphis, TN 38103<br>Email: | <u>WYATT TARRANT & COMBS</u><br>Robert E. Craddock, Jr.<br>Odell Horton, Jr.<br>Meghan McMahon Cox<br>Byron Norman Brown<br>6070 Poplar Ave, Suite 300<br>Memphis, TN 38119<br>Email: rcraddock@wyattfirm.com<br>   ohorton@wyattfirm.com<br>   mcox@wyattfirm.com<br>   bbrown@wyattfirm.com<br><br><u>SHELBY COUNTY ATTORNEY'S OFFICE</u><br>Emmett Lee Whitwell<br>160 N. Main Street, Suite 950<br><u>Memphis, TN 38103</u><br><u>Email: lee.whitwell@shelbycountytn.gov</u><br><br>*Attorneys for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| claiborne@midsouthcriminaldefense.com<br><br>THE LAW OFFICES OF JOSEPH S. OZMENT, PLLC<br>Joseph S. Ozment<br>1448 Madison Avenue<br>Memphis, TN 38104<br>Email: jozement@oz-law.net<br><br>*Attorneys for Plaintiffs and the putative Class Members* | |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>Bradley E. Trammel<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Email: btrammell@bakerdonelson.com<br><br>K&L GATES, LLP<br>Beth Bivans Petronio<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Email: beth.petronio@klgates.com<br><br><br>*Attorneys for Defendant Tyler Technologies, Inc.* | BURCH PORTER & JOHNSON<br>Douglas F. Halijan<br>Williams David Irvine<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>Email: dhalijan@bpjlaw.com<br>         wirvine@bpjlaw.com<br><br>*Attorney for Defendant Software AG Cloud Americas, Inc.* |
| BRADLEY ARANT BOULT CUMMINGS LLP<br>Russell Brandon Bundren<br>James L. Murphy<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Email: bbundren@babc.com<br>         jmurphy@bradley.com<br><br>*Attorneys for Defendant Global TelLink Corporation* | SPICER RUDSTROM PLLC<br>Albert G. McLean<br>Kevin David Bernstein<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>Email: amclean@spicerfirm.com<br>         kdb@spicerfirm.com<br><br>*Attorneys for Sierra-Cedar, Inc.* |

                                                */s/  Jessalyn H. Zeigler*