# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONATAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; et al.<br><br>    Defendants. | Case No. 2:16-cv-2907-SHM/tmp<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, AND INJUNCTIVE RELIEF<br><br>JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b) |

## DEFENDANT TETRUS CORP.'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
## PLAINTIFFS' SEVENTH AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Tetrus Corp. ("Tetrus") moves the Court to extend to <u>August 6, 2019</u> its time to answer or otherwise respond to Plaintiffs' Seventh Amended Complaint (ECF No. 218).

In support of this request, Tetrus respectfully submits as follows:

1. The Seventh Amended Complaint was filed by Plaintiffs on June 19, 2019.

2. Tetrus was served with process on June 25, 2019 so that, pursuant to Fed. R. Civ. P. 12, its deadline to respond is July 16, 2019.

3. Tetrus requests a <u>21-day extension</u> of this deadline due to the fact that it has just retained counsel and needs time to familiarize itself with the facts and

claims at issue in order to properly answer or otherwise respond to Plaintiffs' Seventh Amended Complaint.

4. This brief extension will not prejudice the other parties.

5. Pursuant to the Local Rules of this Court, counsel for Tetrus has consulted with Frank L. Watson, III, one of the attorneys for Plaintiffs, and has been advised that Plaintiffs <u>do not</u> oppose the relief requested.

Accordingly, Tetrus respectfully requests that its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Seventh Amended Complaint be granted, and that its deadline for filing an answer or otherwise responding to the Seventh Amended Complaint be extended to <u>August 6, 2019</u>.

A proposed Order granting the Motion will be emailed to the Court.

Respectfully submitted,

*/s/ Thomas Anthony Swafford*
Thomas Anthony Swafford, TN BPR No. 017578
ADAMS AND REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com

J. Bennett Fox, Jr., TN BPR No. 026828
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, TN 38119
Tel: (901) 524-5324
Fax: (901) 524-5414
Email: ben.fox@arlaw.com

*Attorneys for Defendant Tetrus Corp.*

## CERTIFICATE OF CONSULTATION

The undersigned counsel for Defendant Tetrus Corp. consulted with counsel for Plaintiffs, Frank L. Watson, III concerning the relief requested herein. Mr. Watson advised that Plaintiffs' <u>do not</u> oppose the relief requested in this motion.

<u>/s/ Thomas Anthony Swafford</u>
Thomas Anthony Swafford, TN BPR No. 017578

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| BLACK MCLAREN JONES RYLAND & GRIFFEE PC<br>Michael G. McLaren<br>William E. Chochran, Jr.<br>Brice M. Timmons<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>Email: mmclaren@blackmclaw.com<br>           wcochran@blackmclaw.com<br>           btimmons@blackmclaw.com<br><br>WATSON BURNS, PLLC<br>Frank L. Watson, III<br>William F. Burns<br>William E. Routt<br>253 Adams Avenue<br>Memphis, TN 38104<br>Email: fwatson@watsonburns.com<br>           bburns@watsonburns.com<br>           wroutt@watsonburns.com<br><br>THE CLAIBORNE FERGUSON LAW FIRM P.A.<br>Claiborne Ferguson<br>294 Washington Avenue<br>Memphis, TN 38103<br>Email: claiborne@midsouthcriminaldefense.com<br><br>THE LAW OFFICES OF JOSEPH S. OZMENT, PLLC<br>Joseph S. Ozment<br>1448 Madison Avenue<br>Memphis, TN 38104<br>Email: jozement@oz-law.net<br><br>*Attorneys for Plaintiffs and the putative Class Members* | WYATT TARRANT & COMBS<br>Robert E. Craddock, Jr.<br>Odell Horton, Jr.<br>Meghan McMahon Cox<br>Byron Norman Brown<br>6070 Poplar Ave, Suite 300<br>Memphis, TN 38119<br>Email:  rcraddock@wyattfirm.com<br>ohorton@wyattfirm.com<br>mcox@wyattfirm.com<br>bbrown@wyattfirm.com<br><br>SHELBY COUNTY ATTORNEY'S OFFICE<br>Emmett Lee Whitwell<br>160 N. Main Street, Suite 950<br>Memphis, TN 38103<br>Email: lee.whitwell@shelbycountytn.gov<br><br>*Attorneys for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| <u>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.</u><br>Bradley E. Trammel<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Email: btrammell@bakerdonelson.com<br><br><u>K&L GATES, LLP</u><br>Beth Bivans Petronio<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Email: beth.petronio@klgates.com<br><br>*Attorneys for Defendant Tyler Technologies, Inc.* | <u>BURCH PORTER & JOHNSON</u><br>Douglas F. Halijan<br>Williams David Irvine<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>Email: dhalijan@bpjlaw.com<br>wirvine@bpjlaw.com<br><br>*Attorney for Defendant Software AG Cloud Americas, Inc.* |
| <u>BRADLEY ARANT BOULT CUMMINGS LLP</u><br>Russell Brandon Bundren<br>James L. Murphy<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Email: bbundren@babc.com<br>jmurphy@bradley.com<br><br>*Attorneys for Defendant Global TelLink Corporation* | <u>SPICER RUDSTROM PLLC</u><br>Albert G. McLean<br>Kevin David Bernstein<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>Email: amclean@spicerfirm.com<br>kdb@spicerfirm.com<br><br>*Attorneys for Defendant Sierra-Cedar, Inc.* |
| <u>BASS, BERRY, & SIMS PLC</u><br>Jessalyn H. Zeigler<br>150 Third Avenue South Suite 2800<br>Nashville, TN 37201<br>Email:jzeigler@bassberry.com<br><br>Michael P. Kapellas<br>100 Peabody Place, Suite 1300<br>Memphis, TN 38103-3672<br>Email:mkapellas@bassberry.com<br><br>*Attorneys for Defendant Sierra Systems Group, Inc.* | |

                                                                   */s/ Thomas Anthony Swafford*