IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, FLOYD BONNER, JR., ROBERT MOORE, KIRK FIELDS, CHARLENE McGHEE, REGINALD HUBBARD, DEBRA HAMMONS, TIFFANY WARD, SHELBY COUNTY, TENNESSEE, TYLER TECHNOLOGIES, INC., GLOBAL TEL*LINK CORPORATION, SOFTWARE AG USA, INC., SIERRA-CEDAR, INC., SIERRA SYSTEMS GROUP, INC., and TETRUS CORP.,<br><br>　　　　　Defendants. | **Case No. 2:16-cv-2907-SHM/tmp** |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION TO ANSWER**

Before the Court is the July 15, 2019 unopposed motion of defendant Tetrus Corp. for an extension of time to answer or otherwise respond to the Seventh Amended Complaint (D.E. 233). For good cause shown, the motion is GRANTED. Defendant shall have until August 6, 2019 to file a responsive pleading.

IT IS SO ORDERED this 15th day of July, 2019..

　　　　　　　　　　　　　　　　　　　　　　　　_s/ Samuel H. Mays, Jr._
　　　　　　　　　　　　　　　　　　　　　　　　SAMUEL H. MAYS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE