✏AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   TENNESSEE

| ISSACCA POWELL, et al. | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| BILL OLDHAM, et al. | Case Number: 2:16-CV-2907- SHM |

| PRESIDING JUDGE<br>TU M. PHAM | PLAINTIFF'S ATTORNEY<br>Watson, Rout, Cochran | DEFENDANT'S ATTORNEY<br>Brown, Horton, Cox, Whitwell, Trammell... |
|---|---|---|
| TRIAL DATE (S)<br>Status Conference | COURT REPORTER<br>FTR - CR#6 | COURTROOM DEPUTY<br>TERRY HALEY |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 | | 8/8/2019 | | √ | √ | Email thread 6/19/2019 - 8/7/2019 |
| 2 | | 8/8/2019 | | √ | √ | Summary of Search Performed in Response to County's 7/26/19 Response to search.. Parameters |
| 3 | | 8/8/2019 | | √ | √ | County's Response to Proposed ESI Search Parameters |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages