IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>    PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP., a foreign corporation.<br><br>    DEFENDANTS. | Case No. 2:16-cv-2907-SHM/tmp |

**DEFENDANT SIERRA SYSTEMS GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sierra Systems Group, Inc. ("Sierra Systems"), makes the following disclosure:

1

Defendant Sierra Systems Group, Inc. states that it is a wholly-owned direct subsidiary of NTT DATA Canada, Inc., a Canada corporation. NTT DATA Canada, Inc. is indirectly 100% owned by NTT DATA Corporation, a Japanese corporation, which is listed on the Tokyo stock exchange. More than ten percent (10%) of NTT DATA Corporation's stock is indirectly owned by Nippon Telegraph & Telephone Corporation, a Japanese corporation which is listed on the Tokyo stock exchange.

Respectfully submitted,

/s/ Jessalyn H. Zeigler
Jessalyn H. Zeigler (TN Bar No. 016139)
BASS, BERRY & SIMS PLC
150 Third Avenue South Suite 2800
Nashville, TN  37201
(615) 742-6289
JZeigler@bassberry.com

Michael Kapellas (TN Bar No. 033379)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
(901) 543-5900
MKapellas@bassberry.com

*Attorneys for Defendant Sierra Systems Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the following via the Court's CM/ECF e-mail notification system, on this the 30th day of August 2019.

| | |
|---|---|
| Michael G. McLaren<br>William. E. Cochran, Jr.<br>Brice M. Timmons<br>John C. Ryland<br>Warren Patrick Campbell<br>BLACK MCLAREN JONES RYLAND<br>& GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN  38117<br><br>Frank L. Watson III<br>William F. Burns<br>William E. Routt<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, TN  38104<br><br>Claiborne Ferguson<br>THE CLAIBORNE FERGUSON<br>LAW FIRM PA<br>294 Washington Avenue<br>Memphis, TN  38103<br><br><br>*Counsel for Plaintiffs* | Joseph S. Ozment<br>THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC<br>1448 Madison Ave<br>Memphis, TN  38104<br><br>Daniel Owen Lofton<br>THE LAW OFFICE OF CRAIG & LOFTON, PC<br>2400 Poplar Ave.<br>Suite 210<br>Memphis, TN 38112<br><br>Matthew Charles Gulotta<br>THE GULOTTA FIRM<br>202 Adams Avenue<br>Memphis, TN 38103<br><br>Steven George Wilson<br>THE STEVE WILSON FIRM<br>Clark Tower<br>5100 Poplar Avenue<br>Suite 2700<br>Memphis, TN 38137<br><br>*Counsel for Plaintiffs* |
| Robert E. Craddock, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>P.O. Box 775000<br>Memphis, Tennessee 38177<br><br>Byron Norman Brown<br>Meghan McMahon Cox<br>WYATT, TARRANT & COMBS, LLP<br>6070 Poplar Ave., Suite 300<br>Memphis, TN 38119 | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| Odell Horton, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | |
| Douglas F. Halijan<br>William David Irvine<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br><br>*Counsel for Defendant AG Cloud USA, Inc.* | Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br><br>*Counsel for Defendant Tyler Technologies, Inc* |
| Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Russell Brandon Bundren<br>James L. Murphy<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br><br>*Counsel for Defendant Global TelLink Corporation* |
| Albert G. McLean<br>Kevin David Bernstein<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* | Thomas Anthony Swafford<br>ADAMS & REESE, LLP - Nashville<br>424 Church Street<br>Suite 2700<br>Nashville, TN 37219<br><br>*Counsel for Tetrus Corp.* |

/s/ Jessalyn H. Zeigler