IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>        PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>        DEFENDANTS. | **Case No. 2:16-cv-2907-SHM/tmp**<br><br><br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, AND TENNESSEE COMMON LAW**<br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

## MOTION FOR SUBSTITUTION OF PARTY

COME NOW Plaintiffs, Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy S. Melton, Issacca Powell *deceased*, Keith Burgess, and Travis Boyd, and states as follows:

1. Plaintiff, Issacca Powell, passed away on February 4, 2019. An attested copy of the *Order Granting Petition for Appointment of Administrator Ad Litem* is attached hereto.

2. Aubrey L. Brown was appointed as Administrator Ad Litem on August 22, 2019 by the Probate Court of Shelby County, Tennessee in cause number PR-14764.

3. Counsel for Plaintiffs now moves this Court to substitute as Plaintiff "Aubrey L. Brown as Administrator ad Litem for the Estate of Issacca Powell".

Respectfully submitted,

/s/*Brice M. Timmons*
Michael G. McLaren (#5100)
William E. Cochran, Jr. (#21428)
Brice M. Timmons (#29582)
BLACK MCLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117
(901) 762-0535 (Office)
(901) 762-0539 ( Fax)
wcochran@blackmclaw.com

Frank L. Watson, III (Tenn. Bar No. 15073)
William F. Burns (Tenn. Bar No. 17908)
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, Tennessee 38104
Phone: (901) 529-7996
Fax: (901) 529-7998
Email:  fwatson@watsonburns.com
Email:  bburns@watsonburns.com

Claiborne Ferguson (Tenn. Bar No. 20457)
Attorney for Plaintiffs and the Class
THE CLAIBORNE FERGUSON LAW FIRM P.A.
294 Washington Avenue
Memphis, Tennesseee 38103
Claiborne@midsouthcriminaldefense.com

>Joseph S. Ozment (Tenn. Bar No. 15601)
>THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC
>1448 Madison Ave.
>Memphis, Tennessee 38104
>Phone: (901) 525-4357
>Email: jozment@oz-law.net
>
>*Counsel for Plaintiffs and the putative Class Members*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of September, 2019, the foregoing document was served upon all parties to this action via the Court's ECF system

>*/s/ Brice M. Timmons.*

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that I have consulted with counsel for the opposing parties via email and that one or more Defendants opposes/does not consent to the relief sought in the motion.

>*/s/ Brice M. Timmons.*