IN THE PROBATE COURT OF SHELBY COUNTY, TENNESSEE

IN RE: ESTATE OF ISSACCA POWELL,

Deceased.

NO. PR-14764
Div. I

ORDER GRANTING PEITION FOR APPOINTMENT OF ADMINISTRATOR AD LITEM

This cause came to be heard on August 21, 2019, upon the Petition of Black McLaren Jones Ryland & Griffee, P.C., by and through counsel, seeking to have an Administrator Ad Litem appointed for the Estate of Issaaca Powell, for the purpose of pursuing a legal cause of action and administering the Estate of Issaaca Powell, deceased, upon testimony in open Court of Petitioner; upon the statement of counsel; and upon the whole record; from all which it appears and the Court so finds:

1. That Issaaca Powell, decedent, died on February 4, 2019, in Memphis, Shelby County, Tennessee, and at the time of his death was 28 years of age and a resident of Shelby County, Tennessee. The decedent's last known address is 804 Edith Avenue, Memphis, Tennessee 38126.

2. That at the time of his death, Issaaca Powell, by and through his undersigned attorney, was involved in a lawsuit in the United States District Court for the Western Section of Tennessee Western Division, docket number 2:16-cv-2907-SHM-tmp ("Federal Case"), as a result of a class action brought under the Civil Rights Act of 1871, 42 U.S.C. §§1983 and 1988, and Tennessee common law in order to remedy Defendants' actions in causing hundreds of Shelby County arrestees to be deprived of their constitutional rights.

3. That upon information and belief, decedent has seven minor heirs-at-law, whose identities and locations are unknown.

3. That since the date of the filing of the Federal Case, there has been no settlement or verdict reached.

4. That in order to protect the interest of Issaaca Powell, an Administrator Ad Litem needs to be appointed.

5. That a Petitioner, who represents the decedent, is a creditor of the Estate with standing to file this action.

6. That no person is currently serving as Administrator or Executor.

7. That should the Federal Case Settle, the decedent will leave an estate which will require administration.

8. That Aubrey Brown, Esq., shall be appointed as Administrator Ad Litem, without bond, to represent the interest of the estate of the decedent, in the United States District Court for the Western Section of Tennessee Western Division, docket number 2:16-cv-2907-SHM-tmp ("Federal Case"), without bond until it becomes necessary for the Administrator Ad Litem to take control and custody of property or assets of the estate. Once it becomes necessary for the Administrator Ad Litem to take custody or control of property or assets of the estate, he shall execute a bond, with good security, as other administrators are required to give, before taking control or custody of the property or assets

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT

1. That Aubrey Brown, Esq., be appointed as Administrator Ad Litem to serve in this cause, without bond;

2. That once it becomes necessary for the Administrator Ad Litem to take control and custody of property or assets of the estate, he shall execute a bond, with good security, as other administrators are required to give, before taking control or custody of the property or assets

3. For such other relief as this Court deems necessary and proper.

**KATHLEEN N. GOMES**

Judge

DATE: AUG 2 2 2019

APPROVED:

Jana Davis Lamanna (#23619)
Brice M. Timmons (#29582)
Christopher M. Williams (#36256)
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535 – Telephone
(901) 762-0539 – Facsimile
*Attorneys for Petitioner*