**UNITED STATES DISTRICT COURT FOR THE WESTERN SECTION
OF TENNESSEE WESTERN DIVISION**

---

SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S. MELTON,
ISSACCA POWELL, KEITH BURGESS,
TRAVIS BOYD, TERRENCE DRAIN, and
KIMBERLY ALLEN on behalf of themselves
And all similarly situated persons,

        Plaintiffs,                                : Case No. 2:16-cv-2907-SHM/tmp

v.

BILL OLDHAM, in his individual capacity
as former Sheriff of Shelby County, Tennessee;
FLOYD BONNER, JR., in his official capacity
as Sheriff of Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity as former Jail
Director of Shelby County, Tennessee; KIRK
FIELDS, in his official capacity as Jail Director of
Shelby County, Tennessee; CHARLENE MCGHEE,
in her individual capacity as former Assistant Chief
of Jail Security of Shelby County, Tennessee;
REGINALD HUBBARD, in his official Capacity as
Assistant Chief of Jail Security of Shelby County,
Tennessee; DEBRA HAMMONS, in her individual
capacity as former Assistant Chief of Jail Programs
of Shelby County, Tennessee; TIFFANY WARD,
in her official capacity as Assistant Chief of Jail
Programs of Shelby County, Tennessee;
SHELBY COUNTY, TENNESSEE, a Tennessee
municipality; TYLER TECHNOLOGIES, INC.,
a foreign corporation; GLOBAL TEL*LINK
CORPORATION, a foreign corporation;
SOFTWARE AG USA, INC., a foreign corporation;
and SIERRA-CEDAR, INC., a foreign corporation,
SIERRA SYSTEMS GROUP, INC., a foreign
corporation; and TETRUS CORP, a foreign corporation

        Defendants.

---

## AGREED ORDER OF SUBSTITUTION

IT APPEARING to the Court, as evidenced by signature below that Jessalyn H. Zeigler and Michael P. Kapellas, of the firm Bass, Berry, & Sims, should be allowed to withdraw as counsel for the Defendant Sierra Systems Group, Inc. It further appearing that Defendant has retained Heather Gwinn-Pabon and Erin McDaniel, of the firm Gordon Rees Scully Mansukhani, to represent their interests; therefore,

IT IS ORDERED, ADJUDGED AND DECREED that Jessalyn H. Zeigler and Michael P. Kapellas are hereby relieved as counsel for the Defendant in this cause and are relieved of all responsibility in this action.

IT IS ORDERED, ADJUDGED AND DECREED that Heather Gwinn-Pabon, Attorney at Law, and Erin McDaniel, Attorney at Law, duly licensed to practice in the State of Tennessee, are hereby substituted as counsel for the Defendant Sierra Systems Group, Inc.

ENTERED this the 11th day of September, 2019

_____
JUDGE

APPROVED FOR ENTRY:


GORDON REES SCULLY MANSUKHANI
ATTORNEYS FOR DEFENDANT


By: /s/ *Heather Gwinn Pabon*
Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees
Scully Mansukhani, LLP
3401 Mallory Lane
Ste. 120
Franklin, TN 37067
hgwinn@grsm.corn
Tel.• 615-772-9010
Attorney for Defendant,
Sierra Systems Group, Inc.




By: /s/ *Jessalyn H. Zeigler*
Jessalyn H. Zeigler
Michael P. Kapellas
Bass Berry & Sims
150 Third Avenue South
Suite 2800
Nashville, TN 37201
jzeigler@bassberry.com
mkapellas@bassberry.com
Tel• 615-742-6289

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the following via the Court's CM/ECF e-mail notification system, on this the __11th__ day of September 2019.

| | |
|---|---|
| Michael G. McLaren<br>William. E. Cochran, Jr.<br>Brice M. Timmons<br>John C. Ryland<br>Warren Patrick Campbell<br>BLACK MCLAREN JONES RYLAND<br>& GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br><br>Frank L. Watson III<br>William F. Burns<br>William E. Routt<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, TN 38104<br><br>Claiborne Ferguson<br>THE CLAIBORNE FERGUSON<br>LAW FIRM PA<br>294 Washington Avenue<br>Memphis, TN 38103<br><br><br><br><br><br><br>*Counsel for Plaintiffs* | Joseph S. Ozment<br>THE LAW OFFICE OF JOSEPH S.<br>OZMENT, PLLC<br>1448 Madison Ave<br>Memphis, TN 38104<br><br>Daniel Owen Lofton<br>THE LAW OFFICE OF CRAIG & L<br>OFTON, PC<br>2400 Poplar Ave.<br>Suite 210<br>Memphis, TN 38112<br><br>Matthew Charles Gulotta<br>THE GULOTTA FIRM<br>202 Adams Avenue<br>Memphis, TN 38103<br><br>Steven George Wilson<br>THE STEVE WILSON FIRM<br>Clark Tower<br>5100 Poplar Avenue<br>Suite 2700<br>Memphis, TN 38137<br><br>*Counsel for Plaintiffs* |
| Robert E. Craddock, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>P.O. Box 775000<br>Memphis, Tennessee 38177<br><br>Byron Norman Brown<br>Meghan McMahon Cox<br>WYATT, TARRANT & COMBS, LLP<br>6070 Poplar Ave., Suite 300<br>Memphis, TN 38119<br><br>Odell Horton, Jr. | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | Heather Gwinn Pabon<br>Erin McDaniel<br>GORDON REES SCULLY MANSUKHANI<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br><br>*Counsel for Defendant Sierra Systems Group, Inc.* |
| Douglas F. Halijan<br>William David Irvine<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br><br>*Counsel for Defendant AG Cloud USA, Inc.* | Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br><br>*Counsel for Defendant Tyler Technologies, Inc* |
| Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Russell Brandon Bundren<br>James L. Murphy<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br><br>*Counsel for Defendant Global TelLink Corporation* |
| Albert G. McLean<br>Kevin David Bernstein<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* | Thomas Anthony Swafford<br>ADAMS & REESE, LLP - Nashville<br>424 Church Street<br>Suite 2700<br>Nashville, TN 37219<br><br>*Counsel for Tetrus Corp.* |

/s/ *Heather Gwinn Pabon*