# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S. MELTON,
ISSACCA POWELL, KEITH BURGESS,
TRAVIS BOYD, TERRENCE DRAIN, and
KIMBERLY ALLEN on behalf of themselves
And all similarly situated persons,

   Plaintiffs,             : Case No. 2:16-cv-2907-SHM/tmp

v.

BILL OLDHAM, in his individual capacity
as former Sheriff of Shelby County, Tennessee;
FLOYD BONNER, JR., in his official capacity
as Sheriff of Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity as former Jail
Director of Shelby County, Tennessee; KIRK
FIELDS, in his official capacity as Jail Director of
Shelby County, Tennessee; CHARLENE MCGHEE,
in her individual capacity as former Assistant Chief
of Jail Security of Shelby County, Tennessee;
REGINALD HUBBARD, in his official Capacity as
Assistant Chief of Jail Security of Shelby County,
Tennessee; DEBRA HAMMONS, in her individual
capacity as former Assistant Chief of Jail Programs
of Shelby County, Tennessee; TIFFANY WARD,
 in her official capacity as Assistant Chief of Jail
Programs of Shelby County, Tennessee;
SHELBY COUNTY, TENNESSEE, a Tennessee
municipality; TYLER TECHNOLOGIES, INC.,
a foreign corporation; GLOBAL TEL*LINK
CORPORATION, a foreign corporation;
SOFTWARE AG USA, INC., a foreign corporation;
and SIERRA-CEDAR, INC., a foreign corporation,
SIERRA SYSTEMS GROUP, INC., a foreign
corporation; and TETRUS CORP, a foreign corporation

   Defendants.

## AGREED ORDER OF SUBSTITUTION

IT APPEARING to the Court, as evidenced by signature below that Jessalyn H. Zeigler and Michael P. Kapellas, of the firm Bass, Berry, & Sims, should be allowed to withdraw as counsel for the Defendant Sierra Systems Group, Inc. It further appearing that Defendant has retained Heather Gwinn-Pabon and Erin McDaniel, of the firm Gordon Rees Scully Mansukhani, to represent their interests; therefore,

IT IS ORDERED, ADJUDGED AND DECREED that Jessalyn H. Zeigler and Michael P. Kapellas are hereby relieved as counsel for the Defendant in this cause and are relieved of all responsibility in this action.

IT IS ORDERED, ADJUDGED AND DECREED that Heather Gwinn-Pabon, Attorney at Law, and Erin McDaniel, Attorney at Law, duly licensed to practice in the State of Tennessee, are hereby substituted as counsel for the Defendant Sierra Systems Group, Inc.

ENTERED this the 11th day of September, 2019.

s/Tu M. Pham
TU M. PHAM
United States Magistrate Judge

September 11, 2019
Date

APPROVED FOR ENTRY:

GORDON REES SCULLY MANSUKHANI
ATTORNEYS FOR DEFENDANT

By: /s/ *Heather Gwinn Pabon*
Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees
Scully Mansukhani, LLP
3401 Mallory Lane
Ste. 120
Franklin, TN 37067
hgwinn@grsm.corn
Tel.• 615-772-9010
Attorney for Defendant,
Sierra Systems Group, Inc.

By: /s/ *Jessalyn H. Zeigler*
Jessalyn H. Zeigler
Michael P. Kapellas
Bass Berry & Sims
150  Third Avenue South
Suite 2800
Nashville, TN 37201
jzeigler@bassberry.com
mkapellas@bassberry.com
Tel• 615-742-6289