## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) | Case No. 2:16-cv-2907-SHM/tmp |
| PLAINTIFFS, | ) ) ) | |
| v. | ) ) | |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP., a foreign corporation. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## NOTICE OF APPEARANCE

Heather Gwinn Pabon of the law firm of Gordon Rees Scully Mansukhani, LLP enters this

Notice of Appearance on behalf of the Defendant, Sierra Systems Group, Inc.

Dated: September 12, 2019

Respectfully submitted,

By: /s/ Heather Gwinn Pabon
Heather Gwinn Pabon
GORDON REES SCULLY MANSUKHANI
3401 Mallory Lane, Ste. 120
Franklin, TN 37067
hgwinn@grsm.com
Tel: 615-772-9010
Attorneys for Defendant,
Sierra Systems Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the following via the Court's CM/ECF e-mail notification system, on this the ___12th___ day of September 2019.

| | |
|---|---|
| Michael G. McLaren<br>William. E. Cochran, Jr.<br>Brice M. Timmons<br>John C. Ryland<br>Warren Patrick Campbell<br>BLACK MCLAREN JONES RYLAND<br>& GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br><br>Frank L. Watson III<br>William F. Burns<br>William E. Routt<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, TN 38104<br><br>Claiborne Ferguson<br>THE CLAIBORNE FERGUSON<br>LAW FIRM PA<br>294 Washington Avenue<br>Memphis, TN 38103<br><br><br><br><br><br>*Counsel for Plaintiffs* | Joseph S. Ozment<br>THE LAW OFFICE OF JOSEPH S.<br>OZMENT, PLLC<br>1448 Madison Ave<br>Memphis, TN 38104<br><br>Daniel Owen Lofton<br>THE LAW OFFICE OF CRAIG & L<br>OFTON, PC<br>2400 Poplar Ave.<br>Suite 210<br>Memphis, TN 38112<br><br>Matthew Charles Gulotta<br>THE GULOTTA FIRM<br>202 Adams Avenue<br>Memphis, TN 38103<br><br>Steven George Wilson<br>THE STEVE WILSON FIRM<br>Clark Tower<br>5100 Poplar Avenue<br>Suite 2700<br>Memphis, TN 38137<br><br>*Counsel for Plaintiffs* |
| Robert E. Craddock, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>P.O. Box 775000<br>Memphis, Tennessee 38177<br><br>Byron Norman Brown<br>Meghan McMahon Cox<br>WYATT, TARRANT & COMBS, LLP<br>6070 Poplar Ave., Suite 300<br>Memphis, TN 38119<br><br>Odell Horton, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800 | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| Memphis, TN 38120<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | Heather Gwinn Pabon<br>Erin McDaniel<br>GORDON REES SCULLY MANSUKHANI<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br><br><br>*Counsel for Defendant Sierra Systems Group, Inc.* |
| Douglas F. Halijan<br>William David Irvine<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br><br>*Counsel for Defendant AG Cloud USA, Inc.* | Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br><br>*Counsel for Defendant Tyler Technologies, Inc* |
| Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br><br><br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Russell Brandon Bundren<br>James L. Murphy<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br><br><br>*Counsel for Defendant Global TelLink Corporation* |
| Albert G. McLean<br>Kevin David Bernstein<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* | Thomas Anthony Swafford<br>ADAMS & REESE, LLP - Nashville<br>424 Church Street<br>Suite 2700<br>Nashville, TN 37219<br><br>*Counsel for Tetrus Corp.* |

*/s/ Heather Gwinn Pabon*