# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | |
| Plaintiffs, | Civil Action No. 2:16-cv-02907-SHM-tmp |
| v. | Jury Demanded |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign Corporation, | |
| Defendants. | |

### DEFENDANT SIERRA SYSTEMS GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY

_____

Defendant Sierra Systems Group, Inc. ("Sierra") hereby files its Response in Opposition to Plaintiffs' Motion for Substitution of Party. Although the Administrator Ad Litem for the Estate

of deceased Plaintiff Isaaca Powell (the "Administrator") appears to have been duly appointed and be the proper party in interest to prosecute Powell's surviving claims, the Administrator cannot properly be named as a putative class representative. For this reason, and as discussed in more detail below, substitution would be improper, and the Motion should be denied.

## LAW AND ARGUMENT

Pursuant to Federal Rule of Civil Procedure 10(c), Sierra hereby adopts by reference Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard and Tiffany Ward's (collectively "Shelby County Defendants") Response in Opposition to Plaintiffs' Motion for Substitution of Party *except for* those portions relating to injunctive relief, which are not applicable to Sierra.[1]

## CONCLUSION

For the reasons stated above, permitting the Administrator to step into Powell's shoes as a named representative of the putative class would be inappropriate. Rather than holding off for an inevitable denial of class certification on the basis of adequacy of representation, the Court should exercise its discretion to deny Plaintiffs' Motion for substitution and instead require Plaintiffs to identify another suitable representative for the class and subclass currently represented by Powell.

By: /s/ Heather Gwinn-Pabon
   Heather Gwinn-Pabon
   Gordon Rees
   Scully Mansukhani, LLP
   3401 Mallory Lane, Ste. 120
   Franklin, TN 37067
   hgwinn@grsm.com
   Tel• 615-772-9010
   Attorney for Defendant,
   Sierra Systems Group, Inc.

---

[1] Sierra finds the Shelby County Defendants' arguments concerning injunctive relief to be well founded; however, Plaintiffs do not seek injunctive relief against Sierra.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the following via e-mail notification, on this the __20th__ day of September 2019.

| | |
|---|---|
| Michael G. McLaren<br>William. E. Cochran, Jr.<br>Brice M. Timmons<br>John C. Ryland<br>BLACK MCLAREN JONES RYLAND & GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>mmclaren@blackmclaw.com<br>wcochran@blackmclaw.com<br>btimmons@blackmclaw.com<br>jryland@blackmclaw.com<br><br>Frank L. Watson III<br>William F. Burns<br>William E. Routt<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, TN 38104<br>fwatson@watsonburns.com<br>bburns@watsonburns.com<br>wroutt@watsonburns.com<br><br>Claiborne Ferguson<br>THE CLAIBORNE FERGUSON LAW FIRM PA<br>294 Washington Avenue<br>Memphis, TN 38103<br>Claiborne@midsouthcriminaldefense.com<br><br>*Counsel for Plaintiffs* | Joseph S. Ozment<br>THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC<br>1448 Madison Ave<br>Memphis, TN 38104<br>jozment@oz-law.net<br><br>Daniel Owen Lofton<br>THE LAW OFFICE OF CRAIG & L OFTON, PC<br>2400 Poplar Ave.<br>Suite 210<br>Memphis, TN 38112<br>dlofton@craigandloftonlaw.com<br><br>Matthew Charles Gulotta<br>THE GULOTTA FIRM<br>202 Adams Avenue<br>Memphis, TN 38103<br>matt@gulottalaw.net<br><br>Steven George Wilson<br>THE STEVE WILSON FIRM<br>Clark Tower<br>5100 Poplar Avenue<br>Suite 2700<br>Memphis, TN 38137<br>stevewilsonlaw@gmail.com<br><br>*Counsel for Plaintiffs* |

| | |
|---|---|
| Robert E. Craddock, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>P.O. Box 775000<br>Memphis, Tennessee 38177<br>rcraddock@wyattfirm.com<br><br>Byron Norman Brown<br>Meghan McMahon Cox<br>WYATT, TARRANT & COMBS, LLP<br>6070 Poplar Ave., Suite 300<br>Memphis, TN 38119<br>bbrown@wyattfirm.com<br>mcox@wyattfirm.com<br><br>Odell Horton, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120<br>ohorton@wyattfirm.com<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br>lee.whitwell@shelbycountytn.gov<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |
| Douglas F. Halijan<br>William David Irvine<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>dhalijan@bpjlaw.com<br>wirvine@bpjlaw.com<br><br>*Counsel for Defendant AG Cloud USA, Inc.* | Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>btrammell@bakerdonelson.com<br><br>*Counsel for Defendant Tyler Technologies, Inc* |
| Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>beth.petronio@klgates.com<br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Russell Brandon Bundren<br>James L. Murphy<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>bbundren@babc.com<br>jmurphy@bradley.com<br><br>*Counsel for Defendant Global TelLink Corporation* |

| | |
|---|---|
| Albert G. McLean<br>Kevin David Bernstein<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>amclean@spicerfirm.com<br>kdb@spicerfirm.com<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* | Thomas Anthony Swafford<br>ADAMS & REESE, LLP - Nashville<br>424 Church Street<br>Suite 2700<br>Nashville, TN 37219<br>tony.swafford@arlaw.com<br><br>*Counsel for Tetrus Corp.* |

/s/ *Heather Gwinn Pabon*