# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | § § § § § § § § |
| Plaintiffs, | § Case No. 2:16-cv-02907-SHM/tmp |
| v. | § § |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation | § § § § § § § § § § § § § § § § § § § § § § § § § |
| Defendants. | § |

**RESPONSE OF TYLER TECHNOLOGIES, INC. TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY**

Comes now Defendant Tyler Technologies, Inc. and in response to Plaintiffs' Motion for Substitution of Party (D.E. #245) states as follows:

For the reasons stated in Shelby County's Opposition (D.E. # 253), Plaintiffs' Motion for Substitution of Party should be denied.

Dated:  September 20, 2019              Respectfully submitted,

*s/ Bradley E. Trammell*
Bradley E. Trammell (# 13980)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**
165 Madison Ave., Ste. 2000
Memphis, TN 38103
Tel.: 901-526-2000
btrammell@bakerdonelson.com

Beth Bivans Petronio (admitted *pro hac*)
Texas Bar No. 00797664
**K&L GATES, LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500  Telephone
(214) 939-5849  Facsimile
beth.petronio@klgates.com

**COUNSEL FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 20, 2019, a true and correct copy of the foregoing document was forwarded via the Court's ECF system and/or by email to:

| | |
|---|---|
| Frank L. Watson , III<br>William F. Burns<br>William E. Routt, III<br>WATSON BURNS, LLC<br>253 Adams Ave<br>Memphis, TN 38103 | Russell B. Bundren<br>James L. Murphy<br>BRADLEY ARANT BOULT CUMMINGS, LLP<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37210 |
| Michael G. McLaren<br>William E. Cochran, Jr.<br>Brice M. Timmons<br>BLACK McLAREN JONES RYLAND<br>& GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN  38117<br><br>*Interim Class Counsel for Plaintiffs* | *Counsel for Defendant Global Tel*Link Corporation*<br><br>Douglas F. Halijan<br>William D. Irvine<br>BURCH PORTER & JOHNSON, PLLC<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br><br>*Counsel for Defendant Software AG USA, Inc.* |
| Robert E. Craddock , Jr.<br>Odell Horton, Jr.<br>Byron N. Brown IV<br>Meghan M. Cox<br>WYATT TARRANT & COMBS, LLP<br>P.O. Box 775000<br>Memphis, TN 38177-5000<br><br>Emmett Lee Whitwell<br>Shelby County Attorney's Office<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br><br>*Counsel for Defendants Sheriff Bill Oldham, Jail Programmer Debra Hammons, Chief Jailor Robert Moore, Assistant Jailor Charlene McGhee, and Shelby County, Tennessee* | Albert G. McLean<br>Kevin D. Bernstein<br>SPICER RUDSTROM PLLC<br>119 S. Main St<br>Suite 700<br>Memphis, TN 38103<br><br>*Counsel for Defendant Sierra-Cedar, Inc.*<br><br>Heather Gwinn-Pabon<br>Erin McDaniel<br>GORDON REES SCULLY MANSUKHANI, LLP<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br><br>*Counsel for Defendant Sierra Systems Group, Inc.* |

Thomas Anthony Swafford
ADAMS AND REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219

J. Bennett Fox, Jr.
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, TN 38119

*Counsel for Defendant Tetrus Corp.*

*s/ Bradley E. Trammell*
Bradley E. Trammell

3