# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, ) ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 2:16-cv-02907-SHM-tmp |
| v.     ) ) | Jury Demanded |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign Corporation, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANT TETRUS CORP.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY

Defendant Tetrus Corp. ("Tetrus") hereby files its Response in Opposition to Plaintiffs' Motion for Substitution of Party. Although the Administrator Ad Litem for the Estate of deceased Plaintiff Isaaca Powell (the "Administrator") appears to have been duly appointed and be the proper party in interest to prosecute Powell's surviving claims, the Administrator cannot properly be named as a putative class representative. For this reason, and as discussed in more detail below, substitution would be improper, and the Motion should be denied.

## LAW AND ARGUMENT

Pursuant to Federal Rule of Civil Procedure 10(c), Tetrus hereby adopts by reference Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard and Tiffany Ward's (collectively "Shelby County Defendants") Response in Opposition to Plaintiffs' Motion for Substitution of Party, ECF No. 253, *except for* those portions relating to injunctive relief, which are not applicable to Tetrus.[1]

## CONCLUSION

For the reasons stated above, permitting the Administrator to step into Powell's shoes as a named representative of the putative class would be inappropriate. Rather than holding off for an inevitable denial of class certification on the basis of adequacy of representation, the Court should exercise its discretion to deny Plaintiffs' Motion for substitution and instead require Plaintiffs to identify another suitable representative for the class and subclass currently represented by Powell.

---

[1] Tetrus also finds the Shelby County Defendants' arguments concerning injunctive relief to be well founded; however, Plaintiffs do not seek injunctive relief against Tetrus.

Respectfully submitted,

*/s/ Thomas Anthony Swafford*
Thomas Anthony Swafford, TN BPR No. 017578
ADAMS AND REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com

J. Bennett Fox, Jr., TN BPR No. 026828
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, TN 38119
Tel: (901) 524-5324
Fax: (901) 524-5414
Email: ben.fox@arlaw.com

*Attorneys for Defendant Tetrus Corp.*

**CERTIFICATE OF SERVICE**

      I certify that the foregoing is being filed via the Court's ECF system this 20th day of September, 2019, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Robert E. Craddock, Jr. (#5826)
Odell Horton, Jr. (# 12426)
Byron Brown (#23529)
Meghan Cox (#33028)
Wyatt Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis, TN 38119
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN 38103
lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard and Tiffany Ward*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees Scully Mansukhani, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067
hgwinn@grsm.com

*Counsel for Defendant Sierra Systems Group, Inc.*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

                                                      /s/ Thomas Anthony Swafford