IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No.  2:16-cv-2907-SHM/tmp |
| BILL OLDHAM; FLOYD BONNER, JR.; ROBERT MOORE; KIRK FIELDS; CHARLENE MCGHEE; REGINALD HUBABARD; DEBRA HAMMONS; TIFFANY WARD; SHELBY COUNTY, TENNESSEE; TYLER TECHNOLOGIES, INC.; GLOBAL TEL*LINK CORPORATION; SOFTWARE AG USA, INC.; SIERRA-CEDAR, INC.; SIERRA SYSTEMS GROUP, INC.; and TETRUS CORP., | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GLOBAL TEL*LINK CORPORATION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY

Defendant Global Tel*Link Corporation ("GTL") files its Response in Opposition to

Plaintiffs' Motion for Substitution of Party.

Pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, GTL adopts and

incorporates by reference the arguments raised in the Shelby County Defendants' Response in

Opposition to Plaintiffs' Motion for Substitution of Party [Doc. 253] except for those portions

relating to injunctive relief because such relief is not sought against GTL.

For the reasons set forth in the Shelby County Defendants' Response, GTL requests that

the Court deny Plaintiffs' Motion for Substitution of Party.

Respectfully submitted,

s/ R. Brandon Bundren

R. Brandon Bundren, BPR #30985
James L. Murphy III, BPR #9589
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN  37203
Tel: 615.244.2582
Fax: 615.252.6380
bbundren@bradley.com
jmurphy@bradley.com

*Attorneys for Global Tel\*Link Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 20, 2019, I electronically filed a true and correct copy of **Defendant Global Tel\*Link Corporation's Response in Opposition to Plaintiffs' Motion for Substitution of Party** with the U.S. District Court for the Western District of Tennessee using the Court's Electronic Case Filing System, which will send notice of this filing to counsel of record as follows:

*Attorneys for Plaintiffs:*

Brice Moffatt Timmons  (btimmons@blackmclaw.com)
John C. Ryland  (jryland@blackmclaw.com)
Michael G. McLaren  (mmclaren@blackmclaw.com)
Warren Patrick Campbell  (wcampbell@blackmclaw.com)
William E. Cochran, Jr. (wcochran@blackmclaw.com)
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.

Claiborne Hembrick Ferguson (claiborne101@yahoo.com)
THE CLAIBORNE FERGUSON LAW FIRM, P.A.

Frank L. Watson, III (fwatson@watsonburns.com)
William F. Burns (bburns@watsonburns.com)
William E. Routt, III (wroutt@watsonburns.com)
WATSON BURNS, LLC

Joseph S. Ozment (jozment@oz-law.net)
LAW OFFICE OF JOSEPH S. OZMENT, PLLC

Daniel Owen Lofton (dlofton@craigandloftonlaw.com)
LAW OFFICE OF CRAIG & LOFTON, PC

Matthew Charles Gulotta (matt@gulottalaw.net)
THE GULOTTA FIRM

Steven George Wilson (stevewilsonlaw@gmail.com)
THE STEVE WILSON FIRM

*Attorneys for Defendants Bill Oldham, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard, Tiffany Ward, Robert Moore, Charlene McGhee, Debra Hammons, Shelby County, Tennessee:*

Robert E. Craddock, Jr. (rcraddock@wyattfirm.com)
Byron Norman Brown (bbrown@wyattfirm.com)
Meghan McMahon Cox (mcox@wyattfirm.com)
Odell Horton, Jr. (ohorton@wyattfirm.com)
WYATT TARRANT & COMBS, LLP

Emmett Lee Whitwell (lee.whitwell@shelbycountytn.gov)
SHELBY COUNTY ATTORNEY'S OFFICE

***Attorneys for Defendant Tyler Technologies, Inc.:***

Beth Bivans Petronio (beth.petronio@klgates.com)
K&L GATES LLP

Bradley E. Trammell (btrammell@bakerdonelson.com)
BAKER DONELSON BEARMAN CALDWELL & BERKOWWITZ

***Attorneys for Defendant Sierra-Cedar, Inc.:***

Kevin David Bernstein (kdb@spicerfirm.com)
Albert G. McLean (amclean@spicerfirm.com)
SPICER RUDSTROM PLLC

***Attorneys for Software AG USA, Inc.:***

Douglas F. Halijan (dhalijan@bpjlaw.com)
William David Irvine (wirvine@bpjlaw.com)
BURCH PORTER & JOHNSON PLLC

***Attorneys for Sierra Systems Group, Inc.:***

Heather Marie Gwinn Pabon (hgwinn@grsm.com)
GORDON REES SCULLY & MANSUKHANI, LLP

***Attorneys for Tetrus Corp.:***

Thomas Anthony Swafford (tony.swafford@arlaw.com)
ADAMS & REESE, LLP

s/ R. Brandon Bundren
R. Brandon Bundren