# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign Corporation, <br><br> Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp <br><br> Jury Demanded |

## NOTICE TO TAKE THE DEPOSITION OF DEONTAE TATE

TO: **Deontae Tate**

| | |
|---|---|
| c/o  Frank L. Watson | c/o  Michael G. McLaren |
| William F. Burns | William E. Cochran, Jr. |
| Watson Burns, PLLC | Brice M. Timmons |
| 253 Adams Avenue | Black McLaren Jones Ryland & Griffee PC |
| Memphis, TN 38104 | 530 Oak Court Drive, Suite 360 |
| fwatson@watsonburns.com | Memphis, TN 38117 |
| bburns@watsonburns.com | MMcLaren@blackmclaw.com |
| | wcochran@blackmclaw.com |
| | btimmons@blackmclaw.com |

Pursuant to Federal Rule of Civil Procedure 30(a)(1), Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard, Tiffany Ward (collectively "Shelby County Defendants"),  Tyler Technologies, Inc., Global Tel*Link Corporation, Software AG USA, Inc., Sierra-Cedar, Inc., Sierra Systems Group, Inc., and Tetrus Corp. will take the deposition of **Deontae Tate at Wyatt, Tarrant & Combs, LLP, 6070 Poplar, Suite 300, Memphis, TN 38119 on Wednesday, January 29, 2020 at 9:00 a.m. (CST)** and continuing until such time as completed.

The testimony shall be recorded by a certified court reporter by stenographic, audio, electronic and/or other means.  The deposition may be recorded by video or other visual and electronic means.  The deposition shall be taken before a notary public or other officer authorized by law to administer oaths.

The deposition is for class certification discovery.  It may be used as evidence and for all other purposes authorized by law.

    Respectfully submitted,

    /s/ Odell Horton, Jr._____
    Robert E. Craddock, Jr. (#5826)
    Odell Horton, Jr. (# 12426)
    Byron Brown (#23529)
    Meghan Cox (#33028)
    Wyatt Tarrant & Combs, LLP
    6070 Poplar Ave., Suite 300

Memphis, TN  38119
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

AND

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard and Tiffany Ward*

**CERTIFICATE OF SERVICE**

I certify that the foregoing is being filed via the Court's ECF system this 6th day of December, 2019, for service on all persons registered in connection with this case, including:

| | |
|---|---|
| Michael G. McLaren<br>William E. Cochran, Jr.<br>Brice M. Timmons<br>Black McLaren Jones Ryland & Griffee PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>MMcLaren@blackmclaw.com<br>wcochran@blackmclaw.com<br>btimmons@blackmclaw.com | Kevin David Bernstein<br>Albert G. McLean<br>Spicer Rudstrom PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>kdb@spicerfirm.com<br>amclean@spicerfirm.com<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* |
| Frank L. Watson<br>William F. Burns<br>Watson Burns, PLLC<br>253 Adams Avenue<br>Memphis, TN 38104<br>fwatson@watsonburns.com<br>bburns@watsonburns.com<br><br>*Counsel for Plaintiffs* | Douglas F. Halijan<br>William David Irvine<br>Burch Porter & Johnson<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>dhalijan@bpjlaw.com<br>wirvine@bpjlaw.com<br><br>*Counsel for Defendant Software AG USA, Inc.* |
| Bradley E. Trammell<br>Baker, Donelson, Bearman, Caldwell & Berkowitz<br>165 Madison Avenue, Suite 2000<br>Memphis, TN  38103<br>btrammell@bakerdonelson.com | Heather Gwinn-Pabon<br>Erin McDaniel<br>Gordon Rees Scully Mansukhani, LLP<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br>hgwinn@grsm.com |
| Beth Petronio<br>K&L Gates<br>1717 Main Street, Suite 2800<br>Dallas, Texas  75201<br>beth.petronio@klgates.com<br><br>*Counsel for Tyler Technologies, Inc.* | *Counsel for Defendant Sierra Systems Group, Inc.* |
| Russell Brandon Bundren<br>James L. Murphy<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>bbundren@babc.com<br>jmurphy@bradley.com | |

*Counsel for Defendant Global TelLink Corporation*      /s/ Odell Horton, Jr.

61896286