# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign Corporation, <br><br> Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp <br><br> Jury Demanded |

### NOTICE TO TAKE THE DEPOSITION OF SCOTT TURNAGE

TO: **Scott Turnage**

| | |
|---|---|
| c/o  Frank L. Watson | c/o  Michael G. McLaren |
| William F. Burns | William E. Cochran, Jr. |
| Watson Burns, PLLC | Brice M. Timmons |
| 253 Adams Avenue | Black McLaren Jones Ryland & Griffee PC |
| Memphis, TN 38104 | 530 Oak Court Drive, Suite 360 |
| fwatson@watsonburns.com | Memphis, TN 38117 |
| bburns@watsonburns.com | MMcLaren@blackmclaw.com |
| | wcochran@blackmclaw.com |
| | btimmons@blackmclaw.com |

Pursuant to Federal Rule of Civil Procedure 30(a)(1), Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard, Tiffany Ward (collectively "Shelby County Defendants"),  Tyler Technologies, Inc., Global Tel*Link Corporation, Software AG USA, Inc., Sierra-Cedar, Inc., Sierra Systems Group, Inc., and Tetrus Corp. will take the deposition of  **Scott Turnage at Wyatt, Tarrant & Combs, LLP, 6070 Poplar, Suite 300, Memphis, TN 38119 on Tuesday, January 28, 2020 at 9:00 a.m. (CST)** and continuing until such time as completed.

The testimony shall be recorded by a certified court reporter by stenographic, audio, electronic and/or other means.  The deposition may be recorded by video or other visual and electronic means.  The deposition shall be taken before a notary public or other officer authorized by law to administer oaths.

The deposition is for class certification discovery.  It may be used as evidence and for all other purposes authorized by law.

        Respectfully submitted,

        /s/ Odell Horton, Jr.
        Robert E. Craddock, Jr. (#5826)
        Odell Horton, Jr. (# 12426)
        Byron Brown (#23529)
        Meghan Cox (#33028)
        Wyatt Tarrant & Combs, LLP

        6070 Poplar Ave., Suite 300
        Memphis, TN  38119
        (901) 537-1000
        rcraddock@wyattfirm.com
        ohorton@wyattfirm.com
        bbrown@wyattfirm.com
        mcox@wyattfirm.com

        AND

        E. Lee Whitwell (#33622)
        Shelby County Attorney's Office
        160 North Main Street, Suite 950
        Memphis, TN  38103
        (901) 222-2100
        lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Shelby County, Tennessee, Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Jr., Kirk Fields, Reginald Hubbard and Tiffany Ward*

**CERTIFICATE OF SERVICE**

I certify that the foregoing is being filed via the Court's ECF system this 6th day of December, 2019, for service on all persons registered in connection with this case, including:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN  38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas  75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees Scully Mansukhani, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067
hgwinn@grsm.com

*Counsel for Defendant Sierra Systems Group, Inc.*

/s/ Odell Horton, Jr.

61896237