# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONATAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; et al.<br><br>　　　　Defendants. | Case No. 2:16-cv-2907-SHM/tmp<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, AND INJUNCTIVE RELIEF<br><br>JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b) |

## MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD FOR DEFENDANT TETRUS CORP.

Defendant Tetrus Corp. ("Tetrus"), by and through its attorneys, requests this Court to allow the substitution of its counsel of record in this case. In support of its Motion, Tetrus states:

Attorneys Thomas Anthony Swafford and J. Bennett Fox, Jr., along with their law firm, Adams and Reese LLP, should be allowed to withdraw as counsel of record for Tetrus, and be relieved of all further obligations as counsel for Tetrus.

Tetrus has identified substitute counsel who has filed a Notice of Appearance on behalf of Tetrus: Robert A. McLean and Garrett M. Estep of the law firm Farris Bobango Branan PLC.

This substitution of counsel will not delay trial in this action given that discovery is in its early stages.

Pursuant to Local Rule 7.2(a)(1)(B), Tetrus has consulted with counsel for the other parties who all consent to the relief sought in this Motion.

For these reasons, Tetrus requests this Court enter an Order relieving Thomas Anthony Swafford and J. Bennett Fox, Jr., along with their law firm, Adams and Reese LLP, as counsel for Tetrus, and substituting Robert A. McLean and Garrett M. Estep of the law firm Farris Bobango Branan PLC, as counsel for Tetrus.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/ Thomas Anthony Swafford*
Thomas Anthony Swafford, TN BPR No. 017578
ADAMS AND REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 259-1450
Fax: (615) 259-1470
Email: tony.swafford@arlaw.com

J. Bennett Fox, Jr., TN BPR No. 026828
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700
Memphis, TN 38119
Tel: (901) 524-5324
Fax: (901) 524-5414
Email: ben.fox@arlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of December 2019, the foregoing was served via ECF to below-referenced counsel:

| | |
|---|---|
| BLACK MCLAREN JONES RYLAND & GRIFFEE PC<br>Michael G. McLaren<br>William E. Chochran, Jr.<br>Brice M. Timmons<br>530 Oak Court Drive, Suite 360<br>Memphis, TN 38117<br>Email: mmclaren@blackmclaw.com<br>         wcochran@blackmclaw.com<br>         btimmons@blackmclaw.com<br><br>WATSON BURNS, PLLC<br>Frank L. Watson, III<br>William F. Burns<br>William E. Routt<br>253 Adams Avenue<br>Memphis, TN 38104<br>Email: fwatson@watsonburns.com<br>         bburns@watsonburns.com<br>         wroutt@watsonburns.com<br><br>THE CLAIBORNE FERGUSON LAW FIRM P.A.<br>Claiborne Ferguson<br>294 Washington Avenue<br>Memphis, TN 38103<br>Email: claiborne@midsouthcriminaldefense.com<br><br>THE LAW OFFICES OF JOSEPH S. OZMENT, PLLC<br>Joseph S. Ozment<br>1448 Madison Avenue<br>Memphis, TN 38104<br>Email: jozement@oz-law.net<br><br>*Attorneys for Plaintiffs and the putative Class Members* | WYATT TARRANT & COMBS<br>Robert E. Craddock, Jr.<br>Odell Horton, Jr.<br>Meghan McMahon Cox<br>Byron Norman Brown<br>6070 Poplar Ave, Suite 300<br>Memphis, TN 38119<br>Email:  rcraddock@wyattfirm.com<br>ohorton@wyattfirm.com<br>mcox@wyattfirm.com<br>bbrown@wyattfirm.com<br><br>SHELBY COUNTY ATTORNEY'S OFFICE<br>Emmett Lee Whitwell<br>160 N. Main Street, Suite 950<br>Memphis, TN 38103<br>Email: lee.whitwell@shelbycountytn.gov<br><br>*Attorneys for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>Bradley E. Trammel<br>165 Madison Avenue, Suite 2000<br>Memphis, TN 38103<br>Email: btrammell@bakerdonelson.com<br><br>K&L GATES, LLP<br>Beth Bivans Petronio<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Email: beth.petronio@klgates.com<br><br>*Attorneys for Defendant Tyler Technologies, Inc.* | BURCH PORTER & JOHNSON<br>Douglas F. Halijan<br>Williams David Irvine<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>Email: dhalijan@bpjlaw.com<br>wirvine@bpjlaw.com<br><br>*Attorney for Defendant Software AG Cloud Americas, Inc.* |
| BRADLEY ARANT BOULT CUMMINGS LLP<br>Russell Brandon Bundren<br>James L. Murphy<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Email: bbundren@babc.com<br>jmurphy@bradley.com<br><br>*Attorneys for Defendant Global TelLink Corporation* | SPICER RUDSTROM PLLC<br>Albert G. McLean<br>Kevin David Bernstein<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>Email: amclean@spicerfirm.com<br>kdb@spicerfirm.com<br><br>*Attorneys for Defendant Sierra-Cedar, Inc.* |
| GORDON RESS SCULLY MANSUKHANI<br>Heather Gwinn-Pabon<br>Erin McDaniel<br>3401 Mallory Lane, Ste. 120<br>Franklin, TN 37067<br>Email: hgwinn@grsm.com<br>emcdaniel@grsm.com<br><br>*Attorneys for Defendant Sierra Systems Group, Inc.* | FARRIS BOBANGO BRANAN PLC<br>Robert A. McLean<br>Garrett M. Estep<br>999 S. Shady Grove Road, Suite 500<br>Memphis, TN 38120<br>Email: ram@farris-law.com<br>gestep@farris-law.com<br><br>*Attorneys for Defendant Tetrus Corp.* |

*/s/ Thomas Anthony Swafford*