IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, FLOYD BONNER, JR., ROBERT MOORE, KIRK FIELDS, CHARLENE McGHEE, REGINALD HUBBARD, DEBRA HAMMONS, TIFFANY WARD, SHELBY COUNTY, TENNESSEE, TYLER TECHNOLOGIES, INC., GLOBAL TEL*LINK CORPORATION, SOFTWARE AG USA, INC., SIERRA-CEDAR, INC., SIERRA SYSTEMS GROUP, INC., and TETRUS CORP.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Cv. No. 2:16-cv-2907-SHM/tmp |

**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**

Before the Court is the December 12, 2019 motion of defendant Tetrus Corp. for substitution of counsel of record (D.E. 272).  For good cause shown, the motion is GRANTED. Attorneys Robert A. McLean and Garrett M. Estep are substituted as counsel for defendant Tetrus Corp., and attorneys Thomas Anthony Swafford and J. Bennett Fox, Jr. are withdrawn.

IT IS SO ORDERED this 17th day of December, 2019.

*s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE