IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of Themselves and all similarly situated persons<br><br>    PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation<br><br>    DEFENDANTS. | **Case No.: 2:16-cv-2907-SHM/tmp**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, & INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

**NOTICE OF SERVICE OF RESPONSES OF TETRUS CORP. TO THE PLAINTIFFS' FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS**

Notice is hereby given to the Court and all counsel that Tetrus Corp. has this day served its responses to the Plaintiffs' First Set of Interrogatories and Document Requests.

Respectfully submitted,

*/s/ Robert A. McLean*
Robert A. McLean
Attorney I.D. No. 6516
Garrett M. Estep
Attorney I.D. No. 19078
FARRIS BOBANGO BRANAN PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
(901) 259-7100

*Counsel for Defendant Tetrus Corp.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on the following counsel of record via the Court's CM/ECF system, this 15th day of January, 2020:

Frank L. Watson, III, Esq.
William F. Burns, Esq.
William E. Routt, Esq.
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, Tennessee 38103
(901) 529-7996
Email: fwatson@watsonburns.com
Email: bburns@watsonburns.com
Email: wroutt@watsonburns.com

*Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members*

Michael G. McLaren, Esq.
William E. Cochran, Jr., Esq.
Brice M. Timmons, Esq.
BLACK MCLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535
Email: mmclared@blackmclaw.com
Email: wcochran@blackmclaw.com
Email: btimmons@blackmclaw.com

*Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members*

| | |
|---|---|
| Robert E. Craddock, Esq.<br>Odell Horton, Jr., Esq.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, Tennessee 38120<br>(901) 537-1000<br>Email: rcraddock@wyattfirm.com<br>Email: ohorton@wyattfirm.com<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br>(901) 222-2100<br>Email: lee.whitwell@shelbycountytn.gov<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |
| Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>(901) 577-2121<br>Email: btrammell@bakerdonelson.com<br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>(214) 939-5815<br>Email: beth.petronio@klgates.com<br><br>*Counsel for Defendant Tyler Technologies, Inc.* |
| Douglas F. Halijan, Esq.<br>William David Irvine, Esq.<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>(901) 524-5000<br>Email: dhalijan@bpjlaw.com<br>Email: wirvine@bpjlaw.com<br><br>*Counsel for Defendant Software AG Cloud Americas, Inc.* | Russell Brandon Bundren, Esq.<br>James L. Murphy, Esq.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>(615) 252-4647<br>Email: bbundren@babc.com<br>Email: jmurphy@bradley.com<br><br>*Counsel for Defendant Global TelLink Corporation* |
| Albert G. McLean, Esq.<br>Kevin David Bernstein, Esq.<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>901-522-2324<br>Email: amclean@spicerfirm.com<br>Email: kdb@spicerfirm.com<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* | Heather Gwinn-Pabon, Esq.<br>Erin McDaniel, Esq.<br>GORDON REES SCULLY MANSUKHANI<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br>Email: hgwinn@grsm.com<br><br>*Counsel for Defendant Sierra Systems Group, Inc.*<br><br>    */s/ Robert A. McLean* |