IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL OLDHAM; FLOYD BONNER, JR.; ROBERT MOORE; KIRK FIELDS; CHARLENE MCGHEE; REGINALD HUBBARD; DEBRA HAMMONS; TIFFANY WARD; SHELBY COUNTY, TENNESSEE; TYLER TECHNOLOGIES, INC.; GLOBAL TEL*LINK CORPORATION; SOFTWARE AG USA, INC.; SIERRA-CEDAR, INC.; SIERRA SYSTEMS GROUP, INC.; and TETRUS CORP.,<br><br>    Defendants. | **Civil Action No. 2:16-cv-02907-SHM-tmp**<br><br><br>**(Hon. Judge Samuel H. Mays)** |

## REVISED NOTICE TO TAKE THE DEPOSITION OF BILL OLDHAM

    To:    Bill Oldham
              c/o Robert E. Craddock, Esq.
              Odell Horton, Jr., Esq.
              WYATT, TARRANT & COMBS, LLP
              1715 Aaron Brenner Drive, Suite 800
              Memphis, Tennessee 38120
              (901) 537-1000
              Email: rcraddock@wyattfirm.com
              Email: ohorton@wyattfirm.com

              -and-

              Emmett Lee Whitwell, Esq.
              SHELBY COUNTY ATTORNEY'S OFFICE
              160 N. Main Street

      Suite 950
      Memphis, TN 38103
      (901) 222-2100
      Email: lee.whitwell@shelbycountytn.gov

Please take notice that pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy S. Melton, Issacca Powell, Keith Burgess, Travis Boyd, Terrence Drain, and Kimberly Allen will take the deposition of Bill Oldham at the law offices of BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C., 530 Oak Court Drive, Suite 360, Memphis Tennessee 38117, commencing on **March 25, 2020 at 9:30 a.m.**, Central Standard Time, and continuing thereafter from hour to hour and day to day until complete.

The deposition will be taken on behalf of Plaintiffs for the purposes of discovery, use as evidence, preservation of testimony, and all other purposes authorized by law and will be recorded by a certified court reporter, who will record the deposition by means of stenograph and/or audio recordings. The deposition may also be recorded by video or other visual and electronic means.

      Respectfully submitted,

      *s/ William E. Routt*
      Frank L. Watson, III (Tenn. Bar No. 15073)
      William F. Burns (Tenn. Bar No. 17908)
      William E. Routt (Tenn. Bar. No. 28577)
      WATSON BURNS, PLLC
      253 Adams Avenue
      Memphis, TN 38103
      Phone: (901) 529-7996
      Fax: (901) 529-7998
      Email: fwatson@watsonburns.com
      Email: bburns@watsonburns.com
      Email: wroutt@watsonburns.com

>Michael G. McLaren (Tenn. Bar No. 5100)
>William E. Cochran, Jr. (Tenn. Bar No. 21428)
>Brice M. Timmons (Tenn. Bar No. 29582)
>BLACK MCLAREN JONES
>RYLAND & GRIFFEE PC
>530 Oak Court Drive
>Suite 360
>Memphis, Tennessee 38117
>Phone: (901) 762-0535
>Fax: (901) 762-0539
>mmclaren@blackmclaw.com
>wcochran@blackmclaw.com
>btimmons@blackmclaw.com
>
>Joseph S. Ozment (Tenn. Bar No. 15601)
>THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC
>1448 Madison Ave.
>Memphis, Tennessee 38104
>Phone: (901) 525-4357
>Email: jozment@oz-law.net
>
>Claiborne H. Ferguson, Esq. (Tenn. Bar. No. 20457)
>THE CLAIBORNE FERGUSON LAW FIRM, P.A.
>294 Washington Ave.
>Memphis, TN 38103
>(901) 529-6400
>Email: claiborne101@yahoo.com
>
>*Counsel for Plaintiffs and the putative Class Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2020, a true and correct copy of the foregoing pleading has been filed electronically with the Court's Electronic Case Filing System. Pursuant to the Court's ECF System, the following parties listed below are filing users who will receive notice of the foregoing document's filing:

Robert E. Craddock, Esq.
Odell Horton, Jr., Esq.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 537-1000
Email: rcraddock@wyattfirm.com
Email: ohorton@wyattfirm.com

*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee*

Emmett Lee Whitwell, Esq.
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 950
Memphis, TN 38103
(901) 222-2100
Email: lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee*

Bradley E. Trammell, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-2121
Email: btrammell@bakerdonelson.com

*Counsel for Defendant Tyler Technologies, Inc.*

Beth Bivans Petronio, Esq.
K&L GATES, LLP
1717 Main Street
Suite 2800
Dallas, Texas 75201
(214) 939-5815
Email: beth.petronio@klgates.com

*Counsel for Defendant Tyler Technologies, Inc.*

Douglas F. Halijan, Esq.
William David Irvine, Esq.
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103-2217
(901) 524-5000
Email: dhalijan@bpjlaw.com
Email: wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

Russell Brandon Bundren, Esq.
James L. Murphy, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-4647
Email: bbundren@babc.com
Email: jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

Albert G. McLean, Esq.
Kevin David Bernstein, Esq.
SPICER RUDSTROM PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
901-522-2324
Email: amclean@spicerfirm.com
Email:  kdb@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Robert A. McLean, Esq.
Garrett M. Estep, Esq.
FARRIS BOBANGO BRANAN, PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
Email: rmclean@farris-law.com
Email:  gestep@farris-law.com

*Counsel for Defendant Tetrus Corp.*

Heather Marie Gwinn Pabon, Esq.
GORDON & REES SCULLY MANSUKHANI,
3401 Mallory Lane
Suite 120
Franklin, TN 37067
(615) 722-9010
Email: hgwinn@grsm.com

*Counsel for Defendant Sierra Systems Group, Inc.*

                                  s/ William E. Routt
                                  William E. Routt