# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**SCOTT TURNAGE, et al.,**

    **Plaintiffs,**

**v.**                                                                                                                                                             **Civil No. 16-2907-SHM/tmp**

**BILL OLDHAM, et al.,**

    **Defendants.**

---

## ORDER OF REFERENCE

---

Before the Court is the parties' March 2, 2020 joint motion requesting approval of a third amended scheduling order (D.E. 287).  The motion is referred to the magistrate judge for a determination.

It is SO ORDERED this 3rd  day of March, 2020.

                                                 */s/ Samuel H. Mays, Jr.*_____
                                                 SAMUEL H. MAYS, JR.
                                                 UNITED STATES DISTRICT JUDGE