# EXHIBIT A

Law Offices
## Black McLaren Jones Ryland & Griffee
A Professional Corporation
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
Telephone 901-762-0535
Telecopier 901-762-0539

Michael G. McLaren:
mmclaren@blackmclaw.com

Firm Website:
www.bmjrglaw.com

May 22, 2019

VIA EMAIL
[fwatson@watsonburns.com]
[bburns@watsonburns.com]
[wroutt@watsonburns.com]

Frank L. Watson, III, Esq.
William F. Burns, Esq.
William E. Routt, Esq.
WATSON BURNS
253 Adams Avenue
Memphis, Tennessee 38103

VIA EMAIL
[claiborne@midsouthcriminaldefense.com]

Claiborne Ferguson, Esq.
CLAIBORNE FERGUSON LAW FIRM
294 Washington Avenue
Memphis, Tennessee 38103

VIA EMAIL
[jozment@oz-law.net]

Joseph S. Ozment, Esq.
LAW OFFICE OF JOSEPH S. OZMENT
1448 Madison Avenue
Memphis, Tennessee 38104

VIA EMAIL
[rcraddock@wyattfirm.com]
[ohorton@wyattfirm.com]

Robert E. Craddock, Esq.
Odell Horton, Jr., Esq.
WYATT, TARRANT & COMBS
Suite 800
1715 Aaron Brenner Drive
Memphis, Tennessee 38120

VIA EMAIL
[lee.whitwell@shelbycountytn.gov]

Emmett Lee Whitwell, Esq.
SHELBY COUNTY ATTORNEY'S OFFICE
Suite 950
160 North Main Street
Memphis, Tennessee 38103

VIA EMAIL
[btrammell@bakerdonelson.com]

Bradley E. Trammell, Esq.
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103

VIA EMAIL
[beth.petronio@klgates.com]

Beth Bivans Petronio, Esq.
K&L GATES, LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201

VIA EMAIL
[dhalijan@bpjlaw.com]
[wirvine@bpjlaw.com]

Douglas F. Halijan, Esq.
William David Irvine, Esq.
BURCH PORTER & JOHNSON
130 North Court Avenue
Memphis, Tennessee 38103

Counsel
May 22, 2019
Page 2

VIA EMAIL
[bbundren@babc.com]
[jmurphy@bradley.com]

Russell Brandon Bundren, Esq.
James L. Murphy, Esq.
BRADLEY ARANT BOULT CUMMINGS
1600 Division St., Suite 700
Nashville, Tennessee 37203

VIA EMAIL
[amclean@spicerfirm.com]
[kdb@spicerfirm.com]

Albert G. McLean, Esq.
Kevin David Bernstein, Esq.
SPICER RUDSTROM, PLLC
Suite 700
119 South Main Street
Memphis, Tennessee 38103

RE: *Powell, et al. v. Oldham*
Our File No. 16711.001

Dear Colleagues:

We want to begin taking depositions in this case.

In addition to the named individual defendants in the case, we will also want to take a 30(b)(6) deposition of each of the named "entity defendants." As to individuals who are not defendants, we will want to take the following depositions:

- Ed Raper
- Hon. Bill Anderson
- Hon. Mark Ward
- Hon. Gerald Skahan

At this point we just want to make sure you are available on the following dates so we can begin scheduling these:

- July 1, 2, 3, 22, 23, 24, 25, 26, 29, 30, and 31, 2019
- August 1, 2, 5, 6, 7, 8, 9, 14, 15, and 16, 2019

I look forward to hearing from you.

Sincerely,

Michael G. McLaren

MGM/clw
cc: Brice M. Timmons, Esq. (Via Email)
    William E. Cochran, Esq. (Via Email)