# EXHIBIT C

## Shelly Bloor

| | |
|---|---|
| **From:** | Will Cochran |
| **Sent:** | Wednesday, February 26, 2020 5:01 PM |
| **To:** | Chris Williams |
| **Subject:** | FW: Turnage v. Oldham, Case No. 2:16-cv-02907 |
| **Attachments:** | Notice to Take the Deposition of Ed Raper (file stamped).pdf |

**From:** Will Routt <wroutt@watsonburns.com>
**Sent:** Wednesday, November 13, 2019 5:27 PM
**To:** Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>; Brown, Byron <bbrown@wyattfirm.com>; Cox, Meghan <mcox@wyattfirm.com>; lee.whitwell@shelbycountytn.gov
**Cc:** Frank Watson <fwatson@watsonburns.com>; Bill Burns <bburns@watsonburns.com>; MMcLaren <MMcLaren@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; Brice Timmons <btimmons@blackmclaw.com>; Charles Mitchell <cmitchell@blackmclaw.com>; Trammell, Brad <btrammell@bakerdonelson.com>; beth.petronio@klgates.com; dhalijan@bpjlaw.com; wirvine@bpjlaw.com; bbundren@babc.com; jmurphy@bradley.com; amclean@spicerfirm.com; kdb@spicerfirm.com; hgwinn@grsm.com; tony.swafford@arlaw.com; ben.fox@arlaw.com
**Subject:** Turnage v. Oldham, Case No. 2:16-cv-02907

All-

Plaintiffs' Notice to Take the Deposition of Ed Raper on December 18, 2019 is attached. If December 18 does not work, Plaintiffs are also available on December 9 and December 20. Happy to discuss.

Thanks,

Will

William E. Routt, III
**WATSON BURNS, PLLC**
253 Adams Avenue
Memphis, Tennessee 38103
901-529-7996
(fax) 901-529-7998
wroutt@watsonburns.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BILL OLDHAM; FLOYD BONNER, JR.; ROBERT MOORE; KIRK FIELDS; CHARLENE MCGHEE; REGINALD HUBBARD; DEBRA HAMMONS; TIFFANY WARD; SHELBY COUNTY, TENNESSEE; TYLER TECHNOLOGIES, INC.; GLOBAL TEL*LINK CORPORATION; SOFTWARE AG USA, INC.; SIERRA-CEDAR, INC.; SIERRA SYSTEMS GROUP, INC.; and TETRUS CORP.,<br><br>Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp<br><br>**(Hon. Judge Samuel H. Mays)** |

## NOTICE TO TAKE THE DEPOSITION OF ED RAPER

To:   Ed Raper
      c/o Robert E. Craddock, Esq.
      Odell Horton, Jr., Esq.
      WYATT, TARRANT & COMBS, LLP
      1715 Aaron Brenner Drive, Suite 800
      Memphis, Tennessee 38120
      (901) 537-1000
      Email: rcraddock@wyattfirm.com
      Email: ohorton@wyattfirm.com

      -and-

      Emmett Lee Whitwell, Esq.
      SHELBY COUNTY ATTORNEY'S OFFICE
      160 N. Main Street

Suite 950
Memphis, TN 38103
(901) 222-2100
Email: lee.whitwell@shelbycountytn.gov

Please take notice that pursuant to Rule 30(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Scott Turnage, Cortez D. Brown, Deontae Tate, Jeremy S. Melton, Issacca Powell, Keith Burgess, Travis Boyd, Terrence Drain, and Kimberly Allen will take the deposition of Ed Raper at the law offices of BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C., 530 Oak Court Drive, Suite 360, Memphis Tennessee 38117, commencing on **December 18, 2019 at 9:30 a.m.**, Central Standard Time, and continuing thereafter from hour to hour and day to day until complete.

The deposition will be taken on behalf of Plaintiffs for the purposes of discovery, use as evidence, preservation of testimony, and all other purposes authorized by law and will be recorded by a certified court reporter, who will record the deposition by means of stenograph and/or audio recordings. The deposition may also be recorded by video or other visual and electronic means.

Respectfully submitted,

*s/ William E. Routt*
Frank L. Watson, III (Tenn. Bar No. 15073)
William F. Burns (Tenn. Bar No. 17908)
William E. Routt (Tenn. Bar. No. 28577)
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, TN 38103
Phone: (901) 529-7996
Fax: (901) 529-7998
Email: fwatson@watsonburns.com
Email: bburns@watsonburns.com
Email: wroutt@watsonburns.com

2

Michael G. McLaren (Tenn. Bar No. 5100)
William E. Cochran, Jr. (Tenn. Bar No. 21428)
Brice M. Timmons (Tenn. Bar No. 29582)
BLACK MCLAREN JONES
RYLAND & GRIFFEE PC
530 Oak Court Drive
Suite 360
Memphis, Tennessee 38117
Phone: (901) 762-0535
Fax: (901) 762-0539
mmclaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Joseph S. Ozment (Tenn. Bar No. 15601)
THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC
1448 Madison Ave.
Memphis, Tennessee 38104
Phone: (901) 525-4357
Email: jozment@oz-law.net

Claiborne H. Ferguson, Esq. (Tenn. Bar. No. 20457)
THE CLAIBORNE FERGUSON LAW FIRM, P.A.
294 Washington Ave.
Memphis, TN 38103
(901) 529-6400
Email: claiborne101@yahoo.com

*Counsel for Plaintiffs and the putative Class Members*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2019, a true and correct copy of the foregoing pleading has been filed electronically with the Court's Electronic Case Filing System. Pursuant to the Court's ECF System, the following parties listed below are filing users who will receive notice of the foregoing document's filing:

Robert E. Craddock, Esq.
Odell Horton, Jr., Esq.
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 537-1000
Email: rcraddock@wyattfirm.com
Email: ohorton@wyattfirm.com

*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee*

Bradley E. Trammell, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-2121
Email: btrammell@bakerdonelson.com

*Counsel for Defendant Tyler Technologies, Inc.*

Douglas F. Halijan, Esq.
William David Irvine, Esq.
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103-2217
(901) 524-5000
Email: dhalijan@bpjlaw.com
Email: wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

Emmett Lee Whitwell, Esq.
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 950
Memphis, TN 38103
(901) 222-2100
Email: lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee*

Beth Bivans Petronio, Esq.
K&L GATES, LLP
1717 Main Street
Suite 2800
Dallas, Texas 75201
(214) 939-5815
Email:beth.petronio@klgates.com

*Counsel for Defendant Tyler Technologies, Inc.*

Russell Brandon Bundren, Esq.
James L. Murphy, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-4647
Email: bbundren@babc.com
Email: jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

4

Albert G. McLean, Esq.
Kevin David Bernstein, Esq.
SPICER RUDSTROM PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
901-522-2324
Email: amclean@spicerfirm.com
Email: kdb@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Thomas Anthony Swafford, Esq.
ADAMS AND REESE LLP
Fifth Third Center
424 Church Street, Suite 2700
Nashville, Tennessee 37219
Email: tony.swafford@arlaw.com

J. Bennett Fox, Jr.,
ADAMS AND REESE LLP
6075 Poplar Ave, Suite 700 Memphis, TN 38119
Email: ben.fox@arlaw.com

*Counsel for Defendant Tetrus Corp.*

Heather Marie Gwinn Pabon, Esq.
GORDON & REES SCULLY MANSUKHANI,
3401 Mallory Lane
Suite 120
Franklin, TN 37067
(615) 722-9010
Email: hgwinn@grsm.com

*Counsel for Defendant Sierra Systems Group, Inc.*

 

s/ William E. Routt
William E. Routt