# EXHIBIT D



**BMJRG**

BLACK / MCLAREN / JONES / RYLAND / GRIFFEE

MICHAEL G. MCLAREN, Attorney
Email: mmclaren@blackmclaw.com

530 OAK COURT DRIVE / SUITE 360 / MEMPHIS, TENNESSEE 38117
Phone: (901) 762-0535 / Fax: (901) 762-0539 / www.bmjrglaw.com

December 6, 2019

VIA EMAIL
[rcraddock@wyattfirm.com]
[ohorton@wyattfirm.com]

Robert E. Craddock, Jr., Esq.
Odell Horton, Jr., Esq.
WYATT, TARRANT & COMBS, LLP
6070 Poplar Avenue, Suite 300
Memphis, Tennessee 38119

RE:   *Powell, et al. v. Oldham*
      Our File No. 16711.001

Dear Bob and Odell:

Can you choose one of the following dates for me to notice Mr. Raper's deposition:

- January 6, 2020
- January 7, 2020
- January 9, 2020
- January 10, 2020
- January 16, 2020
- January 17, 2020
- January 21, 2020
- January 22, 2020
- January 23, 2020
- January 24, 2020

Thank you.

Sincerely,

*[signature]*

Michael G. McLaren

MGM/clw
cc: Brice M. Timmons, Esq. (Via Email)
    William E. Cochran, Jr., Esq. (Via Email)