# EXHIBIT F

**Shelly Bloor**

**From:** Will Cochran
**Sent:** Wednesday, February 26, 2020 4:58 PM
**To:** Chris Williams
**Subject:** FW: Letter Sent to Craddock and Horton

**From:** Horton, Odell <ohorton@wyattfirm.com>
**Sent:** Friday, December 13, 2019 4:21 PM
**To:** MMcLaren <MMcLaren@blackmclaw.com>; Craddock, Bob <rcraddock@wyattfirm.com>
**Cc:** fwatson@watsonburns.com; Brice Timmons <btimmons@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; wroutt@watsonburns.com; Horton, Odell <ohorton@wyattfirm.com>
**Subject:** Re: Letter Sent to Craddock and Horton

Mike:

I am attempting to confirm the date. We are leaning toward the 22nd or 23rd. I confirm on Monday.

Thank you.

Odell

Get Outlook for iOS

**From:** MMcLaren@blackmclaw.com <MMcLaren@blackmclaw.com>
**Sent:** Friday, December 13, 2019 4:09:04 PM
**To:** Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Cc:** fwatson@watsonburns.com <fwatson@watsonburns.com>; btimmons@blackmclaw.com <btimmons@blackmclaw.com>; wcochran@blackmclaw.com <wcochran@blackmclaw.com>; wroutt@watsonburns.com <wroutt@watsonburns.com>
**Subject:** RE: Letter Sent to Craddock and Horton

Bob, Odell, Are you guys ok? I'm worried about you! I gave you a whole bunch of dates for Raper depo a week ago an although I'v ereceived other emails from you, no response to this one. Please pick a date. Mike

Michael G. McLaren
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
Telephone (901) 762-0535
Facsimile (901) 762-0539
email:mmclaren@blackmclaw.com

The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.

1

**From:** MMcLaren
**Sent:** Tuesday, December 10, 2019 9:57 AM
**To:** Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Cc:** 'Frank Watson' <fwatson@watsonburns.com>; 'BRICE TIMMONS (btimmons@blackmclaw.com)' <btimmons@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; Will Routt <wroutt@watsonburns.com>
**Subject:** FW: Letter Sent to Craddock and Horton

Bob, Odell, to avoid any complaints about late scheduling, please pick a date per this letter so I can get a notice out. Thanks, Mike

Michael G. McLaren
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
Telephone (901) 762-0535
Facsimile (901) 762-0539
email:mmclaren@blackmclaw.com

*The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.*

**From:** Cyndi Watkins <cwatkins@blackmclaw.com>
**Sent:** Tuesday, December 10, 2019 9:49 AM
**To:** MMcLaren <MMcLaren@blackmclaw.com>
**Subject:** Letter Sent to Craddock and Horton

December 6, 2019

VIA EMAIL
[rcraddock@wyattfirm.com]
[ohorton@wyattfirm.com]

Robert E. Craddock, Jr., Esq.
Odell Horton, Jr., Esq.
WYATT, TARRANT & COMBS, LLP
6070 Poplar Avenue, Suite 300
Memphis, Tennessee 38119

RE:   *Powell, et al. v. Oldham*
      Our File No. 16711.001

Dear Bob and Odell:

Can you choose one of the following dates for me to notice Mr. Raper's deposition:

- January 6, 2020

2

- January 7, 2020
- January 9, 2020
- January 10, 2020
- January 16, 2020
- January 17, 2020
- January 21, 2020
- January 22, 2020
- January 23, 2020
- January 24, 2020

Thank you.

Sincerely,

Michael G. McLaren

MGM/clw
cc: Brice M. Timmons, Esq. (Via Email)
    William E. Cochran, Jr., Esq. (Via Email)


**CYNDI WATKINS**
**Secretary**



**BLACK / MCLAREN / JONES / RYLAND / GRIFFEE**
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN  38117
901.762.0535 PHONE / 901.762.0539 FAX
cwatkins@blackmclaw.com • www.bmjrglaw.com

*The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. Your receipt is not intended to waive any applicable privilege. If the reader of this email is not the intended recipient, you should delete it and are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.*

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

================================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
================================================================================