# EXHIBIT G

**Shelly Bloor**

**From:** Will Cochran
**Sent:** Wednesday, February 26, 2020 4:58 PM
**To:** Chris Williams
**Subject:** FW:

**From:** MMcLaren <MMcLaren@blackmclaw.com>
**Sent:** Monday, December 16, 2019 9:45 AM
**To:** Horton, Odell <ohorton@wyattfirm.com>; Craddock, Bob <rcraddock@wyattfirm.com>
**Subject:**

Bob, Odell, can we confirm 1/22 for Raper depo so I can send notice?

*Michael G. McLaren*
*BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.*
*530 OAK COURT DRIVE, SUITE 360*
*MEMPHIS, TN 38117*
*Telephone (901) 762-0535*
*Facsimile (901) 762-0539*
*email:mmclaren@blackmclaw.com*

*The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.*