# EXHIBIT I

**Shelly Bloor**

| | |
|---|---|
| **From:** | Will Cochran |
| **Sent:** | Wednesday, February 26, 2020 4:55 PM |
| **To:** | Chris Williams |
| **Subject:** | FW: *Notices to Take Depositions - Powell, et al. v. Oldham |

**From:** Frank Watson <fwatson@watsonburns.com>
**Sent:** Monday, January 13, 2020 12:32 PM
**To:** Frank Watson <fwatson@watsonburns.com>; rcraddock@wyattfirm.com; ohorton@wyattfirm.com
**Cc:** MMcLaren <MMcLaren@blackmclaw.com>; Brice Timmons <btimmons@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; btrammell@bakerdonelson.com; dhalijan@bpjlaw.com; wirvine@pbjlaw.com; lee.whitwell@shelbycountytn.gov; beth.petronio@klgates.com; bbundren@babc.com; jmurphy@bradley.com; amclean@spicerfirm.com; kdb@spicerfirm.com; tony.swafford@arlaw.com; ben.fox@arlaw.com; hgwinn@grsm.com; rmclean@farris-law.com; Bill Burns <bburns@watsonburns.com>; Will Routt <wroutt@watsonburns.com>
**Subject:** RE: *Notices to Take Depositions - Powell, et al. v. Oldham

Dear Defense Counsel:

I now understand that the defendants want to reschedule Ed Raper's deposition from 1/22 to some other date. What is the problem getting this deposition set?

I would recommend sometime in the first two weeks in February. If we cannot agree on a date between now and then, the Plaintiffs will simply be forced to file a Notice with a given date.

Brad Trammell: can you check on the availability dates of Paul Zigler for February? Also, let me know if your client will make us go to Dallas or whether we can depose Mr. Zigler here in Memphis, which would be much more convenient for all counsel.

Sincerely,

Frank L. Watson, III
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, TN 38103
Phone: (901) 529-7996
Fax: (901) 529-7998
Email: fwatson@watsonburns.com

**From:** Frank Watson
**Sent:** Thursday, January 9, 2020 1:36 PM
**To:** rcraddock@wyattfirm.com; ohorton@wyattfirm.com
**Cc:** MMcLaren@blackmclaw.com; btimmons@blackmclaw.com; wcochran@blackmclaw.com; btrammell@bakerdonelson.com; dhalijan@bpjlaw.com; wirvine@pbjlaw.com; lee.whitwell@shelbycountytn.gov; beth.petronio@klgates.com; bbundren@babc.com; jmurphy@bradley.com; amclean@spicerfirm.com; kdb@spicerfirm.com; tony.swafford@arlaw.com; ben.fox@arlaw.com; hgwinn@grsm.com; rmclean@farris-law.com; Bill Burns; Will Routt
**Subject:** RE: *Notices to Take Depositions - Powell, et al. v. Oldham

1

Dear Defense Counsel:

I understand that yet another Scheduling Order is being advocated by defense counsel. Can you let us know when we might receive same? Additionally, we are planning on conducting depositions on 1/22 (Ed Rapper) and 1/29 (named Plaintiffs). Am I correct?

Many thanks

Frank L. Watson, III
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, TN 38103
Phone: (901) 529-7996
Fax: (901) 529-7998
Email: fwatson@watsonburns.com

---

**From:** cwatkins@blackmclaw.com [mailto:cwatkins@blackmclaw.com]
**Sent:** Wednesday, January 8, 2020 1:10 PM
**To:** rcraddock@wyattfirm.com; ohorton@wyattfirm.com
**Cc:** MMcLaren@blackmclaw.com; btimmons@blackmclaw.com; wcochran@blackmclaw.com; btrammell@bakerdonelson.com; dhalijan@bpjlaw.com; wirvine@pbjlaw.com; lee.whitwell@shelbycountytn.gov; beth.petronio@klgates.com; bbundren@babc.com; jmurphy@bradley.com; amclean@spicerfirm.com; kdb@spicerfirm.com; tony.swafford@arlaw.com; ben.fox@arlaw.com; hgwinn@grsm.com; rmclean@farris-law.com; Frank Watson; Bill Burns; Will Routt; jozment@oz-law.net; claiborne101@yahoo.com
**Subject:** *Notices to Take Depositions - Powell, et al. v. Oldham

Please feel free to contact me if you should have any questions or have any problems viewing the attachments.

**CYNDI WATKINS**
**Secretary**



**BLACK / MCLAREN / JONES / RYLAND / GRIFFEE**
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
901.762.0535 PHONE / 901.762.0539 FAX
cwatkins@blackmclaw.com • www.bmjrglaw.com

*The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. Your receipt is not intended to waive any applicable privilege. If the reader of this email is not the intended recipient, you should delete it and are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.*

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

3