# EXHIBIT

# N

## Shelly Bloor

**From:** Will Cochran
**Sent:** Wednesday, February 26, 2020 4:53 PM
**To:** Chris Williams
**Subject:** FW: Depositions of the named Plaintiffs/Scheduling Order

---

**From:** Horton, Odell <ohorton@wyattfirm.com>
**Sent:** Wednesday, January 22, 2020 11:53 AM
**To:** Frank Watson <fwatson@watsonburns.com>
**Cc:** MMcLaren <MMcLaren@blackmclaw.com>; Brice Timmons <btimmons@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; Will Routt <wroutt@watsonburns.com>; Bill Burns <bburns@watsonburns.com>; btrammell@bakerdonelson.com; Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Subject:** RE: Depositions of the named Plaintiffs/Scheduling Order

Frank:

We can't deposition Ed Raper next week. We are contacting Raper, Moore, Oldham and Hammons regarding availability. I will update you early next week, if not before.

**Odell Horton Jr.**

Wyatt, Tarrant & Combs, LLP
Direct: (901) 537-1082

> **From:** Frank Watson <fwatson@watsonburns.com>
> **Sent:** Wednesday, January 22, 2020 11:24 AM
> **To:** Horton, Odell <ohorton@wyattfirm.com>
> **Cc:** Mike McLaren <mmclaren@blackmclaw.com>; btimmons@blackmclaw.com; Will Cochran <wcochran@blackmclaw.com>; Will Routt <wroutt@watsonburns.com>; Bill Burns <bburns@watsonburns.com>; btrammell@bakerdonelson.com
> **Subject:** Re: Depositions of the named Plaintiffs/Scheduling Order
>
> Thats correct. Can we depose Raper any day next week, since we have those days marked off?
>
> If not, when can we do Raper?
>
> We would like to do Raper first, then the named plaintiffs, then Moore, Oldham, Hammons, Zigler and save the Rule 30(b)(6) for the last. By making the Rule 30(b)(6) the last Depo, we might be able to avoid the issues you seem to have with the topics without having bother Magistrate Pham.
>
> Just let the plaintiffs' team know.
>
> Frank L. Watson, III
> Watson Burns, PLLC
> 253 Adams Avenue
> Memphis, Tennessee 38104
> Phone: (901) 529-7996

1

Fax: (901) 529-7998
www.watsonburns.com

On Jan 22, 2020, at 11:02 AM, Horton, Odell <ohorton@wyattfirm.com> wrote:

Frank:

I want to confirm the depositions of the named Plaintiffs scheduled for next week are cancelled.

I will send you comments regarding the proposed Scheduling Order later this week.

Thanks.

Odell

**Odell Horton Jr.**

Wyatt, Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis TN 38119-3907
Direct: (901) 537-1082
Fax: (901) 537-1010
Email: ohorton@wyattfirm.com

<image001.jpg>

Memphis | Nashville | Louisville | Lexington | New Albany | www.wyattfirm.com

<image002.jpg>

<image003.jpg>

<image004.jpg>

<image005.jpg>

The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.

The information contained in this transmission is intended only for the person or entity to which it is addressed

2

and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
==========================================================================