# EXHIBIT P

**Shelly Bloor**

**From:** Will Cochran
**Sent:** Wednesday, February 26, 2020 4:52 PM
**To:** Chris Williams
**Subject:** FW: 30(b)(6) Notice Topics/Mediation Date

---

**From:** MMcLaren <MMcLaren@blackmclaw.com>
**Sent:** Tuesday, January 28, 2020 3:33 PM
**To:** Horton, Odell <ohorton@wyattfirm.com>
**Cc:** Craddock, Bob <rcraddock@wyattfirm.com>; Frank Watson <fwatson@watsonburns.com>
**Subject:** Re: 30(b)(6) Notice Topics/Mediation Date

3:00 tomorrow is fine but can you give me dates for Raper then also? I don't think I've ever had a harder time getting depo dates in my entire legal career.....

Michael G. McLaren
Black McLaren Jones Ryland & Griffee
530 Oak Court Dr., Ste. 360
Memphis, TN 38117
901-270-6525

Sent from my iPhone

> On Jan 28, 2020, at 3:23 PM, Horton, Odell <ohorton@wyattfirm.com> wrote:
>
> Mike:
>
> We want to follow-up regarding the attached e-mail.
>
> **Odell Horton Jr.**
>
> Wyatt, Tarrant & Combs, LLP
> Direct: (901) 537-1082
>
>> **From:** Horton, Odell <ohorton@wyattfirm.com>
>> **Sent:** Tuesday, January 28, 2020 2:20 PM
>> **To:** Mike McLaren <mmclaren@blackmclaw.com>
>> **Cc:** Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
>> **Subject:** 30(b)(6) Notice Topics/Mediation Date
>>
>> Mike:
>>
>> Are you available for a conference call tomorrow (Wednesday) at 10 or 3 to discuss these issues?
>>
>> Thanks.

1

Odell

Odell Horton, Jr.
Wyatt, Tarrant & Combs, LLP
6070 Poplar Suite 300
Memphis, TN 38119
901.537.1082 (O)

================================================================================

The information contained in this transmission is intended only for the person or entity to which it is addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete
the material from all computers.
================================================================================

<mime-attachment>