# EXHIBIT Q

**Shelly Bloor**

| | |
|---|---|
| **From:** | Will Cochran |
| **Sent:** | Wednesday, February 26, 2020 4:52 PM |
| **To:** | Chris Williams |
| **Subject:** | FW: Shelby County Jail Case/Shelby County's Privilege Log |

From: MMcLaren <MMcLaren@blackmclaw.com>
Sent: Tuesday, February 4, 2020 3:45 PM
To: Horton, Odell <ohorton@wyattfirm.com>; Frank Watson <fwatson@watsonburns.com>
Cc: Bill Burns <bburns@watsonburns.com>; Will Routt <wroutt@watsonburns.com>; Brice Timmons <btimmons@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; Al McLean (amclean@spicerfirm.com) <amclean@spicerfirm.com>; Beth W. Petronio - K&L Gates (beth.petronio@klgates.com) <beth.petronio@klgates.com>; Bradley E. Trammell - Baker Donelson (btrammell@bakerdonelson.com) <btrammell@bakerdonelson.com>; Brandon Bundren <bbundren@bradley.com>; Doug Halijan - Burch, Porter & Johnson, PLLC (dhalijan@BPJLAW.com) <dhalijan@BPJLAW.com>; Erin P. McDaniel - Gordon Rees Scully Mansukhani, LLP (emcdaniel@grsm.com) <emcdaniel@grsm.com>; Garrett M. Estep (gestep@farris-law.com) <gestep@farris-law.com>; Heather M. Gwinn Pabon - Gordon Rees Scully Mansukhani, LLP (hgwinn@grsm.com) <hgwinn@grsm.com>; Lee Whitwell (lee.whitwell@shelbycountytn.gov) <lee.whitwell@shelbycountytn.gov>; Craddock, Bob <rcraddock@wyattfirm.com>; Robert A. McLean (ramclean@farris-law.com) <ramclean@farris-law.com>; Brown, Byron <bbrown@wyattfirm.com>; Cox, Meghan <mcox@wyattfirm.com>
Subject: RE: Shelby County Jail Case/Shelby County's Privilege Log

## Odell, Dates for Raper depo?

**Michael G. McLaren**
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
Telephone (901) 762-0535
Facsimile (901) 762-0539
email:mmclaren@blackmclaw.com

*The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.*

From: Horton, Odell <ohorton@wyattfirm.com>
Sent: Friday, January 10, 2020 2:36 PM
To: Frank Watson <fwatson@watsonburns.com>
Cc: MMcLaren <MMcLaren@blackmclaw.com>; Bill Burns <bburns@watsonburns.com>; Will Routt <wroutt@watsonburns.com>; Brice Timmons <btimmons@blackmclaw.com>; Will Cochran <wcochran@blackmclaw.com>; Al McLean (amclean@spicerfirm.com) <amclean@spicerfirm.com>; Beth W. Petronio - K&L Gates (beth.petronio@klgates.com) <beth.petronio@klgates.com>; Bradley E. Trammell - Baker Donelson (btrammell@bakerdonelson.com) <btrammell@bakerdonelson.com>; Brandon Bundren <bbundren@bradley.com>; Doug Halijan - Burch, Porter & Johnson, PLLC (dhalijan@BPJLAW.com) <dhalijan@BPJLAW.com>; Erin P. McDaniel - Gordon Rees Scully Mansukhani, LLP (emcdaniel@grsm.com) <emcdaniel@grsm.com>; Garrett M. Estep (gestep@farris-law.com) <gestep@farris-law.com>; Heather M. Gwinn Pabon - Gordon Rees Scully Mansukhani, LLP

1

(hgwinn@grsm.com) <hgwinn@grsm.com>; Lee Whitwell (lee.whitwell@shelbycountytn.gov) <lee.whitwell@shelbycountytn.gov>; Craddock, Bob <rcraddock@wyattfirm.com>; Robert A. McLean (ramclean@farris-law.com) <ramclean@farris-law.com>; Brown, Byron <bbrown@wyattfirm.com>; Cox, Meghan <mcox@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Subject:** Shelby County Jail Case/Shelby County's Privilege Log

Frank:

Pursuant to our agreement, attached is the Privilege Log we discussed.

Thank you for your consideration.

Odell

**Odell Horton Jr.**

Wyatt, Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis TN 38119-3907
Direct: (901) 537-1082
Fax: (901) 537-1010
Email: ohorton@wyattfirm.com



Memphis | Nashville | Louisville | Lexington | New Albany | www.wyattfirm.com



===============================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
===============================================================================

2