# EXHIBIT
# R

**Shelly Bloor**

| | |
|---|---|
| From: | Will Cochran |
| Sent: | Wednesday, February 26, 2020 4:51 PM |
| To: | Chris Williams |
| Subject: | FW: Activity in Case 2:16-cv-02907-SHM-tmp Powell v. Oldham "Notice to Take Deposition" |

From: MMcLaren <MMcLaren@blackmclaw.com>
Sent: Saturday, February 8, 2020 10:29 AM
To: Horton, Odell <ohorton@wyattfirm.com>; Craddock, Bob <rcraddock@wyattfirm.com>
Cc: Brice Timmons <btimmons@blackmclaw.com>; Frank Watson (fwatson@watsonburns.com) <fwatson@watsonburns.com>; Will Cochran <wcochran@blackmclaw.com>; Will Routt (wroutt@watsonburns.com) <wroutt@watsonburns.com>; William Burns (bburns@watsonburns.com) <bburns@watsonburns.com>
Subject: FW: Activity in Case 2:16-cv-02907-SHM-tmp Powell v. Oldham "Notice to Take Deposition"

Odell, Bob, Despite my persistent requests, I never got a date or dates from you for My Raper. I have assued you I am asking CLASS questions, not merit questions. I've now noticed it for 3/6. I expect to go forward then. Mike

Michael G. McLaren
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
Telephone (901) 762-0535
Facsimile (901) 762-0539
email:mmclaren@blackmclaw.com

The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.

From: cmecfhelpdesk@tnwd.uscourts.gov <cmecfhelpdesk@tnwd.uscourts.gov>
Sent: Friday, February 07, 2020 3:58 PM
To: courtmail@tnwd.uscourts.gov
Subject: Activity in Case 2:16-cv-02907-SHM-tmp Powell v. Oldham "Notice to Take Deposition"

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

1

Western District of Tennessee

## Notice of Electronic Filing

The following transaction was entered by Routt, William on 2/7/2020 at 3:57 PM CST and filed on 2/7/2020

**Case Name:** Powell v. Oldham
**Case Number:** 2:16-cv-02907-SHM-tmp
**Filer:** Kimberly Allen
Travis Boyd
Aubrey L. Brown, Jr
Cortez D. Brown
Keith Burgess
Terrence Drain
Jeremy S. Melton
Deontae Tate
Scott Turnage

**Document Number:** 281

**Docket Text:**
**NOTICE to Take Deposition of Ed Raper by Kimberly Allen, Travis Boyd, Aubrey L. Brown, Jr, Cortez D. Brown, Keith Burgess, Terrence Drain, Jeremy S. Melton, Deontae Tate, Scott Turnage.(Routt, William)**

**2:16-cv-02907-SHM-tmp Notice has been electronically mailed to:**

Albert G. McLean    amclean@spicerfirm.com, lmiller@spicerfirm.com

Beth Bivans Petronio    beth.petronio@klgates.com

Bradley E Trammell    btrammell@bakerdonelson.com

Brice Moffatt Timmons    btimmons@blackmclaw.com, ccaldwell@blackmclaw.com, cedgington@blackmclaw.com, jwilson@blackmclaw.com

Byron Norman Brown    bbrown@wyattfirm.com, mbuscher@wyattfirm.com, ppaulett@wyattfirm.com

Claiborne Hambrick Ferguson    Claiborne@midsouthcriminaldefense.com, officemanager@midsouthcriminaldefense.com, pamela@midsouthcriminaldefense.com

Daniel Owen Lofton    dlofton@craigandloftonlaw.com

Douglas F. Halijan    dhalijan@bpjlaw.com, cfuller@bpjlaw.com

Emmett Lee Whitwell    lee.whitwell@shelbycountytn.gov, Marsha.Houston@shelbycountytn.gov

Frank L. Watson , III    fwatson@watsonburns.com

Garrett M. Estep    gestep@farris-law.com

Heather Marie Gwinn Pabon    hgwinn@grsm.com, emcdaniel@grsm.com, lestel@grsm.com, sscheel@grsm.com

2

James L. Murphy    jmurphy@bradley.com, bfarmer@bradley.com

John C. Ryland    kwood@blackmclaw.com, lholdford@blackmclaw.com

Joseph S. Ozment    jozment@oz-law.net

Kevin David Bernstein    kdb@spicerfirm.com, lmiller@spicerfirm.com

Matthew Charles Gulotta    matt@gulottalaw.net

Meghan McMahon Cox    mcox@wyattfirm.com, jlnorris@wyattfirm.com, mcmahon.meghank@gmail.com, ppaulett@wyattfirm.com

Michael G. McLaren    mmclaren@blackmclaw.com, cwatkins@blackmclaw.com, sbloor@blackmclaw.com

Odell Horton , Jr    ohorton@wyattfirm.com, bbryant@wyattfirm.com, mbuscher@wyattfirm.com

Robert A. McLean    ramclean@farris-law.com, ehayes@farris-law.com

Robert E. Craddock , Jr    rcraddock@wyattfirm.com, jlnorris@wyattfirm.com, ppaulett@wyattfirm.com

Russell Brandon Bundren    bbundren@babc.com, rbbundren@me.com, scooper@bradley.com

Steven George Wilson    stevewilsonlaw@gmail.com

Warren Patrick Campbell    wcampbell@blackmclaw.com

William David Irvine    wirvine@bpjlaw.com

William E. Cochran , Jr    wcochran@blackmclaw.com, lholdford@blackmclaw.com

William E. Routt , III    wroutt@watsonburns.com, afoster@watsonburns.com

William F. Burns    bburns@watsonburns.com, afoster@watsonburns.com

**2:16-cv-02907-SHM-tmp Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1059513201 [Date=2/7/2020] [FileNumber=3863748-0]
[c64b57c056ad244be223d41c69856329f2c5d9ab54f4b493853ae787e5b0b6c04d14
bf584a5a964edac8f3762f679101668a43286ab55343c476656dc4bf0250]]

3