# EXHIBIT S

**Shelly Bloor**

**From:** Will Cochran
**Sent:** Wednesday, February 26, 2020 4:50 PM
**To:** Chris Williams
**Subject:** FW: raper

**From:** MMcLaren <MMcLaren@blackmclaw.com>
**Sent:** Wednesday, February 12, 2020 1:43 PM
**To:** Horton, Odell <ohorton@wyattfirm.com>
**Cc:** Brice Timmons <btimmons@blackmclaw.com>; Frank Watson (fwatson@watsonburns.com) <fwatson@watsonburns.com>; Will Cochran <wcochran@blackmclaw.com>; Will Routt (wroutt@watsonburns.com) <wroutt@watsonburns.com>; William Burns (bburns@watsonburns.com) <bburns@watsonburns.com>
**Subject:** raper

O'dell, please let me know your intentions on the March 6 depo notice of Mr. Raper. I fully expect to go forward that day unless you file some sort of motion to prevent it. Mike

Michael G. McLaren
BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
Telephone (901) 762-0535
Facsimile (901) 762-0539
email:mmclaren@blackmclaw.com

The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.