# EXHIBIT T

**Shelly Bloor**

| | |
|---|---|
| **From:** | Will Cochran |
| **Sent:** | Wednesday, February 26, 2020 4:50 PM |
| **To:** | Chris Williams |
| **Subject:** | FW: Raper |

**From:** Horton, Odell <ohorton@wyattfirm.com>
**Sent:** Wednesday, February 12, 2020 3:25 PM
**To:** MMcLaren <MMcLaren@blackmclaw.com>
**Cc:** Brice Timmons <btimmons@blackmclaw.com>; fwatson@watsonburns.com; Will Cochran <wcochran@blackmclaw.com>; wroutt@watsonburns.com; bburns@watsonburns.com; Al McLean (amclean@spicerfirm.com) <amclean@spicerfirm.com>; Beth W. Petronio - K&L Gates (beth.petronio@klgates.com) <beth.petronio@klgates.com>; Bradley E. Trammell - Baker Donelson (btrammell@bakerdonelson.com) <btrammell@bakerdonelson.com>; Brandon Bundren <bbundren@bradley.com>; Doug Halijan - Burch, Porter & Johnson, PLLC (dhalijan@BPJLAW.com) <dhalijan@BPJLAW.com>; Erin P. McDaniel - Gordon Rees Scully Mansukhani, LLP (emcdaniel@grsm.com) <emcdaniel@grsm.com>; Garrett M. Estep (gestep@farris-law.com) <gestep@farris-law.com>; Heather M. Gwinn Pabon - Gordon Rees Scully Mansukhani, LLP (hgwinn@grsm.com) <hgwinn@grsm.com>; Lee Whitwell (lee.whitwell@shelbycountytn.gov) <lee.whitwell@shelbycountytn.gov>; Craddock, Bob <rcraddock@wyattfirm.com>; Robert A. McLean (ramclean@farris-law.com) <ramclean@farris-law.com>; Horton, Odell <ohorton@wyattfirm.com>
**Subject:** RE: Raper

Mike,

We were informed Monday afternoon by Shelby County Government that Ed Raper died on Sunday. It is my understanding Bob was attempting to contact you and/or others regarding his death. If you have any questions, please contact us.

Odell

**Odell Horton Jr.**

Wyatt, Tarrant & Combs, LLP
Direct: (901) 537-1082

> **From:** MMcLaren@blackmclaw.com <MMcLaren@blackmclaw.com>
> **Sent:** Wednesday, February 12, 2020 1:43 PM
> **To:** Horton, Odell <ohorton@wyattfirm.com>
> **Cc:** btimmons@blackmclaw.com; fwatson@watsonburns.com; wcochran@blackmclaw.com; wroutt@watsonburns.com; bburns@watsonburns.com
> **Subject:** raper
>
> O'dell, please let me know your intentions on the March 6 depo notice of Mr. Raper. I fully expect to go forward that day unless you file some sort of motion to prevent it. Mike
>
> *Michael G. McLaren*

1

BLACK MCLAREN JONES RYLAND & GRIFFEE, P.C.
530 OAK COURT DRIVE, SUITE 360
MEMPHIS, TN 38117
Telephone (901) 762-0535
Facsimile (901) 762-0539
email:mmclaren@blackmclaw.com

*The information contained in this email is legally privileged and confidential information intended solely for the use of the person named above. If the reader of this email is not the intended recipient, you are notified that any use, dissemination, distribution or copying of this email or its contents is strictly and absolutely prohibited.*

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd,** an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

================================================================================
The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
================================================================================