# EXHIBIT U

# Shelly Bloor

**From:** Will Cochran
**Sent:** Wednesday, February 26, 2020 4:49 PM
**To:** Chris Williams
**Subject:** FW: Depos

**From:** MMcLaren <MMcLaren@blackmclaw.com>
**Sent:** Monday, February 17, 2020 3:55 PM
**To:** Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Cc:** Brice Timmons <btimmons@blackmclaw.com>; Frank Watson (fwatson@watsonburns.com) <fwatson@watsonburns.com>; Will Cochran <wcochran@blackmclaw.com>; Will Routt (wroutt@watsonburns.com) <wroutt@watsonburns.com>; William Burns (bburns@watsonburns.com) <bburns@watsonburns.com>
**Subject:** Depos

Bob, Odell, you have several Depo notices – do you intend to produce anyone on the dates noticed. Just a simple yes or no please.

1