# EXHIBIT

# W

**Shelly Bloor**

| | |
|---|---|
| **From:** | Will Cochran |
| **Sent:** | Wednesday, February 26, 2020 4:48 PM |
| **To:** | Chris Williams |
| **Subject:** | FW: Depos |

**From:** MMcLaren <MMcLaren@blackmclaw.com>
**Sent:** Tuesday, February 18, 2020 3:50 PM
**To:** Horton, Odell <ohorton@wyattfirm.com>
**Cc:** Craddock, Bob <rcraddock@wyattfirm.com>; Brice Timmons <btimmons@blackmclaw.com>;
fwatson@watsonburns.com; Will Cochran <wcochran@blackmclaw.com>; wroutt@watsonburns.com;
bburns@watsonburns.com; Lee Whitwell (lee.whitwell@shelbycountytn.gov) <lee.whitwell@shelbycountytn.gov>
**Subject:** Re: Depos

Odell, your understanding is not correct. We have always maintained that we are mindful of the Court's Orders and will
conduct these depositions accordingly. If you disagree with our questions you can object. Or, you can seek a protective
order now. Are you going to produce these non 30 (b) (6) witnesses? A simple yes or no will suffice so we can approach
the Court. Thanks, Mike

Michael G. McLaren
Black McLaren Jones Ryland & Griffee
530 Oak Court Dr., Ste. 360
Memphis, TN 38117
901-270-6525

Sent from my iPhone

> On Feb 18, 2020, at 2:43 PM, Horton, Odell <ohorton@wyattfirm.com> wrote:

Mike,

Shelby County wants to understand Plaintiffs' positions before answering your question. It is
our understanding Plaintiffs will withdraw their 30(b)(6) Deposition Notice to Shelby County. It is
also our understanding Plaintiffs would issue new deposition notices to the Shelby County
employees with the understanding their depositions are for class certification purposes only and
Plaintiffs would limit their questions to class issues. Please let me know if my understanding is
correct regarding these issues.

Thank you.

Odell

**Odell Horton Jr.**

Wyatt, Tarrant & Combs, LLP
Direct: (901) 537-1082

1

**From:** MMcLaren@blackmclaw.com <MMcLaren@blackmclaw.com>
**Sent:** Monday, February 17, 2020 3:55 PM
**To:** Craddock, Bob <rcraddock@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Cc:** btimmons@blackmclaw.com; fwatson@watsonburns.com; wcochran@blackmclaw.com;
wroutt@watsonburns.com; bburns@watsonburns.com
**Subject:** Depos

Bob, Odell, you have several Depo notices – do you intend to produce anyone on the dates
noticed. Just a simple yes or no please.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for
use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby
notified that any disclosure, copying, distribution or taking action in relation of the contents of this
information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by
**Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more
useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find
out more Click Here.

================================================================================
The information contained in this transmission is intended only for the person or entity to which it is
addressed
and may contain confidential and/or privileged material. If you are not the intended recipient of this
information,
do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this
information. If you
received this transmission in error, please contact the sender immediately, destroy all printed copies,
and delete
the material from all computers.
================================================================================