# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 13, 2020

Before

DIANE P. WOOD, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 19-8021 | IN RE:<br> MARION COUNTY SHERIFF, et al.,<br>Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:14-cv-02076-RLY-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young | |

The following are before the court:

1. **DEFENDANTS' PETITION FOR LEAVE TO APPEAL CLASS CERTIFICATION ORDER**, filed on November 19, 2019, by counsel for the petitioners.

2. **CLASS'S RESPONSE TO DEFENDANTS' FED. R. CIV. P 23(F) PETITION FOR PERMISSION TO APPEAL**, filed on December 3, 2019, by counsel for the respondents.

3. **SUPPLEMENTAL APPENDIX TO CLASS'S RESPONSE TO DEFNDNANTS' FED. R. CIV. P 23(F) PETITION FOR PERMISSION TO APPEAL**, filed on December 3, 2019, by counsel for the respondents.

4. **DEFENDANTS' MOTION TO STRIKE CLASS'S RESPONSE TO DEFENDANTS FED. R. CIV P. 23(F) PETITION**, filed on December 9, 2019, by counsel for the petitioners.

5. **PLAINTIFFS-RESPONDENTS' MOTION TO SUBSTITUTE CONFORMING RESPONSE BRIEF**, filed on December 9, 2019, by counsel for the respondents.

6. **DEFENDANTS' REPLY IN SUPPORT OF PETITION FOR LEAVE TO APPEAL CLASS CERTIFICATION ORDER**, filed on December 10, 2019, by counsel for the petitioners.

No. 19-8021                                                                         Page 2


**IT IS ORDERED** that the motion to strike response is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion for leave to file a corrected response is **GRANTED**. The clerk of this court shall file instanter the tendered corrected response.

**IT IS FINALLY ORDERED** that the petition for permission to appeal is **DENIED**.


CERTIFIED COPY

form name: **c7_Order_3J**(form ID: **177**)

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit