# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC.,  a foreign corporation; SIERRA-CEDAR INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign corporation,<br><br>        Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp<br><br>(Hon. Judge Samuel H. Mays) |

**DEFENDANTS BILL OLDHAM, ROBERT MOORE, CHARLENE MCGHEE, DEBRA HAMMONS, SHELBY COUNTY, TENNESSEE, TYLER TECHNOLOGIES, INC., GLOBAL TEL*LINK CORPORATION, SOFTWARE AG USA, INC., SIERRA-CEDAR, INC., SIERRA SYSTEMS GROUP, INC. AND TETRUS CORP'S MOTION AND SUPPORTING MEMORANDUM FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION AND MEMORANDUM FOR DISCOVERY CONFERENCE, TO PERMIT MERITS-BASED DISCOVERY, TO COMPEL DEPOSITIONS, AND FOR SANCTIONS AND FEES**

The Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Shelby County, Tennessee Tyler Technologies, Inc., Global Tel*Link Corporation, Software AG USA, Inc., Sierra-Cedar, Inc., Sierra Systems Group, Inc. and Tetrus Corp. (Collectively "The Defendants") pursuant to FED. R. CIV. P. 6 and 12 and other applicable provisions of law, move the Court to extend to Thursday, March 26, 2020, their time to respond to Plaintiffs' Motion and Memorandum for Discovery Conference, to Permit Merits-Based Discovery, to Compel Depositions, and for Sanctions and Fees ("Motion"). (DE 291) In support of their Motion, Defendants state as follows:

MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION

1. Plaintiffs filed their Motion on March 5, 2020. (DE 291) Defendants have until Thursday, March 19, 2020 to file a responsive pleading.

2. This is a complex class action lawsuit filed on behalf of the plaintiffs.

3. The Defendants need additional time to investigate the statements and allegations in the Motion.

4. The Defendants also need additional time due to issues arising from the National Emergency.

5. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Shelby County Defendants consulted with Michael McLaren, Plaintiffs' co-counsel, regarding a seven (7) day extension.

6. Mr. McLaren consents to Defendants' Motion for Extension of Time.

7. This Motion for Extension of Time is not intended to delay the Plaintiffs' lawsuit.

8. A proposed Order granting the Motion for Extension of Time will be e-mailed to the Court for its consideration.

Therefore, the Defendants respectfully request the Court extend to March 26, 2020 their time to respond to the Plaintiffs' Motion.

    Respectfully submitted,

/s/Odell Horton, Jr.
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Bryan Brown (# 23529)
Megan Cox (# 33028)
WYATT, TARRANT & COMBS, LLP
6070 Poplar, Suite 300
Memphis, TN 38119
(901) 537-1000
ohorton@wyattfirm.com

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorney for Defendants Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons and Shelby County, Tennessee*


## CERTIFICATE OF CONSULTATION

On March 13, 2020, Michael McLaren, Co-Counsel for the Plaintiffs and Odell Horton, Jr. Co-Counsel for the Shelby County Defendants, conferred via e-mail regarding the Proposed Motion for Extension of Time. Mr. McLaren agreed to this Proposed Extension of Time.

/s/ Odell Horton, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2020, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN  38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Defendant Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Defendant Software AG USA, Inc.*

Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees Scully Mansukhani, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067
hgwinn@grsm.com

*Counsel for Defendant Sierra Systems Group, Inc.*

1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*


Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com                             /s/ Odell Horton, Jr.
jmurphy@bradley.com

*Counsel for Defendant Global Tel*Link* Corporation*


100254970.1