# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>      Plaintiffs,<br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation<br><br>      Defendants. | Case No. 2:16-cv-02907-SHM/tmp |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION REQUESTING APPROVAL OF PROPOSED THIRD AMENDED SCHEDULING ORDER**

Come now all Defendants in this action and submit the following Reply in Support of their Motion Requesting Approval of Proposed Third Amended Scheduling Order ("Motion to Amend Scheduling Order") (Dkt. 288) as follows:

In the initial Scheduling Order entered in February 2017 and the two subsequent Amended Scheduling Orders entered in this cause, the parties have agreed and the Court has ordered the bifurcation of class discovery from merits discovery. On March 2, 2020, Defendants filed a Motion to Amend the Scheduling Order to amend deadlines in the existing Scheduling Order. This is a very short motion based on similar motions filed in the past to amend previous Scheduling Orders in this class action matter. In their Response to the Motion to Amend Scheduling Order (Dkt. 293), Plaintiffs do not oppose the new deadlines proposed by Defendants, but they do oppose the request to continue to bifurcate class and merits discovery.

Similarly, on March 5, 2020, Plaintiffs filed a Motion for Discovery Conference to Permit Merits-Based Discovery, to Compel Depositions and for Sanctions and Fees ("Motion For Discovery Conference") (Dkt. 291), which, among other things, sets out virtually the same bifurcation arguments, and requests to reverse the bifurcation of discovery agreed by the parties throughout this litigation. Defendants are preparing responses to Plaintiffs' Motion for Discovery Conference, which are due to be filed on Thursday, March 26, 2020. Because Defendants' arguments in opposition to Plaintiffs' bifurcation arguments in Plaintiffs' Response to the Motion to Amend Scheduling Order are the same as Defendants' arguments in their soon-to-be-filed Responses to Plaintiffs' Motion for Discovery Conference, Defendants hereby incorporate the arguments in their Responses to Plaintiffs' Motion for Discovery Conference to be filed March 26, 2020, as if those arguments were stated verbatim herein. There is no reason

to duplicate those arguments, but Defendants simply incorporate them herein.[1]

WHEREFORE PREMISES CONSIDERED, Defendants respectfully request that their Motion Requesting Approval of Proposed Third Amended Scheduling Order be granted.

Dated: March __, 2020

Respectfully submitted,

s/ Bradley E. Trammell
Bradley E. Trammell (# 13980)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave., Ste. 2000
Memphis, TN 38103
Tel.: 901-526-2000
btrammell@bakerdonelson.com

Beth Bivans Petronio (admitted *pro hac*)
Texas Bar No. 00797664
K&L GATES, LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500  Telephone
(214) 939-5849  Facsimile
beth.petronio@klgates.com

**COUNSEL FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

R. Brandon Bundren
James L. Murphy
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street
Suite 700
Nashville, TN 37203

**COUNSEL FOR DEFENDANT GLOBAL TEL*LINK CORPORATION**

---

[1] The Motion to Amend Scheduling Order was filed prior to the appreciation of the wide-ranging effects of the COVID-19 pandemic. Because of the social distancing norms and executive orders issued, it may be necessary at a later date for the parties to request additional extensions to the Scheduling Order deadlines.

2

Douglas F. Halijan
William D. Irvine
BURCH PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, TN 38103-2217

**COUNSEL FOR DEFENDANT SOFTWARE AG USA, INC.**

Albert G. McLean
Kevin D. Bernstein
SPICER RUDSTROM PLLC
119 S. Main St, Suite 700
Memphis, TN 38103

**COUNSEL FOR DEFENDANT SIERRA-CEDAR, INC.**

Heather Gwinn-Pabon
Erin McDaniel
GORDON REES SCULLY MANSUKHANI, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067

**COUNSEL FOR DEFENDANT SIERRA SYSTEMS GROUP, INC.**

Robert E. Craddock, Jr.
Odell Horton, Jr.
Byron N. Brown IV
Meghan M. Cox
WYATT TARRANT & COMBS, LLP
P.O. Box 775000
Memphis, TN 38177-5000

Emmett Lee Whitwell
Shelby County Attorney's Office
160 N. Main Street
Suite 950
Memphis, TN 38103

**COUNSEL FOR DEFENDANTS SHERIFF BILL OLDHAM, JAIL PROGRAMMER DEBRA HAMMONS, CHIEF JAILOR ROBERT MOORE, ASSISTANT JAILOR CHARLENE MCGHEE, AND SHELBY COUNTY, TENNESSEE**


Robert A. McLean
Garrett M. Estep
FARRIS BOBANGO
999 S. Shady Grove, Suite 500
Memphis, Tennessee 38120

**COUNSEL FOR DEFENDANT TETRUS CORP.**

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on March __, 2020, a true and correct copy of the foregoing document was forwarded via the Court's ECF system and/or by email to:

Frank L. Watson, III
William F. Burns
William E. Routt, III
WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
BLACK McLAREN JONES RYLAND
& GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117

**Interim Class Counsel for Plaintiffs**


                                          *s/ Bradley E. Trammell*
                                          Bradley E. Trammell