**IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

**SCOTT TURNAGE, et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Civil No. 16-2907-SHM/tmp**

**BILL OLDHAM, et al.,**

    **Defendants.**

___

## ORDER OF REFERENCE
___

Before the Court is the Plaintiff's March 5, 2020 motion requesting a discovery conference, to permit merit-based discovery, to compel depositions, and for sanctions and fees. (D.E. 291). The motion is referred to the magistrate judge for a determination.

It is SO ORDERED this 23rd day of March, 2020.

                                                    _/s/ Samuel H. Mays, Jr._
                                                    SAMUEL H. MAYS, JR.
                                                    UNITED STATES DISTRICT JUDGE