IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>            Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign corporation,<br><br>            Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp<br><br>(Hon. Judge Samuel H. Mays) |

**DEFENDANTS' SECOND MOTION AND SUPPORTING MEMORANDUM FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION AND MEMORANDUM FOR DISCOVERY CONFERENCE, TO PERMIT MERITS-BASED DISCOVERY, TO COMPEL DEPOSITIONS, AND FOR SANCTIONS AND FEES**

Pursuant to Rules 6 and 12 of the Federal Rules of Civil Procedure and other applicable provisions of law, the Shelby County Defendants;[1] Tyler Technologies, Inc.; Global Tel*Link Corporation; Software AG USA, Inc.; Sierra-Cedar, Inc.; Sierra Systems Group, Inc.; and Tetrus Corp. (collectively, "Defendants"), respectfully move the Court for a second extension through and including Thursday, April 9, 2020, of their time to respond to Plaintiffs' Motion and Memorandum for Discovery Conference, to Permit Merits-Based Discovery, to Compel Depositions, and for Sanctions and Fees ("Motion"). (ECF No. 291). In support of their Motion, Defendants state as follows:

MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION

1. Plaintiffs filed their Motion on March 5, 2020. (ECF No. 291). Defendants' responsive pleading was originally due to be filed on or before Thursday, March 19, 2020.

2. On March 17, 2020, before the Defendants' original time to file a responsive pleading had expired, the Defendants submitted their Motion for Extension of Time to File requesting that such deadline be extended by seven (7) days. (ECF Nos. 294-295). This request was granted in the Court's Text Order dated March 19, 2020 (ECF No. 296), and the time in which to file was extended through March 26, 2020.

3. As grounds for their first Motion for Extension of Time to File, Defendants cited the complexity of this class action lawsuit, the need for additional time to investigate the Motion's allegations, and the issues arising due to the COVID-19 pandemic, which was declared a national emergency on March 13, 2020.

---

[1] The Shelby County Defendants include Bill Oldham, Robert Moore, Charlene McGhee, Debra Hammons, Floyd Bonner, Kirk Fields, Reginald Hubbard, Tiffany Ward and Shelby County, Tennessee.

4. In the time since Defendant's first Motion for Extension of Time to File was submitted to the Court, the COVID-19 outbreak has significantly worsened, leading local governments to implement more drastic measures to slow the spread of the virus. Memphis Mayor Jim Strickland and Shelby County Mayor Lee Harris each declared a local state of emergency on March 18 and 20, respectively. On March 24, 2020, the "Safer at Home" executive order issued by Mayor Strickland took effect, requiring Memphians to remain inside their residences, non-essential businesses to discontinue operations, and local travel to be halted unless necessary to meet essential needs.

5. In light of these circumstances, Defendants would submit that they need additional time to complete their response(s) to Plaintiffs' Motion and compile supporting exhibits for submission to the Court.

6. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Shelby County Defendants Odell Horton, Jr., consulted with Plaintiffs' counsel Michael McLaren on behalf of all Defendants regarding a fourteen (14) day extension.

7. Mr. McLaren consents to Defendants' Second Motion for Extension of Time.

8. This Second Motion for Extension of Time is not intended to delay the Plaintiffs' lawsuit in any way.

9. A proposed order granting the Second Motion for Extension of Time will be e-mailed to the Court for its consideration.

Therefore, Defendants respectfully request the Court extend their time to respond to Plaintiffs' Motion by fourteen (14) days, through and including April 9, 2020.

Respectfully submitted,

/s/ Meghan M. Cox
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Byron Brown (# 23529)
Meghan Cox (# 33028)
WYATT, TARRANT & COMBS, LLP
6070 Poplar, Suite 300
Memphis, TN 38119
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

AND

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorneys for Shelby County Defendants*

## CERTIFICATE OF CONSULTATION

On March 25, 2020, Michael McLaren, co-counsel for Plaintiffs, and Odell Horton, Jr., co-counsel for Shelby County Defendants, conferred via telephone and e-mail regarding this Second Motion for Extension of Time. Mr. McLaren agreed to the relief requested herein.

/s/ Meghan M. Cox

**CERTIFICATE OF SERVICE**

        The undersigned certifies that on March 26, 2020, a true and correct copy of the foregoing has been served upon the following counsel, via the Court's ECF filing system:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas 75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Global Tel*Link Corporation*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Software AG USA, Inc.*

Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees Scully Mansukhani, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067
hgwinn@grsm.com

*Counsel for Sierra Systems Group, Inc.*

Robert A. McLean
Garrett M. Estep
Farris Bobango Branan, PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
ram@farris-law.com
gestep@farris-law.com

*Counsel for Tetrus Corp.*

/s/ Meghan M. Cox