## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:16-cv-02907-SHM-tmp |
| Plaintiffs, | ) ) ) | (Hon. Judge Samuel H. Mays) |
| v. | ) ) | |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC.,  a foreign corporation; SIERRA-CEDAR INC., a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### SHELBY COUNTY DEFENDANTS' MOTION
### FOR PERMISSION TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.2(e) Defendants Bill Oldham, Robert Moore, Charlene McGhee,

Debra Hammons,  Floyd Bonner, Kirk Fields, Reginald Hubbard, Tiffany Ward and Shelby County,

Tennessee (collectively, "Shelby County Defendants") respectfully move the Court for permission to exceed the Local Rule page limits applicable to their response in opposition to Plaintiffs' Motion and Memorandum for Discovery Conference, to Permit Merits-Based Discovery, to Compel Depositions, and for Sanctions and Fees ("Plaintiffs' Motion" or "Motion") (ECF No. 291). As grounds for this motion, Shelby County Defendants state that a longer, more detailed response than is typically necessary will be required to thoroughly apprise the Court of the facts and information that should properly be considered in weighing Plaintiffs' Motion. The additional pages sought by Shelby County Defendants are necessary to ensure that such issues are fully briefed before the Court.

More specifically, the issues raised in Plaintiffs' Motion require the Court to consider a detailed history of the parties' conversations and discovery efforts over the course of more than nine months and to consider the parties' respective positions concerning the drastic sanctions that the Plaintiffs seek to have imposed on the Shelby County Defendants. As this Court is undoubtedly aware after having taken an active role in overseeing the parties' discovery efforts, this discovery history—and this matter generally—is extremely complex. Plaintiffs' Motion selectively samples from this history, leaving out key details that explain the parties' respective positions regarding the timing and scope of depositions and that are critical for the Court to consider. Even while only telling half the story, Plaintiffs' memorandum reached the 20-page maximum permitted by L.R. 7.2(e). Moreover, Plaintiffs have utilized briefing on a separate motion for an amended scheduling order to devote still more pages to arguing issues concerning the bifurcation of discovery raised in their Motion. *See* Plaintiffs' Response in Partial Opposition to Defendants' Motion Requesting Approval of Proposed Third Amended Scheduling Order (13 pages in length) (ECF No. 293).

Simply put, the Shelby County Defendants cannot adequately brief the issues before the Court within the 20-page limit imposed by L.R. 7.2(e). Plaintiffs' requests that depositions be compelled and various sanctions be leveled against Shelby County Defendants require the Court to undertake a fact-

intensive analysis, and Shelby County Defendants respectfully submit that additional pages are necessary to refute Plaintiffs' positions. For these reasons, Shelby County Defendants respectfully request the Court grant this motion in the interests of justice and fairness and permit its response to Plaintiffs' Motion to exceed the standard page limit of L.R. 7.2(e)..

Respectfully submitted,

/s/ Meghan M. Cox
Robert E. Craddock, Jr. (# 5826)
Odell Horton, Jr. (# 12426)
Byron Brown (# 23529)
Meghan Cox (# 33028)
WYATT, TARRANT & COMBS, LLP
6070 Poplar, Suite 300
Memphis, TN 38119
(901) 537-1000
rcraddock@wyattfirm.com
ohorton@wyattfirm.com
bbrown@wyattfirm.com
mcox@wyattfirm.com

AND

E. Lee Whitwell (#33622)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
lee.whitwell@shelbycountytn.gov

*Attorneys for Shelby County Defendants*

## CERTIFICATE OF CONSULTATION

On April 7, 2020, Odell Horton, co-counsel for Shelby County Defendants, conferred with Mike McLaren, co-counsel for Plaintiffs, via telephone regarding this Motion for Permission to Exceed Page Limit. Mr. McLaren asked Mr. Horton how many additional pages Shelby County Defendants intended to submit, and Mr. Horton responded that he would get back to Mr. McLaren the following day. Mr. Horton made several calls to Mr. McLaren on April 8 and 9, 2020, but was unable to reach him by the time of this Motion's filing.

/s/ Meghan M. Cox

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 9, 2020, a true and correct copy of the foregoing was served upon the following counsel via the Court's ECF filing system:

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
Black McLaren Jones Ryland & Griffee PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
MMcLaren@blackmclaw.com
wcochran@blackmclaw.com
btimmons@blackmclaw.com

Frank L. Watson
William F. Burns
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com
bburns@watsonburns.com

*Counsel for Plaintiffs*

Bradley E. Trammell
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, TN  38103
btrammell@bakerdonelson.com

Beth Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, Texas  75201
beth.petronio@klgates.com

*Counsel for Tyler Technologies, Inc.*

Russell Brandon Bundren
James L. Murphy
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@babc.com
jmurphy@bradley.com

*Counsel for Global Tel*Link Corporation*

Kevin David Bernstein
Albert G. McLean
Spicer Rudstrom PLLC
119 S. Main Street, Suite 700
Memphis, TN 38103
kdb@spicerfirm.com
amclean@spicerfirm.com

*Counsel for Sierra-Cedar, Inc.*

Douglas F. Halijan
William David Irvine
Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103-2217
dhalijan@bpjlaw.com
wirvine@bpjlaw.com

*Counsel for Software AG USA, Inc.*

Heather Gwinn-Pabon
Erin McDaniel
Gordon Rees Scully Mansukhani, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067
hgwinn@grsm.com

*Counsel for Sierra Systems Group, Inc.*

Robert A. McLean
Garrett M. Estep
Farris Bobango Branan, PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
ram@farris-law.com
gestep@farris-law.com

*Counsel for Tetrus Corp.*

/s/ Meghan M. Cox