**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, <br><br>Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs; TIFFANY WARD in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC.,  a foreign corporation; SIERRA SYSTEMS GROUP, INC., a foreign corporation, and TETRUS CORP, a foreign Corporation,<br><br>Defendants. | Civil Action No. 2:16-cv-02907-SHM-tmp<br><br>Jury Demanded |

**DECLARATION OF ROBERT E. CRADDOCK, JR.**

I, Robert Craddock, declares as follows:

1. I am an adult resident of the State of Tennessee.

2. I have personal knowledge of the facts and information contained in this Declaration.

3. I am competent to testify as to the matters set forth herein.

4. I am a licensed attorney with the law firm of Wyatt, Tarrant & Combs, LLP.

5. I am one of the attorneys of record for the group of defendants in this case that are commonly referred to as the Shelby County Defendants.

6. On Monday, February 10, 2020, I was informed by Odell Horton, Jr., that Ed Raper had died.

7. Prior to Mr. Raper's death, I had no prior knowledge regarding Mr. Raper's health condition and had no reason to know Mr. Raper's health condition.

8. Mr. Raper never discussed any health condition with me.

9. I had no reason to know or discuss Mr. Raper's health condition.

10. If called to testify in this matter, I would provide the same information stated in this declaration.

## Declaration under 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

s/ Robert E. Craddock, Jr.                                Date:   April 9, 2020
**Robert E. Craddock, Jr.**

61894911.5