# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER 2020 011963

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | EDWIN G RAPER |
| 2. Sex | MALE |
| 3. Date of Death | 02/06/2020 |
| 4. Time of Death (Approx.) | 08:05 PM |
| 5a. Age | 47 |
| 6. Date of Birth | /1972 |
| 7. Birthplace | JACKSONVILLE, FL |
| 8a. Place of Death | ER/OUTPATIENT |
| 8b. Facility Name | BAPTIST MEMORIAL HOSPITAL |
| 8c. City or Town | MEMPHIS |
| 8d. County of Death | SHELBY |
| 9. Marital Status | MARRIED |
| 10. Surviving Spouse (name prior to first marriage) | VIVIAN BALDWIN |
| 11a. Decedent's Usual Occupation | IT PROJECT MANAGER |
| 11b. Kind of Business/Industry | |
| 12. Social Security Number | |
| 13a. Residence–State or Foreign Country | TENNESSEE |
| 13b. County | SHELBY |
| 13c. City or Town | CORDOVA |
| 13d. Street and Number | |
| 13e. Inside City Limits? | YES |
| 13f. Zip Code | |
| 14. Was Decedent ever in US Armed Forces? | YES |
| 15. Decedent's Education | BACHELOR'S DEGREE |
| 16. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. Decedent's Race | WHITE |
| 18. Father's Name | EDWIN RAPER |
| 19. Mother's Name Prior to First Marriage | SHERRY KNIGHT |
| 20a. Informant's Name | VIVIAN RAPER |
| 20b. Relationship to Decedent | SPOUSE |
| 20c. Mailing Address | CORDOVA, TN |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | MEMPHIS SERVICE CENTER |
| 21c. Location | MEMPHIS, TN |
| 22a. Signature of Funeral Director | /s/ VERA JOHNSON |
| 22b. License Number | 5216 |
| 22c. Signature of Embalmer | |
| 22d. License Number | |
| 23a. Name and Address of Funeral Home | FAMILY FUNERAL CARE, 4925 SUMMER AVENUE, MEMPHIS, TN 38122 |
| 23b. License Number | 1034 |
| 24. Registrar's Signature | /s/ EDWARD G BISHOP III |
| 25. Date Filed | 03/03/2020 |

**26. Certifier**
- 26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED
- 26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| /s/ CATHERINE MULROY MUNN | 52262 | 03/03/2020 |

27d. Name and Address: CATHERINE MULROY MUNN 7205 WOLF RIVER BLVD. STE 100, GERMANTOWN, TN 38138

**28. Part I.** ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

- a. GASTROINTESTINAL BLEEDING
- b. CLOTTING DISORDER
- c.
- d.

**Part II.** OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I
OBESITY, HYPERTENSION, HYPERLIPIDEMIA, DIABETES

| 29a. Was an Autopsy Performed? | NO |
| 29b. Were Autopsy Findings Available to Complete the Cause of Death? | |
| 30. Manner of Death | NATURAL |
| 31. Did Tobacco Use Contribute to Death? | NO |
| 32. If Female | N/A |
| 33. If Transportation Injury, Specify | |
| 34a. Date of Injury | |
| 34b. Time of Injury | |
| 34c. Injury at Work? | |
| 34d. Place of Injury | |
| 34e. Describe How Injury Occurred | |
| 34f. Location of Injury | |

PH-1659 (Rev 8/2017)   RDA 10112

12283684

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certificate. Alteration of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III, State Registrar
Lisa Piercey, MD, MBA, FAAP, Commissioner

APR 09 2020

## CERTIFICATION OF VITAL RECORD