**From:** Horton, Odell <ohorton@wyattfirm.com>
**Sent:** Monday, April 20, 2020 3:55 PM
**To:** MMcLaren <MMcLaren@blackmclaw.com>
**Cc:** Frank Watson, III <fwatson@watsonburns.com>; Lee Whitwell (lee.whitwell@shelbycountytn.gov) <lee.whitwell@shelbycountytn.gov>; Craddock, Bob <rcraddock@wyattfirm.com>; Brown, Byron <bbrown@wyattfirm.com>; Cox, Meghan <mcox@wyattfirm.com>; Horton, Odell <ohorton@wyattfirm.com>
**Subject:** ▮▮▮▮ Conversation this afternoon

Mike,

Pursuant to our telephone conversation this afternoon, ▮▮▮▮ is retired from Shelby County Government. As we discussed, it is our understanding he had some health challenges. If you have any additional questions, please contact me.

Odell

**Odell Horton Jr.**

Wyatt, Tarrant & Combs, LLP
6070 Poplar Ave., Suite 300
Memphis TN 38119-3907
Direct: (901) 537-1082
Fax: (901) 537-1010
Email: ohorton@wyattfirm.com



Memphis | Nashville | Louisville | Lexington | New Albany | www.wyattfirm.com

1