IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S. MELTON,
ISSACCA POWELL, KEITH BURGESS,
TRAVIS BOYD, TERRENCE DRAIN, and
KIMBERLY ALLEN on behalf of themselves
and all similarly situated persons,
          Plaintiffs,

VS.                    NO.  2:16-cv-02907-SHM-tmp

BILL OLDHAM, FLOYD BONNER, JR.,
ROBERT MOORE, KIRK FIELDS, CHARLENE
McGHEE, REGINALD HUBBARD, DEBRA
HAMMONS, TIFFANY WARD, SHELBY
COUNTY, TENNESSEE, TYLER
TECHNOLOGIES, INC., GLOBAL TEL LINK
CORPORATION, SOFTWARE AG USA, INC.,
SIERRA-CEDAR, INC., SIERRA SYSTEMS
GROUP, INC., and TETRUS CORP.,
          Defendants.

_____

**THE DEPOSITION OF ROBERT MOORE**

**March 11, 2020**

LISA C. VAUGHN, RPR, LCR(TN)
RIVERSIDE REPORTING SERVICE
(901) 527-1100
lcv.riverside@gmail.com

RIVERSIDE REPORTING SERVICE

```
 1                    The Videotaped Deposition of ROBERT

 2         MOORE is taken on behalf of the Plaintiffs, on

 3         this the 11th Day of March, 2020, pursuant to

 4         notice and consent of counsel, beginning at

 5         approximately 9:30 a.m. in the offices of

 6         Baker, Donelson, Bearman, Caldwell &

 7         Berkowitz, 165 Madison Avenue, Suite 2000,

 8         Memphis, Tennessee.

 9                    This deposition is taken pursuant to

10         the terms and provisions of the Federal Rules

11         of Civil Procedure.

12                    All forms and formalities, including

13         the signature of the witness, are waived and

14         objections alone as to matters of competency,

15         relevancy and materiality of the testimony are

16         reserved, to be presented and disposed of at

17         or before the hearing.  Objections as to the

18         form of the question must be made at the

19         taking of the deposition.

20

21

22

23

24
```

RIVERSIDE REPORTING SERVICE

```
 1                    A P P E A R A N C E S

 2

 3        On Behalf of the
          Plaintiffs:    MR. FRANK L. WATSON, III
 4                       MR. WILLIAM F. BURNS
                         Watson, Burns
 5                       253 Adams Avenue
                         Memphis, Tennessee  38103
 6

 7                       MR. MICHAEL G. McLAREN
                         MR. BRICE M. TIMMONS (via phone)
 8                       Black, McLaren, Jones, Ryland
                          & Griffee
 9                       530 Oak Court Drive
                         Suite 360
10                       Memphis, Tennessee  38117

11

12        On Behalf of Shelby County
          and Individual Defendants:
                         MR. ODELL HORTON, JR.
13                       MR. ROBERT E. CRADDOCK
                         MS. MEGHAN M. COX
14                       Wyatt, Tarrant & Combs
                         6070 Poplar Avenue
15                       Suite 300
                         Memphis, Tennessee  38119
16

17        On Behalf of Shelby County:
                         MR. EMMETT LEE WHITWELL
18                       Shelby County Attorney's Office
                         160 North Main Street
19                       Suite 950
                         Memphis, Tennessee  38103
20

21        On Behalf of Tyler Technologies:
                         MR. BRADLEY E. TRAMMELL
22                       Baker, Donelson, Bearman,
                          Caldwell & Berkowitz
23                       165 Madison Avenue
                         Suite 2000
24                       Memphis, Tennessee  38103
```

```
 1                    A P P E A R A N C E S, Cont.

 2

 3        On Behalf of Tyler Technologies:
                              MS. BETH BIVANS PETRONIO
 4                            K&L Gates, LLP
                              1717 Main Street
 5                            Suite 2800
                              Dallas, Texas  75201

 6

 7        On Behalf of Global
          Tel Link Corporation:
 8                            MR. RUSSELL BRANDON BUNDREN (via phone)
                              Bradley, Arant, Boult,
 9                             Cummings
                              1600 Division Street
10                            Suite 700
                              Nashville, Tennessee  37203

11

12        On Behalf of Software
          AG USA, Inc.:  MR. DOUGLAS F. HALIJAN
13                            MR. WILLIAM DAVID IRVINE (via phone)
                              Burch, Porter & Johnson
14                            130 North Court Avenue
                              Memphis, Tennessee  38103

15

16        On Behalf of Sierra-Cedar, Inc.:
                              MR. ALBERT G. McLEAN
17                            Spicer, Rudstrom
                              119 South Main Street
18                            Suite 700
                              Memphis, Tennessee  38103

19

20        On Behalf of Sierra Systems
          Group, Inc.:  MS. HEATHER M. GWINN PABON (via phone)
21                            Gordon & Rees
                              3401 Mallory Lane
22                            Suite 120
                              Franklin, Tennessee  37067

23

24

                   RIVERSIDE REPORTING SERVICE
```

1               **A P P E A R A N C E S, Cont.**

2

3       On Behalf of Tetrus Corp.:
                        MR. ROBERT A. McLEAN (via phone)
4                       Farris, Bobango & Branan
                        999 South Shady Grove Road
5                       Suite 500
                        Memphis, Tennessee  38120
6

7

8       Also Present:  Ben Siler, Videographer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RIVERSIDE REPORTING SERVICE

1                        **TESTIMONY INDEX**

2                                                         <u>Page</u>

3          Examination (Mr. Watson) ------------------   11
           Examination (Mr. Horton) ------------------  248
4          Further Examination (Mr. Watson) ----------  253

5

6                         **EXHIBIT INDEX**

7          Exhibit No. 1 -----------------------------   30
           Exhibit No. 2 -----------------------------   30
8          Exhibit No. 3 -----------------------------   47
           Exhibit No. 4 -----------------------------   62
9          Exhibit No. 5 -----------------------------   77
           Exhibit No. 6 -----------------------------   83
10         Exhibit No. 7 -----------------------------   94
           Exhibit No. 8 -----------------------------  107
11         Exhibit No. 9 -----------------------------  118
           Exhibit No. 10 ----------------------------  129
12         Exhibit No. 11 ----------------------------  158
           Exhibit No. 12 ----------------------------  193
13         Exhibit No. 13 ----------------------------  198
           Exhibit No. 14 ----------------------------  201
14         Exhibit No. 15 ----------------------------  203
           Exhibit No. 16 ----------------------------  206
15         Exhibit No. 17 ----------------------------  218
           Exhibit No. 18 ----------------------------  227
16         Exhibit No. 19 ----------------------------  232
           Exhibit No. 20 ----------------------------  237
17

18

19

20

21

22

23

24

                    RIVERSIDE REPORTING SERVICE

```
 1                    THE VIDEOGRAPHER:  Here begins the video
 2         deposition of Robert Moore in the matter of Scott
 3         Turnage vs. Bill Oldham.  This deposition is being
 4         held at Baker, Donelson on March 11th, 2020.
 5                    My name is Ben Siler for Law Media.
 6         The court reporter is Lisa Vaughn from
 7         Riverside.  We are on record at 9:43 a.m.
 8                    Counsel, will each of you please
 9         identify yourselves for the record, which will
10         be followed by the swearing in of the witness
11         by the court reporter.
12                    MR. WATSON:  This is Frank Watson on
13         behalf of the plaintiffs.
14                    MR. BURNS:  Bill Burns on behalf of the
15         plaintiffs.
16                    MR. McLAREN:  I'm Mike McLaren on behalf
17         of the plaintiffs.
18                    MR. HORTON:  Odell Horton, Jr. on behalf
19         of Shelby County and the individual defendants.
20                    MR. CRADDOCK:  Robert Craddock on behalf
21         of Shelby County and the individual defendants.
22                    MR. WHITWELL:  Lee Whitwell, Shelby
23         County Attorney's Office.
24                    MS. COX:  Meghan Cox on behalf of
```

 1          Shelby County and the individual defendants.

 2                  MR. AL McLEAN:  Al McLean on behalf of

 3      Sierra-Cedar, Inc.

 4                  MR. HALIJAN:  Dough Halijan for Software

 5      AG.

 6                  MS. PETRONIO:  Beth Petronio for Tyler

 7      Technologies.

 8                  MR. TRAMMELL:  Brad Trammell for Tyler

 9      Technologies.  And who is on the phone, please?

10                  MR. ROBERT McLEAN:  Bob McLean,

11      Tetrus.

12                  MR. BUNDREN:  Brandon Bundren for GTL.

13                  MS. GWINN PABON:  Heather Gwinn

14      Pabon for Sierra Systems.

15                  MR. IRVINE:  Will Irvine for

16      Software AG.

17                  MR. TRAMMELL:  Brice.

18                  MR. TIMMONS:  Brice Timmons for the

19      plaintiffs.

20                      ROBERT MOORE,

21      Having been first duly sworn, was examined

22              and testified as follows:

23                  MR. HORTON:  Frank, before we get

24      started --

                    RIVERSIDE REPORTING SERVICE

```
1                    MR. WATSON:  Sure.

2                    MR. HORTON:  -- I think we've already

3          talked about it, but just to be clear, all

4          objections, except to the form of the question,

5          are reserved; is that right?

6                    MR. WATSON:  Right.  This is being taken

7          pursuant to the Federal Rules of Civil Procedure.

8                    MR. HORTON:  Okay.

9                    MR. WATSON:  So it should be all

10         objections are reserved except as to form.

11                   MR. HORTON:  And I think we talked about

12         earlier one objection to the form will be enough

13         for everybody, or does -- so we don't have a roll

14         call objection?

15                   MR. WATSON:  That's correct.  We don't

16         need to have everybody object.  One objection will

17         suffice.

18                   MR. HORTON:  Okay.

19                   MR. AL McLEAN:  And if we object as to

20         form, just object -- we just say object to form

21         and that's sufficient as far as --

22                   MR. WATSON:  Yes, I would say so.

23                   MR. AL McLEAN:  Thank you.

24                   MR. HORTON:  And I think -- just one
```

RIVERSIDE REPORTING SERVICE

1        more thing.  We're going to number the exhibits

2        sequentially all the way through.  We're not going

3        to do Deposition one 1 through whatever?

4                MR. WATSON:  That's correct.

5                MR. HORTON:  Okay.

6                MR. WATSON:  In other words, for -- not

7        only for this witness but all.  We'll just start

8        with Number 1 --

9                MR. HORTON:  Okay.

10               MR. WATSON:  -- and we'll go

11       sequentially so it will be easier for everybody.

12               And we're going to let Ms. Vaughn

13       retain the originals of the exhibits, but -- I

14       suspect we'll have a number of exhibits today,

15       so that we would -- if someone on the phone

16       doesn't get it they can contact the court

17       reporter to get those documents.

18               MR. HORTON:  Okay.  Thank you.

19               MR. TRAMMELL:  Before we move forward,

20       does anybody on the phone have any preliminary

21       matters to also address before we move forward?

22               MR. BUNDREN:  This is Brandon Bundren on

23       the phone.  For those of us on the phone, if y'all

24       reference an exhibit, we would appreciate just a

```
 1      Bates number so we can pull it up as necessary.
 2              MR. WATSON:  Right.  I think we have
 3      that for every one of these.  We can do that.
 4              MR. TRAMMELL:  Thank you, Mr. Watson.
 5                    EXAMINATION
 6      BY MR. WATSON:
 7      Q    Mr. Moore, my name is Frank Watson.  We
 8      just met a few moments ago.  We didn't shake
 9      hands in the hall because of the coronavirus
10      concern.  How are you this morning?
11      A    I'm doing very well.  And yourself?
12      Q    Good.  Have you ever had your deposition
13      taken before?
14      A    Yes, sir.
15      Q    Okay.  In what instance did you have your
16      deposition taken before?
17      A    It would be highly unlikely for me to
18      identify them, but I've had depositions taken
19      before.
20      Q    Okay.  How many would you say, two,
21      three, four?
22      A    Several.
23      Q    Several?
24      A    Yes.
```

RIVERSIDE REPORTING SERVICE

```
1        Q    Okay.  Were they related to your capacity

2    working for the Shelby County Jail?

3        A    Yes, sir.

4        Q    Okay.

5        A    Shelby County Government.

6        Q    Okay.  And -- today I'm going to ask you

7    some questions concerning the Shelby County

8    Jail and your work at that jail, and if you

9    have any concerns or questions you don't

10   understand, will you -- will you stop me and

11   not answer the question?

12       A    Yes, sir.

13       Q    Okay.

14       A    Thank you.

15       Q    Sure.  And -- so if you need

16   clarification I'm happy to give it.  Can we

17   agree that if you do answer a question that

18   I -- I'm going to assume you understand the

19   question.  Is that fair?

20       A    That's fair.

21       Q    Okay.  Help me out, just to get a little

22   background on you before we get into

23   questions, I take it you -- are you from

24   Memphis originally?
```

```
1        A    Yes, sir.

2        Q    Okay.  Did you go to high school here in

3    town?

4        A    Yes, sir.

5        Q    And where did you go -- graduate from

6    high school?

7        A    Manassas.  Manassas.  Manassas.

8        Q    Oh, Manassas.  Okay.  Got it.  And from

9    Manassas -- did you have any other education

10   after Manassas?

11       A    Shelby State.

12       Q    Shelby State.  Okay.  And is that a

13   two-year degree?

14       A    Yes, sir.

15       Q    Okay.  And then from -- let me get your

16   work history.  After Shelby State, where did

17   you go to work?

18       A    Firestone Tire & Rubber.

19       Q    How long did you work at Firestone Tire &

20   Rubber?

21       A    Fourteen years.

22       Q    Okay.  And then where did you go from

23   there?

24       A    Shelby County Corrections.
```

RIVERSIDE REPORTING SERVICE

```
 1      Q    Okay.  What year was that, roughly?

 2      A    '84, 1984.

 3      Q    In what capacity were you working for

 4      Shelby County Corrections at that time?

 5      A    I started off as an officer and ended up

 6      as the Administrator of Operations.

 7      Q    Okay.  Now, was that at 201 Poplar?

 8      A    No, sir.  That's the Shelby County

 9      Division of Corrections.

10      Q    Okay.  Out at the Penal Farm?

11      A    Yes, sir.

12      Q    Okay.  And -- so you were the

13      administrator of what?

14      A    Operations.

15      Q    Operations.  Out at the Penal Farm?

16      A    Yes, sir.

17      Q    Okay.  And then where did you go from

18      there?

19      A    Shelby County Jail.

20      Q    And what year was that, roughly?

21      A    2001.

22      Q    Okay.  What was your position there?

23      A    Chief of Security.

24      Q    And what were your duties and
```

RIVERSIDE REPORTING SERVICE

```
 1     responsibilities as Chief of Security of the

 2     Shelby County Jail?

 3     A    To ensure the policies for security were

 4     being carried out in a -- in a way that the

 5     sheriff was completely satisfied and, you

 6     know, dealing with the inmates and their needs

 7     and what have you.

 8     Q    Okay.  And after you -- how long did you

 9     serve as Chief of Security?

10     A    For eight year -- seven and a half years.

11     Q    Okay.  And then where did you go from

12     there?

13     A    To Chief Jailer.

14     Q    Chief Jailer.  Okay.  Now, what year was

15     that?

16     A    Wow.  2017 -- 2'08 and a half -- 2'0 --

17     2'08, 2'09.

18     Q    Okay.  So 2008, 2009 you became the Chief

19     Jailer.  And how long did you serve in that

20     capacity?

21     A    Until 2017.

22     Q    And did you retire in 2017?

23     A    Yes, sir.

24     Q    Okay.  And you're retired today?
```

```
1      A    Yes, sir.

2      Q    Okay.  You're not working anywhere is

3      what I'm --

4      A    No, sir.

5      Q    Okay.

6      A    No, sir.

7      Q    So -- help me out, as the Chief Jailer,

8      what were your duties and responsibilities?

9      A    To ensure that the policies that were

10     mandated and signed off by the sheriff were

11     being carried out throughout the jail

12     operations, which were in several different

13     areas.

14     Q    As the former Chief Jailer, you would

15     agree, wouldn't you, that it's important for

16     the Shelby County Jail to adopt, implement and

17     carry out an adequate system for processing

18     inmates that are brought to the Shelby County

19     Jail, right?

20     A    Yes, sir.

21     Q    Okay.  And why do you agree with that?

22     A    Because that's part of the policy.

23     Q    Well, I mean, isn't one of the reasons

24     why that's important is to ensure that the
```

RIVERSIDE REPORTING SERVICE

```
1        inmates' constitutional rights are not

2        violated?

3        A    That's your version of it, yes, sir,

4        but --

5        Q    Well --

6        A    -- as far as I'm concerned that was part

7        of the policy that was before us, and -- so we

8        had to ensure that those things were carried

9        out --

10       Q    Right.  But part --

11       A    -- for safety and --

12       Q    -- of the policy -- part of the -- the

13       basis of the policy is to ensure that inmates

14       are timely released, correct?

15       A    The -- well, I -- yes.  Okay.  I -- I

16       can't -- I can't agree to that one specific

17       thing because the safety of the inmates within

18       the facility, to help the feeding, the meals,

19       the -- I mean, there are a thousand things

20       that go with that, so, for me to specifically

21       bring that out, I would have to just try and

22       address it in a general form that, yes, that's

23       part of it.

24       Q    So when the -- when Shelby County adopts
```

```
1          and implements a system to process, hold and
2          release prisoners at the Shelby County Jail,
3          it's got to make sure that that system works
4          correctly; is that fair?
5      A    It is our responsibility to work at
6          ensuring that it works, yes, sir.
7      Q    And would you agree that one of the key
8          components of the jail system, of processing,
9          holding and releasing inmates, is
10         communication?
11     A    Yes, sir.
12     Q    And if you can't effectively communicate
13         within the system, it's not going to work; is
14         that fair?
15     A    Yes, sir.
16     Q    Okay.  And that, in fact, happened in
17         this case; is that correct?
18     A    What do you mean?
19              MR. HORTON:  Object to the form.
20     BY MR. WATSON:
21     Q    You would agree that the system that the
22         County adopted, that is the computer system
23         that we're talking about in this case, broke
24         down; is that fair?
```

RIVERSIDE REPORTING SERVICE

```
 1              MR. HORTON:  Well, let me -- let me

 2      object, Frank.  I think that we are agreeing --

 3      well, whether you agree or not that we're talking

 4      about -- there's a difference between merits and

 5      class, and I think we're here for class.  I

 6      think that -- that gets towards a merits kind of

 7      question.

 8              MR. WATSON:  I've got to have a

 9      fundamental basis to talk to the witness.

10              MR. HORTON:  Well --

11              MR. WATSON:  So is that an objection or

12      not?

13              MR. HORTON:  It's an objection.

14              MR. WATSON:  Okay.  Can you read back

15      the last question?

16        (Whereupon, the requested question was

17          read back by the court reporter.)

18      BY MR. WATSON:

19      Q    You can answer.

20      A    Yes, sir.

21      Q    Okay.  And the computer system was known

22      as -- and I want to make sure we get the terms

23      right.  The new computer system that the

24      County adopted was called the Shelby County
```

RIVERSIDE REPORTING SERVICE

```
1          Integrated Criminal Justice System; is that

2          correct?

3          A    I'm -- you'll have to -- OMS -- the new

4          system --

5          Q    Okay.

6          A    -- OMS.

7          Q    I want to get your terms down.  I want to

8          use what you used while you were there.  And

9          you're using a term OMS.  That's the software

10         for the jail; is that correct?

11         A    Yes.

12         Q    Okay.  And then there was -- and I take

13         it that software had not been -- that was

14         implemented sometime in November of 2016; is

15         that fair?

16         A    Yes, sir.

17         Q    Okay.  Prior to then the jail did not

18         rely upon OMS as a software to process, hold

19         and release inmates; is that fair?

20         A    Yes, sir.

21         Q    Okay.  So what -- what was the software?

22         Was it -- I think it was called JSSI; is that

23         fair?

24         A    No, sir.  J --
```

RIVERSIDE REPORTING SERVICE

1      Q      What --

2      A      JMS.

3      Q      JMS?  That was the software that --

4      A      For the jail.  The ISS I think was in the

5      court system or something.

6      Q      Okay.  I was going to try to

7      differentiate a little bit between the court

8      system and the jail system.  The jail system

9      that -- converted from JMS, as you say, to

10     OMS; is that fair?

11     A      Yes, sir.

12     Q      And then the -- the County Criminal Court

13     moved to Odyssey; is that right?

14     A      Yes.  That was a name that was being used

15     as another system that was to work with OMS.

16     Q      Got it.  Okay.  And the problem was that

17     Odyssey didn't work with OMS correctly; is

18     that fair?

19     A      Yes, sir.

20     Q      Okay.  So I want to talk -- I want to, if

21     we can, talk about -- when I say the word new

22     computer system, I mean the Odyssey and the

23     OMS trying to work together.  Is that a fair

24     use of that term --

1      A    Yes.

2      Q    -- the new system?

3      A    Yes.

4      Q    Okay.  Good.  Now, in connection with the

5    new computer system, there were a number of

6    problems that your jailing administration

7    experienced; is that correct?

8      A    Yes, sir.

9      Q    And it was your understanding that those

10   problems were related to the issue of Odyssey

11   being able to communicate with OMS; is that

12   fair?

13            MR. TRAMMELL:  Object to the form.

14            MR. HORTON:  Go ahead.

15   BY MR. WATSON:

16     Q    You can answer.

17     A    Well -- repeat that question because the

18   answer --

19     Q    Sure.  Well, let me -- I'll ask it

20   open-ended.  What was your understanding of

21   the -- of the problems with respect to the new

22   computer system?

23     A    Well, at the very beginning of the

24   system, there -- we didn't understand the

                RIVERSIDE REPORTING SERVICE

1      system to have problems.

2      Q    Okay.

3      A    It's new.  We're trying to get it

4      implemented, get it up, get it running, so we

5      were -- we were learning how to utilize the

6      system as best as we could, but we were not

7      using the system per se.  It was just being

8      a -- a training process that was being

9      developed.  Let me say it that way.

10          The system -- we could not identify the

11     problems in the system and did not identify

12     the problems in the system until we really

13     went live with the system.

14     Q    Got it.

15     A    So, as we went live, some of the problems

16     that we did identify to were jail problems.

17     We could not determine whether or not they

18     were because of any other parts of the system

19     that were not working.  They were just

20     problems within the jail that the system

21     wasn't doing what it was supposed to do.  So

22     that's what we identified to.

23     Q    Right.  Well, let me -- you talked about

24     go live.  When did the new computer system go

RIVERSIDE REPORTING SERVICE

```
1        live with respect to the Shelby County Jail?

2        A    I don't want to be specific, I'm pretty

3        sure someone has a record as to the date, but

4        I think it was in 2016, somewhere around --

5        Q    November -- does November the 5th sound

6        right, 2015, early --

7        A    Maybe.

8        Q    Okay.

9        A    It sounds -- yeah.

10       Q    We'll pinpoint a date later.

11       A    Okay.

12       Q    But -- well, let's go through the

13       problems that -- once you went live that you

14       became aware of.  Let me review that.

15            So one of the problems that you -- that

16       you became aware of was that the -- there was

17       a problem with Odyssey telling OMS when

18       someone had a preset bond; is that fair?

19                 MR. TRAMMELL:  Object to the form.

20                 MR. HORTON:  The same.

21                 THE WITNESS:  You'll have to repeat that

22       question to me.

23       BY MR. WATSON:

24       Q    Okay.  Well, let's talk about -- let's do
```

RIVERSIDE REPORTING SERVICE

```
1        this.  I'll just do it open-ended.  What kind

2        of problems did you experience in the jail

3        when the new system went live?

4        A    Getting persons to court was one of our

5        major problems, identifying those persons who

6        needed to be in the various courts and at what

7        times they were supposed to be there.

8             The intake area would have problems

9        getting persons into the system and holding

10       them there to process them.  Medical had

11       problems dealing with the -- there were a

12       number of problems that we identified to, so

13       when we -- I don't -- to be specific,

14       operationally it was just one.  It created a

15       problem for us.

16       Q    Well, wasn't -- one of the problems that

17       you didn't mention was the fact that people

18       weren't being timely released; is that fair?

19                 MR. HORTON:  Object to the form.

20                 MR. CRADDOCK:  Object to form.

21                 THE WITNESS:  That would not be a -- it

22       was a jail problem for us dealing with releasing

23       individuals because there was a problem on the

24       front-end dealing with us getting information from
```

1          the courts as the person's going to court.

2                    So, yes, we had problems with not

3          only releasing individuals, we had problems

4          getting people to court.

5          BY MR. WATSON:

6          Q    Right.  So -- and one of the other

7          problems was -- for example, people would have

8          their case dismissed, but they were not being

9          timely released, fair?

10                   MR. HORTON:  Object to the form.

11                   THE WITNESS:  It -- that -- okay.  I

12         would say yes, but that was not necessarily that

13         system.  Because situations of that caliber would

14         take place prior to during -- even with JMS.

15         BY MR. WATSON:

16         Q    Well, there was certainly an increase in

17         the jail population after the new system was

18         implemented, correct?

19                   MR. HORTON:  Object to the form.

20                   THE WITNESS:  Yes.  There was always

21         a -- yes.  The various law enforcement agencies

22         would have saturations of all calibers, and, yes,

23         we would get larger increases of jail inmates.  So

24         yes.

1       BY MR. WATSON:

2       Q    Well, did you attribute the increased

3       jail population to the new system or just

4       because the police started arresting more

5       people?

6       A    We would have to -- the jail -- the

7       police arresting more people would be the

8       major cause for a jail increase.

9       Q    Well, in connection with the computer

10      system -- the new computer system that was

11      adopted and implemented, it's fair to say that

12      people that weren't being timely released, the

13      computer was treating those people all the

14      same, fair enough?

15              MR. HORTON:  Object to the form.

16              THE WITNESS:  Let me -- let me -- I --

17      BY MR. WATSON:

18      Q    That's a yes or no answer.

19      A    Yeah.  Well, it's --

20              MR. HORTON:  He gets to explain it if

21      you'd like.

22              THE WITNESS:  It's -- it's really not

23      just a yes or no answer because the jail -- the

24      system not always was the culprit that dealt with

```
1       release.
2       BY MR. WATSON:
3       Q    How do you know that?
4       A    Because of the fact that the court clerk
5       has to come down and sign off on a logbook
6       telling us who's to be released on -- on
7       various days.
8       Q    Okay.  Well, let me show you -- there was
9       an interview that you did with the -- do you
10      recall an interview with a television station
11      about the jail system, the new system?
12      A    Maybe.
13      Q    Okay.
14      A    I don't know.
15      Q    Let me do this first, if we can.  I'm
16      going to play the videotape so the
17      videographer can get it, and then I'll --
18      we'll play it for you so you can see it as
19      well, and then I'll have some questions about
20      that.  Is that okay?
21              MR. CRADDOCK:  Where are we going to see
22      it?
23              MR. WATSON:  Well, I've got it on my
24      laptop.  If you want to sit -- I mean, I've got it
```

RIVERSIDE REPORTING SERVICE

1          here, and he's got it on his laptop.

2                    MR. BURNS:  When you record it, will

3          it -- I guess it doesn't come up on the screen,

4          does it?

5                    THE VIDEOGRAPHER:  I was thinking you

6          could just point the laptop towards me and I'll

7          zoom in on the surface of the laptop.

8                    MR. BURNS:  Okay.

9                    THE VIDEOGRAPHER:  And, also, if you

10         want to pause it, I can move the camera if you'd

11         like.  Will it just be easier to move it out to

12         the side?

13                   MR. BURNS:  Say when.  Are you ready?

14                   THE VIDEOGRAPHER:  One second, sir.

15         Okay.  I'm ready.

16            (Whereupon, the video was played.)

17         BY MR. WATSON:

18         Q    Let me show you the video now, and I'll

19         let you watch it.

20            (Whereupon, the video was played.)

21         BY MR. WATSON:

22         Q    Now, that was a report that -- or, excuse

23         me, that was an interview you gave to WMC

24         Action News 5; is that correct?

1      A    Okay.

2      Q    Okay.  Let me show you -- I'd like to, if

3      we can, and I'm not sure how we do this, mark

4      the video as Exhibit Number 1.  I'll have to

5      get that to the court reporter in a disk,

6      and -- we'll provide that to the court

7      reporter.

8                    (Exhibit 1)

9                    MR. HORTON:  When was the interview

10     done, do you know?

11                   MR. WATSON:  I'm sorry?

12                   MR. HORTON:  When was it done?

13                   MR. WATSON:  The document reflected --

14     or stated it was done on November the 4th, 2016.

15                   MR. HORTON:  November the --

16                   MR. WATSON:  November the 4th, 2016.

17                   MR. HORTON:  The 4th.  Okay.  Thanks.

18     BY MR. WATSON:

19     Q    And I'm going to -- I have a transcript

20     I'll show you that I've typed up of that.  I

21     think I've got enough copies for -- well, I

22     don't have enough copies, but I've got copies.

23         (Whereupon, Exhibit 2 was marked.)

24     BY MR. WATSON:

                RIVERSIDE REPORTING SERVICE

1     Q    This is Exhibit Number 2.  Can you give

2     Bob a copy so he can --

3          MR. CRADDOCK:  I can see.

4     BY MR. WATSON:

5     Q    Where's the original?  Oh, I'm sorry.

6     Right here.  Okay.

7          If you can take a look at Exhibit

8     Number 2, Mr. Moore, this is just simply a

9     transcript of what you just watched, and

10    Mr. Sims says, quote, I know of specific

11    situations in which a defendant's bond has

12    been made and they're still incarcerated days

13    later.

14         Was that a common complaint that you

15    learned about?

16         MR. HORTON:  Object to the form.

17         THE WITNESS:  That's not something that

18    hadn't happened prior to the system.

19    BY MR. WATSON:

20    Q    I -- that's not my question.  Was that a

21    common -- is that a common complaint that you

22    received after the new system was adopted and

23    implemented?

24         MR. HORTON:  The same objection.

```
 1                    THE WITNESS:  When you say a common

 2        complaint, what would you -- you mean just every

 3        day all day or -- I mean, what are you talking

 4        about when you say --

 5        BY MR. WATSON:

 6        Q    Do you know what the word common means?

 7        A    I know exactly what the word common

 8        means, but the fact is that if it's one case,

 9        21 cases or 220 cases over the course of a

10        day, I don't know how to -- to answer that

11        question to say that -- yes, we had problems

12        with releases.

13        Q    I'm going to ask it again, and you can

14        say yes or no.  Was --

15        A    Okay.

16        Q    What Mr. Sims stated, that he had

17        problems with people posting bond and they

18        were incarcerated days later, was that a

19        common complaint that your staff received?

20                    MR. HORTON:  Object to the form.

21                    THE WITNESS:  We have heard that

22        complaint before, yes, sir.

23        BY MR. WATSON:

24        Q    Okay.  And the reporter states, quote,
```

RIVERSIDE REPORTING SERVICE

```
 1        Chief Moore is the Jail Director.  He told me

 2        it's more than a jail issue, it's a system

 3        issue.  Did you say that?

 4        A    Yes, sir.  You heard me say that.  Yes,

 5        sir.

 6        Q    Okay.  So you -- what did you mean by

 7        system issue?

 8        A    Because there was more to late releases

 9        than just the system, just that -- just the

10        computers.

11             The attorney, for instance, he would come

12        over and want his -- to know why his person

13        hadn't been released, and his argument was

14        that we, the jail, was holding his person

15        where we would go back and research and the

16        bonding company hadn't brought the bond over

17        to the jail seven hours after they had

18        actually put the money on the account.

19        Q    Is that what you meant by system --

20        system issue?

21        A    That's part of the system.

22        Q    Is that what you meant?  Is that your

23        testimony?

24        A    That's --
```

```
 1               MR. HORTON:  Objection; argumentative.
 2               THE WITNESS:  That's the facts.  It's
 3     not my testimony.  You can go and check it now.
 4     BY MR. WATSON:
 5     Q    Well, I mean, Mr. Moore, you're talking
 6     about the computer system, aren't you?
 7     A    No.  I think the attorney may have been
 8     talking about the computer system.  I was
 9     talking about the jail operation as a whole
10     and the process that we dealt with.
11     Q    Okay.  Well, you said, quote, the system
12     was cancelled out a couple of months ago from
13     start-up because we identified that we didn't
14     feel it was ready to go.  You said that,
15     right?
16     A    I said that.
17     Q    Okay.  And that was the computer system,
18     right?
19     A    We were talking about the computer system
20     at that particular point, yes, and I said
21     exactly what I did.
22     Q    Okay.  So you thought that you ought to
23     go back -- you, the jail, ought to go back to
24     the old computer system, fair?
```

RIVERSIDE REPORTING SERVICE

1      A    Yes.

2      Q    Because the new computer system was

3    causing problems, right?

4      A    Yes.

5            MR. HORTON:  Object to the form.

6            THE WITNESS:  Yes, sir.

7    BY MR. WATSON:

8      Q    And those problems were not timely

9    releasing prisoners, right?  That was one of

10   the problems?

11           MR. HORTON:  Object to the form.

12           THE WITNESS:  Yes, sir.

13   BY MR. WATSON:

14     Q    It was not allowing people to post a

15   bond, right?

16           MR. HORTON:  Object to the form.

17           THE WITNESS:  No, sir.  You know, you --

18   you're putting words -- I -- my statement was

19   about the system in general and not specifics as

20   it relates to it because -- we haven't even talked

21   about the fact that we were dealing with getting

22   people to court on time.

23   BY MR. WATSON:

24     Q    Well, that was part of the computer

RIVERSIDE REPORTING SERVICE

1      problem, wasn't it?

2      A    That was part of the system, yes.

3      Q    I understand that, but it was part --

4      I'm not blaming you or your staff.

5      A    And I understand that.

6      Q    So the -- just to be clear, this was not

7      a -- a human error in the jail system itself,

8      it was a computer issue that went -- that went

9      system-wide, fair enough?

10     A    Yes, sir.

11              MR. TRAMMELL:  Object to the form.

12     BY MR. WATSON:

13     Q    Okay.  Now, you also said, quote, we

14     apologize to everyone for our short-sight on

15     dealing with this.  Did you say that?

16     A    Yes, sir.

17     Q    Okay.  And what did you mean by

18     short-sight?

19     A    Well, you know, we were responsible to

20     the -- to the general public for everything

21     dealing with those individuals within the

22     jail, and the key was that I felt -- and this

23     was my personal feeling as well as

24     professional, I felt that the expectation from

RIVERSIDE REPORTING SERVICE

1        the general public or the loved ones from

2        those persons that were in the jail, the jail

3        is dealing with our problem, my problem is my

4        child getting out of jail, I don't want to

5        hear all these other things about why they are

6        not getting out, I want you -- you've got him,

7        you turn him aloose.

8             Well, we couldn't do that.  And that's

9        why I was apologizing.  I was apologizing

10       because there were other issues dealing with

11       releasing people other than just the system

12       identifying the court saying -- or that

13       particular court saying that he's to be

14       released.  There had to be other checks made

15       because he may have had other cases in other

16       courts that he was not to be released on.

17            So we had a number of things that were

18       going on, but Mama didn't want to hear that.

19       Q    No, I understand, but -- I get -- I get

20       your point.  Here's my question, you said our

21       short-sight on dealing with this.  Is that

22       with respect to the new computer system?

23                 MR. HORTON:  Object to the form.

24                 THE WITNESS:  Okay.  Yes.

RIVERSIDE REPORTING SERVICE

```
 1      BY MR. WATSON:

 2      Q    Okay.  Is it fair to say that -- there

 3      weren't just complaints from inmates and

 4      family members about the new computer system,

 5      there were complaints by your staff; is that

 6      correct?

 7      A    Yes, sir.

 8      Q    And they were complaining that Odyssey

 9      was not properly communicating with OMS; is

10      that correct?

11              MR. TRAMMELL:  Object to the form.

12              THE WITNESS:  Yes, sir.  That was a

13      court system -- there were complaints throughout

14      about -- yeah --

15      BY MR. WATSON:

16      Q    Do you feel --

17      A    -- that the system could mess up.

18      Q    -- that someone at the County forced upon

19      your office and your staff this new computer

20      system?

21              MR. HORTON:  Object to the form.

22              THE WITNESS:  When you say forced -- the

23      County bought it.

24      BY MR. WATSON:
```

RIVERSIDE REPORTING SERVICE

```
 1      Q    Well, you didn't believe that they should

 2      have bought it, right?

 3              MR. HORTON:  Object to the form.

 4              THE WITNESS:  Well, I don't even know

 5      when they bought it.

 6      BY MR. WATSON:

 7      Q    I'm sorry?

 8      A    I don't know when they bought it.

 9      Q    Well, I understand, but you were part of

10      a committee on whether they should implement

11      this, right?

12      A    Implementation, yes, but, when they

13      bought it, that was prior to implementation.

14      Q    Okay.  But asking now -- now that you're

15      sitting here do you believe that this is a

16      system that should have been acquired by the

17      County?

18              MR. HORTON:  Object to the form.

19              MR. CRADDOCK:  Object to the form.

20              THE WITNESS:  I think a lot of the flaws

21      now, from my understanding of the system now, have

22      been resolved to some degree, so based on the

23      operating -- the operating of the system at the

24      beginning, yes, we had some problems, and we
```

```
1        identified to the fact that we thought we should

2        hold up as far as implementing it.

3        BY MR. WATSON:

4        Q    Okay.

5        A    Because there were problems in it.

6        Q    When -- you indicated in your statement

7        here that you thought it was, quote, cancelled

8        out.  Did you mean abandoned?  What did you

9        mean by cancelled out?  I'm --

10       A    I don't -- you'd have to -- what

11       statement that says I'm canceling --

12       Q    Well, you --

13             MR. CRADDOCK:  Let me object on this

14       basis.  I -- we do have a bifurcation Order on

15       discovery, and I cannot fathom how this has

16       anything to do with class certification.  We've

17       given you a lot of latitude, but can you explain

18       to me how --

19             MR. BURNS:  Will the County stipulate

20       that there's commonality, we've established that

21       it's a common problem?  If not, then these are

22       completely appropriate.

23             MR. CRADDOCK:  We're not stipulating

24       anything.  I'm just asking how you relate this to
```

RIVERSIDE REPORTING SERVICE

```
1      class certification issues.

2               MR. BURNS:  It goes to commonality.

3               MR. WATSON:  It goes to commonality.

4      BY MR. WATSON:

5      Q    So, Mr. Moore, the statement you stated

6      was, quote, the system was cancelled out a

7      couple of months ago from start-up because we

8      identified we didn't feel it was ready to go.

9      Do you see that?  That's your statement there?

10     A    The system was cancelled out a couple of

11     months ago from start-up because we identified

12     that we didn't feel it was ready to go.

13     Q    Right.  Do you see that statement?

14     A    Okay.  Now, when -- when I say cancelled

15     out, there were times -- there were other

16     start-up dates that we had dealt with that we

17     didn't start up.

18     Q    Right.  I get it.

19     A    That's the cancelled out.

20     Q    Okay.  So, in other words, you thought --

21     you thought that -- that the new system

22     wouldn't come online until later after other

23     kinks had been worked out; is that fair?

24     A    Well -- no.  We didn't come online
```

1    earlier because of the fact that we didn't

2    feel that we were ready to start up.

3    Q    Okay.

4    A    So it's not what we're going to do.  This

5    is what we've already done.

6    Q    Okay.

7         MR. CRADDOCK:  Mr. -- I'll -- we're

8    going to take a break when you complete this area

9    of question -- when you're through with this

10   question because I want to confer with defense

11   counsel.

12        I think you've gone way beyond class

13   certification discovery, and -- so I want to

14   take a break and discuss it with defense

15   counsel, but I'm not going to interrupt you on

16   this question.

17        MR. WATSON:  Okay.  All right.

18        MR. CRADDOCK:  Are you through with that

19   question?

20        MR. WATSON:  Yeah, I'm through with that

21   exhibit.

22        MR. CRADDOCK:  Okay.

23        MR. WATSON:  Are we going -- you want to

24   take a break?

RIVERSIDE REPORTING SERVICE

```
 1              MR. CRADDOCK:  Yeah.

 2              MR. WATSON:  All right.  I guess we're

 3         going off the record at 10:19.

 4              THE VIDEOGRAPHER:  We're off the record

 5         at 10:19.

 6                   (Recess.)

 7              THE VIDEOGRAPHER:  We're back on the

 8         record at 10:34 a.m.

 9              MR. CRADDOCK:  Before we start back, let

10         me say we adjourned because I'm very concerned

11         that you're violating the -- Judge Mays' Order

12         bifurcating discovery.  I mean, the Order clearly

13         provides for bifurcation between merits and class

14         discovery.

15              I recognize Tu Pham's statements

16         that there's sometimes not clarity as when

17         you're -- when it's merits and when it's

18         class, and that's the reason we gave you

19         significant latitude at the commencement of

20         this deposition, but some of the questions

21         you've asked clearly are exclusively

22         merits-based discovery.

23              So I -- I would request that we

24         defer the merits-based discovery until there's
```

```
 1          been a ruling by Judge Mays on your issue to

 2          do away with bifurcated discovery because I

 3          think we're violating that Order right now,

 4          which is still in effect.

 5                   I would request that you agree to

 6          defer those questions until we can get an

 7          audience with The Court.  Would you agree to

 8          do that?

 9                   MR. WATSON:  Well, we don't believe

10          we're violating The Court's Order.  We believe

11          this goes to commonality as to the computer system

12          that was in effect and that was adopted as the

13          witness has testified to.

14                   So I -- all we can do is ask

15          questions, and you can make an objection, and

16          if you feel like we've overstepped, you'll

17          have to file -- you know, you'll have to tell

18          the witness not to answer.  You'll do that, of

19          course, at your own risk, but -- but we need

20          to move forward, so --

21                   MR. CRADDOCK:  Well, the other -- the

22          other option is to adjourn the deposition and

23          approach Judge Tu Pham, but we don't want to do

24          that because we want to let you have your
```

RIVERSIDE REPORTING SERVICE

1        class-based discovery.  That's the reason I'm

2        suggesting that you try to stick to class-based

3        discovery.

4              MR. BURNS:  But that is the problem.  I

5        understand where you're coming from, but that's

6        the problem, we have a disagreement on what is

7        class discovery that we can only have a Court

8        resolve.  I mean, so --

9              MR. CRADDOCK:  Well, we could -- but an

10       option is to adjourn until we get that resolved.

11       We don't want to do that.

12             MR. WATSON:  No, I get it.

13             MR. CRADDOCK:  We don't want to obstruct

14       or in any way slow down your discovery, but we

15       don't want to violate Judge -- it's actually Judge

16       Mays' Order.  We don't want to violate that, so --

17             MR. WATSON:  We'll have to challenge

18       that it's -- we certainly -- you certainly can go

19       to Magistrate Pham.  The problem he will have, and

20       I know this because he's had it in the past, is

21       he'll ask, well, what are the questions going to

22       be, I can't just rule generically X, Y and Z?  And

23       that's the difficulty for him, and I know it's the

24       difficulty for you.

RIVERSIDE REPORTING SERVICE

```
 1              So I think we just need to ask the

 2      questions, get an objection, if there is, and

 3      move on.  That's all I think we can do.

 4              MR. CRADDOCK:  Well, what we're going to

 5      do -- we're certainly not going to instruct him

 6      not to answer.  What we're going to do is we're

 7      going to object when we believe a question is

 8      violative of Judge Mays' Order, and we're going to

 9      reserve all objections in regard to that, and we

10      will decide, as this deposition goes along,

11      whether we think we're getting so far beyond the

12      parameters of Judge Mays' Orders that we need

13      instruction.  So that's the way --

14              MR. WATSON:  Okay.

15              MR. CRADDOCK:  -- we'll proceed.

16              MR. WATSON:  I understand if that's the

17      way you want to do it.

18      BY MR. WATSON:

19      Q    Mr. Moore, in preparation for your

20      deposition today, did you review any

21      documents?

22      A    No, sir.

23      Q    Okay.  Did you meet with your lawyers at

24      all?
```

1       A     Yes, sir.

2       Q     When did you meet with your lawyers?

3       A     Monday -- Tuesday.  Monday.  This past --

4       yeah, Monday.

5       Q     Okay.  Did you review any documents when

6       you met with your lawyers?

7       A     I didn't review any documents.  They may

8       have had some, but I didn't review them.

9       Q     You didn't look at anything?

10      A     No, sir.

11      Q     Okay.  Good enough.  And how long did you

12      meet with your lawyers?

13      A     Several hours.

14      Q     Several hours.  Like four or five hours,

15      six hours?

16      A     We started at, like, 9:30 in the morning

17      and -- 9:00 in the morning, and I was out

18      somewhere around noon or a little before.

19      Q     Okay.

20      A     A little after or a little before.

21      Q     Let me show you what we'll mark as

22      Exhibit Number 3.  There's a copy.

23          (Whereupon, Exhibit 3 was marked.)

24              MR. McLAREN:  Give the Bates number.

                 RIVERSIDE REPORTING SERVICE

```
 1              MR. WATSON:  Yeah, this is -- I'm sorry.

 2      The Bates number on this is SC 491127 and 1128.

 3      BY MR. WATSON:

 4      Q    Mr. Moore, this is a string of e-mails

 5      that was produced by Shelby County, and the

 6      first e-mail I'm going to direct your

 7      attention to is from Alan Lee to Steve Leech

 8      and to you, Robert Moore; is that correct?

 9      A    Yes, sir.

10      Q    Okay.  And the date's November 11, 2016;

11      is that correct?

12      A    Yes, sir.

13      Q    Now -- do you know Alan Lee?

14      A    No, sir.

15      Q    Okay.  And -- do you know what the AFSCME

16      is?

17      A    No, sir.

18      Q    Let me help you out.  Is that -- does it

19      ring a bell to you that that is the American

20      Federation of State, County and Municipal

21      Employees?

22      A    The union.  Okay.  Yes, sir.

23      Q    Right.  Are you a member -- or were you a

24      member of that union?
```

RIVERSIDE REPORTING SERVICE

```
1    A    I was a member of it when I was --

2    Q    Jail --

3    A    -- an officer.

4    Q    Okay.

5    A    But --

6    Q    Were you a member when you were Jail

7    Director?

8    A    No, sir.

9    Q    Okay.  So you have, in the past, been a

10   member of the AFSCME; is that correct?

11   A    Yes, sir.

12   Q    Okay.  And -- help me out just quickly,

13   who is Steve Leech?

14   A    He's the CEO.

15   Q    The CEO of what?

16   A    For the sheriff.

17   Q    Chief Executive Officer of the sheriff?

18   A    Yeah, yeah.

19   Q    Who does he report to?

20   A    The sheriff.

21   Q    Okay.  Who did you report to as Chief

22   Jailer?

23   A    The sheriff.

24   Q    Okay.  Who reported to you?
```

```
1      A     Everyone that worked in the jail.

2      Q     Okay.  From the line staff on up?

3      A     All the way up.

4      Q     Okay.  And -- so Mr. Leech did not report

5      to you at all?

6      A     No, sir.

7      Q     What were his duties and responsibilities

8      as CEO that were different than yours?

9      A     I -- you'll probably have to ask him --

10     Q     Okay.

11     A     -- what his duties are.

12     Q     Do you know what he did?

13     A     Well, he was the person -- he was the

14     individual who reported to the sheriff dealing

15     with all financial areas -- financial issues

16     dealing with the sheriff's office.

17     Q     Okay.

18     A     So...

19     Q     Okay.  You -- you ran the jail for the

20     sheriff, and he ran the finances; is that

21     fair?

22     A     Yes, for the sheriff's office.

23     Q     Okay.  Got it.  Okay.

24           Well, this e-mail -- and -- let me
```

1          just -- I'll read it into the record.  He

2          says, quote, Dear Mr. Leech and Chief Moore,

3          there appears to be an emerging, urgent and

4          immediate issue impacting the jail operations

5          as well as the safety and security of the

6          officers and inmates.  My office has been

7          inundated with calls and complaints regarding

8          the apparent failed launch of a new jail

9          operation -- new jail operation computer

10         system.  As a result of this glitch and no

11         known backup plan, inmates are being held

12         longer than the statutory time allowed, and

13         visitation with legal counsel, as well as

14         families, are being delayed and/or denied due

15         to the system's inability to locate inmates.

16         This system's failure has also impacted the

17         required medical treatment of inmates.

18         Embarrassingly, officers have sometimes had to

19         resort to asking inmates the location of other

20         inmates, close quote.

21              Now, the statement he made there, did you

22         find that to be true with the implementation

23         of the new computer system?

24                   MR. HORTON:  I'm going to object to the

RIVERSIDE REPORTING SERVICE

```
 1      form.  And, once again, we think this is beyond

 2      the scope of discovery.

 3              THE WITNESS:  When I look at this

 4      document --

 5      BY MR. WATSON:

 6      Q    I'm simply asking you, in that first

 7      paragraph, did you find that to be true when

 8      you -- with respect to the new computer

 9      system?

10              MR. HORTON:  Object to the form.

11              THE WITNESS:  Yes.

12      BY MR. WATSON:

13      Q    Okay.  And, in the next paragraph, he

14      states, quote, inconveniences and

15      embarrassment aside, this recent failure has

16      created an emergency and unsafe environment

17      for both our jailers and inmates.  On November

18      9, 2016, there was a major inmate disturbance

19      in the intake area.  There are growing

20      frustrations and tension by inmate who know

21      their bond is posted, yet their release is

22      denied, denial of family visits, denial of

23      access to legal counsel, as well as inmates

24      who know they have satisfied the terms of
```

```
 1      their incarceration, yet they're not being

 2      released.  Their frustration is reaching a

 3      boiling point, close quote.

 4           Again, did you find that true in

 5      connection with the adoption of the new

 6      system?

 7                MR. HORTON:  Object to the form.

 8                THE WITNESS:  I don't know --

 9                MR. HORTON:  Go ahead.

10                THE WITNESS:  I don't know of any major

11      incident -- disturbance that took place in the

12      jail --

13      BY MR. WATSON:

14      Q    Okay.

15      A    -- in November.

16      Q    Well, with that one exception, did you

17      find what he was stating to be accurate?

18                MR. TRAMMELL:  Object to the form.

19                THE WITNESS:  Okay.  I -- yeah, there

20      was frustration.  There was frustration from me

21      dealing --

22      BY MR. WATSON:

23      Q    No, I get it.

24      A    -- with various issues, but yes -- I'll
```

RIVERSIDE REPORTING SERVICE

```
1        say yes.

2        Q    Right.  I mean, there were growing

3        frustrations concerning people that had posted

4        bond and weren't getting out, correct?

5                  MR. HORTON:  Object to the form.

6                  THE WITNESS:  Yes.

7        BY MR. WATSON:

8        Q    Okay.  And there was growing frustration

9        about people not being -- having legal access

10       to counsel, right?

11                 MR. HORTON:  Object to the form.

12                 THE WITNESS:  Now, I don't -- when you

13       say having access to legal counsel, what do you

14       mean?

15       BY MR. WATSON:

16       Q    Well, whatever he says here.  He sent

17       this e-mail to you.

18       A    Well, I -- I don't ever remember reading

19       this e-mail, but -- or ever seeing it, but

20       Mr. Lee -- being one of the union officials,

21       Mr. Lee, he was -- to be perfectly honest with

22       you, I can't remember him coming in the jail

23       over twice during his small tenure being the

24       AFSCME director.
```

1    Q    Right.

2    A    So what he's --

3    Q    Well, I appreciate that, but --

4         MR. HORTON:  Let him finish answering

5    the question.

6         MR. WATSON:  I'm not asking about

7    whether he came to the jail.

8         MR. HORTON:  Well, but you -- you've

9    asked him to explain -- he has a right to explain

10   his answer.

11        THE WITNESS:  So the information that

12   I'm -- this letter that I'm reading here,

13   Mr. Leech may have seen it, but I don't ever re --

14   recall seeing this letter.

15   BY MR. WATSON:

16   Q    Okay.  But you don't deny getting this

17   e-mail, correct?

18   A    That's what I'm telling you.  I don't --

19   I don't recall ever reading this e-mail.

20   Q    Okay.  Is your e-mail Robert.Moore@Shelby

21   County-Sheriff.org?

22   A    I absolutely see that at the very top.

23   Q    Is that your e-mail, though?

24   A    It says from me.  That says from me.

RIVERSIDE REPORTING SERVICE

1    Q    Right.  Well, we'll get to that in a

2    minute.

3        Here's -- here's my question --

4    A    Okay.

5    Q    -- whether you remember getting this

6    e-mail or not that there were -- there were

7    inmates who had satisfied the terms of their

8    incarceration that were not being released?

9    That was, again, a frustration and a

10   complaint, right?

11   A    Yes, sir.

12        MR. HORTON:  Object to the form.

13   BY MR. WATSON:

14   Q    Okay.  If you'll look down on the last --

15   the third par -- or the next paragraph, he

16   states, quote, this issue is exacerbated by

17   prolonged staff shortages and command staff's

18   refusal to assign sufficient officers to

19   maintain the custody, care and control of the

20   jails.

21        The next sentence I really want to focus

22   on, and that is, quote, many of the officers

23   are not able to log into the system nor has

24   sufficient training been provided on the new

RIVERSIDE REPORTING SERVICE

1       system.  Did you find that to be true?

2                   MR. HORTON:  Object to the form.

3       BY MR. WATSON:

4       Q    It states --

5       A    Okay.  Many of the officers are not being

6       able to log into the system and -- nor has

7       sufficient training been provided on the new

8       system.  Yes.

9       Q    Okay.  He finally indicates, quote, I

10      have declined inquiries from the press and

11      have advised our local leadership to do the

12      same.  However, I urge the command staff to

13      meet with our local leaders to update them on

14      this matter, as well as hear their concerns

15      and ideas on resolution.  I proposed the

16      parties meet on November 16th.  Please advise

17      of your availability and interest in such a

18      meeting.  And -- so you see that; is that

19      correct?

20      A    Yes, sir.

21      Q    Okay.  Now, you responded to -- let me

22      back up.  This e-mail that Mr. Lee sent, on

23      November 11, is also sent to -- or CC'd to a

24      lady named Kim Koratsky.   Do you see that?

```
 1        It's on the very front page.  I'm sorry,

 2   Mr. Moore.

 3              MR. CRADDOCK:  That's not a lady.  It's

 4   Kim Koratsky.

 5              THE WITNESS:  That's Koratsky.  That

 6   was --

 7              MR. WATSON:  I didn't say it was a lady.

 8   I just --

 9              THE WITNESS:  -- the County Attorney.

10   BY MR. WATSON:

11   Q     Kim Koratsky?

12   A     Koratsky.

13              MR. WHITWELL:  Koratsky.

14   BY MR. WATSON:

15   Q     Okay.  However you want to say it, who is

16   that person?

17   A     He's a County Attorney.

18   Q     Oh, okay.  A County -- is he a prosecutor

19   or a defense lawyer, do you know?

20   A     Well, I can only tell you he's a County

21   Attorney.  I -- you know...

22   Q     Okay.  Does he work with Mr. Whitwell?

23              MR. CRADDOCK:  Well, on that, we object

24   on the basis of privilege.
```

RIVERSIDE REPORTING SERVICE

```
 1              MR. WATSON:  Did the County represent
 2       Mr. Leech?
 3              MR. CRADDOCK:  The County --
 4       Mr. Koratsky is a County Attorney.
 5              MR. WATSON:  Great.  But did they
 6       represent --
 7              MR. CRADDOCK:  I'm just objecting.  I'm
 8       trying to --
 9              MR. WATSON:  Okay.  Well, that's a silly
10       objection.
11       BY MR. WATSON:
12       Q    Mr. Moore, then you e-mailed back, on
13       November 15, 2016, quote, I think this
14       e-mail -- this meeting should wait until after
15       the meeting today.  I'm open to do whatever we
16       do.
17            So you did not want to meet with Mr. Lee;
18       is that fair?
19              MR. HORTON:  Well, I think -- at this
20       point in time, I think I do have to object to it
21       being privileged because he's -- he's e-mailing
22       Kim Koratsky, who is a County Attorney, and I
23       think, under the terms of our agreement, we have a
24       clawback.  So I'm requesting that that portion of
```

RIVERSIDE REPORTING SERVICE

1        the e-mail be clawed back.

2        BY MR. WATSON:

3        Q    Okay.  Let me inquire whether --

4        Mr. Moore, do you see here, in the e-mail you

5        sent, you CC'd Steve Leech?  Do you see that

6        on the top of the page?

7        A    Okay.

8        Q    Okay.  Mr. Leech didn't -- and you

9        CC'd --

10       A    Debra --

11       Q    -- Debra Fessenden; is that right?

12       A    Yeah.

13       Q    Okay.  Were you seeking any legal advice

14       in this e-mail?

15            MR. HORTON:  It doesn't really matter

16       whether he's seeking legal advice --

17            MR. WATSON:  Well, yeah, it does.

18            MR. HORTON:  -- because he's actually

19       e-mailing to County -- a County Attorney.  It's my

20       understanding that Ms. Fessenden is a lawyer in

21       the sheriff's department.

22            MR. WATSON:  Okay.

23            THE WITNESS:  She's a legal advisor.

24            MR. WATSON:  Well, just because a lawyer

```
1        gets CC'd on a document, Mr. Horton, doesn't mean

2        it's privileged.  There must be 30 cases that say

3        that.

4                 MR. HORTON:  Well, but --

5                 MR. WATSON:  If you want me to give them

6        to you I will.

7                 MR. HORTON:  Well --

8                 MR. CRADDOCK:  We're just objecting on

9        the basis of privilege.  That's all.  I --

10                MR. WATSON:  Okay.  All right.

11                MR. CRADDOCK:  We're not going to rule

12       on it right now.

13                MR. WATSON:  Okay.  All right.

14       BY MR. WATSON:

15       Q    Do you know what Mr. Koratsky does at the

16       County?

17       A    No, sir.  I just know he's a County

18       Attorney.

19       Q    Okay.  I guess my question is why -- why

20       did you say you didn't want to meet -- or

21       wanted to wait -- strike that.

22             You indicated there was a meeting, quote,

23       today on November 15th.  Do you -- what kind

24       of meeting was that?
```

RIVERSIDE REPORTING SERVICE

1      A     I have no idea.

2      Q     Okay.  All right.  Let me show you what

3      we'll mark as Exhibit Number 4 to your

4      deposition.

5          (Whereupon, Exhibit 4 was marked.)

6              MR. HORTON:  So was this 3?

7              MR. CRADDOCK:  Did you mark this last

8      one 3?

9              MR. WATSON:  Yes, sir, it's 3.

10             MR. CRADDOCK:  Okay.

11             MR. BUNDREN:  Mr. Watson, could you give

12     the Bates number for Exhibit 4, please?

13             MR. WATSON:  Yeah, sure.  Exhibit 4 is

14     SC 436116 through 17.  It's just a two-page

15     document.

16             THE COURT REPORTER:  Would you ask

17     them to identify themselves on the phone?

18     Because I don't know who's speaking.

19             MR. WATSON:  Was that Mr. Bundren?

20             MR. CRADDOCK:  It was.  Yes.

21             MR. BUNDREN:  Yes, sir.  I'll announce

22     myself next time.  Thank you.

23             MR. WATSON:  Thank you.

24             THE COURT REPORTER:  Thank you.

RIVERSIDE REPORTING SERVICE

```
1     BY MR. WATSON:

2     Q    Okay.  Mr. Moore, this is a -- if you'll

3     start there in the middle, there's a November

4     9, 2016 e-mail --

5     A    We're on Exhibit 4?

6     Q    Yes, Exhibit 4, right there --

7     A    Okay.

8     Q    -- on the very first page.

9     A    Okay.

10    Q    Take a look at Chris -- first of all, who

11    is Chris Floyd, do you know?

12    A    Chris Floyd, at that time, was the -- she

13    was the jail analysis person who dealt with

14    numbers and reported directly to the sheriff

15    and to Steve Leech.

16    Q    So -- you say numbers.  Like how many

17    people are in jail?

18    A    Yes, how many persons were in jail.  She

19    directly dealt with the courts and -- she had

20    a number of jobs.

21    Q    How many people had been arrested,

22    incarcerated, that kind of thing?

23    A    She had records of that kind of

24    information.
```

1      Q    Okay.  How many people would be released

2      in a particular day?

3      A    I don't know if she dealt with release at

4      all, but I know she dealt with --

5      Q    Well, I think she did.  Let's take a look

6      at the document.

7           This is an e-mail dated November 9, 2016

8      from Chris Floyd to you; is that correct?

9      A    Well, it's to me and several others, but,

10     yes, I'm on this e-mail.

11     Q    Okay.  You're the first person on the

12     list; is that fair?

13     A    Okay.

14     Q    Okay.  And -- it's also to Charline

15     McGhee.  She's a defendant in this case; is

16     that correct?

17     A    I don't know.

18     Q    Okay.  What did -- what did Charline

19     McGhee do with the County?

20     A    She was the Chief of Security.

21     Q    Did she report to you?

22     A    Yes.

23     Q    And then we have Shawna Webb at the

24     County.  What did she do?

RIVERSIDE REPORTING SERVICE

```
1    A    She's the director for our intake and

2         processing area.

3    Q    In the -- in the jail?

4    A    Yes.

5    Q    Okay.  Did she report to you?

6    A    Well, she reported to Chief McGhee, but

7         all of them reported to me.

8    Q    Okay.  And then, finally, we have Steve

9         Leech, and you indicated he was the CEO?

10   A    Yeah.

11   Q    Okay.

12   A    They all reported to me.

13   Q    Okay.  The subject line is, quote,

14        Building Disaster, close quote.  Do you know

15        what that means?

16   A    I have no idea.

17   Q    Okay.  The state -- she states to you,

18        quote, can you please review Jack Green's

19        e-mail below?  The Public Defender's office

20        brings up some concerns about inmates not

21        being brought to court, inmates with disposed

22        cases not released and inmates who are, quote,

23        lost in the system.  Do you see that?

24   A    Yes.
```

RIVERSIDE REPORTING SERVICE

1    Q    Okay.  And then you responded up top, if

2    you -- a few hours later you responded to

3    Chris, quote, Chris, yes, there are a large

4    number of problems concerning the system, but

5    through hard-working personnel like Ms. Webb

6    and her staff, we are doing the very best we

7    can.  The problem we find are system problems

8    that most of the staff do not understand and

9    cannot begin to correct until GTL gets

10   involved or our own IT personnel.  Yes,

11   sometimes it takes a time to find some

12   inmates, but there is no one lost within the

13   jail, close quote.

14        So that's what you responded to Chris

15   Floyd; is that correct?

16   A    Okay.

17   Q    And -- and you indicated there were a

18   large number of problems concerning the

19   system.  You meant the computer system; is

20   that fair?

21             MR. HORTON:  Object to the form.

22             MR. TRAMMELL:  Object to the form.

23             THE WITNESS:  Okay.  Yes, sir.

24   BY MR. WATSON:

RIVERSIDE REPORTING SERVICE

```
 1      Q    And -- so the -- one of the large

 2      problems were inmates not being brought to

 3      court, correct?

 4                MR. HORTON:  Object to the form.

 5                THE WITNESS:  That was a problem, yes,

 6      sir, one of the problems.

 7      BY MR. WATSON:

 8      Q    And inmates with disposed cases still not

 9      being released, that was another problem,

10      right?

11                MR. HORTON:  Object to the form.

12                THE WITNESS:  That was not a problem for

13      the jail.  That was a problem for the courts.  We

14      don't have anything to do with their cases.

15      BY MR. WATSON:

16      Q    Well, I'm not trying to shift blame to

17      the jail.  I'm just saying --

18      A    No, I'm --

19      Q    -- the computer problem that -- that the

20      courts weren't being -- letting people get

21      released; is that fair?

22                MR. TRAMMELL:  Object to the form.

23                MR. HORTON:  Object to the form.

24                THE WITNESS:  Well -- I don't think you
```

RIVERSIDE REPORTING SERVICE

```
1        understand the jail's role.  We are dealing with a

2        system, and the system -- the OMS system is the

3        only thing that the jail is operating under.

4        BY MR. WATSON:

5        Q     Right.

6        A     You spoke about Odyssey, and then I think

7        there's another system, and these systems are

8        supposed to be talking together to ensure that

9        an individual's case process is processed

10       properly.

11             If the other two systems is not telling

12       the OMS system, which is the jail system --

13       the only thing that the jail is operating

14       under as it relates to this, if we're not

15       getting what we need in order to address that

16       particular case, and we're talking about

17       thousands of that particular case, then we've

18       got a problem.  Now --

19       Q     There's nothing you can do?

20             MR. HORTON:  Wait.  Let him finish

21       answering the question.

22             THE WITNESS:  Now, what we will do is

23       dealing with that particular problem, or those

24       particular problems, we will refer to everybody
```

RIVERSIDE REPORTING SERVICE

```
1        and anybody who has the attitude or the
2        information that they can deal with these other
3        entities.
4               We can't go out of the jail and go
5        and try talking to all of these people, so
6        we're talking to persons who have the ability
7        to do these things and meet these folks and
8        talk to them about it.
9               Now, there are times that we met.
10       When I say we, I'm talking about all of the
11       entities.  We've met on various times, and we
12       talked about those problems -- or these
13       problems that we have, and they'll talk about
14       the problems that they've got.
15              So what we're trying to do is to
16       help work ourselves through a problem that we
17       all have identified, but none of us can fix it
18       because of the fact that all three of us are
19       working in three different -- or four
20       different elements as relates to this.
21              So, when you ask me about talking to
22       -- to Chris, Chris had the movement that she
23       could deal not only with the courts, but she
24       dealt with the DA's office, she dealt with the
```

```
 1        attorneys, she dealt with, you know, a lot of

 2        entities.

 3              So, in this case, we -- she may have

 4        been talking about one issue, and what we were

 5        dealing with was trying to get something

 6        resolved, and there may have been some names

 7        in this particular situation.  I don't know.

 8        But -- you know, you may have to ask her

 9        because she'll have to go back and research

10        it.

11        BY MR. WATSON:

12        Q    Well -- right.  What she identified was

13        not just any-ole issue but issues, quote,

14        about inmates not being brought to court,

15        inmates not -- with disposed cases still not

16        released and inmates who are lost in the

17        system.  Those were the complaints that she

18        was telling you she was getting, fair enough?

19        A    Right.

20        Q    And you were -- that was attributable to

21        this lack of communication or inability to

22        communicate from one computer system to

23        another in this new system, fair enough?

24        A    That's fair.
```

RIVERSIDE REPORTING SERVICE

```
 1      Q    Okay.

 2                 MR. HORTON:  Object to the form.

 3                 MR. TRAMMELL:  Object to the form.

 4                 THE WITNESS:  But I want you to really

 5      address something else because you used a term

 6      that I really didn't -- I don't -- and I'll be

 7      honest with you, I don't like it because it's not

 8      true.

 9                 She used the same term you just got

10      through using, that an inmate was lost in the

11      system.  The inmate is not lost.

12      BY MR. WATSON:

13      Q    Yeah, you say that here.

14      A    Okay.  Now --

15      Q    What do you mean -- I mean, they're --

16      they're in the -- they're in the jail

17      somewhere; is that fair?

18      A    Well, they're absolutely in the jail, and

19      I can -- we could probably -- we could go and

20      find that inmate because of the fact that, you

21      know, we're dealing with over -- over a

22      hundred different pods with at least 40 to 50

23      persons in a particular pod, and we had count

24      systems, and we had backup systems that we
```

1      would deal with as far as finding individuals.

2          So we had no one lost.  What we had was

3      we had problems identifying various issues

4      dealing with those inmates getting either to

5      court or wherever.

6      Q    Well, let me break that down.  So, when

7      she talks about lost, you're saying, well,

8      ultimately we could find that person --

9      A    Yeah.

10     Q    -- right?  Okay.

11     A    The person was not lost.

12     Q    Was it fair to say she was saying that

13     computer-wise they are lost?

14             MR. HORTON:  Object to the form.

15             THE WITNESS:  I don't know what she was

16     saying.  That's the reason I answered her the way

17     that I did.

18     BY MR. WATSON:

19     Q    Okay.  But, again, the new com -- what

20     you're saying here is, look, that -- if

21     Odyssey, the court's system, the court's

22     software, doesn't tell the jail, that is the

23     OMS system, that a person has served their

24     time, then you don't -- you, as the Jail

```
 1        Director, don't know that they've served their

 2        time, that's not your fault?

 3                  MR. TRAMMELL:  Object to the form.

 4                  MR. HORTON:  Object to the form.

 5        BY MR. WATSON:

 6        Q    Is that correct?

 7        A    Yes.  I -- I can -- that's a simple way

 8        of putting it.  Because there was -- there

 9        were other ways that we identified the persons

10        being released from jail, and it had nothing

11        to do with the jail as it relates to the

12        system because the court clerk would come down

13        and sign off on people being released.

14        Q    Well, the idea of this new system was you

15        didn't have to rely upon anything other than

16        the system to reflect the status of an inmate,

17        fair enough?

18                  MR. HORTON:  Object to the form.

19                  THE WITNESS:  I -- I don't think that

20        was -- that may have been a far-reaching plan, but

21        that never happened.  And I don't know if it's

22        still not -- I think the clerk still comes down to

23        sign off on that.

24        BY MR. WATSON:
```

```
1        Q    Well, I mean, because there were problems

2        with this new computer system, the -- the jail

3        and the courts had to resort to actual

4        handwritten documents; is that fair?

5        A    Yes.  The jail and the courts have always

6        dealt with -- even with JMS, even before, so

7        that -- and they still do.

8        Q    Okay.  But no question that because of

9        the problems here there was a lot of

10       handwritten information that wasn't happening

11       before, fair enough?

12                 MR. TRAMMELL:  Object to the form.

13                 MR. HORTON:  Object to the form.

14                 THE WITNESS:  When you say a lot of

15       information that was not happening before, I don't

16       know what you mean now.  Because we were dealing

17       with handwritten documents before OMS came aboard,

18       and all during my tenure, while we were still

19       dealing with OMS, we still dealt with handwritten

20       documents because that's a form of backup.

21       BY MR. WATSON:

22       Q    Okay.  Back to the computer system,

23       again, if the Odyssey system wasn't

24       effectively communicating to OMS if someone
```

RIVERSIDE REPORTING SERVICE

1          had posted a bond, then the sheriff -- the

2          jail system wouldn't know that; is that fair?

3                    MR. TRAMMELL:  Object to the form.

4                    THE WITNESS:  Yes -- no, sir.  The jail

5          system had -- the jail system in any -- we did not

6          deal with bonds.

7          BY MR. WATSON:

8          Q    Well, I'm not asking you whether you

9          dealt with bonds.  My question is --

10         A    Well, we have to deal with them based on

11         what you just said.  We don't deal with bonds.

12         That's --

13         Q    So if someone posts a bond you don't let

14         people out of jail?

15         A    Well, that has nothing to do with --

16                   MR. HORTON:  Don't mischaracterize his

17         testimony.  Let him answer.

18                   THE WITNESS:  We've got -- pre-trial

19         deals with bonds.

20         BY MR. WATSON:

21         Q    Okay.

22         A    There is a -- a process that they deal

23         with, and pre-trial is in the intake area.

24         There's an area that we have set aside for

                   RIVERSIDE REPORTING SERVICE

```
1        pre-trial in the jail in the intake area, but

2        then there's a pre-trial process outside of

3        the jail in the release area of the jail.

4        Bonds are handled directly by -- with

5        pre-trial.

6        Q    Okay.

7        A    And what pre-trial do is, if they get a

8        bond, there's a window that they will bring us

9        a copy of their signing off on a bond and says

10       that this person is to be released.

11            If we don't get that document -- and it's

12       dated, and it's timed.  If we don't get that

13       document, no, he's not going to be released.

14       Q    Okay.  Well, Chris Floyd, in Exhibit

15       Number 4, is attributing problems with people

16       whose cases have been disposed of that they're

17       not being released, and you understood that

18       was a computer problem, fair enough?

19       A    Yes.

20       Q    Okay.  And you also understood that there

21       were times -- I mean, there are times where

22       people get arrested and there's a preset bond

23       for that charge, fair enough?

24       A    Right.
```

RIVERSIDE REPORTING SERVICE

```
1      Q    Okay.  And there was also a problem with

2           the computer system reflecting whether someone

3           had a preset bond, fair enough?

4      A    Okay.

5      Q    I'm asking you.  Is that fair?

6      A    Well --

7      Q    Did you experience that?

8      A    Even if it was a preset bond from the

9           courts, the court clerk's office has got to

10          tell us that that person is to be released.

11          And it's not necessarily through the computer.

12              They're going to come down twice a day

13          and they're going to sign off on our logs

14          telling us who is -- are to be released based

15          on the various courts.  That's the court

16          clerk's office, and that was the process.  And

17          it did not change.

18     Q    Okay.  Well -- but your computer wasn't

19          reflecting people had a preset bond, fair

20          enough?

21     A    Fair enough.

22     Q    Okay.

23              (Whereupon, Exhibit 5 was marked.)

24     BY MR. WATSON:
```

RIVERSIDE REPORTING SERVICE

1      Q    Let me show you what we've marked Exhibit

2      Number 5 to your deposition.  And Exhibit 5 is

3      a follow-up to --

4              MR. McLAREN:  Frank, they're going to

5      want to know the Bates stamp.

6              MR. WATSON:  Oh, I'm sorry.  Exhibit 5

7      is SC -- SC 272747 through 48.  It's a two-page

8      document.

9      BY MR. WATSON:

10     Q    Mr. Moore, this is a follow-up e-mail

11     after your November the 9th e-mail.  There's

12     an e-mail back from Chris Floyd that says

13     thanks for your response.  And then Chris --

14     or then Steve Leech e-mails to you and to

15     Chris Floyd and Charline McGhee and Shawna

16     Webb, again the subject's Building Disaster.

17     Do you see that?

18     A    Yes.

19     Q    And he says, quote, Chris, yes, there are

20     problems with the changeover to the new

21     system.  There have been problems with

22     judicial, pre-trial, warrants, bonds, et

23     cetera, close quote.  Do you see that?

24     A    Okay.

                    RIVERSIDE REPORTING SERVICE

```
 1       Q    So it's fair to say that Mr. Leech is

 2       attributing problems with judicial, pre-trial,

 3       warrants, bonds, et cetera to the new system;

 4       is that fair?

 5                 MR. HORTON:  Object to the form.  I

 6       don't know how he can testify what he thinks.

 7       BY MR. WATSON:

 8       Q    Every question I'm going to ask you,

 9       Mr. Moore, is to what you think.

10       A    Okay.

11       Q    Do you agree with that?

12       A    Okay.

13       Q    Now, he goes on to say, in addition, MPD

14       decided to do a saturation at the same time.

15       We notified MPD of our system change.  They

16       ignored it and arrested many misdemeanors on a

17       several day saturation operation.  Chief

18       Bonner is calling Rallings to see if he can

19       hold off for a couple of weeks.  The intake

20       area is quite busy with being able to house

21       the increase, but they are doing an excellent

22       job under the circumstances.  I would suggest

23       that you should have been part of the

24       changeover rather than someone looking at it
```

1       from afar, close quote.

2            So Mr. Leech is indicating that someone

3       from -- strike that.  Who is Chief Bonner?

4       A    He's now the sheriff.

5       Q    Well, I understand that, but who was he

6       then?

7       A    He was the Chief Deputy.

8       Q    Of the jail?

9       A    For the sheriff's office.

10      Q    Oh, for the sheriff.  Okay.  All right.

11      So he was going to call Rallings.  Who is

12      that?

13      A    He was the Director of the Memphis Police

14      Department.

15      Q    Okay.  So he was going to call

16      Mr. Rallings to hold off.  Hold off doing

17      what, do you know?

18      A    If they could, some of the saturations

19      that they were dealing with.

20      Q    In other words, basically what -- what

21      Mr. Leech, on behalf of the County, was

22      telling --

23      A    No, based on -- Mr. Leech was acting on

24      behalf of the sheriff's office.

```
1       Q     Okay.  So Mr. Leech, on behalf of the

2       sheriff's office of the County, was -- was

3       indicating that the sheriff's office was going

4       to ask the MPD to stop arresting people

5       because there was a problem with the computer

6       system?

7       A     It had nothing to do with arresting

8       people.  It was based on them having

9       saturations.

10            There's a difference in arresting people

11      for various charges that they really are

12      supposed to be dealing with, but saturations

13      is that -- if they go out and -- let's just

14      say there's a meeting to say, you know,

15      there's too much -- too many persons on these

16      corners begging or soliciting for funds, and

17      there's an order that, hey, we want to

18      eliminate them, we want to back them up, we

19      want to move them off the streets for a

20      while -- you aren't going to stop them, but

21      you're going to move them off, so we want to

22      get them out of -- so every police officer is

23      instructed to do various things to deal with

24      that particular problem from the police
```

1          department, not from the sheriff's office.

2          Because the sheriff's officers won't be there.

3          Not from Germantown or not from Collierville,

4          just the Memphis Police Department.

5               Well, them officers will get out and

6          they -- they may arrest 150 people for nothing

7          but being on those corners soliciting.  And

8          where do they bring them to?  They're going to

9          bring them to the jail.

10              Well, the process is that 97 percent of

11         them will have a hundred dollar bond.  And not

12         a one of them can pay the hundred dollar bond,

13         so now we've got a -- until -- for several

14         days we're going to have all of those guys in

15         with the real arrests that are still going on.

16         And they're going on not only in Memphis, but

17         they're going on in all of the other

18         municipalities throughout.

19    Q    So, given the problems with the new

20         computer system, what -- the sheriff's office

21         was making a plea to the MPD don't do your

22         saturations and bring a bunch of people down

23         here because we can't handle it; is that fair?

24              MR. HORTON:  Object to the form.

```
 1                    THE WITNESS:  Okay.  Yes.  At this time.

 2              (Whereupon, Exhibit 6 was marked.)

 3         BY MR. WATSON:

 4         Q    Mr. Moore, let me show you what I've

 5         marked as Exhibit 6 to your deposition.  This

 6         is a compilation of documents.  The Bates

 7         stamp numbers are SC 314214 through 314227.

 8              And this is a document that the County

 9         produced.  It's called Meeting Agenda OMSe

10         Steering Committee.  Do you see that?

11         A    Yes, sir.

12         Q    Now, you were on the steering committee;

13         is that correct?

14         A    Yes, sir.

15         Q    What was the purpose of the OMS steering

16         committee?

17         A    To address the OMS issues as it relates

18         to the various systems that you see identified

19         here, how it worked or how is it going to

20         work.

21         Q    Well, I mean, this was a committee that

22         was tasked with -- with ensuring that the OMSe

23         system was ready to go when it went live; is

24         that fair?
```

```
1        A     We were tasked to address all of the

2        issues in our specific areas dealing with

3        OMSe.  We weren't tasked to make sure that

4        everything worked.  We were tasked to address

5        our immediate concerns as relates to the

6        system because we didn't have the authority,

7        on the tail end, to deal with one way or the

8        other whether it was going to be implemented

9        or not.

10       Q     Who made that decision?

11       A     You'll have to ask someone higher than

12       me.

13       Q     Beyond your pay grade?

14       A     Yes, sir.

15       Q     Okay.  When did you first learn that the

16       County was going to move to the new computer

17       system?

18       A     Oh...  That's a hard time for me to tell

19       you because we met in smaller groups dealing

20       with the idea that we were going to get a new

21       system, and that -- that was maybe a year in

22       advance.  I mean, you know --

23       Q     Okay.

24       A     -- so -- so we -- for me to tell you when
```

RIVERSIDE REPORTING SERVICE

```
 1        this -- when this committee was formalized, I
 2        think, is probably the key to that.  And you
 3        would have to talk to IT about that.
 4        Q    Well, I guess -- did you play any part in
 5        the decision to actually acquire what we call
 6        the new computer system?
 7        A    No, sir.
 8        Q    Okay.  That was -- somebody else made
 9        that decision.  How did you come to get on
10        this OMS steering committee?
11        A    Because the system was going to affect
12        the jail in a major -- in a major way.
13        Q    Okay.  So somebody told you at some
14        point, hey, guess what, whether you like it or
15        not, the jail's getting this OMSe system and
16        you're going to have to work with it; is that
17        fair?
18        A    No.  No, that's not fair.  I don't
19        think -- I don't think that's the way it come
20        about.  I think -- the way it came about was
21        that all of the areas that were to be
22        addressed with this new system, there were
23        meetings prior to the system even being
24        brought to us.
```

RIVERSIDE REPORTING SERVICE

```
1      Q    You didn't participate in those?

2      A    I may have.

3      Q    Okay.

4      A    You know, I may have.  But -- it was not

5      about me having the knowledge to say, well,

6      no, that's not going to work or that -- this

7      is just talking about a new system.  And I can

8      assure you that coming with the new system it

9      was going to do a lot more than what it was

10     finally doing, so...

11     Q    Right.  The concept behind the new

12     computer system was that the computer system

13     would be able to talk to a number of agencies

14     that the old system couldn't; is that fair?

15          MR. HORTON:  Object to the form.

16          THE WITNESS:  I don't think that's fair

17     because JMS talked to all of the other systems

18     prior to this, and I -- I think it was going to be

19     a better communications process, not that the old

20     one wasn't doing some form of communication that

21     worked.  The OMSe system was going to be better,

22     and I -- that was the -- that was the primary goal

23     for that system.

24     BY MR. WATSON:
```

RIVERSIDE REPORTING SERVICE

```
1      Q    Okay.  So you just -- you thought it was

2      going to be better.  I guess -- what was your

3      understanding of how it would be better?

4      A    Oh, now, you'd have to get an IT person

5      to kind of break that down for you.

6      Q    Well, no, I'm talking about your

7      understanding.  What was your understanding as

8      to why this would be a better system?  I think

9      you may have said communication was better,

10     but I don't know.

11     A    Well, I mean, yes, communication is

12     not -- it was not verbal communication, it's

13     system communication.

14     Q    Right.

15     A    So it was going to be a better process.

16     It was going to work better than what JMS was

17     doing.  And they identified some particular

18     points that it would do.  I can't tell you

19     what they were now, but...

20     Q    Okay.  If you can turn to the second to

21     last page in -- if you can turn to the second

22     to last page here.  First of all, do you know

23     whose handwriting this is on this document?

24     A    No, sir.
```

RIVERSIDE REPORTING SERVICE

1        Q    It's not yours?

2        A    No, sir.

3        Q    Okay.  Let me -- you'll see, on the

4    second to last page, which is 314226, there's

5    some handwritten names, Booker, Barber,

6    Lieutenant Ross, Keva, Moten, Hymon, Adair and

7    Webb.  Do you see those names?

8        A    Yes, sir.

9        Q    Who are those folks?

10       A    They were supervisors or part of the

11   training -- the training process that was in

12   the jail dealing with this system.

13       Q    Now, this is a steer -- this document --

14   this particular document we're looking at

15   reflects an OMSe steering committee meeting.

16   It says issue date July 21, 2016; is that

17   correct?

18       A    Uh-huh.

19       Q    And are -- those people that are

20   handwritten names there, were they in

21   attendance in that meeting along with you?

22       A    Yes, sir.

23       Q    Okay.  And someone has written, quote,

24   and I'm going to try to read this as best I

RIVERSIDE REPORTING SERVICE

1        can, Chief Moore concerned about open

2        something resolved by go live.  Okay with

3        delay in going back to commission instead of

4        going live with error and major something

5        release in error.  Go public.

6             Did you -- I don't know if I read that

7        correctly or not.  It also says, quote, no one

8        understands what the system is supposed to do,

9        close quote.

10            Did you make a statement that no one

11       understood what the system was supposed to do?

12                 MR. TRAMMELL:  Object to the form.

13                 THE WITNESS:  No.

14                 MR. TRAMMELL:  I'm struggling to see how

15       this has anything to do with class certification.

16                 MR. WATSON:  If nobody knew how -- how

17       the system was done, then everybody in the class

18       got affected the same way.

19                 MR. TRAMMELL:  That's -- that doesn't

20       answer my question.

21                 MR. WATSON:  I just answered it.

22                 MR. TRAMMELL:  This is a merits-based

23       question.

24                 MR. WATSON:  You can object.

RIVERSIDE REPORTING SERVICE

```
 1                    MR. TRAMMELL:  Object.

 2      BY MR. WATSON:

 3      Q    Mr. Moore, did you have any concern about

 4      the computer system not going to be ready to

 5      roll and to properly handle all of the

 6      arrestees that were being brought to the

 7      Shelby County Jail?

 8      A    Yes, sir.

 9                    MR. HORTON:  Object to the form.

10                    MR. TRAMMELL:  The same objection.

11      BY MR. WATSON:

12      Q    And what were those concerns?

13                    MR. McLAREN:  I'm sorry.  I didn't hear

14      the answer.

15                    MR. WATSON:  I think he said yes, sir.

16      BY MR. WATSON:

17      Q    That was a yes?

18      A    What, on the -- I had concerns about the

19      system --

20      Q    Yeah.

21      A    -- going live?

22      Q    Yes.

23      A    Yes, sir.

24      Q    And why did you have system -- concerns
```

RIVERSIDE REPORTING SERVICE

1      about the system going live?

2                   MR. TRAMMELL:  The same objection.

3                   THE WITNESS:  Well...  One of the things

4      that's not addressed here is what we were doing

5      preparing for the system to go live.

6      BY MR. WATSON:

7      Q    Okay.  Let me ask the question again, and

8      listen to it.  What were your concerns about

9      the system going live?

10                  MR. TRAMMELL:  The same objection.

11                  MR. HORTON:  Object to the form.

12                  THE WITNESS:  We didn't have everything

13     that we needed to -- to work with the new system

14     from our point of view.

15     BY MR. WATSON:

16     Q    And if you didn't have everything to work

17     with the new system, then it was your concern

18     the new computer system wouldn't work, right?

19                  MR. HORTON:  Object to the form.

20                  MR. TRAMMELL:  The same objection.

21                  THE WITNESS:  I didn't say it wouldn't

22     work.  I said we, the jail, didn't have everything

23     that we felt we needed to make the system do what

24     it was supposed to do in the jail.

RIVERSIDE REPORTING SERVICE

1      BY MR. WATSON:

2      Q    Right.  And -- so it's fair to say that

3      you sort of predicted the problems that came

4      up, right?

5                MR. HORTON:  Object to the form.

6                THE WITNESS:  No, I wasn't predicting.

7      I was just giving information based on what we

8      were dealing with.

9      BY MR. WATSON:

10     Q    Okay.  If you can turn to the next

11     to last -- or the very last page of this

12     document.  This is, I guess, a continuation of

13     the July 21, 2016 meeting.  Do you see at the

14     very top it says Ed will report something

15     for -- I can't read that, but the next

16     handwritten thing says conversion-bond set

17     issues; release not ready yet, PH.  Do you see

18     that?

19     A    Are you reading from the right side?

20     Q    Yes, sir.  It's a handwritten note.

21     A    Okay.  The conversion-bond set -- yeah.

22     Okay.

23     Q    Bond set issues; release not ready yet,

24     PH.  What's PH, do you know?

1       A    I have no idea.

2       Q    Okay.  Were there discussions in the

3       steering committee that the -- the bond --

4       there were going to be bond set issues and

5       releases were not ready yet?

6                MR. HORTON:  Object to the form.

7                MR. CRADDOCK:  Fact -- also fact-based.

8                THE WITNESS:  During these meetings

9       and -- everyone that's titled or identified as

10      agencies in these meetings were there.

11      BY MR. WATSON:

12      Q    No, I understand that.

13      A    And, upon their being there, everyone had

14      a voice, or had the responsibility to have a

15      voice, and if it was someone dealing with

16      bonds out of the pre-trial area, then what

17      they did was they would speak up and they

18      would say what their concerns were.

19      Q    Okay.

20      A    Whether they were positive or negative.

21      Q    Okay.  Well, one of -- one of the

22      concerns voiced by somebody, at the steering

23      committee meeting, was that there -- there

24      were bond set issues and release not ready; is

                RIVERSIDE REPORTING SERVICE

1        that correct?

2                    MR. HORTON:  Object to the form.

3                    THE WITNESS:  That's what it says.

4        BY MR. WATSON:

5        Q    Okay.

6            (Whereupon, Exhibit 7 was marked.)

7        BY MR. WATSON:

8        Q    Let me show you what I'll mark as

9        Exhibit 7.  Exhibit 7 is Bates stamped SC

10       489754 through 489756.

11           Okay.  Let's start at the second page,

12       because this is an e-mail string, and I

13       apologize, you have to start at the last page.

14       And it's a -- it's from Audrey L. Townsel.

15       Who is Audrey L. Townsel?

16       A    At that point, she was one of the medical

17       provider managers or supervisors.

18       Q    In the jail?

19       A    Well, I don't know whether she was

20       working in the jail or working

21       administratively for the -- the company.  She

22       was working for the company, so whether she

23       was actually in the jail or one of the company

24       spokespersons I can't -- I don't know.

RIVERSIDE REPORTING SERVICE

```
1        Q    You mentioned company.  I see, on the

2        very last page, she's got her name, Regional

3        Operations Manager, Jail Division, Tennessee

4        and LA.  And then -- it's a company called

5        Correct Care Solutions?

6        A    Yes.

7        Q    What does that company do?

8        A    They're the medical providers for the

9        inmates in the jail.

10       Q    Okay.  So the jail contracts out with

11       Correct Care Solutions; is that correct?

12       A    No.  The health department contracts out

13       with them.

14       Q    Okay.  And brings them in to handle

15       inmate medical needs?

16       A    Right.

17       Q    Okay.  And she has e-mailed Bill Kissel

18       and Chris Bove.  Do you see that?

19            MR. HORTON:  Well, I've got to ask,

20       Frank -- I'm a little confused.  There's no

21       allegation that any inmate did not get adequate

22       medical care, so I don't quite understand the

23       relevance of this document.

24            MR. WATSON:  We'll get to it.
```

RIVERSIDE REPORTING SERVICE

```
1       BY MR. WATSON:

2       Q    Okay.  The e-mail states to -- from

3       Audrey Townsel to Bill Kissel and Chris Bove,

4       quote, complete chaos in the jail, and it's

5       going to take at least another couple of weeks

6       to get things settled.  It's really bad.

7       Luckily, the health department is giving us

8       our space and being supportive.  They told me

9       to track overtime and they're going to have

10      the County reimburse us.  Do you see that?

11      A    The second page?

12      Q    Yes, sir.

13      A    Okay.

14      Q    Okay.  Where I'm going is the very first

15      e-mail at the top on Exhibit 1 is from a -- is

16      Debra --

17               MR. HORTON:  Exhibit what?

18               THE WITNESS:  Exhibit 7?

19      BY MR. WATSON:

20      Q    Seven.  I'm sorry, Exhibit 7.  Is Debra

21      Fessenden to you and others; is that correct?

22               MR. CRADDOCK:  We object on the basis

23      it's all fact-based, no class discovery.

24               MR. WATSON:  Class discovery is
```

RIVERSIDE REPORTING SERVICE

1    fact-based.

2              MR. WHITWELL:  Merit-based.

3              MR. CRADDOCK:  Merit-based.

4              MR. WATSON:  Okay.

5              MR. CRADDOCK:  Thanks for clarifying.

6              MR. TRAMMELL:  What does this have to do

7    with class discovery?

8              MR. BURNS:  I thought we were just going

9    to object and no --

10             MR. WATSON:  Yeah, why don't you just

11   object, Mr. Trammell, instead of interrupting.

12             MR. TRAMMELL:  Because all this is is

13   just merits-based.

14             MR. WATSON:  Well, you know, you can

15   object.  You can --

16             MR. TRAMMELL:  I'm objecting --

17             MR. WATSON:  Okay.  That's --

18             MR. TRAMMELL:  When are you going to get

19   to the class questions?

20             MR. WATSON:  I'm getting ready to.

21   BY MR. WATSON:

22   Q    Mr. Moore, you got this e-mail; is that

23   correct?

24   A    Okay.  My name is on it, so -- I --

                RIVERSIDE REPORTING SERVICE

```
 1       Q     Who is Debra Fessenden?

 2       A     Debra -- she was the legal advisor for

 3       the sheriff.

 4             MR. CRADDOCK:  Also I object on the

 5       basis of attorney-client privilege.

 6       BY MR. WATSON:

 7       Q    She says, quote, I'm so sorry.  It's a

 8       difficult time for all.  Please know the

 9       sheriff resisted this for as long as possible.

10       There was no failure to predict the issues

11       that have arisen, close quote.  Do you see

12       that?

13       A     Yes, I read it.

14       Q     Is that true?

15             MR. TRAMMELL:  Objection; merits-based.

16             MR. HORTON:  Object to the form.

17             THE WITNESS:  You'll have to ask -- I

18       mean -- we've identified that we had some

19       problems, and I think that's the only thing she's

20       saying.

21       BY MR. WATSON:

22       Q    Well, she says in here that the sheriff

23       resisted this for a long time.  Is it accurate

24       to say that the sheriff resisted the
```

RIVERSIDE REPORTING SERVICE

1        utilization and implementation of the new

2        computer system?

3                MR. HORTON:  Object to the form.

4                MR. TRAMMELL:  Object to the form;

5        merits-based.

6                THE WITNESS:  You'll have to ask the

7        sheriff that.  You know, I mean --

8        BY MR. WATSON:

9        Q    Well, I mean, did you hear that?

10       A    I -- I told the sheriff that, you know,

11       we had some problems with the system that

12       you -- you've identified that in a number of

13       cases here.

14       Q    Well, we'll depose Ms. Fessenden, but

15       what -- your understanding was that the

16       sheriff -- that she was stating the sheriff

17       had resisted going to the new system; is that

18       fair?

19               MR. HORTON:  Object to the form.

20               THE WITNESS:  I don't know what the

21       sheriff resisted.

22       BY MR. WATSON:

23       Q    I'm asking your understanding.

24       A    Well, no, I don't -- I don't --

                RIVERSIDE REPORTING SERVICE

```
1      Q    You had no understanding of this

2      document?

3      A    I -- I can't speak for the sheriff.

4      That's what I'm saying.  This is the legal

5      advisor of the sheriff talking about the

6      sheriff --

7      Q    Okay.

8      A    -- and I absolutely can't get involved in

9      what's --

10     Q    Well, Ms. --

11     A    -- going on there.

12     Q    Well, Ms. Fessenden says there was no

13     failure to predict the issues that have

14     arisen.  Do you know what she means by that?

15               MR. HORTON:  Object to the form.

16               THE WITNESS:  No, sir.

17               MR. CRADDOCK:  That would be speculation

18     also.  I mean --

19               THE WITNESS:  No, sir.

20               MR. CRADDOCK:  -- this is getting into

21     major speculation.

22               THE WITNESS:  No failure to predict the

23     issues that have been arisen -- that have arisen.

24     No, sir.
```

```
 1     BY MR. WATSON:

 2     Q    Well, in connection with your -- your

 3     position on the steering committee, were there

 4     any people predicting, look, if we go to this

 5     new system it's not going to work, it's going

 6     to be a problem?

 7               MR. HORTON:  Object to the form.  This

 8     is -- this is still merits-based.  These are not

 9     class questions.

10     BY MR. WATSON:

11     Q    You can answer.

12     A    I think you've read where one of these on

13     the steering committee that I -- I -- the Jail

14     Director says that -- someone says that I said

15     that, you know, hey, maybe we need to wait

16     before this happens, and there's a reason,

17     because of the fact that the jail part of this

18     process is not doing what we think it ought to

19     do.

20     Q    Okay.  Now, let's get back to the -- the

21     new computer system didn't treat somebody

22     different because they're rich, right?

23     A    No, sir, I don't think --

24     Q    The jail system didn't treat anybody
```

RIVERSIDE REPORTING SERVICE

```
1          different because they're black or white,

2          right?

3          A    No, sir.  You're saying the OMS system?

4          Q    Yeah, the OMS system.

5          A    Okay.

6          Q    Right.  The system that -- the software

7          that you had at the jail didn't treat anybody

8          differently with respect to their individual

9          cases, right?

10         A    No, sir, not that I could -- no, not --

11         Q    Okay.  So, when there was a problem with,

12         for example, you know, a preset bond or a

13         release, the computer just generically did

14         that across the board, fair enough?

15                  MR. HORTON:  Object to the form.

16                  THE WITNESS:  I'm going to have to

17         assume that it did because I don't have any -- the

18         jail system had nothing to do with the bonds.

19         BY MR. WATSON:

20         Q    Right.  Well -- in other words, there

21         was -- there's no evidence that the lack of

22         release or any bond problems had anything

23         other than to do with the new computer system,

24         fair enough?
```

RIVERSIDE REPORTING SERVICE

1              MR. HORTON:  Object to the form.

2              MR. TRAMMELL:  Object to the form.

3              THE WITNESS:  Okay.

4     BY MR. WATSON:

5     Q    Is that fair enough?

6     A    Yes, sir.  I guess...

7              MR. WATSON:  Why don't we take a five

8     minute break.

9              MR. HORTON:  Sure.

10             THE VIDEOGRAPHER:  We're off the record

11    at 11:29.

12                  (Lunch recess.)

13             THE VIDEOGRAPHER:  We're back on the

14    record at 12:40 p.m.

15    BY MR. WATSON:

16    Q    Mr. Moore, we're back from a lunch break,

17    and I pulled out Exhibit 4 because I did have

18    a question back on it that we were looking at.

19         In the very first page of Exhibit 4 right

20    there in front of you, you state, quote, the

21    problem we find are system problems that most

22    of the staff do not understand and cannot

23    begin to correct until GTL gets involved or

24    our own IT personnel.  I think you said

RIVERSIDE REPORTING SERVICE

1        personal, but you meant personnel I assume; is

2        that correct?

3        A    Yes.

4        Q    Okay.  GTL, who is that?

5        A    That's the company that the system was

6        either purchased from or the system -- that

7        owns it or something.

8        Q    And is that the OMS system you're talking

9        about?

10       A    Yes.

11       Q    Okay.  All right.  So is -- does Global

12       Tel Link ring a bell?

13       A    Yeah, looks like -- sounds like it.

14       Q    Sounds like it?

15       A    Yeah.

16       Q    Okay.

17       A    It sounds like the same name.

18       Q    Okay.  So it was your understanding that

19       the problems that -- that you were

20       experiencing that we've talked about that

21       Global Tel would need to get involved, or at

22       least Shelby County's IT department, which was

23       outside the jail, would have to get involved

24       to fix those; is that correct?

RIVERSIDE REPORTING SERVICE

```
 1                    MR. HORTON:  Object to the form.

 2                    THE WITNESS:  Yes.

 3          BY MR. WATSON:

 4          Q    Okay.  And did GTL get involved in the

 5          OMS system to try to repair the -- the

 6          systemic problems we've been talking about?

 7          A    Yes, on --

 8                    MR. TRAMMELL:  Object to the form.

 9                    MR. HORTON:  Go ahead.

10                    THE WITNESS:  Yes, on several

11          occasions -- well, they -- they were there I'm

12          going to say at least 75 to 80 percent of the

13          time.

14          BY MR. WATSON:

15          Q    Global Tel Link was?

16          A    Yeah.

17          Q    Now, help me out, did -- Global Tel Link,

18          did they -- I know they created the OMS

19          software; is that -- is that correct?

20          A    Yes.

21          Q    Did that get sold to the County?

22          A    You'll have to ask IT.

23          Q    You don't know?  Okay.

24          A    Yeah.
```

RIVERSIDE REPORTING SERVICE

```
 1      Q    Okay.  Fair enough.  Do you understand

 2      that GTL also operated the telephones for the

 3      inmates?

 4      A    Yes.

 5      Q    Okay.  And they got paid to do that; is

 6      that correct?

 7      A    Yes, sir.

 8      Q    Okay.  Did they share a commission with

 9      the County as to payments made by inmates or

10      their families?

11      A    That is my --

12             MR. TRAMMELL:  Object to the form.  I

13      don't -- I don't represent GTL, but what does this

14      have to do with this lawsuit?

15             MR. WATSON:  You know, let me refer you,

16      Mr. Trammell, since you have these questions, to

17      Driver vs. Marion County Sheriff, 859 F.3d 489 at

18      Page 459.  This -- this fact is specifically

19      addressed.

20             MR. TRAMMELL:  Why don't you read the

21      fact to us, please.

22             MR. McLAREN:  Can we just move on?

23      We're --

24             MR. WATSON:  Yeah, let's just move on.
```

RIVERSIDE REPORTING SERVICE

1      I mean --

2              MR. McLAREN:  -- getting into legal

3      argument.

4              MR. TRAMMELL:  Okay.  Thank you.

5      BY MR. WATSON:

6      Q    But you're unaware of whether the County

7      bought the -- strike that.  Are you aware of

8      whether or not the County cut a deal

9      essentially where they got the OMS software

10     for free in exchange for allowing GTL to run

11     the phone system?

12             MR. HORTON:  Object to the form.

13             MR. CRADDOCK:  It's also merits-based.

14     BY MR. WATSON:

15     Q    Are you aware of that either way?

16     A    No, sir.

17     Q    Okay.  Good enough.  We can put that away

18     to get it out of your hair.  Thank you, sir.

19         (Whereupon, Exhibit 8 was marked.)

20     BY MR. WATSON:

21     Q    Let me show you what I'll mark as

22     Exhibit 8 to your deposition.  And I've got

23     one for you.

24         Exhibit 8 is SC 274878 through 79, and

                RIVERSIDE REPORTING SERVICE

1        this is an e-mail from Keva Walton, on

2        November 21, 2016, to you, Charline McGhee,

3        Debra Hammons and Amos Harrison; is that

4        correct?

5        A    Yes, sir.

6        Q    Okay.  And the subject matter is OS --

7        excuse me, OMSe issues.  Do you see that?

8        A    Yes, sir.

9        Q    Now, help me out, Keva Walton, what was

10       her position at the -- in Shelby County?

11       A    Keva Walton was a sergeant in the jail

12       that was assigned to the training process for

13       the new system of OMSe.

14       Q    Did she report to you?

15       A    I mean -- she's a sergeant.  No, she

16       reported to a -- she reported to Chief McGhee

17       and to Debra Hammons, but all of them reported

18       to me.

19       Q    Yes, sir.  Okay.  So she has sent this to

20       you and to her direct superiors.  Take a look

21       at the attached document that states Re: OMSe.

22       Is that correct?

23       A    Yes.

24       Q    And she says, quote, Chief Moore, there

RIVERSIDE REPORTING SERVICE

```
 1        are still some concerns with OMSe that will

 2        continue to greatly impact the jail.  These

 3        concerns include but are not limited to,

 4        Number 1, Interfaces-OMSe works well by

 5        itself, as does Odyssey, the court's new

 6        system.  However, these two systems are not

 7        designed to work alone.  Odyssey is

 8        responsible for feeding OMSe with court and

 9        bond information.  However, it is not.  This

10        has been an issue even prior to Go Live.  This

11        affects an inmate's release time.  Even if the

12        bond is posted, we are unable to see it in

13        OMSe.  Do you see that?

14        A    Uh-huh.

15        Q    Is -- was that your understanding, what

16        she's reflected in this memo was happening in

17        connection with the new computer system?

18             MR. HORTON:  Object to the form.

19             MR. TRAMMELL:  Object to the form.

20             THE WITNESS:  And -- yes, that's part of

21        it.

22        BY MR. WATSON:

23        Q    Oh, I mean, there are other parts I

24        understand --
```

RIVERSIDE REPORTING SERVICE

1      A    Yeah.

2      Q    -- but, I mean, this is a consistent

3    complaint that was happening and you were

4    receiving from your -- from your inferiors; is

5    that correct?

6      A    Yes.

7            MR. HORTON:   Object to the form.

8    BY MR. WATSON:

9      Q    And the -- the complaint that inmates

10    weren't being released because Odyssey was not

11    reflecting bond and court information is

12    something that judges also complained about;

13    is that correct?

14      A    Yes.

15      Q    And that's something that inmates

16    complained about, correct?

17      A    Okay.  Yes.

18      Q    Or their lawyers?

19      A    Yeah.

20      Q    And their family members complained about

21    it, right?

22      A    Yes.

23      Q    And, in fact, because of these problems

24    with the new computer system, the courts had

                 RIVERSIDE REPORTING SERVICE

1      to resort to an alternative way to

2      communicate --

3                  MR. TRAMMELL:  Object to the form.

4      BY MR. WATSON:

5      Q    -- correct?

6                  MR. TRAMMELL:  That's also a

7      merits-based question.

8                  MR. WATSON:  Read the case.

9                  MR. TRAMMELL:  It's a merits-based

10     question.

11                 MR. WATSON:  Read the case.

12     BY MR. WATSON:

13     Q    Go ahead.  You can answer.

14     A    I'm lost.

15                 MR. WATSON:  Can you read back the last

16     question?

17                 MR. TRAMMELL:  I think we all are.

18                 THE COURT REPORTER:  The question --

19                 MR. BURNS:  It will all become clear.

20       (Whereupon, the requested question was

21        read back by the court reporter.)

22                 MR. TRAMMELL:  Object to the form.

23                 THE WITNESS:  Yes.

24     BY MR. WATSON:

                    RIVERSIDE REPORTING SERVICE

1       Q    Now, if we go down to Number 2, she talks

2       about, quote, Medical Interface.  And I just

3       want to focus on the last sentence in that

4       paragraph.  She states, quote, OMSe is

5       currently reporting that we have seven inmates

6       who receive special diets.  However, Aramark

7       reported 261.  Do you see that?

8       A    Yes.

9       Q    So --

10           MR. HORTON:  Once again, I'm going to

11      object.  I don't see what -- that as an issue.

12      There's no claim regarding the lack of medical

13      care or treatment in the Complaint.

14      BY MR. WATSON:

15      Q    That was a systemic problem with the new

16      computer system, correct?

17      A     Yes.

18      Q    Okay.  And -- let's go down to Number 3,

19      quote, Warrants-There was an error during the

20      data conversion process the (sic) causes

21      inaccurate warrant information to appear and

22      certain information not to appear at all.

23      Some warrants that have been cleared are now

24      showing as active, which affects release as

RIVERSIDE REPORTING SERVICE

1    well as jail visitation.  Before an inmate can

2    be released, we must ensure that he/she has no

3    active warrants.  However, with this issue, we

4    must double-check to make sure that we are not

5    releasing someone in error.  OMSe does an

6    automatic warrant check on all registered

7    visitors.  We are seeing warrants appear for

8    people who Fugitive tell us have no active

9    warrants, which can be quite embarrassing for

10   us because it happens often, close quote.

11        So, in that -- in that component of this

12   memo to you from Ms. Walton, she's expressing

13   that there's a problem with -- with OMS

14   getting accurate information as to whether a

15   warrant's been satisfied or not; is that

16   correct?

17   A    Yes.

18   Q    Okay.  And -- so if a warrant's been

19   satisfied but is outstanding in OMSe, the

20   police or the sheriff may go pick that person

21   up again; is that correct?

22   A    Well, we don't know what the sheriff

23   would do because the warrant office is not a

24   part of the jail.  What -- what she's

```
 1      referring to is that, upon release and we have
 2      to do the warrant checks, then what happens is
 3      that if the warrant shows active in that
 4      system and the person should be released we
 5      cannot release him --
 6      Q    Okay.
 7      A    -- or her.
 8      Q    Okay.  I'm glad you -- so --
 9      A    That's kind of what she's -- she's
10      referring to.
11      Q    Okay.  So, in other words, we've got a
12      person who's ready to be released, but we do a
13      warrant check, and it's still active when it
14      shouldn't be active; is that fair?
15      A    Yes.
16      Q    So that -- that was a common complaint as
17      to -- to not releasing prisoners on time; is
18      that correct?
19           MR. HORTON:  Object to the form.
20           THE WITNESS:  That was a complaint.  I'm
21      not going to say it was that common, but it was a
22      complaint.
23      BY MR. WATSON:
24      Q    Certainly she's telling you that in this
```

RIVERSIDE REPORTING SERVICE

1      memo, correct?

2      A    Well -- yes.

3      Q    Okay.  With respect to the problems that

4      we've been talking about with the new computer

5      system, that is with the inability of Odyssey

6      to communicate effectively with OMS, I take it

7      it's fair to say that no one, to your

8      knowledge, ever accused your jail staff of

9      being part of a problem?

10                MR. TRAMMELL:  Object to the form.

11                THE WITNESS:  I -- I don't want to say

12     that because I think the -- the parents, the --

13     the families, the general public saw the jail as

14     being the problem because of the fact that the

15     jail had responsibility for the individuals.

16     BY MR. WATSON:

17     Q    Oh, no, I appreciate that.  I mean, with

18     respect to within inside the jail or the

19     County personnel, nobody said, hey, the

20     systemic problems we're having with this

21     computer system are really the fault of jail

22     personnel?

23                MR. TRAMMELL:  Object to the form.

24                THE WITNESS:  We had those kind of

1       complaints.

2       BY MR. WATSON:

3       Q    Well, you say -- within the -- within the

4       jail system itself?

5       A    Not within the -- I mean -- within the

6       jail?  No, not within the jail, but they were

7       about the jail.

8       Q    Oh, sure.  No, I understand.  But, with

9       respect to the computer system not operating

10      correctly, you don't believe that was due to

11      any human error, right?

12              MR. TRAMMELL:  Object to the form.

13              THE WITNESS:  Well -- no, I -- there was

14      some human error dealing with that process.  There

15      had to be.

16      BY MR. WATSON:

17      Q    Well, was the human error a Shelby County

18      employee?

19              MR. TRAMMELL:  Object to the form.

20              THE WITNESS:  Well, I'm pretty sure --

21      and I'll have to address that generally because

22      we -- we're just like everyone else.  Yeah,

23      they -- there are times that, even with the new

24      system, persons would key sometimes the wrong

                    RIVERSIDE REPORTING SERVICE

1      thing, and, if that be the case, then it could

2      cause a problem.

3      BY MR. WATSON:

4      Q    Right.  Well, with the last exhibit we

5      just went over, Ms. Walton's not saying these

6      problems are due because of data entry error,

7      right?

8      A    Oh, no.

9      Q    This is because the computer is not

10     acting correctly, right?

11     A    That's what she's saying, yes.

12           MR. TRAMMELL:  Object to the form.

13     BY MR. WATSON:

14     Q    Okay.  And that was what you understood

15     to be the case, correct?

16           MR. TRAMMELL:  Object to the form.

17           THE WITNESS:  Primarily.

18     BY MR. WATSON:

19     Q    All right.  Let me show you what I've

20     marked as Exhibit 10 -- is that right?

21           MR. HORTON:  Nine.

22           MR. BURNS:  Nine.

23           MR. WATSON:  Nine.  I'm sorry.  Thank

24     you.

RIVERSIDE REPORTING SERVICE

```
1              (Whereupon, Exhibit 9 was marked.)

2       BY MR. WATSON:

3       Q     Exhibit 9, this is an e-mail string, and

4       the Bates stamp number is SC 274814 through

5       15.  This is an e-mail from Art Quinn, who

6       is -- I'll represent to you is a criminal

7       defense lawyer here in Memphis, to Ed Raper.

8       Do you know who Ed Raper is?

9       A     Ed Raper was one of the primary persons

10      in charge of the system being implemented from

11      the County.

12      Q     From the County.  Right.  He didn't work

13      at the jail, he worked for the County?

14      A     Not at that time.  He had formerly worked

15      for the jail.

16      Q     Okay.  What did he -- what did he do for

17      the jail prior to this new computer system

18      being acquired?

19      A     He was an IT supervisor.

20      Q     For the jail?

21      A     Yes.

22      Q     Okay.  And -- do you know how he got

23      selected to be essentially the head of the --

24      of the implementation of the new computer
```

RIVERSIDE REPORTING SERVICE

```
 1      system?

 2      A    No, sir.

 3           MR. CRADDOCK:  Objection; merits-based.

 4      BY MR. WATSON:

 5      Q    Okay.  In -- so, in this capacity here on

 6      November the 16th, 2016, who did Mr. Raper

 7      report to?

 8      A    I have no idea, but it was from -- he --

 9      IT County.  He had no directs to the sheriff's

10      office.

11      Q    Okay.  Or to the jail.  Okay.  Got it.

12      Mr. Raper I understand has passed away; is --

13      do you understand that?

14      A    Yes, sir.

15      Q    Do you know how -- what he died from?

16      A    No, sir.

17      Q    Okay.  Have you ever talked to Mr. Raper

18      about this case?

19      A    I've talked to Mr. Raper in the steering

20      committee meetings --

21      Q    Okay.

22      A    -- dealing with the issues, but --

23      Q    But not about this lawsuit?

24      A    No.
```

```
 1     Q    Okay.  Well, here Mr. Quinn states,

 2     quote, after much thinking about the issues

 3     raised at yesterday's meeting, I'd like to

 4     make one suggestion which I suppose you and

 5     your staff have already thought about.

 6     Without a doubt, the most immediate issue is

 7     to make sure that no other situation exists

 8     similar to the one described by Judge

 9     Anderson, close quote.

10          Do you remember -- do you recall Judge

11     Anderson making a statement to the press that

12     he was very concerned about the -- the new

13     computer system and its inability to handle

14     inmates correctly?

15               MR. HORTON:  Object to the form.

16               THE WITNESS:  Not particularly Judge

17     Anderson.  Several judges.

18     BY MR. WATSON:

19     Q    That made a comment like that?

20     A    Well, I don't know like that, but there

21     were several judges who voiced concerns.

22     Q    Okay.  He said, quote, in other words, it

23     must be certain that the status of anyone who

24     is presently in jail is being appropriately
```

1       accounted for, close quote.  It seems to me

2       the only way to do that is to do an immediate

3       audit of everyone in jail who, at the very

4       least, was arrested or has gone to the courts

5       since October the 30th.  The audit would

6       include whether they have gone to court and

7       when, the result of the court event, and their

8       status concerning bond release eligibility,

9       and whether the next court date is

10      appropriately noted.

11          Now, you got -- you got this e-mail; is

12      that correct?

13      A    Yes.

14      Q    Did -- to your knowledge, did the jail or

15      anyone do an audit as suggested by Mr. Quinn?

16      A    The jail did do an audit.

17      Q    Okay.  And was that --

18      A    It was suggested by the -- by the judges,

19      but we did do an audit.

20      Q    And what was the -- the purpose of the

21      audit?

22      A    Well, there were several purposes for the

23      audit.  One was to make sure -- to identify

24      who was in the jail, what court they were

RIVERSIDE REPORTING SERVICE

```
1        actually assigned to based on them coming to

2        jail, what -- and then -- that would be

3        several courts for some inmates, some inmates

4        had five or six different courts, so that

5        would be several courts, and any release dates

6        that were available, just -- just the general

7        information on every inmate in the jail.  And

8        that was an audit did, and it took several

9        months for it to happen, but we completed it.

10       Q    Okay.  When did that audit first begin?

11       A    Oh, I would have to go back and look at

12       the -- the documents and the audit itself.  I

13       can't tell you.

14       Q    Okay.  But it took several months to do?

15       A    Yes.

16       Q    This was -- I assume the audit was after

17       the go live date of the new computer system?

18       A    No, I don't think so.

19       Q    It was before?

20       A    Yes.

21       Q    Okay.  Well, Mr. -- this is an e-mail

22       from Mr. Quinn talking about an audit.  Was

23       there any audit after -- let me ask you this,

24       was there any audit after the go live date for
```

1     -- to determine information concerning the

2     inmates?

3     A     No, I don't -- I don't think so.  Not --

4     not during my tenure.

5     Q     Okay.  So what -- who asked for this

6     audit?

7     A     There was a meeting dealing with several

8     judges, and the judges made a suggestion, in

9     the meeting, that the jail should look at

10    trying to do an audit.  And, upon leaving, we

11    met -- and me being we, my staff and I that

12    were there, and we decided, yes, I think that

13    makes good sense.  So what we did was an

14    audit.

15    Q     Now, the audit was -- was this -- did

16    this idea of the audit come out of the OMS

17    steering committee?

18    A     No, sir.  This audit come out of the

19    jail.

20    Q     Okay.  And were the judges having this

21    meeting as to the audit because there were

22    problems with the new computer system?

23             MR. HORTON:  Object --

24             MR. TRAMMELL:  Object to the form.  All

                RIVERSIDE REPORTING SERVICE

1       of this has nothing to do with class.

2                MR. WATSON:  There's an audit,

3       Mr. Trammell, that has all -- everything to do

4       with class.

5                MR. TRAMMELL:  It has nothing to do with

6       class.

7                MR. WATSON:  Say your objection, and --

8                MR. TRAMMELL:  It has nothing to do with

9       class.

10               MR. WATSON:  Okay.  Thank you.

11               MR. TRAMMELL:  We continue to have

12      merits-based questions only.

13               MR. WATSON:  How can an audit not have

14      to do with a class?

15               MR. TRAMMELL:  How can it have anything

16      to do with your class?

17               MR. WATSON:  Because it could show how

18      many class members were affected.  Let the witness

19      testify, Mr. Trammell.

20      BY MR. WATSON:

21      Q    Okay.  Was this meeting in connection

22      with the problems that the new system was

23      having?

24               MR. TRAMMELL:  Object to the form;

RIVERSIDE REPORTING SERVICE

1     merits-based.

2              THE WITNESS:  The audit was -- the audit

3     was something presented to us by the courts

4     dealing with inmates that they were dealing with,

5     so it would kind of address a whole lot of issues.

6     BY MR. WATSON:

7     Q    Well, I understand, but the impetus --

8     the judges got together because there was a

9     problem with the new system?

10             MR. TRAMMELL:  Object to the form.

11    BY MR. WATSON:

12    Q    Is that your understanding?

13    A    I'm not sure whether it was the new

14    system.  I can't really identify to why we did

15    -- why the judges -- we were meeting with the

16    judges based on inmates not getting to court.

17    Q    Okay.  And they weren't getting to court

18    because of the new computer system?

19             MR. HORTON:  Object to the form.  That's

20    not his testimony.

21             MR. TRAMMELL:  Object.

22             THE WITNESS:  We were -- they were

23    concerned because they weren't getting there.  We

24    were concerned as to why they were not getting

RIVERSIDE REPORTING SERVICE

```
1      there, and I think at that particular point --

2      that was early in the process.  We weren't -- I

3      don't think we had gone live with OMSe.  I think

4      we were still dealing with JMSE -- JMS.  But the

5      fact is that it's -- it was a problem and what --

6      why was the problem existing.

7             So the judges had a concern.  We had

8      some issues as it relates to it.  The courts

9      -- the clerk's office -- everybody was really,

10     really interested, but the judges made a

11     suggestion, and based on their suggestion --

12     they didn't give a directive.  It was a

13     suggestion.  And so what we did was we

14     actually did an audit.

15     BY MR. WATSON:

16     Q    And was that prepared in a written

17     format?

18     A    Yes, it is.

19     Q    Okay.  And that's a document that we

20     could get our hands on?

21     A    You should be able to.  I know the

22     judges -- we -- upon completing it, the judges

23     had copies of it, and, yes, we --

24     Q    Okay.
```

RIVERSIDE REPORTING SERVICE

```
 1      A    -- all of the persons that were involved.

 2      Q    Well, but -- we've talked about this, the

 3   Odyssey system was not reflecting court dates

 4   to the OMS system, correct?

 5              MR. HORTON:  Object to the form.

 6              MR. TRAMMELL:  Object to the form.

 7              THE WITNESS:  Yes.

 8              MR. TRAMMELL:  Merits-based.

 9   BY MR. WATSON:

10      Q    Okay.

11      A    Yes.

12      Q    And, as a result, people weren't getting

13   to court, correct?

14              MR. TRAMMELL:  Object to the form;

15   merits-based.

16              THE WITNESS:  Some people did not get to

17   court on time.  I ain't going to say they weren't

18   getting to court.  They weren't getting to court

19   on time.

20   BY MR. WATSON:

21      Q    And it's on Shelby -- some Shelby County

22   employee to make sure that person gets to

23   court, correct?

24      A    Yes.  All of us were responsible for
```

RIVERSIDE REPORTING SERVICE

```
 1        making sure those persons got to court.

 2    Q    And, to get to court, they -- if they had

 3        no preset bond, they've got to go to court to

 4        get a bond hearing, right?

 5    A    A preset bond didn't determine whether a

 6        person got to court or not.  A person being

 7        arrested determined whether he went to court

 8        or not.

 9    Q    Right.  But going to court -- people who

10        don't have a bond set have to go to court to

11        get one set, right?

12    A    Once you come in and you go to pre-trial,

13        then you're going to get a court date.

14    Q    Okay.  Who were the other judges that got

15        together to request this audit?

16    A    That's impossible for me to identify to.

17        You can go and look at General Sessions and

18        you can look at Criminal Court and ask them

19        were they a part of that meeting, but --

20    Q    Did you ever --

21    A    -- it was just --

22    Q    Did you ever speak with Ed Stanton about

23        his concerns about the new computer system?

24              MR. HORTON:  Object to the form.
```

RIVERSIDE REPORTING SERVICE

```
 1              THE WITNESS:  I don't recall Mr. Stanton

 2    being -- he -- I remember him being in some

 3    meetings or sessions with us, but it was not -- it

 4    was not a norm for him to be in those meetings.

 5    He had staff that was there.

 6        (Whereupon, Exhibit 10 was marked.)

 7    BY MR. WATSON:

 8    Q    Let me show you what we'll mark as

 9    Exhibit 10.  Exhibit 10 is an e-mail from --

10    originally from Gerald Skahan, if I'm saying

11    that right, to a number of people in the

12    Shelby County system; is that correct?

13    A    Okay.

14    Q    And this is a letter -- the subject is,

15    quote, Odyssey, One Judge's Perspective.  Do

16    you see that?  The very -- the very bottom.

17    I'm sorry, the very bottom of the page there.

18    A    The first page?

19    Q    Yes, sir.  I've got it highlighted right

20    here.

21    A    Oh, okay.

22    Q    It says Odyssey, One Judge's Perspective.

23    Do you see that?

24    A    Okay.
```

RIVERSIDE REPORTING SERVICE

```
 1      Q    Okay.  He says, to all concerned, my name

 2           is Gerald Skahan, and I'm currently the judge

 3           in Division 9 of General Sessions.  The time

 4           has come for me to e-mail everyone regarding

 5           the Odyssey computer system.  I do not speak

 6           for all the judges; however, I know enough of

 7           them share my concerns as do the courtroom

 8           clerks that I am in contact with.  I realize

 9           that this has been an ongoing headache and I'm

10           just another voice expressing my

11           dissatisfaction.  I am going to cover a list

12           of complaints, faults, and dangers with this

13           new system and make a suggestion.  Please be

14           patient and read all the information.

15           Yesterday I had 17 in custody arraignments in

16           which the defendants were never able to be

17           brought to court.  Some of the defendants have

18           been in custody for a week.  This is simply

19           unacceptable and a violation of their

20           constitutional rights.  The answer we received

21           from the jail, similar to last week, was,

22           quote, we don't know where they are, close

23           quote.  As for the few defendants that were

24           brought to the courtroom, several had been in
```

```
1      custody eight or nine days with this being
2      their first court appearance.  Again, this is
3      unacceptable.  There were individuals who had
4      posted bonds that were being held in custody
5      for several days.  Further, several
6      individuals appeared in court because they
7      were sent there from the jail.  They have been
8      in custody four or five days, yet the clerks
9      are unable to find any information about them
10     in the computer.  We cannot handle a case when
11     there is no file or information in the
12     computer.  On many of them, I would have
13     simply dismissed their minor cases, but there
14     was nothing to dismiss.  They are just sitting
15     in jail apparently forgotten about, close
16     quote.
17          So suffice it to say, that -- what I just
18     read to you was part of Judge Skahan's
19     complaint with respect to the new computer
20     system; is that correct?
21          MR. CRADDOCK:  Before you answer, all of
22     that -- everything you just read may go to the
23     merits.  It has nothing to do with class
24     certification.  As I said this morning, we're
```

RIVERSIDE REPORTING SERVICE

1        giving you a lot of latitude.

2                MR. WATSON:  You can instruct the

3        witness not to answer, object.

4                MR. CRADDOCK:  I'm objecting, but I want

5        you to be clear -- I want to be clear as to why.

6                MR. WATSON:  You know --

7                MR. CRADDOCK:  Because I believe you're

8        violating a Court Order --

9                MR. WATSON:  Well --

10               MR. CRADDOCK:  -- and I object for that

11       reason.  And -- we're not going to instruct him

12       not to answer, but I think it's an abuse of this

13       discovery process.

14               MR. WATSON:  We're not trying to abuse

15       it.  This goes to Rule 23 elements.

16               MR. CRADDOCK:  Well --

17               MR. AL McLEAN:  And I'll object as to

18       form since this -- I don't see where his --

19       Mr. Moore is even copied on this e-mail, nor has

20       he identified this e-mail as far as I know.

21               MR. WATSON:  Okay.  Can you read back

22       the last question?

23               MR. BUNDREN:  Mr. Watson, before you

24       start, can -- this is Brandon Bundren on the

                    RIVERSIDE REPORTING SERVICE

1        phone.  Can we get the Bates number, please?

2                MR. WATSON:  Oh, I'm sorry.  Sorry about

3        that.  SC 368140 through 42.

4                MR. BUNDREN:  Thank you.

5          (Whereupon, the requested question was

6             read back by the court reporter.)

7                MR. HORTON:  Object to the form.

8                MR. TRAMMELL:  Objection; merits-based.

9        BY MR. WATSON:

10       Q    You can answer.

11       A    Well, I don't know because when I -- I

12       was looking to see if I really got this, and I

13       did not get it.

14       Q    I'm not asking you if you got it.  Do

15       you -- do you agree that that's the kind of

16       complaint that you were hearing from judges?

17               MR. HORTON:  Object to the form.

18               MR. TRAMMELL:  Object to the form.

19               THE WITNESS:  Well -- well, yes.  Okay.

20       Yes.

21       BY MR. WATSON:

22       Q    Okay.  And the complaint wasn't that this

23       is an isolated event, right?  It was -- the

24       complaint was that this was something to do

1       with the new computer, right?

2               MR. TRAMMELL:  Object to the form;

3       merits-based.

4               MR. HORTON:  Object to the form.

5               THE WITNESS:  It was the judges'

6       perspective that there was a problem in the jail

7       for inmates getting to court.  Whether it was the

8       computer or human error or what was going on, they

9       really didn't have that kind of issue with us.

10      They just wanted us to fix it, and we couldn't.

11      BY MR. WATSON:

12      Q    Well, I understand that, but Judge Skahan

13      is not talking about human error, he's talking

14      about the Odyssey system, right?

15              MR. TRAMMELL:  Objection.

16              THE WITNESS:  That was his opinion, I

17      suppose, dealing with that particular situation,

18      but that -- JMS -- we had problems getting inmates

19      to court at times dealing with various judges all

20      the time, and it was a lot of times dealing -- and

21      this may have been dealing with the influx of

22      inmates coming in on large numbers and pre-trial

23      sending us courts for persons to go to and the

24      information not being sent directly to the courts,

1      so I --

2      BY MR. WATSON:

3      Q     But --

4      A     It would be hard to say.

5      Q     But it was your understanding that the

6      problems that he's talking about are generated

7      because one computer system, the Odyssey, is

8      not communicating with the other --

9              MR. TRAMMELL:  Object to the form.

10     BY MR. WATSON:

11     Q     -- OMS; is that correct?  Let me finish

12     the question.

13     A     It's hard -- it's hard for me to say what

14     the judge -- he's saying what he's relaying --

15     what his thoughts are.

16     Q     Right.

17     A     But, based on his thoughts, I know that

18     there had to have been more than just that

19     particular issue if what he's talking about is

20     happening at the level that it's happening.

21     Q     Well, he's indicated, for example, and

22     you've talked about this, that defendants are

23     not being taken to court, right?

24     A     Yes.

1      Q     And then when -- when Odyssey doesn't

2      tell your office --

3      A     Our -- yes.

4      Q     -- through the computer to bring them,

5      then you don't know to bring them, right?

6                    MR. TRAMMELL:  Object to the form.

7                    THE WITNESS:  Right.

8      BY MR. WATSON:

9      Q     Okay.  And, again, that was -- that was a

10     computer problem, not a personnel problem,

11     fair enough?

12                   MR. TRAMMELL:  Object to the form.

13                   THE WITNESS:  In cases, yes.

14     BY MR. WATSON:

15     Q     Okay.  So, now, the -- he goes on to say,

16     quote, next, I have cases appearing on my

17     docket in which the case was dismissed last

18     week.  The defendant has no notice that he's

19     supposed to appear for a case that has been

20     dismissed.  I am hopeful my fellow judges do

21     not mistakenly issue arrest warrants.  Again,

22     this is unacceptable, close quote.

23            So, again, this goes along the line of

24     the warrants we talked about earlier that

                    RIVERSIDE REPORTING SERVICE

1        aren't being -- are not reflective that

2        they've been satisfied; is that fair?

3                MR. HORTON:  Object to the form.

4                THE WITNESS:  That's interesting for a

5        judge to say that, and I just have to say it, no

6        other judge is going to issue a warrant out of his

7        courtroom.  If -- if he's issued something to say

8        releasing a guy, then his clerk dealing with the

9        court clerk's office processes that, and they're

10       going to get it over to us.  But another judge may

11       have another warrant for another charge that that

12       person may get a warrant on, and --

13       BY MR. WATSON:

14       Q    Right.  But doesn't that assume the

15       system --

16               MR. HORTON:  Let him finish his answer,

17       please.

18       BY MR. WATSON:

19       Q    Doesn't that assume --

20               MR. HORTON:  Let him finish his answer.

21       BY MR. WATSON:

22       Q    Are you finished?

23       A    Well, I guess so.

24       Q    Okay.  Doesn't that assume the system's

                RIVERSIDE REPORTING SERVICE

1       operating correctly?

2                   MR. HORTON:  Object to the form.

3                   THE WITNESS:  No, not necessarily.  The

4       system could be completely working properly or

5       completely working wrong.  There is a process that

6       goes into effect that's outside of this system

7       dealing with releases.

8                   If you're a judge and you've got

9       some -- a release coming out of your

10      courtroom, not only is it going into the

11      system to be released, but your clerk is going

12      to physically put that name on the list, when

13      they come to the jail to sign, to show who's

14      actually being released.  So a -- a release

15      package is going to be built on -- on your

16      releases and anybody else's releases.

17      BY MR. WATSON:

18      Q    We've already talked about this I think.

19      You testified that the -- if a warrant is not

20      reflected as satisfied, you're not going to

21      let that person go from jail, right?

22      A    Absolutely not.  If it's in the system --

23      if the warrant is there, we're not going to

24      release them.

                RIVERSIDE REPORTING SERVICE

```
 1     Q    Okay.  And that was -- that was a problem
 2     that you saw in the computer system, right?
 3     A    Well, there were times that -- yeah.  And
 4     there's still problems with that kind of
 5     thing.
 6     Q    He indicates that, quote, the printed
 7     dockets are -- provided are another problem.
 8     I have heard that soon the judges and clerks
 9     will not -- will no longer be issued proper --
10     paper dockets in the morning.  This is
11     unacceptable and will not -- it will be
12     impossible to run the docket without a paper
13     docket.  I will be issuing a Court Order today
14     or tomorrow that the clerk's office continue
15     to provide Division 9 three copies of paper
16     dockets indefinitely.  If my fellow judges
17     wish to join in, sign the Order and continue
18     to receive paper dockets, then I'll ask -- I
19     will ask each to notify me to sign the Order.
20     The failure of the clerk's office to provide
21     such paper dockets will not be taken lightly
22     as I consider it detrimental to the
23     administration of justice.  I also like -- I
24     would also like my deputies to continue to be
```

```
 1        provided with a jail list and a hit list.  If

 2        possible, I would like these alphabetized

 3        instead of the way we received them yesterday

 4        with names randomly on a list.

 5            Did -- and I read that to you.  Did

 6        you -- during this process did you understand

 7        that the judges were having to operate off of

 8        a printed docket so they knew exactly what was

 9        going to go on in their courtroom?

10            MR. HORTON:  Object to the form.  That's

11        merits-based.  It has nothing to do with the

12        classification in this case.

13            THE WITNESS:  Prior to OMSe, during OMSe

14        and JMS there's also -- and this judge addresses

15        this, but it never stopped.  There was a backup

16        system -- a paper backup system for court dockets.

17        There's a backup system, and the backup system was

18        a paper docket system.

19            And the courts -- if you ever go

20        into a courtroom, the judge, if you'll watch,

21        never looks at a computer.  He looks down.

22        And what he's looking at is he's looking at

23        his paper docket.

24            And what we did was we worked off of
```

RIVERSIDE REPORTING SERVICE

```
 1        a paper docket, but it was a backup process.

 2        We used it down in the tunnel to kind of deal

 3        with who's to go to court.  The deputies

 4        actually work off of a different docket, and

 5        it's paper, that they actually come down in

 6        the tunnel and say who's going -- who's

 7        supposed to be in various courtrooms and what

 8        have you.  So we used paper dockets, and they

 9        still use them.

10   BY MR. WATSON:

11   Q    Well, was it your understanding, when the

12        new computer system got adopted, that is the

13        OMSe and the Odyssey, that they were going to

14        do away with paper dockets?

15   A    They wanted to.

16             MR. TRAMMELL:  Object to the form.

17             THE WITNESS:  It never happened.

18   BY MR. WATSON:

19   Q    Okay.  It never happened because the

20        computer system wasn't operating correctly?

21             MR. TRAMMELL:  Object to the form.

22             THE WITNESS:  No, it never happened

23        because of the fact that the judges, along with

24        all of us, agreed that it wasn't going to happen.
```

```
1        BY MR. WATSON:

2        Q    Well, I mean, he had to sign an Order

3        telling the clerk to give them paper dockets,

4        right?

5        A    I'm not saying he had to.  He may have

6        done that.  But the fact is that it never

7        happened.  We always had paper dockets.

8        Q    Okay.  But the plan was to not have a

9        paper docket?

10               MR. HORTON:  Object to the form.

11               THE WITNESS:  It was something that --

12       I'm -- and I'll have to vaguely address that, but

13       I think you could -- we addressed it during the

14       steering committee processes that -- there was

15       some conversation, and the judge may have had

16       someone there or the judge himself may have been

17       in the steering committee meeting at that time and

18       that came up, but that never happened.

19       BY MR. WATSON:

20       Q    Okay.  Judge Skahan goes on to say,

21       quote, as for the docket itself, it needs to

22       be overhauled in many ways.  Much of the

23       pertinent information that was on the former

24       docket is not provided on the new and improved
```

```
1          docket.  The following information must be

2          added to the daily dockets effective

3          immediately; 1, the sex of the defendant; 2,

4          the age of the defendant; 3, whether it's a

5          misdemeanor citation; 4, whether it was a

6          physical arrest; 5, the date of the citation;

7          6, the date of the arrest; 7, the amount of

8          the bond; 8, whether or not the bond has been

9          posted; 9, whether or not the defendant is

10         still in jail after posting bond due to some

11         type of hold; 10, whether the defendant has

12         another case pending in another division that

13         same day; 11, whether the defendant has a case

14         pending in my division of court on a date in

15         the future.  All of this information was on

16         the previous docket, and I'm unable to

17         understand why this information was removed

18         from the docket.  The information must be

19         incorporated in the new dockets immediately.

20         Again, the failure to provide this information

21         to the judges and the courtroom staff will

22         interfere with administration of justice and

23         is not an acceptable answer.  Please amend the

24         dockets to reflect this vital information
```

RIVERSIDE REPORTING SERVICE

 1      immediately, close quote.

 2           So suffice it to say, again, Judge Skahan

 3      is saying he needs that information because

 4      he's not getting that, correct?

 5           MR. HORTON:  Object to the form.  That's

 6      not what it says.  He's just asking for things on

 7      a docket.

 8           THE WITNESS:  I --

 9           MR. WATSON:  I'm going to object to the

10      speaking objection.  Go ahead.

11           THE WITNESS:  I -- I think what the

12      judge was doing -- and this is my thought.

13      BY MR. WATSON:

14      Q    Yeah.

15      A    I think what the judge is doing is --

16      based on some meeting prior to, this is what a

17      plan was to do, and the judge was getting

18      ahead of it because of the fact that -- if you

19      look at -- you go back and you look at some

20      dockets of old and you look at some dockets

21      that was going on during this period, paper

22      dockets, and you look at the dockets, some

23      paper dockets that's going on right now, and

24      you'll find that they're still basically the

                    RIVERSIDE REPORTING SERVICE

```
 1    same.

 2         All of this -- this may have been

 3    something that was being discussed to happen

 4    in the system, but it did not happen.  It

 5    wasn't happening because of the fact that most

 6    of us would have even addressed it or even

 7    agreed with the judge that certain things here

 8    have got to be a part of the docket in order

 9    that it be processed properly, so...

10    Q    Well -- right.  Where I'm going with this

11    is, you know, points 1 through 11 there, the

12    information he's asking for on his docket,

13    that's information you understood, while you

14    were reviewing this problem, that should have

15    gone from Odyssey to OMSe and OMSe to Odyssey

16    but wasn't; is that fair?

17              MR. TRAMMELL:  Object to the form.

18              MR. HORTON:  Object to the form.

19              THE WITNESS:  I'm not going to say it

20    wasn't because I don't think it ever got into the

21    system for it not to go.  This was the planning

22    process of maybe taking some of this stuff out.

23              Because some of this stuff, no, I --

24    I can't -- we would have to go back and look
```

RIVERSIDE REPORTING SERVICE

```
1         at the system to see.  Because I can't -- I --

2         there's no way that we would have agreed to

3         even allow for this to happen in the first

4         place.

5         BY MR. WATSON:

6         Q    Well, I mean, you certainly -- your

7         computer that's run at -- the OMSe would need

8         to know -- if somebody had posted a bond, you

9         need to know that, right?

10        A    Oh, absolutely --

11        Q    Okay.

12        A    -- we would need to know it.

13        Q    And you --

14        A    But -- but O -- OMSe would need to know

15        it, but the key is that --

16        Q    Odyssey?

17        A    -- Odyssey has to know it in order to put

18        it in OMSe, understanding that they have to

19        put it in OMSe.  We wouldn't -- the jail

20        wouldn't put it there.  It would have to come

21        from the courts saying that it happened.

22        Q    Oh, again, I'm not blaming your --

23        A    No, I'm not thinking that.

24        Q    I'm not trying to nail you.  I'm just
```

RIVERSIDE REPORTING SERVICE

```
 1        saying but there was no -- no under -- there's

 2        no evidence that that information was not

 3        being put into Odyssey, correct?

 4        A    No.

 5        Q    Well, in other words, you're saying,

 6        well, gee, we can't know it unless Odyssey has

 7        that input.  The complaint was it's in

 8        Odyssey, it's just not telling your OMSe,

 9        right?

10        A     In some instances, warrants did not get

11        to the jail, and whether -- during the new

12        system's implementation that was identified

13        that sometimes it didn't happen, and -- yes.

14        Q    Well, it wasn't just warrants.  It was

15        people that had posted a bond but your office

16        didn't know because Odyssey hadn't told them,

17        right?

18                  MR. TRAMMELL:  Object to the form.

19                  THE WITNESS:  Bonds, no.  Because bonds

20        came through a window that -- pre-trial would

21        actually hand us paperwork telling us that a bond

22        had been posted.

23        BY MR. WATSON:

24        Q    Well, you said the complaint, from your
```

RIVERSIDE REPORTING SERVICE

```
1        own staff, that people -- we just went through

2        it.  Do you want to go through it again?

3        A     Well --

4        Q     Let's go through it.  Let's get to it.

5        A     -- you could -- we could go --

6        Q     I mean, this is Keva Walton's e-mail to

7        you that said people weren't getting out of

8        jail because they couldn't post a bond.

9        A     Not they couldn't post a bond, they were

10       saying that the bonds hadn't been posted.

11       Q     Well, let's look at it again.

12                 MR. CRADDOCK:  Objection; merits-based.

13       BY MR. WATSON:

14       Q     You've got it over there.  What number --

15       A     I've got -- that's Number 274879.

16       Q     What's the exhibit number?

17                 MR. HORTON:  It's on the front.

18                 THE WITNESS:  Eight.

19       BY MR. WATSON:

20       Q     Okay.  So what she's telling you,

21       Mr. Moore, is that -- that Odyssey is

22       responsible for feeding OMSe with court and

23       bond information; however it's not, right?

24       A     She says there -- there was an error
```

RIVERSIDE REPORTING SERVICE

1       during the daily conversion process that

2       caused inaccurate warrant information.  It

3       didn't say it wasn't -- it wasn't -- it says

4       inaccurate warrant information.

5       Q    Okay.  No, I'm sorry.  I apologize.  I'm

6       talking about Number 1 here.

7       A    Number 1.

8       Q    You keep talking about somebody hands us

9       a bond so we ought to know whether there's a

10      bond or not.  She's telling you that Odyssey

11      is responsible for feeding OMSe with court and

12      bond information; it is -- however, it is not,

13      right?

14      A    Wait a minute.  Hold on.  Let me just

15      read what she's saying here that my -- works

16      well by itself, as does Odyssey, the court's

17      new system.  However, these two systems were

18      not designed to work alone.  Odyssey is

19      responsible for feeding OMS with court and

20      bond information.

21      Q    Uh-huh.

22      A    Now, when --

23      Q    No, here's my question.  So she says this

24      has been an issue even prior to going live.

1        This affects an inmate's release time, right?

2        A    But, when she says that, she's speaking

3        out -- out of the Odyssey process which is in

4        pre-trial.  She doesn't -- we -- in the jail,

5        we don't have a -- a direct link dealing with

6        a bond.

7        Q    Oh, I understand.  No, no, no.  You're --

8        you're misunderstanding me.  All she is saying

9        is because Odyssey isn't reflecting the status

10       of a bond we, at the jail, don't know that

11       status; is that correct?

12       A    And --

13                 MR. TRAMMELL:  Object to the form.

14                 THE WITNESS:  And I'm going to have to

15       say -- she doesn't work in release, and here's the

16       thing --

17       BY MR. WATSON:

18       Q    I'm not asking about --

19       A    Well --

20                 MR. HORTON:  Hold on.  Go --

21                 MR. WATSON:  Move to strike as

22       non-responsive, how about that?

23                 MR. HORTON:  Well --

24                 MR. WATSON:  Okay?

                    RIVERSIDE REPORTING SERVICE

```
 1                  MR. HORTON:  So are you withdrawing the
 2       question?
 3                  MR. WATSON:  Yeah.  Let me ask it again.
 4       BY MR. WATSON:
 5       Q    This is a memo from Ms. Walton, who
 6       reports to you, right?
 7       A    No.  She reports to Chief McGhee and to
 8       Hammons and --
 9       Q    Who report to you, right?
10       A    Yeah.  All of them report to me --
11       Q    Okay.
12       A    -- yeah.
13       Q    So she wrote this memo to you, and she's
14       telling you that Odyssey is not reporting the
15       bond status to the OMSe computer software,
16       right?
17       A    And that's based on either communications
18       or somebody she's talked to who actually gets
19       that information, and that would be in the
20       pre-trial area or in the court area.
21                  She doesn't know one way or the other
22       because she's not -- she's not even training
23       on that.  She's a trainer.  She's not even
24       training on that.
```

RIVERSIDE REPORTING SERVICE

```
1       Q    So she wrote a memo, and she has no idea

2       what she's talking about?

3       A    Well, I'm not going to say she doesn't

4       know what she's talking about because I don't

5       know who she's talked to, but I can say that

6       based on her conversation -- she's -- she's

7       talking in general about some of the problems

8       that exist not only in the jail but throughout

9       the entire process.  That's what she's doing.

10      Q    Well, she's actually talking about the

11      Odyssey-OMSe system, right?

12      A    She's talking about the Odyssey-OMSe

13      system, but the OMSe system is not dealing

14      with the bonds directly, so --

15      Q    I understand.  No, I understand.

16      A    So, with her talking about it, she has to

17      be very, very limited in what she says because

18      of the fact that she don't see that.

19      Q    No, I understand, but she's communicating

20      to you that the Odyssey system is not letting

21      OMSe see bond status, right?

22      A    She's communicating to me that the

23      communications between the two systems is not

24      working the way --
```

1    Q    Okay.

2    A    -- that it normally would.

3    Q    Okay.  Got it.  Good enough.

4         MR. CRADDOCK:  Once again, I can't see

5    absolutely how this applies to class certification

6    at all.

7         MR. BURNS:  But you won't stipulate to

8    commonality, right?

9         MR. CRADDOCK:  I'm not stipulating to

10   anything.

11        MR. BURNS:  Okay.

12        MR. CRADDOCK:  I just want us to try to

13   follow this Court Order.

14        MR. WATSON:  Bob, you -- you can keep

15   saying that or you can just object or you can

16   instruct the witness not to answer.  I mean, I

17   can't -- I'm not going to respond to every comment

18   you make about whether it's not -- merits-based or

19   not.  I'm just -- I'm tired of it.

20        MR. TRAMMELL:  I mean, the point is we

21   think you're violating The Court's Order.

22        MR. WATSON:  You can say that.

23   BY MR. WATSON:

24   Q    Let's go back to -- finish up on

```
 1      Exhibit 10.

 2      A    Ten?

 3      Q    Yes, sir.

 4      A    Okay.

 5      Q    Judge Skahan ends this with the last

 6      paragraph, quote, perhaps the County made a

 7      big mistake -- excuse me, perhaps the County

 8      made a mistake in going to this new system.

 9      There are many things broken at 201 Poplar,

10      but, to be quite candid, JSSI was not one of

11      them.  Perhaps JSSI could be -- could have

12      simply been tweaked or updated a bit instead

13      of this new Odyssey system.  I do not know if

14      it is possible, but I would strongly suggest

15      we consider shutting down Odyssey and turning

16      JSS back on -- I back on.  The problems are

17      getting worse, and we all know that JSSI was

18      functional and it served its purpose.

19           Is that a complaint that you heard from

20      other judges, that we ought to go back to the

21      JSSI system?

22               MR. HORTON:  Object to the form.

23               MR. TRAMMELL:  Object to the form.

24               THE WITNESS:  Yes.  But understand, when
```

1      you ask that question of me, I had nothing to do

2      with JSSI.

3      BY MR. WATSON:

4      Q    Oh, I understand.

5      A    We dealt with -- you've got me confused

6      now.  We dealt with JMS in the jail.  That was

7      the old system --

8      Q    Okay.

9      A    -- for the jail.  JSSI is the system that

10     communicated with JMS in the jail in the old.

11     And what the judge is basically saying, hey,

12     we need to go back to the old system until we

13     can get something really -- really smartly

14     done for the use --

15     Q    Right.  Well, based upon your experience

16     while this new system was coming online and

17     the complaints that you're receiving, that

18     the -- the understanding, right or wrong, by

19     the judges out there was that the new system

20     was causing these problems; is that fair?

21              MR. TRAMMELL:  Object to the form.

22              THE WITNESS:  I -- Attorney, I have to

23     ask one question, and I guess -- I don't want to

24     -- but I've got --

RIVERSIDE REPORTING SERVICE

```
 1    BY MR. WATSON:

 2    Q    Go ahead.

 3    A    Is this e-mail after the implementation

 4    of the new system or is this e-mail --

 5    Q    Yes, sir.

 6    A    -- prior to?

 7    Q    Yes, sir, it's after.

 8    A    Okay.  So if this e-mail is after the

 9    implementation --

10    Q    Yes, sir.

11    A    -- then the judge is speaking based on us

12    having had all of these problems and all of

13    this new -- all of these inmates coming into

14    the jail and all of this stuff.

15        On the very day that this system went

16    into effect, I think our population -- or

17    MPD's arrests went up almost 15, 20 percent.

18    So not only did we have a new system going

19    into effect, we got a lot of persons into the

20    jail system that normally wouldn't have been

21    there, and -- so it helped to create some

22    bottlenecks.  And it took us several days to

23    really kind of catch up and get that worked

24    out.
```

RIVERSIDE REPORTING SERVICE

1    Q    Now, of course, it's not your position

2    that the people that got arrested in these

3    saturations should not have been arrested,

4    correct?

5    A    It's a matter of opinion.

6    Q    Well, I mean, were you telling the police

7    not to do their job because your computer

8    system doesn't work?

9    A    That's --

10          MR. HORTON:  That has nothing to do with

11   class or --

12          MR. TRAMMELL:  Object to the form.

13          THE WITNESS:  The numbers -- the -- it's

14   like pouring all of this water into a full cup.

15   The water's got to go somewhere.

16          And what happened was is that that

17   started the biggest problem that we really had

18   to exist, and that -- I mean, that's just --

19   the facts will just prove it based on numbers.

20   There is --

21   BY MR. WATSON:

22   Q    So the cup wasn't big enough?

23   A    Well, the cup was big enough, which is

24   the jail, but the fact is that, for it all to

RIVERSIDE REPORTING SERVICE

```
1       come in at the same time, it was just too much

2       with a brand new system starting up.

3       Q    Okay.  Let me show you what we'll mark as

4       Exhibit 11.

5            (Whereupon, Exhibit 11 was marked.)

6       BY MR. WATSON:

7       Q    I do want to ask -- Mr. Moore, you talked

8       about that audit.  I don't know -- it may

9       be -- we've got thousands and thousands of

10      documents.  So at some point, either after the

11      deposition or at a break, can you maybe help

12      your lawyers find that document for us or get

13      someone to help us find where that document

14      is?  Is that something you could do?

15      A    Yes, sir.

16              MR. CRADDOCK:  Wait a minute.  Whoa,

17      whoa, whoa.  What document is that?

18              MR. WATSON:  He testified about an audit

19      that was done.

20              MR. CRADDOCK:  Well, we'll take under

21      advisement what we'll do with our client.  We'll

22      take that under advisement.  We've heard your

23      request.  We'll take it under advisement.

24              MR. WATSON:  Okay.  I don't know if
```

RIVERSIDE REPORTING SERVICE

 1      that's been -- if it's been produced I haven't

 2      seen it.  I mean, it may have been produced.  I'm

 3      not accusing anybody of anything.

 4      BY MR. WATSON:

 5      Q    To whom did you provide that jail audit

 6      that you did?

 7      A    To the various courts, to the sheriff,

 8      and I know to Ms. Fessenden and to possibly

 9      Steve Leech.

10      Q    Okay.

11             THE COURT REPORTER:  Excuse me?

12             THE WITNESS:  Leech, Steve Leech.

13             MR. McLAREN:  Hold on one second.

14             THE WITNESS:  I think it's L-e-a-c-h.

15      BY MR. WATSON:

16      Q    Well, let me just show you -- I -- I only

17      have two copies of this.  Let me just show

18      you -- I haven't even gone through this

19      document, but this looks like this is a jail

20      report card.  This is in April, 2017.  Is that

21      the audit you're talking about?

22      A    No, sir.

23      Q    Okay.  I didn't -- I didn't think so.

24      Okay.  I'm not going to make that an exhibit.

                   RIVERSIDE REPORTING SERVICE

```
 1              So the document -- the audit that you

 2      talked about were provided to the courts, as

 3      you say, and to certain other persons.  Was

 4      there a conclusion about the audit?

 5      A    Yes, sir.

 6      Q    What was that conclusion?

 7      A    Well --

 8              MR. CRADDOCK:  Object to the form.

 9              THE WITNESS:  The most conclusion was

10      that, first of all, no one was lost in the jail.

11              The second was is that -- you know,

12      we were identifying who was supposed to be in

13      courts and what courts, and that was just --

14      it was -- it was just a document showing that,

15      based on what was in the system and what was

16      actually going on in the jail and the

17      information that the jail had, then -- it was

18      just kind of correcting it and putting it in a

19      format so anybody, especially the judges,

20      would be able to see what it is we were really

21      doing.

22      BY MR. WATSON:

23      Q    So -- you talked about what was included

24      in the report where people should have been in
```

```
1    court.  Did it reflect that they had made it

2    to court or not?

3    A    A lot of the cases reflected them

4    actually going to court, and some even show

5    where they weren't even in jail based on the

6    time that they were supposed to have been

7    going to court.

8    Q    Okay.  Did -- was there anything else to

9    the report besides going to court?  Were there

10   issues about bonds, releases, that kind of

11   thing?

12   A    Bonds were -- were a part of it, but,

13   like I said, bonds were something that -- that

14   we did not deal with.  We couldn't move or --

15   we couldn't stop or start a process dealing

16   with releasing a guy on a bond.  I mean, bonds

17   were handled by the law enforcement side,

18   pre-trial and the courts.

19   Q    Okay.  In connection -- there were also

20   problems, were there not, with respect to

21   persons who had had -- either been acquitted,

22   their case had been dismissed or they had

23   been -- they had served -- they had been

24   adjudged for time served, correct?
```

RIVERSIDE REPORTING SERVICE

```
 1                    MR. HORTON:  Object to the form.

 2                    THE WITNESS:  Okay.

 3          BY MR. WATSON:

 4          Q    And -- I mean -- you say okay.  Is that

 5          correct?

 6          A    No.  I was waiting until you got through.

 7          You were looking at me and nodding.  I was

 8          trying to say, well, okay, I'm -- I'm just

 9          waiting --

10          Q    I get it.

11          A    -- for the question.

12          Q    Is it true that there were problems in

13          connection with people who were not being

14          released from jail even though their case had

15          been dismissed?

16                    MR. HORTON:  Object to the form.

17                    THE WITNESS:  You started off talking

18          about bonds, and then -- now you're going --

19          BY MR. WATSON:

20          Q    We're talking about something totally

21          different.

22          A    You're talking about something totally

23          different.

24               There could have and there has been
```

RIVERSIDE REPORTING SERVICE

```
1       persons who were not released based on a

2       particular court releasing him or her, but

3       there is a full-scale check that has to be

4       done irregardless to one judge turning you

5       aloose.

6            If you're the judge and you release me on

7       that charge that's in your courtroom, when you

8       get back to jail -- first of all, your release

9       may not get back to the jail for six to eight

10      hours.  It's based on when they're going to

11      bring it down and let us know that you're to

12      be released in the first place.  But we're not

13      going to release you until such time as we do

14      a complete check to make sure, or ensure, that

15      there's no other warrants on your case.

16      Q    All right.  I'm going to move to strike

17      as non-responsive.  He --

18            MR. HORTON:  You've asked him this

19      question regarding what all -- with releases, and

20      now you don't want to hear his answer.

21            MR. WATSON:  Well, I move that that

22      wasn't -- it wasn't the question.

23      BY MR. WATSON:

24      Q    Mr. Moore, wasn't there -- weren't there
```

RIVERSIDE REPORTING SERVICE

```
1        complaints that people aren't being released

2        because the Odyssey system wasn't reflecting

3        to OMSe that someone's case had been

4        dismissed?

5        A    That --

6                MR. HORTON:  Object to the form.

7        BY MR. WATSON:

8        Q    Is that true or not?

9        A    That is absolutely true.  But the people

10       who are making the complaints are some of the

11       attorneys or persons who really don't know.

12       They're just saying it because of the fact

13       that it was convenient.

14       Q    Well, but wasn't that true?

15       A    In some cases it was.  But it was not

16       true in every case.

17       Q    Oh, I understand, but, I mean -- but

18       there was a problem with it -- not with your

19       jail system, but there was a problem with the

20       computer system that -- so people weren't

21       being released when they had been discharged

22       by the court, correct?

23                MR. HORTON:  Object to the form.

24                THE WITNESS:  Yes, sir.
```

RIVERSIDE REPORTING SERVICE

1      BY MR. WATSON:

2      Q    Okay.

3      A    I'll make it simple.

4            MR. BURNS:  Is this a good time to

5      change the tape?

6            MR. WATSON:  Yeah, let's take a break.

7      He's got to change the tape, Mr. Moore.

8            THE VIDEOGRAPHER:  Off the record at

9      1:36.

10                 (Recess.)

11           THE VIDEOGRAPHER:  We're back on the

12     record at 1:49 p.m.

13     BY MR. WATSON:

14     Q    Mr. Moore, let me show you what I've

15     marked as Exhibit 11 to your deposition.

16     Exhibit 11 is SC 271455 through 57, and

17     Exhibit 11 is an e-mail from Keva Walton to

18     Amos Harrison and Shawna Webb.  The subject is

19     OMS Issues.  Do you see that?

20     A    Uh-huh.

21     Q    And the e-mail has been forwarded to you,

22     is that correct --

23     A    Okay.

24     Q    -- by -- Keva Walton has sent it to you,

                 RIVERSIDE REPORTING SERVICE

```
1         Charline McGhee and -- and that's the only

2         other person; is that correct?

3         A    Okay.

4         Q    And there's an attached document called

5         Booking Issues.  Do you see that?

6         A    Uh-huh.

7         Q    Who is Amos Harrison?

8         A    Amos Harrison was an assistant chief

9         under me.

10        Q    Okay.  And what was his duties and

11        responsibilities?

12        A    I'm trying to see what was his duties at

13        that time.  No, he was -- yeah.  Well, no.

14        Let me see here.  I'm trying to see what time

15        this was.  Because he was the acting Chief of

16        Security for a period of time, and then he was

17        an assistant chief in charge of

18        administrative...  So this is when he was an

19        assistant chief.  Yeah, he was an assistant

20        chief.

21        Q    Okay.  And Shawna Webb, you've told me,

22        but I've forgotten, what was she?  Was she a

23        clerk?

24        A    No.  She was the manager for intake
```

```
 1        processing.
 2        Q    Okay.  Take a look at the -- there's a
 3        document attached, this is on the second page
 4        of Exhibit 11, and I'm focusing on -- the
 5        middle of the document states, quote, System
 6        Glitches; A, Warrants are a major issue.  The
 7        jail enters the warrants into the system but
 8        they're not showing active.  Odyssey, the
 9        court system, is clearing the warrants before
10        the jail can enter the information into the
11        system.  Do you see that?
12        A    Uh-huh.
13        Q    So what was your understanding of that
14        issue?
15             MR. TRAMMELL:  Object to the form.
16             THE WITNESS:  The jail enters a warrant
17        into the system, but they are not showing active.
18        I don't know what she's talking about.
19        BY MR. WATSON:
20        Q    You don't understand what she's talking
21        about?
22        A    I don't understand what she's --
23        Q    When you got this e-mail, did you -- did
24        you communicate with Ms. Walton and say I
```

RIVERSIDE REPORTING SERVICE

1          don't know what you're talking about?

2          A    I probably did.  And I probably referred

3          her to Chief McGhee, who was the direct

4          supervisor for Ms. Webb dealing with this,

5          because this is something that came out of

6          Ms. Webb's area.

7          Q    Do you --

8          A    She's saying --

9          Q    -- remember that or do you just --

10         A    No.

11         Q    Okay.

12         A    No, I don't remember it at all.

13         Q    Okay.  Well, let's at least try to figure

14         out what you think she's saying.  She says the

15         jail enters the warrants into the system, but

16         they're not showing active.  The -- or

17         Odyssey, the court system, is clearing the

18         warrants before the jail can enter the

19         information in the system.

20              Is she indicating to you -- is it your

21         understanding that she's indicating there's

22         some sort of problem with the computer system

23         with respect to the warrants?

24              MR. HORTON:  Object to the form.

RIVERSIDE REPORTING SERVICE

```
 1              MR. TRAMMELL:  Object to the form.

 2              THE WITNESS:  I don't know -- we'd have

 3      to ask her.

 4      BY MR. WATSON:

 5      Q    Okay.  We will.

 6      A    Because I don't know what she's talking

 7      about here.

 8      Q    All right.  Then she says, quote, B, Case

 9      information-charges are not triggering from

10      OMS, jail system, to Odyssey, court system.

11      The jail staff does not have any notification

12      of what needs to be re-entered until they

13      receive a call or an e-mail from the court

14      side.  Currently we have re-entered

15      approximately 130 cases through the system

16      again, close quote.

17              So here she's communicating to you that

18      there's a problem between OMS, the jail

19      system, and the Odyssey system; is that

20      correct?

21              MR. HORTON:  Object to the form.

22              THE WITNESS:  That's -- well, that's

23      what she's saying, yes.  And we're fully aware of

24      that.
```

```
 1    BY MR. WATSON:

 2    Q    Okay.  And so -- so what -- in order

 3    to -- they can't rely upon -- strike that.

 4         She's indicated that they're -- the

 5    charges are not triggering from the jail

 6    system to Odyssey, meaning the jail system is

 7    not communicating charges from the -- from

 8    OMSe to Odyssey; is that correct?

 9              MR. CRADDOCK:  Object to the form.

10              MR. TRAMMELL:  Object to the form.

11              THE WITNESS:  No, I'm not going to say

12    that's correct.  The jail --

13    BY MR. WATSON:

14    Q    No -- okay.

15    A    The jail actually -- I'm -- I don't know

16    how she's missing -- well, she's using --

17    she's talking about Odyssey, and, upon talking

18    about Odyssey, she's talking about their

19    system not communicating with the jail system,

20    but charges are not triggered from OMS, the

21    jail system, to Odyssey, the court system.

22    The jail staff does not have any notification

23    of what needs to be -- what jail staff?  What

24    jail staff is she talking -- is she talking
```

RIVERSIDE REPORTING SERVICE

1        about the intake jail staff where Ms. -- Ms.

2        Webb would be the person who would have to

3        really, really address that dealing with her

4        and what is really, really going on with OMSe.

5             Now, what's going on with Odyssey, Ms.

6        Webb doesn't have the authority to start

7        questioning or talking to them.  She's got to

8        get with someone in the court clerk's office

9        to identify what the problem is there, and,

10       based on them getting together, then

11       whomever -- the Odyssey manager, or person in

12       charge, Ms. Webb and Keva Walton have to get

13       with Chief McGhee in order for them to sit

14       down and discuss what is going on.  And if I

15       need to get involved, then I will, but I

16       wouldn't have gotten involved with this until

17       Chief McGhee --

18       Q    Okay.  I move to strike as

19       non-responsive.

20            Here's my question, suffice it to say,

21       Keva Walton is telling you that there's an

22       issue with respect to the OMS communicating

23       with Odyssey; is that fair enough?

24                 MR. HORTON:  Object to the form.

```
1              THE WITNESS:  Keva Walton is sending me
2         an e-mail -- or a copy of an e-mail -- she's
3         really not telling me -- she's sending me a copy
4         of an e-mail that she's sending to the people who
5         are in charge of that process that she's dealing
6         with to just let me know what it is that she's
7         doing.  Now --
8         BY MR. WATSON:
9         Q    And she's indicating to you that charges
10        are not triggering from the OMS system to
11        Odyssey, correct?
12        A    That's what she's saying, yes.
13        Q    Okay.  And -- so she -- because of that
14        there has to be re-entry of data, right?
15        A    Now, that's the key, I think, for her,
16        dealing with what's going on here.  They're
17        re-entering data that has to be dealt with on
18        a second and a third time.
19        Q    Right.
20        A    Well, that's a Chief McGhee issue, and --
21        and that's nothing new.  It's not something --
22        and I'm pretty sure that the numbers have
23        increased based on us doing it because of the
24        fact that the inmate numbers have increased a
```

RIVERSIDE REPORTING SERVICE

```
 1       lot.  But the fact is that why this -- why is

 2       this happening, then, yes, I -- who knows.

 3       Q    Well, my point being here is that she's

 4       indicating to you that, in order to get the

 5       correct information, the jail is having to

 6       make phone calls or get e-mails in order to

 7       get -- from the court side to get that

 8       information, correct?

 9       A    Yes, I'm sure -- yes.

10       Q    Okay.  In other words, we can't rely upon

11       the computer system, we're going to have to go

12       back to sort of an older way of doing things,

13       correct?

14               MR. HORTON:  Object to the form.

15               MR. CRADDOCK:  Object to the form.

16               THE WITNESS:  Okay.

17       BY MR. WATSON:

18       Q    All right.  Let's go -- the last one here

19       is Release Issues.  Quote, A, Case information

20       is being entered into the court system,

21       Odyssey, but the jail is not receiving some of

22       the paperwork, which will hold an inmate in

23       jail until we receive the release, close

24       quote.
```

```
1              So she's telling you that Odyssey isn't

2       reporting to the jail about -- about case

3       information; is that correct?

4              MR. TRAMMELL:  Object to the form.

5              MR. HORTON:  Object to the form.

6              THE WITNESS:  She's addressing that

7       Odyssey is a part of the problem that information

8       is not -- all the information that we need to

9       release the inmate is not present.

10      BY MR. WATSON:

11      Q    Okay.

12      A    So he's not or she's not going to be

13      released until such time as that happens.

14      Q    Right.  And that was a computer problem,

15      right?

16              MR. TRAMMELL:  Object to the form.

17              THE WITNESS:  In some cases, yes.

18      BY MR. WATSON:

19      Q    Well, in all the cases, right?

20      A    No.

21      Q    Do you have any -- do you have any

22      information that any individual was not

23      released because of human error rather than

24      the computer?
```

RIVERSIDE REPORTING SERVICE

```
 1              MR. TRAMMELL:  Object to the form.

 2              THE WITNESS:  I -- I can assure you that

 3      there are a number of errors.  We're releasing --

 4      there are errors that people are being -- there

 5      are records -- there are records in the jail and

 6      disciplinary histories for staff that have

 7      released persons in error and released persons --

 8      or not released persons when they should have

 9      released them.

10      BY MR. WATSON:

11      Q    Okay.  Move --

12      A    And it had nothing to do --

13      Q    Move to strike as non-responsive.

14           My question is do you have -- again --

15      strike that.

16           Ms. Walton here is communicating to you

17      that there are computer errors that are

18      happening, not human errors, right?

19      A    She's addressing the computer errors

20      here.

21      Q    Okay.

22      A    But there -- and she knows that there are

23      other errors as to why it happened.

24      Q    And -- right.  But the vast -- but the
```

RIVERSIDE REPORTING SERVICE

```
1         problem that everybody has talked about, the

2         judges are talking about, your staff is

3         talking about, is not somebody screwed up and

4         didn't put the data in correctly, right?

5    A    Okay.

6    Q    Is that correct?

7    A    I'm not going to say --

8              MR. CRADDOCK:  Object to the form.

9              THE WITNESS:  Our problem was --

10        whatever the issue is, that's what we needed to be

11        dealing with.

12             The computer was part of the issue,

13        but I just cannot tell you rightfully that --

14        and professionally that the computer was the

15        only issue that we were having dealing with

16        releases and warrants and everything else.

17   BY MR. WATSON:

18   Q    Suffice it -- it was the only issue you

19        were dealing with, correct?

20             MR. HORTON:  Object to the form.

21             THE WITNESS:  When you say me --

22   BY MR. WATSON:

23   Q    Right.  I mean, you were addressing this

24        from a computer standpoint, correct?
```

RIVERSIDE REPORTING SERVICE

```
 1              MR. CRADDOCK:  Object to the form.

 2              THE WITNESS:  I was addressing this --

 3              MR. CRADDOCK:  That's totally

 4     inconsistent with his testimony.  You can lead,

 5     but let's try to be consistent.

 6              MR. WATSON:  I'm asking questions.

 7     BY MR. WATSON:

 8     Q    Go ahead.  Well, let me ask it again.

 9     A    Okay.

10     Q    What Ms. Walton is talking to you about

11     is not, oh, we've got problems because our

12     staff at the jail can't enter data correctly

13     or the staff at the clerk's office can't enter

14     data correctly; is that fair?

15     A    That's fair for what Ms. Walton is

16     talking about.

17     Q    Okay.  Now -- and you perceived this to

18     be a computer systemic problem, just like you

19     told the reporter on Action News 5, right?

20              MR. TRAMMELL:  Object to the form.

21              MR. HORTON:  Object to the form.

22              THE WITNESS:  There is a problem with

23     the system, but --

24     BY MR. WATSON:
```

RIVERSIDE REPORTING SERVICE

1    Q    All right.

2              MR. CRADDOCK:  Let him finish.

3              THE WITNESS:  But there were problems we

4        identified to that were outside of the system as

5        well.

6        BY MR. WATSON:

7        Q    What were those problems?

8        A    Well -- errors, persons, training, people

9        not getting the proper information to handle

10       what it was that they were supposed to -- even

11       though it was there.

12             There were cases where staff was actually

13       trained to do certain things and that staff

14       left.  So now you've got to put someone else

15       there, short-staffed.

16             There were -- there were a number of

17       issues that we addressed, but 90 percent -- or

18       90 percent of our conversation about what our

19       issues were was based on what other people

20       were saying, so we had to follow their line,

21       and that was the computer.

22       Q    Well, did anyone, to your knowledge, ever

23       tell the commissioners of Shelby County that

24       this was a personnel issue, not a computer

1          issue?

2          A     The commissioners have --

3                    MR. HORTON:  Object to the form.

4                    MR. TRAMMELL:  Object to the form.

5                    THE WITNESS:  The commissioners were

6          fully aware that we were short-staffed.

7          BY MR. WATSON:

8          Q     Well, I mean, again -- my question was,

9          to your knowledge, did anybody ever tell the

10         commissioners of Shelby County that, gee, the

11         problems we're experiencing aren't

12         computer-related, they're really

13         staff-related?

14                   MR. HORTON:  Object to the form.

15                   THE WITNESS:  The -- the commissioners

16         were told that there were computer problems and

17         there were personnel problems, yes.

18         BY MR. WATSON:

19         Q     Who told them that?

20         A     The -- the persons that were in the

21         meetings.

22         Q     Do you know who these people are?

23         A     I would have been one of them, yes.

24         Q     And you -- you specifically told the

                 RIVERSIDE REPORTING SERVICE

```
 1      commissioners that you're understaffed and

 2      this is why this problem is happening?

 3      A    I -- I directly told certain

 4      commissioners, or specific commissioners, that

 5      we've had -- we've got problems and those

 6      problems are centered around some of our staff

 7      issues.

 8      Q    Now, you talked about training and lack

 9      of training.  Tell me a little bit about that.

10      What -- you understood that the people weren't

11      trained and ready to implement this new

12      software?

13               MR. HORTON:  Object to the form.

14               THE WITNESS:  Well, the persons were

15      trained, and, in certain areas of their training,

16      or on the modules that they were trained on, it

17      identified certain -- certain aspects of the

18      system that should do certain things.

19               And, when we got the system up and

20      running, or when it was implemented, those

21      things -- even during some -- during the

22      training processes those very systems, or

23      those very modules, or those very parts of the

24      operation, they didn't work or they didn't
```

RIVERSIDE REPORTING SERVICE

```
 1      even exist in the -- in the system.

 2                   So if I train you on a module to do

 3      a particular thing and then, when you get to

 4      the floor, you go on a computer and it doesn't

 5      exist, now what you're doing is you're kind of

 6      confused.

 7                   And if you're confused based on

 8      looking for what it is you were trained to do

 9      and it's not there, now you're really, really

10      going -- the average officer, or the average

11      person, is going to try and, let's just say,

12      work around that, try and make it happen

13      without it.

14                   Now, what you're doing is you're

15      confusing the system or you're helping

16      yourself to really create a problem, and you

17      can -- so it -- it's a lot more than just --

18      just saying that one element of this process

19      is the -- the culprit that made everything

20      fall apart.  There were several.

21      BY MR. WATSON:

22      Q    So you had training, but -- not just

23      training, but the actual implementation of the

24      software wasn't showing up -- showing up
```

1        issues -- or showing up, as you say, modules

2        that -- that the staff could access to resolve

3        a problem?

4        A    Not all of them, no.

5        Q    Okay.  So, again, that's a computer

6        problem, right?

7        A    It's a computer problem, yeah.

8        Q    Okay.

9        A    It's an issue.

10       Q    Now, let's -- let's finish up on

11       Exhibit 11 here.  She goes on to say, quote,

12       bond information in Odyssey, the court system,

13       is not matching what is showing in the jail

14       system, OMS.  Jail staff cannot release any

15       inmate without the proper documentation.  Do

16       you see that?

17       A    Uh-huh.

18       Q    And that's the second to -- that's the

19       middle page there, I'm sorry, on the last

20       statement there.

21       A    Uh-huh.

22       Q    So -- so, again, Ms. Walton is telling

23       you that -- that -- what you, I think, have

24       said before, that the -- Odyssey is not

                  RIVERSIDE REPORTING SERVICE

```
1          reflecting the information it has on bonds to

2          the OMS system; therefore, your -- your jail

3          can't release people that ought to be

4          released, fair enough?

5                      MR. TRAMMELL:  Object to the form.

6                      THE WITNESS:  I don't want to -- she

7          uses the term bond information in Odyssey, the

8          court system, is not matching -- the court system

9          is not matching what shows in the jail system.

10                     Now, Odyssey, when the release

11         officer -- or clerk, because it's not an

12         officer, the release clerk goes into the

13         system to identify all of the matching parts

14         that must be in place to release, they're not

15         there.

16                     Now, all of them aren't necessarily

17         coming out of Odyssey.  They are -- they are

18         researching for warrants that may be coming

19         from, you know, somewhere else.  I -- it could

20         be out of Germantown.  I don't know where it

21         could be from.

22                     But the problem is that wherever

23         they find that there's a negative piece on

24         that particular individual, and even though he
```

```
1        or she has been identified by you, Judge Milk,

2        to be released, he or she cannot be released

3        because of the fact that all of these

4        others -- or this other one particular issue

5        says that, hey, this has not been resolved so

6        it's got to wait.

7        BY MR. WATSON:

8        Q    All right.  I appreciate that statement.

9        What she is saying is the one piece of

10       information that's not being completed in OMS

11       is what the bond status is in the court,

12       correct?

13       A    Okay.  That's what she says.

14       Q    Right.  And, therefore, your jail can't

15       release people that ought to be released,

16       right?

17       A    My jail would not release people because

18       of the fact that the information in the

19       system --

20       Q    Is incomplete?

21       A    -- the entire system, not just the

22       Odyssey system, but the entire system was

23       incomplete.

24       Q    Right.  But what she's telling you, on
```

RIVERSIDE REPORTING SERVICE

```
1         people that aren't being released, is that

2         Odyssey isn't telling your staff, at the OMS

3         level, whether -- the status of that bond

4         so --

5         A    She's talking about OMS and not the

6         entire system.

7         Q    Okay.  You say the entire -- what else is

8         the system other than --

9         A    Well --

10        Q    -- Odyssey and OMS?

11        A    Well, it could be a warrant out of -- out

12        of New York City.

13        Q    Okay.  I get it.  Okay.  But she's just

14        talking about with respect to bond.

15               MR. CRADDOCK:  Wait a minute.  I object.

16        You're asking her -- him what somebody that's not

17        in the room means --

18               MR. McLAREN:  Note your objection.  Go

19        ahead.

20               MR. CRADDOCK:  Well, I mean --

21               MR. McLAREN:  You don't have to help him

22        with his answer.

23               MR. CRADDOCK:  Well, I -- I object to --

24               MR. WATSON:  He got this memo.  I
```

RIVERSIDE REPORTING SERVICE

```
1          mean -- okay.
2                  MR. CRADDOCK:  It says what it --
3                  THE WITNESS:  And I probably addressed
4          it, but I didn't address it, you know, to you.  I
5          addressed it directly --
6          BY MR. WATSON:
7          Q    No, I get it.
8          A    -- to her.
9          Q    Your understanding is that she is
10         informing you that there is a problem, on
11         releasing inmates, because Odyssey is not
12         telling your jail and its software system that
13         those persons have or have not posted a bond,
14         correct?
15                 MR. HORTON:  Object to the form.
16                 THE WITNESS:  One of the issues, yes,
17         sir.
18         BY MR. WATSON:
19         Q    Okay.  Now, we talked about that some
20         people that get arrested and brought to Shelby
21         County Jail, after the implementation of the
22         new computer system, have charges that carry
23         preset bonds; is that correct?
24         A    Okay.
```

RIVERSIDE REPORTING SERVICE

```
1     Q    I mean, some do, right?

2     A    Okay.  Yes.

3     Q    And a preset bond is a bond that is -- if

4     a person can post that, they're automatically

5     posted out of bail -- out of jail, right?

6     A    Yes, sir.

7     Q    Okay.  And we've talked that there were

8     problems with the computer system reflecting

9     whether anyone had a preset bond or not; is

10    that correct?

11    A    Yes, sir.  We were told that, yes, sir.

12    Q    Okay.  And -- do you know how many people

13    that affected where the computer system would

14    not reflect whether they were entitled to a

15    preset bond or not?

16    A    No, sir.  That would be through JMS --

17    not JMS.  I'm sorry.  You're getting me

18    confused now.  That would be through

19    pre-trial, and that would be through Odyssey.

20    Q    Okay.  So -- but I guess my question is

21    do you know whether it happened to 10 people,

22    a hundred people, 50 people?  You don't know

23    either way?

24    A    No, sir.
```

RIVERSIDE REPORTING SERVICE

```
 1      Q    Okay.

 2      A    No, sir.

 3      Q    All right.  And -- were there problems

 4    also with people who had not -- I think the

 5    answer is yes, but were there problems also

 6    with people who had been charged but had --

 7    but their charge had no preset bond so they

 8    needed to go to court to get a bond?  Was

 9    there a problem with that at all?

10              MR. HORTON:  Object to the form.

11              THE WITNESS:  Well, when you ask that

12    question, I would have to refer that to -- to

13    pre-trial and to those persons who would help set

14    bond.

15              But you've got to understand the

16    commissioner can set a bond.  So a person

17    could get a bond set through the commissioner,

18    and -- and that bond would flow over to

19    pre-trial, and at that -- as that person is

20    moved into the jail -- because that's going to

21    happen in police holding.  So --

22    BY MR. WATSON:

23      Q    You're saying a commissioner of Shelby

24    County can set a bond?
```

```
 1    A    Yeah.  He can release a person if he
 2    wants to.
 3    Q    In your entire career, has any
 4    commissioner ever issued a bond for a criminal
 5    defendant?
 6    A    When you say criminal, what are you
 7    talking about?
 8              MR. HORTON:  I think you're confusing it
 9    between a Shelby County Commissioner and the
10    commissioners he's think -- talking about.
11    BY MR. WATSON:
12    Q    Who are you talking about?
13    A    I'm talking about the justice system
14    commissioners.
15    Q    Commissions?
16    A    Commissioners has --
17              MR. HORTON:  Judicial commissioners.
18              THE WITNESS:  Judicial commissioners --
19    BY MR. WATSON:
20    Q    Oh, judicial commissioners.  Okay.
21    A    -- has to sign --
22    Q    No, I get it.  All right.  So here -- my
23    question to you is, we've heard there were
24    complaints where people weren't brought before
```

RIVERSIDE REPORTING SERVICE

1      a judicial officer, whether it's a

2      commissioner, a judge or whatever, so that

3      they could have a bond set.  Has that been

4      part of the problem?

5      A    No, sir, I cannot see that as being a

6      part of the problem because every arrest has

7      to go before a judicial commissioner.

8      Q    Okay.  So within how many -- within how

9      long before -- within their arrest?  That's a

10      bad question.  When do they have to go before

11      the judicial commissioner?

12      A    Once he's brought into the jail -- once

13      he's brought into the police holding part of

14      the jail, they have to take him to the

15      judicial commissioner for the commissioner to

16      approve the arrest.

17      Q    Okay.  And -- you say approve the arrest.

18      Is that a probable cause hearing?

19      A    Yes.

20      Q    Okay.  And the -- you have to go through

21      intake first, is that correct, before you do

22      that?

23      A    No.  That happens prior to you going into

24      intake.

```
1      Q    Okay.  Now -- because I've heard -- you

2      know, there's a gentleman named Earle

3      Farrell -- do you know him?

4      A    Yeah.  He used to be the PO for the

5      sheriff.

6      Q    Right.  And he made a comment -- do you

7      remember he made a comment to the effect that

8      it was taking six, seven times longer in

9      intake with respect -- after the new computer

10     system came on board?

11     A    It takes six or seven hours longer for

12     what?

13     Q    For -- for you to do an intake process at

14     the jail.

15     A    Well --

16     Q    I'm just -- do you recall him saying

17     that?  I'm not --

18     A    No, I don't recall him saying that.

19     Q    Okay.

20     A    But --

21     Q    Did you find that to be the case?

22     A    Well, anytime you get more than you

23     normally would get, yes, it took -- sometimes

24     it took longer, yes.  I -- I mean, that's
```

RIVERSIDE REPORTING SERVICE

1        an --

2        Q    But the intake problem wasn't just

3        because the police department went out and

4        arrested a bunch of people, it was because of

5        the computer system, right?

6                    MR. TRAMMELL:  Object to the form.

7                    THE WITNESS:  Well, I think it was a

8        multitude of problems that existed at the same

9        time.

10                   You think about it.  The large

11       number of arrests came -- the largest number

12       of arrests came at the very same time that you

13       implemented the new system.  So you -- you

14       think about it, with all of the new people

15       dealing with a brand new system and now you're

16       getting this large influx -- yeah, we've had

17       influxes before, but the fact is that we were

18       dealing with them on a normal basis dealing

19       with our system, but now we've got a new

20       system, so it -- everything just helped to

21       create some problems.

22       BY MR. WATSON:

23       Q    Now, we talked about persons that were --

24       that were not released because they had

                     RIVERSIDE REPORTING SERVICE

    1       already posted a bond.  Do you know how many

    2       people that affected?

    3       A    Not really.  But I can assure you that,

    4       based on some of the audited information and

    5       our research, it was not nearly as many as

    6       persons said it was.

    7       Q    As who said it was?

    8       A    Persons.  Attorneys, you know, people who

    9       created some of the -- I --

   10       Q    That's just -- is that speculation on

   11       your part?

   12       A    No.  I think it's a fact on my part.

   13       And, when I say I think it's a fact on my

   14       part, when you go back and you look at some of

   15       the particular cases and you look at the

   16       persons, you'll find that there -- there's a

   17       lot of myths, a lot of statements that are

   18       made.

   19       Q    Okay.

   20       A    But there are no -- there's no facts to a

   21       lot of those statements.

   22          (Whereupon, Exhibit 12 was marked.)

   23       BY MR. WATSON:

   24       Q    Let me show you what we'll mark as

                    RIVERSIDE REPORTING SERVICE

1          Exhibit 12.  This is an e-mail from Phillip

2     Harvey to Jack Green, and then it's CC'd to a

3     number of other people.  Do you know who Jack

4     Green is?

5     A    I know his name.  I met with him a

6     couple -- not met with him, but was in

7     meetings with him, yes.

8     Q    Okay.  What does -- what does he do?

9     A    He works for the Shelby County IT

10    Department I think.

11    Q    Okay.  And Harvey Phillip, do you know

12    who he is?

13    A    No, I --

14    Q    Or Phillip Harvey.  I'm sorry.

15    A    Phillip Harvey?  I don't know Phillip

16    Harvey.

17    Q    And, I'm sorry, for the record -- this is

18    Exhibit 12; is that right?

19          MR. McLAREN:  Yes.

20          MR. BURNS:  Correct.

21    BY MR. WATSON:

22    Q    Exhibit 12.  And it's SC 076290 through

23    292.

24          Do you know anybody else that's listed on

                    RIVERSIDE REPORTING SERVICE

1        this -- getting the CC on this e-mail?

2        A     No.

3        Q     Okay.  So you believe Jack Green is part

4        of the IT department of Shelby County --

5        A     Yeah, he's -- yeah, I know he works in

6        Shelby County Government.  I think it's in the

7        IT department.  I think.  I know I've seen him

8        before.

9        Q     All right.  Well -- here's what I want to

10       focus in on.  He states, quote, Jack, I have

11       not received information that any of the

12       following people are still in jail, but

13       according to Sherrye, somebody in -- at the

14       County Sheriff IT-PD meeting yesterday said

15       that 40 people -- plus people were found still

16       in jail after having their cases dismissed,

17       close quote.  Do you see that?

18       A     Okay.

19       Q     Do you have any factual knowledge or

20       basis to dispute that statement?

21       A     Well, when you read this statement, it

22       says having their, and I guess they were

23       talking about their individual cases

24       dismissed.  They don't reference the fact that

RIVERSIDE REPORTING SERVICE

1    they had other cases in other courts that were

2    not dismissed.  So they're only talking about,

3    I guess, what they identified to.  I don't

4    know here.  I just can't -- I can't speak to

5    this.

6    Q    Well, no, I appreciate that.

7              MR. CRADDOCK:  I object.  He's not --

8    he's not even copied on this e-mail.

9              MR. WATSON:  So what?

10             MR. CRADDOCK:  I just don't think it's

11   proper to ask him about what somebody else is

12   saying.

13   BY MR. WATSON:

14   Q    All I'm asking, Mr. Moore, is do you --

15   are you in a position to dispute the statement

16   that 40 plus people were found still in jail

17   after having their cases dismissed?

18   A    I -- I'd have to -- I'm not going to

19   dispute it, but I'm not going to agree to it

20   because of the fact that I would have to go

21   and research every one of these cases and

22   identify to all of the issues that goes around

23   someone being released, not just this one

24   charge.

```
1       Q    Oh, no, no, I'm not asking you to agree
2       with that.  I'm just asking if you have any
3       other information that that's really wrong?
4       You know, we've got a number of individuals on
5       this list here that someone has gone through
6       and is indicating -- suffice it to say,
7       they're indicating they shouldn't be in jail;
8       is that fair?
9       A    I guess so.
10      Q    Okay.
11      A    Well -- and let me ask you to do
12      something.  Read the last -- the last
13      paragraph of that very statement.  I don't
14      know who this is speaking.  It says the
15      following clients probably should no longer be
16      in custody in General Sessions 9 cases, but
17      because they weren't my cases, I'm not sure if
18      they got time served or sentenced to the Penal
19      Farm.
20           So -- so it's kind of like, you know,
21      everybody is speaking, but nobody is fully
22      going through the process to ensure that what
23      they're saying is absolutely the truth.
24      Q    Well, no, no, all -- my only point is
```

RIVERSIDE REPORTING SERVICE

1          that -- that the computer problems, with

2          respect to releasing inmates who have

3          alleged -- who are alleging that they were

4          over-detained, you don't have any idea what

5          that number is one way or the other --

6          A    No, sir.

7          Q    -- is that fair?

8                    MR. HORTON:  Object to the form.

9                    THE WITNESS:  No, sir.

10         (Whereupon, Exhibit 13 was marked.)

11         BY MR. WATSON:

12         Q    Okay.  I'm going to show you Exhibit 13.

13         Exhibit 13, which is SC 274901 through 4902,

14         this is an e-mail from -- that you received,

15         an e-mail string; is that correct?

16         A    Uh-huh.

17         Q    And -- there's an e-mail from a Mearl

18         Purvis at the very back page.  She's a

19         reporter here in town; is that correct?

20         A    Okay.

21         Q    And Mearl Purvis is indicating that,

22         quote, this is a senior of -- U of M student

23         that needs help getting processed out of jail.

24         She got stuck in the computer -- in the jail

RIVERSIDE REPORTING SERVICE

```
 1        computer system.  She is threatening to

 2        lose -- she is threatening to lose her

 3        internship at IP.  Her December graduation is

 4        in trouble.  She was cleared this morning, but

 5        the release process is taking up to three

 6        days.  Can you help at all.  I have her

 7        release papers from jail east and can get to

 8        you immediately or just tell me where I can

 9        turn for -- to help her.  And this goes to a

10        Steve Shular.  Do you know a Steve Shular?

11        A    He was the PO for the former mayor,

12        County mayor.

13        Q    PO, what do you mean by that?

14        A    The public an --

15        Q    Okay.

16        A    Public information officer for the --

17        Q    Okay.  And --

18             MR. BURNS:  Public what?

19             THE WITNESS:  The public information

20        officer for the former mayor, Mayor Luttrell.

21        BY MR. WATSON:

22        Q    And -- so he replies back, Steve --

23        excuse me.  I'll be glad to check.  What is

24        her name and booking number.  And -- then this
```

1       is forwarded on by Gloria to -- strike that.

2       This is from Gloria Morris.  Again -- who is

3       Gloria Morris?  Do you know who that is?

4       A     She was the clerk for the sheriff's

5       office.  She was directly the clerk for the

6       sheriff, information clerk.

7       Q     Information clerk?

8       A     Yes.  For the sheriff.

9       Q     Okay.  And -- and she states, quote,

10      Steve, I'll see what I can do, but everyone

11      knows the system is having problems.  Is that

12      right?

13      A     That was her answer, yes.

14      Q     Okay.  And so -- then you took the

15      e-mail, and you said we're working on this, I

16      will call you later; is that correct?

17      A     Yes.

18      Q     And this is -- the inmate was Denisha

19      Nicole Malone.  So -- so someone was stating

20      that she was stuck in the jail because of the

21      computer system; is that correct?

22      A     Well, that's what it started off to be,

23      and I can't recall directly dealing with it,

24      but I can assure you that this was resolved.

RIVERSIDE REPORTING SERVICE

```
 1     Q    No, I think it was.  I'm not saying it

 2     wasn't.

 3     A    And whether it was the computer or

 4     something else I really can't say.

 5          (Whereupon, Exhibit 14 was marked.)

 6     BY MR. WATSON:

 7     Q    Let me show you Exhibit 14.  This is

 8     Exhibit 14, which is a follow-up to that

 9     e-mail.  And -- you're following up, and you

10     indicate, on November the 17th, back to Steve

11     Shular, the public relations officer for Mayor

12     Luttrell, Steve, we have to go to court to get

13     the paperwork.  Again -- thanks again for the

14     heads-up.

15          So your office was going to have to go to

16     court to get the paperwork; is that correct?

17     A    Yes, sir.

18     Q    Okay.  You couldn't rely upon the

19     computer system to get her out because the

20     computer system didn't accurately reflect the

21     information; is that fair?

22               MR. HORTON:  Object to the form.

23               THE WITNESS:  I -- now, that -- I

24     mean -- that could be perceived, but I don't know.
```

RIVERSIDE REPORTING SERVICE

```
1          We may have had what we needed to make ourselves

2      say we've got to go back to court.  I don't really

3      know what -- what the reason is here, but we -- we

4      have identified that we've got to go back to court

5      to deal -- to get the paperwork or to deal with

6      that particular case.  We may have had something.

7      I don't know.

8      BY MR. WATSON:

9      Q    Well, you said we -- we have to go to

10     court to get the information.

11     A    To get the paper -- no, I said the

12     paperwork.

13     Q    Okay.

14     A    And the paperwork that I would be

15     referencing to is her release.  Because that's

16     what this whole general conversation is about.

17     So I need to go to court and find out what is

18     going on with this person.

19     Q    Right.  You couldn't check the computer,

20     you had to go to court?

21     A    It may not have been in the computer.

22     Q    Well -- and, therefore, she wasn't

23     released, right?

24     A    And she wasn't released --
```

1      Q      Right.

2      A      -- so -- so -- you know, it may be that

3      the court clerks didn't put it in there.  I

4      don't know.

5      Q      Okay.  What was that, 14?

6             MR. BUNDREN:  Mr. Watson, Brandon

7      Bundren again.  What's the Bates number on that?

8             MR. WATSON:  Oh, I apologize, Brandon.

9      Yeah, that is SC 050263 through 264.

10     (Whereupon, Exhibit 15 was marked.)

11     BY MR. WATSON:

12     Q      I'll show you Exhibit 15.  And this is an

13     e-mail from Gloria Morris to you and others

14     dated November the 17th, and she states,

15     quote, Steve, I got back from GS Court.  After

16     checking -- after the clerks checking, I was

17     told Ms. Malone can be released after

18     3:00 p.m.  She is not back from court yet.  Do

19     you see that?

20     A      Yes.

21     Q      So suffice it to say, somebody had to go

22     to court and get information so that she could

23     get out of jail, correct?

24             MR. HORTON:  Object to the form.

RIVERSIDE REPORTING SERVICE

```
 1                 THE WITNESS:  Now, the question is --
 2     and -- yes, that says it, but the question is why
 3     would she have to go back to court if she was
 4     already being released -- or to be released.
 5                 And then it says that she couldn't
 6     be released until after 3:00.  Why after 3:00
 7     if she's already supposed to be released?
 8                 She had to go back to court for
 9     something, and I don't know what she had to go
10     back to court for.
11     BY MR. WATSON:
12     Q    Well, suffice it to say, the computer
13     wasn't reflecting that she could be released,
14     correct?
15     A    Well --
16     Q    Or she would have been released, right?
17     A    Well, the computer -- according to -- to
18     the first e-mail, yes, she was ready for
19     release based on that court.  It don't say
20     what division she had to go back to.  So she
21     may have to go back to another division in
22     order that she be released.  I don't know
23     where she had to go.
24                 But yet, upon her going back, she's not
```

RIVERSIDE REPORTING SERVICE

1        back from court yet.  So she was in court for

2        some -- she had to go back to court for some

3        reason.  And -- I don't know.  I don't want to

4        say it was Odyssey or it was the warrant.  I

5        don't want to say anything that I don't have

6        the facts before me to say that it was.

7                    MR. WATSON:  Ladies and gentlemen, why

8        don't we take, like, a 15 minute break because I'm

9        going to go through this, and I may only have,

10       like, 20 minutes, 30 minutes left, and we can get

11       out of here.  Is that okay with y'all?

12                    MR. HORTON:  That's fine.

13                    THE VIDEOGRAPHER:  We're off the record

14       at 2:27 p.m.

15                        (Recess.)

16                    THE VIDEOGRAPHER:  We're back on the

17       record at 2:39 p.m.

18       BY MR. WATSON:

19       Q    Mr. Moore, did you ever determine how

20       many inmates, if any, were adversely affected

21       by the new computer system?

22                    MR. TRAMMELL:  Object to the form.

23                    MR. HORTON:  Object to the form.

24                    THE WITNESS:  No.

                    RIVERSIDE REPORTING SERVICE

1      BY MR. WATSON:

2      Q    Okay.  So the audit you talked about

3      didn't -- didn't get into that?

4      A    I'm -- I'm sure that the audit will give

5      you some -- some numbers, but memory-wise, for

6      me to say how many would be whatever, no, I

7      can't -- I can't do that.

8      Q    Do you have a personal belief how many

9      people?

10     A    No.

11     Q    Okay.  Let me mark Exhibit 16 to your

12     deposition.

13          (Whereupon, Exhibit 16 was marked.)

14     BY MR. WATSON:

15     Q    Exhibit 16 is an e-mail from you dated

16     December 7, 2016 to Chris Floyd, and the

17     subject is Jail Booking Time Report.  Do you

18     see that?

19     A    Uh-huh.

20     Q    And you say, quote, we have founded that

21     to be a problem in the jail also.  I have

22     talked with Ed and have advised that sometime

23     ago this process was agreed on.  I have asked

24     that we look at ongoing -- at going back to

RIVERSIDE REPORTING SERVICE

1       the old, but I was told that we could not,

2       close quote.

3            So had you asked someone about could you

4       go back to the old computer system rather than

5       rely upon the new computer system?

6       A    I'm trying to read this to make sure that

7       that's what this conversation was about.

8       Because it doesn't start off addressing

9       computers.  It talks about time reports, and

10      that was a -- that was a process that we

11      actually dealt with every month.

12               MR. BUNDREN:  Mr. Watson, what's that

13      Bates number, please?

14               MR. WATSON:  Oh, I'm sorry.  Exhibit 16,

15      SC 054284 through 85.

16      BY MR. WATSON:

17      Q    Well, let me help you.  Let's go to the

18      last page of the e-mail --

19      A    Okay.

20      Q    -- first.  This is the second page of

21      Exhibit 16, and this is an e-mail from Ed

22      Raper to you that states, quote, Chief Moore,

23      I'm following up on our conversation from

24      yesterday regarding who approved the changes

RIVERSIDE REPORTING SERVICE

```
 1          to jail booking process.  Below is from the
 2          minutes of the OMSe steering committee.  I've
 3          attached the minutes from both the steering
 4          committee and the project working group, they
 5          recommended the change, meeting in case you
 6          want to review who was in attendance.  As I
 7          said yesterday, the expectation is that after
 8          a couple of months we can then establish a
 9          baseline from when someone gets booked to when
10          they complete medical, time from booked to
11          when they complete IDFP, et cetera.  These
12          times will not directly compare to previous
13          booking time reports, but the objective will
14          still be achieved, close quote.
15               Does that statement refresh your memory
16          with what you were concerned about?
17     A     Yes.  This is really -- this really has
18          not a lot to do with OMSe.  This is something
19          that every month we did a report -- and, when
20          I say we, Ms. Floyd would do a report giving
21          us the booking times that went from day one of
22          that report to day 30 or day 31 based on the
23          30 days.  This happens every month.
24               And this was happening so that we could
```

RIVERSIDE REPORTING SERVICE

```
 1        identify as to whether or not we were moving

 2        forward in our booking times or we were

 3        slowing down in our booking times.

 4             And our booking times dealt with medical,

 5        it dealt with dressing, the inmate dressing,

 6        showering, things of that caliber.  It

 7        addressed with -- it addressed pre-trial.  It

 8        addressed mental health.  It addressed --

 9   Q    Help me out because I'm a -- I'm a

10        neophyte.  What is a booking time?  What does

11        that mean?

12   A    Booking time, how much time does it take

13        to book one inmate throughout the entire

14        system and move him out of intake to housing.

15   Q    Okay.  So he's brought by a squad car

16        to -- take me through the process.  He's --

17   A    Okay.  He's brought by a squad car, and,

18        once he's brought by a squad car, he's

19        actually taken to police holding.  Police

20        holding is not -- it's supervised by the jail,

21        but it's ran by the law enforcement agencies

22        that's arresting those inmates.

23             In that particular area, that's where

24        your -- your commissioner is.  That's where
```

1          your warrant officers are, which would be the

2          sheriff's office.  They've got their own

3          window there.

4               Once that process is completed, or once

5          they complete that process, then they will go

6          to our window, which is called the booking

7          window, and then the person is actually booked

8          into the jail per se.  He's not brought into

9          the jail.  He's booked into the jail.

10              Now, he may sit in that area -- he could

11         sit in there for as long as the officer wants

12         him to sit there based on whatever they've got

13         going on.  But, until he comes through the

14         double doors, and that's what we call it, the

15         double doors, into the police -- I mean into

16         the booking area -- his time doesn't start

17         until he gets there.

18              And, once he gets there, then he's going

19         to go to a counter whereas all of his

20         properties that were taken away from him is

21         brought over, and then he's going to be

22         processed into the jail, fingerprinted, so

23         forth.  All his property is going to be

24         documented, and he's going to be searched

```
1      again.  Because he was searched on the other

2      side, but he's going to actually be searched

3      again.  And now we're starting the process for

4      actually that inmate coming into the jail.

5          Now, he's going to be there a while

6      because of the fact that he's got four or five

7      different elements in that area that he's got

8      to go to.  He's got to go to medical.  He's

9      got to go to pre-trial.  He's got to go to

10     mental health.  He's got to go to processing,

11     which is when we are going to sit him down.

12          And -- so there are at least four, maybe

13     five, areas that he's going to have to go to.

14     And he leaves one, and it's going to show in

15     the computer that he's left that one and now

16     he's ready to go to the next one.

17          And they're -- they're numbered as to

18     where he goes.  Medical is number one because

19     of the fact that, you know, we want to kind of

20     identify his medical situation before we do

21     anything else with him.

22          So he could be in intake anywhere from

23     three hours to eight or nine hours.  It's

24     according to what's going on and how -- how
```

```
1        many -- how many other persons are in there

2        and what is going on with them.

3             So, when we start talking about booking

4        time, it's our trying to control the

5        numbers -- the normal number of persons that's

6        coming through and move them through in a

7        timely manner and a swift and safe manner.

8        And this is the way we were doing that.

9             And, when we had these booking time

10       meetings, everybody that's in those areas

11       would be in that meeting.  And Ms. Floyd was

12       the lead person for those particular meetings.

13       And that's why we -- we dealt with that.

14    Q    Okay.  If you look at the next page of

15       Exhibit 16, she states, in the middle there,

16       quote, Defendants can be moved from the intake

17       to housing bypassing pre-trial on the OMSe

18       workflow queue now.  Previously pre-trial was

19       in line as a mandatory stop/clear before

20       classification could house the defendant.  The

21       OMSe workflow has pre-trial as a separate

22       page, and thus defendants can go from medical

23       to classification without going through

24       pre-trial.  It gets them to housing faster in
```

RIVERSIDE REPORTING SERVICE

1        some cases, but it also requires that

2        pre-trial call them back around for an

3        interview for bond setting.  This means

4        deputies will have to go to either send or

5        escort them back.  Much more time intensive

6        overall.  Do you see that?

7        A    Yes.

8        Q    So was she indicating that the new

9        computer system was increasing the booking

10       times?

11       A    She was -- in just this, she's saying

12       that there have been some discussions or

13       there's been some agreements to do some things

14       differently from what we were normally doing,

15       and she's identified that it's not the best

16       way for us to do it.

17            It really was not about OM -- it was

18       about what we were doing and what we were

19       about to do to -- let's just say to address

20       some OMSe wants or would like to have, and

21       she's identified that, no, this is not the

22       best thing to do because of the fact that in

23       the back room or -- as you move forward, it

24       may move faster on the front-end, but then

1       you're going to have to go back later on and

2       pull some of those same persons back into the

3       intake processing area and take care of them

4       in a whole different manner.

5       Q    Okay.  Well, now let's go back -- now

6       that we have that context, let's go back to

7       what you said here.  You said, quote, we have

8       found that to be a problem in the jail also,

9       close quote.  What did -- what was that

10      problem?  Was it the OMSe workflow?

11      A    Where are you seeing...

12      Q    At the very top -- at the very top of

13      your e-mail, Mr. Moore --

14      A    Oh, okay.

15      Q    -- you --

16      A    We found that to be a problem --

17      Q    Also.

18      A    -- in the jail also.  Well, that is in

19      the jail.  I mean, all of this is happening in

20      the jail.  So what --

21      Q    Well, I'm asking what is the problem

22      you're talking about?  You said that could be

23      a problem.

24      A    That we'll have to go back and get

1      inmates and bring them back to intake --

2      Q    Okay.

3      A    -- which we're disguising the booking

4      time.  We had them to go through the booking

5      time with the new process that they had

6      implemented, and it was to work with the OMSe

7      system, but what we found is that, yes, it --

8      and the new booking time -- we got new booking

9      times, which were better, because we were

10     omitting some steps that we were normally

11     doing in the past, and now, after we do them,

12     days later we'll have to go back and end up

13     getting the inmate.

14          And I'm just reminding her, yes, you're

15     absolutely addressing a fact, this is a

16     problem because of the fact that we're the

17     ones that have to go back and get them and

18     take them back down and get them rebooked or

19     get them reprocessed through the --

20     Q    Okay.

21     A    -- through the pre-trial services

22     department.

23     Q    She says this is more time intensive

24     overall.  So is it fair to say then the real

RIVERSIDE REPORTING SERVICE

1      booking time was increased because of the OMSe

2      software?

3      A    I -- I can't -- the real booking time was

4      increased because of the fact that we sat

5      down -- and, when I say we, whoever those

6      persons were that were in that meeting and

7      agreed to do something to identify something

8      that was wanted by OMSe, and they did it.

9           And, upon doing it, they didn't see it

10     all the way through, and it took a few days or

11     a few weeks or whatever for us to identify

12     that it's not the best thing to do, so we went

13     back to where we were supposed to be.

14     Q    Okay.  Well, you said I have asked that

15     we look into going back to the old.  What's --

16     the old what?

17     A    The old way, the way that we were doing

18     it prior to the change.

19     Q    And that had nothing to do with the

20     computer system?

21     A    Well, it had nothing to -- the computer

22     system didn't make us change it.  Because we

23     could have told them, on the front-end, no, we

24     weren't going to do this, but the persons that

RIVERSIDE REPORTING SERVICE

1        were in the meeting that agreed to do it, they

2        agreed to do it because of the fact that they

3        saw or felt that the new system -- it would

4        work better with the new system.  It may have

5        worked better with the new system because it

6        gave us a better time.

7        Q    Okay.  Well, you go on to state I am

8        working with our IT persons seeing what we can

9        do to correct a problem that I had no

10       knowledge of until this happened.

11            So you were going to use a software

12       solution to -- to fix this booking time

13       problem?

14       A    No.  We couldn't use the software to fix

15       the booking time problem because manually we

16       had to go back and get those same inmates that

17       we had already taken through the process.

18       Q    How would an IT person solve that problem

19       then?

20       A    Because of the fact that they were --

21       they were a part of these meetings, and for

22       them to deal -- I think I told you earlier,

23       every step in intake had a number.  You go

24       one, you go two, you go three, you go four,

```
1       you go five.  It's five different steps in

2       there.

3            What they did was they moved -- let's

4       just say pre-trial is number two.  Medical is

5       number one.  Well, classification is number

6       four.  They moved the pre-trial number in

7       order that they could do what they were doing,

8       and, when they moved it, they moved it in the

9       JMS system, which is a computer issue.

10           So, with them having to move it, now for

11      us to go back and remove it or put it back

12      where it belonged, we've got to get IT in.

13      Q    Okay.  So you needed IT to change the

14      program so you could go back to a more

15      efficient way to do things?

16      A    Go back to doing what we were normally

17      doing.

18      Q    Okay.  And if you had stayed with the

19      current system, it would have been slower?

20      A    Yes.  Yeah.  We wouldn't have had --

21      yeah.  Simpler.

22           (Whereupon, Exhibit 17 was marked.)

23      BY MR. WATSON:

24      Q    I'll show you Exhibit 17.
```

RIVERSIDE REPORTING SERVICE

1      A    Okay.

2      Q    And I'll represent to you, Mr. Moore,

3    this is a follow-up -- you may recall we

4    talked about a gentleman named Alan Lee with

5    the AF --

6      A    AFSCME.

7      Q    -- SCME who --

8      A    AFSCME.

9      Q    I'm sorry?

10     A    AFSCME.

11     Q    Ask you what?

12     A    AFSCME.

13     Q    Oh, AFSCME.  Is that how you say it?  I

14   apologize.

15     A    The union.

16     Q    I've been drinking whiskey.  Not you.

17          All right.  So the union head, at least

18   the local union head, had written in some

19   concerns.  We've talked about that.

20          And if you want to go to the second page

21   of Exhibit 17, it looks like Kim Koratsky is

22   proposing a response to Mr. Lee there in the

23   middle.  This is November 15th.  He says what

24   do you think about this for a response?  Alan,

```
1        unfortunately, Mr. Leech and Chief Moore are

2        buried right now working on the system

3        transition and associated issues --

4                MR. HORTON:  Go ahead.

5        BY MR. WATSON:

6        Q    -- and are unable to meet at this time.

7        Once the system transition is complete, if

8        there are still problems, we should be able to

9        set up a meeting.  And that's KK.  Do you see

10       that?

11       A    Uh-huh.

12       Q    Okay.

13               MR. HORTON:  Well, let me say that

14       that's Kim Koratsky, who is an Assistant County

15       Attorney.  We've talked about Kim before.  So we

16       think this is a privileged communication, and,

17       under the prior ruling of The Court, we're going

18       to claw back this particular document regarding

19       that issue.

20               MR. WATSON:  Well, does Mr. --

21       Mr. Koratsky, is he -- is he actually a lawyer and

22       works in a lawyer capacity?

23               MR. HORTON:  At that time --

24               MR. WHITWELL:  Yes.  He was the Deputy
```

```
1          County Attorney for the County Attorney's office

2          giving them legal advice on how to respond to the

3          union.

4                   This is privileged.  We designated

5          other versions of this e-mail as privileged,

6          and I'm not sure how this one slipped through,

7          but it shouldn't have.  Per the clawback, we

8          can claw this one back.

9                   MR. WATSON:  I don't know that it's

10         legal advice.

11                  MR. BUNDREN:  For the record, this is

12         Brandon Bundren asking what's the Bates number of

13         the document?

14                  MR. WATSON:  This has been clawed back.

15         I'm sorry.  Exhibit 17 is SC 515941 through 43.

16         BY MR. WATSON:

17         Q    Well, let me ask you this, if you look at

18         the next e-mail, Steve Leech --

19         A    Uh-huh.

20         Q    Now --

21                  MR. HORTON:  Which e-mail?  I'm sorry.

22                  MR. WATSON:  That's on the very first

23         page.

24                  MR. HORTON:  Okay.
```

```
1      BY MR. WATSON:

2      Q    Now, you -- we've talked -- he was the

3      CEO of --

4      A    The sheriff's office.

5      Q    The sheriff's office.  Okay.  And he is

6      writing back -- let me just read this into the

7      record.  Quote, how about, the ICJISS team is

8      working on the issues associated to the

9      computer -- to the system conversion.  We're

10     all involved in completing this transition and

11     are not available to meet with you at this

12     time.  The system conversion was a must for

13     all due to the fact that the JMS system was

14     written in Cobalt language and is not

15     supported.  At this point the steering

16     committee is driving our agendas and will

17     remain so until system is implemented.  All

18     the sheriff staffs are on hand to assist the

19     jail and complete the project.  We will be

20     happy to meet with you after the completion of

21     this mission.  If you have any thoughts to

22     help with the transition, please let Chief --

23     the Chief Jailer know, otherwise we

24     respectfully request that we meet at some
```

RIVERSIDE REPORTING SERVICE

1       future date.

2              Here's my question related --

3              MR. HORTON:  Let me, once again, say we

4       object to this.  This is an attorney-client

5       privilege.  This is Steve Leech to Kim Koratsky

6       responding to an e-mail dealing with legal advice,

7       and we'd like to claw this particular e-mail back.

8              MR. WATSON:  Okay.

9       BY MR. WATSON:

10      Q    My only question is was there any -- do

11      you know, Mr. Moore, one way or the other

12      whether there was any formal response to

13      Mr. Lee that the County or your office sent

14      out?

15      A    No, sir.

16      Q    Okay.

17             MR. McLAREN:  Can I see that when you're

18      done?

19      BY MR. WATSON:

20      Q    Yeah, the -- the very top now is -- is an

21      e-mail from Debra Fessenden.  She's not a

22      lawyer, right?

23             MR. HORTON:  She is a lawyer in the

24      sheriff's office.

RIVERSIDE REPORTING SERVICE

1      BY MR. WATSON:

2      Q    Well, she wasn't a lawyer at the time

3      that this was written, was she?

4             MR. WHITWELL:  She's been a lawyer since

5      1990.

6             THE WITNESS:  Yes, sir, she --

7      BY MR. WATSON:

8      Q    Well, she wasn't acting as a lawyer for

9      Shelby County, was she?

10     A    She's a legal advisor for the sheriff.

11            MR. CRADDOCK:  He's already testified

12     she was a legal advisor for the --

13            MR. WATSON:  Oh, okay.  All right.

14     BY MR. WATSON:

15     Q    Well, suffice it to say, Ms. Fessenden --

16     you agree she's not talking about legal advice

17     in this document; is that correct?

18     A    I don't know what she's talking about.  I

19     would like to...

20            MR. WHITWELL:  Object to the form.

21            THE WITNESS:  The rumor mill is in full

22     force...

23            MR. CRADDOCK:  Well, this --

24            MR. HORTON:  This is --

RIVERSIDE REPORTING SERVICE

```
 1               MR. CRADDOCK:  This whole dialogue is

 2      about legal advice.  I --

 3               MR. WATSON:  I don't see how.  I mean,

 4      it's --

 5               MR. HORTON:  She's writing to Steve

 6      Leech, Kim Koratsky and Robert Moore.  I mean --

 7      and they're talking about --

 8               MR. WATSON:  Well, you can instruct him

 9      not to answer if that's what you want to do.

10               MS. PETRONIO:  I think the proper

11      process for a clawed-back document is for you not

12      to use the clawed-back document until there's been

13      a determination that it's not privileged.

14               MR. WATSON:  I don't know that that's

15      under our Protective Order that way, but

16      certainly --

17               MR. BURNS:  It seems inefficient to do

18      it that way --

19               MR. WATSON:  It really does.

20               MR. BURNS:  -- when you've got the

21      witness here.

22               MR. HORTON:  Well, but it's -- we've all

23      agreed that we can claw this document back, and so

24      we're clawing it back, and it's --
```

RIVERSIDE REPORTING SERVICE

```
 1                    MR. BURNS:  Based on your assumption

 2          that it's privileged.  The Court might disagree

 3          with you.

 4                    MR. WATSON:  Well, I was just --

 5                    MR. BURNS:  Then we'd have to come back.

 6          BY MR. WATSON:

 7          Q    Well, let me ask you this way.

 8          Mr. Moore, was there some sort of impression,

 9          by employees in the jail, that the sheriff

10          made the decision to employ the new computer

11          system?

12                    MR. HORTON:  Object to the form.

13                    THE WITNESS:  I'm sorry.

14          BY MR. WATSON:

15          Q    Sure.

16          A    I'm sorry.

17          Q    Did you hear that people out there that

18          were employees of the jail thought the sheriff

19          had made the decision to use this computer

20          software?

21                    MR. HORTON:  Object to the form.

22                    MR. CRADDOCK:  Object to the form.

23                    THE WITNESS:  I think there were some

24          people in the jail who were thinking that the
```

RIVERSIDE REPORTING SERVICE

1        sheriff was thinking positively about using the

2        system.

3        BY MR. WATSON:

4        Q    Right.  And...  But the -- the reality

5        was the sheriff didn't have a hand at all in

6        selecting this computer system; is that fair?

7        A    That's fair.

8        Q    Do you -- do you know who selected the

9        system?

10       A    No, sir.

11       Q    Okay.

12             MR. CRADDOCK:  Let's mark this, I guess,

13       specially for -- just for identification purposes

14       only.  Because we're not agreeing to this being

15       admitted as an exhibit to the deposition.

16             MR. WATSON:  Let's make this Exhibit 18.

17         (Whereupon, Exhibit 18 was marked.)

18       BY MR. WATSON:

19       Q    This is Exhibit 18.  The Bates range is

20       SC 550606 through 550618.

21             MR. BUNDREN:  I'm sorry, Mr. Watkins.

22       Can you repeat that real quick?

23             MR. WATSON:  Yes.  It is SC 550606

24       through 55618.

RIVERSIDE REPORTING SERVICE

```
 1      BY MR. WATSON:

 2      Q    Now, at the very top of this is an e-mail

 3      from a Craig Willis to -- to Travis Green,

 4      among others.  Who -- do you know who Travis

 5      Green is?

 6      A    I'll have to say -- I think Travis Green

 7      was one of the administrators for the clerk's

 8      office, the judges, for the judges' office.

 9      Q    And Edward Stanton was -- was what?

10      A    Now, Mr. Stanton, he was -- he was over

11      the clerk's office.  He's --

12      Q    The General Sessions clerk's office?

13      A    General Sessions, yes.

14      Q    Not the Circuit Court?

15      A    Not the Circuit --

16      Q    Okay.

17      A    -- or the criminal, but General Sessions.

18      Q    Okay.  And then -- but he handled General

19      Sessions Criminal as well, right?

20      A    Okay.  If you say so.

21      Q    Okay.  You don't know?

22      A    Yeah.  If you say so.

23      Q    Okay.  Phyllis Sheppard, do you know who

24      she is?
```

1        A      No.

2        Q      Okay.  And Gortria Banks?

3        A      Those were all persons, I think, working

4        out of Mr. Stanton's office.

5        Q      Okay.  Let's go to first -- and I just

6        have a question here.  Well...  This is --

7        attached to the e-mail are a number of

8        documents.  The first document is a -- is a

9        memo that says Confidential, Travis, I'm sure

10       you're aware, someone mentioned to me that

11       there had been media coverage about problems

12       with Odyssey, which I had not seen, so I

13       thought I would try to see what's out there.

14       Attached are several reports, I may have

15       missed something, but I was surprised to see

16       how much has started to pile up.  Also

17       attached is a letter that Congressman Cohen

18       sent to the DOJ, which I pro -- I'm sure

19       you've probably seen.

20            Now, the -- we don't have the full letter

21       that's been attached, but it is -- it's 60 --

22       550609.  During this timeframe, November and

23       December of 2016, did you ever become aware

24       that the -- Congressman Cohen had written a

```
1         letter to the head U.S. Attorney General

2         asking her to investigate into the jail?

3                   MR. AL McLEAN:  Object to the form.

4                   MR. TRAMMELL:  Object to the form.

5                   MR. HORTON:  Objection.  This has

6         nothing to do with class certification.  This has

7         everything to do with merits.

8                   MR. AL McLEAN:  I object to the form as

9         to anything having to do with this document that

10        doesn't show him on it.

11        BY MR. WATSON:

12        Q    I'm just asking did -- did you receive

13        that letter?

14        A    No.

15        Q    Okay.  That's all.

16                  MR. TRAMMELL:  Objection; merits-based.

17        BY MR. WATSON:

18        Q    Did you review -- and there's some --

19        there are some reports here in the e-mail

20        concerning news reports.  Did you review news

21        reports concerning the issues at the jail

22        around this timeframe?

23                  MR. HORTON:  Object to the form.  It has

24        nothing to do with class discovery.
```

RIVERSIDE REPORTING SERVICE

1          MR. McLAREN:  You can answer.

2     BY MR. WATSON:

3     Q    Yeah, you can answer.  I'm sorry.

4          MR. HORTON:  I appreciate you telling my

5     witness that.

6          THE WITNESS:  When -- when you say

7     review news reports, such as -- I mean, what do

8     you mean review news --

9     BY MR. WATSON:

10    Q    Well, I mean, for example, did you -- did

11    you have your -- you or your staff collect

12    news reports concerning the Odyssey and the

13    computer system and the issues that were going

14    on?

15    A    No.

16         MR. HORTON:  Object to the form.

17         THE WITNESS:  No.

18    BY MR. WATSON:

19    Q    Okay.  Did you direct anybody we ought to

20    respond to comments that --

21    A    No.

22    Q    -- about this computer system?

23    A    No.  That would come from the PO.  That

24    would come from the PO who reports directly to

1        the sheriff.

2        Q    Okay.  And that's Earle Farrell at the

3        time?

4        A    Yes.

5        Q    Okay.  Good enough.

6            (Whereupon, Exhibit 19 was marked.)

7        BY MR. WATSON:

8        Q    Let me show you what we've got as

9        Exhibit 19.  Exhibit 19 is an e-mail from

10       Shawna Webb to you, Debra Hammons, Charline

11       McGhee and a number of other people; is that

12       correct?

13       A    Yeah.  I'm -- yes.

14       Q    And the e-mail subject is Intake/Post

15       Booking.  Do you see that?

16       A    Uh-huh.

17       Q    And the -- the e-mail is written -- while

18       it's forwarded -- it's sent to you.  It's also

19       sent to someone named Tiffany Ward.  Who is

20       Tiffany Ward?

21       A    Tiffany Ward.  Who is Tiffany Ward.  Oh,

22       she was the acting assistant chief in charge

23       of programs.

24       Q    Say that -- I'm sorry.  Say that again.

RIVERSIDE REPORTING SERVICE

1      A     She was the acting assistant chief in

2            charge of programs.

3      Q     What kind of programs would those be?

4      A     We call programs anything outside of

5            security matters.  And she was in charge of

6            all programs, the counselors.  In this case

7            she would have been in charge dealing with Ms.

8            Webb, Ms. Webb being a manager, but Ms. Ward

9            was the person that she reported to.

10     Q     And -- I mean, would one of the programs

11           have been the Odyssey software and the OMS

12           software?

13     A     No.  The program would be intake

14           processing.

15     Q     Okay.  Okay.  So she's -- she is -- Ms.

16           Webb is writing Ms. Ward about the intake

17           process?

18     A     Yes.

19     Q     Okay.  Do you know why that she sent this

20           to you?

21     A     Probably as a group -- I -- with

22           everything going on at that particular point,

23           everybody wanted to be safe and make sure that

24           everybody got their information, so I was just

RIVERSIDE REPORTING SERVICE

1       probably in a group answer -- or group --

2       Q    Right.  Okay.  Well, she -- she's pointed

3       out several e-mails -- inmates.  The first is

4       Inmate Ruffin.  She states, quote, shows nolle

5       pros as well, but he went to court on today's

6       date, and we do not have any release paperwork

7       on him.  Both of these defendants were seen in

8       the same courtroom.

9           So she's indicating to him -- to you

10      that -- that he should be released; is that

11      correct?

12              MR. HORTON:  Object to the form.

13              THE WITNESS:  It sounds like to me what

14      she's doing is she's referring to her supervisor,

15      and she's just making note that everybody else

16      pick up on it.  She's got an inmate, and she's

17      done the follow-up dealing with the paperwork, and

18      she doesn't have anything on this particular guy.

19      It doesn't say that he's to be released.  It says

20      we do not have any release paperwork on him

21      either.

22              Now, when I read that, just that

23      alone, probably -- or -- for some reason,

24      she's looking into this directly to find out

1        why he had not been released based on

2        somebody's conversation, and now what she's

3        passing on to us, all of us, is that she don't

4        have any release paperwork from him from the

5        courts at all.

6        BY MR. WATSON:

7        Q    Okay.  Let's take a look to the third

8        page of this.  That's 050550.  And there's an

9        e-mail -- right there.  You've got it.

10       There's an e-mail from Tiffany Ward to you and

11       others dated November the 21st, 2016.  Again,

12       Intake/Post Booking, and she says, quote, in

13       an effort to assist in any way possible with

14       inmates in the intake area, myself and Ms.

15       Ellis conducted a walk-through of the area

16       today.  We were looking for inmates that had

17       been in the area over 72 hours to determine if

18       they had seen medical, needed family contact,

19       visit from chaplain and to assess their

20       overall well-being.  Most inmates in the

21       intake area were recent arrest of 11/20/2016.

22       We also did a walk-through of the post booking

23       area.  Several of the inmates in this area

24       have been there since 11/18/2016.  We ensured

                    RIVERSIDE REPORTING SERVICE

1        that all in the area had seen medical and

2        mental health.  Additionally, many appeared to

3        have no bond set and no court dates set on --

4        in the OMS system and were unaware of what was

5        happening with their cases.  I was able to go

6        to pre-trial services and inquire about the

7        bonds and the court information.  Apparently

8        their Odyssey system shows court and bond

9        information that our staff in -- intake/post

10       booking cannot see.

11              So, once again, we're -- you're hearing

12       from a County employee that the OMS system is

13       not reflecting bonds and court dates and

14       information that's in Odyssey; is that

15       correct?

16       A    Yes.

17              MR. HORTON:  Object to the form.

18       BY MR. WATSON:

19       Q    And she's listed one, two, three...  A

20       number of inmates that she thinks that issue

21       has affected; is that correct?

22       A    Yes.  I assume that's what she was doing.

23       She -- she was doing what we instructed her to

24       do.

                    RIVERSIDE REPORTING SERVICE

```
 1      Q    Okay.  So there are several people here

 2      that have -- have information that's not

 3      reflected in OMS that's in Odyssey, correct?

 4      A    Yes.

 5      Q    Okay.

 6            MR. WATSON:  I know I said this last

 7      time.  Let's take a ten minute break.  I've

 8      probably got ten more minutes and we're done.

 9      How's that?

10            MR. BUNDREN:  Frank, what was the Bates

11      number on that document?

12            MR. WATSON:  Oh, I'm sorry.  Let me show

13      it to -- Exhibit 19 is SC 050548 through 551.

14            THE VIDEOGRAPHER:  We're off the record

15      at 3:15.

16                  (Recess.)

17            THE VIDEOGRAPHER:  We're back on the

18      record at 3:23 p.m.

19        (Whereupon, Exhibit 20 was marked.)

20      BY MR. WATSON:

21      Q    I'm going to show you what I've marked as

22      Exhibit 20.

23            MR. CRADDOCK:  Oh, before you -- before

24      you start there, that document that we've clawed
```

```
1          back, while we reserve all rights as to privilege,

2          if you have other questions you want to ask about

3          it, we will agree to let you do it with our

4          reservation of clawing it back and our reservation

5          of striking the testimony.  We want to get it over

6          with.

7                    MR. WATSON:  Okay.  All right.  I'm glad

8          you brought that up.  Let me first -- which

9          exhibit was that?

10                    MR. HORTON:  Was it 19?

11                    MR. BURNS:  It was actually 17.

12                    MR. HORTON:  Seventeen.

13                    MR. WATSON:  Okay.

14          BY MR. WATSON:

15          Q    Well, let's just go to Exhibit 20 for

16          right now.  Exhibit 20 is an e-mail from Debra

17          Fessenden to you and others at the jail; is

18          that correct?

19          A    Yes, sir.

20          Q    And the subject is County Commissioners

21          Talk Legal Options in Computer Foul-Up.  Do

22          you see that?

23          A    Yes, sir.

24          Q    And then there's an article -- I'm not --
```

RIVERSIDE REPORTING SERVICE

1        it's apparently, allegedly, written by

2        somebody named Bill Dries, forwarding that

3        article to you; is that correct?

4        A    Yes, sir.

5        Q    And -- there's a quote from Commissioner

6        Heidi Shafer.  It says, quote, Commissioner

7        Heidi Shafer said the system replaced by the

8        Odyssey program should have remained in place

9        during the transition instead of shutting it

10       down and bringing up Odyssey.  She also

11       questioned whether the problem was drawing the

12       appropriate sense of urgency.  Quote, people's

13       U.S. Constitutional rights are in jeopardy and

14       have been, in my opinion, violated, Shafer

15       said.  That is no small factor.  We have to

16       get it fixed, and we have to make sure it

17       doesn't happen again.

18           Did you have any reaction to that with

19       respect to what Ms. Shafer had to say?

20               MR. HORTON:  Object to the form.

21               MR. TRAMMELL:  Object to the form.

22               THE WITNESS:  No, sir.

23               MR. TRAMMELL:  Merits-based.

24       BY MR. WATSON:

                RIVERSIDE REPORTING SERVICE

1    Q    Do you believe that people's

2    constitutional rights had been violated as

3    a -- as a result of the new computer system?

4              MR. CRADDOCK:  Object --

5              MR. HORTON:  Object to the form.

6              MR. CRADDOCK:  That also requires a

7    legal analysis.

8    BY MR. WATSON:

9    Q    I asked you did -- do you believe that?

10             MR. TRAMMELL:  Object to the form.

11             THE WITNESS:  Their constitutional

12   rights?

13   BY MR. WATSON:

14   Q    Yes.

15   A    No, sir.

16   Q    Okay.  And -- do you know why this --

17   this document was sent to you?

18   A    No.

19   Q    I see that Ms. Fessenden says that please

20   note that Mr. Stanton went right to the point

21   of asking for funding for his staff

22   overtime/supplies.  We should be considering

23   that.  It will show not only cost but

24   commitment.

```
 1              So she's asking that you ask for

 2         additional funding for -- for the jail; is

 3         that correct?

 4         A    I'm -- yeah.  That's basically what this

 5         is really doing is referring -- it's making me

 6         aware that others are asking for monies

 7         because of the fact that -- not only of your

 8         shortages, but overtime now is becoming a

 9         primary problem for --

10         Q    Right.

11         A    And we were -- we were really into an

12         overtime issue.

13         Q    And the overtime was an issue because

14         there was a mass problem with the computer

15         system, correct?

16              MR. TRAMMELL:  Object to the form;

17         merits.

18              MR. HORTON:  Object to the form.

19              THE WITNESS:  No, sir.  Overtime was a

20         problem because of the fact that we were -- our

21         shortage in staff and the problem with the system.

22         BY MR. WATSON:

23         Q    So twofold, it was short of staff and the

24         problem with the system?
```

RIVERSIDE REPORTING SERVICE

1      A    Yes.

2            MR. TRAMMELL:  Object to the form.

3      BY MR. WATSON:

4      Q    Okay.  All right.  Let's go back, I'm

5      sorry, to Exhibit 17.  I'll ferret it out for

6      you.  There it is.

7            MR. ROBERT McLEAN:  Frank, what was

8      the Bates number on 20?

9            MR. WATSON:  Twenty was -- Exhibit 20 is

10     SC 475742 through 43, just a two-page document.

11     BY MR. WATSON:

12     Q    Okay.  Let's go back.  Your lawyers had

13     objected and said this -- this may be

14     privileged, but they're going to let us ask

15     questions subject to striking your testimony

16     if The Court agrees that this is all

17     privileged or whatnot.

18          So let's take a look at the -- the second

19     page of Exhibit 17 where Mr. Leech is -- he

20     says -- well, the first page says I do not

21     like the word buried.  And then he proposes

22     some language to be sent to Mr. Lee at the

23     union.  Is that correct?

24     A    Mr. Alan, Alan Lee.

RIVERSIDE REPORTING SERVICE

```
1       Q    Okay.  Mr. Alan Lee.

2       A    Okay.

3       Q    And he says, quote, the -- I -- well, I

4       think I've read this to you before.  But

5       suffice it to say, he's -- he's pointing out

6       that -- that your -- strike that.  The ICJISS

7       team is working on the issues associated with

8       the computer conversion.

9            That -- that team -- who comprised that

10      team, do you know?

11      A    No.  You mean --

12      Q    Well --

13      A    -- who identified who's going to be on

14      it?

15      Q    Well, who is on it?  He says there's a

16      team working on stuff, the ICJISS team.

17      A    It -- that was a team, I think, that

18      was -- I'm thinking that was a team that was

19      generated from the steering committee.

20      Q    Okay.  Was that a team that was generated

21      because of the problems experienced with the

22      computer system or were they just already

23      there?

24                 MR. TRAMMELL:  Object to the form.
```

RIVERSIDE REPORTING SERVICE

```
 1                 THE WITNESS:  No, it's just a team that
 2        was generated from that.  And I'm thinking that
 3        that team is -- is part of the command staff
 4        that -- that's just a probably.
 5        BY MR. WATSON:
 6        Q    Okay.
 7        A    I'm not sure -- I don't really know who's
 8        on that team, but it sounds like to me that's
 9        the team of those decision-makers, final
10        decision-makers.
11        Q    Okay.  Suffice it -- he says the system
12        conversion was a must for all due to the fact
13        that the JMS system was written in Cobalt
14        (dos) language and is not supported.
15             Suffice it to say that Mr. Leech is not
16        proposing to respond to Mr. Lee's concerns
17        that the problems that Mr. Lee raised were
18        nothing other than computer-oriented?
19                 MR. TRAMMELL:  Object to the form.
20        BY MR. WATSON:
21        Q    Is that fair?
22        A    Yeah, you may need to talk to Mr. Leech.
23        Q    Well, but, I mean, you're -- you're on
24        this e-mail string, right?
```

```
1      A    I'm on the string, and, with me being on

2      the string, I would still say that I think you

3      may want to talk to Mr. Leech about what his

4      point of -- what his points are here

5      because --

6      Q    Okay.

7      A    -- I really don't know.

8      Q    Well, certainly you didn't chime in and

9      say, hey, hey, this is really not a

10     computer-related issue, this is something

11     else, fair enough?

12     A    Fair enough.

13     Q    Okay.  And then let's go back up to the

14     top.  This is -- Debra Fessenden says, hi, I

15     would like to share the -- that the rumor mill

16     is in full force.  So many line staff are

17     under the impression that the situation is the

18     result of a decision by the sheriff.  They are

19     quick to blame the sheriff for a failure to

20     plan/train/support when the situation is quite

21     different, close quote.  Do you agree with

22     that?

23     A    Well, yes, because most people didn't

24     know that all of this planning and the
```

RIVERSIDE REPORTING SERVICE

```
 1      training and stuff was going on until we

 2      started actually pulling them off of their

 3      posts in order that we could actually do the

 4      training.  So, you know, they -- and -- the

 5      union was just being the union.

 6      Q    Well -- okay.  She goes on to say, quote,

 7      the extent -- to the extent Mr. Lee can be

 8      filled in so that the SCSO -- and I assume

 9      that means -- what does that --

10      A    Shelby County Sheriff's Office.

11      Q    Okay.  Shelby County -- is, in essence,

12      one of the County IT clients in this

13      project/process, along with the clerks -- the

14      court clerks, the judges, the DA, the PD, that

15      might be helpful.  He needs to understand that

16      the SCSO has no power or ability to select

17      another provider or go back in time.  We just

18      have to keep meeting and working through.

19           Well, was there any thought, within the

20      Shelby County Jail, that perhaps there ought

21      to be a movement back to the old JMS system?

22                MR. TRAMMELL:  Object to the form;

23      merits.

24                THE WITNESS:  Yes, sir.
```

RIVERSIDE REPORTING SERVICE

```
 1     BY MR. WATSON:

 2     Q    There was?

 3     A    Yes, sir.

 4     Q    And that was because of all the computer

 5     problems that were happening with respect to

 6     the OMS and Odyssey software, correct?

 7              MR. TRAMMELL:  Object to the form;

 8     merits.

 9              THE WITNESS:  Yes, sir.

10     BY MR. WATSON:

11     Q    Okay.  All right.  That's that.

12          Mr. Moore, we may have to have you -- and

13     I don't want to offend you, but we may have to

14     get you to come to court to testify in this

15     case, so let me ask you, where is your --

16     where is your residence?  What's your address?

17     A    6988 Dakota North, Olive Branch,

18     Mississippi.

19     Q    Don't worry, I'm not coming to visit.

20     A    That's okay.  I know how to stop you.

21     Q    You don't plan to move anytime soon, do

22     you?

23     A    Not soon.

24     Q    Okay.  All right.  I don't have any
```

RIVERSIDE REPORTING SERVICE

1        further questions at this time.  Thank you.

2                        EXAMINATION

3        BY MR. HORTON:

4        Q    I just have a few questions, Mr. Moore.

5        We've talked about the judicial commissioner,

6        and I just want to be sure I'm clear.

7             When a person comes into the jail that's

8        arrested without a warrant, where do they go

9        first?

10       A    They go directly to the commissioner.

11       Q    That's the judicial commissioner?

12       A    Yes, sir.

13       Q    And what happens at the judicial

14       commissioner?

15       A    The judicial commissioner will review the

16       arrest ticket and determine whether or not the

17       arrest is justified or not.

18       Q    So that's probable cause, I think --

19       A    Yes.

20       Q    -- what you talked about before?

21       A    Yes.

22       Q    So if they find probable cause, what

23       happens to the person?

24       A    Then he or she will sign off on it, and

                    RIVERSIDE REPORTING SERVICE

1       then they will send them over to the booking

2       window, which is ours.

3       Q    Okay.

4       A    The jail's.

5       Q    And if they are not found to have

6       probable cause, what happens?

7       A    Then the arresting officer has got to

8       find something to do with him to get him out

9       of that building.

10      Q    Okay.  Can an inmate -- excuse me, can an

11      arrestee get past the judicial -- get in the

12      jail without going past the judicial

13      commissioner if they're arrested without a

14      warrant?

15      A    No, sir.

16      Q    Okay.  We've talked a little bit about

17      release in general.  When a person is getting

18      ready to release -- the release process, tell

19      me what kinds of things determine whether or

20      not a person can be released.  What factors go

21      into it?

22      A    The -- the releases are really generated

23      from the court clerk's office, and what

24      happens is that twice a day what we'll have is

```
 1        we've got a -- a court clerk representative

 2        that comes to our release area, and what

 3        they'll do is they'll bring the release

 4        paperwork, from the various courts, for

 5        individuals to be released, and then what

 6        they'll do is they'll sign them into the

 7        logbook.  And this is a -- a -- you know, just

 8        a regular logbook.  And they'll sign them into

 9        the logbook, and they sign them in with a date

10        and a time as relates to them signing them in,

11        not for the release time.

12            And what happens after that is that the

13        release clerks then take those logbooks and

14        they go through each one of those individuals

15        through a releasing process.  And that is to

16        deal with any other charges, any outside

17        warrants, any -- I mean, all of these things

18        are to be dealt with.  And they -- if it's a

19        hundred of them, they have to go through each

20        and every one of them.  But they come twice a

21        day, and this is how that works.

22    Q    So you talked about other warrants.  What

23        other -- what other factors may go into

24        determining when a new inmate can -- or an
```

RIVERSIDE REPORTING SERVICE

```
 1        arrestee can be released or can't be released?
 2        A    Division 4 of General Sessions may
 3        release an inmate on a particular charge that
 4        was in that particular courtroom, but there
 5        was a warrant, on that same individual, in
 6        Criminal Court Division 6, and that finding
 7        will determine that, hey, yes, you're to be
 8        released on the General Sessions charge, but
 9        you cannot be released on the warrant based on
10        the -- on the criminal side.
11             Now, it could be a total reverse.  He
12        could have a Criminal Court release and still
13        have a warrant or a hold on some sort of
14        charge dealing with General Sessions, and he
15        still can't go anywhere, or she can't go
16        anywhere.
17             So there's -- it could be in our
18        jurisdiction, Shelby County, or it could be in
19        some other district, but the fact is that if
20        it's there, until it's cleared up, he's not
21        going anywhere.
22        Q    So would another factor be, as you -- I
23        think you've talked about, an out of state
24        warrant?
```

1        A     Yes, out of state.

2        Q     Okay.  Could any other factors be --

3        A     Federal.  I mean, just --

4        Q     Could you list some of those for -- those

5     factors for me?

6        A     I'm trying to think.  Out of state

7     warrants.  It could be something as simple as

8     child -- you know, children neglect or --

9        Q     Child support?

10       A     Yeah, child support.  It could be

11    anything that's signed off by a judge or a --

12    or someone appointed as that -- you know, for

13    that particular district.  And what we'll have

14    to do is honor that.

15             And we do have cases where -- or have had

16    cases, and still do have cases, where we will

17    notify those agencies, those outside agencies,

18    and sometimes they'll say, well, you know

19    what, I tell you what, we'll sign off on it

20    and send you something and say you can go

21    ahead on and release, and then some say, no,

22    don't release him, we'll come pick him up.

23       Q     Okay.

24       A     So we -- and that happens often.

                RIVERSIDE REPORTING SERVICE

```
1        Q    All right.  Would you deliberately keep

2        anyone in jail after their release time has

3        been made?

4        A    No, sir.  No.  I -- no, sir.

5                  MR. WATSON:  That's a merits question.

6                  MR. HORTON:  I think it's class like you

7        said.

8                  MR. WATSON:  Oh, okay.

9                  MR. HORTON:  I think that's all.  Thank

10       you.

11                       FURTHER EXAMINATION

12       BY MR. WATSON:

13       Q    One follow-up, suffice it to say, the

14       complaints that you were getting, from your

15       jail staff, about people not being released

16       had nothing to do with a hold or a warrant

17       from somewhere else, it had to do with the

18       computer system, right?

19                  MR. TRAMMELL:  Object to the form.

20                  MR. HORTON:  Object to the form.

21                  THE WITNESS:  When you say -- us getting

22       complaints from our staff?

23       BY MR. WATSON:

24       Q    Yes.
```

RIVERSIDE REPORTING SERVICE

```
1        A    Well -- yeah.  Yeah, it would be because

2        of the system rather than what normally is

3        happening.  Yeah.  Because they were

4        responsible for what would be normally

5        happening outside of the system, or that's the

6        way they felt.

7        Q    All right.  Thank you.

8                MR. HORTON:  Thank you.  Thank you,

9        Mr. Moore.

10               THE VIDEOGRAPHER:  Off the record at

11       3:42.

12          AND FURTHER THE DEPONENT SAITH NOT

13                (Signature Waived.)

14

15

16

17

18

19

20

21

22

23

24
```

RIVERSIDE REPORTING SERVICE

```
 1                    C E R T I F I C A T E

 2

 3        STATE OF TENNESSEE:

 4        COUNTY OF SHELBY:

 5        I, LISA C. VAUGHN, Registered Professional Reporter,
     and Notary Public for the State of Tennessee at Large, do
 6   hereby certify that I reported in machine shorthand the
     above-captioned proceedings.
 7
          I HEREBY CERTIFY that the foregoing pages contain a
 8   full, true, and correct transcript of my said Stenotype
     notes then and there taken.
 9
          I FURTHER CERTIFY that I am not an attorney or counsel
10   of any of the parties, nor a relative or employee of any of
     the parties, nor am I a relative or employee of any attorney
11   or counsel connected with the action, nor am I financially
     interested in the action.
12
          I FURTHER CERTIFY that in order for this document to be
13   authentic and genuine, it must bear my original signature
     and my embossed notarial seal and that any reproduction in
14   whole or in part of this document is not allowed or condoned
     and that such reproductions should be deemed a forgery.
15
          THEREFORE, witness my hand and my official seal in the
16   State of Tennessee on March 19, 2020.

17
                         _____
18                       LISA C. VAUGHN, RPR, LCR
                         LCR #048 - expires June 30, 2020
19                       Notary Public at Large

20

21

22

23

24

                    RIVERSIDE REPORTING SERVICE
```

**MR. AL McLEAN: [6]**
8/1 9/18 9/22 132/16
230/2 230/7

**MR. BUNDREN: [11]**
8/11 10/21 62/10 62/20
132/22 133/3 203/5
207/11 221/10 227/20
237/9

**MR. BURNS: [20]** 7/13
29/1 29/7 29/12 40/18
41/1 45/3 97/7 111/18
117/21 153/6 153/10
165/3 194/19 199/17
225/16 225/19 225/24
226/4 238/10

**MR. CRADDOCK: [67]**
7/19 25/19 28/20 31/2
39/18 40/12 40/22 42/6
42/17 42/21 42/24 43/8
44/20 45/8 45/12 46/3
46/14 58/2 58/22 59/2
59/6 61/7 61/10 62/6
62/9 62/19 93/6 96/21
97/2 97/4 98/3 100/16
100/19 107/12 119/2
131/20 132/3 132/6
132/9 132/15 148/11
153/3 153/8 153/11
158/15 158/19 160/7
170/8 173/14 176/7
176/24 177/2 178/1
185/14 185/19 185/22
186/1 196/6 196/9
224/10 224/22 224/24
226/21 227/11 237/22
240/3 240/5

**MR. HALIJAN: [1]** 8/3

**MR. HORTON: [163]**
7/17 8/22 9/1 9/7 9/10
9/17 9/23 10/4 10/8
10/17 18/18 18/24 19/9
19/12 22/13 24/19
25/18 26/9 26/18 27/14
27/19 30/8 30/11 30/14
30/16 31/15 31/23
32/19 33/24 35/4 35/10
35/15 37/22 38/20 39/2
39/17 51/23 52/9 53/6
53/8 54/4 54/10 55/3
55/7 56/11 57/1 59/18
60/14 60/17 61/3 61/6
62/5 66/20 67/3 67/10
67/22 68/19 71/1 72/13
73/3 73/17 74/12 75/15
79/4 82/23 86/14 90/8
91/10 91/18 92/4 93/5
94/1 95/18 96/16 98/15
99/2 99/18 100/14
101/6 102/14 102/24
103/8 104/24 105/8
107/11 109/17 110/6
112/9 114/18 117/20
120/14 123/22 125/18
127/4 128/23 133/6
133/16 134/3 137/2
137/15 137/19 138/1
140/9 142/9 144/4
145/17 148/16 150/19
150/22 150/24 154/21
157/9 161/24 162/15
163/17 164/5 164/22
168/23 169/20 171/23
173/13 174/4 176/19
177/20 179/2 179/13
180/12 186/14 188/9
189/7 189/16 198/7
201/21 203/23 205/11
205/22 220/3 220/12
220/22 221/20 221/23
223/2 223/22 224/23
225/4 225/21 226/11
226/20 230/4 230/22
231/3 231/15 234/11
236/16 238/9 238/11
239/19 240/4 241/17
253/5 253/8 253/19
254/7

**MR. McLAREN: [12]**
7/15 47/23 78/3 90/12
106/21 107/1 159/12
185/17 185/20 194/18
223/16 230/24

**MR. TRAMMELL: [97]**
8/7 8/16 10/18 11/3
22/12 24/18 36/10
38/10 53/17 66/21
67/21 71/2 73/2 74/11
75/2 89/11 89/13 89/18
89/21 89/24 90/9 91/1
91/9 91/19 97/5 97/11
97/15 97/17 98/14 99/3
103/1 105/7 106/11
106/19 107/3 109/18
111/2 111/5 111/8
111/16 111/21 115/9
115/22 116/11 116/18
117/11 117/15 123/23
124/4 124/7 124/10
124/14 124/23 125/9
125/20 127/5 127/7
127/13 133/7 133/17
134/1 134/14 135/8
136/5 136/11 141/15
141/20 145/16 147/17
150/12 153/19 154/22
155/20 157/11 167/14
168/24 170/9 174/3
174/15 174/24 177/19
179/3 183/4 192/5
205/21 230/3 230/15
239/20 239/22 240/9
241/15 242/1 243/23
244/18 246/21 247/6
253/18

**MR. WATSON: [109]**
7/11 8/24 9/5 9/8 9/14
9/21 10/3 10/5 10/9
11/1 19/7 19/10 19/13
28/22 30/10 30/12
30/15 41/2 42/16 42/19
42/22 43/1 44/8 45/11

45/23 46/13 46/15
47/24 55/5 58/6 58/24
59/4 59/8 60/16 60/21
60/23 61/4 61/9 61/12
62/8 62/12 62/18 62/22
78/5 89/15 89/20 89/23
90/14 95/23 96/23 97/3
97/9 97/13 97/16 97/19
103/6 106/14 106/23
111/7 111/10 111/14
117/22 124/1 124/6
124/9 124/12 124/16
132/1 132/5 132/8
132/13 132/20 133/1
144/8 150/20 150/23
151/2 153/13 153/21
158/17 158/23 163/20
165/5 177/5 185/23
196/8 203/7 205/6
207/13 220/19 221/8
221/13 221/21 223/7
224/12 225/2 225/7
225/13 225/18 226/3
227/15 227/22 237/5
237/11 238/6 238/12
242/8 253/4 253/7

**MR. WHITWELL: [6]**
7/21 58/12 97/1 220/23
224/3 224/19

**MS. PETRONIO: [2]**
8/5 225/9

**THE VIDEOGRAPHER: [15]**
6/16 29/4 29/8 29/13
43/3 43/6 103/9 103/12
165/7 165/10 205/12
205/15 237/13 237/16
254/9

**THE WITNESS: [142]**
24/20 25/20 26/10
26/19 27/15 27/21
31/16 31/24 32/20 34/1
35/5 35/11 35/16 37/23
38/11 38/21 39/3 39/19
52/2 52/10 53/7 53/9
53/18 54/5 54/11 55/10
58/4 58/8 60/22 66/22
67/4 67/11 67/23 68/21
71/3 72/14 73/18 74/13
75/3 75/17 82/24 86/15
89/12 91/2 91/11 91/20
92/5 93/7 94/2 96/17
98/16 99/5 99/19
100/15 100/18 100/21
102/15 103/2 105/1
105/9 109/19 111/22
114/19 115/10 115/23
116/12 116/19 117/16
120/15 125/1 125/21
127/6 127/15 128/24
133/18 134/4 134/15
136/6 136/12 137/3
138/2 140/12 141/16
141/21 142/10 144/7
144/10 145/18 147/18
148/17 150/13 154/23

155/21 157/12 159/11
159/13 160/8 162/1
162/16 164/23 167/15
169/1 169/21 170/10
171/24 173/15 174/5
174/16 175/1 176/8
176/20 177/1 177/21
178/2 179/4 179/14
180/13 183/5 186/2
186/15 188/10 189/17
192/6 198/8 199/18
201/22 203/24 205/23
224/5 224/20 226/12
226/22 231/5 231/16
234/12 239/21 240/10
241/18 243/24 246/23
247/8 253/20

**,**

**'84 [1]** 14/2

**0**

**048 [1]** 255/18
**050263 [1]** 203/9
**050548 [1]** 237/13
**050550 [1]** 235/8
**054284 [1]** 207/15
**076290 [1]** 194/22

**1**

**10 [8]** 6/11 117/20
129/6 129/9 129/9
143/11 154/1 187/21
**107 [1]** 6/10
**10:19 [2]** 43/3 43/5
**10:34 a.m [1]** 43/8
**11 [14]** 1/17 6/3 6/12
48/10 57/23 143/13
145/11 158/4 158/5
165/15 165/16 165/17
167/4 182/11
**11/18/2016 [1]** 235/24
**11/20/2016 [1]** 235/21
**1100 [1]** 1/23
**1128 [1]** 48/2
**118 [1]** 6/11
**119 [1]** 4/17
**11:29 [1]** 103/11
**11th [2]** 2/3 7/4
**12 [5]** 6/12 193/22
194/1 194/18 194/22
**120 [1]** 4/22
**129 [1]** 6/11
**12:40 p.m [1]** 103/14
**13 [4]** 6/13 198/10
198/12 198/13
**130 [2]** 4/14 169/15
**14 [5]** 6/13 201/5 201/7
201/8 203/5
**15 [7]** 6/14 59/13 118/5
156/17 203/10 203/12
205/8
**150 [1]** 82/6
**158 [1]** 6/12
**15th [2]** 61/23 219/23
**16 [7]** 6/14 206/11

206/13 206/15 207/14
207/21 212/15
**160 [1]** 3/18
**1600 [1]** 4/9
**165 [2]** 2/7 3/23
**16th [2]** 57/16 119/6
**17 [10]** 6/15 62/14
130/15 218/22 218/24
219/21 221/15 238/11
242/5 242/19
**1717 [1]** 4/4
**17th [2]** 201/10 203/14
**18 [4]** 6/15 227/16
227/17 227/19
**19 [7]** 6/16 232/6 232/9
232/9 237/13 238/10
255/16
**193 [1]** 6/12
**198 [1]** 6/13
**1984 [1]** 14/2
**1990 [1]** 224/5
**1:36 [1]** 165/9
**1:49 p.m [1]** 165/12

**2**

**2'0 [1]** 15/16
**2'08 [2]** 15/16 15/17
**2'09 [1]** 15/17
**20 [8]** 6/16 205/10
237/19 237/22 238/15
238/16 242/8 242/9
**20 percent [1]** 156/17
**2000 [2]** 2/7 3/23
**2001 [1]** 14/21
**2008 [1]** 15/18
**2009 [1]** 15/18
**201 [3]** 6/13 14/7 154/1
**2015 [1]** 24/6
**2016 [18]** 20/14 24/4
30/14 30/16 48/10
52/18 59/13 63/4 64/7
88/16 92/13 108/2
119/6 206/16 229/23
235/11 235/21 235/24
**2017 [4]** 15/16 15/21
15/22 159/20
**2020 [5]** 1/17 2/3 7/4
255/16 255/18
**203 [1]** 6/14
**206 [1]** 6/14
**21 [4]** 32/9 88/16 92/13
108/2
**218 [1]** 6/15
**21st [1]** 235/11
**220 [1]** 32/9
**227 [1]** 6/15
**23 [1]** 132/15
**232 [1]** 6/16
**237 [1]** 6/16
**248 [1]** 6/3
**253 [2]** 3/5 6/4
**261 [1]** 112/7
**264 [1]** 203/9
**271455 [1]** 165/16
**272747 [1]** 78/7
**274814 [1]** 118/4

**2**

**274878 [1]** 107/24
**274879 [1]** 148/15
**274901 [1]** 198/13
**2800 [1]** 4/5
**292 [1]** 194/23
**2:16-cv-02907-SHM-tmp [1]** 1/8
**2:27 p.m [1]** 205/14
**2:39 p.m [1]** 205/17

**3**

**30 [7]** 6/7 6/7 61/2 205/10 208/22 208/23 255/18
**300 [1]** 3/15
**30th [1]** 121/5
**31 [1]** 208/22
**314214 [1]** 83/7
**314226 [1]** 88/4
**314227 [1]** 83/7
**3401 [1]** 4/21
**360 [1]** 3/9
**368140 [1]** 133/3
**37067 [1]** 4/22
**37203 [1]** 4/10
**38103 [5]** 3/5 3/19 3/24 4/14 4/18
**38117 [1]** 3/10
**38119 [1]** 3/15
**38120 [1]** 5/5
**3:00 [3]** 203/18 204/6 204/6
**3:15 [1]** 237/15
**3:23 p.m [1]** 237/18
**3:42 [1]** 254/11

**4**

**40 [3]** 71/22 195/15 196/16
**42 [1]** 133/3
**43 [2]** 221/15 242/10
**436116 [1]** 62/14
**459 [1]** 106/18
**47 [1]** 6/8
**475742 [1]** 242/10
**48 [1]** 78/7
**489 [1]** 106/17
**489754 [1]** 94/10
**489756 [1]** 94/10
**4902 [1]** 198/13
**491127 [1]** 48/2
**4th [3]** 30/14 30/16 30/17

**5**

**50 [2]** 71/22 187/22
**500 [1]** 5/5
**515941 [1]** 221/15
**527-1100 [1]** 1/23
**530 [1]** 3/9
**550606 [2]** 227/20 227/23
**550609 [1]** 229/22
**550618 [1]** 227/20
**551 [1]** 237/13

**55618 [1]** 227/24
**57 [1]** 165/16
**5th [1]** 24/5

**6**

**60 [1]** 229/21
**6070 [1]** 3/14
**62 [1]** 6/8
**6988 [1]** 247/17

**7**

**700 [2]** 4/10 4/18
**72 [1]** 235/17
**75 [1]** 105/12
**75201 [1]** 4/5
**77 [1]** 6/9
**79 [1]** 107/24

**8**

**80 [1]** 105/12
**83 [1]** 6/9
**85 [1]** 207/15
**859 [1]** 106/17

**9**

**90 percent [2]** 178/17 178/18
**901 [1]** 1/23
**94 [1]** 6/10
**950 [1]** 3/19
**97 percent [1]** 82/10
**999 [1]** 5/4
**9:00 [1]** 47/17
**9:30 [2]** 2/5 47/16
**9:43 [1]** 7/7
**9th [1]** 78/11

**A**

**a major [1]** 85/12
**a steer [1]** 88/13
**a.m [3]** 2/5 7/7 43/8
**abandoned [1]** 40/8
**ability [2]** 69/6 246/16
**able [10]** 22/11 56/23 57/6 79/20 86/13 126/21 130/16 160/20 220/8 236/5
**aboard [1]** 74/17
**about [158]** 9/3 9/11 18/23 19/4 21/21 23/23 24/24 28/11 28/19 31/15 32/4 34/6 34/8 34/9 34/19 35/19 35/21 37/5 38/4 38/14 54/9 55/6 65/20 68/6 68/16 69/8 69/10 69/12 69/13 69/21 70/4 70/14 72/7 85/3 85/20 85/20 86/5 86/7 87/6 89/1 90/3 90/18 91/1 91/8 100/5 104/9 104/20 105/6 110/12 110/16 110/20 112/2 115/4 116/7 119/18 119/23 120/2 120/5 120/12 122/22 127/2 128/22 128/23

**135/4** 131/15 133/2 134/13 134/14 135/6 135/19 135/22 136/24 138/18 149/6 149/8 150/18 150/22 152/2 152/4 152/7 152/10 152/12 152/16 153/18 158/8 158/18 159/21 160/2 160/4 160/23 161/10 162/18 162/20 162/22 167/18 167/21 168/1 169/7 170/17 170/18 170/18 171/1 174/2 174/2 176/1 176/2 176/3 177/10 177/16 178/18 180/8 180/9 185/5 185/14 186/19 189/7 189/10 189/12 189/13 192/10 192/14 192/23 195/23 196/2 196/11 202/16 206/2 207/3 207/7 207/9 208/16 212/3 213/17 213/18 213/19 214/22 219/4 219/19 219/24 220/15 222/7 224/16 224/18 225/2 225/7 227/1 229/11 231/22 233/16 236/6 238/2 245/3 248/5 248/20 249/16 250/22 251/23 253/15
**above [1]** 255/6
**above-captioned [1]** 255/6
**absolutely [9]** 55/22 71/18 100/8 138/22 146/10 153/5 164/9 197/23 215/15
**abuse [2]** 132/12 132/14
**acceptable [1]** 143/23
**access [4]** 52/23 54/9 54/13 182/2
**according [1]** 195/13 204/17 211/24
**account [1]** 33/18
**accounted [1]** 121/1
**accurate [3]** 53/17 98/23 113/14
**accurately [1]** 201/20
**accused [1]** 115/8
**accusing [1]** 159/3
**achieved [1]** 208/14
**acquire [1]** 85/5
**acquired [2]** 39/16 118/18
**acquitted [1]** 161/21
**across [1]** 102/14
**acting [6]** 80/23 117/10 166/15 224/8 232/22 233/1
**action [4]** 29/24 177/19 255/11 255/11
**active [9]** 112/24 113/3 113/8 114/3 114/13

**114/14** 167/8 167/17 168/16
**actual [2]** 74/3 181/23
**actually [26]** 33/18 45/15 61/08 85/5 94/23 122/1 126/14 138/14 141/4 141/5 147/21 151/18 152/10 160/16 161/4 170/15 178/12 207/11 209/19 210/7 211/2 211/4 220/21 238/11 246/2 246/3
**Adair [1]** 88/6
**Adams [1]** 3/5
**added [1]** 143/2
**addition [1]** 79/13
**Additionally [1]** 236/2
**address [14]** 10/21 17/22 68/15 71/5 83/17 84/1 84/4 116/21 125/5 142/12 171/3 186/4 213/19 247/16
**addressed [12]** 85/22 91/4 106/19 142/13 145/6 178/17 186/3 186/5 209/7 209/7 209/8 209/8
**addresses [1]** 140/14
**addressing [6]** 174/6 175/19 176/23 177/2 207/8 215/15
**adequate [2]** 16/17 95/21
**adjourn [2]** 44/22 45/10
**adjourned [1]** 43/10
**adjudged [1]** 161/24
**administration [3]** 22/6 139/23 143/22
**administrative [1]** 166/18
**administratively [1]** 94/21
**administrator [2]** 14/6 14/13
**administrators [1]** 228/7
**admitted [1]** 227/15
**adopt [1]** 16/16
**adopted [6]** 18/22 19/24 27/11 31/22 44/12 141/12
**adoption [1]** 53/5
**adopts [1]** 17/24
**advance [1]** 84/22
**adversely [1]** 205/20
**advice [7]** 60/13 60/16 221/2 221/10 223/6 224/16 225/2
**advise [1]** 57/16
**advised [2]** 57/11 206/22
**advisement [3]** 158/21 158/22 158/23
**advisor [5]** 60/23 98/2

**100/5** 224/10 224/12
**AF [1]** 219/5
**afar [1]** 80/1
**affect [1]** 85/11
**affected [6]** 89/18 124/18 187/13 193/2 205/20 236/21
**affects [3]** 109/11 112/24 150/1
**AFSCME [8]** 48/15 49/10 54/24 219/6 219/8 219/10 219/12 219/13
**after [33]** 13/10 13/16 15/8 26/17 31/22 33/17 41/22 47/20 59/14 78/11 120/2 122/16 122/23 122/24 143/10 156/3 156/7 156/8 158/10 186/21 191/9 195/16 196/17 203/15 203/16 203/17 204/6 204/6 208/7 215/11 222/20 250/12 253/2
**AG [3]** 1/12 4/12 8/5 8/16
**again [38]** 32/13 52/1 53/4 56/9 72/19 74/23 78/16 91/7 112/10 113/21 131/2 136/9 136/21 136/23 143/20 144/2 146/22 148/2 148/11 151/3 153/4 169/16 175/14 177/8 179/8 182/5 182/22 200/2 201/13 201/13 203/7 211/1 211/3 223/3 232/24 235/11 236/11 239/17
**age [1]** 143/4
**agencies [6]** 26/21 86/13 93/10 209/21 252/17 252/17
**Agenda [1]** 83/9
**agendas [1]** 222/16
**ago [5]** 11/8 34/12 41/7 41/11 206/23
**agree [16]** 12/17 16/15 16/21 17/16 18/7 18/21 19/3 44/5 44/7 79/11 133/15 196/19 197/1 224/16 238/3 245/21
**agreed [8]** 141/24 145/7 146/2 206/23 216/7 217/1 217/2 225/23
**agreeing [2]** 19/2 227/14
**agreement [1]** 59/23
**agreements [1]** 213/13
**agrees [1]** 242/16
**ahead [11]** 22/14 53/9 105/9 111/13 144/10 144/18 156/2 177/8 185/19 220/4 252/21
**ain't [1]** 127/17

**A**

**AI [1]** 8/2
**Alan [7]** 48/7 48/13 219/4 219/24 242/24 242/24 243/1
**ALBERT [1]** 4/16
**all [126]** 1/7 2/12 9/3 9/9 10/2 10/7 26/22 27/13 32/3 37/5 42/17 43/2 44/14 46/3 46/9 46/24 50/3 50/5 50/15 61/9 61/10 61/13 62/2 63/10 64/4 65/7 65/12 69/5 69/10 69/17 69/18 74/18 80/10 82/14 82/17 84/1 85/21 86/17 87/22 90/5 96/23 97/12 98/8 104/11 108/17 111/17 111/19 112/22 113/6 117/19 123/24 124/3 127/1 127/24 130/1 130/6 130/14 131/21 134/19 141/24 143/15 145/2 150/8 151/10 153/6 154/17 156/12 156/12 156/13 156/14 157/14 157/24 160/10 163/8 163/16 163/19 168/12 169/8 173/18 174/8 174/19 178/1 182/4 183/13 183/16 184/3 184/8 188/3 188/9 189/22 192/14 195/9 196/14 196/22 197/24 199/6 210/19 210/23 214/19 216/10 219/17 222/10 222/13 222/17 224/13 225/22 227/5 229/3 230/15 233/6 235/3 235/5 236/1 238/1 238/7 242/4 242/16 244/12 245/24 247/4 247/11 247/24 250/17 253/1 253/9 254/7
**allegation [1]** 95/21
**alleged [1]** 198/3
**allegedly [1]** 239/1
**alleging [1]** 198/3
**ALLEN [1]** 1/6
**allow [1]** 146/3
**allowed [2]** 51/12 255/14
**allowing [2]** 35/14 107/10
**almost [1]** 156/17
**alone [4]** 2/14 109/7 149/18 234/23
**along [5]** 46/10 88/21 136/23 141/23 246/13
**aloose [2]** 37/7 163/5
**alphabetized [1]** 140/2
**already [10]** 9/2 42/5 120/5 138/18 193/1 204/4 204/7 217/17 224/11 243/22

**also [33]** 5/8 10/21 29/9 36/13 51/16 57/23 64/14 76/20 77/1 89/7 93/7 98/4 100/18 106/2 107/13 110/12 111/6 139/23 139/24 140/14 161/19 188/4 188/5 206/21 213/1 214/8 214/17 214/18 229/16 232/18 235/22 239/10 240/6
**alternative [1]** 111/1
**always [4]** 26/20 27/24 74/5 142/7
**am [7]** 130/8 130/11 136/20 217/7 255/9 255/10 255/11
**amend [1]** 143/23
**American [1]** 48/19
**among [1]** 228/4
**Amos [3]** 108/3 165/18 166/7 166/8
**amount [1]** 143/7
**analysis [2]** 63/13 240/7
**And was [1]** 121/17
**and/or [1]** 51/14
**Anderson [3]** 120/9 120/11 120/17
**announce [1]** 62/21
**another [15]** 21/15 67/9 68/7 70/23 96/5 130/10 137/10 137/11 137/11 139/7 143/12 143/12 204/21 246/17 251/22
**answer [33]** 12/11 12/17 19/19 22/16 22/18 27/18 27/23 32/10 44/18 46/6 55/10 75/17 89/20 90/14 101/11 111/13 130/20 131/21 132/3 132/12 133/10 137/16 137/20 143/23 153/16 163/20 185/22 188/5 200/13 225/9 231/1 231/3 234/1
**answered [2]** 72/16 89/21
**answering [2]** 55/4 68/21
**any [53]** 10/20 12/9 13/9 23/18 45/14 46/20 47/5 47/7 53/10 60/13 70/13 75/5 85/4 90/3 95/21 101/4 102/17 102/22 116/11 122/5 122/23 122/24 131/9 169/11 170/22 174/21 174/21 174/22 182/14 189/3 195/11 195/19 197/2 198/4 205/20 222/21 223/10 223/12 234/6 234/20 235/4 235/13 239/18 246/19

**245/25** 250/16 250/16 250/17 252/2 255/10 255/15 255/13
**any-ole [1]** 70/13
**anybody [10]** 10/20 69/1 101/24 102/7 138/16 159/3 160/19 179/9 194/24 231/19
**anyone [5]** 120/23 121/15 178/22 187/9 253/2
**anything [17]** 40/16 40/24 47/9 67/14 73/15 89/15 102/22 124/15 153/10 159/3 161/8 205/5 211/21 230/9 233/4 234/18 252/11
**anytime [2]** 191/22 247/21
**anywhere [5]** 16/2 211/22 251/15 251/16 251/21
**apart [1]** 181/20
**apologize [5]** 36/14 94/13 149/5 203/8 219/14
**apologizing [2]** 37/9 37/9
**apparent [1]** 51/8
**apparently [3]** 131/15 236/7 239/1
**appear [4]** 112/21 112/22 113/7 136/19
**appearance [1]** 131/2
**appeared [2]** 131/6 236/2
**appearing [1]** 136/16
**appears [1]** 51/3
**applies [1]** 153/5
**appointed [1]** 252/12
**appreciate [6]** 10/24 55/3 115/17 184/8 196/6 231/4
**approach [1]** 44/23
**appropriate [2]** 40/22 239/12
**appropriately [2]** 120/24 121/10
**approve [2]** 190/16 190/17
**approved [1]** 207/24
**approximately [2]** 2/5 169/15
**April [1]** 159/20
**Aramark [1]** 112/6
**Arant [1]** 4/8
**are [132]** 2/13 2/15 7/7 9/5 9/10 11/10 12/23 16/18 17/1 17/14 17/19 19/2 28/21 29/13 32/3 37/5 40/21 42/18 42/23 43/21 45/21 48/23 50/11 51/11 51/14 52/19 56/23 57/5 63/17 65/22 66/3 66/6 66/7 68/1 68/7 69/9 69/18

70/16 72/13 76/4 76/21 77/14 78/19 79/21 81/11 82/15 83/7 88/9 88/19 88/21 92/19 97/18 101/8 103/21 107/7 107/15 109/1 109/3 109/6 109/12 109/23 111/17 112/23 113/4 113/7 115/21 116/23 117/6 130/22 131/9 131/14 135/6 135/15 135/22 137/1 137/22 139/7 139/7 151/1 154/9 154/16 164/10 164/10 167/6 167/17 169/9 170/5 170/20 172/5 172/10 175/3 175/4 175/4 175/5 175/5 175/17 175/17 175/22 176/2 179/22 180/6 183/17 183/17 189/6 189/12 193/17 193/20 195/12 196/15 198/3 210/1 211/11 211/12 212/1 214/11 220/1 220/6 220/8 222/11 222/18 229/7 229/14 230/19 237/1 239/13 241/6 245/4 245/16 245/18 249/5 249/22 250/18
**area [26]** 25/8 42/8 52/19 65/2 75/23 75/24 76/1 76/3 79/20 93/16 151/20 151/20 168/6 209/23 210/10 210/16 211/7 214/3 235/14 235/15 235/17 235/21 235/23 235/23 236/1 250/2
**areas [7]** 16/13 50/15 84/2 85/21 180/15 211/13 212/10
**aren't [7]** 34/6 81/20 137/1 164/1 179/11 183/16 185/1
**argument [1]** 33/13 107/3
**argumentative [1]** 34/1
**arisen [4]** 98/11 100/14 100/23 100/23
**around [7]** 24/4 47/18 180/6 181/12 196/22 213/2 230/22
**arraignments [1]** 130/15
**arrest [11]** 82/6 136/21 143/6 143/7 190/6 190/9 190/16 190/17 235/21 248/16 248/17
**arrested [11]** 63/21 76/22 79/16 121/4 128/7 157/2 157/3 186/20 192/4 248/8 249/13
**arrestee [2]** 249/11

**251/1
arrestees [1]** 90/6
**arresting [7]** 27/4 27/7 81/4 81/7 81/10 209/22 249/7
**arrests [4]** 82/15 156/17 192/11 192/12
**Art [1]** 118/5
**article [2]** 238/24 239/3
**as [137]** 2/14 2/17 8/22 9/10 9/19 9/21 9/21 11/1 14/5 14/6 15/1 15/9 16/7 16/14 17/6 17/6 19/22 20/18 21/9 21/15 23/6 23/6 23/15 24/3 26/1 28/18 30/4 34/9 35/19 36/23 36/23 40/2 40/2 43/16 44/11 44/12 46/10 47/21 49/21 50/8 51/5 51/5 51/10 51/13 51/13 52/23 52/23 57/14 57/14 62/3 68/14 69/20 72/1 72/1 72/24 73/1 83/5 83/17 84/5 87/7 88/24 93/9 94/8 98/9 98/8 106/9 107/21 109/5 112/11 112/24 112/24 113/1 113/14 114/16 115/13 117/20 121/15 123/21 125/24 126/8 127/12 129/8 130/7 130/23 131/24 132/5 132/17 132/20 132/20 138/20 139/22 142/21 149/16 150/21 158/3 160/2 163/13 163/17 165/15 171/18 174/13 175/13 175/23 178/4 182/1 188/19 190/5 193/5 193/5 193/7 193/24 208/6 209/1 210/11 210/11 211/17 212/19 212/21 213/23 221/5 224/8 227/15 228/19 230/8 231/7 232/8 233/21 234/5 237/21 238/1 240/2 240/3 250/10 251/22 252/7 252/7 252/12
**aside [2]** 52/15 75/24
**ask [38]** 12/6 22/19 32/13 44/14 45/21 46/1 50/9 62/16 69/21 70/8 79/8 81/4 84/11 91/7 95/19 98/17 99/6 105/22 122/23 128/18 139/18 139/19 151/3 155/1 155/23 158/7 169/3 177/8 188/11 196/11 197/11 219/11 221/17 226/7 238/2 241/1 242/14 247/15
**asked [8]** 43/21 55/9 123/5 163/18 206/23

**A**

**asked... [3]** 207/3 216/14 240/9
**asking [24]** 39/14 40/24 51/19 52/6 55/6 75/8 77/5 99/23 133/14 144/6 145/12 150/18 177/6 185/16 196/14 197/1 197/2 214/21 221/12 230/2 230/12 240/21 241/1 241/6
**aspects [1]** 180/17
**assess [1]** 235/19
**assign [1]** 56/16
**assigned [2]** 108/12 122/1
**assist [2]** 222/18 235/13
**assistant [7]** 166/8 166/17 166/19 166/19 220/14 232/22 233/1
**associated [3]** 220/3 222/8 243/7
**assume [9]** 12/18 102/17 104/1 122/16 137/14 137/19 137/24 236/22 246/8
**assumption [1]** 226/1
**assure [4]** 86/8 175/2 193/3 200/24
**attached [8]** 108/21 166/4 167/3 208/3 229/7 229/14 229/17 229/21
**attendance [2]** 88/21 208/6
**attention [1]** 48/7
**attitude [1]** 69/1
**attorney [17]** 33/11 34/7 58/9 58/17 58/21 59/4 59/22 60/19 61/18 98/5 155/22 220/15 221/1 223/4 230/1 255/9 255/10
**Attorney's [3]** 3/18 7/23 221/1
**attorney-client [2]** 98/5 223/4
**attorneys [3]** 70/1 164/11 193/8
**attributable [1]** 70/20
**attribute [1]** 27/2
**attributing [2]** 76/15 79/2
**audience [1]** 44/7
**audit [35]** 121/3 121/5 121/15 121/16 121/19 121/21 121/23 122/8 122/10 122/12 122/16 122/22 122/23 122/24 123/6 123/10 123/14 123/15 123/16 123/18 123/21 124/2 124/13 125/2 125/2 126/14 128/15 158/8 158/18 159/5 159/21 160/1

160/4 206/2 206/4
**audited [1]** 193/4
**Audrey [3]** 94/14 94/15 96/3
**authentic [1]** 255/13
**authority [2]** 84/6 171/6
**automatic [1]** 113/6
**automatically [1]** 187/4
**availability [1]** 57/17
**available [2]** 122/6 222/11
**Avenue [5]** 2/7 3/5 3/14 3/23 4/14
**average [2]** 181/10 181/10
**aware [9]** 24/14 24/16 107/7 107/15 169/23 179/6 229/10 229/23 241/6
**away [5]** 44/2 107/17 119/12 141/14 210/20

**B**

**back [91]** 19/14 19/17 33/15 34/23 34/23 43/7 43/9 57/22 59/12 60/1 70/9 74/22 78/12 81/18 89/3 101/20 103/13 103/16 103/18 111/15 111/21 122/11 132/21 133/6 144/19 145/24 153/24 154/16 154/16 154/20 155/12 163/8 163/9 165/11 173/12 193/14 198/18 199/22 201/10 202/2 202/4 203/15 203/18 204/3 204/8 204/10 204/20 204/21 204/24 205/1 205/2 205/16 206/24 207/4 213/2 213/5 213/23 214/1 214/2 214/5 214/6 214/24 215/1 215/12 215/17 215/18 216/13 216/15 217/16 218/11 218/11 218/14 218/16 220/18 221/8 221/14 222/6 223/7 225/11 225/12 225/23 225/24 226/5 237/17 238/1 238/4 242/4 242/12 245/13 246/17 246/21
**background [1]** 12/22
**backup [8]** 51/11 71/24 74/20 140/15 140/16 140/17 140/17 141/1
**bad [2]** 96/6 190/10
**bail [1]** 187/5
**Baker [3]** 2/6 3/22 7/4
**Banks [1]** 229/2
**Barber [1]** 88/5
**based [60]** 39/22 43/22 43/24 45/1 45/2 75/10

7/25 80/23 81/8 89/22 92/7 93/7 96/23 97/1 97/2 97/3 97/13 98/15 99/5 101/8 107/13 111/7 111/9 119/3 122/1 124/12 125/1 125/16 126/11 127/8 127/15 133/8 134/3 135/17 140/11 144/16 148/12 151/17 152/6 153/18 155/15 156/11 157/19 160/15 161/5 163/1 163/10 171/10 172/23 178/19 181/7 193/4 204/19 208/22 210/12 226/1 230/16 235/1 239/23 251/9
**baseline [1]** 208/9
**basically [4]** 80/20 144/24 155/11 241/4
**basis [9]** 17/13 19/9 40/14 58/24 61/9 96/22 98/5 192/18 195/20
**Bates [15]** 11/1 47/24 48/2 62/12 78/5 83/6 94/9 118/4 133/1 203/7 207/13 221/12 227/19 237/10 242/8
**be [178]** 2/16 2/18 7/10 9/3 9/9 9/12 10/11 11/17 24/2 25/6 25/7 25/13 25/21 27/7 28/6 29/11 36/6 37/13 37/14 37/16 45/22 51/3 51/22 52/7 53/17 54/21 57/1 60/1 61/2 64/1 68/8 71/6 76/10 76/13 77/10 77/14 81/12 82/2 84/8 85/21 86/13 86/18 86/21 87/2 87/3 87/8 87/15 90/4 93/4 100/17 101/6 113/2 113/9 114/4 114/12 114/14 116/15 117/1 117/15 118/23 120/23 122/2 122/5 126/21 129/4 130/13 130/16 132/5 132/5 135/4 138/4 138/11 138/15 139/9 139/11 139/13 139/21 139/24 141/7 142/22 143/1 143/18 145/8 145/9 151/19 152/17 154/10 154/11 158/9 160/12 160/20 163/3 163/12 169/12 170/23 171/2 172/14 172/17 174/12 176/10 177/5 177/18 183/3 183/14 183/18 183/20 183/21 184/2 184/2 184/15 185/11 187/16 187/18 187/19 191/4 191/21 197/7 197/15 199/23 200/22 201/24 202/14 203/2 203/17 204/4

204/6 204/7 204/13 204/22 206/6 206/21 208/14 210/1 210/21 210/23 210/24 211/2 211/5 211/22 212/11 212/16 214/8 214/16 214/22 216/13 220/8 222/19 233/3 233/13 233/23 234/10 234/19 240/22 242/13 242/22 243/13 246/7 246/15 246/21 248/6 249/20 250/5 250/18 251/1 251/1 251/7 251/9 251/11 251/17 251/18 251/22 252/2 252/7 252/10 254/1 254/4 255/12 255/14
**bear [1]** 255/13
**Bearman [2]** 2/6 3/22
**became [3]** 15/18 24/14 24/16
**because [138]** 11/9 16/22 17/17 22/17 23/18 25/23 26/13 27/4 27/23 28/4 33/8 34/13 35/2 35/20 37/10 37/15 40/5 41/7 41/11 42/1 42/10 43/10 44/2 44/24 45/20 59/21 60/18 60/24 62/16 69/18 70/9 71/5 71/7 71/20 73/8 73/12 74/1 74/8 74/16 74/20 81/5 82/2 82/23 84/6 84/19 85/11 86/17 94/12 97/12 101/17 101/22 102/1 102/17 103/17 110/10 110/23 113/10 113/23 115/12 115/14 116/21 117/6 117/9 123/21 124/17 125/8 125/18 125/23 131/6 132/7 133/11 135/7 141/19 141/23 143/3 144/18 145/5 145/20 145/23 146/1 147/16 147/19 148/8 150/9 151/22 152/4 152/17 157/7 164/2 164/12 166/15 168/5 169/6 172/13 172/23 174/23 177/11 183/11 184/3 184/17 186/11 188/20 190/6 191/1 192/3 192/4 192/24 196/20 197/17 200/20 201/19 202/15 205/8 207/8 209/9 211/1 211/6 211/18 213/22 215/9 215/16 216/1 216/4 216/22 217/2 217/5 217/15 217/20 227/14 241/7 241/13 241/20 243/21 245/5 245/23 247/4 254/1 254/3

**become [2]** 111/19 229/23
**becoming [1]** 241/8
**been [82]** 8/21 20/13 31/12 33/13 34/7 39/16 39/22 41/23 44/1 49/9 51/6 56/24 57/7 63/21 70/4 70/6 73/20 76/16 78/21 79/23 100/23 105/6 109/10 112/23 113/15 113/18 115/4 130/9 130/18 130/24 131/7 134/21 135/18 136/19 137/2 142/16 143/8 145/2 147/22 148/10 149/24 154/12 156/20 157/3 159/1 159/1 159/2 160/24 161/6 161/21 161/22 161/23 161/23 162/15 162/24 164/3 164/21 165/21 179/23 184/1 184/5 188/6 190/3 202/21 204/16 213/12 213/13 218/19 219/16 221/14 224/4 225/12 229/11 229/21 233/7 233/11 235/1 235/17 235/24 239/14 240/2 253/3
**before [40]** 2/17 8/23 10/19 10/21 11/13 11/16 11/19 12/22 17/7 32/22 43/9 47/18 47/20 74/6 74/11 74/15 74/17 101/16 113/1 122/19 131/21 132/23 167/9 168/18 182/24 189/24 190/7 190/9 190/10 190/21 192/17 195/8 205/6 211/20 212/19 220/15 237/23 237/23 243/4 248/20
**begging [1]** 81/16
**begin [3]** 66/9 103/23 122/10
**beginning [3]** 2/4 22/23 39/24
**begins [1]** 7/1
**behalf [22]** 1/6 2/2 3/3 3/11 3/17 3/21 4/3 4/7 4/12 4/16 4/20 5/3 7/13 7/14 7/16 7/18 7/20 7/24 8/2 80/21 80/24 81/1
**behind [1]** 86/11
**being [69]** 7/3 9/6 15/4 16/11 21/14 22/11 23/7 23/8 25/18 26/8 27/12 51/11 51/14 53/1 54/9 54/20 54/23 56/8 57/5 59/21 65/21 67/2 67/9 67/20 70/14 73/10 73/13 76/17 79/20 82/7 85/23 90/6 93/13 96/8 110/10 115/9 115/14

**B**

**being... [32]** 118/10
118/18 120/24 123/11
128/6 129/2 129/2
131/1 131/4 134/24
135/23 137/1 138/14
145/3 147/3 162/13
164/1 164/21 173/3
173/20 175/4 184/10
185/1 190/5 196/23
204/4 227/14 233/8
235/20 245/1 246/5
253/15
**belief [1]** 206/8
**believe [10]** 39/1 39/15
44/9 44/10 46/7 116/10
132/7 195/3 240/1
240/9
**bell [2]** 48/19 104/12
**belonged [1]** 218/12
**below [2]** 65/19 208/1
**Ben [2]** 5/8 7/5
**Berkowitz [2]** 2/7 3/22
**besides [1]** 161/9
**best [6]** 23/6 66/6
88/24 213/15 213/22
216/12
**BETH [2]** 4/3 8/6
**better [12]** 86/19 86/21
87/2 87/3 87/8 87/9
87/15 87/16 215/9
217/4 217/5 217/6
**between [6]** 19/4 21/7
43/13 152/23 169/18
189/9
**beyond [4]** 42/12 46/11
52/1 84/13
**bifurcated [1]** 44/2
**bifurcating [1]** 43/12
**bifurcation [2]** 40/14
43/13
**big [3]** 154/7 157/22
157/23
**biggest [1]** 157/17
**BILL [6]** 1/9 7/3 7/14
95/17 96/3 239/2
**bit [4]** 21/7 154/12
180/9 249/16
**BIVANS [1]** 4/3
**black [2]** 3/8 102/1
**blame [2]** 67/16 245/19
**blaming [2]** 36/4
146/22
**board [2]** 102/14
191/10
**Bob [3]** 8/10 31/2
153/14
**Bobango [1]** 5/4
**boiling [1]** 53/3
**bond [74]** 24/18 31/11
32/17 33/16 35/15
52/21 54/4 75/1 75/13
76/8 76/9 76/22 77/3
77/8 77/19 82/11 82/12
92/16 92/21 92/23 93/3
93/4 93/24 102/12

102/22 109/9 109/12
110/11 121/8 128/3
128/4 128/5 128/10
143/8 143/8 143/10
146/8 147/15 147/21
148/8 148/9 148/23
149/9 149/10 149/12
149/20 150/6 150/10
151/15 152/21 161/16
182/12 183/7 184/11
185/3 185/14 186/13
187/3 187/3 187/9
187/15 188/7 188/8
188/14 188/16 188/17
188/18 188/24 189/4
190/3 193/1 213/3
236/3 236/8
**bonding [1]** 33/16
**bonds [23]** 75/6 75/9
75/11 75/19 76/4 78/22
79/3 93/16 102/18
131/4 147/19 147/19
148/10 152/14 161/10
161/12 161/13 161/16
162/18 183/1 186/23
236/7 236/13
**BONNER [3]** 1/9 79/18
80/3
**book [1]** 209/13
**booked [4]** 208/9
208/10 210/7 210/9
**Booker [1]** 88/5
**booking [29]** 166/5
199/24 206/17 208/1
208/13 208/21 209/2
209/3 209/4 209/10
209/12 210/6 210/16
212/3 212/9 213/9
215/3 215/4 215/8
215/8 216/1 216/3
217/12 217/15 232/15
235/12 235/22 236/10
249/1
**both [3]** 52/17 208/3
234/7
**bottlenecks [1]** 156/22
**bottom [2]** 129/16
129/17
**bought [6]** 38/23 39/2
39/5 39/8 39/13 107/7
**Boult [1]** 4/8
**Bove [2]** 95/18 96/3
**BOYD [1]** 1/6
**Brad [1]** 8/8
**BRADLEY [2]** 3/21 4/8
**Branan [1]** 5/4
**Branch [1]** 247/17
**brand [2]** 158/2 192/15
**BRANDON [7]** 4/8 8/12
10/22 132/24 203/6
203/8 221/12
**break [11]** 42/8 42/14
42/24 72/6 87/5 103/8
103/16 158/11 165/6
205/8 237/7
**BRICE [3]** 3/7 8/17

8/17
**bring [10]** 17/21 76/8
82/8 82/9 82/22 136/4
136/5 163/11 215/1
250/3
**bringing [1]** 239/10
**brings [2]** 65/20 95/14
**broke [1]** 18/23
**broken [1]** 154/9
**brought [19]** 16/18
33/16 65/21 67/2 70/14
85/24 90/6 130/17
130/24 186/20 189/24
190/12 190/13 209/15
209/17 209/18 210/8
210/21 238/8
**BROWN [1]** 1/4
**building [1]** 65/14
78/16 249/9
**built [1]** 138/15
**bunch [2]** 82/22 192/4
**BUNDREN [7]** 4/8 8/12
10/22 62/19 132/24
203/7 221/12
**Burch [1]** 4/13
**BURGESS [1]** 1/5
**buried [2]** 220/2
242/21
**BURNS [3]** 3/4 3/4 7/14
**busy [1]** 79/20
**bypassing [1]** 212/17

**C**

**Caldwell [2]** 2/6 3/22
**caliber [2]** 26/13 209/6
**calibers [1]** 26/22
**call [9]** 9/14 80/11
80/15 85/5 169/13
200/16 210/14 213/2
233/4
**call objection [1]** 9/14
**called [6]** 19/24 20/22
83/9 95/4 166/4 210/6
**calling [1]** 79/18
**calls [2]** 51/7 173/6
**came [10]** 55/7 74/17
85/20 92/3 142/18
147/20 168/5 191/10
192/11 192/12
**camera [1]** 29/10
**can [103]** 10/16 11/1
11/3 12/16 19/14 19/19
21/21 22/16 28/15
28/17 28/18 29/10 30/3
31/1 31/2 31/3 31/7
32/13 34/3 40/17 44/6
44/14 44/15 45/7 45/18
46/3 58/20 65/18 66/7
68/19 69/2 69/17 71/19
73/7 79/6 79/18 82/12
86/7 87/20 87/21 89/1
89/24 92/10 97/14
97/15 101/11 106/22
107/17 111/13 111/15
113/1 113/9 124/13
124/15 128/17 128/18

132/2 132/21 132/24
133/1 133/10 152/5
153/14 153/15 153/15
153/22 155/13 158/11
167/10 168/18 175/2
177/4 181/17 187/4
188/16 188/24 189/1
193/3 199/6 199/7
199/8 200/10 200/24
203/17 205/10 208/8
212/16 212/22 217/8
221/8 223/17 225/8
225/23 227/22 231/1
231/3 246/7 249/10
249/10 249/20 250/24
251/1 252/20
**can't [35]** 17/16 17/16
18/12 45/22 54/22 69/4
82/23 87/18 92/15
94/24 100/3 100/8
122/13 125/14 145/24
146/1 147/6 153/4
153/17 170/3 173/10
177/12 177/13 183/3
184/14 196/4 196/4
200/23 201/4 206/7
206/7 216/3 251/1
251/15 251/15
**canceling [1]** 40/11
**cancelled [7]** 34/12
40/7 40/9 41/6 41/10
41/14 41/19
**candid [1]** 154/10
**cannot [11]** 40/15 66/9
103/22 114/5 131/10
176/13 182/14 184/2
190/5 236/10 251/9
**capacity [5]** 12/1 14/3
15/20 119/5 220/22
**captioned [1]** 255/6
**car [3]** 209/15 209/17
209/18
**card [1]** 159/20
**care [6]** 56/19 95/5
95/11 95/22 112/13
214/3
**career [1]** 189/3
**carried [2]** 15/4 16/11
17/8
**carry [2]** 16/17 186/22
**case [33]** 18/17 18/23
26/8 32/8 64/15 68/9
68/16 68/17 70/3 111/8
111/11 117/1 117/15
119/18 131/10 136/17
136/19 140/12 143/12
143/13 161/22 162/14
163/15 164/3 164/16
169/8 173/19 174/2
191/21 202/6 208/5
233/6 247/15
**cases [33]** 32/9 32/9
37/15 61/2 65/22 67/8
67/14 70/15 76/16
99/13 102/9 131/13
136/13 136/16 161/3

164/15 169/15 174/17
174/19 178/12 193/15
195/16 195/23 196/1
196/17 196/21 197/16
197/17 213/1 236/5
252/15 252/16 252/16
**catch [1]** 156/23
**cause [6]** 27/8 117/2
190/18 248/18 248/22
249/6
**caused [1]** 149/2
**causes [1]** 112/20
**causing [2]** 35/3
155/20
**CC [1]** 195/1
**CC'd [5]** 57/23 60/5
60/9 61/1 194/2
**CEDAR [3]** 1/13 4/16
8/3
**centered [1]** 180/6
**CEO [5]** 49/14 49/15
50/8 65/9 222/3
**certain [10]** 112/22
120/23 145/7 160/3
178/13 180/3 180/15
180/17 180/17 180/18
**certainly [8]** 26/16
45/18 45/18 46/5
114/24 146/6 225/16
245/8
**certification [7]** 40/16
41/1 42/13 89/15
131/24 153/5 230/6
**certify [4]** 255/6 255/7
255/9 255/12
**cetera [3]** 78/23 79/3
208/11
**challenge [1]** 45/17
**change [8]** 77/17 79/15
165/5 165/7 208/5
216/18 216/22 218/13
**changeover [2]** 78/20
79/24
**changes [1]** 207/24
**chaos [1]** 96/4
**chaplain [1]** 235/19
**charge [16]** 76/23
118/10 137/11 163/7
166/17 171/12 172/5
188/7 196/24 232/22
233/2 233/5 233/7
251/3 251/8 251/14
**charged [1]** 188/6
**charges [8]** 81/11
169/9 170/5 170/7
170/20 172/9 186/22
250/16
**CHARLENE [1]** 1/10
**Charline [6]** 64/14
64/18 78/15 108/2
166/1 232/10
**check [8]** 34/3 113/4
113/6 114/13 163/3
163/14 199/23 202/19
**checking [2]** 203/16
203/16

**C**

**checks [2]** 37/14 114/2
**chief [36]** 14/23 15/1 15/9 15/13 15/14 15/18 16/7 16/14 33/1 49/17 49/21 51/2 64/20 65/6 79/17 80/3 80/7 89/1 108/16 108/24 151/7 166/8 166/15 166/17 166/19 166/20 168/3 171/13 171/17 172/20 207/22 220/1 222/22 222/23 232/22 233/11
**child [4]** 37/4 252/8 252/9 252/10
**children [1]** 252/8
**chime [1]** 245/8
**Chris [17]** 63/10 63/11 63/12 64/8 66/3 66/3 66/14 69/22 69/22 76/14 78/12 78/13 78/15 78/19 95/18 96/3 206/16
**Circuit [2]** 228/14 228/15
**circumstances [1]** 79/22
**citation [2]** 143/5 143/6
**City [1]** 185/12
**Civil [2]** 2/11 9/7
**claim [1]** 112/12
**clarification [1]** 12/16
**clarifying [1]** 97/5
**clarity [1]** 43/16
**class [30]** 19/5 19/5 40/16 41/1 42/12 43/13 43/18 45/1 45/2 45/7 89/15 89/17 96/23 96/24 97/7 97/19 101/9 124/1 124/4 124/6 124/9 124/14 124/16 124/18 131/23 153/5 157/11 230/6 230/24 253/6
**class-based [2]** 45/1 45/2
**classification [4]** 140/12 212/20 212/23 218/5
**claw [4]** 220/18 221/8 223/7 225/23
**clawback [2]** 59/24 221/7
**clawed [5]** 60/1 221/14 225/11 225/12 237/24
**clawed-back [2]** 225/11 225/12
**clawing [2]** 225/24 238/4
**clear [7]** 9/3 36/6 111/19 132/5 132/5 212/19 248/6
**cleared [3]** 112/23 199/4 251/20
**clearing [1]** 167/9 168/17

**clearly [2]** 43/12 43/21
**clerk [14]** 28/4 73/12 73/22 137/8 138/11 142/3 166/23 183/11 183/12 200/4 200/5 200/6 200/7 250/1
**clerk's [12]** 77/9 77/16 126/9 137/9 139/14 139/20 171/8 177/13 228/7 228/11 228/12 249/23
**clerks [8]** 130/8 131/8 139/8 203/3 203/16 246/13 246/14 250/13
**client [3]** 98/5 158/21 223/4
**clients [2]** 197/15 246/12
**close [22]** 51/20 53/3 65/14 66/13 78/23 80/1 89/9 98/11 113/10 120/9 121/1 130/22 131/15 136/22 144/1 169/16 173/23 195/17 207/2 208/14 214/9 245/21
**Cobalt [2]** 222/14 244/13
**Cohen [2]** 229/17 229/24
**collect [1]** 231/11
**Collierville [1]** 82/3
**com [1]** 72/19
**Combs [1]** 3/14
**come [23]** 28/5 29/3 33/11 41/22 41/24 73/12 77/12 85/9 85/19 123/16 123/18 128/12 130/4 138/13 141/5 146/20 158/1 226/5 231/23 231/24 247/14 250/20 252/22
**comes [4]** 73/22 210/13 248/7 250/2
**coming [13]** 45/5 54/22 86/8 122/1 134/22 138/9 155/16 156/13 183/17 183/18 211/4 212/6 247/19
**command [3]** 56/17 57/12 244/3
**commencement [1]** 43/19
**comment [4]** 120/19 153/17 191/6 191/7
**comments [1]** 231/20
**commission [2]** 89/3 106/8
**commissioner [19]** 188/16 188/17 188/23 189/4 189/9 190/2 190/7 190/11 190/15 190/15 209/24 239/5 239/6 248/5 248/10 248/11 248/14 248/15 249/13

**commissioners [15]** 178/23 179/2 179/5 179/10 179/15 180/1 180/4 180/4 189/10 189/14 189/16 189/17 189/18 189/20 238/20
**Commissions [1]** 189/15
**commitment [1]** 240/24
**committee [20]** 39/10 83/10 83/12 83/16 83/21 85/1 85/10 88/15 93/3 93/23 101/3 101/13 119/20 123/17 142/14 142/17 208/2 208/4 222/16 243/19
**common [10]** 31/14 31/21 31/21 32/1 32/6 32/7 32/19 40/21 114/16 114/21
**commonality [5]** 40/20 41/2 41/3 44/11 153/8
**communicate [6]** 18/12 22/11 70/22 111/2 115/6 167/24
**communicated [1]** 155/10
**communicating [10]** 38/9 74/24 135/8 152/19 152/22 169/17 170/7 170/19 171/22 175/16
**communication [8]** 18/10 70/21 86/20 87/9 87/11 87/12 87/13 220/16
**communications [3]** 86/19 151/17 152/23
**company [8]** 33/16 94/21 94/22 94/23 95/1 95/4 95/7 104/5
**compare [1]** 208/12
**competency [2]** 2/14
**compilation [1]** 83/6
**complained [3]** 110/12 110/16 110/20
**complaining [1]** 38/8
**complaint [19]** 31/14 31/21 32/2 32/19 32/22 56/10 110/3 110/9 112/13 114/16 114/20 114/22 131/19 133/16 133/22 133/24 147/7 147/24 154/19
**complaints [13]** 38/3 38/5 38/13 51/7 70/17 116/1 130/12 155/17 164/1 164/10 189/24 253/14 253/22
**complete [8]** 42/8 96/4 163/14 208/10 208/11 210/5 220/7 222/19
**completed [3]** 122/9 184/10 210/4
**completely [4]** 15/5

**completely**
**appropriate [1]** 40/22
**completing [2]** 126/22 222/10
**completion [1]** 222/20
**component [1]** 113/11
**components [1]** 18/8
**comprised [1]** 243/9
**computer [134]** 18/22 19/21 19/23 21/22 22/5 22/22 23/24 27/9 27/10 27/13 34/6 34/8 34/17 34/19 34/24 35/2 35/24 36/8 37/22 38/4 38/19 44/11 51/9 51/23 52/8 66/19 67/19 70/22 72/13 74/2 74/22 76/18 77/2 77/11 77/18 81/5 82/20 84/16 85/6 86/12 86/12 90/4 91/18 99/2 101/21 102/13 102/23 109/17 110/24 112/16 115/4 115/21 116/9 117/9 118/17 118/24 120/13 122/17 123/22 125/18 128/23 130/5 131/10 131/12 131/19 134/1 134/8 135/7 136/4 136/10 139/2 140/21 141/12 141/20 146/7 151/15 157/7 164/20 168/22 173/11 174/14 174/24 175/17 175/19 176/12 176/14 176/24 177/18 178/21 178/24 179/12 179/16 181/4 182/5 182/7 186/22 187/8 187/13 191/9 192/5 198/1 198/24 199/1 200/21 201/3 201/19 201/20 202/19 202/21 204/12 204/17 205/21 207/4 207/5 211/15 213/9 216/20 216/21 218/9 222/9 226/10 226/19 227/6 231/13 231/22 238/21 240/3 241/14 243/8 243/22 244/18 245/10 247/4 253/18
**computer-oriented [1]** 244/18
**computer-related [2]** 179/12 245/10
**computer-wise [1]** 72/13
**computers [2]** 33/10 207/9
**concept [1]** 86/11
**concern [4]** 11/10 90/3 91/17 126/7
**concerned [8]** 17/6 43/10 89/1 120/12 125/23 125/24 130/1 208/16

**concerning [9]** 12/7 54/3 66/4 66/18 121/8 123/1 230/20 230/21 231/12
**concerns [17]** 12/9 57/14 65/20 84/5 90/12 90/18 90/24 91/8 93/18 93/22 109/1 109/3 120/21 128/23 130/7 219/19 244/16
**conclusion [3]** 160/4 160/6 160/9
**condoned [1]** 255/14
**conducted [1]** 235/15
**confer [1]** 42/10
**Confidential [1]** 229/9
**confused [5]** 95/20 155/5 181/6 181/7 187/18
**confusing [2]** 181/15 189/8
**Congressman [2]** 229/17 229/24
**connected [1]** 255/11
**connection [8]** 22/4 27/9 53/5 101/2 109/17 124/21 161/19 162/13
**consent [1]** 2/4
**consider [2]** 139/22 154/15
**considering [1]** 240/22
**consistent [2]** 110/2 177/5
**constitutional [5]** 17/1 130/20 239/13 240/2 240/11
**Cont [2]** 4/1 5/1
**contact [2]** 10/16 130/8 235/18
**contain [1]** 255/7
**context [1]** 214/6
**continuation [1]** 92/12
**continue [5]** 109/2 124/11 139/14 139/17 139/24
**contracts [2]** 95/10 95/12
**control [2]** 56/19 212/4
**convenient [1]** 164/13
**conversation [7]** 142/15 152/6 178/18 202/16 207/7 207/23 235/2
**conversion [8]** 92/16 92/21 112/20 149/1 222/9 222/12 243/8 244/12
**conversion-bond [2]** 92/16 92/21
**converted [1]** 21/9
**copied [2]** 132/19 196/8
**copies [6]** 30/21 30/22 30/22 126/23 139/15 159/17
**copy [5]** 31/2 47/22

**C**

**copy... [3]** 76/9 172/2
172/3
**corners [2]** 81/16 82/7
**coronavirus [1]** 11/9
**CORP [2]** 1/13 5/3
**CORPORATION [2]**
1/12 4/7
**correct [102]** 9/15 10/4
17/14 18/17 20/2 20/10
22/7 26/18 29/24 38/6
38/10 48/8 48/11 49/10
54/4 55/17 57/19 64/8
64/16 66/9 66/15 67/3
73/6 83/13 88/17 94/1
95/5 95/11 95/11 96/21
97/23 103/23 104/2
104/24 105/19 106/6
108/4 108/22 110/5
110/13 110/16 111/5
112/16 113/16 113/21
114/18 115/1 117/15
121/12 127/4 127/13
127/23 129/12 131/20
135/11 144/4 147/3
150/11 157/4 161/24
162/5 164/22 165/22
166/2 169/20 170/8
170/12 172/11 173/5
173/8 173/13 174/3
176/6 176/19 176/24
184/12 186/14 186/23
187/10 190/21 194/20
198/15 198/19 200/16
200/21 201/16 203/23
204/14 217/9 224/17
232/12 234/11 236/15
236/21 237/3 238/18
239/3 241/3 241/15
242/23 247/6 255/8
**correcting [1]** 160/18
**Corrections [3]** 13/24
14/4 14/9
**correctly [11]** 18/4
21/17 89/7 116/10
117/10 120/14 138/1
141/20 176/4 177/12
177/14
**CORTEZ [1]** 1/4
**cost [1]** 240/23
**could [52]** 23/6 23/10
23/17 29/6 38/17 45/9
62/11 69/23 71/19
71/19 72/8 80/18
102/10 117/1 124/17
126/20 138/4 142/13
148/5 148/5 154/11
154/11 158/14 162/24
182/2 183/19 183/21
185/11 188/17 190/3
201/24 203/22 204/13
207/1 207/3 208/24
210/10 211/22 212/20
214/22 216/23 218/7
218/14 246/3 251/11
251/12 251/17 251/18

252/2 252/4 252/7
252/10
**couldn't [11]** 37/8
86/14 134/10 148/8
148/9 161/14 161/15
201/18 202/19 204/5
217/14
**counsel [10]** 2/4 7/8
42/11 42/15 51/13
52/23 54/10 54/13
255/9 255/11
**counselors [1]** 233/6
**count [1]** 71/23
**counter [1]** 210/19
**COUNTY [91]** 1/11
3/11 3/17 3/18 7/19
7/21 7/23 8/1 12/2 12/5
12/7 13/24 14/4 14/18
14/19 15/2 16/16 16/18
17/24 18/2 18/22 19/24
19/24 21/12 24/1 38/18
38/23 39/17 40/19 48/5
48/20 55/21 58/9 58/17
58/18 58/20 59/1 59/3
59/4 59/22 60/19 60/19
61/16 61/17 64/19
64/24 80/21 81/2 83/8
84/16 90/7 96/10
105/21 106/9 106/17
107/6 107/8 108/10
115/19 116/17 118/11
118/12 118/13 119/9
127/21 129/12 154/6
154/7 178/23 179/10
186/21 188/24 189/9
194/9 195/4 195/6
195/14 199/12 220/14
221/1 221/1 223/13
224/9 236/12 238/20
246/10 246/11 246/12
246/20 251/18 255/4
**County's [1]** 104/22
**County-Sheriff.org [1]**
55/21
**couple [7]** 34/12 41/7
41/10 79/19 96/5 194/6
208/8
**course [3]** 32/9 44/19
157/1
**court [128]** 1/1 3/9
4/14 7/6 7/11 10/16
19/17 21/5 21/7 21/12
25/4 26/1 26/4 28/4
30/5 30/6 35/22 37/12
37/13 38/13 44/7 45/7
62/16 62/24 65/21 67/3
70/14 72/5 73/12 77/9
77/15 109/8 110/11
111/18 111/21 121/6
121/7 121/9 121/24
125/16 125/17 127/3
127/13 127/17 127/18
127/18 127/23 128/1
128/2 128/3 128/6
128/7 128/9 128/10
128/13 128/18 130/17

**131/20** 131/6 132/8
133/6 134/7 134/19
135/23 137/9 139/13
140/16 141/3 143/14
148/22 149/11 149/19
151/20 153/13 159/11
161/1 161/2 161/4
161/7 161/9 163/2
164/22 167/9 168/17
169/10 169/13 170/21
171/8 173/7 173/20
182/12 183/8 183/8
184/11 188/8 201/12
201/16 202/2 202/4
202/10 202/17 202/20
203/3 203/15 203/18
203/22 204/3 204/8
204/10 204/19 205/1
205/1 205/2 220/17
226/2 228/14 234/5
236/3 236/7 236/8
236/13 242/16 246/14
247/14 249/23 250/1
251/6 251/12
**court's [6]** 44/10 72/21
72/21 109/5 149/16
153/21
**courtroom [10]** 130/7
130/24 137/7 138/10
140/9 140/20 143/21
163/7 234/8 251/4
**courtrooms [1]** 141/7
**courts [30]** 25/6 26/1
37/16 63/19 67/13
67/20 69/23 74/3 74/5
77/9 77/15 110/24
121/4 122/3 122/4
122/5 125/3 126/8
134/23 134/24 140/19
146/21 159/7 160/2
160/13 160/13 161/18
196/1 235/5 250/4
**cover [1]** 130/11
**coverage [1]** 229/11
**COX [3]** 3/13 7/24 7/24
**CRADDOCK [2]** 3/13
7/20
**Craig [1]** 228/3
**create [3]** 156/21
181/16 192/21
**created [4]** 25/14 52/16
105/18 193/9
**criminal [11]** 20/1
21/12 118/6 128/18
189/4 189/6 228/17
228/19 251/6 251/10
251/12
**culprit [1]** 27/24
181/19
**Cummings [1]** 4/9
**cup [3]** 157/14 157/22
157/23
**current [1]** 218/19
**currently [3]** 112/5
130/2 169/14
**custody [7]** 56/19

130/15 130/18 131/1
131/4 131/8 197/16
**cut [1]** 107/8
**cv [1]** 1/8

**D**

**DA [1]** 246/14
**DA's [1]** 69/24
**daily [2]** 143/2 149/1
**Dakota [1]** 247/17
**Dallas [1]** 4/5
**dangers [1]** 130/12
**data [7]** 112/20 117/6
172/14 172/17 176/4
177/12 177/14
**date [13]** 24/3 24/10
88/16 121/9 122/17
122/24 128/13 143/6
143/7 143/14 223/1
234/6 250/9
**date's [1]** 48/10
**dated [5]** 64/7 76/12
203/14 206/15 235/11
**dates [5]** 41/16 122/5
127/3 236/3 236/13
**DAVID [1]** 4/13
**day [14]** 2/3 32/3 32/3
32/10 64/2 77/12 79/17
143/13 156/15 208/21
208/22 208/22 249/24
250/21
**days [12]** 28/7 31/12
32/18 82/14 131/1
131/5 131/8 156/22
199/6 208/23 215/12
216/10
**deal [16]** 69/2 69/23
72/1 75/6 75/10 75/11
75/22 81/23 84/7 107/8
141/2 161/14 202/5
202/5 217/22 250/16
**dealing [57]** 15/6 25/11
25/22 25/24 35/21
36/15 36/21 37/3 37/10
37/21 50/14 50/16
53/21 68/1 68/23 70/5
71/21 72/4 74/16 74/19
80/19 81/12 84/2 84/19
88/12 92/8 93/15
116/14 119/22 123/7
125/4 125/4 126/4
134/17 134/19 134/20
134/21 137/8 138/7
150/5 152/13 161/15
168/4 171/3 172/5
172/16 176/11 176/15
176/19 192/15 192/18
192/18 200/23 223/6
233/7 234/17 251/14
**deals [1]** 75/19
**dealt [21]** 27/24 34/10
41/16 63/13 63/19 64/3
64/4 69/24 69/24 70/1
74/6 74/19 75/9 155/5
155/6 172/17 207/11
209/4 209/5 212/13

250/18
**Dear [1]** 51/2
**DEBRA [13]** 1/10 60/10
60/11 96/16 96/20 98/1
98/2 108/3 108/17
223/21 232/10 238/16
245/14
**December [3]** 199/3
206/16 229/23
**decide [1]** 46/10
**decided [2]** 79/14
123/12
**decision [8]** 84/10 85/5
85/9 226/10 226/19
244/9 244/10 245/18
**decision-makers [2]**
244/9 244/10
**declined [1]** 57/10
**deemed [1]** 255/14
**defendant [9]** 64/15
136/18 143/3 143/4
143/9 143/11 143/13
189/5 212/20
**defendant's [1]** 31/11
**defendants [1]** 1/14
3/12 7/19 7/21 8/1
130/16 130/17 130/23
135/22 212/16 212/22
234/7
**Defender's [1]** 65/19
**defense [4]** 42/10
42/14 58/19 118/7
**defer [2]** 43/24 44/6
**degree [2]** 13/13 39/22
**delay [1]** 89/3
**delayed [1]** 51/14
**deliberately [1]** 253/1
**denial [2]** 52/22 52/22
**denied [2]** 51/14 52/22
**Denisha [1]** 200/18
**deny [1]** 55/16
**DEONTAE [1]** 1/5
**department [12]** 60/21
80/14 82/1 82/4 95/12
96/7 104/22 192/3
194/10 195/4 195/7
215/22
**DEPONENT [1]** 254/12
**depose [1]** 99/14
**deposition [21]** 1/16
2/1 2/9 2/19 7/2 7/3
10/3 11/12 11/16 43/20
44/22 46/10 46/20 62/4
78/2 83/5 107/22
158/11 165/15 206/12
227/15
**depositions [1]** 11/18
**deputies [3]** 139/24
141/3 213/4
**Deputy [2]** 80/7 220/24
**described [1]** 120/8
**designated [1]** 221/4
**designed [2]** 109/7
149/18
**detained [1]** 198/4
**determination [1]**

**D**

determination... [1] 225/13
determine [8] 23/17 123/1 128/5 205/19 235/17 248/16 249/19 251/7
determined [1] 128/7
determining [1] 250/24
detrimental [1] 139/22
developed [1] 23/9
dialogue [1] 225/1
did [126] 11/15 13/2 13/5 13/9 13/16 13/19 13/22 14/17 15/8 15/11 15/19 15/22 20/17 23/11 23/16 23/24 25/2 27/2 28/9 33/3 33/6 34/21 36/15 36/17 40/8 40/8 46/20 46/23 47/2 47/5 47/11 49/21 50/4 50/12 51/21 52/7 53/4 53/16 57/1 59/1 59/5 59/17 61/20 62/7 64/5 64/18 64/18 64/21 64/24 65/5 72/17 75/5 77/7 77/17 84/15 85/4 85/9 89/6 89/10 90/3 90/24 93/17 95/21 99/9 102/13 102/17 103/17 105/4 105/17 105/18 105/21 106/8 108/14 118/16 118/16 119/6 121/14 121/14 121/16 121/19 122/8 122/10 123/13 123/15 125/14 126/13 126/14 127/16 128/20 128/22 133/13 140/5 140/5 140/6 140/24 145/4 147/10 156/18 159/5 159/6 161/1 161/8 161/14 167/23 167/23 168/2 178/22 179/9 191/21 205/19 208/19 214/9 216/8 218/3 226/17 229/23 230/12 230/12 230/18 230/20 231/10 231/10 231/19 235/22 239/18 240/9
didn't [52] 11/8 21/17 22/24 25/17 34/13 37/18 39/1 41/8 41/12 41/17 41/24 42/1 47/7 47/8 47/9 58/7 60/8 61/20 71/6 73/15 84/6 86/1 90/13 91/12 91/16 91/21 91/22 101/21 101/24 102/7 118/12 126/12 128/5 134/9 147/13 147/16 149/3 159/23 159/23 176/4 180/24 180/24 186/4 201/20 203/3 206/3 206/3 216/9 216/22 227/5 245/8 245/23

died [1] 119/15
diets [1] 112/6
difference [2] 19/4 81/10
different [15] 16/12 50/8 69/19 69/20 71/22 101/22 102/1 122/4 141/4 162/21 162/23 211/7 214/4 218/1 245/21
differentiate [1] 21/7
differently [2] 102/8 213/14
difficult [1] 98/8
difficulty [2] 45/23 45/24
direct [5] 48/6 108/20 150/5 168/3 231/19
directive [1] 126/12
directly [13] 63/14 63/19 76/4 134/24 152/14 180/3 186/5 200/5 200/23 208/12 231/24 234/24 248/10
director [7] 33/1 49/7 54/24 65/1 73/1 80/13 101/14
directs [1] 119/9
disagree [1] 226/2
disagreement [1] 45/6
Disaster [2] 65/14 78/16
discharged [1] 164/21
disciplinary [1] 175/6
discovery [17] 40/15 42/13 43/12 43/14 43/22 43/24 44/2 45/1 45/3 45/7 45/14 52/2 96/23 96/24 97/7 132/13 230/24
discuss [2] 42/14 171/14
discussed [1] 145/3
discussions [2] 93/2 213/12
disguising [1] 215/3
disk [1] 30/5
dismiss [1] 131/14
dismissed [11] 26/8 131/13 136/17 136/20 161/22 162/15 164/4 195/16 195/24 196/2 196/17
disposed [5] 2/16 65/21 67/8 70/15 76/16
dispute [3] 195/20 196/15 196/19
dissatisfaction [1] 130/11
district [4] 1/1 1/1 251/19 252/13
disturbance [2] 52/18 53/11
division [12] 1/2 4/9 14/9 95/3 130/3 139/15 143/12 143/14 204/20

253/40
do [242] 10/3 11/3 12/17 18/18 18/18 23/21 24/24 25/1 28/3 28/9 28/15 30/3 30/10 32/6 37/8 38/16 39/15 40/14 40/16 41/9 41/13 42/4 44/2 44/8 44/14 44/18 44/23 45/11 46/3 46/5 46/6 46/17 48/13 48/15 50/12 54/13 57/11 57/24 58/19 59/15 59/16 59/20 60/4 60/5 61/15 61/23 63/11 64/19 64/24 65/14 65/23 66/8 67/14 68/19 68/22 69/7 69/15 71/15 73/11 74/7 75/15 76/7 78/17 78/23 79/11 79/14 80/17 81/7 81/23 82/8 82/21 83/10 86/9 87/18 87/22 88/7 89/8 89/11 89/15 91/23 91/24 92/13 92/17 92/24 95/7 95/18 96/10 97/6 98/11 100/14 101/19 102/18 102/23 103/22 106/1 106/5 106/14 108/7 109/13 112/7 113/23 114/2 114/12 118/8 118/16 118/22 119/13 119/15 120/10 120/10 121/2 121/2 121/15 121/16 121/19 122/14 123/10 124/1 124/3 124/5 124/8 124/14 124/16 129/15 129/23 130/5 130/7 131/23 133/14 133/15 133/24 136/20 140/11 141/14 144/17 148/2 154/13 155/1 157/7 157/10 158/7 158/14 158/21 163/13 165/19 166/5 167/11 168/7 168/9 174/21 174/21 175/12 175/14 178/13 179/22 180/18 181/2 181/8 182/15 187/1 187/12 187/21 190/10 190/21 191/3 191/6 191/13 191/16 193/1 194/3 194/8 194/11 194/24 195/17 195/19 196/14 197/11 199/10 199/13 200/3 200/10 203/18 206/7 206/8 206/17 208/18 208/20 211/20 213/6 213/13 213/16 213/19 213/22 215/11 216/7 216/12 216/19 216/24 217/1 217/2 217/9 218/7 218/15 219/24 220/9 223/10 225/9 225/17 227/8 227/8

228/4 228/23 230/6 230/7 230/9 230/24 231/7 232/15 233/19 234/6 234/20 236/24 238/3 238/21 240/1 240/9 240/16 242/20 243/10 245/21 246/3 247/21 248/8 249/8 250/3 250/6 252/14 252/15 252/16 253/16 253/17 255/5
docket [17] 136/17 139/12 139/13 140/8 140/18 140/23 141/1 141/4 142/9 142/21 142/24 143/1 143/16 143/18 144/7 145/8 145/12
dockets [18] 139/7 139/10 139/16 139/19 139/21 140/16 141/8 141/14 142/3 142/7 143/2 143/19 143/24 144/20 144/20 144/22 144/22 144/23
document [40] 30/13 52/4 61/1 62/15 64/6 76/11 76/13 78/8 83/8 87/23 88/13 88/14 92/12 95/23 100/2 108/21 126/19 158/12 158/13 158/17 159/19 160/1 160/14 166/4 167/3 167/5 220/18 221/13 224/17 225/11 225/12 225/23 229/8 230/9 237/11 237/24 240/17 242/10 255/12 255/14
documentation [1] 182/15
documented [1] 210/24
documents [11] 10/17 46/21 47/5 47/7 74/4 74/17 74/20 83/6 122/12 158/10 229/8
does [26] 9/13 10/20 24/5 29/4 48/18 49/19 58/22 60/17 61/15 95/7 97/6 104/11 106/13 109/5 113/5 149/16 169/11 170/22 194/8 194/8 208/15 209/10 209/12 220/20 225/19 246/9
doesn't [23] 10/16 29/3 60/15 61/1 72/22 89/19 136/1 137/14 137/19 137/24 150/4 150/15 151/21 152/3 157/8 171/6 181/4 207/8 210/16 230/10 234/18 234/19 239/17
doing [32] 11/11 23/21 66/6 79/21 80/16 86/10

86/20 87/17 91/4 101/18 144/12 144/15 152/9 160/21 172/7 172/23 173/12 181/5 181/14 212/8 213/14 213/18 215/11 216/9 216/17 218/7 218/17 234/14 236/22 236/23 241/5
DOJ [1] 229/18
dollar [2] 82/11 82/12
don't [136] 9/13 9/15 12/9 24/2 25/13 28/14 30/22 32/10 37/4 39/4 39/8 40/10 44/9 44/23 45/11 45/13 45/15 54/18 55/13 55/16 55/18 55/19 62/18 64/3 64/17 67/14 67/24 70/7 71/6 71/7 72/15 72/24 73/1 73/19 73/21 74/15 75/11 75/13 75/16 76/11 76/12 79/6 82/21 85/18 85/19 86/16 87/10 89/6 94/19 94/24 95/22 97/10 99/20 99/24 99/24 101/23 102/17 103/7 105/23 106/13 106/13 106/20 112/11 113/22 115/11 116/10 120/20 122/18 123/3 123/3 126/3 128/10 129/1 130/22 132/18 133/11 136/5 145/20 150/5 150/10 152/4 152/18 155/23 158/8 158/24 163/20 164/11 167/18 167/20 167/22 168/1 168/12 169/2 169/6 170/15 183/6 183/20 185/21 187/22 191/18 194/15 195/24 196/3 196/10 197/13 198/4 201/24 202/2 202/7 203/4 204/9 204/19 204/22 205/3 205/3 205/5 205/5 205/8 221/9 224/18 225/3 225/14 228/21 229/20 235/3 244/7 245/7 247/13 247/19 247/24 247/24 252/22
done [12] 30/10 30/12 30/14 42/5 89/17 142/6 155/14 158/19 163/4 223/18 234/17 237/8
Donelson [3] 2/6 3/22 7/4
doors [2] 210/14 210/15
dos [1] 244/14
double [3] 113/4 210/14 210/15
double-check [1]

**D**

**double-check... [1]** 113/4
**doubt [1]** 120/6
**Dough [1]** 8/4
**DOUGLAS [1]** 4/12
**down [24]** 18/24 20/7 28/5 45/14 56/14 72/6 73/12 73/22 77/12 82/22 87/5 112/1 112/18 140/21 141/2 141/5 154/15 163/11 171/14 209/3 211/11 215/18 216/5 239/10
**DRAIN [1]** 1/6
**drawing [1]** 239/11
**dressing [2]** 209/5 209/5
**Dries [1]** 239/2
**drinking [1]** 219/16
**Drive [1]** 3/9
**Driver [1]** 106/17
**driving [1]** 222/16
**due [6]** 51/14 116/10 117/6 143/10 222/13 244/12
**duly [1]** 8/21
**during [16]** 26/14 54/23 74/18 93/8 112/19 123/4 140/6 140/13 142/13 144/21 147/11 149/1 180/21 180/21 229/22 239/9
**duties [6]** 14/24 16/8 50/7 50/11 166/10 166/12

**E**

**e-mail [75]** 48/6 50/24 54/17 54/19 55/17 55/19 55/20 55/23 56/6 57/22 59/14 60/1 60/4 60/14 63/4 64/7 64/10 65/19 78/10 78/11 78/12 94/12 96/2 96/15 97/22 108/1 118/3 118/5 121/11 122/21 129/9 130/4 132/19 132/20 148/6 156/3 156/4 156/8 165/17 165/21 167/23 169/13 172/2 172/2 172/4 194/1 195/1 196/8 198/14 198/15 198/17 200/15 201/9 203/13 204/18 206/15 207/18 207/21 214/13 221/5 221/18 221/21 223/6 223/7 223/21 228/2 229/7 230/19 232/9 232/14 232/17 233/9 235/10 238/16 244/24
**e-mailed [2]** 59/12 95/17
**e-mailing [1]** 59/21 60/19

**e-mails [4]** 48/4 78/14 173/6 234/3
**each [4]** 7/8 139/19 250/14 250/19
**Earle [2]** 191/2 232/2
**earlier [4]** 9/12 42/1 136/24 217/22
**early [2]** 24/6 126/2
**easier [2]** 10/11 29/11
**east [1]** 199/7
**Ed [7]** 92/14 118/7 118/8 118/9 128/22 206/22 207/21
**education [1]** 13/9
**Edward [1]** 228/9
**effect [6]** 44/4 44/12 138/6 156/16 156/19 191/7
**effective [1]** 143/2
**effectively [3]** 18/12 74/24 115/6
**efficient [1]** 218/15
**effort [1]** 235/13
**eight [5]** 15/10 131/1 148/18 163/9 211/23
**either [9]** 72/4 104/6 107/15 151/17 158/10 161/21 187/23 213/4 234/21
**element [1]** 181/18
**elements [3]** 69/20 132/15 211/7
**eligibility [1]** 121/8
**eliminate [1]** 81/18
**Ellis [1]** 235/15
**else [15]** 71/5 85/8 116/22 161/8 176/16 178/14 183/19 185/7 194/24 196/11 201/4 211/21 234/15 245/11 253/17
**else's [1]** 138/16
**embarrassing [1]** 113/9
**Embarrassingly [1]** 51/18
**embarrassment [1]** 52/15
**embossed [1]** 255/13
**emergency [1]** 52/16
**emerging [1]** 51/3
**EMMETT [1]** 3/17
**employ [1]** 226/10
**employee [5]** 116/18 127/22 236/12 255/10 255/10
**employees [3]** 48/21 226/9 226/18
**end [5]** 25/24 84/7 213/24 215/12 216/23
**ended [3]** 14/5 22/20 25/1
**ends [1]** 154/5
**enforcement [3]** 26/1 161/17 209/21
**enough [30]** 9/12

**27/12** 30/21 30/22 36/9 47/11 70/18 70/23 73/17 74/11 76/18 76/23 77/3 77/20 77/21 102/14 102/24 103/5 106/1 107/17 130/6 136/11 153/3 157/22 157/23 171/23 183/4 232/5 245/11 245/12
**enough copies [1]** 30/21
**ensure [9]** 15/3 16/9 16/24 17/8 17/13 68/8 113/2 163/14 197/22
**ensured [2]** 18/6 83/22
**ensuring [2]** 18/6 83/22
**enter [4]** 167/10 168/18 177/12 177/13
**entered [3]** 169/12 169/14 173/20
**entering [1]** 172/17
**enters [3]** 167/7 167/16 168/15
**entire [7]** 152/9 184/21 184/22 185/6 185/7 189/3 209/13
**entities [3]** 69/3 69/11 70/2
**entitled [1]** 187/14
**entry [2]** 117/6 172/14
**environment [1]** 52/16
**error [14]** 36/7 89/4 89/5 112/19 113/5 116/11 116/14 116/17 117/6 134/8 134/13 148/24 174/23 175/7
**errors [7]** 175/3 175/4 175/17 175/18 175/19 175/23 178/8
**escort [1]** 213/5
**especially [1]** 160/19
**essence [1]** 246/11
**essentially [2]** 107/9 118/23
**establish [1]** 208/8
**established [1]** 40/20
**et [3]** 78/22 79/3 208/11
**even [26]** 26/14 35/20 39/4 74/6 74/6 77/8 85/23 109/10 109/11 116/23 132/19 145/6 145/6 146/3 149/24 151/22 151/23 159/18 161/4 161/5 162/14 178/10 180/21 181/1 183/24 196/8
**event [2]** 121/7 133/23
**ever [16]** 11/12 54/18 54/19 55/13 55/19 115/8 119/17 128/20 128/22 140/19 145/20 178/22 179/9 189/4 205/19 229/23
**every [14]** 11/3 32/2

**79/8** 81/22 122/7 153/17 164/16 190/6 196/21 207/11 208/19 208/23 217/23 250/20
**everybody [12]** 9/13 9/16 10/11 68/24 89/17 126/9 176/1 197/21 212/10 233/23 233/24 234/15
**everyone [8]** 36/14 50/1 93/9 93/13 116/22 121/3 130/4 200/10
**everything [12]** 36/20 84/4 91/12 91/16 91/22 124/3 131/22 176/16 181/19 192/20 230/7 233/22
**evidence [2]** 102/21 147/2
**exacerbated [1]** 56/16
**exactly [2]** 32/7 34/21 140/8
**Examination [6]** 6/3 6/3 6/4 11/5 248/2 253/11
**examined [1]** 8/21
**example [4]** 26/7 102/12 135/21 231/10
**excellent [1]** 79/21
**except [2]** 9/4 9/10
**exception [1]** 53/16
**exchange [1]** 107/10
**exclusively [1]** 43/21
**excuse [6]** 22/22 108/7 154/7 159/11 199/23 249/10
**Executive [1]** 49/17
**exhibit [110]** 6/6 6/7 6/7 6/8 6/8 6/9 6/9 6/10 6/10 6/11 6/11 6/12 6/12 6/13 6/13 6/14 6/14 6/15 6/15 6/16 6/16 10/24 30/4 30/8 30/23 31/1 31/7 42/21 47/22 47/23 62/3 62/5 62/12 62/13 63/5 63/6 76/14 77/22 78/1 78/2 78/6 83/2 83/5 94/6 94/9 94/9 96/15 96/17 96/18 96/20 103/17 103/19 107/19 107/22 107/24 117/4 117/20 118/1 118/3 129/6 129/9 129/9 148/16 154/1 158/4 158/5 159/24 165/15 165/16 165/17 167/4 182/11 193/22 194/1 194/18 194/22 198/10 198/12 198/13 201/5 201/7 201/8 203/10 203/12 206/11 206/13 206/15 207/14 207/21 212/15 218/22 218/24 219/21 221/15 227/15 227/16 227/17 227/19 232/6

**232/9** 232/9 237/13 237/19 237/22 238/9 238/15 238/16 242/5 242/9 242/19
**exhibits [3]** 10/1 10/13 10/14
**exist [4]** 152/8 157/18 181/1 181/5
**existed [1]** 192/8
**existing [1]** 126/6
**exists [1]** 120/7
**expectation [2]** 36/24 208/7
**experience [3]** 25/2 77/7 155/15
**experienced [2]** 22/7 243/21
**experiencing [2]** 104/20 179/11
**expires [1]** 255/18
**explain [4]** 27/20 40/17 55/9 55/9
**expressing [2]** 113/12 130/10
**extent [2]** 246/7 246/7

**F**

**F.3d [1]** 106/17
**facility [1]** 17/18
**fact [48]** 18/16 25/17 28/4 32/8 35/21 40/1 42/1 69/18 71/20 93/7 93/7 96/23 97/1 101/17 106/18 106/21 110/23 115/14 126/5 141/23 142/6 144/18 145/5 152/18 157/24 164/12 172/24 173/1 184/3 184/18 192/17 193/12 193/13 195/24 196/20 211/6 211/19 213/22 217/2 217/20 222/13 241/7 241/20 244/12 251/19
**fact-based [3]** 93/7 96/23 97/1
**factor [2]** 239/15 251/22
**factors [4]** 249/20 250/23 252/2 252/5
**facts [4]** 34/2 157/19 193/20 205/6
**factual [1]** 195/19
**failed [1]** 51/8
**failure [8]** 51/16 52/15 98/10 100/13 100/22 139/20 143/20 245/19
**fair [74]** 12/19 12/20 18/4 18/14 18/24 20/15 20/19 20/23 21/10 21/18 21/23 22/12 24/18 25/18 26/9 27/11 27/14 34/24 36/9 38/2 41/23 50/21 59/18 64/12 66/20 67/21

**F**

**fair... [48]** 70/18 70/23 70/24 71/17 72/12 73/17 74/4 74/11 75/2 76/18 76/23 77/3 77/5 77/19 77/21 79/1 79/4 82/23 83/24 85/17 85/18 86/14 86/16 92/2 99/18 102/14 102/24 103/5 106/1 114/14 115/7 136/11 137/2 145/16 155/20 171/23 177/14 177/15 183/4 197/8 198/7 201/21 215/24 227/6 227/7 244/21 245/11 245/12
**fall [1]** 181/20
**families [3]** 51/14 106/10 115/13
**family [4]** 38/4 52/22 110/20 235/18
**far [7]** 9/21 17/6 40/2 46/11 72/1 73/20 132/20
**far-reaching [1]** 73/20
**Farm [3]** 14/10 14/15 197/19
**Farrell [2]** 191/3 232/2
**Farris [1]** 5/4
**faster [2]** 212/24 213/24
**fathom [1]** 40/15
**fault [2]** 73/2 115/21
**faults [1]** 130/12
**Federal [3]** 2/10 9/7 252/3
**Federation [1]** 48/20
**feeding [5]** 17/18 109/8 148/22 149/11 149/19
**feel [6]** 34/14 38/16 41/8 41/12 42/2 44/16
**feeling [1]** 36/23
**fellow [2]** 136/20 139/16
**felt [5]** 36/22 36/24 91/23 217/3 254/6
**ferret [1]** 242/5
**Fessenden [12]** 60/11 60/20 96/21 98/1 99/14 100/12 159/8 223/21 224/15 238/17 240/19 245/14
**few [6]** 11/8 66/2 130/23 216/10 216/11 248/4
**FIELDS [1]** 1/10
**figure [1]** 168/13
**file [2]** 44/17 131/11
**filled [1]** 246/8
**final [1]** 244/9
**finally [3]** 57/9 65/8 86/10
**finances [1]** 50/20
**financial [2]** 50/15 50/15
**financially [1]** 255/11

**find [21]** 51/22 52/7 53/4 53/17 57/1 66/7 66/11 71/20 72/8 103/21 131/9 144/24 158/12 158/13 183/23 191/21 193/16 202/17 234/24 248/22 249/8
**finding [2]** 72/1 251/6
**fine [1]** 205/12
**fingerprinted [1]** 210/22
**finish [8]** 55/4 68/20 135/11 137/16 137/20 153/24 178/2 182/10
**finished [1]** 137/22
**Firestone [2]** 13/18 13/19
**first [8]** 8/21 28/15 48/6 52/6 63/8 63/10 64/11 84/15 87/22 96/14 103/19 122/10 129/18 131/2 146/3 160/10 163/8 163/12 190/21 204/18 207/20 221/22 229/5 229/8 234/3 238/8 242/20 248/9
**five [8]** 47/14 103/7 122/4 131/8 211/6 211/13 218/1 218/1
**fix [5]** 69/17 104/24 134/10 217/12 217/14
**fixed [1]** 239/16
**flaws [1]** 39/20
**floor [1]** 181/4
**flow [1]** 188/18
**FLOYD [11]** 1/9 63/11 63/12 64/8 66/15 76/14 78/12 78/15 206/16 208/20 212/11
**focus [3]** 56/21 112/3 195/10
**focusing [1]** 167/4
**folks [2]** 69/7 88/9
**follow [8]** 78/3 78/10 153/13 178/20 201/8 219/3 234/17 253/13
**follow-up [6]** 78/3 78/10 201/8 219/3 234/17 253/13
**followed [1]** 7/10
**following [5]** 143/1 195/12 197/15 201/9 207/23
**follows [1]** 8/22
**force [2]** 224/22 245/16
**forced [2]** 38/18 38/22
**foregoing [1]** 255/7
**forgery [1]** 255/14
**forgotten [2]** 131/15 166/22
**form [180]** 2/18 9/4 9/10 9/12 9/20 9/20 17/22 18/19 22/13 24/19 25/19 25/20 26/10 26/19 27/15

**3** [sic] ... 35/12 35/5 35/11 35/16 36/11 37/23 38/11 38/21 39/3 39/18 39/19 52/1 52/10 53/7 53/18 54/5 54/11 56/12 57/2 66/21 66/22 67/4 67/11 67/22 67/23 71/2 71/3 72/14 73/3 73/4 73/18 74/12 74/13 74/20 75/3 79/5 82/24 86/15 86/20 89/12 90/9 91/11 91/19 92/5 93/6 94/2 98/16 99/3 99/4 99/19 100/15 101/7 102/15 103/1 103/2 105/1 105/8 106/12 107/12 109/18 109/19 110/7 111/3 111/22 114/19 115/10 115/23 116/12 116/19 117/12 117/16 120/15 123/24 124/24 125/10 125/19 127/5 127/6 127/14 128/24 132/18 133/7 133/17 133/18 134/2 134/4 135/9 136/6 136/12 137/3 138/2 140/10 141/16 141/21 142/10 144/5 145/17 145/18 147/18 150/13 154/22 154/23 155/21 157/12 160/8 162/1 162/16 164/6 164/23 167/15 168/24 169/1 169/21 170/9 170/10 171/24 173/14 173/15 174/4 174/5 174/16 175/1 176/8 176/20 177/1 177/20 177/21 179/3 179/4 179/14 180/13 183/5 186/15 188/10 192/6 198/8 201/22 203/24 205/22 205/23 224/20 226/12 226/21 226/22 230/3 230/4 230/8 230/23 231/16 234/12 236/17 239/20 239/21 240/5 240/10 241/16 241/18 242/2 243/24 244/19 246/22 247/7 253/19 253/20
**formal [1]** 223/12
**formalities [1]** 2/12
**formalized [1]** 85/1
**format [2]** 126/17 160/19
**former [4]** 16/14 142/23 199/11 199/20
**formerly [1]** 118/14
**forms [1]** 2/7
**forth [1]** 210/23
**forward [5]** 10/19 10/21 44/20 209/2 213/23
**forwarded [3]** 165/21

200/1 232/18
**forwarding [1]** 239/2
**Foul [1]** 238/21
**Foul-Up [1]** 238/21
**found [6]** 195/15 196/16 214/8 214/16 215/7 249/5
**founded [1]** 206/20
**four [8]** 11/21 47/14 69/19 131/8 211/6 211/12 217/24 218/6
**Fourteen [1]** 13/21
**FRANK [9]** 3/3 7/12 8/23 11/7 19/2 78/4 95/20 237/10 242/7
**Franklin [1]** 4/22
**free [1]** 107/10
**from a [1]** 96/15
**front [6]** 25/24 58/1 103/20 148/17 213/24 216/23
**front-end [3]** 25/24 213/24 216/23
**frustration [5]** 53/2 53/20 53/20 54/8 56/9
**frustrations [2]** 52/20 54/3
**Fugitive [1]** 113/8
**full [6]** 157/14 163/3 224/21 229/20 245/16 255/8
**full-scale [1]** 163/3
**fully [3]** 169/23 179/6 197/21
**functional [1]** 154/18
**fundamental [1]** 19/9
**funding [2]** 240/21 241/2
**funds [1]** 81/16
**further [7]** 6/4 131/5 248/1 253/11 254/12 255/9 255/12
**future [2]** 143/15 223/1

**G**

**Gates [1]** 4/4
**gave [3]** 29/23 43/18 217/6
**gee [2]** 147/6 179/10
**general [20]** 17/22 35/19 36/20 37/1 115/13 122/6 128/17 130/3 152/7 197/16 202/16 228/12 228/13 228/17 228/18 230/1 249/17 251/2 251/8 251/14
**generally [1]** 116/21
**generated [5]** 135/6 243/19 243/20 244/2 249/22
**generically [2]** 45/22 102/13
**gentleman [2]** 191/2 219/4
**gentlemen [1]** 205/7

**genuine [1]** 255/13
**Gerald [2]** 129/10 130/2
**Germantown [2]** 82/3 183/20
**get [102]** 8/23 10/16 10/17 12/21 12/22 13/15 19/22 20/7 23/3 23/4 23/4 26/23 28/17 30/5 37/19 37/19 41/18 44/6 45/10 45/12 46/2 53/23 56/1 67/20 70/5 76/7 76/11 76/12 76/22 81/22 82/5 84/20 85/9 87/4 95/21 95/24 96/6 97/18 100/8 101/20 105/21 107/18 126/20 127/16 128/2 128/4 128/11 128/13 133/1 133/13 137/10 137/12 147/10 148/4 155/13 156/23 158/12 162/10 163/8 163/9 171/8 171/12 171/15 173/4 173/6 173/7 173/7 181/3 185/13 186/7 186/20 188/8 188/17 189/22 191/22 191/23 199/7 201/12 201/16 201/19 202/5 202/10 202/11 203/22 203/23 205/10 206/3 214/24 215/17 215/18 215/19 217/16 218/12 238/5 239/16 247/14 249/8 249/11 249/11
**gets [11]** 19/6 27/20 61/1 66/9 103/23 127/22 151/18 208/9 210/17 210/18 212/24
**getting [42]** 25/4 25/9 25/24 26/4 35/21 37/4 37/6 46/11 54/4 55/16 56/5 68/15 70/18 72/4 85/15 97/20 100/20 107/2 113/14 125/16 125/17 125/23 125/24 127/12 127/18 127/18 134/7 134/18 144/4 144/17 148/7 154/17 171/10 178/9 187/17 192/16 195/1 198/23 215/13 249/17 253/14 253/21
**give [8]** 12/16 31/1 47/24 61/5 62/11 126/12 142/3 206/4
**give them [1]** 61/5
**given [8]** 40/17 82/19
**giving [5]** 92/7 96/7 132/1 208/20 221/2
**glad [7]** 114/8 199/23 238/7
**glitch [1]** 51/10
**Glitches [1]** 167/6

# G

**GLOBAL [6]** 1/12 4/7 104/11 104/21 105/15 105/17

**Gloria [4]** 200/1 200/2 200/3 203/13

**gmail.com [1]** 1/24

**go [138]** 10/10 13/2 13/5 13/17 13/22 14/17 23/24 23/24 24/12 33/15 34/3 34/14 34/23 34/23 41/8 41/12 45/18 53/9 69/4 69/4 70/9 89/5 91/5 101/4 105/9 109/10 111/13 112/1 112/18 113/20 122/11 122/17 122/24 128/3 128/10 128/12 128/17 131/22 134/23 138/21 140/9 140/19 141/3 144/10 144/19 145/21 145/24 148/2 148/4 148/5 150/20 153/24 154/20 155/12 156/2 157/15 173/11 173/18 177/8 181/4 185/18 188/8 190/7 190/10 190/20 193/14 196/20 201/12 201/15 202/2 202/4 202/9 202/17 202/20 203/21 204/3 204/8 204/9 204/20 204/21 204/23 205/2 205/9 207/4 207/17 210/5 210/19 211/8 211/8 211/9 211/9 211/10 211/13 211/16 212/22 213/4 214/1 214/5 214/6 214/24 215/4 215/12 215/17 217/7 217/16 217/23 217/24 217/24 217/24 218/1 218/11 218/14 218/16 219/20 220/4 229/5 236/5 238/15 242/4 242/12 245/13 246/17 248/8 248/10 249/20 250/14 250/19 250/23 251/15 251/15 252/20

**goal [1]** 86/22

**goes [16]** 41/2 41/3 44/11 46/10 79/13 132/15 136/15 136/23 138/6 142/20 182/11 183/12 196/22 199/9 211/18 246/6

**going [160]** 10/1 10/2 10/12 12/6 12/18 18/13 21/6 26/1 28/16 28/21 30/19 32/13 37/18 42/4 42/8 42/15 42/23 43/3 45/21 46/4 46/5 46/6 46/7 46/8 48/6 51/24

61/11 76/13 77/12 77/13 78/4 79/8 80/11 80/15 81/3 81/20 81/21 82/8 82/14 82/15 82/16 82/17 83/19 84/8 84/16 84/20 85/11 85/16 86/6 86/9 86/18 86/21 87/2 87/15 87/16 88/24 89/3 89/4 90/4 90/21 91/1 91/9 93/4 96/5 96/9 96/14 97/8 97/18 99/17 100/11 101/5 101/5 102/16 105/12 112/10 114/21 127/17 128/9 128/13 130/11 132/11 134/8 137/6 137/10 138/10 138/11 138/15 138/20 138/23 140/9 141/6 141/13 141/24 144/9 144/21 144/23 145/10 145/19 149/24 150/14 152/3 153/17 154/8 156/18 159/24 160/16 161/4 161/7 161/9 162/18 163/10 163/13 163/16 170/11 171/4 171/5 171/14 172/16 173/11 174/12 176/7 181/10 181/11 188/20 190/23 196/18 196/19 197/22 198/12 201/15 202/18 204/24 205/9 206/24 210/13 210/18 210/21 210/23 210/24 211/2 211/5 211/11 211/13 211/14 211/24 212/2 212/23 214/1 216/15 216/24 217/11 220/17 231/13 233/22 237/21 242/14 243/13 246/1 249/12 251/21

**gone [2]** 42/12 121/4 121/6 126/3 145/15 159/18 197/5

**good [8]** 11/12 22/4 47/11 107/17 123/13 153/3 165/4 232/5

**Gordon [1]** 4/21

**Gortria [1]** 229/2

**got [87]** 13/8 18/3 19/8 21/16 23/14 28/23 28/24 29/1 30/21 30/22 37/6 50/23 68/18 69/14 71/9 75/18 77/9 82/13 89/18 95/2 95/19 97/22 106/5 107/9 107/22 114/11 118/22 119/11 121/11 121/11 125/8 128/1 128/3 128/6 128/14 129/19 133/12 133/14 138/8 141/12 145/8 145/20 148/14 148/15 153/3 155/5 155/24 156/19 157/2 157/15 158/9 162/6

18543/67/23 171/7 177/11 178/14 180/5 180/19 184/6 185/24 188/15 192/19 197/4 197/18 198/24 202/2 202/4 203/15 210/2 210/12 211/6 211/7 211/8 211/9 211/9 211/10 215/8 218/12 225/20 232/8 233/24 234/16 235/9 237/8 249/7 250/1

**gotten [1]** 171/16

**Government [2]** 12/5 195/6

**grade [1]** 84/13

**graduate [1]** 13/5

**graduation [1]** 199/3

**Great [1]** 59/5

**greatly [1]** 109/2

**Green [6]** 194/2 194/4 195/3 228/3 228/5 228/6

**Green's [1]** 65/18

**Griffee [1]** 3/8

**group [6]** 1/13 4/20 208/4 233/21 234/1 234/1

**groups [1]** 84/9

**Grove [1]** 5/4

**growing [1]** 52/19 54/2 54/8

**GS [1]** 203/15

**GTL [8]** 8/12 66/9 103/23 104/4 105/4 106/2 106/13 107/10

**guess [15]** 29/3 43/2 61/19 85/4 85/14 87/2 92/12 103/6 137/23 155/23 187/20 195/22 196/3 197/9 227/12

**guy [3]** 137/8 161/16 234/18

**guys [1]** 82/14

**GWINN [3]** 4/20 8/13 8/13

# H

**had [135]** 11/12 11/18 17/8 20/13 24/18 25/10 26/2 26/3 32/11 32/16 33/17 37/14 37/15 37/17 39/24 41/16 41/23 45/20 47/8 51/18 54/3 56/7 63/19 63/21 63/23 69/22 71/23 71/24 72/2 72/2 72/3 73/10 74/3 75/1 75/5 77/3 77/19 81/7 90/18 93/13 93/14 98/18 99/11 99/17 100/1 102/7 102/18 102/22 110/24 115/15 115/24 116/15 118/14 119/9 122/4 126/3 126/7 126/7 126/23 128/2

129/5 130/15 130/24 131/3 134/18 135/18 142/2 142/5 142/7 142/15 146/8 147/15 147/22 155/1 156/12 157/17 160/17 161/1 161/21 161/21 161/22 161/22 161/23 161/23 162/14 164/3 164/21 175/12 178/20 180/5 181/22 187/9 188/4 188/6 188/6 188/7 192/16 192/24 196/1 202/1 202/6 202/20 203/21 204/8 204/9 204/20 204/23 205/2 207/3 212/9 215/4 215/5 216/19 216/21 217/9 217/16 217/17 217/23 218/18 218/20 219/18 226/19 229/11 229/12 229/24 235/1 235/16 235/18 236/1 239/19 240/2 242/12 252/15 253/16 253/17

**hadn't [5]** 31/18 33/13 33/16 147/16 148/10 167/18

**hair [1]** 107/18

**half [2]** 15/10 15/16

**HALIJAN [2]** 4/12 8/4

**hall [1]** 11/9

**HAMMONS [5]** 1/11 108/3 108/17 151/8 232/10

**hand [4]** 147/21 222/18 227/5 255/15

**handle [6]** 82/23 90/5 95/14 120/13 131/10 178/9

**handled [3]** 76/4 161/17 228/18

**hands [3]** 11/9 126/20 149/8

**handwriting [1]** 87/23

**handwritten [8]** 74/4 74/10 74/17 74/19 88/5 88/20 92/16 92/20

**happen [9]** 122/9 141/24 145/3 145/4 146/3 147/13 181/12 188/21 239/17

**happened [13]** 18/16 31/18 73/21 141/17 141/19 141/22 142/7 142/18 146/21 157/16 175/23 187/21 217/10

**happening [16]** 74/10 74/15 109/16 110/3 135/20 135/20 145/5 173/2 175/18 180/2 208/24 214/19 236/5 247/5 254/3 254/5

**happens [12]** 101/16 113/10 114/2 174/13 190/23 208/23 248/13 248/23 249/6 249/24

129/5 130/15 130/24 131/3 134/18 135/18 142/2 142/5 142/7 142/15 146/8 147/15 147/22 155/1 156/12 157/17 160/17 161/1 161/21 161/21 161/22 161/22 161/23 161/23 162/14 164/3 164/21 175/12 178/20 180/5 181/22 187/9 188/4 188/6 188/6 188/7 192/16 192/24 196/1 202/1 202/6 202/20 203/21 204/8 204/9 204/20 204/23 205/2 207/3 212/9 215/4 215/5 216/19 216/21 217/9 217/16 217/17 217/23 218/18 218/20 219/18 226/19 229/11 229/12 229/24 235/1 235/16 235/18 236/1 239/19 240/2 242/12 252/15 253/16 253/17

**250/12 252/24**

**happy [2]** 12/16 222/20

**hard [5]** 66/5 84/18 135/4 135/13 135/13

**hard-working [1]** 66/5

**Harrison [4]** 108/3 165/18 166/7 166/8

**Harvey [5]** 194/2 194/11 194/14 194/15 194/16

**has [70]** 24/3 28/5 31/11 40/15 44/13 51/6 51/16 52/15 55/9 56/23 57/6 69/1 72/23 75/15 77/9 88/23 89/15 95/17 108/19 109/10 113/2 119/12 121/4 124/1 124/3 124/5 124/8 130/4 130/9 131/23 132/19 136/18 136/19 140/11 143/8 143/11 143/13 146/17 147/6 149/24 152/1 152/16 157/10 162/24 163/3 165/21 165/24 172/14 172/17 176/1 183/1 184/1 184/5 189/3 189/16 189/21 190/3 190/6 197/5 208/17 212/21 221/14 229/16 230/5 230/6 230/23 236/21 246/16 249/7 253/2

**have [260]**

**have had [1]** 218/20

**haven't [3]** 35/20 159/1 159/18

**having [18]** 8/21 54/9 54/13 81/8 86/5 115/20 123/20 124/23 140/7 156/12 173/5 176/15 195/16 195/22 196/17 200/11 218/10 230/9

**he [115]** 27/20 31/2 32/16 33/1 33/11 37/15 37/16 45/19 49/19 50/12 50/13 50/13 50/20 51/1 51/21 52/13 53/17 54/16 54/16 54/21 55/7 55/9 56/15 57/9 58/18 58/22 65/9 78/19 79/6 79/6 79/13 79/18 80/5 80/7 80/11 80/13 80/15 90/15 113/2 118/12 118/13 118/14 118/16 118/16 118/19 118/22 119/8 119/9 119/15 120/12 120/22 128/7 129/2 136/15 139/6 140/21 142/2 142/5 142/5 144/3 158/18 163/17 166/13 166/15 166/16 166/18 166/19 183/24 184/2 185/24 189/1

**H**

he... [41] 189/1 191/4
191/6 191/7 194/8
194/9 194/12 195/5
195/10 199/11 199/22
210/10 210/10 210/13
210/17 210/18 211/1
211/14 211/18 211/22
219/23 220/21 220/21
220/24 222/2 222/5
228/10 228/10 228/18
234/5 234/10 235/1
242/19 242/21 243/3
243/15 244/11 246/15
248/24 251/11 251/14
he'll [1] 45/21
he's [62] 29/1 37/13
45/20 49/14 55/2 58/17
58/20 59/21 59/21
60/16 60/18 61/17
76/13 80/4 134/13
135/6 135/14 135/14
135/19 135/21 136/18
137/7 140/22 140/22
144/4 144/6 145/12
165/7 174/12 189/10
190/12 190/13 195/5
196/7 196/8 209/15
209/16 209/17 209/18
209/18 210/8 210/9
210/18 210/21 210/24
211/2 211/5 211/6
211/7 211/8 211/8
211/9 211/10 211/13
211/15 211/16 224/11
228/11 234/19 243/5
243/5 251/20
he/she [1] 113/2
head [4] 118/23 219/17
219/18 230/1
headache [1] 130/9
heads [1] 201/14
heads-up [1] 201/14
health [5] 95/12 96/7
209/8 211/10 236/2
hear [7] 37/5 37/18
57/14 90/13 99/9
163/20 226/17
heard [7] 32/21 33/4
139/8 154/19 158/22
189/23 191/1
hearing [5] 2/17 128/4
133/16 190/18 236/11
HEATHER [2] 4/20
8/13
Heidi [2] 239/6 239/7
held [3] 7/4 51/11
131/4
help [18] 12/21 16/7
17/18 48/18 49/12
69/16 105/17 108/9
158/11 158/13 185/21
188/13 198/23 199/6
199/9 207/17 209/9
222/22
helped [2] 156/21

192/20
helpful [1] 246/15
helping [1] 181/15
her [29] 66/6 70/8
72/16 95/2 108/10
108/20 114/7 152/6
152/16 163/2 168/3
169/3 171/3 172/15
185/16 186/8 199/2
199/3 199/6 199/9
199/24 200/13 201/19
202/15 204/24 215/14
230/2 234/14 236/23
here [47] 7/1 13/2 19/5
29/1 31/6 39/15 40/7
54/16 55/12 60/4 71/13
72/20 74/9 82/23 83/19
87/22 91/4 98/22 99/13
118/7 119/5 120/1
129/20 145/7 149/6
149/15 166/14 169/7
169/17 172/16 173/3
173/18 175/16 175/20
182/11 189/22 196/4
197/5 198/19 202/3
205/11 214/7 225/21
229/6 230/19 237/1
245/4
here's [8] 37/20 56/3
56/3 149/23 150/15
171/20 195/9 223/2
hereby [2] 255/6 255/7
hey [9] 81/17 85/14
101/15 115/19 155/11
184/5 245/9 245/9
251/7
hi [1] 245/14
high [2] 13/2 13/6
higher [1] 84/11
highlighted [1] 129/19
highly [1] 11/17
him [45] 37/6 37/7
45/23 46/5 50/9 54/22
55/4 55/9 68/20 75/17
114/5 129/2 129/4
132/11 137/16 137/20
163/2 163/18 178/2
185/16 185/21 190/14
191/3 191/16 191/18
194/5 194/6 194/7
195/7 196/11 209/14
210/12 210/20 211/11
211/21 225/8 230/10
234/7 234/9 234/20
235/4 249/8 249/8
252/22 252/22
himself [1] 142/16
his [35] 29/1 33/12
33/12 33/13 33/14 50/7
50/11 54/23 55/10
75/16 125/20 128/23
132/18 134/16 135/15
135/17 137/16 137/8
137/16 137/20 140/23
145/12 163/20 166/10
166/12 177/4 185/22

135/11 210/16 210/19
210/23 211/20 240/21
245/3 245/4
histories [1] 175/6
history [1] 13/16
hit [1] 140/1
hold [13] 18/1 20/18
40/2 79/19 80/16 80/16
143/11 149/14 150/20
159/13 173/22 251/13
253/16
holding [7] 18/9 25/9
33/14 188/21 190/13
209/19 209/20
honest [2] 54/21 71/7
honor [1] 252/14
hopeful [1] 136/20
HORTON [5] 3/12 6/3
7/18 61/1 248/3
hours [11] 33/17 47/13
47/14 47/14 47/15 66/2
163/10 191/1 211/23
211/23 235/17
house [2] 79/20 212/20
housing [3] 209/14
212/17 212/24
how [53] 11/10 11/20
13/19 15/8 15/19 23/5
28/3 30/3 32/10 40/15
40/18 40/24 47/11
63/16 63/18 63/21 64/1
79/6 83/19 83/19 85/9
87/3 89/14 89/16 89/16
118/22 119/15 124/13
124/15 124/17 150/22
153/5 170/16 187/12
190/8 190/8 193/1
205/19 206/6 206/8
209/12 211/24 211/24
212/1 217/18 219/13
221/2 221/6 222/7
225/3 229/16 247/20
250/21
How's [1] 237/9
however [10] 57/12
58/15 109/6 109/9
112/6 113/3 130/6
148/23 149/12 149/17
HUBBARD [1] 1/10
huh [13] 88/18 109/14
149/21 165/20 166/6
167/12 182/17 182/21
198/16 206/19 220/11
221/19 232/16
human [8] 36/7 116/11
116/14 116/17 134/8
134/13 174/23 175/18
hundred [5] 71/22
82/11 82/12 187/22
250/19
Hymon [1] 88/6

**I**

I'd [3] 30/2 120/3
196/18
I'll [28] 22/19 25/1

28/17 28/19 29/6 29/18
30/4 30/20 42/7 51/1
53/24 62/21 71/6 94/8
107/21 116/21 118/6
132/17 139/18 142/12
165/3 199/23 200/10
203/12 218/24 219/2
228/6 242/5
I'm [159] 7/16 11/11
12/6 12/16 12/18 16/3
17/6 20/3 24/2 28/15
29/15 30/3 30/11 30/19
31/5 32/13 36/4 39/7
40/9 40/11 40/24 42/15
42/20 43/10 45/1 48/1
48/6 51/24 52/6 55/6
55/12 55/15 55/18 58/1
59/7 59/7 59/15 59/24
64/10 67/16 67/17
67/18 69/10 75/8 77/5
78/6 79/8 87/6 88/24
89/14 90/13 95/20
96/14 96/20 97/16
97/20 98/7 99/23 100/4
102/16 105/11 111/14
112/10 114/8 114/20
116/20 117/23 125/13
129/10 129/17 130/2
130/9 132/4 133/2
133/14 142/5 142/12
143/16 144/9 145/10
145/19 146/22 146/23
146/24 146/24 149/5
149/5 150/14 150/18
152/3 153/9 153/17
153/19 153/19 159/2
159/24 162/8 162/8
163/16 166/12 166/14
167/4 170/11 170/15
172/22 173/9 176/7
177/6 182/19 187/17
189/13 191/16 191/17
194/14 194/17 196/14
196/18 196/19 197/1
197/2 197/17 198/12
201/1 205/8 206/4
206/4 207/6 207/14
207/23 209/9 209/9
214/21 215/14 219/9
221/6 221/15 221/21
226/13 226/16 227/21
229/9 229/18 230/12
231/3 232/13 232/24
237/12 237/21 238/7
238/24 241/4 242/4
243/18 244/2 244/7
245/1 247/19 248/6
252/6
I'm a [1] 209/9
I've [24] 11/18 19/8
28/23 28/24 30/20
30/21 30/22 83/4 95/19
107/22 117/19 119/19
129/19 148/15 155/24
165/14 166/22 191/1
195/7 208/2 219/16

237/7 237/21 243/4
ICJISS [3] 222/7 243/6
243/16
idea [9] 62/1 65/16
73/14 84/20 93/1 119/8
123/16 152/1 198/4
ideas [1] 57/15
identification [1]
227/13
identified [24] 23/22
25/12 34/13 40/1 41/8
41/11 69/17 70/12 73/9
83/18 87/17 93/9 98/18
99/12 132/20 147/12
178/4 180/17 184/1
196/3 202/4 213/15
213/21 243/13
identify [16] 7/9 11/18
23/10 23/11 23/16
62/17 121/23 125/14
128/16 171/9 183/13
196/22 209/1 211/20
216/7 216/11
identifying [4] 25/5
37/12 72/3 160/12
IDFP [1] 208/11
ignored [1] 79/16
III [1] 3/3
immediate [4] 51/4
84/5 120/6 121/2
immediately [4] 143/3
143/19 144/1 199/8
impact [1] 109/2
impacted [1] 51/16
impacting [1] 51/4
impetus [1] 125/7
implement [3] 16/16
39/10 180/11
implementation [10]
39/12 39/13 51/22 99/1
118/24 147/12 156/3
156/9 181/23 186/21
implemented [11]
20/14 23/4 26/18 27/11
31/23 84/8 118/10
180/20 192/13 215/6
222/17
implementing [1] 40/2
implements [1] 18/1
important [2] 16/15
16/24
impossible [2] 128/16
139/12
impression [2] 226/8
245/17
improved [1] 142/24
inability [4] 51/15
70/21 115/5 120/13
inaccurate [3] 112/21
149/2 149/4
INC [8] 1/12 1/12 1/13
1/13 4/12 4/16 4/20 8/3
incarcerated [3] 31/12
32/18 63/22
incarceration [2] 53/1
56/8

**I**

incident [1] 53/11
include [2] 109/3 121/6
included [1] 160/23
including [1] 2/12
incomplete [2] 184/20
184/23
inconsistent [1] 177/4
inconveniences [1]
52/14
incorporated [1]
143/19
increase [3] 26/16 27/8
79/21
increased [5] 27/2
172/23 172/24 216/1
216/4
increases [1] 26/23
increasing [1] 213/9
indefinitely [1] 139/16
INDEX [2] 6/1 6/6
indicate [1] 201/10
indicated [6] 40/6
61/22 65/9 66/17
135/21 170/4
indicates [2] 57/9
139/6
indicating [11] 80/2
81/3 168/20 168/21
172/9 173/4 197/6
197/7 198/21 213/8
234/9
individual [10] 3/12
7/19 7/21 8/1 50/14
102/8 174/22 183/24
195/23 251/5
individual's [1] 68/9
individuals [10] 25/23
26/3 36/21 72/1 115/15
131/3 131/6 197/4
250/5 250/14
inefficient [1] 225/17
inferiors [1] 110/4
influx [2] 134/21
192/16
influxes [1] 192/17
information [67] 25/24
55/11 63/24 69/2 74/10
74/15 92/7 109/9
110/11 112/21 112/22
113/14 122/7 123/1
130/14 131/9 131/11
134/24 142/23 143/1
143/15 143/17 143/18
143/20 143/24 144/3
145/12 145/13 147/2
148/23 149/2 149/4
149/12 149/20 151/19
160/17 167/10 168/19
169/9 173/5 173/8
173/19 174/3 174/7
174/8 174/22 178/9
182/12 183/1 183/7
184/10 184/18 193/4
195/11 197/3 199/16
199/19 200/6 200/7

201/21 202/10 203/22
233/24 236/7 236/9
236/14 237/2
information-charges
[1] 169/9
informing [1] 186/10
inmate [24] 52/18
52/20 71/10 71/11
71/20 73/16 95/15
95/21 113/1 122/7
172/24 173/22 174/9
182/15 200/18 209/5
209/13 211/4 215/13
234/4 234/16 249/10
250/24 251/3
inmate's [2] 109/11
150/1
inmates [55] 15/6
16/18 17/13 17/17 18/9
20/19 26/23 38/3 51/6
51/11 51/15 51/17
51/19 51/20 52/17
52/23 56/7 65/20 65/21
65/22 66/12 67/2 67/8
70/14 70/15 70/16 72/4
95/9 106/3 106/9 110/9
110/15 112/5 120/14
122/3 122/3 123/2
125/4 125/16 134/7
134/18 134/22 156/13
186/11 198/2 205/20
209/22 215/1 217/16
234/3 235/14 235/16
235/20 235/23 236/20
inmates' [1] 17/1
input [1] 147/7
inquire [2] 60/3 236/6
inquiries [1] 57/10
inside [1] 115/18
instance [2] 11/15
33/11
instances [1] 147/10
instead [5] 89/3 97/11
140/3 154/12 239/9
instruct [5] 46/5 132/2
132/11 153/16 225/8
instructed [2] 81/23
236/23
instruction [1] 46/13
intake [26] 25/8 52/19
65/1 75/23 76/1 79/19
166/24 171/1 190/21
190/24 191/9 191/13
192/2 209/14 211/22
212/16 214/3 215/1
217/23 232/14 233/13
233/16 235/12 235/14
235/21 236/9
intake/post [3] 232/14
235/12 236/9
Integrated [1] 20/1
intensive [2] 213/5
215/23
interest [1] 57/17
interested [2] 126/10
255/11

interesting [1] 137/4
Interface [1] 112/2
Interfaces [1] 109/4
Interfaces-OMSe [1]
109/4
interfere [1] 143/22
internship [1] 199/3
interrupt [2] 42/15
interrupting [1] 97/11
interview [5] 28/9
28/10 29/23 30/9 213/3
inundated [1] 51/7
investigate [1] 230/2
involved [10] 66/10
100/8 103/23 104/21
104/23 105/4 127/1
171/15 171/16 222/10
IP [1] 199/3
irregardless [1] 163/4
IRVINE [3] 4/13 8/15
8/15
is [596]
isn't [4] 16/23 150/9
174/1 185/2
isolated [1] 133/23
ISS [1] 21/4
ISSACCA [1] 1/5
issue [39] 22/10 33/2
33/3 33/7 33/20 36/8
44/1 51/4 56/16 70/4
70/13 88/16 109/10
112/11 113/3 120/6
134/9 135/19 136/21
137/6 149/24 167/6
167/14 171/22 172/20
176/10 176/12 176/15
176/18 178/24 179/1
182/9 184/4 218/9
220/19 236/20 241/12
241/13 245/10
issued [3] 137/7 139/9
189/4
issues [35] 37/10 41/1
50/15 53/24 70/13 72/3
83/17 84/2 92/17 92/23
93/4 93/24 98/10
100/13 100/23 108/7
119/22 120/2 125/5
126/8 161/10 165/19
166/5 173/19 178/17
178/19 180/7 182/1
186/16 196/22 220/3
222/8 230/21 231/13
243/7
issuing [1] 139/13
it [466]
it's [114] 16/15 18/3
18/13 19/13 23/3 27/11
27/19 27/22 27/22 32/8
33/2 33/2 34/2 40/21
42/4 43/17 43/17 45/15
45/18 45/23 58/1 58/3
60/19 61/2 62/9 62/14
64/9 64/14 71/7 73/21
76/11 76/12 77/11 78/7
79/1 83/9 87/12 88/1

92/2 92/20 94/14 94/14
95/4 96/4 96/6 96/23
98/7 101/5 101/5
107/13 111/9 114/13
115/7 126/5 127/21
132/12 135/13 135/13
135/20 138/22 141/5
143/4 147/7 147/8
148/17 148/23 153/18
156/7 157/1 157/5
157/13 159/1 159/14
163/10 172/21 181/9
181/17 182/7 182/9
183/1 184/6 190/1
193/12 193/13 194/2
194/22 195/6 196/10
197/20 209/20 209/21
211/14 211/23 212/4
213/15 216/12 218/1
221/9 225/4 225/13
225/22 225/24 226/2
229/21 232/18 232/18
232/18 239/1 241/5
244/1 250/18 251/20
251/20 253/6
it's on [1] 127/21
IT-PD [1] 195/14
its [3] 120/13 154/18
186/12
itself [6] 36/7 109/5
116/4 122/12 142/21
149/16

**J**

Jack [5] 65/18 194/2
194/3 195/3 195/10
jail [223] 12/2 12/8
12/8 14/19 15/2 16/11
16/16 16/19 18/2 18/8
20/10 20/17 21/4 21/8
21/8 23/16 23/20 24/1
25/2 25/22 26/17 26/23
27/3 27/6 27/8 27/23
28/11 33/1 33/2 33/14
33/17 34/9 34/23 36/7
36/22 37/2 37/2 37/4
49/2 49/6 50/1 50/19
51/4 51/8 51/9 53/12
54/22 55/7 63/13 63/17
63/18 65/3 66/13 67/13
67/17 68/3 68/12 68/13
69/4 71/16 71/18 72/22
72/24 73/10 73/11 74/2
74/5 75/2 75/4 75/5
75/14 76/1 76/3 76/3
80/8 82/9 85/12 88/12
90/7 91/22 91/24 94/18
94/20 94/23 95/3 95/9
95/10 96/4 101/13
101/17 101/24 102/7
102/18 104/23 108/11
109/2 113/1 113/24
115/8 115/13 115/15
115/18 115/21 116/4
116/6 116/6 116/7
118/13 118/15 118/17

118/20 119/11 120/24
121/3 121/14 121/16
121/24 122/2 122/7
123/9 123/19 130/21
131/7 131/15 134/6
138/13 138/21 140/1
143/10 146/19 147/11
148/8 150/4 150/10
152/8 155/6 155/9
155/10 156/14 156/20
157/24 159/5 159/19
160/10 160/16 160/17
161/5 162/14 163/8
163/9 164/19 167/7
167/10 167/16 168/15
168/18 169/10 169/11
169/18 170/5 170/6
170/12 170/15 170/19
170/21 170/22 170/23
170/24 171/1 173/5
173/21 173/23 174/2
182/14 183/2 183/9
184/14 184/17 186/12
186/21 187/5 188/20
190/12 190/14 191/14
195/12 195/16 196/16
197/7 198/23 198/24
199/7 200/20 203/23
206/7 206/21 208/1
209/20 210/8 210/9
210/9 210/22 211/4
214/8 214/18 214/19
214/20 222/19 226/9
226/18 226/24 230/2
230/21 238/17 241/2
246/20 248/7 249/12
253/2 253/15
jail's [3] 68/1 85/15
249/4
Jailer [7] 15/13 15/14
15/19 16/7 16/14 49/22
222/23
jailers [1] 52/17
jailing [1] 22/6
jails [1] 56/20
jeopardy [1] 239/13
JEREMY [1] 1/5
JMS [18] 21/2 21/3
21/9 26/14 74/6 86/17
87/16 126/4 134/18
140/14 155/6 155/10
187/16 187/17 218/9
222/13 244/13 246/21
JMSE [1] 126/4
job [2] 79/22 157/7
jobs [1] 63/20
Johnson [1] 4/13
join [1] 139/17
Jones [1] 3/8
JR [3] 1/9 3/12 7/18
JSS [1] 154/16
JSSI [7] 20/22 154/10
154/11 154/17 154/21
155/2 155/9
judge [36] 43/11 44/1

**J**

**judge... [34]** 44/23
45/15 45/15 46/8 46/12
120/8 120/10 120/16
130/2 131/18 134/12
135/14 137/5 137/6
137/10 138/8 140/14
140/20 142/15 142/16
142/20 144/2 144/12
144/15 144/17 145/7
154/5 155/11 156/11
163/4 163/6 184/1
190/2 252/11
**Judge's [2]** 129/15
129/22
**judges [30]** 110/12
120/17 120/21 121/18
123/8 123/8 123/20
125/8 125/15 125/16
126/7 126/10 126/22
126/22 128/14 130/6
133/16 134/19 136/20
139/8 139/16 140/7
141/23 143/21 154/20
155/19 160/19 176/2
228/8 246/14
**judges' [2]** 134/5 228/8
**judicial [15]** 78/22 79/2
189/17 189/18 189/20
190/1 190/7 190/11
190/15 248/5 248/11
248/13 248/15 249/11
249/12
**July [2]** 88/16 92/13
**July 21 [2]** 88/16 92/13
**June [1]** 255/18
**jurisdiction [1]** 251/18
**just [127]** 9/3 9/20 9/20
9/24 10/7 10/24 11/8
12/21 17/21 23/7 23/19
25/1 25/14 27/3 27/23
29/6 29/11 31/8 31/9
32/2 33/9 33/9 33/9
36/6 37/11 38/3 40/24
45/22 46/1 49/12 51/1
58/8 59/7 60/24 61/8
61/17 62/14 67/17
70/13 71/9 75/11 81/13
82/4 86/7 87/1 89/21
92/7 97/8 97/10 97/13
102/13 106/22 106/24
112/2 116/22 117/5
122/6 122/6 128/21
130/10 131/14 131/17
131/22 134/10 135/18
137/5 144/6 146/24
147/8 147/14 148/1
149/14 153/12 153/15
153/19 157/18 157/19
158/1 159/16 159/17
160/13 160/14 160/18
162/8 164/12 168/9
172/6 176/13 177/18
181/11 181/17 181/18
181/22 184/21 185/13
191/16 192/2 192/20

193/10 196/4 196/10
196/23 197/2 199/8
213/11 213/19 215/14
218/4 222/6 226/4
227/13 229/5 230/12
233/24 234/15 234/22
238/15 242/10 243/22
244/1 244/4 246/5
246/17 248/4 248/6
250/7 252/3
**justice [4]** 20/1 139/23
143/22 189/13
**justified [1]** 248/17

**K**

**keep [4]** 149/8 153/14
246/18 253/1
**KEITH [1]** 1/5
**Keva [10]** 88/6 108/1
108/9 108/11 148/6
165/17 165/24 171/12
171/21 172/1
**key [6]** 18/7 36/22 85/2
116/24 146/15 172/15
**Kim [9]** 57/24 58/4
58/11 59/22 219/21
220/14 220/15 223/5
225/6
**KIMBERLY [1]** 1/6
**kind [20]** 19/6 25/1
61/23 63/22 63/23 87/5
114/9 115/24 125/5
133/15 134/9 139/4
141/2 156/23 160/18
161/10 181/5 197/20
211/19 233/3
**kinds [1]** 249/19
**kinks [1]** 41/23
**KIRK [1]** 1/10
**Kissel [2]** 95/17 96/3
**KK [1]** 220/9
**knew [2]** 89/16 140/8
**know [160]** 15/6 28/3
28/14 30/10 31/10 32/6
32/7 32/10 33/12 35/17
36/19 39/4 39/8 44/17
45/20 45/23 48/13
48/15 50/12 52/20
52/24 53/8 53/10 58/19
58/21 61/15 61/17
62/18 63/11 64/3 64/4
64/17 65/14 70/1 70/7
70/8 71/21 72/15 73/1
73/21 74/16 75/2 78/5
79/6 80/17 81/14 84/22
86/4 87/10 87/22 89/6
92/24 94/19 94/24
97/14 98/8 99/7 99/10
99/20 100/14 101/15
102/12 105/18 105/23
106/15 113/22 118/8
118/22 119/15 120/20
126/21 130/6 130/22
132/6 132/20 133/11
135/17 136/5 145/11
146/8 146/9 146/12

146/17 146/17 147/6
147/16 149/9 150/10
151/21 152/4 152/5
154/13 154/17 158/8
158/24 159/8 160/11
163/11 164/11 167/18
168/1 169/2 169/6
170/15 172/6 179/22
183/19 183/20 186/4
187/12 187/21 187/22
191/2 191/3 193/1
193/8 194/3 194/5
194/11 194/15 194/24
195/5 195/7 196/4
197/4 197/14 197/20
199/10 200/3 201/24
202/3 202/7 203/2
203/4 204/9 204/22
205/3 211/19 221/9
222/23 223/11 224/18
225/14 227/8 228/4
228/21 228/23 233/19
237/6 240/16 243/10
244/7 245/7 245/24
246/4 247/20 250/7
252/8 252/12 252/18
**knowledge [7]** 86/5
115/8 121/14 178/22
179/9 195/19 217/10
**known [2]** 19/21 51/11
**knows [3]** 173/2
175/22 200/11
**Koratsky [14]** 57/24
58/4 58/5 58/11 58/12
58/13 59/4 59/22 61/15
219/21 220/14 220/21
223/5 225/6

**L**

**L-e-a-c-h [1]** 159/14
**LA [1]** 95/4
**lack [4]** 70/21 102/21
112/12 180/8
**Ladies [1]** 205/7
**lady [3]** 57/24 58/3
58/7
**Lane [1]** 4/21
**language [3]** 222/14
242/22 244/14
**laptop [4]** 28/24 29/1
29/6 29/7
**large [8]** 66/3 66/18
67/1 134/22 192/10
192/16 255/5 255/19
**larger [1]** 26/23
**largest [1]** 192/11
**last [23]** 19/15 56/14
62/7 87/21 87/22 88/4
92/11 92/11 94/13 95/2
111/15 112/3 117/4
130/21 132/22 136/17
154/5 173/18 182/19
197/12 197/12 207/18
237/6
**late [1]** 33/8
**later [8]** 24/10 31/13

32/18 41/22 66/2
200/16 214/1 215/12
**latitude [3]** 40/17 43/19
132/1
**launch [1]** 51/8
**law [4]** 7/5 26/21
161/17 209/21
**lawsuit [2]** 106/14
119/23
**lawyer [11]** 58/19
60/20 60/24 118/7
220/21 220/22 223/22
223/23 224/2 224/4
224/8
**lawyers [7]** 46/23 47/2
47/6 47/12 110/18
158/12 242/12
**LCR [3]** 1/22 255/18
255/18
**lcv.riverside [1]** 1/24
**lead [2]** 177/4 212/12
**leaders [1]** 57/13
**leadership [1]** 57/11
**learn [1]** 84/15
**learned [1]** 31/15
**learning [1]** 23/5
**least [8]** 71/22 96/5
104/22 105/12 121/4
168/13 211/12 219/17
**leaves [1]** 211/14
**leaving [1]** 123/10
**LEE [16]** 3/17 7/22
48/7 48/13 54/20 54/21
57/22 59/17 219/4
219/22 223/13 242/22
242/24 243/1 244/17
246/7
**Lee's [1]** 244/16
**Leech [27]** 48/7 49/13
50/4 51/2 55/13 59/2
60/5 60/8 63/15 65/9
78/14 79/1 80/2 80/21
80/23 81/1 159/9
159/12 159/12 220/1
221/18 223/5 225/6
242/19 244/15 244/22
245/3
**left [3]** 178/14 205/10
211/15
**legal [19]** 51/13 52/23
54/9 54/13 60/13 60/16
60/23 98/2 100/4 107/2
221/2 221/10 223/6
224/10 224/12 224/16
225/2 238/21 240/7
**let [72]** 10/12 13/15
19/1 19/1 22/19 23/9
23/23 24/14 27/16
27/16 28/8 28/15 29/18
29/19 30/2 40/13 43/9
44/24 47/21 48/18
50/24 55/4 57/21 60/3
62/2 68/20 72/6 75/13
75/17 78/1 83/4 88/3
91/7 94/8 106/15
107/21 117/19 122/23

124/18 129/8 135/11
137/16 137/20 138/21
149/14 151/3 158/3
159/16 159/17 163/11
165/14 166/14 172/6
177/8 178/2 193/24
197/11 201/7 206/11
207/17 220/13 221/17
222/6 222/22 223/3
226/7 232/8 237/12
238/3 238/8 242/14
247/15
**let's [35]** 24/12 24/24
24/24 64/5 81/13 94/11
101/20 106/24 112/18
148/4 148/4 148/11
153/24 165/6 168/13
173/18 177/5 181/11
182/10 182/10 207/17
213/19 214/5 214/6
218/3 227/12 227/16
229/5 235/7 237/7
238/15 242/4 242/12
242/18 245/13
**letter [7]** 55/12 55/14
129/14 229/17 229/20
230/1 230/13
**letting [2]** 67/20 152/20
**level [2]** 135/20 185/3
**Lieutenant [1]** 88/6
**lightly [1]** 139/21
**like [37]** 27/21 29/11
30/2 44/16 47/14 47/16
63/16 66/5 71/7 85/14
104/13 104/13 104/14
104/17 116/22 120/3
120/19 120/20 139/23
139/24 140/2 157/14
159/19 161/13 177/18
197/20 205/8 205/10
213/20 219/21 223/7
224/19 234/13 242/21
244/8 245/15 253/6
**limited [2]** 109/3
152/17
**line [6]** 50/2 65/13
136/23 178/20 212/19
245/16
**link [6]** 1/12 4/7 104/12
105/15 105/17 150/5
**LISA [4]** 1/22 7/6 255/5
255/18
**list [8]** 64/12 130/11
138/12 140/1 140/1
140/4 197/5 252/4
**listed [2]** 194/24
236/19
**listen [1]** 91/8
**little [8]** 12/21 21/7
47/18 47/20 47/20
95/20 180/9 249/16
**live [18]** 23/13 23/15
23/24 24/1 24/13 25/3
83/23 89/2 89/4 90/21
91/1 91/5 91/9 109/10
122/17 122/24 126/3

## L

**live...** [1] 149/24
**LLP** [1] 4/4
**local** [3] 57/11 57/13 219/18
**locate** [1] 51/15
**location** [1] 51/19
**log** [2] 56/23 57/6
**logbook** [4] 28/5 250/7 250/8 250/9
**logbooks** [1] 250/13
**logs** [1] 77/13
**long** [8] 13/19 15/8 15/19 47/11 98/9 98/23 190/9 210/11
**longer** [6] 51/12 139/9 191/8 191/11 191/24 197/15
**look** [28] 31/7 47/9 52/3 56/14 63/10 64/5 72/20 101/4 108/20 122/11 123/9 128/17 128/18 144/19 144/19 144/20 144/22 145/24 148/11 167/2 193/14 193/15 206/24 212/14 216/15 221/17 235/7 242/18
**looking** [10] 79/24 88/14 103/18 133/12 140/22 140/22 162/7 181/8 234/24 235/16
**looks** [5] 104/13 140/21 140/21 159/19 219/21
**lose** [2] 199/2 199/2
**lost** [11] 65/23 66/12 70/16 71/10 71/11 72/2 72/7 72/11 72/13 111/14 160/10
**lot** [17] 39/20 40/17 70/1 74/9 74/14 86/9 125/5 132/1 134/20 156/19 161/3 173/1 181/17 193/17 193/17 193/21 208/18
**loved** [1] 37/1
**Luckily** [1] 96/7
**lunch** [2] 103/12 103/16
**Luttrell** [2] 199/20 201/12

## M

**machine** [1] 255/6
**made** [20] 2/18 31/12 37/14 51/21 84/10 85/8 106/9 120/19 123/8 126/10 154/6 154/8 161/1 181/19 191/6 191/7 193/18 226/10 226/19 253/3
**Madison** [2] 2/7 3/23
**Magistrate** [1] 45/19
**mail** [75] 48/6 50/24 54/17 54/19 55/17
55/19 55/20 55/23 56/6 57/22 59/14 60/1 60/4 60/14 63/4 64/7 64/10 65/19 78/10 78/11 78/12 94/12 96/2 96/15 97/22 108/1 118/3 118/5 121/11 122/21 129/9 130/4 132/19 132/20 148/6 156/3 156/4 156/8 165/17 165/21 167/23 169/13 172/2 172/2 172/4 194/1 195/1 196/8 198/14 198/15 198/17 200/15 201/9 203/13 204/18 206/15 207/18 207/21 214/13 221/5 221/18 221/21 223/6 223/7 223/21 228/2 229/7 230/19 232/9 232/14 232/17 235/9 235/10 238/16 244/24
**mailed** [2] 59/12 95/17
**mailing** [2] 59/21 60/19
**mails** [4] 48/4 78/14 173/6 234/3
**Main** [3] 3/18 4/4 4/17
**maintain** [1] 56/19
**major** [9] 25/5 27/8 52/18 53/10 85/12 85/12 89/4 100/21 167/6
**make** [24] 18/3 19/22 44/15 84/3 89/10 91/23 113/4 120/4 120/7 121/23 127/22 130/13 153/18 159/24 163/14 165/3 173/6 181/12 202/1 207/6 216/22 227/16 233/23 239/16
**makers** [2] 244/9 244/10
**makes** [1] 123/13
**making** [6] 82/21 120/11 128/1 164/10 234/15 241/5
**Mallory** [1] 4/21
**Malone** [2] 200/19 203/17
**Mama** [1] 37/18
**manager** [4] 95/3 166/24 171/11 233/8
**managers** [1] 94/17
**Manassas** [6] 13/7 13/7 13/7 13/8 13/9 13/10
**mandated** [1] 16/10
**mandatory** [1] 212/19
**manner** [3] 212/7 212/7 214/4
**manually** [1] 217/15
**many** [24] 11/20 56/22 57/5 63/16 63/18 63/21 64/1 79/16 81/15 124/18 131/12 142/22 154/9 187/12 190/8

193/5 205/20 206/6 206/8 212/1 212/1 236/2 245/16
**March** [4] 1/17 2/3 7/4 255/16
**March 11th** [1] 7/4
**Marion** [1] 106/17
**mark** [11] 30/3 47/21 62/3 62/7 94/8 107/21 129/8 158/3 193/24 206/11 227/12
**marked** [24] 30/23 47/23 62/5 77/23 78/1 83/2 83/5 94/6 107/19 117/20 118/1 129/6 158/5 165/15 193/22 198/10 201/5 203/10 206/13 218/22 227/17 232/6 237/19 237/21
**mass** [1] 241/14
**matching** [4] 182/13 183/8 183/9 183/13
**materiality** [1] 2/15
**matter** [5] 7/2 57/14 60/15 108/6 157/5
**matters** [3] 2/14 10/21 233/5
**may** [43] 34/7 37/15 47/7 55/13 70/3 70/6 70/8 73/20 82/6 86/2 86/4 87/9 113/20 131/22 134/21 137/10 137/12 142/5 142/15 142/16 145/2 158/8 159/2 163/9 183/18 202/1 202/6 202/21 203/2 204/21 205/9 210/10 213/24 217/4 219/3 229/14 242/13 244/22 245/3 247/12 247/13 250/23 251/2
**maybe** [7] 24/7 28/12 84/21 101/15 145/22 158/11 211/12
**mayor** [5] 199/11 199/12 199/20 199/20 201/11
**Mays** [1] 44/1
**Mays'** [4] 43/11 45/16 46/8 46/12
**McGHEE** [14] 1/10 64/15 64/19 65/6 78/15 108/2 108/16 151/7 166/1 168/3 171/13 171/17 172/20 232/11
**McLAREN** [3] 3/7 3/8 7/16
**McLEAN** [6] 4/16 5/3 8/2 8/10 8/10 242/7
**me** [122] 11/17 12/10 12/21 13/15 16/7 17/20 19/1 19/2 22/19 23/9 23/23 24/14 24/22 27/16 27/16 28/8 28/15 29/6 29/18 29/23 30/2 33/1 33/4 40/13 40/18

193/10 193/5 205/20
43/10 47/21 48/18 49/12 50/24 53/20 55/24 55/24 57/21 60/3 61/5 62/2 64/9 65/7 65/12 69/21 72/6 78/1 83/4 84/12 84/18 84/24 86/5 88/3 91/7 94/8 96/8 105/17 106/15 107/21 108/7 108/9 108/18 117/19 121/11 122/23 123/11 128/16 129/8 130/4 135/11 135/13 139/19 149/14 150/8 151/3 151/10 152/22 154/7 155/1 155/5 158/3 159/11 159/16 159/17 162/7 163/6 165/14 166/9 166/14 166/21 172/1 172/3 172/3 172/6 176/21 177/8 180/9 187/17 193/24 197/11 199/8 199/23 201/7 205/6 206/6 206/11 207/17 209/9 209/16 220/13 221/17 222/6 223/3 226/7 229/10 232/8 234/13 237/12 238/8 241/5 244/8 245/1 247/15 249/10 249/19 252/5
**meals** [1] 17/18
**mean** [67] 16/23 17/19 18/18 21/22 28/24 32/2 32/3 33/6 34/5 36/17 40/8 40/9 43/12 45/8 54/2 54/14 61/1 71/15 71/15 74/1 74/16 76/21 83/21 84/22 87/11 98/18 99/7 99/9 100/18 107/1 108/15 109/23 110/2 115/17 116/5 142/2 146/6 148/6 153/16 153/20 157/6 157/18 159/2 161/16 162/4 164/17 176/23 179/8 185/20 186/1 187/1 191/24 199/13 201/24 209/11 210/15 214/19 225/3 225/6 231/7 231/8 231/10 233/10 243/11 244/23 250/17 252/3
**meaning** [1] 170/6
**means** [7] 32/6 32/8 65/15 100/14 185/17 213/3 246/9
**meant** [4] 33/19 33/22 66/19 104/1
**Mearl** [2] 198/17 198/21
**media** [2] 7/5 229/11
**medical** [17] 25/10 51/17 94/16 95/8 95/15 95/22 112/2 112/12 208/10 209/4 211/8

211/18 211/20 212/22 218/4 235/18 236/1
**meet** [12] 46/23 47/2 47/12 57/13 57/16 59/17 61/20 69/7 220/6 222/11 222/20 222/24
**meeting** [27] 57/18 59/14 59/15 61/22 61/24 81/14 83/9 88/15 88/21 92/13 93/23 120/3 123/7 123/9 123/21 124/21 125/15 128/19 142/17 144/16 195/14 208/5 212/11 216/6 217/1 220/9 246/18
**meetings** [11] 85/23 93/8 93/10 119/20 129/3 129/4 179/21 194/7 212/10 212/12 217/21
**MEGHAN** [2] 3/13 7/21
**MELTON** [1] 1/5
**member** [5] 48/23 48/24 49/1 49/6 49/10
**members** [3] 38/4 110/20 124/18
**memo** [8] 109/16 113/12 115/1 151/5 151/13 152/1 185/24 229/9
**memory** [2] 206/5 208/15
**memory-wise** [1] 206/5
**Memphis** [14] 2/8 3/5 3/10 3/15 3/19 3/24 4/14 4/18 5/5 12/24 80/13 82/4 82/16 118/7
**mental** [3] 209/8 211/10 236/2
**mention** [1] 25/17
**mentioned** [2] 95/1 229/10
**Merit** [2] 97/2 97/3
**Merit-based** [2] 97/2 97/3
**merits** [32] 19/4 19/6 43/13 43/17 43/22 43/24 89/22 97/13 98/15 99/5 101/8 107/13 111/7 111/9 119/3 124/12 125/1 127/8 127/15 131/23 133/8 134/3 140/11 148/12 153/18 230/7 230/16 239/23 241/17 246/23 247/8 253/5
**merits-based** [22] 43/22 43/24 89/22 97/13 98/15 99/5 101/8 107/13 111/7 111/9 119/3 124/12 125/1 127/8 127/15 133/8 134/3 140/11 148/12 153/18 230/16 239/23

**M**

mess [1]  38/17
met [8]  11/8 47/6 69/9 69/11 84/19 123/11 194/5 194/6
MICHAEL [1]  3/7
middle [5]  63/3 167/5 182/19 212/15 219/23
might [2]  226/2 246/15
Mike [1]  7/16
Milk [1]  184/1
mill [2]  224/21 245/15
minor [1]  131/13
minute [7]  56/2 103/8 149/14 158/16 185/15 205/8 237/7
minutes [5]  205/10 205/10 208/2 208/3 237/8
mischaracterize [1] 75/16
misdemeanor [1] 143/5
misdemeanors [1] 79/16
missed [1]  229/15
missing [1]  170/16
mission [1]  222/21
Mississippi [1]  247/18
mistake [2]  154/7 154/8
mistakenly [1]  136/21
misunderstanding [1] 150/8
module [1]  181/2
modules [3]  180/16 180/23 182/1
moments [1]  11/8
Monday [3]  47/3 47/3 47/4
money [1]  33/18
monies [1]  241/6
month [3]  207/11 208/19 208/23
months [6]  34/12 41/7 41/11 122/9 122/14 208/8
MOORE [44]  1/10 1/16 2/2 7/2 8/20 11/7 31/8 33/1 34/5 41/5 46/19 48/4 48/8 51/2 58/2 59/12 60/4 63/2 78/10 79/9 83/4 89/1 90/3 97/22 103/16 108/24 132/19 148/21 158/7 163/24 165/7 165/14 196/14 205/19 207/22 214/13 219/2 220/1 223/11 225/6 226/8 247/12 248/4 254/9
more [13]  10/1 27/4 27/7 33/2 33/8 86/9 135/18 181/17 191/22 213/5 215/23 218/14 237/8
morning [6]  11/10

47/16 47/17 131/24 139/10 199/4
Morris [3]  200/2 200/3 203/13
most [7]  66/8 103/21 120/6 145/5 160/9 235/20 245/23
Moten [1]  88/6
move [24]  10/19 10/21 29/10 29/11 44/20 46/3 81/19 81/21 84/16 106/22 106/24 150/21 161/14 163/16 163/21 171/18 175/11 175/13 209/14 212/6 213/23 213/24 218/10 247/21
moved [7]  21/13 188/20 212/16 218/3 218/6 218/8 218/8
movement [2]  69/22 246/21
moving [1]  209/1
MPD [4]  79/13 79/15 81/4 82/21
MPD's [1]  156/17
MR [250]  3/3 3/4 3/7 3/7 3/12 3/13 3/17 3/21 4/8 4/12 4/13 4/16 5/3 6/3 6/3 6/4 8/10 8/15 8/18 11/6 18/20 19/18 22/15 24/23 26/5 26/15 27/1 27/17 28/2 29/17 29/21 30/18 30/24 31/4 31/19 32/5 32/23 34/4 35/7 35/13 35/23 36/12 38/1 38/15 38/24 39/6 40/3 41/4 42/7 46/18 48/3 48/4 52/5 52/12 53/13 53/22 54/7 54/15 55/15 56/13 57/3 58/10 58/14 59/11 60/2 61/14 63/1 66/24 67/7 67/15 68/4 70/11 71/12 72/18 73/5 73/24 74/21 75/7 75/20 77/24 78/9 79/7 83/3 86/24 90/2 90/11 90/16 91/6 91/15 92/1 92/9 93/11 94/4 94/7 96/1 96/19 97/21 98/6 98/21 99/8 99/22 101/1 101/10 102/19 103/4 103/15 105/3 105/14 107/5 107/14 107/20 109/22 110/8 111/4 111/12 111/24 112/14 114/23 115/16 116/2 116/16 117/3 117/13 117/18 118/2 119/4 120/18 122/21 124/20 125/6 125/11 126/15 127/9 127/20 129/7 132/23 133/9 133/21 134/11 135/2 135/10 136/8 136/14 137/13 137/18 137/21 138/17 141/10 141/18 142/1

143/24 144/13 146/5 147/23 148/13 148/19 150/17 151/4 153/23 155/3 156/1 157/21 158/6 159/4 159/15 160/22 162/3 162/19 163/23 164/7 165/1 165/13 167/19 169/4 170/1 170/13 172/8 173/17 174/10 174/18 175/10 176/17 176/22 177/7 177/24 178/6 177/9 179/18 181/21 184/7 186/6 186/18 188/22 189/11 189/19 192/22 193/23 194/21 196/13 198/11 199/21 201/6 202/8 203/6 203/11 204/11 205/18 206/1 206/14 207/12 207/16 218/23 220/5 220/20 221/16 222/1 223/9 223/19 224/1 224/7 224/14 226/6 226/14 227/3 227/18 228/1 230/11 230/17 231/2 231/9 231/18 232/7 235/6 236/18 237/20 238/14 239/24 240/8 240/13 241/22 242/3 242/7 242/11 244/5 244/20 247/1 247/10 248/3 253/12 253/23
Mr. [84]  11/4 11/7 31/8 31/10 32/16 34/5 41/5 46/19 50/4 51/2 54/20 54/21 55/13 57/22 58/2 58/22 59/2 59/4 59/12 59/17 60/4 60/8 61/1 61/15 62/11 62/19 63/2 78/10 79/1 79/9 80/2 80/16 80/21 80/23 81/1 83/4 90/3 97/11 97/22 103/16 106/16 119/6 119/12 119/17 119/19 120/1 121/15 122/22 124/3 124/19 129/1 132/19 148/21 158/7 163/24 165/7 165/14 196/14 205/19 214/13 219/22 220/1 220/21 223/11 223/13 226/8 227/21 228/10 229/4 240/20 242/19 242/22 242/24 243/1 244/15 244/16 244/17 244/22 245/3 246/7 247/12 248/4 254/9
Mr. Alan [2]  242/24 243/1
Mr. Bundren [1]  62/19
Mr. Horton [1]  61/1
Mr. Koratsky [3]  59/4 61/15 220/21
Mr. Lee [9]  54/20 54/21

57/22 59/17 219/22 223/13 242/22 244/17 246/7
Mr. Lee's [1]  244/16
Mr. Leech [15]  50/4 51/2 55/13 59/2 60/8 79/1 80/2 80/21 80/23 81/1 220/1 242/19 244/15 244/22 245/3
Mr. Moore [30]  11/7 31/8 34/5 41/5 46/19 58/2 59/12 60/4 63/2 78/10 79/9 83/4 90/3 97/22 103/16 132/19 148/21 158/7 163/24 165/7 165/14 196/14 205/19 214/13 219/2 223/11 226/8 247/12 248/4 254/9
Mr. Quinn [3]  120/1 121/15 122/22
Mr. Rallings [1]  80/16
Mr. Raper [4]  119/6 119/12 119/17 119/19
Mr. Sims [2]  31/10 32/16
Mr. Stanton [3]  129/1 228/10 240/20
Mr. Stanton's [1]  229/4
Mr. Trammell [4]  97/11 106/16 124/3 124/19
Mr. Watkins [1]  227/21
Mr. Watson [2]  11/4 62/11
Mr. Whitwell [1]  11/4
MS [38]  3/13 4/3 4/20 7/24 8/13 10/12 60/20 66/5 99/14 100/10 100/12 113/12 117/5 151/5 159/8 167/24 168/4 168/6 171/1 171/1 171/5 171/12 175/16 177/10 177/15 182/22 203/17 208/20 212/11 224/15 233/7 233/8 233/8 233/15 233/16 235/14 239/19 240/19
much [7]  81/15 120/2 142/22 158/1 209/12 213/5 229/16
multitude [1]  192/8
Municipal [1]  48/20
municipalities [1] 82/18
must [11]  2/18 61/2 113/2 113/4 120/23 143/1 143/18 183/14 222/12 244/12 255/13
my [53]  7/5 11/7 28/23 31/20 34/3 35/18 36/23 37/3 37/3 37/20 39/21 51/6 56/3 60/19 61/19 74/18 75/9 89/20 97/24 106/11 123/4 123/11 130/1 130/7 130/10

136/16 136/20 139/16 139/24 143/14 144/12 149/15 149/23 171/20 173/3 175/14 179/8 184/17 187/20 189/22 193/12 193/13 197/17 197/24 223/2 223/10 231/4 239/14 255/8 255/13 255/13 255/15 255/15
myself [2]  62/22 235/14
myths [1]  193/17

**N**

nail [1]  146/24
name [10]  7/5 11/7 21/14 95/2 97/24 104/17 130/1 138/12 194/5 199/24
named [5]  57/24 191/2 219/4 232/19 239/2
names [5]  70/6 88/5 88/7 88/20 140/4
Nashville [1]  4/10
nearly [1]  193/5
necessarily [4]  26/12 77/11 138/3 183/16
necessary [1]  11/1
need [17]  9/16 12/15 44/19 46/1 46/12 68/15 146/9 146/12 146/14 155/12 171/15 174/8 202/17 244/22
needed [8]  25/6 91/13 91/23 176/10 188/8 202/1 218/13 235/18
needs [8]  15/6 95/15 142/21 144/3 169/12 170/23 198/23 246/15
negative [2]  93/20 183/23
neglect [1]  252/8
neophyte [1]  209/10
never [5]  73/21 130/16 140/15 140/21 141/17 141/19 141/22 142/6 142/18
new [102]  19/23 20/3 21/21 22/22 22/5 22/21 23/3 23/24 25/3 26/17 27/3 27/10 28/11 31/22 35/2 37/22 38/4 38/19 41/21 51/8 51/9 51/23 52/8 53/5 56/24 57/7 70/23 72/19 73/14 74/2 78/20 79/3 82/19 84/16 84/20 85/6 85/22 86/7 86/8 86/11 91/13 91/17 91/18 99/1 99/17 101/5 101/21 102/23 108/13 109/5 109/17 110/24 112/15 115/4 116/23 118/17 118/24 120/12 122/17 123/22 124/22

**N**

new... [41] 125/9
125/13 125/18 128/23
130/13 131/19 134/1
141/12 142/24 143/19
147/11 149/17 154/8
154/13 155/16 155/19
156/4 156/13 156/18
158/2 172/21 180/11
185/12 186/22 191/9
192/13 192/14 192/15
192/19 205/21 207/5
213/8 215/5 215/8
215/8 217/3 217/4
217/5 226/10 240/3
250/24
news [7] 29/24 177/19
230/20 230/20 231/7
231/8 231/12
next [11] 52/13 56/15
56/21 62/22 92/10
92/15 121/9 136/16
211/16 212/14 221/18
Nicole [1] 200/19
nine [5] 117/21 117/22
117/23 131/1 211/23
no [193] 1/8 6/7 6/7 6/8
6/8 6/9 6/9 6/10 6/10
6/11 6/11 6/12 6/12
6/13 6/13 6/14 6/14
6/15 6/15 6/16 6/16
14/8 16/4 16/6 20/24
27/18 27/23 32/14 34/7
35/17 37/19 41/24
45/12 46/22 47/10
48/14 48/17 49/8 50/6
51/10 53/23 61/17 62/1
74/8 75/4 76/13 80/23
85/7 85/18 85/18 86/6
87/6 87/24 88/2 89/7
89/10 89/13 92/6 93/1
93/12 95/12 95/20
96/23 97/9 98/10 99/24
100/1 100/12 100/16
100/19 100/22 100/24
101/23 102/3 102/10
102/10 102/21 107/16
108/15 112/12 113/2
113/8 115/7 115/17
116/6 116/8 116/13
117/8 119/2 119/8
119/9 119/16 119/24
120/7 122/18 123/3
123/18 128/3 131/11
136/18 137/5 138/3
139/9 141/22 145/23
146/2 146/23 147/1
147/1 147/2 147/4
147/19 149/5 149/23
150/7 150/7 150/7
151/7 152/1 152/15
152/19 159/22 160/10
162/6 163/15 166/13
166/13 166/24 168/10
168/12 170/11 170/14

174/20 182/4 186/7
187/16 187/24 188/2
188/7 189/22 190/5
190/23 191/18 193/12
193/20 193/20 194/13
195/2 196/6 197/1
197/1 197/15 197/24
197/24 198/6 198/9
201/1 202/11 205/24
206/6 206/10 213/21
216/23 217/9 217/14
223/15 227/10 229/1
230/14 231/15 231/17
231/21 231/23 233/13
236/3 236/3 239/15
239/22 240/15 240/18
241/19 243/11 244/1
246/16 249/15 252/21
253/4 253/4 253/4
nobody [3] 89/16
115/19 197/21
nodding [1] 162/7
nolle [1] 234/4
non [4] 150/22 163/17
171/19 175/13
non-responsive [4]
150/22 163/17 171/19
175/13
none [1] 69/17
noon [1] 47/18
norm [1] 129/4
normal [2] 192/18
212/5
normally [8] 153/2
156/20 191/23 213/14
215/10 218/16 254/2
254/4
North [3] 3/18 4/14
247/17
not [332]
not going [1] 176/7
notarial [1] 255/13
Notary [2] 255/5
255/19
note [4] 92/20 185/18
234/15 240/20
noted [1] 121/10
notes [1] 255/8
nothing [22] 68/19
73/10 75/15 81/7 82/6
102/18 124/1 124/5
124/8 131/14 131/23
140/11 155/1 157/10
172/21 175/12 216/19
216/21 230/6 230/24
244/18 253/16
nothing to [1] 175/12
notice [2] 2/4 136/18
notification [1] 169/11
170/22
notified [1] 79/15
notify [2] 139/19
252/17
November [23] 20/14
24/5 24/5 30/14 30/15
30/16 48/10 52/17

53/24 57/16 57/23
59/13 61/23 63/3 64/7
78/11 108/2 119/6
201/10 203/14 219/23
229/22 235/11
November 11 [2] 48/10
57/23
November 15 [1] 59/13
November 15th [2]
61/23 219/23
November 16th [1]
57/16
November 21 [1] 108/2
now [85] 14/7 15/14
22/4 29/18 29/22 34/3
36/13 39/14 39/14
39/21 39/21 41/14 44/3
48/13 51/21 54/12
57/21 61/12 68/18
68/22 69/9 71/14 74/16
79/13 80/4 82/13 83/12
87/4 87/19 88/13
101/20 105/17 108/9
112/1 112/23 121/11
123/15 136/15 144/23
149/22 155/6 157/1
162/18 163/20 171/5
172/7 172/15 177/17
178/14 180/8 181/5
181/9 181/14 182/10
183/10 183/16 186/19
187/18 191/1 192/15
192/19 192/23 201/23
204/1 210/10 211/3
211/5 211/15 212/18
214/5 214/5 215/11
218/10 220/2 221/20
222/2 223/20 228/2
228/10 229/20 234/22
235/2 238/16 241/8
251/11
number [56] 10/1 10/8
10/14 11/1 22/5 25/12
30/4 31/1 31/8 37/17
47/22 47/24 48/2 62/3
62/12 63/20 66/4 66/18
76/15 78/2 86/13 99/12
109/4 112/1 112/18
118/4 129/11 133/1
148/14 148/15 148/16
149/6 149/7 175/3
178/16 192/11 192/11
194/3 197/4 198/5
199/24 203/7 207/13
211/18 212/5 217/23
218/4 218/5 218/5
218/6 221/12 229/7
232/11 236/20 237/11
242/8
numbered [1] 211/17
numbers [10] 63/14
63/16 83/7 134/22
157/13 157/19 172/22
172/24 206/5 212/5

**O**

Oak [1] 3/9
object [199] 9/16 9/19
9/20 9/20 18/19 19/2
22/13 24/19 25/19
25/20 26/10 26/19
27/15 31/16 32/20 35/5
35/11 35/16 36/11
37/23 38/11 38/21 39/3
39/18 39/19 40/13 46/7
51/24 52/10 53/7 53/18
54/5 54/11 56/12 57/2
58/23 59/20 66/21
66/22 67/4 67/11 67/22
67/23 71/2 71/3 72/14
73/3 73/4 73/18 74/12
74/13 75/3 79/5 82/24
86/15 89/12 89/24 90/1
90/9 91/11 91/19 92/5
93/6 94/2 96/22 97/9
97/11 97/15 98/4 98/16
99/3 99/4 99/19 100/15
101/7 102/15 103/1
103/2 105/1 105/8
106/12 107/12 109/18
109/19 110/7 111/3
111/22 112/11 114/19
115/10 115/23 116/12
116/19 117/12 117/16
120/15 123/23 123/24
124/24 125/10 125/19
125/21 127/5 127/6
127/14 128/24 132/3
132/10 132/17 133/7
133/17 133/18 134/2
134/4 135/9 136/6
136/12 137/3 138/2
140/10 141/16 141/21
142/10 144/5 144/9
145/17 145/18 147/18
150/13 153/15 154/22
154/23 155/21 157/12
160/8 162/1 162/16
164/6 164/23 167/15
168/24 169/1 169/21
170/9 170/10 171/24
173/14 173/15 174/4
174/5 174/16 175/1
176/8 176/20 177/1
177/20 177/21 179/3
179/4 179/14 180/13
183/5 185/15 185/23
186/15 188/10 192/6
196/7 198/8 201/22
203/24 205/22 205/23
223/4 224/20 226/12
226/21 226/22 230/3
230/4 230/8 230/23
231/16 234/12 236/17
239/20 239/21 240/4
240/5 240/10 241/16
241/18 242/2 243/24
244/19 246/22 247/7
251/9 253/20
Object to [1] 127/5
objected [1] 242/13

objecting [4] 59/7 61/8
97/16 132/4
objection [24] 9/12
9/14 9/16 19/11 19/13
31/24 34/1 44/15 46/2
59/10 90/10 91/2 91/10
91/20 98/15 119/3
124/7 133/8 134/15
144/10 148/12 185/18
230/5 230/16
objections [5] 2/14
2/17 9/4 9/10 46/9
objective [1] 208/13
obstruct [1] 45/13
occasions [1] 105/11
October [1] 121/5
ODELL [2] 3/12 7/18
Odyssey [78] 21/13
21/17 21/22 22/10
24/17 38/8 68/6 72/21
74/23 109/5 109/7
110/10 115/5 127/3
129/15 129/22 130/5
134/14 135/7 136/1
141/13 145/15 145/15
146/16 146/17 147/3
147/6 147/8 147/16
148/21 149/10 149/16
149/18 150/3 150/9
151/14 152/11 152/12
152/20 154/13 154/15
164/2 167/8 168/17
169/10 169/19 170/6
170/8 170/17 170/18
170/21 171/5 171/11
171/23 172/11 173/21
174/1 174/7 182/12
182/24 183/7 183/10
183/17 184/22 185/2
185/10 186/11 187/19
205/4 229/12 231/12
233/11 236/8 236/14
237/3 239/8 239/10
247/6
Odyssey-OMSe [2]
152/11 152/12
off [29] 14/5 16/10 28/5
43/3 43/4 73/13 73/23
76/9 77/13 79/19 80/16
80/16 81/19 81/21
103/10 140/7 140/24
141/4 162/17 165/8
200/22 205/13 207/8
237/14 246/2 248/24
252/11 252/19 254/10
offend [1] 247/13
office [41] 3/18 7/23
38/19 50/16 50/22 51/6
65/19 69/24 77/9 77/16
80/9 80/24 81/2 81/3
82/1 82/20 113/23
119/10 126/9 136/2
137/9 139/14 139/20
147/15 171/8 177/13
200/5 201/15 210/2
221/1 222/4 222/5

**O**

**office...** [9] 223/13
223/24 228/8 228/8
228/11 228/12 229/4
246/10 249/23
**officer** [13] 14/5 49/3
49/17 81/22 181/10
183/11 183/12 190/1
199/16 199/20 201/11
210/11 249/7
**officers** [8] 51/6 51/18
56/18 56/22 57/5 82/2
82/5 210/1
**offices** [1] 2/5
**official** [1] 255/15
**officials** [1] 54/20
**often** [2] 113/10 252/24
**oh** [31] 13/8 31/5 58/18
78/6 80/10 84/18 87/4
109/23 115/17 116/8
117/8 122/11 129/21
133/2 146/10 146/22
150/7 155/4 164/17
177/11 189/20 197/1
203/8 207/14 214/14
219/13 224/13 232/21
237/12 237/23 253/8
**okay** [388]
**old** [13] 34/24 86/14
86/19 144/20 155/7
155/10 155/12 207/1
207/4 216/15 216/16
216/17 246/21
**older** [1] 173/12
**OLDHAM** [1] 1/9 7/3
**ole** [1] 70/13
**Olive** [1] 247/17
**OM** [1] 213/17
**omitting** [1] 215/10
**OMS** [49] 20/3 20/6
20/9 20/18 21/10 21/15
21/17 21/23 22/11
24/17 38/9 68/2 68/12
72/23 74/17 74/19
74/24 83/15 83/17
85/10 102/3 102/4
104/8 105/5 105/18
107/9 113/13 115/6
123/16 127/4 135/11
149/19 165/19 169/10
169/18 170/20 171/22
172/10 182/14 183/2
184/10 185/2 185/5
185/10 233/11 236/4
236/12 237/3 247/6
**OMSe** [46] 83/9 83/22
84/3 85/15 86/21 88/15
108/7 108/13 108/21
109/1 109/4 109/8
109/13 112/4 113/5
113/19 126/3 140/13
140/13 141/13 145/15
145/15 146/7 146/14
146/18 146/19 147/8
148/22 149/11 151/15
152/11 152/12 152/13

152/21 164/3 170/8
171/4 208/2 208/18
212/17 212/21 213/20
214/10 215/6 216/1
216/8
**once** [14] 24/13 52/1
112/10 128/12 153/4
190/12 190/12 209/18
210/4 210/4 210/18
220/7 223/3 236/11
**one** [79] 9/12 9/16 9/24
10/3 11/3 16/23 17/16
18/7 24/15 25/4 25/14
25/16 26/6 29/14 32/8
35/9 53/16 54/20 62/8
66/12 67/1 67/6 70/4
70/22 72/2 82/12 84/7
86/20 89/7 89/10 91/3
93/21 93/21 94/16
94/23 101/12 107/23
115/7 118/9 120/4
120/8 121/23 128/11
129/15 129/22 135/7
151/21 154/10 155/23
159/13 160/10 163/4
173/18 179/23 181/18
184/4 184/9 186/16
196/21 196/23 198/5
208/21 209/13 211/14
211/15 211/16 211/18
217/24 218/15 221/6
221/8 223/11 228/7
233/10 236/19 246/12
250/14 250/20 253/13
**ones** [22] 37/1 215/17
**ongoing** [2] 130/9
206/24
**online** [3] 41/22 41/24
155/16
**only** [25] 10/7 26/3
45/7 58/20 68/3 68/13
69/23 82/16 98/19
121/2 124/12 138/10
152/8 156/18 159/16
166/1 176/15 176/18
196/2 197/24 205/9
223/10 227/14 240/23
241/7
**open** [4] 22/20 25/1
59/15 89/1
**open-ended** [2] 22/20
25/1
**operate** [1] 140/7
**operated** [1] 106/2
**operating** [7] 39/23
39/23 68/3 68/13 116/9
138/1 141/20
**operation** [5] 34/9 51/9
51/9 79/17 180/24
**operationally** [1] 25/14
**operations** [6] 14/6
14/14 14/15 16/12 51/4
95/3
**opinion** [3] 134/16
157/5 239/14
**option** [2] 44/22 45/10

**Options** [1] 238/21
**order** [27] 40/14 43/11
43/12 44/3 44/10 45/16
46/8 68/15 81/17 132/8
139/13 139/17 139/19
142/2 145/8 146/17
153/13 153/21 170/2
171/13 173/4 173/6
204/22 218/7 225/15
246/3 255/12
**Orders** [1] 46/12
**oriented** [1] 244/18
**original** [2] 31/5
255/13
**originally** [2] 12/24
129/10
**originals** [1] 10/13
**OS** [1] 108/6
**other** [62] 10/6 13/9
23/18 26/6 37/5 37/10
37/11 37/14 37/15
37/15 41/15 41/20
41/22 44/21 44/22
51/19 68/11 69/2 73/9
73/15 80/20 82/17 84/8
86/17 102/20 102/23
109/23 114/11 120/7
120/22 128/14 135/8
137/6 147/5 151/21
154/20 160/3 163/15
166/2 173/10 175/23
178/19 184/4 185/8
194/3 196/1 196/1
197/3 198/5 211/1
212/1 221/5 223/11
232/11 238/2 244/18
250/16 250/22 250/23
250/23 251/19 252/2
**others** [8] 64/9 96/21
184/4 203/13 228/4
235/11 238/17 241/6
**otherwise** [1] 222/23
**ought** [9] 34/22 34/23
101/18 149/9 154/20
183/3 184/15 231/19
246/20
**our** [45] 18/5 25/4
36/14 37/3 37/20 52/17
57/11 57/13 59/23 65/1
66/10 77/13 79/15 84/2
84/5 91/14 96/8 103/24
126/20 136/3 156/16
158/21 176/9 177/11
178/18 178/18 180/6
192/19 193/5 207/23
209/2 209/3 209/4
210/6 212/4 217/8
222/16 225/15 236/9
238/3 238/4 241/20
250/2 251/17 253/22
**ours** [1] 249/2
**ourselves** [2] 69/16
202/1
**out** [74] 12/21 14/10
14/15 15/4 16/7 16/11
16/17 17/9 17/21 29/11

34/12 37/4 37/6 40/8
40/9 41/6 41/10 41/15
41/19 41/23 47/17
48/18 49/12 54/4 69/4
75/14 81/13 81/22 82/5
93/16 95/10 95/12
103/17 105/17 107/18
108/9 123/16 123/18
137/6 138/9 145/22
148/7 150/3 150/3
155/19 156/24 168/5
168/14 183/17 183/20
185/11 185/11 187/5
187/5 192/3 198/23
201/19 202/17 203/23
205/11 209/9 209/14
223/14 226/17 229/4
229/13 234/3 234/24
242/5 243/5 249/8
251/23 252/1 252/6
**out of** [1] 81/22
**outside** [8] 76/2 104/23
138/6 178/4 233/4
250/16 252/17 254/5
**outstanding** [1] 113/19
**over** [16] 32/9 33/12
33/16 54/23 71/21
71/21 117/5 137/10
148/14 188/18 198/4
210/21 228/10 235/17
238/5 249/1
**over-detained** [1]
198/4
**overall** [3] 213/6
215/24 235/20
**overhauled** [1] 142/22
**overstepped** [1] 44/16
**overtime** [6] 96/9
240/22 241/8 241/12
241/13 241/19
**overtime/supplies** [1]
240/22
**own** [5] 44/19 66/10
103/24 148/1 210/2
**owns** [1] 104/7

**P**

**p.m** [6] 103/14 165/12
203/18 205/14 205/17
237/18
**PABON** [3] 4/20 8/13
8/14
**package** [1] 138/15
**page** [31] 6/2 58/1 60/6
62/14 63/8 78/7 87/21
87/22 88/4 92/11 94/11
94/13 95/2 96/11
103/19 106/18 129/17
129/18 167/3 182/19
198/18 207/18 207/20
212/14 212/22 219/20
221/23 235/8 242/10
242/19 242/20
**pages** [1] 255/7
**paid** [1] 106/5
**paper** [18] 139/10

139/12 139/15 139/18
139/21 140/16 140/18
140/23 141/1 141/5
141/8 141/14 142/3
142/7 142/9 144/21
144/23 202/11
**papers** [1] 199/7
**paperwork** [12] 147/21
173/22 201/13 201/16
202/5 202/12 202/14
234/6 234/17 234/20
235/4 250/4
**par** [1] 56/15
**paragraph** [6] 52/7
52/13 56/15 112/4
154/6 197/13
**parameters** [1] 46/12
**parents** [1] 115/12
**part** [33] 16/22 17/6
17/10 17/12 17/23
33/21 35/24 36/2 36/3
39/9 79/23 85/4 88/10
101/17 109/20 113/24
115/9 128/19 131/18
145/8 161/12 174/7
176/12 190/4 190/6
190/13 193/11 193/12
193/14 195/3 217/21
244/3 255/14
**participate** [1] 86/1
**particular** [30] 34/20
37/13 64/2 68/16 68/17
68/23 68/24 70/7 71/23
81/24 87/17 88/14
126/1 134/17 135/19
163/2 181/3 183/24
184/4 193/15 202/6
209/23 212/12 220/18
223/7 233/22 234/18
251/3 251/4 252/13
**particularly** [1] 120/16
**parties** [3] 57/16
255/10 255/10
**parts** [4] 23/18 109/23
180/23 183/13
**parts I** [1] 109/23
**passed** [1] 119/12
**passing** [1] 235/3
**past** [6] 45/20 47/3
49/9 215/11 249/11
249/12
**patient** [1] 130/14
**pause** [1] 29/10
**pay** [2] 82/12 84/13
**payments** [1] 106/9
**PD** [2] 195/14 246/14
**Penal** [3] 14/10 14/15
197/18
**pending** [2] 143/12
143/14
**people** [78] 25/17 26/4
26/7 27/5 27/7 27/12
27/13 32/17 35/14
35/22 37/11 54/3 54/9
63/17 63/21 64/1 67/20
69/5 73/13 75/14 76/15

**P**

people... [57] 76/22
77/19 81/4 81/8 81/10
82/6 82/22 88/19 101/4
113/8 127/12 127/16
128/9 129/11 147/15
148/1 148/7 157/2
160/24 162/13 164/1
164/9 164/20 172/4
175/4 178/8 178/19
179/22 180/10 183/3
184/15 184/17 185/1
186/20 187/12 187/21
187/22 187/22 188/4
188/6 189/24 192/4
192/14 193/2 193/8
194/3 195/12 195/15
195/15 196/16 206/9
226/17 226/24 232/11
237/1 245/23 253/15
people's [2] 239/12
240/1
per [2] 23/7 210/8
221/7
perceived [2] 177/17
201/24
percent [5] 82/10
105/12 156/17 178/17
178/18
perfectly [1] 54/21
perhaps [4] 154/6
154/7 154/11 246/20
period [2] 144/21
166/16
person [37] 33/12
33/14 50/13 58/16
63/13 64/11 72/8 72/11
72/23 76/10 77/10 87/4
113/20 114/4 114/12
127/22 128/6 128/6
137/12 138/21 166/2
171/2 171/11 181/11
187/4 188/16 188/19
189/1 202/18 210/7
212/12 217/18 233/9
248/7 248/23 249/17
249/20
person's [1] 26/1
personal [3] 36/23
104/1 206/8
personnel [9] 66/5
66/10 103/24 104/1
115/19 115/22 136/10
178/24 179/17
persons [39] 1/7 25/4
25/5 25/9 37/2 63/18
69/6 71/23 73/9 81/15
116/24 118/9 127/1
128/1 134/23 156/19
160/3 161/21 163/1
164/11 175/7 175/7
175/8 178/8 179/20
180/14 186/13 188/13
192/23 193/6 193/8
193/16 212/1 212/5
214/2 216/6 216/24

perspective [3] 129/15
129/22 134/6
pertinent [1] 142/23
PETRONIO [2] 4/3 8/6
PH [3] 92/17 92/24
92/24
Pham [2] 44/23 45/19
Pham's [1] 43/15
Phillip [5] 194/1
194/11 194/14 194/15
194/15
phone [14] 3/7 4/8
4/13 4/20 5/3 8/9 10/15
10/20 10/23 10/23
62/17 107/11 133/1
173/6
Phyllis [1] 228/23
physical [1] 143/6
physically [1] 138/12
pick [3] 113/20 234/16
252/22
piece [2] 183/23 184/9
pile [1] 229/16
pinpoint [1] 24/10
place [6] 26/14 53/11
146/4 163/12 183/14
239/8
plaintiffs [7] 1/7 2/2
3/3 7/13 7/15 7/17 8/19
plan [6] 51/11 73/20
142/8 144/17 245/20
247/21
plan/train/support [1]
245/20
planning [2] 145/21
245/24
play [3] 28/16 28/18
85/4
played [2] 29/16 29/20
plea [1] 82/21
please [14] 7/8 8/9
57/16 62/12 65/18 98/8
106/21 130/13 133/1
137/17 143/23 207/13
222/22 240/19
plus [2] 195/15 196/16
PO [5] 191/4 199/11
199/13 231/23 231/24
pod [1] 71/23
pods [1] 71/22
point [17] 29/6 34/20
37/20 53/3 59/20 85/14
91/14 94/16 126/1
153/20 158/10 173/3
197/24 222/15 233/22
240/20 245/4
pointed [1] 234/2
pointing [1] 243/5
points [3] 87/18 145/11
245/4
police [14] 27/4 27/7
80/13 81/22 81/24 82/4
113/20 157/6 188/21
190/13 192/3 209/19
209/19 210/15

police... [2] 15/3 16/9
policy [4] 16/22 17/7
17/12 17/13
Poplar [3] 3/14 14/7
154/9
population [3] 26/17
27/3 156/16
Porter [1] 4/13
portion [1] 59/24
position [5] 14/22
101/3 108/10 157/1
196/15
positive [1] 93/20
positively [1] 227/1
possible [4] 98/9 140/2
154/14 235/13
possibly [1] 159/8
post [8] 35/14 148/8
148/9 187/4 232/14
235/12 235/22 236/9
posted [13] 52/21 54/3
75/1 109/12 131/4
143/9 146/8 147/15
147/22 148/10 186/13
187/5 193/1
posting [2] 32/17
143/10
posts [2] 75/13 246/3
pouring [1] 157/14
POWELL [1] 1/5
power [1] 246/16
pre [29] 75/18 75/23
76/1 76/2 76/5 76/7
78/22 79/2 93/16
128/12 134/22 147/20
150/4 151/20 161/18
187/19 188/13 188/19
209/7 211/9 212/17
212/18 212/21 212/24
213/2 215/21 218/4
218/6 236/6
pre-trial [29] 75/18
75/23 76/1 76/2 76/5
76/7 78/22 79/2 93/16
128/12 134/22 147/20
150/4 151/20 161/18
187/19 188/13 188/19
209/7 211/9 212/17
212/18 212/21 212/24
213/2 215/21 218/4
218/6 236/6
predict [3] 98/10
100/13 100/22
predicted [1] 92/3
predicting [2] 92/6
101/4
preliminary [1] 10/20
preparation [1] 46/19
prepared [1] 126/16
preparing [1] 91/5
present [2] 5/8 174/9
presented [2] 2/16
125/3
presently [1] 120/24
preset [13] 24/18 76/22
77/3 77/8 77/19 102/12

128/3 128/5 186/23
187/3 187/9 187/15
188/7
press [2] 57/10 120/11
pretty [3] 24/2 116/20
172/22
previous [2] 143/16
208/12
Previously [1] 212/18
Primarily [1] 117/17
primary [3] 86/22
118/9 241/9
printed [2] 139/6 140/8
prior [15] 20/17 26/14
31/18 39/13 85/23
86/18 109/10 118/17
140/13 144/16 149/24
156/6 190/23 216/18
220/17
prisoners [3] 18/2 35/9
114/17
privilege [5] 58/24 61/9
98/5 223/5 238/1
privileged [9] 59/21
61/2 220/16 221/4
221/5 225/13 226/2
242/14 242/17
pro [1] 229/18
probable [4] 190/18
248/18 248/22 249/6
probably [13] 50/9
71/19 85/2 168/2 168/2
186/3 197/15 229/19
233/21 234/1 234/23
237/8 244/4
problem [82] 21/16
24/17 25/15 25/22
25/23 36/1 37/3 37/3
40/21 45/4 45/6 45/19
66/7 67/5 67/9 67/12
67/13 67/19 68/18
68/23 69/16 76/18 77/1
81/5 81/24 101/6
102/11 103/21 112/15
113/13 115/9 115/14
117/2 125/9 126/5
126/6 134/6 136/10
136/10 139/1 139/7
145/14 157/17 164/18
164/19 168/22 169/18
171/9 174/7 174/14
176/1 176/9 177/18
177/22 180/2 181/16
182/3 182/6 182/7
183/22 186/10 188/9
190/4 190/6 192/2
206/21 214/8 214/10
214/16 214/21 214/23
215/16 217/9 217/13
217/15 217/18 239/11
241/9 241/14 241/20
241/21 241/24
problems [86] 22/6
22/10 22/21 23/1 23/11
23/12 23/15 23/16
23/20 24/13 24/15 25/2

25/5 25/8 25/11 25/12
25/16 26/22 26/3 26/7
32/11 32/17 35/3 35/8
35/10 39/24 40/5 66/4
66/7 66/18 67/2 67/6
68/24 69/12 69/13
69/14 72/3 74/1 74/9
76/15 78/20 78/21 79/2
82/19 92/3 98/19 99/11
102/22 103/21 104/19
105/6 110/23 115/3
115/20 117/6 123/22
124/22 134/18 135/6
139/4 152/7 154/16
155/20 156/12 161/20
162/12 177/11 178/3
178/7 179/11 179/16
179/17 180/5 180/6
187/8 188/3 188/5
192/8 192/21 198/1
200/11 220/8 229/11
243/21 244/17 247/5
Procedure [2] 2/11 9/7
proceed [1] 46/15
proceedings [1] 255/6
process [46] 18/1
20/18 23/8 25/10 34/10
68/9 75/22 76/2 77/16
82/10 86/19 87/15
88/11 101/18 108/12
112/20 116/14 126/2
132/13 138/5 140/6
141/1 145/22 149/1
150/3 152/9 161/15
172/5 181/18 191/13
197/22 199/5 206/23
207/10 208/1 209/16
210/4 210/5 211/3
215/5 217/17 225/11
233/17 246/13 249/18
250/15
processed [4] 68/9
145/9 198/23 210/22
processes [3] 137/9
142/14 180/22
processing [7] 16/17
18/8 65/2 167/1 211/10
214/3 233/14
produced [4] 48/5 83/9
159/1 159/2
professional [2] 36/24
255/5
professionally [1]
176/14
program [3] 218/14
233/13 239/8
programs [6] 232/23
233/2 233/3 233/4
233/6 233/10
project [3] 208/4
222/19 246/13
project/process [1]
246/13
prolonged [1] 56/17
proper [5] 139/9 178/9
182/15 196/11 225/10

**P**

properly [5] 38/9 68/10 90/5 138/4 145/9
properties [1] 210/20
property [1] 210/23
proposed [1] 57/15
proposes [1] 242/21
proposing [2] 219/22 244/16
pros [1] 234/5
prosecutor [1] 58/18
Protective [1] 225/15
prove [1] 157/19
provide [5] 30/6 139/15 139/20 143/20 159/5
provided [6] 56/24 57/7 139/7 140/1 142/24 160/2
provider [2] 94/17 246/17
providers [1] 95/8
provides [1] 43/13
provisions [1] 2/10
public [12] 36/20 37/1 65/19 89/5 115/13 199/14 199/16 199/18 199/19 201/11 255/5 255/19
public an [1] 199/14
pull [2] 11/1 214/2
pulled [1] 103/17
pulling [1] 246/2
purchased [1] 104/6
purpose [3] 83/15 121/20 154/18
purposes [2] 121/22 227/13
pursuant [3] 2/3 2/9 9/7
Purvis [2] 198/18 198/21
put [11] 33/18 107/17 138/12 146/17 146/19 146/20 147/3 176/4 178/14 203/3 218/11
putting [3] 35/18 73/8 160/18

**Q**

question [57] 2/18 9/4 12/11 12/17 12/19 19/7 19/15 19/16 22/17 24/22 31/20 32/11 37/20 42/9 42/10 42/16 42/19 46/7 55/5 56/3 61/19 68/21 74/8 75/9 79/8 89/20 89/23 91/7 103/18 111/7 111/10 111/16 111/18 111/20 132/22 133/5 135/12 149/23 151/2 155/1 155/23 162/11 163/19 163/22 171/20 175/14 179/8 187/20 188/12 189/23 190/10 204/1

204/2 223/2 223/10 229/6 253/5
questioned [1] 239/11
questioning [1] 171/7
questions [18] 12/7 12/9 12/23 28/19 43/20 44/6 44/15 45/21 46/2 97/19 101/9 106/16 124/12 177/6 238/2 242/15 248/1 248/4
queue [1] 212/18
quick [2] 227/22 245/19
quickly [1] 49/12
Quinn [4] 118/5 120/1 121/15 122/22
quite [5] 79/20 95/22 113/9 154/10 245/20
quote [78] 31/10 32/24 34/11 36/13 40/7 41/6 51/2 51/20 52/14 53/3 56/16 56/22 57/9 59/13 61/22 65/13 65/14 65/18 65/22 66/3 66/13 70/13 78/19 78/23 80/1 88/23 89/7 89/9 96/4 98/7 98/11 103/20 108/24 112/2 112/4 112/19 113/10 120/2 120/9 120/22 121/1 129/15 130/22 130/23 131/16 136/16 136/22 139/6 142/21 144/1 154/6 167/5 169/8 169/16 173/19 173/24 182/11 195/10 195/17 198/22 200/9 203/15 206/20 207/2 207/22 208/14 212/16 214/7 214/9 222/7 234/4 235/12 239/5 239/6 239/12 243/3 245/21 246/6

**R**

raised [2] 120/3 244/17
Rallings [3] 79/18 80/11 80/16
ran [3] 50/19 50/20 209/21
randomly [1] 140/4
range [1] 227/19
Raper [8] 118/7 118/8 118/9 119/6 119/12 119/17 119/19 207/22
rather [4] 79/24 174/23 207/4 254/2
re [6] 55/13 108/21 169/12 169/14 172/14 172/17
re-entered [2] 169/12 169/14
re-entering [1] 172/17
re-entry [1] 172/14
reaching [2] 53/2 73/20

reached [1] 239/18
read [26] 19/14 19/17 51/1 88/24 89/6 92/15 98/13 101/12 106/20 111/8 111/11 111/15 111/21 130/14 131/18 131/22 132/21 133/6 140/5 149/15 195/21 197/12 207/6 222/6 234/22 243/4
reading [4] 54/18 55/12 55/19 92/19
ready [18] 29/13 29/15 34/14 41/8 41/12 42/2 83/23 90/4 92/17 92/23 93/5 93/24 97/20 114/12 180/11 204/18 211/16 249/18
real [4] 82/15 215/24 216/3 227/22
reality [1] 227/4
realize [1] 130/8
really [43] 23/12 27/22 56/21 60/15 71/4 71/6 81/11 96/6 115/21 125/14 126/9 126/10 133/12 134/9 155/13 155/13 156/23 157/17 160/20 164/11 171/3 171/3 171/4 171/4 172/3 179/12 181/9 181/9 181/16 193/3 197/3 201/4 202/2 208/17 208/17 213/17 225/19 241/5 241/11 244/7 245/7 245/9 249/22
reason [8] 43/18 45/1 72/16 101/16 132/11 202/3 205/3 234/23
reasons [1] 16/23
rebooked [1] 215/18
recall [9] 28/10 55/14 55/19 120/10 129/1 191/16 191/18 200/23 219/3
receive [5] 112/6 139/18 169/13 173/23 230/12
received [6] 31/22 32/19 130/20 140/3 195/11 198/14
receiving [3] 110/4 155/17 173/21
recent [2] 52/15 235/21
recess [5] 43/6 103/12 165/10 205/15 237/16
recognize [1] 43/15
recommended [1] 208/5
record [20] 7/7 7/9 24/3 29/2 43/3 43/4 43/8 51/1 103/10 103/14 165/8 165/12 194/17 205/13 205/17 221/11 222/7 237/14

237/18 254/10
records [3] 63/23 175/5 175/5
Rees [1] 4/21
refer [3] 68/24 106/15 188/12
reference [2] 10/24 195/24
referencing [1] 202/15
referred [1] 168/2
referring [4] 114/1 114/10 234/14 241/5
reflect [5] 73/16 143/24 161/1 187/14 201/20
reflected [5] 30/13 109/16 138/20 161/3 237/3
reflecting [10] 77/2 77/19 110/11 127/3 150/9 164/2 183/1 187/8 204/13 236/13
reflective [1] 137/1
reflects [1] 88/15
refresh [1] 208/15
refusal [1] 56/18
regard [1] 46/9
regarding [6] 51/7 112/12 130/4 163/19 207/24 220/18
REGINALD [1] 1/10
Regional [1] 95/2
registered [2] 113/6 255/5
regular [1] 250/8
reimburse [1] 96/10
relate [1] 40/24
related [6] 12/1 22/10 179/12 179/13 223/2 245/10
relates [8] 35/20 68/14 69/20 73/11 83/17 84/5 126/8 250/10
relations [1] 201/11
relative [2] 255/10 255/10
relaying [1] 135/14
release [56] 18/2 20/19 28/1 52/21 64/3 76/3 89/5 92/17 92/23 93/24 102/13 102/22 109/11 112/24 114/1 114/5 121/8 122/5 138/9 138/14 138/24 150/1 150/15 163/6 163/8 163/13 173/19 173/23 174/9 182/14 183/3 183/10 183/12 183/14 184/15 184/17 189/1 199/5 199/7 202/15 204/19 234/6 234/20 235/4 249/17 249/18 249/21 250/2 250/3 250/11 250/13 251/3 251/22 252/21 252/22 253/2
released [66] 17/14

25/18 26/9 27/12 28/6 33/13 37/14 37/16 53/2 56/8 64/1 65/22 67/9 67/21 70/16 73/10 73/13 76/10 76/13 76/17 77/10 77/14 110/10 113/2 114/4 114/12 138/11 138/14 162/14 163/1 163/12 164/1 164/21 174/13 174/23 175/7 175/7 175/8 175/9 183/4 184/2 184/2 184/15 185/1 192/24 196/23 202/23 202/24 203/17 204/4 204/4 204/6 204/7 204/13 204/16 204/22 234/10 234/19 235/1 249/20 250/5 251/1 251/1 251/8 251/9 253/15
releases [10] 32/12 33/8 93/5 138/7 138/16 138/16 161/10 163/19 176/16 249/22
releasing [14] 18/9 25/22 26/3 35/9 37/11 113/5 114/17 137/8 161/16 163/2 175/3 186/11 198/2 250/15
relevance [1] 95/23
relevancy [1] 2/15
rely [6] 20/18 73/15 170/3 173/10 201/18 207/5
remain [1] 222/17
remained [1] 239/8
remember [8] 54/18 54/22 56/5 120/10 129/2 168/9 168/12 191/7
reminding [1] 215/14
remove [1] 218/11
removed [1] 143/17
repair [1] 105/5
repeat [3] 22/17 24/21 227/22
replaced [1] 239/7
replies [1] 199/22
report [18] 29/22 49/19 49/21 50/4 64/21 65/5 92/14 108/14 119/7 151/9 151/10 159/20 160/24 161/9 206/17 208/19 208/20 208/22
reported [12] 49/24 50/14 63/14 65/6 65/7 65/12 108/16 108/16 108/17 112/7 233/9 255/6
reported to [1] 65/12
reporter [16] 7/6 7/11 10/17 19/17 30/5 30/7 32/24 62/16 62/24 111/18 111/21 133/6 159/11 177/19 198/19

**R**

**reporter...** [1] 255/5
**reporting** [4] 1/23
112/5 151/14 174/2
**reports** [11] 151/6
151/7 207/9 208/13
229/14 230/19 230/20
230/21 231/7 231/12
231/24
**represent** [5] 59/1 59/6
106/13 118/6 219/2
**representative** [1]
250/1
**reprocessed** [1]
215/19
**reproduction** [1]
255/13
**reproductions** [1]
255/14
**request** [5] 43/23 44/5
128/15 158/23 222/24
**requested** [3] 19/16
111/20 133/5
**requesting** [1] 59/24
**required** [1] 51/17
**requires** [2] 213/1
240/6
**research** [4] 33/15
70/9 193/5 196/21
**researching** [1] 183/18
**reservation** [2] 238/4
238/4
**reserve** [2] 46/9 238/1
**reserved** [3] 2/16 9/5
9/10
**residence** [1] 247/16
**resisted** [5] 98/9 98/23
98/24 99/17 99/21
**resolution** [1] 57/15
**resolve** [2] 45/8 182/2
**resolved** [6] 39/22
45/10 70/6 89/2 184/5
200/24
**resort** [3] 51/19 74/3
111/1
**respect** [17] 22/21 24/1
37/22 52/8 102/8 115/3
115/18 116/9 131/19
161/20 168/23 171/22
185/14 191/9 198/2
239/19 247/5
**respectfully** [1] 222/24
**respond** [4] 153/17
221/2 231/20 244/16
**responded** [4] 57/21
66/1 66/2 66/14
**responding** [1] 223/6
**response** [4] 78/13
219/22 219/24 223/12
**responsibilities** [4]
15/1 16/8 50/7 166/11
**responsibility** [3] 18/5
93/14 115/15
**responsible** [7] 36/19
109/8 127/24 148/22
149/11 149/19 254/4

**responsive** [4] 150/22
163/17 171/19 175/13
**result** [5] 51/10 121/7
127/12 240/3 245/18
**retain** [1] 10/13
**retire** [1] 15/22
**retired** [1] 15/24
**reverse** [1] 251/11
**review** [12] 24/14
46/20 47/5 47/7 47/8
65/18 208/6 230/18
230/20 231/7 231/8
248/15
**reviewing** [1] 145/14
**rich** [1] 101/22
**right** [148] 9/5 9/6 11/2
16/19 17/10 19/23
21/13 23/23 24/6 26/6
31/6 34/15 34/18 35/3
35/9 35/15 39/2 39/11
41/13 41/18 42/17 43/2
44/3 48/23 54/2 54/10
55/1 55/9 56/1 56/10
60/1 61/10 61/12
61/13 62/2 63/6 67/10
68/5 70/12 70/19 72/10
76/24 80/10 86/11
87/14 91/18 92/2 92/4
92/19 95/16 101/22
102/2 102/6 102/9
102/20 103/19 104/11
110/21 116/11 117/4
117/7 117/10 117/19
117/20 118/12 128/4
128/9 128/11 129/11
129/19 133/23 134/1
134/14 135/16 135/23
136/5 136/7 137/14
138/21 139/2 142/4
144/23 145/10 146/9
147/9 147/17 148/23
149/13 150/1 151/6
151/9 151/16 152/11
152/21 153/8 155/15
155/18 163/16 169/8
172/14 172/19 173/18
174/14 174/15 174/19
175/18 175/24 176/4
176/23 177/19 178/1
182/6 184/8 184/14
184/16 184/24 187/1
187/5 188/3 189/22
191/6 192/5 194/18
195/9 200/12 202/19
202/23 203/1 204/16
219/17 220/2 223/22
224/13 227/4 228/19
234/2 235/9 238/7
238/16 240/20 241/10
242/4 244/24 247/11
247/24 253/1 253/18
254/7
**rightfully** [1] 176/13
**rights** [6] 17/1 130/20
238/1 239/13 240/2
240/12

**ring** [3] 48/19 104/12
157/3
**risk** [1] 44/19
**RIVERSIDE** [2] 1/23
7/7
**Road** [1] 5/4
**ROBERT** [12] 1/10
1/16 2/1 3/13 5/3 7/2
7/20 8/10 8/20 48/8
225/6 242/7
**Robert.Moore** [1]
55/20
**role** [1] 68/1
**roll** [2] 9/13 90/5
**room** [2] 185/17
213/23
**Ross** [1] 88/6
**roughly** [4] 14/1 14/20
15/13 136/15 137/5
**RPR** [2] 1/22 255/18
**Rubber** [2] 13/18 13/20
**Rudstrom** [1] 4/17
**Ruffin** [1] 234/4
**rule** [3] 45/22 61/11
132/15
**Rules** [2] 2/10 9/7
**ruling** [2] 44/1 220/17
**rumor** [1] 224/21
245/15
**run** [3] 107/10 139/12
146/7
**running** [2] 23/4
180/20
**RUSSELL** [1] 4/8
**Ryland** [1] 3/8

**S**

**safe** [2] 212/7 233/23
**safety** [3] 17/11 17/17
51/5
**said** [36] 34/11 34/14
34/16 34/20 36/13
37/20 75/11 87/9 90/15
91/22 101/14 103/24
115/19 120/22 131/24
147/24 148/7 161/13
182/24 193/6 193/7
195/14 200/15 202/9
202/11 208/7 214/7
214/7 214/22 216/14
237/6 239/7 239/15
242/13 253/7 255/8
**SAITH** [1] 254/12
**same** [21] 24/20 27/14
31/24 57/12 71/9 79/14
89/18 90/10 91/2 91/10
91/20 104/17 143/13
145/1 158/1 192/8
192/12 214/2 217/16
234/8 251/5
**sat** [1] 216/4
**satisfied** [7] 15/5 52/24
56/7 113/15 113/19
137/2 138/20
**saturation** [2] 79/14
79/17
**saturations** [6] 26/22
80/18 81/9 81/12 82/22

157/3
**saw** [3] 115/13 139/2
217/3
**say** [116] 9/20 9/22
11/20 21/9 21/21 23/9
26/12 27/11 29/13 32/1
32/4 32/11 32/14 33/3
33/4 36/15 38/2 38/22
41/14 43/10 54/1 54/13
58/7 58/15 61/2 61/20
63/16 69/10 71/13
72/12 74/14 79/1 79/13
81/14 81/14 86/5 91/21
92/2 93/18 98/24
105/12 114/21 115/7
115/11 116/3 124/7
127/17 131/17 135/4
135/13 136/15 137/5
137/5 137/7 141/6
142/20 144/2 145/19
149/3 150/15 152/3
152/5 153/22 160/3
162/4 162/8 167/24
170/11 171/20 176/7
176/21 181/11 182/1
182/11 185/7 189/6
190/17 193/13 197/6
201/4 202/2 203/21
204/12 204/19 205/4
205/5 205/6 206/6
206/20 208/20 213/19
215/24 216/5 218/4
219/13 220/13 223/3
224/15 228/6 228/20
228/22 231/6 232/24
232/24 234/19 239/19
243/5 244/15 245/2
245/9 246/6 252/18
252/20 252/21 253/13
253/21
**saying** [39] 37/12
37/13 67/17 72/7 72/12
72/16 72/20 98/20
100/4 102/3 117/5
117/11 129/10 135/14
142/5 144/3 146/21
147/1 147/5 148/10
149/15 150/8 153/15
155/11 164/12 168/8
168/14 169/23 172/12
178/20 181/18 184/9
188/23 191/16 191/18
196/12 197/23 201/1
213/11
**says** [50] 31/10 40/11
51/2 54/16 55/24 55/24
76/9 78/12 78/19 88/16
89/7 92/14 92/16 94/3
98/7 98/22 100/12
101/14 101/14 108/24
129/22 130/1 144/6
148/24 149/3 149/23
150/2 152/17 168/14
169/8 184/5 184/13
186/2 195/22 197/14
204/2 204/5 215/23

219/23 229/9 234/19
235/12 239/6 240/19
242/20 242/20 243/3
243/15 244/11 245/14
**SC** [18] 62/14 78/7
78/7 83/7 94/9 107/24
118/4 133/3 165/16
194/22 198/13 203/9
207/15 221/15 227/20
227/23 237/13 242/10
**scale** [1] 163/3
**school** [2] 13/2 13/6
**SCME** [1] 219/7
**scope** [1] 52/2
**SCOTT** [2] 1/4 7/2
**screen** [1] 29/3
**screwed** [1] 176/3
**SCSO** [2] 246/8 246/16
**se** [2] 23/7 210/8
**seal** [2] 255/13 255/15
**searched** [3] 210/24
211/1 211/2
**second** [14] 29/14
87/20 87/21 88/4 94/11
96/11 159/13 160/11
167/3 172/18 182/18
207/20 219/20 242/18
**second to** [1] 182/18
**security** [8] 14/23 15/1
15/3 15/9 51/5 64/20
166/16 233/5
**see** [62] 28/18 28/21
31/3 41/9 41/13 55/22
57/18 57/24 60/4 60/5
65/23 78/17 78/23
79/18 83/10 83/18 88/3
88/7 89/14 92/13 92/17
95/1 95/18 96/10 98/11
108/7 109/12 109/13
112/7 112/11 129/16
129/23 132/18 133/12
146/1 152/18 152/21
153/4 160/20 165/19
166/5 166/12 166/14
166/14 167/11 182/16
190/5 195/17 200/10
203/19 206/18 213/6
216/9 220/9 223/17
225/3 229/13 229/15
232/15 236/10 238/22
240/19
**seeing** [5] 54/19 55/14
113/7 214/11 217/8
**seeking** [2] 60/13
60/16
**seems** [2] 121/1
225/17
**seen** [8] 55/13 159/2
195/7 229/12 229/19
234/7 235/18 236/1
**select** [1] 246/16
**selected** [2] 118/23
227/8
**selecting** [1] 227/6
**send** [3] 213/4 249/1
252/20

**S**

sending [4] 134/23 172/1 172/3 172/4
senior [1] 198/22
sense [2] 123/13 239/12
sent [15] 54/16 57/22 57/23 60/5 108/19 131/7 134/24 165/24 232/19 233/19 240/17 242/22
sentence [2] 56/21 112/3
sentenced [1] 197/18
separate [1] 212/21
sequentially [2] 10/2 10/11
sergeant [2] 108/11 108/15
serve [2] 15/9 15/19
served [6] 72/23 73/1 154/18 161/23 161/24 197/18
SERVICE [1] 1/23
services [2] 215/21 236/6
sessions [11] 128/17 129/3 130/3 197/16 228/12 228/13 228/17 228/19 251/2 251/8 251/14
set [16] 75/24 92/16 92/21 92/23 93/4 93/24 128/10 128/11 188/13 188/16 188/17 188/24 190/3 220/9 236/3 236/3
setting [1] 213/3
settled [1] 96/6
seven [6] 15/10 33/17 96/20 112/5 191/8 191/11
Seventeen [1] 238/12
several [26] 11/22 11/23 16/12 47/13 47/14 64/9 79/17 82/13 105/10 120/17 120/21 121/22 122/3 122/5 122/8 122/14 123/7 130/24 131/5 131/5 156/22 181/20 229/14 234/3 235/23 237/1
sex [1] 143/3
Shady [1] 5/4
Shafer [4] 239/6 239/7 239/14 239/19
shake [1] 11/8
share [3] 106/8 130/7 245/15
Shawna [5] 64/23 78/15 165/18 166/21 232/10
she [134] 63/12 63/18 63/19 63/23 64/3 64/4 64/5 64/20 64/21 64/24

65/5 65/6 65/17 69/22 69/23 69/24 70/1 70/3 70/12 70/17 70/18 70/19 72/7 72/12 72/15 94/16 94/19 94/21 94/22 95/17 98/2 98/7 98/22 99/16 100/14 108/14 108/15 108/16 108/19 108/24 112/1 112/4 113/2 148/24 149/23 150/2 150/4 150/8 150/15 151/7 151/13 151/21 152/1 152/1 152/3 152/16 152/17 152/18 166/22 166/22 166/24 168/14 168/20 169/8 170/24 170/24 172/13 175/22 182/11 183/6 184/1 184/2 184/9 184/13 186/9 198/24 199/1 199/2 199/4 200/4 200/5 200/9 200/20 202/22 202/24 203/14 203/18 203/22 204/3 204/3 204/5 204/8 204/9 204/13 204/16 204/18 204/20 204/20 204/22 204/23 205/1 205/2 212/15 213/8 213/11 215/23 223/23 224/2 224/9 224/12 228/24 232/22 233/1 233/5 233/7 233/9 233/15 233/19 234/2 234/4 234/18 235/3 235/12 236/20 236/22 236/23 236/23 239/10 246/6 248/24 251/15
she'll [1] 70/9
she's [87] 60/23 64/15 65/1 95/2 98/19 108/15 109/16 113/12 113/24 114/9 114/9 114/24 117/11 148/20 149/10 149/15 150/2 151/13 151/18 151/22 151/22 151/23 151/23 152/2 152/4 152/5 152/6 152/6 152/9 152/10 152/12 152/19 152/22 167/18 167/20 167/22 168/8 168/14 168/21 169/6 169/17 169/23 170/16 170/16 170/16 170/17 170/18 171/7 172/2 172/3 172/4 172/5 172/6 172/9 172/12 173/3 174/1 174/6 174/12 175/19 184/24 185/5 185/13 198/18 204/7 204/24 213/11 213/15 213/21 223/21 224/4 224/10 224/16 224/18 225/5

235/4 234/2 234/9 234/14 234/14 234/15 234/16 234/16 234/24 235/2 236/19 241/1
SHELBY [48] 1/11 3/11 3/17 3/18 7/19 7/21 7/22 8/1 12/2 12/5 12/7 13/11 13/12 13/16 13/24 14/4 14/8 14/19 15/2 16/16 16/18 17/24 18/2 19/24 24/1 48/5 55/20 90/7 104/22 108/10 116/17 127/21 127/21 129/12 178/23 179/10 186/20 188/23 189/9 194/9 195/4 195/6 224/9 246/10 246/11 246/20 251/18 255/4
Sheppard [1] 228/23
sheriff [41] 15/5 16/10 49/16 49/17 49/20 49/23 50/14 50/20 63/14 75/1 80/4 80/10 98/3 98/9 98/22 98/24 99/7 99/10 99/16 99/16 99/21 100/3 100/5 100/6 106/17 113/20 113/22 159/7 191/5 195/14 200/6 200/8 222/18 224/10 226/9 226/18 227/1 227/5 232/1 245/18 245/19
sheriff's [17] 50/16 50/22 60/21 80/9 80/24 81/2 81/3 82/1 82/2 82/20 119/9 200/4 210/2 222/4 222/5 223/24 246/10
Sheriff.org [1] 55/21
Sherrye [1] 195/13
shift [1] 67/16
SHM [1] 1/8
short [6] 36/14 36/18 37/21 178/15 179/6 241/23
short-sight [3] 36/14 36/18 37/21
short-staffed [2] 178/15 179/6
shortage [1] 241/21
shortages [2] 56/17 241/8
shorthand [1] 255/6
should [21] 9/9 39/1 39/10 39/16 40/1 59/14 79/23 114/4 123/9 126/21 145/14 157/3 160/24 175/8 180/18 197/15 220/8 234/10 239/8 240/22 255/14
shouldn't [3] 114/14 197/7 221/7
show [30] 28/8 29/18 30/2 30/20 47/21 62/2 78/1 83/4 94/8 107/21

117/19 124/17 129/8 138/13 158/3 159/16 159/17 161/4 165/14 193/24 198/12 201/7 203/12 211/14 218/24 230/10 232/8 237/12 237/21 240/23
showering [1] 209/6
showing [9] 112/24 160/14 167/8 167/17 168/16 181/24 181/24 182/1 182/13
shows [4] 114/3 183/9 234/4 236/8
Shular [3] 199/10 199/10 201/11
shutting [2] 154/15 239/9
sic [1] 112/20
side [7] 29/12 92/19 161/17 169/14 173/7 211/2 251/10
SIERRA [1] 1/13 1/13 4/16 4/20 8/3 8/14
SIERRA-CEDAR [3] 1/13 4/16 8/3
sight [3] 36/14 36/18 37/21
sign [14] 28/5 73/13 73/23 77/13 138/13 139/17 139/19 142/2 189/21 248/24 250/6 250/8 250/9 252/19
signature [3] 2/13 254/13 255/13
signed [2] 16/10 252/11
significant [1] 43/19
signing [2] 76/9 250/10
Siler [2] 5/8 7/5
silly [1] 59/9
similar [2] 120/8 130/21
similarly [1] 1/7
simple [3] 73/7 165/3 252/7
Simpler [1] 218/21
simply [5] 31/8 52/6 130/18 131/13 154/12
Sims [2] 31/10 32/16
since [5] 106/16 121/5 132/18 224/4 235/24
sir [121] 11/14 12/3 12/12 13/1 13/4 13/14 14/8 14/11 14/16 15/23 16/1 16/4 16/6 16/20 17/3 18/6 18/11 18/15 19/20 20/16 20/20 20/24 21/11 21/19 22/8 29/14 32/22 33/4 33/5 35/6 35/12 35/17 36/10 36/16 38/7 38/12 46/22 47/1 47/10 48/9 48/12 48/14 48/17 48/22 49/8 49/11 50/6 56/11 57/20

61/17 62/9 62/21 66/23 67/6 75/4 83/11 83/14 84/14 85/7 87/24 88/2 88/8 88/22 90/8 90/15 90/23 92/20 96/12 100/16 100/19 100/24 101/23 102/3 102/10 103/6 106/7 107/16 107/18 108/5 108/8 108/19 119/2 119/14 119/16 123/18 129/19 154/3 156/5 156/7 156/10 158/15 159/22 160/5 164/24 186/17 187/6 187/11 187/11 187/16 187/24 188/2 190/5 198/6 198/9 201/17 223/15 224/6 227/10 238/19 238/23 239/4 239/22 240/15 241/19 246/24 247/3 247/9 248/12 249/15 253/4 253/4
sit [6] 28/24 171/13 210/10 210/11 210/12 211/11
sitting [2] 39/15 131/14
situated [1] 1/7
situation [6] 70/7 120/7 134/17 211/20 245/17 245/20
situations [2] 26/13 31/11
six [5] 47/15 122/4 163/9 191/8 191/11
Skahan [6] 129/10 130/2 134/12 142/20 144/2 154/5
Skahan's [1] 131/18
slipped [1] 221/6
slow [1] 45/14
slower [1] 218/19
slowing [1] 209/3
small [2] 54/23 239/15
smaller [1] 84/19
smartly [1] 155/13
so [218] 9/9 9/13 9/22 10/11 10/15 11/1 12/15 14/12 15/18 16/7 17/7 17/20 17/24 19/11 20/21 21/20 23/4 23/15 23/21 24/15 25/12 26/2 26/6 26/23 28/16 28/18 31/2 33/6 34/22 36/6 37/17 39/22 41/5 41/20 42/4 42/13 43/23 44/14 44/20 45/8 45/16 46/1 46/11 46/13 49/9 50/4 50/18 55/2 55/11 57/18 59/17 59/24 62/6 63/16 66/14 67/1 69/5 69/15 69/21 70/3 72/2 72/6 74/6 75/13 79/1 80/2 80/11 80/15 81/1 81/21 81/22 82/13 82/19 84/24 84/24 85/13

# S

**so... [142]** 86/10 87/1
87/15 92/2 94/22 95/10
95/22 97/24 98/7
102/11 104/11 104/18
108/19 112/9 113/11
113/18 114/8 114/11
114/16 119/5 122/4
122/18 123/3 123/5
123/13 125/5 126/7
126/13 131/17 135/1
136/15 136/23 137/23
138/14 140/8 141/8
144/2 145/9 148/20
149/9 149/23 151/1
151/13 152/1 152/14
152/16 156/8 156/18
156/21 157/22 158/10
159/23 160/1 160/19
160/23 164/20 166/18
167/13 169/17 170/2
170/2 172/13 174/1
174/12 178/14 178/20
181/2 181/17 181/22
182/5 182/22 182/22
184/5 185/4 187/20
188/7 188/16 188/21
189/22 190/2 190/8
192/13 192/20 195/3
196/2 196/9 197/9
197/20 197/20 199/22
200/14 200/19 200/19
201/15 202/17 203/2
203/2 203/21 203/22
204/20 205/1 206/2
207/3 208/24 209/15
210/22 211/12 211/22
212/3 213/8 214/20
215/24 216/12 217/11
218/10 218/13 218/14
219/17 220/15 222/17
225/23 228/20 228/22
229/12 233/15 233/24
234/9 236/11 237/1
241/1 241/23 242/18
245/16 246/4 246/8
247/15 248/18 248/22
250/22 251/17 251/22
252/24
**So what [1]** 55/2
**software [24]** 1/12
4/12 8/4 8/16 20/9
20/13 20/18 20/21 21/3
72/22 102/6 105/19
107/9 151/15 180/12
181/24 186/12 216/2
217/11 217/14 226/20
233/11 233/12 247/6
**software that [1]** 21/3
**sold [1]** 105/21
**soliciting [2]** 81/16
82/7
**solution [1]** 217/12
**Solutions [2]** 95/5
95/11
**solve [1]** 217/18

**some [77]** 12/7 23/15
28/19 39/22 39/24
43/20 47/8 65/20 66/11
70/6 80/18 85/13 86/20
87/17 88/5 98/18 99/11
109/1 112/23 116/14
122/3 122/3 126/8
127/16 127/21 129/2
130/17 138/9 142/15
143/10 144/16 144/19
144/20 144/22 145/22
145/23 147/10 152/7
156/21 158/10 161/4
164/10 164/15 168/22
173/21 174/17 180/6
180/21 186/19 187/1
192/21 193/4 193/9
193/14 205/2 205/2
206/5 206/5 213/1
213/12 213/13 213/13
213/20 214/2 215/10
219/18 222/24 226/8
226/23 230/18 230/19
234/23 242/22 251/13
251/19 252/4 252/21
**somebody [13]** 85/8
85/13 93/22 101/21
146/8 149/8 151/18
176/3 185/16 195/13
196/11 203/23 235/2
**somebody's [1]** 235/2
**someone [26]** 10/15
24/3 24/18 38/18 74/24
75/13 77/2 79/24 80/2
84/11 88/23 93/15
101/14 113/5 142/16
158/13 171/8 178/14
196/23 197/5 200/19
207/3 208/9 229/10
232/19 252/12
**someone's [1]** 164/3
**something [34]** 21/5
31/17 70/5 71/5 89/2
89/4 92/14 104/7
110/12 110/15 125/3
133/24 137/7 142/11
145/3 155/13 158/14
161/13 162/20 162/22
168/5 172/21 197/12
201/4 202/6 204/9
208/18 216/7 216/7
229/15 245/10 249/8
252/7 252/20
**sometime [2]** 20/14
206/22
**sometimes [7]** 43/16
51/18 66/11 116/24
147/13 191/23 252/18
**somewhere [6]** 24/4
47/18 71/17 157/15
183/19 253/17
**soon [3]** 139/8 247/21
247/23
**sorry [29]** 30/11 31/5
39/7 48/1 58/1 78/6
90/13 96/20 98/7

**1 [25]** 129/17 133/2
133/2 149/5 182/19
187/17 194/14 194/17
207/14 219/9 221/15
221/21 226/13 226/16
227/21 231/3 232/24
237/12 242/5
**sort [5]** 92/3 168/22
173/12 226/8 251/13
**sound [1]** 24/5
**sounds [6]** 24/9 104/13
104/14 104/17 234/13
244/8
**South [2]** 4/17 5/4
**space [1]** 96/8
**speak [5]** 93/17 100/3
128/22 130/5 196/4
**speaking [6]** 62/18
144/10 150/2 156/11
197/14 197/21
**special [1]** 112/6
**specially [1]** 227/13
**specific [6]** 17/16 24/2
25/13 31/10 84/2 180/4
**specifically [3]** 17/20
106/18 179/24
**specifics [1]** 35/19
**speculation [3]** 100/17
100/21 193/10
**Spicer [1]** 4/17
**spoke [1]** 68/6
**spokespersons [1]**
94/24
**squad [3]** 209/15
209/17 209/18
**staff [41]** 32/19 36/4
38/5 38/19 50/2 56/17
57/12 66/6 66/8 103/22
115/8 120/5 123/11
129/5 143/21 148/1
169/11 170/22 170/23
170/24 171/1 175/6
176/2 177/12 177/13
178/12 178/13 179/13
180/6 182/2 182/14
185/2 231/11 236/9
240/21 241/21 241/23
244/3 245/16 253/15
253/22
**staff's [1]** 56/17
**staff-related [1]** 179/13
**staffed [2]** 178/15
179/6
**staffs [1]** 222/18
**stamp [3]** 78/5 83/7
118/4
**stamped [1]** 94/9
**standpoint [1]** 176/24
**Stanton [5]** 128/22
129/1 228/9 228/10
240/20
**Stanton's [1]** 229/4
**start [18]** 10/7 34/13
41/7 41/11 41/16 41/17
42/2 43/9 63/3 94/11
94/13 132/24 161/15

**171/6 207/8 210/16
212/3 237/24
**start-up [4]** 34/13 41/7
41/11 41/16
**started [9]** 8/24 14/5
27/4 47/16 157/17
162/17 200/22 229/16
246/2
**starting [2]** 158/2
211/3
**state [13]** 13/11 13/12
13/16 48/20 65/17
103/20 217/7 251/23
252/1 252/6 255/3
255/5 255/16
**stated [3]** 30/14 32/16
41/5
**statement [16]** 35/18
40/6 40/11 41/5 41/9
41/13 51/21 89/10
120/11 182/20 184/8
195/20 195/21 196/15
197/13 208/15
**statements [3]** 43/15
193/17 193/21
**states [17]** 1/1 32/24
52/14 56/16 57/4 65/17
96/2 108/21 112/4
120/1 167/5 195/10
200/9 203/14 207/22
212/15 234/4
**stating [3]** 53/17 99/16
200/19
**station [1]** 28/10
**status [9]** 73/16 120/23
121/8 150/9 150/11
151/15 152/21 184/11
185/3
**statutory [1]** 51/12
**stayed [1]** 218/18
**steer [1]** 88/13
**steering [17]** 83/10
83/12 83/15 85/10
88/15 93/3 93/22 101/3
101/13 119/19 123/17
142/14 142/17 208/2
208/3 222/15 243/19
**Stenotype [1]** 255/8
**step [1]** 217/23
**steps [2]** 215/10 218/1
**Steve [18]** 48/7 49/13
60/5 63/15 65/8 78/14
159/9 159/12 199/10
199/10 199/22 200/10
201/10 201/12 203/15
221/18 223/5 225/5
**stick [1]** 45/2
**still [27]** 31/12 44/4
67/8 70/15 73/22 73/22
74/7 74/18 74/19 82/15
101/8 109/1 114/13
126/4 139/4 141/9
143/10 144/24 195/12
195/15 196/16 208/14
220/8 245/2 251/12
251/15 252/16

**stipulate [2]** 40/19
153/7
**stipulating [2]** 40/23
153/9
**stop [6]** 12/10 81/4
81/20 161/15 212/19
247/20
**stop/clear [1]** 212/19
**stopped [1]** 140/15
**Street [4]** 3/18 4/4 4/9
4/17
**streets [1]** 81/19
**strike [11]** 61/21 80/3
107/7 150/21 163/16
170/3 171/18 175/13
175/15 200/1 243/6
**striking [2]** 238/5
242/15
**string [7]** 48/4 94/12
118/3 198/15 244/24
245/1 245/2
**strongly [1]** 154/14
**struggling [1]** 89/14
**stuck [2]** 198/24
200/20
**student [1]** 198/22
**stuff [5]** 145/22 145/23
156/14 243/16 246/1
**subject [8]** 65/13 108/6
129/14 165/18 206/17
232/14 238/20 242/15
**subject's [1]** 78/16
**such [6]** 57/17 139/21
163/13 174/13 231/7
255/14
**suffice [13]** 9/17
131/17 144/2 171/20
176/18 197/6 203/21
204/12 224/15 243/5
244/11 244/15 253/13
**sufficient [4]** 9/21
56/18 56/24 57/7
**suggest [2]** 79/22
154/14
**suggested [2]** 121/15
121/18
**suggesting [1]** 45/2
**suggestion [6]** 120/4
123/8 126/11 126/11
126/13 130/13
**Suite [10]** 2/7 3/9 3/15
3/19 3/23 4/5 4/10 4/18
4/22 5/5
**superiors [1]** 108/20
**supervised [1]** 209/20
**supervisor [3]** 118/19
168/4 234/14
**supervisors [2]** 88/10
94/17
**supplies [1]** 240/22
**support [3]** 245/20
252/9 252/10
**supported [2]** 222/15
244/14
**supportive [1]** 96/8
**suppose [2]** 120/4

**S**

suppose... [1] 134/17
supposed [14] 23/21
25/7 68/8 81/12 89/8
89/11 91/24 136/19
141/7 160/12 161/6
178/10 204/7 216/13
sure [32] 9/1 12/15
18/3 19/22 22/19 24/3
30/3 62/13 84/3 103/9
113/4 116/8 116/20
120/7 121/23 125/13
127/22 128/1 163/14
172/22 173/9 197/17
206/4 207/6 221/6
226/15 229/9 229/18
233/23 239/16 244/7
248/6
surface [1] 29/7
surprised [1] 229/15
suspect [1] 10/14
swearing [1] 7/10
swift [1] 212/7
sworn [1] 8/21
system [329]
system's [4] 51/15
51/16 137/24 147/12
system-wide [1] 36/9
systemic [1] 105/6
112/15 115/20 177/18
systems [13] 1/13 4/20
8/14 68/7 68/11 71/24
71/24 83/18 86/17
109/6 149/17 152/23
180/22

**T**

tail [1] 84/7
take [28] 12/23 20/12
26/14 31/7 42/8 42/14
42/24 63/10 64/5 96/5
103/7 108/20 115/6
158/20 158/22 158/23
165/6 167/2 190/14
205/8 209/12 209/16
214/3 215/18 235/7
237/7 242/18 250/13
taken [12] 2/2 2/9 9/6
11/13 11/16 11/18
135/23 139/21 209/19
210/20 217/17 255/8
takes [2] 66/11 191/11
taking [4] 2/19 145/22
191/8 199/5
talk [11] 19/9 21/20
21/21 24/24 69/8 69/13
85/3 86/13 238/21
244/22 245/3
talked [34] 9/3 9/11
23/23 35/20 69/12
86/17 104/20 119/17
119/19 127/2 135/22
136/24 138/18 151/18
152/5 158/7 160/2
160/23 176/1 180/8
186/19 187/7 192/23

206/2 206/22 219/4
219/19 220/15 222/22
248/5 248/20 249/16
250/22 251/23
talking [64] 18/23 19/3
32/3 34/5 34/8 34/9
34/19 68/8 68/16 69/5
69/6 69/10 69/21 70/4
86/7 87/6 100/5 104/8
105/6 115/4 122/22
134/13 134/13 135/6
135/19 149/6 149/8
152/2 152/4 152/7
152/10 152/12 152/16
159/21 162/17 162/20
162/22 167/18 167/20
168/1 169/6 170/17
170/17 170/18 170/24
170/24 171/7 176/2
176/3 177/10 177/16
185/5 185/14 189/7
189/10 189/12 189/13
195/23 196/2 212/3
214/22 224/16 224/18
225/7
talks [3] 72/7 112/1
207/9
tape [2] 165/5 165/7
Tarrant [1] 3/14
tasked [4] 83/22 84/1
84/3 84/4
TATE [1] 1/5
team [13] 222/7 243/7
243/9 243/10 243/16
243/16 243/17 243/18
243/20 244/1 244/3
244/8 244/9
TECHNOLOGIES [5]
1/12 3/21 4/3 8/7 8/9
TEL [6] 1/12 4/7 104/12
104/21 105/15 105/17
telephones [1] 106/2
television [1] 28/10
tell [17] 44/17 58/20
72/22 77/10 84/18
84/24 87/18 113/8
122/13 136/2 176/13
178/23 179/9 180/9
199/8 249/18 252/19
telling [23] 24/17 28/6
55/18 68/11 70/18
77/14 80/22 114/24
142/3 147/8 147/21
148/20 149/10 151/14
157/6 171/21 172/3
174/1 182/22 184/24
185/2 186/12 231/4
ten [3] 154/2 237/7
237/8
TENNESSEE [17] 1/1
1/11 2/8 3/5 3/10 3/15
3/19 3/24 4/10 4/14
4/18 4/22 5/5 95/3
255/3 255/5 255/16
tension [1] 52/20
tenure [3] 54/23 74/18

12556
term [5] 20/9 21/24
71/5 71/9 183/7
terms [6] 2/10 19/22
20/7 52/24 56/7 59/23
TERRENCE [1] 1/6
testified [5] 8/22 44/13
138/19 158/18 224/11
testify [3] 79/6 124/19
247/14
testimony [9] 2/15 6/1
33/23 34/3 75/17
125/20 177/4 238/5
242/15
TETRUS [3] 1/13 5/3
8/11
Texas [1] 4/5
than [19] 33/2 33/9
37/11 50/8 51/12 73/15
79/24 84/11 86/9 87/16
102/23 135/18 174/23
181/17 185/8 191/22
207/4 244/18 254/2
Thank [17] 9/23 10/18
11/4 12/14 62/22 62/23
62/24 107/4 107/18
117/23 124/10 133/4
248/1 253/9 254/7
254/8 254/8
thanks [4] 30/17 78/13
97/5 201/13
that [1152]
that assume [1]
137/14
that's [136] 9/15 9/21
10/4 12/20 14/8 16/22
16/24 17/3 17/22 20/9
23/22 27/18 31/17
31/20 33/21 33/24 34/2
37/8 41/9 41/19 43/18
45/1 45/5 45/23 46/3
46/13 46/16 55/18 58/3
58/5 59/9 61/9 66/14
70/24 72/16 73/2 73/7
74/20 75/12 77/15
84/18 85/18 85/19 86/6
86/16 89/19 91/4 93/9
94/3 97/17 98/19 100/4
104/5 109/20 110/15
111/6 114/9 117/11
125/19 126/19 128/16
133/15 137/4 138/6
140/10 144/5 144/23
145/13 146/7 148/15
151/17 152/9 157/9
157/18 159/1 163/7
166/1 169/22 169/22
170/12 172/12 172/15
172/20 172/21 176/10
177/3 177/15 182/5
182/18 182/18 184/10
184/13 185/16 188/20
190/9 191/24 193/10
194/24 197/3 200/22
202/15 205/12 207/7
209/22 209/23 209/24

210/14 212/5 212/10
212/13 220/9 220/14
221/22 225/9 225/14
227/7 229/21 230/15
232/2 235/8 236/14
236/22 237/2 237/3
241/4 244/4 244/8
247/11 247/20 248/7
248/11 248/18 252/11
253/5 253/9 254/5
the Bates [1] 62/12
the bond [1] 93/3
the vast [1] 175/24
The very [1] 129/16
their [44] 15/6 26/8
52/21 52/21 53/1 53/2
56/7 57/14 67/14 72/23
73/1 76/9 93/13 93/18
102/8 106/10 110/18
110/20 121/7 126/11
130/19 131/2 131/13
140/9 157/7 161/22
162/14 170/18 178/20
180/15 188/7 190/9
195/16 195/22 195/23
196/17 210/2 233/24
235/19 236/5 236/8
240/11 246/2 253/2
them [75] 11/18 25/10
25/10 47/8 57/13 61/5
62/17 65/7 69/8 75/10
81/8 81/18 81/18 81/19
81/20 81/21 81/22 82/5
82/8 82/9 82/11 82/12
95/13 95/14 108/17
122/1 128/18 130/7
131/9 131/12 136/4
136/5 138/24 140/3
141/9 142/3 147/16
151/10 154/11 161/3
171/7 171/10 171/13
175/9 179/19 179/23
182/4 183/16 192/18
212/2 212/6 212/24
213/2 213/5 214/3
215/1 215/4 215/11
215/17 215/18 215/18
215/19 216/23 217/22
218/10 221/2 246/2
249/1 250/6 250/8
250/9 250/10 250/10
250/19 250/20
themselves [2] 1/6
62/17
then [67] 13/15 13/22
14/17 15/11 20/12
20/17 21/12 28/17
28/19 40/21 59/12
64/23 65/8 66/1 68/6
68/17 72/24 75/1 76/2
78/13 78/14 80/6 89/17
91/17 93/16 95/4 114/2
117/1 122/2 128/13
136/1 136/5 137/8
139/18 156/11 160/17
162/18 166/16 169/8

171/10 171/15 173/2
181/3 194/2 199/24
200/14 204/5 208/8
210/5 210/7 210/18
210/21 213/24 215/24
217/19 226/5 228/18
238/24 242/21 245/13
248/24 249/1 249/7
250/5 250/13 252/21
255/8
there [194] 13/23 14/13
14/22 15/12 17/19 20/8
20/12 22/5 22/24 24/16
25/7 25/10 25/11 25/23
26/16 26/20 28/8 33/8
37/10 37/14 38/2 38/5
38/13 40/5 41/9 41/15
41/15 46/2 51/3 51/21
52/18 52/19 53/19
53/20 54/2 54/8 56/6
56/6 61/2 61/22 63/3
63/6 66/3 66/12 66/17
69/9 70/6 73/8 73/8
74/1 74/9 75/22 76/20
76/21 77/1 78/19 78/21
81/5 82/2 85/22 88/20
93/2 93/4 93/10 93/13
93/23 93/23 98/10
100/11 100/12 101/3
102/11 102/20 103/20
105/11 108/24 109/23
112/19 116/13 116/14
116/23 120/20 121/22
122/23 122/24 123/7
123/12 123/21 125/8
125/23 126/1 129/5
129/17 131/3 131/7
131/11 131/13 134/6
135/18 138/5 138/23
139/3 140/15 142/14
142/16 145/11 146/20
147/1 148/14 148/24
148/24 154/9 155/19
156/21 157/20 160/4
161/8 161/9 161/19
161/20 162/12 162/24
162/24 163/3 163/24
163/24 164/18 164/19
171/9 172/14 175/3
175/4 175/4 175/5
175/17 175/22 175/22
177/22 178/3 178/11
178/12 178/15 178/16
178/16 179/16 179/17
181/9 181/20 182/19
182/20 183/15 186/10
187/7 188/3 188/5
188/9 189/23 193/16
193/20 203/3 210/3
210/11 210/12 210/17
210/18 211/5 211/12
212/1 212/15 213/12
218/2 219/22 220/8
223/10 223/12 226/8
226/17 226/23 229/11
229/13 230/14 235/9

**T**

there... [12] 235/24 237/1 237/24 241/14 242/6 243/23 246/19 246/20 247/2 251/4 251/20 255/8

there's [50] 19/4 40/20 43/16 43/24 47/22 63/3 68/7 68/19 75/24 76/2 76/8 76/22 78/11 81/10 81/14 81/15 81/17 88/4 95/20 101/16 102/21 112/12 113/13 124/2 139/4 140/14 140/17 146/2 147/1 149/9 163/15 166/4 167/2 168/21 169/18 171/21 183/23 191/2 193/16 193/20 198/17 213/13 225/12 230/18 235/8 235/10 238/24 239/5 243/15 251/17

therefore [4] 183/2 184/14 202/22 255/15

these [33] 11/3 37/5 40/21 68/7 69/2 69/5 69/7 69/7 69/12 81/15 93/8 93/10 101/8 101/12 106/16 109/2 109/6 110/23 117/5 140/2 149/17 155/20 156/12 156/13 157/2 208/11 212/9 217/21 234/7 250/17

they [148] 10/16 12/1 23/17 23/19 25/7 26/8 39/1 39/5 39/8 39/10 39/12 47/7 52/24 59/5 65/12 69/2 72/13 74/7 75/22 76/7 76/8 79/15 79/21 80/18 80/19 81/11 81/13 82/6 82/6 82/8 87/17 87/19 88/10 88/20 93/17 93/17 93/17 93/20 96/8 105/11 105/11 105/18 105/18 106/5 106/8 107/9 116/6 116/23 121/6 121/24 125/4 125/17 125/22 125/23 125/24 126/12 127/17 127/18 128/2 128/2 128/19 130/22 131/6 131/7 131/14 134/8 134/10 138/13 140/8 141/5 141/8 141/13 141/15 146/18 148/8 148/9 148/9 161/1 161/5 161/6 161/22 161/23 161/23 164/21 167/17 169/12 170/3 175/8 178/10 180/16 180/24 180/24 183/17 183/17 183/23 187/14

they... [12] 188/7 190/3 190/10 190/14 192/24 195/22 195/24 196/1 196/3 197/7 197/17 197/18 198/3 208/4 208/10 208/11 210/5 210/5 215/5 216/8 216/9 217/1 217/2 217/20 217/21 218/3 218/3 218/6 218/7 218/7 218/8 218/8 235/18 243/22 245/18 246/4 248/8 248/10 248/22 249/1 249/5 250/9 250/14 250/18 250/19 250/20 254/3 254/6

they'll [7] 69/13 250/3 250/3 250/6 250/6 250/8 252/18

they're [36] 31/12 53/1 71/15 71/16 71/16 71/18 76/16 77/12 77/13 78/4 82/8 82/16 82/17 95/8 96/9 101/22 102/1 137/9 144/24 163/10 164/12 167/8 168/16 170/4 172/16 179/12 183/14 187/4 196/2 197/7 197/23 211/17 211/17 225/7 242/14 249/13

they've [6] 69/14 73/1 128/3 137/2 210/2 210/12

thing [14] 10/1 17/17 63/22 68/3 68/13 92/16 98/19 117/1 139/5 150/16 161/11 181/3 213/22 216/12

things [20] 17/8 19/19 37/5 37/17 69/7 81/23 91/3 96/6 144/6 145/7 154/9 173/12 178/13 180/18 180/21 209/6 213/13 218/15 249/19 250/17

think [91] 9/2 9/11 9/24 11/2 19/2 19/5 19/6 20/22 21/4 24/4 30/21 46/1 46/3 46/11 52/1 59/13 59/19 59/20 59/23 64/5 67/24 68/6 73/19 73/22 79/9 85/2 85/19 85/19 85/20 86/16 86/18 87/8 90/15 98/19 101/12 101/18 101/23 103/24 111/17 115/12 122/18 123/3 123/12 126/1 126/3 126/3 132/12 138/18 142/13 144/11 144/15 145/20 153/21 156/16 159/14 159/23 168/14 172/15 182/23 188/4 189/8 189/10 192/7

195/7 192/14 193/12 193/13 194/10 195/6 195/7 196/10 201/1 217/22 219/24 220/16 225/10 226/23 228/6 229/3 243/4 243/17 245/2 248/18 251/23 252/6 253/6 253/9

think that [1] 19/6

thinking [7] 29/5 120/2 146/23 226/24 227/1 243/18 244/2

thinks [2] 79/6 236/20

third [3] 56/15 172/18 235/7

this [346]

those [49] 10/17 10/23 17/8 22/9 25/5 27/13 35/8 36/21 37/2 44/6 68/23 69/12 70/17 72/4 82/7 82/14 86/1 88/7 88/9 88/19 90/12 104/24 115/24 128/1 129/4 178/7 180/5 180/20 180/22 180/23 180/23 186/13 188/13 193/21 209/22 212/10 212/12 214/2 216/5 217/16 229/3 233/3 244/9 250/13 250/14 252/4 252/4 252/17 252/17

though [4] 55/23 162/14 178/11 183/24

thought [12] 34/22 40/1 40/7 41/20 41/21 87/1 97/8 120/5 144/12 226/18 229/13 246/19

thoughts [3] 135/15 135/17 222/21

thousand [1] 17/19

thousands [3] 68/17 158/9 158/9

threatening [2] 199/1 199/2

three [8] 11/21 69/18 69/19 139/15 199/5 211/23 217/24 236/19

through [61] 10/2 10/3 24/12 42/9 42/18 42/20 62/14 66/5 69/16 71/10 77/11 78/7 83/7 94/10 107/24 118/4 133/3 136/4 145/11 147/20 148/1 148/2 148/4 159/18 162/6 165/16 169/15 187/16 187/18 187/19 188/17 190/20 194/22 197/5 197/22 198/13 203/9 205/9 207/15 209/16 210/13 212/6 212/6 212/23 215/4 215/19 215/21 216/10 217/17 221/6 221/15 227/20 227/24 235/15 235/22 237/13

242/10 246/18 250/14 250/15 250/19

throughout [5] 16/11 38/13 82/18 152/8 209/13

thus [1] 212/22

ticket [1] 252/2

TIFFANY [6] 1/11 232/19 232/20 232/21 232/21 235/10

time [68] 14/4 35/22 51/12 59/20 62/22 63/12 66/11 72/24 73/2 79/14 83/1 84/18 98/8 98/23 105/13 109/11 114/17 118/14 127/17 127/19 130/3 134/20 142/17 150/1 158/1 161/6 161/24 163/13 165/4 166/13 166/14 166/16 172/18 174/13 192/9 192/12 197/18 206/17 207/9 208/10 208/13 209/10 209/12 209/12 210/16 212/4 212/9 213/5 215/4 215/5 215/8 215/23 216/1 216/3 217/6 217/12 217/15 220/6 220/23 222/12 224/2 232/3 237/7 246/17 248/1 250/10 250/11 253/2

timed [1] 76/12

timeframe [2] 229/22 230/22

timely [6] 17/14 25/18 26/9 27/12 35/8 212/7

times [18] 25/7 41/15 69/9 69/11 76/21 76/21 116/23 134/19 134/20 139/3 191/8 208/12 208/21 209/2 209/3 209/4 213/10 215/9

TIMMONS [3] 3/7 8/18 8/18

Tire [2] 13/18 13/19

tired [1] 153/19

titled [1] 93/9

tmp [1] 1/8

TN [1] 1/22

to file [1] 44/17

to last [1] 92/11

today [8] 10/14 12/6 15/24 46/20 59/15 61/23 139/13 235/16

today's [1] 234/5

together [5] 21/23 68/8 125/8 128/15 171/10

together to [1] 68/8

told [16] 33/1 85/13 96/8 99/10 147/16 166/21 177/19 179/16 179/19 179/24 180/3 187/11 203/17 207/1 216/23 217/22

tomorrow [1] 139/14

too [3] 81/15 81/15 158/1

took [8] 53/11 122/8 122/14 156/22 191/23 191/24 200/14 216/10

top [10] 55/22 60/6 66/1 92/14 96/15 214/12 214/12 223/20 228/2 245/14

total [1] 251/11

totally [3] 162/20 162/22 177/3

towards [1] 19/6 29/6

town [2] 13/3 198/19

Townsel [3] 94/14 94/15 96/3

track [1] 96/9

train [2] 181/2 245/20

trained [5] 178/13 180/11 180/15 180/16 181/8

trainer [1] 151/23

training [17] 23/8 56/24 57/7 88/11 88/11 108/12 151/22 151/24 178/8 180/8 180/9 180/15 180/22 181/22 181/23 246/1 246/4

TRAMMELL [6] 3/21 8/8 97/11 106/16 124/3 124/19

transcript [3] 30/19 31/9 255/8

transition [5] 220/3 220/7 222/10 222/22 239/9

TRAVIS [5] 1/6 228/3 228/4 228/6 229/9

treat [3] 101/21 101/24 102/7

treating [1] 27/13

treatment [2] 51/17 112/13

trial [29] 75/18 75/23 76/1 76/2 76/5 76/7 78/22 79/2 93/16 128/12 134/22 147/20 150/4 151/20 161/18 187/19 188/13 188/19 209/7 211/9 212/17 212/18 212/21 212/24 213/2 215/21 218/4 218/6 236/6

triggered [1] 170/20

triggering [3] 169/9 170/5 172/10

trouble [1] 199/5

true [12] 51/22 52/7 53/4 57/1 71/8 98/14 162/12 164/8 164/9 164/14 164/16 255/8

truth [1] 197/23

try [12] 17/21 21/6 45/2 69/5 88/24 105/5 153/12 168/13 177/5

**T**

try... [3] 181/11 181/12 229/13
trying [15] 21/23 23/3 59/8 67/16 69/15 70/5 123/10 132/14 146/24 162/8 166/12 166/14 207/6 212/4 252/6
Tu [2] 43/15 44/23
Tuesday [1] 47/3
tunnel [2] 141/2 141/6
turn [5] 37/7 87/20 87/21 92/10 199/9
TURNAGE [2] 1/4 7/3
turning [2] 154/15 163/4
tweaked [1] 154/12
Twenty [1] 242/9
twice [4] 54/23 77/12 249/24 250/20
two [13] 11/20 13/13 62/14 68/11 78/7 109/6 149/17 152/23 159/17 217/24 218/4 236/19 242/10
two-page [3] 62/14 78/7 242/10
two-year [1] 13/13
twofold [1] 241/23
TYLER [5] 1/11 3/21 4/3 8/6 8/8
type [1] 143/11
typed [1] 30/20

**U**

U.S [2] 230/1 239/13
Uh [13] 88/18 109/14 149/21 165/20 166/6 167/12 182/17 182/21 198/16 206/19 220/11 221/19 232/16
Uh-huh [13] 88/18 109/14 149/21 165/20 166/6 167/12 182/17 182/21 198/16 206/19 220/11 221/19 232/16
ultimately [1] 72/8
unable [4] 109/12 131/9 143/16 220/6
unacceptable [4] 130/19 131/3 136/22 139/11
unaware [2] 107/6 236/4
under [12] 59/23 68/3 68/14 79/22 147/1 158/20 158/22 158/23 166/9 220/17 225/15 245/17
understaffed [1] 180/1
understand [35] 12/10 12/18 22/24 36/3 36/5 37/19 39/9 45/5 46/16 66/8 68/1 80/5 93/12 95/22 103/22 106/1 109/24 116/8 119/12

119/13 125/7 134/12 140/6 143/17 150/7 152/15 152/15 152/19 154/24 155/4 164/17 167/20 167/22 188/15 246/15
understanding [20] 22/9 22/20 39/21 60/20 87/3 87/7 87/7 99/15 99/23 100/1 104/18 109/15 125/12 135/5 141/11 146/18 155/18 167/13 168/21 186/9
understands [1] 89/8
understood [6] 76/17 76/20 89/11 117/14 145/13 180/10
unfortunately [1] 220/1
union [10] 48/22 48/24 54/20 219/15 219/17 219/18 221/3 242/23 246/5 246/5
UNITED [1] 1/1
unless [1] 147/6
unlikely [1] 11/17
unsafe [1] 52/16
until [25] 15/21 23/12 41/22 43/24 44/6 45/10 59/14 66/9 82/13 103/23 155/12 162/6 163/13 169/12 171/16 173/23 174/13 204/6 210/13 217/17 217/10 222/17 225/12 246/1 251/20
up [53] 11/1 14/5 23/4 29/3 30/20 34/13 38/17 40/2 41/7 41/11 41/16 41/17 42/2 50/2 50/3 57/22 65/20 66/1 78/3 78/10 81/18 92/4 93/17 113/21 142/18 153/24 156/17 156/23 158/2 176/3 180/19 181/24 181/24 182/1 182/10 199/5 201/8 201/9 201/14 207/23 215/12 219/3 220/9 229/16 234/16 234/17 238/8 238/21 239/10 245/13 251/20 252/22 253/13
update [1] 57/13
updated [1] 154/12
upon [15] 20/18 38/18 73/15 93/13 114/1 123/10 126/22 155/15 170/3 170/17 173/10 201/18 204/24 207/5 216/9
urge [1] 57/12
urgency [1] 239/12
urgent [1] 51/3
us [46] 10/23 17/7 25/15 25/22 25/24 28/6 69/17 69/18 76/8 77/10

77/23 85/24 96/7 96/10 106/21 113/8 113/10 125/3 127/24 129/3 134/9 134/10 134/23 137/10 141/24 145/6 147/21 147/21 149/8 153/12 156/11 156/22 158/12 158/13 163/11 172/23 208/21 213/16 216/11 216/22 217/6 218/11 235/3 235/3 242/14 253/21
USA [2] 1/12 4/12
use [8] 20/8 21/24 141/9 155/14 217/11 217/14 225/12 226/19
used [7] 20/8 21/14 71/5 71/9 141/2 141/8 191/4
uses [1] 183/7
using [5] 20/9 23/7 71/10 170/16 227/1
utilization [1] 99/1
utilize [1] 23/5

**V**

vaguely [1] 142/12
various [14] 25/6 26/21 28/7 53/24 69/11 72/3 77/15 81/11 81/23 83/18 134/19 141/7 159/7 250/4
vast [1] 175/24
VAUGHN [5] 1/22 7/6 10/12 255/5 255/18
verbal [1] 87/12
version [1] 17/3
versions [1] 221/5
very [31] 11/11 22/23 43/10 55/22 58/1 63/8 66/6 92/11 92/14 95/2 96/14 103/19 120/12 121/3 129/16 129/16 129/17 152/17 152/17 156/15 180/22 180/23 180/23 192/12 197/13 198/18 214/12 214/12 221/22 223/20 228/2
via [5] 3/7 4/8 4/13 4/20 5/3
video [5] 7/1 29/16 29/18 29/20 30/4
videographer [2] 5/8 28/17
videotape [1] 28/16
Videotaped [2] 2/1
view [1] 91/14
violate [2] 45/15 45/16
violated [3] 17/2 239/14 240/2
violating [5] 43/11 44/3 44/10 132/8 153/21
violation [1] 130/19
violative [1] 46/8
visit [2] 235/19 247/19
visitation [2] 51/13

113/1
visitors [1] 113/7
visits [1] 52/22
vital [1] 143/24
voice [3] 93/14 93/15 130/10
voiced [2] 93/22 120/21

**W**

wait [8] 59/14 61/21 68/20 101/15 149/14 158/16 184/6 185/15
waiting [2] 162/6 162/9
waived [2] 2/13 254/13
walk [2] 235/15 235/22
walk-through [2] 235/15 235/22
Walton [15] 108/1 108/9 108/11 113/12 151/5 165/17 165/24 167/24 171/12 171/21 172/1 175/16 177/10 177/15 182/22
Walton's [2] 117/5 148/6
want [55] 19/22 20/7 20/7 21/20 21/20 24/2 28/24 29/10 33/12 37/4 37/6 37/18 42/10 42/13 42/23 44/23 44/24 45/11 45/13 45/15 45/16 46/17 56/21 58/15 59/17 61/5 61/20 71/4 78/5 81/17 81/18 81/19 81/21 112/3 115/11 132/4 132/5 148/2 153/12 155/23 158/7 163/20 183/6 195/9 205/3 205/5 208/6 211/19 219/20 225/9 238/2 238/5 245/3 247/13 248/6
wanted [5] 61/21 134/10 141/15 216/8 233/23
wants [3] 189/2 210/11 213/20
WARD [8] 1/11 232/19 232/20 232/21 232/21 233/8 233/16 235/10
warrant [24] 112/21 113/6 113/23 114/2 114/3 114/13 137/6 137/11 137/12 138/19 138/23 149/2 149/4 167/16 185/11 205/4 210/1 248/8 249/14 251/5 251/9 251/13 251/24 253/16
warrant's [2] 113/15 113/18
warrants [23] 78/22 79/3 112/19 112/23 113/3 113/7 113/9 136/21 136/24 147/10

147/14 163/15 167/6 167/7 167/9 168/15 168/18 168/23 176/16 183/18 250/17 250/22 252/7
Warrants-There [1] 112/19
was [492]
was a [1] 207/10
was just [1] 160/13
wasn't [31] 23/21 25/16 36/1 74/10 74/23 77/18 86/20 92/6 133/22 141/20 141/24 145/5 145/16 145/20 147/14 149/3 149/3 157/22 163/22 163/22 163/24 164/2 164/14 181/24 192/2 201/2 202/22 202/24 204/13 224/2 224/8
watch [2] 29/19 140/20
watched [1] 31/9
water [1] 157/14
water's [1] 157/15
Watkins [1] 227/21
WATSON [233] 3/3 3/4 6/3 6/4 7/12 11/4 11/6 11/7 18/20 19/18 22/15 24/23 26/5 26/15 27/1 27/17 28/2 29/17 29/21 32/5 32/23 34/4 35/7 35/13 35/23 36/12 38/1 38/15 38/24 39/6 40/3 41/4 46/18 48/3 52/5 52/12 53/13 53/22 54/7 54/15 55/15 56/13 57/3 58/10 58/14 59/11 60/2 61/14 62/11 63/1 66/24 67/7 67/15 68/4 70/11 71/12 72/18 73/5 73/24 74/21 75/7 75/20 77/24 78/9 79/7 83/3 86/24 90/2 90/11 90/16 91/6 91/15 92/1 92/9 93/11 94/4 94/7 96/1 96/19 97/21 98/6 98/21 99/8 99/22 101/1 101/10 102/19 103/4 103/15 105/3 105/14 107/5 107/14 107/20 109/22 110/8 111/4 111/12 111/24 112/14 114/23 115/16 116/2 116/16 117/3 117/13 117/18 118/2 119/4 120/18 124/20 125/6 125/11 126/15 127/9 127/20 129/7 132/23 133/9 133/21 134/11 135/2 135/10 136/8 136/14 137/13 137/18 137/21 138/17 141/10 141/18 142/1 142/19 144/13 146/5 147/23 148/13

**W**

WATSON... [92] 148/19
150/17 151/4 153/23
155/3 156/1 157/21
158/6 159/4 159/15
160/22 162/3 162/19
163/23 164/7 165/1
165/13 167/19 169/4
170/1 170/13 172/8
173/17 174/10 174/18
175/10 176/17 176/22
177/7 177/24 178/6
179/7 179/18 181/21
184/7 186/6 186/18
188/22 189/11 189/19
192/22 193/23 194/21
196/13 198/11 199/21
201/6 202/8 203/6
203/11 204/11 205/18
206/1 206/14 207/12
207/16 218/23 220/5
221/16 222/1 223/9
223/19 224/1 224/7
224/14 226/6 226/14
227/3 227/18 228/1
230/11 230/17 231/2
231/9 231/18 232/7
235/6 236/18 237/20
238/14 239/24 240/8
240/13 241/22 242/3
242/11 244/5 244/20
247/1 247/10 253/12
253/23
way [37] 10/2 15/4
23/9 42/12 45/14 46/13
46/17 50/3 72/16 73/7
84/7 85/12 85/19 85/20
89/18 107/15 111/1
121/2 140/3 146/2
151/21 152/24 173/12
187/23 198/5 212/8
213/16 216/10 216/17
216/17 218/15 223/11
225/15 225/18 226/7
235/13 254/6
ways [2] 73/9 142/22
we [357]
we'd [3] 169/2 223/7
226/5
we'll [26] 10/7 10/10
10/14 24/10 28/18 30/6
45/17 46/15 47/21 56/1
62/3 95/24 99/14 129/8
158/3 158/20 158/21
158/21 158/23 193/24
214/24 215/12 249/24
252/13 252/19 252/22
we're [62] 10/1 10/2
10/12 18/23 19/3 19/5
23/3 40/23 42/4 42/7
43/2 43/4 43/7 44/3
44/10 46/4 46/5 46/6
46/6 46/8 46/11 61/8
61/11 63/5 68/14 68/16
69/6 69/15 71/21 82/14
88/14 103/10 103/13

103/16 106/23 115/20
116/22 131/24 132/11
132/14 138/23 162/20
163/12 165/11 169/23
173/11 175/3 179/11
200/15 205/13 205/16
211/3 215/3 215/16
220/17 222/9 225/24
227/14 236/11 237/8
237/14 237/17
we've [39] 9/2 40/16
40/20 42/5 44/16 68/17
69/11 75/18 78/1 82/13
98/18 104/20 105/6
114/11 115/4 127/2
138/18 158/9 158/22
177/11 180/5 180/5
187/7 189/23 192/16
192/19 197/4 202/2
202/4 218/12 219/19
220/15 222/2 225/22
232/8 237/24 248/5
249/16 250/1
Webb [14] 64/23 66/5
78/16 88/7 165/18
166/21 168/4 171/2
171/6 171/12 232/10
233/8 233/8 233/16
Webb's [1] 168/6
week [3] 130/18
130/21 136/18
weeks [3] 79/19 96/5
216/11
well [214] 11/11 16/23
17/5 17/15 19/1 19/3
19/10 22/17 22/19
22/23 23/23 24/12
24/24 25/16 26/16 27/2
27/9 27/19 28/8 28/19
28/23 30/21 34/5 34/11
35/24 36/19 36/23 37/8
39/1 39/4 39/9 40/12
41/24 44/9 44/21 45/9
45/21 46/4 50/13 50/24
51/5 51/13 52/23 53/16
54/16 54/18 55/3 55/8
56/1 57/14 58/20 58/23
59/9 59/19 60/17 60/24
61/4 61/7 64/5 64/9
65/6 67/16 67/24 70/12
71/18 72/6 72/7 73/14
74/1 75/8 75/10 75/15
76/14 77/6 77/18 80/5
82/5 82/10 83/21 85/4
86/5 87/6 87/11 91/3
93/21 94/19 95/19
97/14 98/22 99/9 99/14
99/24 100/10 100/12
101/2 102/20 105/11
109/4 113/1 113/22
115/2 116/3 116/13
116/17 116/20 117/4
120/1 120/20 121/22
122/21 125/7 127/2
132/9 132/16 133/11
133/19 133/19 134/12

135/20 137/23 139/3
141/11 142/2 145/10
146/6 147/5 147/6
147/14 147/24 148/3
148/11 149/16 150/19
150/23 152/3 152/10
155/15 157/6 157/23
158/20 159/16 160/7
162/8 163/21 164/14
166/13 168/13 169/22
170/16 172/20 173/3
174/19 177/8 178/5
178/8 178/22 179/8
180/14 185/9 185/11
185/20 185/23 188/11
191/15 191/22 192/7
195/9 195/21 196/6
197/11 197/24 200/22
202/9 202/22 204/12
204/15 204/17 207/17
214/5 214/18 214/21
216/14 216/21 217/7
218/5 220/13 220/20
221/17 224/2 224/8
224/15 224/23 225/8
225/22 226/4 226/7
228/19 229/6 231/10
234/2 234/5 235/20
238/15 242/20 243/3
243/12 243/15 244/23
245/8 245/23 246/6
246/19 252/18 254/1
well-being [1] 235/20
went [17] 23/13 23/15
24/13 25/3 36/8 36/8
83/23 117/5 128/7
148/1 156/15 156/17
192/3 208/21 216/12
234/5 240/20
were [211] 12/1 14/3
14/12 14/24 15/3 16/8
16/9 16/10 16/12 17/8
20/8 22/5 22/10 23/5
23/5 23/6 23/16 23/18
23/19 23/19 25/7 25/11
26/8 32/18 34/19 35/8
35/21 36/19 37/2 37/10
37/17 38/5 38/8 38/13
39/9 40/5 41/15 41/15
42/2 48/23 49/6 49/6
50/7 50/8 54/2 56/6
56/6 56/8 60/13 63/18
66/17 67/2 70/4 70/17
70/20 73/9 74/1 74/16
74/18 76/21 80/19
83/12 84/1 84/4 84/20
85/21 85/22 87/19
88/10 88/20 90/6 90/12
91/4 91/8 92/8 93/2
93/4 93/5 93/10 93/18
93/20 93/24 97/8 101/3
103/18 104/19 105/11
110/3 116/6 120/21
121/22 121/24 122/6
123/12 123/20 123/21
124/18 125/4 125/15

125/22 125/22 125/24
125/24 126/4 127/1
127/24 128/14 128/19
130/16 130/23 131/3
131/4 131/7 133/16
139/3 140/7 141/13
145/14 148/9 149/17
157/6 160/2 160/12
160/20 161/6 161/9
161/12 161/12 161/13
161/17 161/19 161/20
162/7 162/12 162/13
163/1 176/15 176/19
176/23 178/3 178/4
178/7 178/10 178/12
178/16 178/16 178/19
178/20 179/5 179/6
179/16 179/16 179/17
179/20 180/14 180/16
181/8 181/20 187/7
187/11 187/14 188/3
188/5 189/23 192/17
192/23 192/24 195/15
195/22 196/1 196/16
198/3 205/20 208/16
209/1 209/2 210/20
212/8 213/14 213/18
213/18 215/9 215/9
215/10 216/6 216/6
216/13 216/17 217/1
217/11 217/20 217/21
218/7 218/16 226/18
226/23 226/24 229/3
231/13 234/7 235/16
235/21 236/4 241/11
241/11 241/20 243/22
244/17 247/5 253/14
254/3
weren't [21] 25/18
27/12 38/3 54/4 67/20
84/3 110/10 125/17
125/23 126/2 127/12
127/17 127/18 148/7
161/5 163/24 164/20
180/10 189/24 197/17
216/24
WESTERN [2] 1/1 1/2
what [290]
what's [12] 92/24
100/9 148/16 171/5
172/16 203/7 207/12
211/24 216/15 221/12
229/13 247/16
whatever [8] 10/3
54/16 59/15 176/10
190/2 206/6 210/12
216/11
whatnot [1] 242/17
when [91] 17/24 17/24
21/21 23/24 24/17 25/3
25/13 29/22 29/13 30/9
30/12 32/1 32/4 38/22
39/5 39/8 39/12 40/6
41/14 41/14 42/8 42/9
43/16 43/17 43/17 46/7
47/2 47/5 49/1 49/6

52/3 52/7 54/12 69/10
69/21 72/6 74/14 83/23
84/15 84/24 85/1 97/18
102/11 114/13 121/7
122/10 131/10 133/11
136/1 136/1 138/12
141/11 149/22 150/2
154/24 163/7 163/10
164/21 166/18 167/23
175/8 176/21 180/19
180/20 181/3 183/10
188/11 189/6 190/10
193/13 193/14 195/21
208/9 208/9 208/11
208/19 211/11 212/3
212/9 216/5 218/8
223/17 225/20 231/6
231/6 234/22 245/20
248/7 249/17 250/24
253/21
where [38] 13/5 13/16
13/22 14/17 15/11
28/21 33/15 45/5 76/21
82/8 96/14 101/12
107/9 130/22 132/18
145/10 158/13 160/24
161/5 171/1 178/12
183/20 187/13 189/24
199/8 204/23 209/23
209/24 211/18 214/11
216/13 218/12 242/19
247/15 247/16 248/8
252/15 252/16
Where's [1] 31/5
whereas [1] 210/19
Whereupon [24] 19/16
29/16 29/20 30/23
47/23 62/5 77/23 83/2
94/6 107/19 111/20
118/1 129/6 133/5
158/5 193/22 198/10
201/5 203/10 206/13
218/22 227/17 232/6
237/19
wherever [2] 72/5
183/22
whether [44] 19/3
23/17 39/10 46/11 55/7
56/5 60/3 60/16 75/8
77/2 84/8 85/14 93/20
94/19 94/22 107/6
107/8 113/14 121/6
121/9 125/13 128/5
128/7 134/7 143/4
143/5 143/8 143/9
143/11 143/13 147/11
149/9 153/18 185/3
187/9 187/14 187/21
190/1 201/3 209/1
223/12 239/11 248/16
249/19
which [28] 7/9 16/12
31/11 44/4 68/12 88/4
104/22 112/24 113/9
120/4 130/16 136/17
150/3 157/23 173/22

# W

**which... [13]** 198/13
201/8 210/1 210/6
211/11 215/3 215/9
218/9 221/21 229/12
229/18 238/8 249/2
**while [8]** 20/8 74/18
81/20 145/13 155/16
211/5 232/17 238/1
**whiskey [1]** 219/16
**white [1]** 102/1
**WHITWELL [3]** 3/17
7/22 58/22
**who [85]** 8/9 25/5
49/13 49/19 49/21
49/24 50/14 52/20
52/24 56/7 58/15 59/22
63/10 63/13 65/22 69/1
69/6 70/16 77/14 80/3
80/5 80/11 84/10 88/9
94/15 98/1 104/4 112/6
113/8 118/5 118/8
119/6 120/21 120/23
121/3 121/24 123/5
128/9 128/14 131/3
151/5 151/9 151/18
152/5 160/12 161/21
162/13 163/1 164/10
164/11 166/7 168/3
171/2 172/4 173/2
179/19 179/22 188/4
188/6 188/13 189/12
193/7 193/8 194/3
194/12 197/14 198/2
198/3 200/2 200/3
207/24 208/6 219/7
220/14 226/24 227/8
228/4 228/4 228/23
231/24 232/19 232/21
243/9 243/13 243/15
**who's [9]** 28/6 62/18
114/12 138/13 141/3
141/6 141/6 243/13
244/7
**whoa [3]** 158/16
158/17 158/17
**whoever [1]** 216/5
**whole [6]** 34/9 125/5
202/16 214/4 225/1
255/14
**whom [1]** 159/5
**whomever [1]** 171/11
**whose [2]** 76/16 87/23
**why [29]** 16/21 16/24
33/12 37/5 37/9 61/19
61/19 87/8 90/24 97/10
103/7 106/20 125/14
125/15 125/24 126/6
132/5 143/17 173/1
173/1 175/23 180/2
204/2 204/6 205/7
212/13 233/19 235/1
240/16
**why this [1]** 173/1
**wide [1]** 36/9
**will [49]** 7/8 7/9 8/15

9/12 9/16 10/11 12/10
12/10 29/2 29/11 40/19
45/19 46/10 61/6 68/22
68/24 76/8 82/5 82/11
92/14 109/1 111/19
139/9 139/9 139/11
139/11 139/13 139/19
139/21 143/21 157/19
169/5 171/15 173/22
200/16 206/4 208/12
208/13 210/5 213/4
222/16 222/19 238/3
240/23 248/15 248/24
249/1 251/7 252/16
**WILLIAM [2]** 3/4 4/13
**Willis [1]** 228/3
**window [6]** 76/8
147/20 210/3 210/6
210/7 249/2
**wise [2]** 72/13 206/5
**wish [1]** 139/17
**withdrawing [1]** 151/1
**within [15]** 17/17 18/13
23/20 36/21 66/12
115/18 116/3 116/3
116/5 116/5 116/6
190/8 190/8 190/9
246/19
**within the [1]** 116/3
**without [8]** 120/6
139/12 181/13 182/15
212/23 248/8 249/12
249/13
**witness [12]** 2/13 7/10
10/7 19/9 44/13 44/18
124/18 132/3 153/16
225/21 231/5 255/15
**WMC [1]** 29/23
**won't [2]** 82/2 153/7
**word [4]** 21/21 32/6
32/7 242/21
**words [9]** 10/6 35/18
41/20 80/20 102/20
114/11 120/22 147/5
173/10
**work [30]** 12/8 13/16
13/17 13/19 18/5 18/13
21/15 21/17 21/23
58/22 69/16 83/20
85/16 86/6 87/16 91/13
91/16 91/18 91/22
101/5 109/7 118/12
141/4 149/18 150/15
157/8 180/24 181/12
215/6 217/4
**worked [10]** 41/23 50/1
83/19 84/4 86/21
118/13 118/14 140/24
156/23 217/5
**workflow [3]** 212/18
212/21 214/10
**working [21]** 12/2 14/3
16/2 23/19 66/5 69/19
94/20 94/20 94/22
138/4 138/5 152/24
200/15 208/4 217/8

222/8 229/3
243/7 243/16 246/18
**works [8]** 18/3 18/6
109/4 149/15 194/9
195/5 220/22 250/21
**worry [1]** 247/19
**worse [1]** 154/17
**would [100]** 9/22 10/15
10/24 11/17 11/20
16/14 17/21 18/7 18/21
25/8 25/21 26/7 26/12
26/13 26/22 26/23 27/6
27/7 32/2 33/11 33/15
43/23 44/5 44/7 62/16
64/1 72/1 73/12 79/22
85/3 86/13 87/3 87/8
87/18 93/17 93/18
100/17 104/21 104/23
113/23 116/24 121/5
122/2 122/5 122/11
125/5 131/12 135/4
139/24 140/2 145/6
145/24 146/2 146/7
146/12 146/14 146/20
147/20 151/19 153/2
154/14 160/20 171/2
171/2 179/23 184/17
187/13 187/16 187/18
187/19 188/12 188/13
188/18 191/23 196/20
202/14 204/3 204/16
206/6 208/20 210/1
212/11 213/20 217/3
217/18 218/19 224/19
229/13 231/23 231/24
233/3 233/7 233/10
233/13 245/2 245/15
251/22 253/1 254/1
254/4
**wouldn't [10]** 16/15
41/22 75/2 91/18 91/21
146/19 146/20 156/20
171/16 218/20
**Wow [1]** 15/16
**writing [3]** 222/6 225/5
233/16
**written [9]** 88/23
126/16 219/18 222/14
224/3 229/24 232/17
239/1 244/13
**wrong [4]** 116/24
138/5 155/18 197/3
**wrote [2]** 151/13 152/1
**Wyatt [1]** 3/14

# Y

**y'all [2]** 10/23 205/11
**yeah [55]** 24/9 27/19
38/14 42/20 43/1 47/4
48/1 49/18 49/18 53/19
60/12 60/17 62/13
65/10 71/13 72/9 90/20
92/21 97/10 102/4
104/13 104/15 105/16
105/24 106/24 110/1
110/19 116/22 139/3

144/14 151/3 151/10
151/12 165/6 166/13
166/19 182/7 189/1
191/4 192/16 195/5
195/5 203/9 218/20
218/21 223/20 228/22
231/3 232/13 241/4
244/22 252/10 254/1
254/1 254/3
**year [6]** 13/13 14/1
14/20 15/10 15/14
84/21
**years [2]** 13/21 15/10
**yes [210]** 9/22 11/14
11/24 12/3 12/12 13/1
13/4 13/14 14/11 14/16
15/23 16/1 16/20 17/3
17/15 17/22 18/6 19/17
18/15 19/20 20/11
20/16 20/20 21/11
21/14 21/19 22/1 22/3
22/8 26/2 26/12 26/20
26/21 26/22 26/24
27/18 27/23 32/11
32/14 32/22 33/4 33/4
34/20 35/1 35/4 35/6
35/12 36/2 36/10 36/16
37/24 38/7 38/12 39/12
39/24 47/1 48/9 48/12
48/22 49/11 50/22
52/11 53/24 54/1 54/6
56/11 57/8 57/20 62/9
62/20 62/21 63/6 63/18
64/10 64/22 65/4 65/24
66/3 66/10 66/23 67/5
73/7 74/5 75/4 76/19
78/18 78/19 83/1 83/11
83/14 84/14 87/11 88/8
88/22 90/8 90/15 90/17
90/22 90/23 92/20 95/6
96/12 98/13 103/6
104/3 104/10 105/2
105/7 105/10 105/20
106/4 106/7 108/5
108/8 108/19 108/23
109/20 110/6 110/14
110/17 110/22 111/23
112/8 112/17 113/17
114/15 115/2 117/11
118/21 119/14 121/13
122/15 122/20 123/12
126/18 126/23 127/7
127/11 127/24 129/19
133/19 133/20 135/24
136/3 136/13 147/13
154/3 154/24 156/5
156/7 156/10 158/15
160/5 164/24 169/23
172/12 173/2 173/9
173/9 174/17 179/17
179/23 186/16 187/2
187/6 187/11 187/11
188/5 190/19 191/23
191/24 194/7 194/19
200/8 200/13 200/17
201/17 203/20 204/2

204/18 208/17 213/7
215/7 215/14 218/20
220/24 224/6 227/23
228/13 232/4 232/13
233/18 236/16 236/22
237/4 238/19 238/23
239/4 240/14 242/1
245/23 246/24 247/3
247/9 248/12 248/19
248/21 251/7 252/1
253/24
**yesterday [5]** 130/15
140/3 195/14 207/24
208/7
**yesterday's [1]** 120/3
**yet [9]** 52/21 53/1
92/17 92/23 93/5 131/8
203/18 204/24 205/1
**York [1]** 185/12
**you [731]**
**you'd [4]** 27/21 29/10
40/10 87/4
**you'll [16]** 20/3 24/21
44/16 44/17 44/18 50/9
56/14 63/2 84/11 88/3
98/17 99/6 105/22
140/20 144/24 193/16
**you're [56]** 15/24 16/2
20/9 34/5 35/18 39/14
42/9 43/11 43/17 45/5
64/11 72/7 72/20 81/21
85/16 102/3 104/8
107/6 128/13 132/7
138/8 138/20 147/5
150/7 150/8 153/21
155/17 159/21 162/18
162/22 163/6 163/11
168/1 180/1 181/5
181/5 181/7 181/9
181/14 181/14 181/15
185/16 187/17 188/23
189/8 192/15 201/9
214/1 214/22 215/14
223/17 229/10 236/11
244/23 244/23 251/7
**you've [18]** 37/6 42/12
43/21 55/8 99/12
101/12 135/22 138/8
148/14 155/5 163/18
166/21 178/14 188/15
225/20 229/19 235/9
251/23
**your [120]** 11/12 11/15
12/1 12/8 13/15 14/22
14/24 16/8 17/3 20/7
22/6 22/9 22/20 32/19
33/22 36/4 37/20 38/5
38/19 38/19 40/6 41/9
44/1 44/19 44/24 45/14
46/19 46/23 47/2 47/6
47/12 48/6 50/5 55/23
57/17 62/3 73/2 77/18
78/2 78/11 78/13 82/21
83/5 84/13 87/2 87/6
87/7 91/8 91/17 99/15
99/23 101/2 101/2

## Y

your... [67] 104/18
107/18 107/22 109/15
110/4 110/4 115/7
115/8 120/5 121/14
124/7 124/16 125/12
135/5 136/2 138/9
138/11 138/15 141/11
146/6 146/22 147/8
147/15 147/24 155/15
157/1 157/7 158/12
158/22 163/7 163/8
163/15 164/18 165/15
167/13 168/20 176/2
178/22 179/9 183/2
183/2 184/14 185/2
185/18 186/9 186/12
189/3 193/11 201/15
206/11 208/15 209/24
209/24 210/1 214/13
223/13 226/1 231/11
231/11 241/7 242/12
242/15 243/6 247/15
247/16 247/16 253/14
yours [2]  50/8 88/1
yourself [2]  11/11
181/16
yourselves [1]  7/9

## Z

zoom [1]  29/7