**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| ISSACCA POWELL et. al, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )     No. 2:16-2907-SHM-tmp |
| | ) |
| BILL OLDHAM et. al, | ) |
| | ) |
|     Defendants. | ) |

**ORDER SETTING MOTIONS FOR HEARING BY VIDEOCONFERENCE**

Before the court by order of reference are the plaintiffs' motion for a discovery conference, to permit merits-based discovery, to compel depositions, and for sanctions and fees and the defendants' motion to amend the scheduling order. (ECF Nos. 288, 289, 291 & 298.) It is ORDERED that the motions are to be set for hearing by videoconference. The parties shall receive more specific instructions about the time, place, and procedures for the hearing by later docket entry. It is further ORDERED that prior to the hearing, the parties must meet and confer in a good faith effort to seek resolution of all issues raised in the motions.

IT IS SO ORDERED.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

May 1, 2020
Date