UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,

Plaintiffs,

v.

BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE MCGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBABARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation,

Defendants.

No. 2:16-cv-02907-SHM-tmp

**THIRD AMENDED SCHEDULING ORDER**

This matter is a putative class action. Pursuant to this Court's Orders, on June 19, 2019 Plaintiffs filed a Seventh Amended Class Action Complaint to name another Defendant against whom comparative fault has been alleged. The parties have agreed to bifurcate class certification from merits discovery, with class discovery and class certification to occur first. The Court agrees that this is appropriate. The parties also agree that this case should be mediated and have agreed to a deadline for the same as stated below. The following schedule and deadlines relating to class discovery and certification are therefore established:

1. The parties have agreed to mediate this case and have agreed that mediation is to be conducted on or before October 30, 2020.

2. Plaintiffs' deadline for disclosing expert information pertaining to class certification pursuant to Fed. R. Civ. P. 26(a) shall be November 6, 2020. Defendants' deadline for disclosing expert information pertaining to class certification pursuant to Fed. R. Civ. P. 26(a) shall be December 7, 2020.

3. All discovery related to Class Certification, including expert-related discovery, shall conclude by January 15, 2021.

4. Plaintiffs shall file motions for class certification by February 15, 2021.

5. Defendants' responses to plaintiffs' motions for class certification shall be filed by March 17, 2021.

6. Plaintiff's replies to such responses shall be due March 31, 2021, and any sur-replies filed by defendants shall be due April 14, 2021.

After the Court has ruled on class certification, another scheduling conference will be held to set additional dates for which merits discovery can be conducted. Absent good cause, the scheduling dates set by this order will not be modified or extended.

So ORDERED this 4th day of June, 2020.

        s/ Tu M. Pham
        TU M. PHAM
        CHIEF UNITED STATES MAGISTRATE JUDGE