IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,

Plaintiffs,

v.

BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation.

Defendants.

**Case No. 2:16-cv-2907-SHM/tmp**

**MOTION TO EXTEND CLASS CERTIFICATION BREIFING DEADLINES**

**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)**

## DECLARATION OF F. SCOTT CONAWAY

I, F. Scott Conaway, being duly sworn, depose and say under oath as follows:

1. My name is F. Scott Conaway, and I am an adult resident and citizen of the State of Tennessee. I am the managing member of CMM Settlement Solutions, LLC (hereinafter "CMM"), which has been retained by interim class counsel (with approval of defense counsel) in the above styled case to send notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C . §1711 (hereinafter "CAFA Notice") to the relevant Attorney Generals of those states where a putative class member might reside and be potentially impacted by the parties' proposed settlement. I am responsible for supervising all class action administration services provided by CMM, was personally involved in sending the CAFA Notice and, therefore, have personal knowledge of the facts set forth herein below.

2. On April 29, 2021, interim class counsel and defense counsel requested that CMM ensure that the CAFA Notice attached hereto as **Exhibit A** was properly sent to forty-one (41) Attorney Generals listed and contained in the heading of **Exhibit A.** The CAFA Notice contained instructions on how to view all pleadings in the case via PACER and the package to be sent included a zip or flash drive containing the following materials: (1) The Original Class Action Complaint; (2) the Seventh Amended Class Action Complaint (the operative complaint in the litigation); and (3) an executed copy of the Settlement Stipulation with all accompanying Exhibits. The accompanying Exhibits to the Settlement Stipulation included the following documents: (1) Ex. A- Proposed Class Settlement Claim Form and Proposed Instructions for Class Action Claim Form and Important Information About Making a Claim; (2) Exhibit B- Proposed Shelby County Jail Suit Class Action Settlement Information – Basic Information; (3) Exhibit C- Proposed Notice of Proposed Class Action Settlement; (4) Exhibit D- Proposed Order Granting Motion for Preliminary Approval of Class Action Settlement, Certifying Settlement Class, Directing Class Notice and Scheduling Final Approval Hearing; and (5) Exhibit E- Proposed Order Granting

Motion for Final Approval of Class Action Settlement, Awarding Attorney's Fees and Incentive Awards, and Entering Final Judgment.

3. The CAFA Notices, including a zip or flash drive containing all of the above-described documentation, were delivered to Federal Express Corporation on May 1, 2021, to be sent via Standard Overnight delivery to arrive May 3, 2021 by 4:00 PM, requiring an adult signature upon receipt. On May 4, 2021, using the tracking numbers provided by Federal Express, CMM verified that each CAFA Notice was delivered on time, to the described location and was signed for upon receipt. Moreover, on May 4 and May 5, CMM staff called each office of the Attorney General listed in **Exhibit A** and verified that the CAFA Notice had been received by all forty-one (41) Attorney Generals on May 3, 2021.

4. Attached hereto as **Exhibit B** is a list of tracking numbers and dates and times of receipt of the CAFA Notice by each of the forty-one (41) Attorney Generals. As **Exhibit B** demonstrates, the CAFA Notices and accompanying documentation, were delivered and received by each of the forty-one (41) Attorney Generals described in the heading of the letter by the close of business on May 3, 2021.

5. CMM has maintained (and will maintain) all the original shipping labels and the delivery receipts with signatures and can produce this documentation upon request.

I, F. Scott Conaway, declare under penalty of perjury that the foregoing is true and correct.

F. Scott Conaway

F. SCOTT CONAWAY

EXECUTED ON: 5/11/21







April 30, 2021

**ALL VIA FEDERAL EXPRESS OVERNIGHT EXPRESS- SIGNATURE REQUIRED**

The Honorable Merrick Garland
Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 353-1555

The Honorable Leslie Rutledge
Attorney General of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-2612
(800) 482-8982

The Honorable Lynn Fitch
Attorney General of Mississippi
Department of Justice
550 High Street
Jackson, MS 39201
(601) 359-3680

The Honorable Herbert H. Slatery, III
Attorney General of Tennessee
425 5th Avenue
Nashville, TN 3724
(615) 741-3491

The Honorable Steve Marshall
Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 336104
(334) 242-7300

The Honorable Mark Brnovich
Attorney General of Arizona
2005 N Central Avenue
Phoenix, AZ 85004
(602) 542-5025

The Honorable Rob Bonta
Attorney General of California
1300 I St.
Suite 1740
Sacramento, CA 95814
(916) 445-9555

The Honorable Phil Weiser
Attorney General of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508) 6000

The Honorable Ashley Moody
Attorney General of Florida
The Capitol, PL 01
Tallahassee, FL 32399-1050
(850) 414-3300

The Honorable Chris Carr
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 656-3300

The Honorable Clare E. Connors
Attorney General of Hawaii
425 Queen Street
Honolulu, HI 96813
(808) 586-1500

The Honorable Tom Miller
Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319
(515) 281-5164

The Honorable Kwame Raoul
Attorney General of Illinois
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601
(312) 814-3000

The Honorable Todd Rokita
Attorney General of Indiana
Indiana Government Center
South-5th Floor
302 West Washington
(317) 232-6201

The Honorable Derek Schmidt
Attorney General of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 296-2215

The Honorable Daniel Cameron
Attorney General of Kentucky
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601
(502) 696-5300

The Honorable Jeff Landry
Attorney General of Louisiana
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6000

The Honorable Maura Healey
Attorney General of Massachusetts
1 Ashburton Place
Boston, MA 02108-1698
(617) 727-2200

The Honorable Brian Frosh
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202-2202
(410) 576-6300

The Honorable Aaron Frey
Attorney General of Maine
State House Station 6
Augusta, ME 04333
(207) 626-8800

The Honorable Dana Nessel
Attorney General of Michigan
525 W. Ottawa Street
Lansing, MI 48906
(517) 373-1110

The Honorable Keith Ellison
Attorney General of Minnesota
Suite 102, State Capital
75 Dr. Martin Luther King, Jr. Blvd.
Saint Paul, MN 55155
(651) 296-3353

The Honorable Eric Schmitt
Attorney General of Missouri
Supreme Court Building
207 W. High Street
Jefferson City, MO 65101
(573) 751-3321

The Honorable Josh Stein
Attorney General of North Carolina
Dept. Of Justice
114 West Edenton Street
Raleigh, NC 27603
(919) 716-6400

The Honorable Doug Peterson
Attorney General of Nebraska
State Capitol
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683

The Honorable Aaron D. Ford
Attorney General of Nevada
Old Supreme Court Building
100 N. Carson Street
Carson City, NV 89707
(775) 684-1100

The Honorable Gurbir S. Grewal
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08611
(609) 292-8740

The Honorable Hector Balderas
Attorney General of New Mexico
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501
(505) 490-4060

The Honorable Letitia A. James
Attorney General of New York
Dept. of Law- The Capitol, 2nd Floor
Albany, NY 12224
(518) 776-2000

The Honorable Dave Yost
Attorney General of Ohio
Sate Office Tower
30 E. Broad Street
Columbus, OH 43266-0410
(614) 466-4320

The Honorable Mike Hunter
Attorney General of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

The Honorable Ellen F. Rosenblum
Attorney General of Oregon
Justice Building
1162 Court Street, NE
Salem, OR 97301
(503) 378-6002

The Honorable Josh Shapiro
Attorney General of Pennsylvania
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

The Honorable Alan Wilson
Attorney General of South Carolina
Rembert C. Dennis Office Building
1000 Assembly Street, Room 159
Columbia, SC 29201
(803) 734-3970

The Honorable Jason Ravnsborg
Attorney General of South Dakota
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215

The Honorable Ken Paxton
Attorney General of Texas
Capitol Station
209 West 14th Street
Austin, TX 78701
(512) 463-2100

The Honorable Mark Herring
Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

The Honorable Bob Ferguson
Attorney General of Washington
1125 Washington Street SE
Olympia, WA 98501
(360) 753-6200

The Honorable Josh Kaul
Wisconsin Department of Justice
State Capitol, Room 114 East
Madison, WI 53702-7857
(608) 266-1221

The Honorable Patrick Morrisey
Attorney General of West Virginia
State Capitol, 1900 Kanawha Blvd., E.
Charleston, WV 25305
(304) 558-2021

The Honorable Bridget Hill
Attorney General of Wyoming

State Capitol Building
Cheyenne, WY 82002
(307) 777-7841

Re: **Notice of Proposed Class Action Settlement**
***Turnage, et al v. Oldham, et al*; Case No. 2:16-cv-02907-SHM/tmp (W.D. Tenn.)**

Ladies and Gentlemen:

On behalf of the parties in the above-referenced litigation, this letter is to provide notice, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §1711 *et seq*., of a proposed class action settlement in this matter. Plaintiffs Scott Turnage, Deontae Tate, Jeremy S. Melton, Aubrey L. Brown, as administrator ad litem of the estate of Issacca Powell, Keith Burgess, Travis Boyd, Terrence Drain, and Kimberly Allen, individually and on behalf of themselves and the Settlement Class have entered into an April 2, 2021 Stipulation and Class Action Settlement Agreement and Release (the "Settlement Agreement"). The parties contemplate filing a motion for preliminary approval from the District Court for the Western District of Tennessee (the "Court") by no later than May 7, 2021. The motion for preliminary approval will request the certification, for settlement purposes only, of a class of individuals that were arrested and allegedly over-detained in the Shelby County Jail.

In accordance with the requirements of 28 U.S.C. § 1715, enclosed please find a zip drive containing the following documents and information associated with this action:

1. **28 U.S.C. § 1715(b)(1)-Complaint**: A copy of the Original Class Action Complaint and the current live pleading, the Seventh Amended Class Action Complaint, are attached. Copies of the various other amended complaints are electronically available via the Internet by navigating to www.pacer.uscourts.gov.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings**: A hearing on the Motion for Preliminary Approval of the Class Action Settlement has not been set. There are no other scheduled judicial hearings in this matter as of the date of this notice.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members**: The proposed notices attached as Exhibits B and C to the Settlement Agreement, inform class members of the terms of the proposed class action settlement and class members' rights thereunder, including the right to request exclusion from the settlement.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement**: The Settlement Agreement is attached hereto.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements**: Other than the Settlement Agreement identified in paragraph 4 above, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment**: The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members**: It is not feasible to provide "the names of class member who reside in each State" or "the estimate[d] proportionate share of the claims of such member to the entire settlement," as requested by 28 U.S.C. §1715(b)(7)(A). Defendants estimate that the total number of individuals that were arrested and detained in the Shelby County Jail during the Class Period to be 72,975. Importantly, only a small subset of these individuals will have been over-detained in a manner that would qualify them to be members of the settlement class. Defendants' best estimate at this time is that approximately 4.8% or 3,500 of the total number of arrested and detained individuals will qualify as members of the proposed class. Based on this estimate and the percentages of total arrestees from each State, Defendants' current best estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members are as follows:

- Of the 72,975 total people arrested, 83 or .11% are estimated to reside in Alabama; the estimated number of class members expected to reside in Alabama is 3 to 4 (.11% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 683 or .93% are estimated to reside in Arkansas; the estimated number of class members expected to reside in Arkansas is 35 (.93% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 22 or .03% are estimated to reside in Arizona; the estimated number of class members expected to reside in Arizona is 1 to 2 (.03% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 81 or .11% are estimated to reside in California; the estimated number of class members residing in California is 3 to 4 (.11% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 17 or .02% are estimated to reside in Colorado; the estimated number of class members expected to reside in Colorado is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 78 or .11% are estimated to reside in Florida; the estimated number of class members expected to reside in Florida is 3 to 4 (.11% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 107 or .15% are estimated to reside in Georgia; and the estimated number of class members expected to reside in Georgia is 5 to 6 (.15% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 1 or .001% are estimated to reside in Hawaii; the estimated number of class members residing in Hawaii is 0 to 1 (.001% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 13 or .02% are estimated to reside in Iowa; the estimated number of class members residing in Iowa is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 102 or .14% are estimated to reside in Illinois; the estimated number of class members expected to reside in Illinois is 4 to 5 (.14% of the estimated 3,500 class members).

- Of the 72,975 total people arrested, 30 or .04% are estimated to reside in Indiana; the estimated number of class members expected to reside in Indiana is 1 to 2 (.04% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 5 or .006% are estimated to reside in Kansas; the estimated number of class members expected to reside in Kansas is 0 to 1 (.006% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 33 or .05% are estimated to reside in Kentucky; the estimated number of class members expected to reside in Kentucky is 1 to 2 (.05% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 54 or .07% are estimated to reside in Louisiana; the estimated number of class members residing in Louisiana is 2 to 3 (.07% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 16 or .02% are estimated to reside in Massachusetts; the estimated number of class members expected to reside in Massachusetts is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 6 or .006% are estimated to reside in Maryland; the estimated number of class members expected to reside in Maryland is 0 to 1 (.006% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 4 or .005% are estimated to reside in Maine; the estimated number of class members expected to reside in Maine is 0 to 1 (.005% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 29 or .04% are estimated to reside in Michigan; the estimated number of class members expected to reside in Michigan is 1 to 2 (.04% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 12 or .02% are estimated to reside in Minnesota; and the estimated number of class members expected to reside in Minnesota is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 106 or .15% are estimated to reside in Missouri; the estimated number of class members residing in Missouri is 5 to 6 (.15% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 2536 or 3.4% are estimated to reside in Mississippi; the estimated number of class members expected to reside in Mississippi is 119 (3.4% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 28 or .04% are estimated to reside in North Carolina; the estimated number of class members expected to reside in North Carolina is 1 to 2 (.04% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 7 or .01% are estimated to reside in Nebraska; the estimated number of class members expected to reside in Nebraska is 0 to 1 (.01% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 8 or .01% are estimated to reside in Nevada; the estimated number of class members expected to reside in Nevada is 0 to 1 (.01% of the estimated 3,500 class members).

- Of the 72,975 total people arrested, 8 or .01% are estimated to reside in New Jersey; the estimated number of class members expected to reside in New Jersey is 0 to 1 (.01% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 7 or .01% are estimated to reside in New Mexico; the estimated number of class members expected to reside in New Mexico is 0 to 1 (.01% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 28 or .04% are estimated to reside in New York; the estimated number of class members expected to reside in New York is 1 to 2 (.04% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 30 or .05% are estimated to reside in Ohio; the estimated number of class members residing in Ohio is 1 to 2 (.05% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 15 or .02% are estimated to reside in Oklahoma; the estimated number of class members expected to reside in Oklahoma is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 5 or .006% are estimated to reside in Oregon; the estimated number of class members expected to reside in Oregon is 0 to 1 (.006% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 9 or .01% are estimated to reside in Pennsylvania; the estimated number of class members expected to reside in Pennsylvania is 0 to 1 (.01% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 15 or .02% are estimated to reside in South Carolina; the estimated number of class members expected to reside in South Carolina is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 9 or .01% are estimated to reside in South Dakota; the estimated number of class members expected to reside in South Dakota is 0 to 1 (.01% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 67,111 or 92% are estimated to reside in Tennessee; the estimated number of class members expected to reside in Tennessee is 3220 (92% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 206 or .28% are estimated to reside in Texas; the estimated number of class members residing in Texas is 9 to 10 (.28% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 27 or .04% are estimated to reside in Virginia; the estimated number of class members expected to reside in Virginia is 1 to 2 (.04% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 14 or .02% are estimated to reside in Washington; the estimated number of class members expected to reside in Washington is 0 to 1 (.02% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 31 or .05% are estimated to reside in Wisconsin; the estimated number of class members expected to reside in Wisconsin is 1 to 2 (.05% of the estimated 3,500 class members).

- Of the 72,975 total people arrested, 3 or .004% are estimated to reside in West Virginia; the estimated number of class members expected to reside in West Virginia is 0 to 1 (.004% of the estimated 3,500 class members).
- Of the 72,975 total people arrested, 1 or .001% is estimated to reside in Wyoming; the estimated number of class members expected to reside in Wyoming is 0 to 1 (.001% of the estimated 3,500 class members).

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement**: The Court has not yet issued an opinion regarding the proposed settlement as of the issuance of this notice.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the undersigned.

Yours very truly,

F. Scott Conrad

CMM Settlement Solutions, LLC

# Exhibit B

| Recipient: | Tracking Number: | Date Received | Signed By: |
|---|---|---|---|
| AG Merrick Garland-U.S. | 773603481049 | May 3, 2021 | A. Owens |
| AG Steve Marshall-AL | 773603373817 | May 3, 2021 | H. Harris |
| AG Leslie Rutledge-AR | 773603839848 | May 3, 2021 | B. Stanfield |
| AG Mark Brnovich-AZ | 773604025272 | May 3, 2021 | L. Fisher |
| AG Rob Banta-CA | 773605571639 | May 3, 2021 | B. Christensen |
| AG Phil Weiser-CO | 773604064730 | May 3, 2021 | S. Spencer |
| AG Ashley Moody-FL | 773603682474 | May 3, 2021 | N. Jones |
| AG Chris Carr-GA | 773604123890 | May 3, 2021 | D. Alice |
| AG Clare E. Connors-HI | 773603732667 | May 3, 2021 | R. Kagawa |
| AG Tom Miller- IA | 773604172145 | May 3, 2021 | J. Doll |
| AG Kwame Raoul-IL | 773604268557 | May 3, 2021 | E. Marshall |
| AG Todd Rokita-IN | 773604794308 | May 3, 2021 | R. Collins |
| AG Derek Schmidt-KS | 773604322591 | May 3, 2021 | D. Decklar |
| AG Daniel Cameron-KY | 773604828711 | May 3, 2021 | C. Stinnett |
| AG Jeff Landry-LA | 773604366568 | May 3, 2021 | T. Owens |
| AG Maura Healey-MA | 773604881436 | May 3, 2021 | J. Barnes |
| AG Brian Frosh-MD | 773604516775 | May 3, 2021 | C. Jackson |
| AG Aaron Frey-ME | 773604930335 | May 3, 2021 | L. Douin |
| AG Dana Nessel-MI | 773604561951 | May 3, 2021 | D. DK |
| AG Keith Ellison-MN | 773604961573 | May 3, 2021 | K. Bosch |
| AG Eric Schmitt-MO | 773604614823 | May 3, 2021 | A. Jones |
| AG Lynn Fitch-MS | 773605636982 | May 3, 2021 | J. Jackson |
| AG Josh Stein-NC | 773604996085 | May 3, 2021 | A. Perlmetter |

| Recipient: | Tracking Number: | Date Received: | Signed By: |
|---|---|---|---|
| AG Doug Peterson-NE | 773604666990 | May 3, 2021 | T. Conley |
| AG Gurbir S. Grewal-NJ | 773605053305 | May 3, 2021 | O. Outside Mailroom |
| AG Hector Balderas-NM | 773605380330 | May 3, 2021 | D. Donald |
| AG Aaron D. Ford-NV | 773605029080 | May 3, 2021 | M. Ford |
| AG Letitia A. James-NY | 773605110350 | May 3, 2021 | H. Felt |
| AG Dave Yost-OH | 773605393693 | May 3, 2021 | A. Gomez |
| AG Mike Hunter-OK | 773605133052 | May 3, 2021 | C. HA |
| AG Ellen F. Rosenblum-OR | 773605412063 | May 3, 2021 | M. Ogilvie |
| AG Josh Shapiro-PA | 773605160939 | May 3, 2021 | J. Carter |
| AG Alan Wilson-SC | 773605429562 | May 3, 2021 | G. Giles |
| AG Jason Ravnsborg-SD | 773605184605 | May 3, 2021 | J. Stahl |
| AG Herbert H. Slatery, III-TN | 773603960798 | May 3, 2021 | H. Sherrell |
| AG Ken Paxton-TX | 773605451509 | May 3, 2021 | C. Pender |
| AG Mark Herring-VA | 773605261240 | May 3, 2021 | C. Nevetral |
| AG Bob Ferguson-WA | 773605468044 | May 3, 2021 | H. Hailey |
| AG Josh Kaul-WI | 773605293565 | May 3, 2021 | S. Froelich |
| AG Patrick Morrisey | 773605487028 | May 3, 2021 | W. Way |
| AG Bridget Hill-WY | 773605321411 | May 3, 2021 | V. Brown |