**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

## NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

May 26, 2021

RE:    16-2907-SHM
        Issacca Powell, et al. v. Bill Oldham, et al

Dear Sir/Madam:

A **MOTION HEARING in re: D.E. 369** has been **SET** for **FRIDAY, JULY 9, 2021** at **1:30 P.M.** before **Judge Samuel H. Mays, Jr., Courtroom No. 3, Federal Building, Memphis, Tennessee**.

If you have any questions, please contact me by e-mail or at the number provided below, or contact Ms. Daphne Rankin at (901) 495-1283.

Sincerely,
THOMAS M. GOULD, CLERK

BY:    S/ *Jairo Mendez*
        Jairo Mendez, Case Manager
        901-495-1217
        E-mail: jairo_mendez@tnwd.uscourts.gov