IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of Themselves and all similarly situated persons<br><br>    PLAINTIFFS,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation<br><br>    DEFENDANTS. | **Case No.: 2:16-cv-2907-SHM/tmp**<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, & INJUNCTIVE RELIEF**<br><br>**JURY TRIAL EMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

**MOTION AND MEMORANDUM OF GARRETT M. ESTEP TO WITHDRAW
AS COUNSEL FOR TETRUS CORP.**

1

Garrett M. Estep respectfully moves for leave of Court to withdraw as counsel for Tetrus Corp ("Tetrus").  Mr. Estep is one of two Memphis lawyers that represent Tetrus.  Robert A. McLean also represents Tetrus, and will continue to do so.  This motion is filed with the knowledge and consent of Tetrus.

Grounds for this motion are that the undersigned is retiring from the active practice of law and winding up his case load.  Withdrawal will not impact any of the ongoing proceedings in this case, and no party will be prejudiced.  Mr. McLean represented Tetrus at the July 9, 2021 court hearing, and will continue to represent Tetrus though the remaining proceedings in this case.

It is requested that Mr. Estep's formal leave to withdraw from representation of Tetrus in this case be granted.

## CERTIFICATE OF COUNSEL

Prior to filing this motion, the undersigned consulted with the other attorneys in this case.  There is no opposition to the motion.

Respectfully submitted,

*/s/ Garrett M. Estep*

Robert A. McLean
Attorney I.D. No. 6516
Garrett M. Estep
Attorney I.D. No. 19078
FARRIS BOBANGO BRANAN PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
(901) 259-7100

*Counsel for Defendant Tetrus Corp.*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing has been served on the following counsel of record via the Court's CM/ECF system, this 20th day of July, 2021:

| | |
|---|---|
| Frank L. Watson, III, Esq.<br>William F. Burns, Esq.<br>William E. Routt, Esq.<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, Tennessee 38103<br>(901) 529-7996<br>Email: fwatson@watsonburns.com<br>Email: bburns@watsonburns.com<br>Email: wroutt@watsonburns.com<br><br>*Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members* | Michael G. McLaren, Esq.<br>William E. Cochran, Jr., Esq.<br>BLACK MCLAREN JONES RYLAND & GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, Tennessee 38117<br>(901) 762-0535<br>Email: mmclared@blackmclaw.com<br>Email: wcochran@blackmclaw.com<br><br>*Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members* |
| Robert E. Craddock, Esq.<br>Odell Horton, Jr., Esq.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, Tennessee 38120<br>(901) 537-1000<br>Email: rcraddock@wyattfirm.com<br>Email: ohorton@wyattfirm.com<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br>(901) 222-2100<br>Email: lee.whitwell@shelbycountytn.gov<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |
| Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>(901) 577-2121<br>Email: btrammell@bakerdonelson.com | Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>(214) 939-5815<br>Email: beth.petronio@klgates.com |

| | |
|---|---|
| *Counsel for Defendant Tyler Technologies, Inc.* | *Counsel for Defendant Tyler Technologies, Inc.* |
| Douglas F. Halijan, Esq.<br>William David Irvine, Esq.<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>(901) 524-5000<br>Email: dhalijan@bpjlaw.com<br>Email: wirvine@bpjlaw.com | Russell Brandon Bundren, Esq.<br>James L. Murphy, Esq.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>(615) 252-4647<br>Email: bbundren@babc.com<br>Email: jmurphy@bradley.com |
| *Counsel for Defendant Software AG Cloud Americas, Inc.* | *Counsel for Defendant Global TelLink Corporation* |
| Albert G. McLean, Esq.<br>Kevin David Bernstein, Esq.<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>901-522-2324<br>Email: amclean@spicerfirm.com<br>Email: kdb@spicerfirm.com | Heather Gwinn-Pabon, Esq.<br>Erin McDaniel, Esq.<br>GORDON REES SCULLY MANSUKHANI<br>3401 Mallory Lane, Suite 120<br>Franklin, TN 37067<br>Email: hgwinn@grsm.com |
| *Counsel for Defendant Sierra-Cedar, Inc.* | *Counsel for Defendant Sierra Systems Group, Inc.* |
| Brice M. Timmons<br>DONATI LAW<br>1545 Union Ave.<br>Memphis, Tennessee 38104<br>(901) 278-1004<br>Email: brice@donatilaw.com | |
| *Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members* | |
| | */s/ Garrett M. Estep* |