*Tywanna Hall v. Oldham, et al.*
Case No. 2:16-cv-2907-SHM-tmp (W.D. Tenn.)

*Court-Ordered Legal Notice*

Postage Prepaid

Claims Administrator Name
Claims Administrator Address
Claims Administrator Address

***This card provides only limited information about the Settlement. Please visit [website URL] or call (901)\*\*\*-\*\*\*\* for more information.***

A Settlement has been reached in a class action lawsuit affecting individuals that were arrested and detained in the Shelby County, Tennessee Jail between November 1, 2016, and March 21, 2021, for longer than they should have been detained allegedly as a result of the implementation of a new computer system. Certain individuals are excluded from the class, and not all class members will be eligible to receive a payment.

County records show you might be a class member and eligible to participate in the Settlement.

To be eligible to receive a payment, you must submit a sworn Claim Form postmarked or submitted by _____. You may obtain a claim form and more information about this process by visiting [website URL] or calling (901)\*\*\*-\*\*\*\*.

***Important Notice: Class Action Settlement***

***If you were arrested and over-detained at the Shelby County, Tennessee Jail between November 1, 2016 and March 21, 2021, this Settlement may affect your rights.***

Current Occupant
Address
City State Zip

EXHIBIT
**F**

Turner et al. v. Oldham et al.
Case No. 2:16-cv-2907-SHM-tmp (W.D. Tenn.)

***<u>This card provides only limited information about the Settlement. Please visit<br>
[website URL] or call (901)***-**** for more information.</u>***

The lawsuit alleges that Defendants violated individuals' constitutional rights under 42 U.S.C. §§ 1983 and 1988 and were negligent in the November 2016 implementation and operation of a new computer system at the Shelby County Jail. Defendants deny any wrongdoing or liability.

The Settlement provides injunctive relief and a gross settlement amount of $4.9 million to pay (1) claims of eligible Settlement class members; (2) the costs of administration; (3) attorneys' fees and expenses; and (4) any incentive awards made by the Court to class representatives. Attorneys for the class are seeking $2.4 million to cover their fees and expenses. Class members who timely submit a valid claim demonstrating they were allegedly over-detained for 9 hours or longer may be entitled to receive a cash payment from the Settlement. The actual amount recovered by each class member is based on the amount of time he or she was allegedly over-detained and will not be determined until the claim period has ended and all claims have been calculated.

You might be a class member, and if so, you might be eligible to receive payment. If you are eligible and want to receive payment, you must file a sworn claim. If you do nothing, you won't receive a payment and will release your related legal claims if the Settlement is finally approved. If you don't want to be bound by the Settlement, you must Opt-Out individually by sending a written, notarized request to the Claims Administrator by _____. You may also stay in the Settlement and file an Objection. For more information about procedure for claims, Opt-Outs and Objections, please review the Settlement Agreement and Long Form Notice at the settlement website.

The Court will hold a hearing on _____ to consider whether to approve the Settlement, which you may review at the settlement website. You don't have to appear at the hearing to receive a payment, file an Objection, or Opt-Out. You may hire an attorney, at your own expense, to appear at the hearing if you provide the notice and comply with the requirements found at [website URL].