IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **SCOTT TURNAGE et. al,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 16-cv-2907-SHM |
| ) | |
| **BILL OLDHAM et. al,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**ORDER DENYING DEFENDANT TETRUS CORP.'S MOTION TO DISMISS**

Before the Court is Defendant Tetrus Corp.'s ("Defendant") August 31, 2020 Motion to Dismiss (the "Motion"). (D.E. No. 346.) On August 11, 2021, the Court preliminarily approved the parties' settlement agreement. (D.E. No. 376.) Defendant's Motion is **DENIED** as moot.

SO ORDERED this 11th day of August, 2021.

                                                          */s/ Samuel H. Mays, Jr.*
                                                        SAMUEL H. MAYS, JR.
                                                        UNITED STATES DISTRICT JUDGE