**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*　　　　　　　　　　　　　　　　　　　　　*Deputy-in-Charge*
*242 Federal Building*　　　　　　　　　　　　　　　　　　*U. S. Courthouse, Room 262*
*167 N. Main Street*　　　　　　　　　　　　　　　　　　　*111 South Highland Avenue*
*Memphis, Tennessee 38103*　　　　　　　　　　　　　　　　*Jackson, Tennessee  38301*
*(901) 495-1200*　　　　　　　　　　　　　　　　　　　　　　　　*(713) 421-9200*

---

# NOTICE OF SETTING
**Before Judge Samuel H. Mays, Jr., United States District Judge**

---

August 12, 2021

　　RE:　16-2907-SHM
　　　　　Issacca Powell, et al. v. Bill Oldham, et al

Dear Sir/Madam:

　　A **FINAL APPROVAL HEARING** has been **SET** for **WEDNESDAY, NOVEMBER 10, 2021** at **1:30 P.M.** before **Judge Samuel H. Mays, Jr., Federal Building, Memphis, Tennessee**.

　　If you have any questions, please contact me by e-mail or at the number provided below, or contact Ms. Daphne Rankin at (901) 495-1283.

　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　THOMAS M. GOULD, CLERK

　　　　　　　　　　　　BY:　　S/ *Jairo Mendez*
　　　　　　　　　　　　　　　　Jairo Mendez, Case Manager
　　　　　　　　　　　　　　　　901-495-1217
　　　　　　　　　　　　　　　　E-mail: jairo_mendez@tnwd.uscourts.gov