IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE , CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ESTATE OF ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, <br><br>    PLAINTIFFS, <br><br> v. <br><br><br> BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation. <br><br>    DEFENDANTS. | **Case No. 2:16-cv-2907-SHM/tmp** <br><br><br><br><br><br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, TENNESSEE COMMON LAW, DECLARATORY, AND INJUNCTIVE RELIEF** <br><br>**JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |

---

NOTICE OF FILING THE DECLARATION OF AUBREY BROWN, AS ADMINISTRATOR AD LITEM FOR THE ESTATE OF ISSACCA POWELL IN FURTHER SUPPORT OF 'MOTION FOR AWARD OF ATTORNEY'S FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO PLAINTIFFS'

---

COME NOW Plaintiffs, Scott Turnage, Deontae Tate, Jerremy S. Melton, Aubrey L. Brown, as Administrator ad Litem of the Estate of Issacca Powell, Keith Burgess, Travis Boyd, Terrence Drain, and Kimberly Allen, hereby files their *Notice of Filing the Declaration of Aubrey Brown, as Administrator ad Litem for the Estate of Issacca Powell in further Support of 'Motion for Award of Attorneys Fees, Reimbursement of Expenses, and Incentive Awards to Plaintiffs'* (Motion filed as ECF 380). A copy of the Declaration is attached hereto.

Respectfully submitted,

/s/Brice M. Timmons_____
Brice M. Timmons (TN #29582)*
Craig A. Edgington (TN #38205)*
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Phone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

        */s/William E. Routt, III*
William E. Routt (TN #28577)*
Frank L. Watson, III (TN #15073)*
William F. Burns (TN #17908)*
WATSON BURNS, PLLC
253 Adams Avenue
Memphis, Tennessee 38104
(901) 529-7966 – Phone
(901) 529-7998 – Facsimile
wroutt@watsonburns.com
fwatson@watsonburns.com
bburns@watsonburns.com


*/s/William E. Cochran, Jr.*
William E. Cochran, Jr. (TN #21428)*
Michael G. McLaren (TN #5100)*
BLACK MCLAREN JONES
 RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535 – Phone
(901) 762-0539 – Facsimile
wcochran@blackmclaw.com
mmclaren@blackmclaw.com


*\*Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this October 28, 2021, a true and correct copy of the foregoing has been filed electronically with the Court's ECF system and served on all parties to this action via the Court's Electronic Case Filing System this 28th day of October 2021.

        */s/Brice M. Timmons*