IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **Case No. 2:16-cv-2907-SHM/tmp** |
| BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF EMMETT LEE WHITWELL

I, Emmett Lee Whitwell, declare as follows:

1.      I am an adult resident and citizen of the State of Tennessee.

2.      I have personal knowledge of the facts contained in this Declaration.

3.      I am competent to testify as to the matters set forth herein.

4.      I am an attorney, have been duly licensed by the State of Tennessee to practice law since 2014, and have been actively engaged in the practice of law in Tennessee since 2014. My Tennessee law license has been in good standing for the entire period of time I have been licensed. I am duly admitted to practice before this Court. I have never been disciplined by the Tennessee Board of Professional Responsibility, any court in which I am or have been admitted to practice, or any other such entity or body.

5.      I am employed by Shelby County Government in the County Attorney's Office in the position of Assistant County Attorney. I have been employed with Shelby County Government since July, 2016. My business address is 160 North Main Street, Suite 950, Memphis, TN 38103.

6.      I am one of the attorneys of record for the Shelby County Defendants.

7.      In the Court's August 11, 2021, Order Granting Motion for Preliminary Approval of Class Action Settlement (hereinafter "the Order"), the Court set certain notice requirements. These notice requirements included, but were not limited to, printed notices that were to be posted at the Shelby County Jail located at 201 Poplar Avenue (the "Notices").

8.      Paragraph 8.5 of the Order states, "Shelby County shall post two notices at 201 Poplar: one at the public entrance to the Shelby County Jail, and one on the wall next to the elevators on the main floor. The notices will be posted for 30 days following the Court's entry of this Order approving the Joint Motion for Preliminary Approval. Shelby County will conduct weekly inspections during this time to ensure that the notices have not been removed and, if necessary, repost the notices."

9.     I was responsible for posting the Notices at the Shelby County Jail.

10.    On September 13, 2021, I posted the required Notices in each of the two locations specified by the Order, as well as in a third, additional location within the Shelby County Jail:

   (1)   a bulletin board in the general area of General Sessions Criminal Court ("downstairs");

   (2)   next to the elevators that take attorneys to Criminal Court ("upstairs"); and

   (3)   on the glass wall entryway to the Jail, where attorneys must pass in order to meet their in-custody clients.

10.    I spoke with Chief Kirk Fields, Captain Lawanda Talley, and others at the Shelby County Jail entrance to make sure they understood the importance of the Notices as required by paragraph 8.5 of the Order.

11.    The 30th day for posting the Notices was October 13, 2021.

12.    Every Friday since September 13, 2021 and also on Monday, October 18, 2021, I checked the Notices at the Shelby County Jail to ensure they had not been removed, in accordance with the Order.

13.    From September 13, 2021 through at least October 18, 2021, the Notices remained in their locations and were not torn or removed.

14.    I took photographs of the Notices on September 13, 2021 and October 18, 2021. **(Collective Ex. 1)**

15.    The Notices remain posted at the Shelby County Jail as of the filing of this Declaration.

16.    Shelby County intends to remove the Notices at the close of business on Friday, October 29, 2021.

17.     If called to testify in this matter, I would provide the same information stated in this Declaration.

### Declaration under 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Date:   October 26, 2021

**E. Lee Whitwell**

100608180.2

4

# September 13, 2021 Photos

EXHIBIT

1





**LOCATIONS**

**2nd Floor:**

Division 14 (Shelby County/THP Traffic Court)
Division 25/Hearing Room

**5th Floor:**

Divisions 1 – 4

**6th Floor:**

Divisions 5 – 8

**7th Floor:**

Divisions 9 – 10

**10th Floor:**

Division 14 (Environmental Court)

**FLOORS
7 thru 12
"ONLY"**













# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
## Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

## SUMMARY DESCRIPTION OF THE LAWSUIT

There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no: 2:16-cv-2907. This lawsuit at the Shelby County, Tennessee Jail alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class.

## WHO IS INCLUDED IN THE SETTLEMENT?

The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

## WHAT DOES THE SETTLEMENT PROVIDE?

Settlement Class Members who timely submit valid Claim Forms may be entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

## WHAT ARE MY RIGHTS?

**1.Participate in the Settlement by Submitting a Claim**. If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by **December 30, 2021**. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.

**2.You Can Object to the Settlement**. If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021**. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

**3.You Can "Opt Out" of the Settlement**. If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10, 2021**. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

**4.If You Do Nothing**: If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

## OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS

If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court will hold a hearing on **November 10, 2021 at 1:30** to consider whether to give final approval to the Settlement. You or your own lawyer may appear and speak at the hearing at your own expense.

### FOR MORE INFORMATION:
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828

September 17, 2021 Photo



**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

**SUMMARY DESCRIPTION OF THE LAWSUIT**
There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no: 2:16-cv-2907. This lawsuit at the Shelby County, Tennessee Jail alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class.

**WHO IS INCLUDED IN THE SETTLEMENT?**
The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Settlement Class Members who timely submit valid Claim Forms may be entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

**WHAT ARE MY RIGHTS?**

**1.Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by December 30, 2021. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@consettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.

**2.You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021**. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

**3.You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10, 2021**. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

**4.If You Do Nothing.** If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

**OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS**
If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court will hold a hearing on **November 10, 2021 at 1:30** to consider whether to give final approval to the Settlement. You or your own lawyer may appear and speak at the hearing at your own expense.

**FOR MORE INFORMATION:**
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828

**UNAUTHORIZED CELL PHONES**

Anyone caught attempting to bring in a cell phone will be subject to arrest and/or termination!

# October 18, 2021 Photos

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
### Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

### SUMMARY DESCRIPTION OF THE LAWSUIT
There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no: 2:16-cv-2907. This lawsuit at the Shelby County, Tennessee Jail alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class.

### WHO IS INCLUDED IN THE SETTLEMENT?
The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

### WHAT DOES THE SETTLEMENT PROVIDE?
Settlement Class Members who timely submit valid Claim Forms may be entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

### WHAT ARE MY RIGHTS?

1.**Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by **December 30, 2021**. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.

2.**You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021**. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

3.**You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10, 2021**. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

4.**If You Do Nothing:** If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

### OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS
If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court will hold a hearing on **November 10, 2021 at 1:30** to consider whether to give final approval to the Settlement. You or your own lawyer may appear and speak at the hearing at your own expense.

**FOR MORE INFORMATION:**
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828





# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
## Shelby County Jail Suit Class Action Settlement

**If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021, for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.**

**SUMMARY DESCRIPTION OF THE LAWSUIT**
There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no: 2:16-cv-2907. This lawsuit at the Shelby County, Tennessee Jail alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class.

**WHO IS INCLUDED IN THE SETTLEMENT?**
The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Settlement Class Members who timely submit valid Claim Forms may be entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

**WHAT ARE MY RIGHTS?**

**1.Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by **December 30, 2021.** You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmnsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.

**2.You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021**. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

**3.You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10, 2021**. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

**4.If You Do Nothing**: If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

**OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS**
If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court will hold a hearing on **November 10, 2021 at 1:30** to consider whether to give final approval to the Settlement. You or your own lawyer may appear and speak at the hearing at your own expense.

### FOR MORE INFORMATION:
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828

UNAUTHORIZED CELL PHONES