

August 30, 2021

The Honorable Merrick Garland
Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 353-1555

The Honorable Lynn Fitch
Attorney General of Mississippi
Department of Justice
550 High Street
Jackson, MS 39201
(601) 359-3680

The Honorable Steve Marshall
Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 336104
(334) 242-7300

The Honorable Rob Bonta
Attorney General of California
1300 I St.
Suite 1740
Sacramento, CA 95814
(916) 445-9555

The Honorable Ashley Moody
Attorney General of Florida
The Capitol, PL 01
Tallahassee, FL 32399-1050
(850) 414-3300

The Honorable Clare E. Connors
Attorney General of Hawaii
425 Queen Street
Honolulu, HI 96813
(808) 586-1500

The Honorable Kwame Raoul
Attorney General of Illinois

The Honorable Leslie Rutledge
Attorney General of Arkansas
323 Center Street
Suite 200
Little Rock, AR 72201-2612
(800) 482-8982

The Honorable Herbert H. Slatery, III
Attorney General of Tennessee
425 5th Avenue
Nashville, TN 3724
(615) 741-3491

The Honorable Mark Brnovich
Attorney General of Arizona
2005 N Central Avenue
Phoenix, AZ 85004
(602) 542-5025

The Honorable Phil Weiser
Attorney General of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508) 6000

The Honorable Chris Carr
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 656-3300

The Honorable Tom Miller
Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319
(515) 281-5164

The Honorable Todd Rokita
Attorney General of Indiana

James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601
(312) 814-3000

Indiana Government Center
South-5th Floor
302 West Washington
(317) 232-6201

The Honorable Derek Schmidt
Attorney General of Kansas
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
(785) 296-2215

The Honorable Daniel Cameron
Attorney General of Kentucky
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601
(502) 696-5300

The Honorable Jeff Landry
Attorney General of Louisiana
1885 N 3rd Street
Baton Rouge, LA 70802
(225) 326-6000

The Honorable Maura Healey
Attorney General of Massachusetts
1 Ashburton Place
Boston, MA 02108-1698
(617) 727-2200

The Honorable Brian Frosh
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202-2202
(410) 576-6300

The Honorable Aaron Frey
Attorney General of Maine
State House Station 6
Augusta, ME 04333
(207) 626-8800

The Honorable Dana Nessel
Attorney General of Michigan
525 W. Ottawa Street
Lansing, MI 48906
(517) 373-1110

The Honorable Keith Ellison
Attorney General of Minnesota
Suite 102, State Capital
75 Dr. Martin Luther King, Jr. Blvd.
Saint Paul, MN 55155
(651) 296-3353

The Honorable Eric Schmitt
Attorney General of Missouri
Supreme Court Building
207 W. High Street
Jefferson City, MO 65101
(573) 751-3321

The Honorable Josh Stein
Attorney General of North Carolina
Dept. Of Justice
114 West Edenton Street
Raleigh, NC 27603
(919) 716-6400

The Honorable Doug Peterson
Attorney General of Nebraska
State Capitol
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683

The Honorable Aaron D. Ford
Attorney General of Nevada
Old Supreme Court Building
100 N. Carson Street
Carson City, NV 89707
(775) 684-1100

The Honorable Gurbir S. Grewal
Attorney General of New Jersey
Richard J. Hughes Justice Complex

The Honorable Hector Balderas
Attorney General of New Mexico
408 Galisteo Street

25 Market Street
Trenton, NJ 08611
(609) 292-8740

The Honorable Letitia A. James
Attorney General of New York
Dept. of Law- The Capitol, 2nd Floor
Albany, NY 12224
(518) 776-2000

The Honorable Mike Hunter
Attorney General of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

The Honorable Josh Shapiro
Attorney General of Pennsylvania
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

The Honorable Jason Ravnsborg
Attorney General of South Dakota
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215

The Honorable Mark Herring
Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

The Honorable Josh Kaul
Wisconsin Department of Justice
State Capitol, Room 114 East
Madison, WI 53702-7857
(608) 266-1221

The Honorable Bridget Hill
Attorney General of Wyoming
State Capitol Building
Cheyenne, WY 82002
(307) 777-7841

Villagra Building
Santa Fe, NM 87501
(505) 490-4060

The Honorable Dave Yost
Attorney General of Ohio
Sate Office Tower
30 E. Broad Street
Columbus, OH 43266-0410
(614) 466-4320

The Honorable Ellen F. Rosenblum
Attorney General of Oregon
Justice Building
1162 Court Street, NE
Salem, OR 97301
(503) 378-6002

The Honorable Alan Wilson
Attorney General of South Carolina
Rembert C. Dennis Office Building
1000 Assembly Street, Room 159
Columbia, SC 29201
(803) 734-3970

The Honorable Ken Paxton
Attorney General of Texas
Capitol Station
209 West 14th Street
Austin, TX 78701
(512) 463-2100

The Honorable Bob Ferguson
Attorney General of Washington
1125 Washington Street SE
Olympia, WA 98501
(360) 753-6200

The Honorable Patrick Morrisey
Attorney General of West Virginia
State Capitol, 1900 Kanawha Blvd., E.
Charleston, WV 25305
(304) 558-2021

August 30, 2021

Re: **Supplemental Notice of Proposed Class Action Settlement**
*Turnage, et al v. Oldham, et al*; **Case No. 2:16-cv-02907-SHM/tmp (W.D. Tenn.)**

Ladies and Gentlemen:

On behalf of the parties in the above-referenced litigation, this letter is to provide supplemental notice, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §1711 *et seq.*, regarding a proposed class action settlement in this matter. This letter supplements the information previously provided on our May 1, 2021 letter. On August 11, 2021, the Court entered the attached Order Granting Motion for Preliminary Approval of Class Action Settlement, Certifying Settlement Class, Directing Class Notice, and Scheduling Final Approval Hearing (the "Order").

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents and information associated with this action:

1. **28 U.S.C. § 1715(b)(1)-Complaint**: A copy of the Original Class Action Complaint and the current live pleading, the Seventh Amended Class Action Complaint, were provided in our prior correspondence. Copies of the various other amended complaints are also electronically available via the Internet at www.pacer.uscourts.gov.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings**: Per paragraph 7 of the Order, a Final Approval Hearing regarding the settlement has been set for November 10, 2021 at 1:30 p.m. There are no other scheduled judicial hearings in this matter as of the date of this notice.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members**: The proposed form of publication notice to class members was attached to our prior correspondence. In addition, per paragraph 8.4 of the Order, Class Notice will be provided by United States Mail to approximately 19,945 potential Class Members in the form and manner required by the Order.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement**: The Settlement Agreement was attached to our original correspondence. In addition, the Settlement Agreement was amended on July 23, 2021 by the Parties' Agreed Supplement to Joint Motion for Preliminary Approval (the "Agreed Supplement"). A copy of the Agreed Supplement is attached to this notice.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements**: Other than the Settlement Agreement and Agreed Supplement identified in paragraph 4 above, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment**: The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members**: An estimate of the number of class member consistent with the requirements of 28 U.S.C. § 1715(b)(7)(B) was provided with

our original correspondence.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement**: Other than the Order, the Court has not yet issued an opinion regarding the proposed settlement.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the undersigned.

Yours very truly,

*[signature]*
CMM Settlement Solutions LLC