

**EXHIBIT**
B

**FedEx.**   Shipment Receipt

**Address Information**
Ship to:                          Ship from:
Hon Jason Ravnsborg              Franklin Conaway
Attorney General of South
Dakota
1302 E Highway 14 Ste 1          7140 Ivy Leaf Dr
                                 ste 102
PIERRE, SD                       Memphis, TN
57501                            38138
US                               US
6057733215                       9018595150

**Shipment Information:**
Tracking no.: 774712347397
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 13, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774712347397

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.STAHL | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | PIERRE, SD, |
| | | Delivery date: | Sep 7, 2021 08:05 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774712347397 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| **Recipient:** | | **Shipper:** | |
| PIERRE, SD, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

**Address Information**

**Ship to:**
Hon Alan Wilson
Attorney General of South
Carolina
1000 Assembly St
Rembert C Dennis Office
Bldg
COLUMBIA,  SC
29201
US
8037343970

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102

Memphis,  TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774712294390
Ship date: 09/02/2021
Estimated shipping charges:  27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 13, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774712294390

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | V.GILES | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | COLUMBIA, SC, |
| | | **Delivery date:** | Sep 7, 2021 11:46 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774712294390 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| COLUMBIA, SC, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

 Shipment Receipt

## Address Information

**Ship to:**
Hon Josh Shapiro
Attorney General of
Pennsylvania
16th Floor Strawberry Square

HARRISBURG, PA
17120
US
7177873391

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711989820
Ship date: 09/02/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



October 13, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711989820

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.PARAZINESE | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | HARRISBURG, PA, |
| | | Delivery date: | Sep 7, 2021 09:12 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711989820 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| HARRISBURG, PA, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

   Shipment Receipt

## Address Information

**Ship to:**
Hon Ellen F Rosenbloom
Attorney General of
Oklahoma
1162 Court St BE
Justice Building
SALEM, OR
97301
US
5033786002

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711940473
Ship date: 09/02/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



October 13, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711940473

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | T.OLGELVIE | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | SALEM, OR, |
| | | Delivery date: | Sep 7, 2021 11:36 |

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| Tracking number: | 774711940473 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| SALEM, OR, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

 Shipment Receipt

**Address Information**

**Ship to:**
Hon Mike Hunter
Attorney General of
Oklahoma
313 NE 21st St

OKLAHOMA CITY, OK
73105
US
4055213921

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774711899884
Ship date: 09/02/2021
Estimated shipping charges: 27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711899884

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | C.HA | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | OKLAHOMA CITY, OK, |
| | | Delivery date: | Sep 7, 2021 08:47 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711899884 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| OKLAHOMA CITY, OK, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx®**　Shipment Receipt

## Address Information

**Ship to:**
Hon Dave Yost
Attorney General of Ohio
State Office Tower
30 E Broad St
COLUMBUS, OH
43266-0410
US
6144664320

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711857800
Ship date: 09/02/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711857800

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | J.DICKSON | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | COLUMBUS, OH, |
| | | Delivery date: | Sep 7, 2021 09:25 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711857800 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| **Recipient:** | | **Shipper:** | |
| COLUMBUS, OH, US, | | Memphis, TN, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

 **Shipment Receipt**

## Address Information

**Ship to:**
Hon Letitia A James
Attorney General of New York
The Capitol

ALBANY, NY
12224
US
5187762000

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711816384
Ship date: 09/02/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

### Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711816384

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | H.HASSON | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | ALBANY, NY, |
| | | **Delivery date:** | Sep 7, 2021 09:31 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774711816384 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| ALBANY, NY, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

  Shipment Receipt

## Address Information
### Ship to:
Hon Aaron D Ford
Attorney General of Nevada
100 N Carson St

CARSON CITY, NV
89701-4717
US
7756841100

### Ship from:
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711772841
Ship date: 09/02/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711772841

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.WALKER | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | CARSON CITY, NV, |
| | | Delivery date: | Sep 7, 2021 09:50 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711772841 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| CARSON CITY, NV, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Hector Balderas
Attorney General of New Mexico
408 Galisteo St
Villagra Bldg
SANTA FE,  NM 87501
US
5054904060

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

## Shipment Information:

Tracking no.: 774711726062
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

## Package Information

Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:

Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711726062

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | R.RIOA | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | SANTA FE, NM, |
| | | Delivery date: | Sep 7, 2021 12:58 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774711726062 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| **Recipient:** | | **Shipper:** | |
| SANTA FE, NM, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Gurbir S Grewal
Attorney General of New Jersey
25 Market Street

TRENTON,  NJ
08611
US
6092928740

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711671132
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711671132

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | R.RESO | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | TRENTON, NJ, |
| | | Delivery date: | Sep 7, 2021 09:11 |
| Shipping Information: | | | |
| Tracking number: | 774711671132 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| TRENTON, NJ, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

    Shipment Receipt

**Address Information**

**Ship to:**

Hon Doug Patterson
Attorney General of
Nebraska
2115 State Capitol

LINCOLN, NE
68509
US
4024712683

**Ship from:**

Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774711630100
Ship date: 09/02/2021
Estimated shipping charges: 27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711630100

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.BARRO | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | LINCOLN, NE, |
| | | Delivery date: | Sep 7, 2021 08:38 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711630100 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| LINCOLN, NE, US, | | Memphis, TN, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this
shipment.  Please check again later for a signature.

**FedEx.**   Shipment Receipt

**Address Information**
**Ship to:**
  Hon Aaron Josh Stein
  Attorney General of North
Carolina
  114 West Edenton St

  RALEIGH,  NC
27603
  US
  9197166400

**Ship from:**
  Franklin Conaway


  7140 Ivy Leaf Dr
  ste 102
  Memphis,  TN
  38138
  US
  9018595150

**Shipment Information:**
Tracking no.: 774711590293
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711590293

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | A.PERLMETTER | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | RALEIGH, NC, |
| | | Delivery date: | Sep 7, 2021 11:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711590293 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| RALEIGH, NC, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

**Address Information**

**Ship to:**
Hon Lynn Finch
Attorney General of
Mississippi
Department Of Justice
550 High St
JACKSON,  MS
39201
US
6013593680

**Ship from:**
Franklin Conaway


7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774711525689
Ship date: 09/02/2021
Estimated shipping charges:  27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711525689

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.GINE | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | JACKSON, MS, |
| | | Delivery date: | Sep 7, 2021 09:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711525689 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| JACKSON, MS, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**        Shipment Receipt

## Address Information

**Ship to:**                    **Ship from:**
Hon Eric Schmitt                Franklin Conaway
Attorney General of Missouri
207 W High St                   7140 Ivy Leaf Dr
                                ste 102
JEFFERSON CITY,  MO             Memphis,  TN
65101                           38138
US                              US
5737513321                      9018595150


## Shipment Information:
Tracking no.: 774711481285
Ship date: 09/02/2021
Estimated shipping charges:  27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711481285

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Guard/Security Station |
| **Signed for by:** | C.FLOWERS | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | JEFFERSON CITY, MO, |
| | | **Delivery date:** | Sep 7, 2021 09:08 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774711481285 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| JEFFERSON CITY, MO, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Keith Ellison
Attorney General of
Minnesota
75 Dr Martin Luther King Jr
Ste 102 State Capitol
SAINT PAUL,  MN
55155
US
6512963353

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

## Shipment Information:

Tracking no.: 774711436433
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

## Package Information

Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:

Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711436433

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | C.CARR | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | SAINT PAUL, MN, |
| | | Delivery date: | Sep 7, 2021 15:20 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774711436433 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| SAINT PAUL, MN, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx**   Shipment Receipt

## Address Information

**Ship to:**
Hon Dana Nessel
Attorney General of
Michigan
525 W Ottawa St

LANSING, MI
48933-1067
US
5173731110

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774711377419
Ship date: 09/02/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711377419

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.SECIRITY | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | LANSING, MI, |
| | | Delivery date: | Sep 7, 2021 09:30 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774711377419 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| LANSING, MI, US, | | Memphis, TN, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

**FedEx.**   Shipment Receipt

**Address Information**
**Ship to:**                          **Ship from:**
Hon Aaron Frey                        Franklin Conaway
Attorney General of Maine
State House Section Six                7140 Ivy Leaf Dr
                                      ste 102
AUGUSTA,  ME                          Memphis,  TN
04333                                 38138
US                                    US
2076268800                            9018595150

**Shipment Information:**
Tracking no.: 774711165729
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711165729

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | D.RICHARDS | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | AUGUSTA, ME, |
| | | **Delivery date:** | Sep 7, 2021 09:17 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774711165729 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |

| **Recipient:** | **Shipper:** |
|---|---|
| AUGUSTA, ME, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**    Shipment Receipt

**Address Information**
**Ship to:**                        **Ship from:**
Hon Brian Frosh                     Franklin Conaway
Attorney General of
Maryland
200 Saint Paul St                   7140 Ivy Leaf Dr
                                    ste 102
BALTIMORE,  MD                      Memphis,  TN
21202-2004                          38138
US                                  US
4105766300                          9018595150

**Shipment Information:**
Tracking no.: 774711102871
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required, Residential
Delivery
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711102871

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | P.SHANKS | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Residential Delivery; Adult Signature Required | | BALTIMORE, MD, |
| | | Delivery date: | Sep 7, 2021 09:14 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711102871 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| BALTIMORE, MD, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

**Address Information**

**Ship to:**
Hon Maura Healey
Attorney General of
Massachusetts
1 Ashburton Place

BOSTON, MA
02108
US
6177272200

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774711051156
Ship date: 09/02/2021
Estimated shipping charges: 31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required, Residential Delivery
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774711051156

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | J.BARNES | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Residential Delivery;<br>Adult Signature Required | | BOSTON, MA, |
| | | Delivery date: | Sep 7, 2021 09:55 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774711051156 | Ship Date: | Sep 2, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| BOSTON, MA, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

   Shipment Receipt

## Address Information
**Ship to:**
Hon Jeff Landry
Attorney General of
Louisiana
1885 N 3rd St

BATON ROUGE,  LA
70802
US
2253266000

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774710991710
Ship date: 09/02/2021
Estimated shipping charges:  27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774710991710

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | M.BROWN | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | BATON ROUGE, LA, |
| | | **Delivery date:** | Sep 7, 2021 11:51 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774710991710 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| BATON ROUGE, LA, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Daniel Cameron
Attorney General of
Kentucky
700 Capitol Ave

FRANKFORT, KY
40601-3410
US
5026965300

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774710938683
Ship date: 09/02/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774710938683

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | C.STINNETT | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | FRANKFORT, KY, |
| | | **Delivery date:** | Sep 7, 2021 09:13 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774710938683 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| FRANKFORT, KY, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Derek Schmidt
Attorney General of Kansas
120 SW 10th Ave Fl 2

TOPEKA, KS
66612-1237
US
7852962215

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774710862766
Ship date: 09/02/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774710862766

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | D.DECKLAR | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | TOPEKA, KS, |
| | | **Delivery date:** | Sep 7, 2021 09:37 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774710862766 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |

| **Recipient:** | **Shipper:** |
|---|---|
| TOPEKA, KS, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.

  Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Hon Bridget Hill | Franklin Conaway |
| Attorney General of Wyoming | |
| State Capitol Bldg | 7140 Ivy Leaf Dr ste 102 |
| CHEYENNE,  WY 82002-0001 | Memphis,  TN 38138 |
| US | US |
| 3077777841 | 9018595150 |

**Shipment Information:**
Tracking no.: 774710804958
Ship date: 09/02/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774710804958

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.BROWN | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | CHEYENNE, WY, |
| | | **Delivery date:** | Sep 7, 2021 09:38 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 774710804958 | **Ship Date:** | Sep 2, 2021 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| CHEYENNE, WY, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

**Address Information**

**Ship to:**
Hon Merrick Garland
US Department of Justice
950 Pennsylvania Ave NW

WASHINGTON, DC
205300001
US
2023531555

**Ship from:**
Franklin Conaway
CMM Settlement Solutions
7140 Ivy Leaf Dr
Ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774704687129
Ship date: 09/01/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774704687129

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | A.OWENS | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | WASHINGTON, DC, |
| | | Delivery date: | Sep 3, 2021 09:25 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774704687129 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| WASHINGTON, DC, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**    Shipment Receipt

**Address Information**

**Ship to:**
Hon Josh Kaul
Department of Justice
State Capitol
Room 114 East
MADISON, WI
53702-7857
US
6082661221

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774704564272
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774704564272

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.MEIER | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | MADISON, WI, |
| | | Delivery date: | Sep 3, 2021 09:29 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774704564272 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| MADISON, WI, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx**  Shipment Receipt

## Address Information

**Ship to:**
Hon Steve Marshall
Attorney General of Alabama
501 Washington Ave

MONTGOMERY, AL
36104-4304
US
3342427300

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774704622029
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774704622029

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | P.EARGERTON | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | MONTGOMERY, AL, |
| | | **Delivery date:** | Sep 3, 2021 12:49 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774704622029 | **Ship Date:** | Sep 1, 2021 |
| | | **Weight:** | |

| **Recipient:** | **Shipper:** |
|---|---|
| MONTGOMERY, AL, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

**Address Information**

Ship to:                                 Ship from:
  Hon Patrick Morrisey                     Franklin Conaway
  Attorney General of West
Virginia
  1900 Kanahwha Blvd E                     7140 Ivy Leaf Dr
  State Capitol                            ste 102
  CHARLESTON,  WV                          Memphis,  TN
  25305                                    38138
  US                                       US
  3045582021                               9018595150

**Shipment Information:**
Tracking no.: 774703388668
Ship date: 09/01/2021
Estimated shipping charges:  27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774703388668

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | W.WY | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | CHARLESTON, WV, |
| | | Delivery date: | Sep 3, 2021 09:55 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774703388668 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CHARLESTON, WV, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

 **Shipment Receipt**

## Address Information

**Ship to:**
Hon Todd Rokita
Attorney General of Indiana
302 W Washington
South 5th Floor
INDIANAPOLIS,  IN
46204
US
3072326201

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774702445845
Ship date: 09/01/2021
Estimated shipping charges:  27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx.**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774702445845

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | B.BERRY | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | INDIANAPOLIS, IN, |
| | | Delivery date: | Sep 3, 2021 10:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774702445845 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

Recipient:                                        Shipper:

INDIANAPOLIS, IN, US,                             Memphis, TN, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

**FedEx**   Shipment Receipt

**Address Information**

**Ship to:**
Hon Bob Ferguson
Attorney General of Washington
1125 Washington St SE

OLYMPIA,  WA
98501
US
3607536200

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr ste 102

Memphis,  TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774702281068
Ship date: 09/01/2021
Estimated shipping charges:  31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774702281068

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | C.CONNOR | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | OLYMPIA, WA, |
| | | Delivery date: | Sep 3, 2021 12:20 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774702281068 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

Recipient:

OLYMPIA, WA, US,

Shipper:

Memphis, TN, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

   Shipment Receipt

## Address Information

**Ship to:**
Hon Mark Herring
Attorney General of Virginia
202 N 9th St

RICHMOND,  VA
23219
US
8047862071

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774702206603
Ship date: 09/01/2021
Estimated shipping charges:  31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774702206603

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | M.INGRAM | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | RICHMOND, VA, |
| | | Delivery date: | Sep 3, 2021 11:53 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774702206603 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| RICHMOND, VA, US, | Memphis, TN, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

 **Shipment Receipt**

## Address Information

**Ship to:**
Hon Chris Carr
Attorney General of Georgia
40 Capitol Square W

ATLANTA, GA
30334-1300
US
4046563330

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774701507370
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

### Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701507370

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.ALICE | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | ATLANTA, GA, |
| | | Delivery date: | Sep 8, 2021 09:21 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701507370 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| ATLANTA, GA, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

  Shipment Receipt

## Address Information

**Ship to:**
Hon Ashley Moody
Attorney General of Florda
1 The Capitol

TALLAHASSEE, FL
32399-1050
US
8504143300

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774701429441
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different then the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701429441

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | N.JONES | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | TALLAHASSEE, FL, |
| | | Delivery date: | Sep 3, 2021 10:15 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701429441 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| TALLAHASSEE, FL, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Phil Weiser
Attorney General of
Colorado
1300 Broadway
10th Floor
DENVER, CO
80203
US
7025086000

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774701376065
Ship date: 09/01/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701376065

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | A.AMBER | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | DENVER, CO, |
| | | Delivery date: | Sep 3, 2021 10:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701376065 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |
| **Recipient:** | | **Shipper:** | |
| DENVER, CO, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**    Shipment Receipt

**Address Information**

**Ship to:**
Hon Rob Bonita
Attorney General of California
1300 I St
Ste 1740
SACRAMENTO, CA
95814
US
9164559555

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774701083356
Ship date: 09/01/2021
Estimated shipping charges: 31.00 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701083356

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | B.CHRISTENSEN | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | SACRAMENTO, CA, |
| | | Delivery date: | Sep 3, 2021 09:15 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774701083356 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| SACRAMENTO, CA, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

 Shipment Receipt

## Address Information

**Ship to:**
Hon Mark Brnovich
Attorney General of Arizona
2005 N Central Ave

PHOENIX, AZ
850041592
US
8004828982

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774700947529
Ship date: 09/01/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774700947529

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | D.ROSADO | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | PHOENIX, AZ, |
| | | Delivery date: | Sep 3, 2021 09:48 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774700947529 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |
| **Recipient:** | | **Shipper:** | |
| PHOENIX, AZ, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.



**FedEx.**    Shipment Receipt

**Address Information**

**Ship to:**
Hon Leslie Rutledge
Attorney General of
Arkansas
323 Center St
Ste 200
LITTLE ROCK,  AR
72201
US
8004828982

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis,  TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774700820596
Ship date: 09/01/2021
Estimated shipping charges:  25.60 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774700820596

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | C.WEBB | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | LITTLE ROCK, AR, |
| | | Delivery date: | Sep 3, 2021 09:03 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774700820596 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| LITTLE ROCK, AR, US, | | Memphis, TN, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Clare E Connors
Attorney General of Hawaii
425 Queen St

HONOLULU, HI
96813
US
8085861500

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774701571091
Ship date: 09/01/2021
Estimated shipping charges: 31.00 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701571091

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.JANELLE | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | HONOLULU, HI, |
| | | **Delivery date:** | Sep 3, 2021 11:53 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774701571091 | **Ship Date:** | Sep 1, 2021 |
| | | **Weight:** | |

| **Recipient:** | **Shipper:** |
|---|---|
| HONOLULU, HI, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Hon Tom Miller
Attorney General of Iowa
Hover State Office Bldg
1305 E Walnut
DES MOINES, IA
50319
US
4046563330

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774701627992
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx.**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701627992

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | J.DOLL | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | DES MOINES, IA, |
| | | Delivery date: | Sep 3, 2021 11:00 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701627992 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| DES MOINES, IA, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx**   Shipment Receipt

## Address Information

**Ship to:**
Hon Kwame Raoul
Attorney General of Illinois
James R Thompson Center
100 W Randolf St
CHICAGO, IL
60601
US
3128143000

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

## Shipment Information:
Tracking no.: 774701759898
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

## Package Information
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701759898

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.HOPKINS | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | CHICAGO, IL, |
| | | Delivery date: | Sep 3, 2021 12:01 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701759898 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| **Recipient:** | **Shipper:** |
|---|---|
| CHICAGO, IL, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**   Shipment Receipt

**Address Information**

**Ship to:**
Hon Ken Paxton
Attorney General of Texas
209 W 14th St
Capitol Station
AUSTIN, TX
78701
US
5124632100

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774701882914
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701882914

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | B.HPHREY | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | AUSTIN, TX, |
| | | Delivery date: | Sep 3, 2021 12:30 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701882914 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| AUSTIN, TX, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**      Shipment Receipt

**Address Information**

**Ship to:**
Hon Herbert H Slattery III
Attorney General of
Tennessee
425 5th Ave N

NASHVILLE, TN
37243-3400
US
6157413491

**Ship from:**
Franklin Conaway

7140 Ivy Leaf Dr
ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 774701822654
Ship date: 09/01/2021
Estimated shipping charges: 27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00  USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx**®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774701822654

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | R.HAYNES | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | NASHVILLE, TN, |
| | | Delivery date: | Sep 3, 2021 09:41 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774701822654 | Ship Date: | Sep 1, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| NASHVILLE, TN, US, | Memphis, TN, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.**          Shipment Receipt

**Address Information**

**Ship to:**
The Hon. Dave Yost - Andrea Doty
Attorney General of Ohio
30 E Broad St

COLUMBUS, OH
43266-0410
US
6144664320

**Ship from:**
Franklin Conaway

CMM Settlement Solutions
7140 Ivy Leaf Dr
Ste 102
Memphis, TN
38138
US
9018595150

**Shipment Information:**
Tracking no.: 283836451658
Ship date: 09/17/2021
Estimated shipping charges: 27.20 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: FedEx 2Day
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MyAccount-151
Your reference:
P.O. no.:
Invoice no.:
Department no.:

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**FedEx** ®

October 14, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 283836451658

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | N.DUNN | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | COLUMBUS, OH, |
| | | Delivery date: | Sep 22, 2021 09:46 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 283836451658 | Ship Date: | Sep 17, 2021 |
| | | Weight: | |
| **Recipient:** | | **Shipper:** | |
| COLUMBUS, OH, US, | | Memphis, TN, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.