

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

## Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

### SUMMARY DESCRIPTION OF THE LAWSUIT

There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no: 2:16-cv-2907. This lawsuit involves persons who were allegedly over detained at the Shelby County, Tennessee Jail as a result of the November 2016 implementation of a computer system. The Action alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class. The Court has not decided who is right. Both sides have agreed to settle the dispute. The Settlement provides an opportunity for payments and other benefits to Settlement Class Members.

### WHO IS INCLUDED IN THE SETTLEMENT?

The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

### WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement provides a Gross Settlement Amount of $4,900,000.00 to pay (1) Claims of eligible Settlement Class Members; (2) the costs of administration; (3) Attorneys' Fees and Expenses; and (4) any Incentive Awards made by the Court to Plaintiffs. Settlement Class Members who timely submit valid Claim Forms are entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

### WHAT ARE MY RIGHTS?

1. **Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by **December 30, 2021**. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.

2. **You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021**. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

3. **You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10, 2021**. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

4. **If You Do Nothing**: If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

### OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS

If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court has appointed Class Counsel as follows:

WATSON BURNS, LLC

253 Adams Ave
Memphis, TN 38103
Phone: (901) 529-7996

Brice Timmons
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
Phone: (901) 209-5500

BLACK McLAREN JONES RYLAND & GRIFFEE PC

530 Oak Court Drive, Suite 360
Memphis, TN 38117
Phone: (901) 762-0535

Class Counsel will be compensated from the proceeds of the Settlement and you will not otherwise be charged for their services in representing the Class.

The Court will hold a hearing on **November 10, 2021 at 1:30** to consider whether to give final approval to the Settlement, including a request for Attorneys' Fees and Expenses up to $2,400,000.00 and Incentive Awards for the named Plaintiffs totaling up to $140,000.00 from the Gross Settlement Amount. You or your own lawyer may appear and speak at the hearing at your own expense.

**FOR MORE INFORMATION:**
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828
**PLEASE DO NOT CALL OR WRITE THE COURT OR THE CLERK'S OFFICE**

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
### Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

### SUMMARY DESCRIPTION OF THE LAWSUIT

There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled **Turnage, et al. v. Oldham, et al.**, case no: 2:16-cv-2907. This lawsuit involves persons who were allegedly over detained at the Shelby County, Tennessee Jail as a result of the November 2016 implementation of a computer system. The Action alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class. The Court has not decided who is right. Both sides have agreed to settle the dispute. The Settlement provides an opportunity for payments and other benefits to Settlement Class Members.

### WHO IS INCLUDED IN THE SETTLEMENT?

The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

### WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement provides a Gross Settlement Amount of $4,900,000.00 to pay (1) Claims of eligible Settlement Class Members; (2) the costs of administration; (3) Attorneys' Fees and Expenses; and (4) any Incentive Awards made by the Court to Plaintiffs. Settlement Class Members who timely submit valid Claim Forms are entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

### WHAT ARE MY RIGHTS?

1. Participate in the Settlement by Submitting a Claim. If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by December 30, 2021. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.
2. You Can Object to the Settlement. If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is October 11, 2021. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.
3. You Can "Opt Out" of the Settlement. If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by September 10, 2021. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.
4. If You Do Nothing: If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

### OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS

If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court has appointed Class Counsel as follows:

| WATSON BURNS, LLC | BLACK McLAREN JONES RYLAND & GRIFFEE PC |
|---|---|
| 253 Adams Ave | 530 Oak Court Drive, Suite 360 |
| Memphis, TN 38103 | Memphis, TN 38117 |
| Phone: (901) 529-7996 | Phone: (901) 762-0535 |

Brice Timmons
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
Phone: (901) 209-5500

Class Counsel will be compensated from the proceeds of the Settlement and you will not otherwise be charged for their services in representing the Class.

The Court will hold a hearing on November 10, 2021 at 1:30 to consider whether to give final approval to the Settlement, including a request for Attorneys' Fees and Expenses up to $2,400,000.00 and Incentive Awards for the named Plaintiffs totaling up to $140,000.00 from the Gross Settlement Amount. You or your own lawyer may appear and speak at the hearing at your own expense.

### FOR MORE INFORMATION:
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828
**PLEASE DO NOT CALL OR WRITE THE COURT OR THE CLERK'S OFFICE**

Aug. 31, Sept. 7, 14, 2021          Mgd82293

tunity and non-discrimination based on the grounds of age, race, sex, color, national origin, disability, marital status, military service, or sexual orientation in its hiring and employment practices and in the admission to, access to, or operation of its programs, services, and activities.

By order of:
Scott A. Brockman, A.A.E.
President and CEO
Memphis-Shelby County Airport Authority

---

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
**Shelby County Jail Suit Class Action Settlement**

**If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.**

**SUMMARY DESCRIPTION OF THE LAWSUIT**
There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no: 2:16-cv-2907. This lawsuit involves persons who were allegedly over detained at the Shelby County, Tennessee Jail as a result of the November 2016 implementation of a computer system. The Action alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class. The Court has not decided who is right. Both sides have agreed to settle the dispute. The Settlement provides an opportunity for payments and other benefits to Settlement Class Members.

**WHO IS INCLUDED IN THE SETTLEMENT?**
The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

**WHAT DOES THE SETTLEMENT PROVIDE?**
The Settlement provides a Gross Settlement Amount of $4,900,000.00 to pay (1) Claims of eligible Settlement Class Members; (2) the costs of administration; (3) Attorneys' Fees and Expenses; and (4) any Incentive Awards made by the Court to Plaintiffs. Settlement Class Members who timely submit valid Claim Forms are entitled to receive a cash payment from the Settlement. The actual amount re-

[column continues] tyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

**4. If You Do Nothing:** If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

**OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS**
If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.
The Court has appointed Class Counsel as follows:

WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103
Phone: (901) 529-7996

BLACK McLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
Phone: (901) 762-0535

Brice Timmons

---

[column continues] pedestrian tunnel improvements, site lighting, landscaping, irrigation, signage, fencing, and site furnishings are contained within the project scope.
This project includes public improvements (i.e. sidewalk, curb/gutter, concrete water table, storm drainage, and crosswalks) within the public right-of-way on Hickory Ave, N. Second St, and Waterworks Ave.
The Information for Bidders, Form of Bid, Form of Agreement, General Conditions, Supplemental General Conditions, Drawings, Forms of Bid Bond, Performance Bond, and other Contract Documents may be obtained by contacting Henry Minor at henry.minor@kimley-horn.com or 901-334-5331.
A mandatory pre-bid meeting will be held virtually and at the Community Redevelopment Agency office, located at 850 N. Manassas, Memphis, TN 38107, at 10:00am on **September 15, 2021**. Due to City of Memphis COVID-19 requirements, it is preferred that all bidders join the meeting remotely. Only **8** bidders will be allowed to attend the meeting in person due to limited seating and adherence to City's requirements. Additionally, only one representative from each General Contractor/Prime Bidder shall be allowed to attend the meeting in person. It is required that all bidders RSVP to Henry Minor at henry.minor@kim-

*the* NEW TRI-STATE DEFENDER
INFORMATION · INSPIRATION · ELEVATION

**SALES PERSON**

*The New Tri-State Defender* is looking for a few sales consultants to sell print ads, digital ads and event sponsorships for the organization. The candidate should have some sales experience. This is a commission based opportunity. For serious inquiries email your resume to administration@tsdmemphis.com.

TSD memphis
The New Tri-State Defender

**LEGAL NOTICE
Request for Bids
MSCAA Project Number
20-1441-00
Pavement Joint Resealing
2022-2026**

Sealed bids for Pavement Joint Resealing 2022-2026 will be received by the Memphis-Shelby County Airport Authority (Authority), Procurement Department, 4150 Louis Carruthers Drive, Memphis, TN 38118, until **2:00 PM Local Time on 9/30/2021.** Bids will not be received at any other location. Within 30 minutes thereafter, the bids will be opened and publicly read via phone/video conference (Link: https://us06web.zoom.us/j/82307626344?pwd=U-1Z0anFRV3ZkWm12Q1l0aVc0bz-VJdz09; Phone: 1 (312) 626-6799 / Passcode: 505103; Meeting ID: 823 0762 6344). The Bid Documents, including a description of the scope of work, the required response format, and additional instructions may be obtained on or after **Wednesday, September 1, 2021** online at www.flymemphis.com.

A virtual Pre-Bid Meeting will be held Tuesday, September 21, 2021, at 1:00 PM local time via phone/video conferencing (Link: https://us06web.zoom.us/j/86044819853?pwd=TlZoOD-locXJlcmJjTzNkQW5iWmd-QQT09; Phone: 1 (312) 626-6799 / Passcode: 118688; Meeting ID: 860 4481 9853). Attendance at the Pre-Bid Meeting is strongly recommended.

All Bidders are responsible for checking the Authority's website up to the submission deadline for any updates, addenda or additional information. The successful Bidder must sign a contract with the Authority that includes Federal Aviation Administration provisions, if applicable, regarding the Buy American Preference, Foreign Trade Restriction, Davis-Bacon, Affirmative Action, Debarment and Suspension, and Drug-Free Workplace, all of which are incorporated herein by reference.

Each bid must be made by a contractor licensed in Tennessee and be accompanied by a 5% Bid Guarantee. The successful bidder must execute a Performance Bond and a Payment Bond in the amount of 100% each of the Contract Price and meet the Disadvantaged Business Enterprise (DBE) participation goal for this project, which is 22%.

The Authority reserves the right to reject any or all responses to this Request for Bids in whole or in part; to waive any informalities, technicalities, or omissions related to this Request for Bids; and to reject responses on any other basis

---

**THE NEW TRI-STATE DEFENDER
CLASSIFIEDS**

1509 Madison Ave.
Memphis, TN 38104
**PH (901) 523-1818
FAX (901) 578-5037
HOURS:** Mon.-Fri. 9 a.m. - 5 p.m.

**DEADLINES:**
Display ads Friday 5 p.m.
Classifieds ads Monday 5 p.m.

**STANDARD RATES:**
$6.00 per line for 1 column ad.

Rates are non-commissionable and are quoted at the net rate. No refund for early cancellation. For additional information contact Sales Dept. at (901) 746-5201 or email: advertising@tsdmemphis.com.

**BEER PERMITS**
Flat Rate: $35

**GENERAL INFORMATION:**

Some categories require prepayment. All ads subject to credit approval. The New Tri-State Defender reserves the right to correctly classify and edit all copy or to reject or cancel any ad at any time. Only standard abbreviations accepted. Copy change during ordered schedule constitutes new ad & new changes. Deadlines for cancellation are identical to placement deadlines. Rates subject to change.

**ADJUSTMENTS:**
PLEASE check your ad the first day it appears. Call (901) 523-1818 if an error occurs. We can only offer in-house credit and NO REFUNDS are issued.

**THE NEW TRI-STATE DEFENDER** assumes no financial responsibility for errors nor for copy omission. Direct any classified billing inquires to (901) 523-1818.

---

covered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

**WHAT ARE MY RIGHTS?**
**1. Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by **December 30, 2021.** You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O Box 341316 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.
**2. You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021.** You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.
**3. You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10,**

Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
Phone: (901) 209-5500

Class Counsel will be compensated from the proceeds of the Settlement and you will not otherwise be charged for their services in representing the Class.
The Court will hold a hearing on **November 10, 2021 at 1:30** to consider whether to give final approval to the Settlement, including a request for Attorneys' Fees and Expenses up to $2,400,000.00 and Incentive Awards for the named Plaintiffs totaling up to $140,000.00 from the Gross Settlement Amount. You or your own lawyer may appear and speak at the hearing at your own expense.
**FOR MORE INFORMATION:
Visit www.shelbycountyjail-classsettlement.com or Call
(901) 425-4828**

**PLEASE DO NOT CALL OR WRITE THE COURT OR THE CLERK'S OFFICE**

---

**NOTICE TO BIDDERS**

NOTICE IS HEREBY GIVEN that the Community Redevelopment Agency will receive bids electronically, until **4:00 PM on October 1, 2021** for:
The Construction of: **Community Redevelopment Agency – North Memphis Greenline**
All bids shall be submitted via email to April Simmons at April.Simmons@cramemphis.org and copy Rosalyn Willis Rosalyn.Willis@cramemphis.org on the emailed bid submittal.
**Community Redevelopment Agency – North Memphis Greenline** includes the construction of a

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

### Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 21, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

### SUMMARY DESCRIPTION OF THE LAWSUIT

There is a proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, case no. 2:16-cv-2907. This lawsuit involves persons who were allegedly over detained at the Shelby County, Tennessee Jail as a result of the November 2016 implementation of a computer system. The Action alleged that Defendants violated state and federal laws by detaining persons arrested between November 1, 2016 and March 21, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class. The Court has not decided who is right. Both sides have agreed to settle the dispute. The Settlement provides an opportunity for payments and other benefits to Settlement Class Members.

### WHO IS INCLUDED IN THE SETTLEMENT?

The Settlement Class includes: All persons who, between November 1, 2016 and March 21, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

### WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement provides a Gross Settlement Amount of $4,900,000.00 to pay (1) Claims of eligible Settlement Class Members; (2) the costs of administration; (3) Attorneys' Fees and Expenses; and (4) any Incentive Awards made by the Court to Plaintiffs. Settlement Class Members who timely submit valid Claim Forms are entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

### WHAT ARE MY RIGHTS?

1. **Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by **December 30, 2021**. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com, where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action Settlement Administrator, P.O Box 3413 16 Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement but will not receive any cash benefit of the Settlement.

2. **You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is **October 11, 2021**. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

3. **You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by **September 10, 2021**. If you opt out, you cannot get money from this Settlement. Details about opt-out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

4. **If You Do Nothing.** If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the Settlement in any pending or future lawsuits or other proceedings.

### OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS

If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the Settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court has appointed Class Counsel as follows:

WATSON BURNS, LLC
253 Adams Ave.
Memphis, TN 38103
Phone: (901) 529-7996

Bruce Timmons
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
Phone: (901) 209-5500

BLACK McLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
Phone: (901) 762-0535

Class Counsel will be compensated from the proceeds of the Settlement and you will not otherwise be charged for their services in representing the Class.

The Court will hold a hearing on November 10, 2021 at 1:30 to consider whether to give final approval to the Settlement, including a request for Attorneys' Fees and Expenses up to $2,400,000.00 and Incentive Awards for the named Plaintiffs totaling up to $140,000.00 from the Gross Settlement Amount. You or your own lawyer may appear and speak at the hearing at your own expense.

### FOR MORE INFORMATION:
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828

**PLEASE DO NOT CALL OR WRITE THE COURT OR THE CLERK'S OFFICE**

ARTS & ENTERTAINMENT   memphisflyer.com   19

8A | SUNDAY, SEPTEMBER 5, 2021 | **THE COMMERCIAL APPEAL**

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
### Shelby County Jail Suit Class Action Settlement

If you were arrested and detained at the Shelby County, Tennessee Jail at some point between November 1, 2016 and March 24, 2021 for longer than you should have been, you may be eligible to receive a cash payment from a Class Action Settlement.

### SUMMARY DESCRIPTION OF THE LAWSUIT

A proposed Class Action Settlement of the lawsuit pending in the U.S. District Court for the Western District of Tennessee entitled *Turnage, et al. v. Oldham, et al.*, Case No. 2:16-CV-2907. This lawsuit involves persons who were allegedly over-detained at the Shelby County Jail. Plaintiffs allege that, as a result of the November 2016 implementation of a computer system, Shelby County and its officials violated state and federal laws by detaining persons arrested between November 1, 2016 and March 24, 2021 for a period of time longer than the law provides. Defendants deny any and all wrongdoing of any kind whatsoever and deny any liability to Plaintiffs and to the Settlement Class. The Court has not decided who is right. Both sides have agreed to settle the dispute. The Settlement provides an opportunity for payments and other benefits to Settlement Class Members.

### WHO IS INCLUDED IN THE SETTLEMENT?

The Settlement Class includes: All persons who, between November 1, 2016 and March 24, 2021 were arrested and then detained in the Shelby County Jail after legal authority for the detention ceased. More information is available at the Settlement Website, www.shelbycountyjailclasssettlement.com, or by calling (901) 425-4828.

### WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement provides a Gross Settlement Amount of $4,900,000.00 to pay (1) Claims of eligible Settlement Class Members, (2) the costs of administration, (3) Attorneys' Fees and Expenses, and (4) any Incentive Awards made by the Court to Plaintiffs. Settlement Class Members who timely submit valid Claim Forms are entitled to receive a cash payment from the Settlement. The actual amount recovered by each Settlement Class Member is based on the amount of time the Class Member was allegedly over-detained and will not be determined until after the Claim Period has ended and all claims have been calculated.

### WHAT ARE MY RIGHTS?

1. **Participate in the Settlement by Submitting a Claim.** If you wish to participate in the Settlement and be eligible to receive a cash benefit under the Settlement, you MUST fill out and submit a Claim Form by December 30, 2021. You can obtain a Claim Form by (1) Visiting the Settlement Website www.shelbycountyjailclasssettlement.com where you can request a Claim Form to submit by mail; (2) Mailing a written request for a Claim Form to: Shelby County Jail Suit Class Action, Settlement Administrator, P.O. Box 341316, Bartlett, TN 38184; (3) Emailing a request for a Claim Form to: info@cmmsettlementsolutions.com; or (4) Calling (901) 425-4828 and requesting a Claim Form. If you do not timely submit a valid Claim Form and do not opt out from the Settlement, you will be bound by the Settlement, but will not receive any cash benefit of the Settlement.

2. **You Can Object to the Settlement.** If you do not agree with the Settlement or any part of it, you may submit a written objection to the Court. The deadline for submitting an objection is October 10, 2021. You may not object if you opt out of the Class. Details about how to object are available at www.shelbycountyjailclasssettlement.com.

3. **You Can "Opt Out" of the Settlement.** If you do not want to be legally bound by the Settlement, you must elect to opt out and exclude yourself by submitting a written notice of opt out to the Administrator by September 10, 2021. If you opt out, you cannot get money from this Settlement. Details about opt out or exclusion are available at www.shelbycountyjailclasssettlement.com, which explains how to exclude yourself from this settlement.

4. **If You Do Nothing.** If you fail to timely submit a complete Claim Form or notice of opt out, you will be bound by the Court's decisions and precluded from pursuing any claims or matters covered by the settlement in any pending or future lawsuits or other proceedings.

### OTHER IMPORTANT INFORMATION INCLUDING RELEASE OF CLAIMS

If the proposed Settlement is given final approval by the Court, Class Members who have not excluded themselves from the Settlement will release any and all claims they may have against Defendants related to the claims asserted in the lawsuit regarding alleged over-detention at the Shelby County Jail. Please see the Settlement at www.shelbycountyjailclasssettlement.com for more information.

The Court has appointed Class Counsel as follows:

WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103
Phone: (901) 529-7996

BLACK McLAREN JONES RYLAND & GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
Phone: (901) 762-0535

Bruce Timmons
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
Phone: (901) 209-5500

Class Counsel will be compensated from the proceeds of the Settlement and you will not otherwise be charged for their services in representing the Class.

The Court will hold a hearing on November 10, 2021 at 1:30 to consider whether to give final approval to the Settlement, including a request for Attorneys' Fees and Expenses up to $2,400,000.00, and Incentive Awards to the named Plaintiffs totaling up to $40,000.00 from the Gross Settlement Amount. You or your own lawyer may appear and speak at the hearing at your own expense.

### FOR MORE INFORMATION
Visit www.shelbycountyjailclasssettlement.com or Call (901) 425-4828