**THE AD**



**THE LANDING PAGE**
http://www.shelbycountyjailclasssettlement.com/

OTHER DATA