IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons,<br><br>    PLAINTIFFS,<br>v.<br><br>BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; and SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP, a foreign corporation<br>    DEFENDANTS. | **Case No. 2:16-cv-2907-SHM/tmp**<br><br>(**Hon. Judge Samuel H. Mays**) |

**JOINT MOTION FOR (1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AGREEMENT, (2) FINAL CERTIFICATION OF CLASS, AND (3) FINAL APPROVAL OF THE DISSEMINATION OF CLASS NOTICE ("FINAL APPROVAL MOTION")**

Plaintiffs Scott Turnage, Deontae Tate, Jeremy S. Melton, Aubrey L. Brown, as administrator ad litem of the estate of Issacca Powell, Keith Burgess, Travis Boyd, Terrence Drain, and Kimberly Allen, on behalf of themselves and all other similarly situated persons ("Plaintiffs"), by and through their Rule 23(g)(3) appointed Interim Class Counsel, and Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, in their individual and/or official capacities, and Shelby County, Tennessee ("County Defendants"), and Tyler Technologies, Inc., Global Tel*Link Corporation, Software AG USA, Inc., Sierra-Cedar, Inc., Sierra Systems Group, Inc., and Tetrus Corp. (the "Vendor Defendants") (collectively, the County Defendants and Vendor Defendants are referred to herein as the "Defendants"), by and through their respective attorneys, hereby move this court pursuant to Federal Rule of Civil Procedure 23(e) for an order (1) finally approving of the terms of the Stipulation and Settlement Agreement dated April 2, 2021 (the "Agreement")(ECF No. 369-2) and the Supplemental Agreement ("Supplemental Agreement") filed on July 23, 2021 (ECF No. 375-1), (2) granting final certification of the Class previously certified under Rule 23(b)(3), and (3) finally approving the dissemination of Notice previously approved by the Court to the proposed Class.

In support of this Motion, Plaintiff relies on the concurrently filed Memorandum of Law, all declarations filed in support of this Motion, and Plaintiff's separate Motion for Fees, Expenses and Incentive Awards, and all supporting documentation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Court for an Order: (1) finally approving of the terms of the Stipulation and Settlement Agreement dated April 2, 2021 (the "Agreement")(ECF No. 369-2) and the Supplemental Agreement ("Supplemental

Agreement") filed on July 23, 2021 (ECF No. 375-1), (2) granting final certification of the Class previously certified under Rule 23(b)(3), and (3) finally approving the dissemination of Notice previously approved by the Court to the proposed Class.

Dated: November 1, 2021

Respectfully submitted,

| s/ Michael G. McLaren | s/ Frank L. Watson, III |
|---|---|
| Michael G. McLaren (#5100) | Frank L. Watson, III (#15073) |
| William E. Cochran, Jr. (#21428) | William F. Burns (#17908) |
| BLACK MCLAREN JONES RYLAND & GRIFFEE PC | William E. Routt (#28577) |
| 530 Oak Court Drive, Suite 360 | WATSON BURNS, PLLC |
| Memphis, TN  38117 | 253 Adams Avenue |
| (901) 762-0535 (Office) | Memphis, Tennessee 38104 |
| (901) 762-0539 (Fax) | Phone: (901) 529-7996 |
| Email: mmclaren@blackmclaw.com | Fax: (901) 529-7998 |
| Email:  wcochran@blackmclaw.com | Email: fwatson@watsonburns.com |
| | Email: bburns@watsonburns.com |
| | Email: wroutt@watsonburns.com |

s/ Brice M. Timmons
Brice M. Timmons (TN Bar #29582)
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN  38104
(901) 209-5500
(901) 278-3111
Email:  brice@donatilaw.com

*Counsel for the named Plaintiffs and Court Appointed Rule 23(g)(3) Interim Class Counsel for the putative Class Members*

s/ Robert E. Craddock
Robert E. Craddock, Esq. (#005826)
Odell Horton, Jr., Esq. (#012426)
Megan M. Cox, Esq. (#033028)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 537-1000
Email: rcraddock@wyattfirm.com
Email: ohorton@wyattfirm.com
Email:  mcox@wyattfirm.com

*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee*

s/ Emmett Lee Whitwell
Emmett Lee Whitwell, Esq. (#033622)
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Suite 950
Memphis, TN 38103
(901) 222-2100
Email:  lee.whitwell@shelbycountytn.gov

*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee*

s/ Bradley E. Trammell
Bradley E. Trammell, Esq. (#013980)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-2121
Email: btrammell@bakerdonelson.com

*Counsel for Defendant Tyler Technologies, Inc.*

s/ Beth Bivans Petronio
Beth Bivans Petronio, Esq. (TX #00797664)
K&L GATES, LLP
1717 Main Street
Suite 2800
Dallas, Texas 75201
(214) 939-5815
Email:beth.petronio@klgates.com

*Counsel for Defendant Tyler Technologies, Inc.*

s/ Douglas F. Halijan
Douglas F. Halijan, Esq. (#16718)
William David Irvine, Esq. (#035193)
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103-2217
(901) 524-5000
Email: dhalijan@bpjlaw.com
Email:  wirvine@bpjlaw.com

*Counsel for Defendant Software AG Cloud Americas, Inc.*

s/ R. Brandon Bundren
R. Brandon Bundren, Esq. (#030985)
James L. Murphy, Esq. (#009589)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-4647
Email: bbundren@bradley.com
Email:  jmurphy@bradley.com

*Counsel for Defendant Global TelLink Corporation*

| | |
|---|---|
| s/ Albert G. McLean | s/ Robert A. McLean |
| Albert G. McLean, Esq. (#5150) | Robert A. McLean (#006516) |
| Kevin David Bernstein, Esq. (#18543) | Garrett M. Estep (#019078) |
| SPICER RUDSTROM PLLC | **FARRIS BOBANGO BRANAN PLC** |
| 119 S. Main Street, Suite 700 | 999 S. Shady Grove Road, Suite 500 |
| Memphis, TN 38103 | Memphis, TN 38120 |
| 901-522-2324 | (901) 259-7100 |
| Email: amclean@spicerfirm.com | rmclean@farris-law.com |
| Email:  kdb@spicerfirm.com | gestep@farris-law.com |
| | |
| *Counsel for Defendant Sierra-Cedar, Inc.* | *Counsel for Defendant Tetrus Corp.* |

s/ Heather Gwinn-Pabon
Heather Gwinn-Pabon (#025931)
Erin McDaniel (#026469)
**GORDON REES SCULLY MANSUKHANI**
3401 Mallory Lane, Suite 120
Franklin, TN 37067
hgwinn@grsm.com

*Counsel for Defendant Sierra Systems Group, Inc.*