# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, TERRENCE DRAIN, and KIMBERLY ALLEN on behalf of themselves and all similarly situated persons, <br><br> PLAINTIFFS, <br><br> v. <br><br> BILL OLDHAM, in his individual capacity as former Sheriff of Shelby County, Tennessee; FLOYD BONNER, JR., in his official capacity as Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity as former Jail Director of Shelby County, Tennessee; KIRK FIELDS, in his official capacity as Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity as former Assistant Chief of Jail Security of Shelby County, Tennessee; REGINALD HUBBARD, in his official capacity as Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity as former Assistant Chief of Jail Programs of Shelby County, Tennessee; TIFFANY WARD in her official capacity as Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; TYLER TECHNOLOGIES, INC., a foreign corporation; GLOBAL TEL*LINK CORPORATION, a foreign corporation; SOFTWARE AG USA, INC., a foreign corporation; SIERRA-CEDAR, INC., a foreign corporation, SIERRA SYSTEMS GROUP, INC., a foreign corporation; and TETRUS CORP., a foreign corporation. <br><br> DEFENDANTS. | Case No. 2:16-cv-2907-SHM/tmp |

## NOTICE OF APPEARANCE

Please take notice that Tyler Scott Sanders of Gordon Rees Scully Mansukhani enters his appearance as counsel of record for Defendant *Sierra Systems Group Inc*.

Dated November 9, 2021.	Respectfully Submitted,

                                                DEFENDANT SIERRA SYSTEMS GROUP INC.

                                                By  */s/Tyler Scott Sanders*
                                                  Tyler Scott Sanders No. 036189
                                                  GORDON REES SCULLY MANSUKHANI
                                                  4031 Aspen Grove Drive, Suite 290
                                                  Franklin, TN 37067
                                                  Tel. No. (615) 962-3947
                                                  Fax no. (615) 970-7490
                                                  Email: tsanders@grsm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed via ECF/PACER with the Clerk of the Court and served the same on this 9th day of November 2021, to counsel as follows:

| | |
|---|---|
| Michael G. McLaren<br>William. E. Cochran, Jr.<br>Brice M. Timmons<br>John C. Ryland<br>Warren Patrick Campbell<br>BLACK MCLAREN JONES RYLAND<br>& GRIFFEE PC<br>530 Oak Court Drive, Suite 360<br>Memphis, TN  38117<br>mmclaren@blackmclaw.com<br>wcochran@blackmclaw.com<br>btimmons@blackmclaw.com<br>jryland@blackmclaw.com<br>wcampbell@blackmclaw.com<br><br>*Counsel for Plaintiffs* | Frank L. Watson III<br>William F. Burns<br>William E. Routt<br>WATSON BURNS, PLLC<br>253 Adams Avenue<br>Memphis, TN  38104<br>fwatson@watsonburns.com<br>bburns@watsonburns.com<br>wroutt@watsonburns.com<br><br>*Counsel for Plaintiffs*<br><br>Brice M. Timmons<br>DONATI LAW, PLLC<br>1545 Union Ave.<br>Memphis, TN 38104<br>(901) 209-5500<br>(901) 278-3111<br>Email: brice@donatilaw.com<br><br>*Counsel for Plaintiffs* |
| Robert E. Craddock, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>P.O. Box 775000<br>Memphis, Tennessee 38177<br>rcraddock@wyattfirm.com<br><br>Byron Norman Brown<br>Meghan McMahon Cox<br>WYATT, TARRANT & COMBS, LLP<br>6070 Poplar Ave., Suite 300<br>Memphis, TN 38119<br>bbrown@wyattfirm.com<br>mcox@wyattfirm.com<br><br>Odell Horton, Jr.<br>WYATT, TARRANT & COMBS, LLP<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120 | Emmett Lee Whitwell, Esq.<br>SHELBY COUNTY ATTORNEY'S OFFICE<br>160 N. Main Street<br>Suite 950<br>Memphis, TN 38103<br>lee.whitwell@shelbycountytn.gov<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* |

| | |
|---|---|
| ohorton@wyattfirm.com<br><br>*Counsel for Defendants Bill Oldham, Floyd Bonner, Jr., Robert Moore, Kirk Fields, Charlene McGhee, Reginald Hubbard, Debra Hammons, Tiffany Ward, and Shelby County, Tennessee* | |
| Douglas F. Halijan<br>William David Irvine<br>BURCH PORTER & JOHNSON<br>130 N. Court Avenue<br>Memphis, TN 38103-2217<br>dhalijan@bpjlaw.com<br>wirvine@bpjlaw.com<br><br>*Counsel for Defendant AG Cloud USA, Inc.* | Bradley E. Trammell, Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>btrammell@bakerdonelson.com<br><br>*Counsel for Defendant Tyler Technologies, Inc* |
| Beth Bivans Petronio, Esq.<br>K&L GATES, LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, Texas 75201<br>beth.petronio@klgates.com<br><br><br><br>*Counsel for Defendant Tyler Technologies, Inc.* | Russell Brandon Bundren<br>James L. Murphy<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>bbundren@babc.com<br>jmurphy@bradley.com<br><br>*Counsel for Defendant Global TelLink Corporation* |
| Albert G. McLean<br>Kevin David Bernstein<br>SPICER RUDSTROM PLLC<br>119 S. Main Street, Suite 700<br>Memphis, TN 38103<br>amclean@spicerfirm.com<br>kdb@spicerfirm.com<br><br>*Counsel for Defendant Sierra-Cedar, Inc.* | Robert A. McLean<br>Garrett M. Estep<br>FARRIS BOBANGO BRANAN PLC<br>999 S. Shady Grove Road, Suite 500<br>Memphis, TN 38120<br>(901) 259-7100<br>rmclean@farris-law.com<br>gestep@farris-law.com<br><br>*Counsel for Tetrus Corp.* |

*/s/ Tyler Scott Sanders*
Tyler Scott Sanders