UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


SCOTT TURNAGE, CORTEZ D. BROWN,
DEONTAE TATE, JEREMY S.
MELTON, ISSACCA POWELL,
KEITH BURGESS, TRAVIS BOYD,
TERRENCE DRAIN, and KIMBERLY
ALLEN on behalf of themselves
and all similarly situated persons,

      Plaintiffs,

v.

                         No. 2:16-cv-2907


BILL OLDHAM, in his individual capacity
as former Sheriff of Shelby County,
Tennessee; FLOYD BONNER, JR., in his
official capacity as Sheriff of Shelby
County, Tennessee; ROBERT MOORE, in his
Individual capacity as former Jail
Director of Shelby County, Tennessee;
KIRK FIELDS, in his official capacity
as Jail Director of Shelby County,
Tennessee; CHARLENE McGHEE, in her
individual capacity as former Assistant
Chief of Jail Security of Shelby County,
Tennessee; REGINALD HUBBARD, in his official
capacity as Assistant Chief of Jail
Security of Shelby County, Tennessee;
DEBRA HAMMONS, in her individual capacity
as former Assistant Chief of Jail Programs
of Shelby County, Tennessee; TIFFANY
WARD in her official capacity as
Assistant Chief of Jail Programs of Shelby
County, Tennessee; SHELBY COUNTY, TENNESSEE,
a Tennessee municipality; TYLER TECHNOLOGIES,
INC., a foreign corporation; GLOBAL TEL*LINK
CORPORATION, a foreign corporation; SOFTWARE
AG USA, INC., a foreign corporation;
SIERRA-CEDAR, INC., a foreign corporation,
SIERRA SYSTEMS GROUP, INC., a foreign
corporation; and TETRUS CORP, a foreign
corporation,

      Defendants.

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Granting Motion for Final Approval of Class Action Settlement, Certifying Settlement Class, Awarding Attorneys' Fees and Incentive Awards, and Entering Final Judgment, docketed December 9, 2021.  This Court retains jurisdiction for purposes of effecting the settlement, including all matters relating to the administration, consummation, enforcement, and interpretation of the settlement, and for any other necessary purposes.

**APPROVED:**


 /s/  Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


 December 9, 2021                          THOMAS M. GOULD
DATE                                       CLERK


                                            /s/ Jairo Mendez
                                           (By) DEPUTY CLERK