

Thomas M. Gould

*Clerk of Court*

# United States District Court
# Western District of Tennessee

---
Federal Building
167 North Main Street, Suite 242
Memphis, Tennessee 38103

*901-495-1200 (Telephone)*
*901-495-1250 (Facsimile)*

Federal Building
111 South Highland, Room 262
Jackson, Tennessee 38301

*731-421-9200 (Telephone)*
*731-421-9210 (Facsimile)*
---

Date: __June 27, 2022__

NOTICE:     Retrieval of Exhibits in Case Number: __2:16cv2907__

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within which to withdraw exhibits in the clerk's custody. In the event the exhibits are not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: __July 18, 2022__

Your cooperation is appreciated.

Sincerely,

Thomas M. Gould
Clerk of Court

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __TENNESSEE__

ISSACCA POWELL, et al.

V.

BILL OLDHAM, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:16-CV-2907- SHM

| PRESIDING JUDGE<br>TU M. PHAM | PLAINTIFF'S ATTORNEY<br>Watson, Rout, Cochran | DEFENDANT'S ATTORNEY<br>Brown, Horton, Cox, Whitwell, Trammell... |
|---|---|---|
| TRIAL DATE(S)<br>Status Conference | COURT REPORTER<br>FTR - CR#6 | COURTROOM DEPUTY<br>TERRY HALEY |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 | | 8/8/2019 | | √ | √ | Email thread 6/19/2019 - 8/7/2019 |
| 2 | | 8/8/2019 | | √ | √ | Summary of Search Performed in Response to County's 7/26/19 Response to search.. Parameters |
| 3 | | 8/8/2019 | | √ | √ | County's Response to Proposed ESI Search Parameters |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *[signature] 8-21-2019* |
| | | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages