IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OF
TENNESSEE

RECEIVED
SEP 20 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

TURNAGE ETAL
VS
SHERIFF OLDHAM

CASE NO
2.16.CV-2907

## MOTION TO CORRECT SETTLEMENT OR NULLIFY THE SETTLEMENT

COMES NOW WENDOLYN LEE FILES THIS MOTION ASKING THIS COURT TO NULLIFY OR CORRECT THE SETTLEMENT. SEE > FACTS

## FACTS

OR AROUND FEBUARY OF 2023 THE ADMINISTRATOR OR ADMINISTRATORS OF THE SHELBY COUNTY JAIL SETTLEMENT TRUST, PAY OUT 7, THOUSAND (SEVEN THOUSANDS DOLLARS) TO A ROBERT J. RAY. FOR ME, OVER MY OBJECTION

* THIS MOOVANT WROTE THE LAWYERS OVER CMM SOLUTION, AND HAD A LAWYER FROM LOMAX LAW FIRM TO CALL THEM AND THE LETTER AND THE LAWYER LOMAX

Told these lawyers over cmm settlement solution, not to discuss or make any settlement with a Robert I Ray in my behalf. This movant explained to cmm settlement lawyers, that Mr Robert I. Ray is a fraud. This information was given to the claim lawyers in the month of December 2022, yet these lawyers disreguarded what I ask them to do, and payed Robert I. Ray funds in my behalf in March of 2023, where I specifically told not to honor any power of attorney he may have. Robert I Ray kept the money, and even cash the check by forging my name, but the fraud is with the claim lawyers, they knew was not settling for π thousands, and didn't settle, these lawyers never contacted me about a settlement any any settlement concerning me and them is a fraud. Movant prays his motion be granted.

Respectfully
Wend~ See

8/18/23

U.S District court

U.S clerk of District cour
western District
Tennessee

8/17/23

★ Return Address

MR wendolyn Lee 637690
1499 R W Moore memorial
Hwy
only Tn.
37140

wendolyn Lee