Wendel Colden G3909
Toney Center
1499 RW
Memorial Hwy
onLy Tn
37140

Clerk
U.S. District court
167 North Main
Bld 282
memphis Tn
38103

RECEIVED
SEP 20 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

NASHVILLE TN 370
18 SEP 2023 PM 7

38103-182167